**[Counsel Listed on Signature Pages Below]**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | No. 5:18-md-02827-EJD-NC |
| | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| | **Civil Local Rule 16-10(d)** |
| | CMC Date:   April 25, 2018<br>CMC Time:   10:00am PDT<br>Judge:         Hon. Edward J. Davila<br>Courtroom:  4, 5th Floor |
| This filing also relates to: | |
| Nicole GALLMANN, individually and on behalf of others similarly situated, | No. 5:17-cv-7285-EJD-NC |
|      Plaintiff, | |
|      vs. | |
| APPLE INC., | |
|      Defendant. | |

| | |
|---|---|
| Suzanne BLOCK, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0481-EJD-NC |
| Aniledis BATISTA, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:17:cv-7355-EJD-NC |
| Alain LIEBERMANN, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:17:cv-7355-EJD-NC |
| Amanda HOLMAN, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0125-EJD-NC |

- 1 -

| | |
|---|---|
| Melody MUNRO, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0128-EJD-NC |
| Scott GRILLO, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0148-EJD-NC |
| Donald LITTLEFIELD, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0182-EJD-NC |
| John FERGUSON, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0206-EJD-NC |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD-NC AND RELATED ACTIONS

| | |
|---|---|
| Ryan BANKS, et al., individually and on behalf of others similarly situated, | No. 5:18-cv-0241-EJD-NC |
| Plaintiffs, | |
| vs. | |
| APPLE INC., | |
| Defendant. | |
| Allyson WERNER and Judy MILMAN, individually and on behalf of others similarly situated, | No. 5:18-cv-0283-EJD-NC |
| Plaintiffs, | |
| vs. | |
| APPLE INC., | |
| Defendant. | |
| Chad WHITE, individually and on behalf of others similarly situated, | No. 5:18-cv-0305-EJD-NC |
| Plaintiff, | |
| vs. | |
| APPLE INC., | |
| Defendant. | |
| Christina NEUMANN, individually and on behalf of others similarly situated, | No. 5:18-cv-0324-EJD-NC |
| Plaintiff, | |
| vs. | |
| APPLE INC., | |
| Defendant. | |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD-NC AND RELATED ACTIONS

| | |
|---|---|
| Margaret WETHERALD, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0371-EJD-NC |
| Patricia JOHNSON, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0385-EJD-NC |
| Khendle WILLIAMS, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0440-EJD-NC |
| Kristin BILIC, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br> APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0449-EJD-NC |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD-NC AND RELATED ACTIONS

| | |
|---|---|
| Gary MERENSTEIN, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>  APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0771-EJD-NC |
| Jennifer BOND, et al., individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>  APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0833-EJD-NC |
| Samara DINER, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0179-EJD-NC |
| John SOLAK, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE INC.,<br><br>    Defendant. | No. 5:18-cv-0123-EJD-NC |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD-NC AND RELATED ACTIONS

| | |
|---|---|
| Guilherme Rafael CANOA DE OLIVEIRA, individually and on behalf of others similarly situated, | No. 5:18-cv-0735-EJD-NC |
| Plaintiff, | |
| vs. | |
| APPLE INC., | |
| Defendant. | |
| Gye Soon YUN, et al., individually and on behalf of others similarly situated, | No. 5:18-cv-1632-EJD-NC |
| Plaintiffs, | |
| vs. | |
| APPLE INC., | |
| Defendant. | |
| Ricky FUNG, individually and on behalf of others similarly situated, | No. 5:18-cv-1585-EJD-NC |
| Plaintiffs, | |
| vs. | |
| APPLE, INC., | |
| Defendant. | |
| Keaton HARVEY, individually and on behalf of others similarly situated, | No. 5:17-cv-7274-EJD-NC |
| Plaintiff, | |
| vs. | |
| APPLE INC., | |
| Defendant. | |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD-NC AND RELATED ACTIONS

| | |
|---|---|
| Brent JONES, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE, INC.,<br><br>    Defendant. | No. 5:18-cv-0406-EJD-NC |
| Michael HAKIMI, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>APPLE, INC.,<br><br>    Defendant. | No. 5:17-cv-7292-EJD-NC |

Defendant Apple, Inc. and plaintiffs in 42 of 46 related and recently transferred actions (the "In-District Plaintiffs" identified in the signature lines below), together with plaintiffs in an additional eight cases identified as potentially related by the Judicial Panel on Multidistrict Litigation (the "Additional Plaintiffs" as identified below) and the plaintiff in one newly filed case identified below (together, the "Plaintiffs") through their undersigned counsel, in preparation for the upcoming Case Management Conference ("CMC") on April 25, 2018, hereby jointly submit this supplemental Joint CMC statement pursuant to Civil Local Rule 16-10(d). Today's statement updates the Court on events following the initial CMC held on February 21, 2018, supplementing the first joint CMC statement dated February 9, 2018 (the "February 9th Statement"),[1] and outlines potential issues to be addressed at the upcoming CMC.

I.    **Status of Related Actions, Potentially Related Actions, and State Court Actions (Supplementing Section 10 of February 9th Statement)**

---

[1] Today's Statement also supplements the Joint CMC Statement filed on February 9, 2018 in the *Solak* action, Case No. 5:18-cv-0123-EJD-NC (N.D. Cal.) (*Solak* ECF No. 26).

A.      The parties are aware of 67 related or potentially related actions, including 64 federal actions and 3 state actions.  These actions are listed in Schedule A attached to this statement.

B.      _Related Actions_: There are currently 31 related actions pending before this Court. All 31 actions are stayed.  Of these 31 actions, the plaintiffs in 29 actions are joining this statement as shown in the captions above and signatures below.

C.      _Status of the MDL_:

1.  **Transfer Order**: On April 4, 2018 the Judicial Panel on Multidistrict Litigation (the "JPML") issued an order creating MDL No. 2827 and transferring 15 out-of-district cases to this Court.  _See_ Transfer Order, ECF No. 160 (J.P.M.L. Apr. 4, 2018).  The MDL now bears the case number 5:18-MD-02827-EJD-NC in this Court.  The parties anticipate that the 15 recently transferred cases will be related to the 31 Related Actions, and the parties in 13 of these 15 actions have joined this statement, as shown in the signature lines below.

2.  **CTO-1**:  On April 6, 2018, the JPML issued Conditional Transfer Order No. 1, ECF No. 162 (J.P.M.L., Apr. 6, 2018) ("CTO-1"), identifying 14 additional out-of-district actions as potential tag-along actions.  Parties have until today, April 13, 2018 to file any oppositions to transfer.  The parties anticipate that many of these cases are suitable for transfer and inclusion in the MDL.  Parties in 8 of the 14 cases have signed below in support for today's statement in advance of their anticipated transfer to this District.

3.  **CTO-2**: On April 12, 2018, the JPML issued Conditional Transfer Order No. 2, ECF No. 166 (J.P.M.L., Apr. 12, 2018) ("CTO-2"), identifying one additional out-of-district action as a potential tag-along action, _Donahoe v. Apple, Inc._, 1:18-cv-0763 (N.D. Ohio).  _Donahoe_ was originally filed in state court and removed to federal court on April 4, 2018.  It is discussed further below in Section I.G.

D.      *Additional Federal Putative Class Action*:  The parties are aware of one additional federal putative class action filed on April 11, 2018, *Webb v. Apple Inc.*, 5:18-cv-02167 (N.D. Cal.).  Apple has not been served in this new action.  Plaintiff Webb joins today's statement in anticipation of being included in the MDL.

E.      *Pro Se Actions*:  The parties are aware of three federal pro se actions, none of which are brought as putative class actions.  The status of each is as follows:

        1.   *Mohammed v. Apple, Inc.*, 1:17-cv-09371 (N.D. Ill.):  *Mohammed* is identified as a potential tag-along in CTO-1.  The parties to this statement expect that Mr. Mohammed will oppose transfer.  The plaintiffs joining this statement take no position on Mr. Mohammed's action.

        2.   *Hogue v. Apple, Inc*., 5:18-cv-00910-NC (N.D. Cal.):  *Hogue* is brought by a plaintiff identified as a resident of the Idaho State Correctional Center.  On April 11, 2018, Magistrate Judge Cousins *sua sponte* referred *Hogue* to this Court to determine whether it is related to the Related Actions.

        3.   *Brodsky v. Apple Inc.*, 2:18-cv-01998 (E.D.N.Y.):  Apple has not been served in *Brodsky*.

F.      *Foreign Court Actions*:  The parties are aware of related pending class action litigation in jurisdictions outside of the United States that might overlap with the MDL.  After the appointment of interim lead counsel, the Plaintiffs anticipate proposing ways to enhance cross-border efficiencies between these cases and the MDL where appropriate, and certain plaintiffs' counsel have already begun evaluating possibilities.  Apple reserves the right to object to the participation of foreign plaintiffs in this action.

G.      *State Court and District of Columbia Court Actions*:  The parties are aware of seven current or former state court actions, three of which remain in state court at present.  The status of each is as follows:

        1.   *Borstelmann v. Apple, Inc.*, 4:18-cv-00289-JAR (E.D. Mo.):  Plaintiff brought this action in Missouri state court (St. Louis County) on

1   December 24, 2017.  It was removed to the Eastern District of Missouri

2   and is identified as a related action by the JPML in CTO-1.  Plaintiff does

3   not oppose transfer or inclusion in the MDL.  The *Borstelmann* action is

4   also the only action that originally named defendants other than Apple.

5   On February 22, 2018, all defendants other than Apple were voluntarily

6   dismissed, *see Borstelmann* ECF No. 10, making Apple the only

7   defendant in all related or potentially related actions.

8   2.   *Santino v. Apple, Inc.*, 2:18-cv-01252-PSG (C.D. Cal.):  Plaintiffs brought

9       this action in California state court (Los Angeles County) on January 16,

10      2018.   It was removed to federal court on February 15, 2018, and

11      plaintiffs moved for remand.  The motion for remand is pending.  *Santino*

12      is identified as a potential tag-along in CTO-1.

13   3.   *Rosalia v. Apple, Inc.*, CGC-18-564832 (Cal. Super. Ct., S.F. Cty):

14      Plaintiff initially filed this action in California state court on December 26,

15      2017.  It was removed to federal court and then voluntarily withdrawn and

16      terminated.  Plaintiff refiled this action in California state court on March

17      6, 2018, and Apple has moved to stay.  Apple takes the position that the

18      proposed class in this action is subsumed within the class definitions in

19      one or more of the actions before this Court, and it would avoid

20      duplicative litigation to stay proceedings pending adjudication of the

21      federal actions.  The motion is set for hearing on May 2, 2018.

22   4.   *Tandel v. Apple, Inc*., 17CIV05874 (Cal. Super. Ct., San Mateo Cty):  This

23      action was filed in California state court on December 26, 2017.  Apple

24      has moved to stay *Tandel* for the same reasons set forth above.  The

25      motion is not yet set for hearing.

26   5.   *Freeman v. Apple, Inc*., 18CIV321403 (Cal. Super. Ct., Santa Clara Cty):

27      This action was filed in California state court on January 3, 2018.  It has

28      been voluntarily withdrawn and terminated.

6.  *Donahoe v. Apple, Inc.*, 1:18-cv-00763 (N.D. Ohio):  Plaintiff brought this action in Ohio state court on March 6, 2018.  Apple removed the case to federal court on April 4, 2018 and identified it as a potential tag-along to the JPML on the same day.  *Donahoe* is identified as a potential tag-along in CTO-2, and the parties have agreed to stay the case pending resolution by the JPML of whether a transfer is appropriate.

7.  *Fahey v. Apple Inc.,* Case No. 2018 CA 001916 B (D.C. Super. Ct.).  Plaintiff brought this action in the Superior Court of the District of Columbia on March 19, 2018.  Apple intends to remove the case to federal court.

## II.    Service of Process (Supplementing Section 1 of February 9th Statement)

A.    Apple has been served in 54 of the 64 federal actions.[2]

## III.    Motions (Supplementing Section 4 of February 9th Statement)

A.    <u>Outstanding Motion</u>:  On February 9, 2018, Plaintiffs Nicole Gallmann, Fiona Cunningham and Suzanne Block filed a motion for expedited injunctive relief pursuant to Fed. R. Civ. P. 23(d), related to Apple's communications with putative class members who participate in Apple's battery replacement program.  *See Gallmann* ECF No. 31.  A hearing on the motion is scheduled for May 3, 2018, but the Court stayed consideration of this Motion at the hearing on February 21.  The parties also have agreed to defer briefing on the motion pending consolidation of the related actions and appointment of interim lead counsel.  The parties to that motion agree that a briefing schedule will need to be set, and the hearing date will need to be moved, after appointment of interim lead counsel.  The reference to this motion and a briefing schedule and hearing date is not meant to suggest that all plaintiffs signing this case management statement join in or endorse this motion, nor is it meant to suggest that appointed leadership should

---

[2]    Apple has not been served in *Brody v. Apple, Inc.*, 1:18-cv-00080 (E.D.N.Y.), *Chapel v. Apple Inc.*, 2:18-cv-04007 (W.D. Mo.), *Hogue v. Apple Inc.*, 5:18-cv-00910 (N.D. Cal.), *Johnson v. Apple Inc.*, 5:18-cv-00385 (N.D. Cal.), *Lazarus, et al. v. Apple Inc.*, 1:17-cv-07485 (E.D.N.Y.), *Mohammed v. Apple Inc.*, 1:17-cv-09371 (N.D. Ill.), *Stefanou et al. v. Apple, Inc.*, 1:18-cv-00007 (S.D. Ohio), *Fung v. Apple Inc.*, 3:18-cv-01585 (N.D. Cal.), *Brodsky v. Apple Inc.*, 2:18-cv-01998 (E.D.N.Y.), and *Webb v. Apple Inc.*, 5:18-cv-02167 (N.D. Cal.).

continue with prosecution of this motion on behalf of the plaintiffs who will file the forthcoming consolidated amended complaint.

B. <u>Future Motions:</u> The parties agree that motions for consolidation pursuant to Fed. R. Civ. P. 42(a) and for interim class counsel pursuant to Fed. R. Civ. P. 23(g) are appropriate. The parties tentatively suggest that the motions be filed by May 16, 2018, subject to further stipulation or discussion at the CMC, and that a consolidated amended complaint be filed following appointment of lead counsel. Additionally, plaintiffs' counsel in certain out-of-district cases suggest an order or stipulated order clarifying that motions for admission pro hac vice are not required when a case is transferred to this District by the JPML.

**IV.    Evidence Preservation and Discovery (Supplementing Sections 6 & 8 of the February 9th Statement)**

The parties addressed evidence preservation prior to the February 21st CMC. Plaintiff Keaton Harvey filed a motion for preliminary injunction related to evidence preservation, and two additional plaintiffs have been negotiating an interim battery preservation agreement with Apple. These efforts have continued after the CMC in an attempt to negotiate a stipulation for a proposed order on preservation of evidence, and these parties anticipate reporting on results at the upcoming CMC.

At the February 21st CMC, certain parties proposed that a discovery special master be appointed to assist the Court on these issues. The Court's minute order following the CMC directed counsel to explore the possibility of a special master. In accordance with the Court's directive, Plaintiffs' counsel have conferred and identified possible candidates, and intend to confer with Apple and propose potential candidates to the Court in advance of the upcoming CMC, with the understanding that final decisions on whether and how to proceed with a special master should be decided after the appointment of lead counsel.

The parties are aware of their preservation obligations under the Federal Rules of Civil Procedure and consistent with the Court's direction at the February 21st CMC. The parties anticipate that lead counsel and Apple counsel will negotiate a stipulated protective order and a stipulation regarding the preservation of evidence consistent with the Court's local rules and

Guidelines Relating to the Discovery of ESI.  The parties will update the Court regarding the status of all evidence preservation efforts at the CMC.

**V.     Scheduling (Supplementing Section 17 of February 9th Statement)**

   The parties agree that the CMC should address schedules for filing and briefing the motions in Section III above and a date for filing a consolidated amended complaint.  The parties tentatively suggest that the motions be filed by May 16, 2018, subject to further stipulation or discussion at the CMC, and that a consolidated amended complaint be filed following appointment of lead counsel.


Dated: April 13, 2018    **GIBSON, DUNN & CRUTCHER LLP**

           By:  */s/ Theodore J. Boutrous, Jr.*
             Theodore J. Boutrous, Jr.
           Attorneys for Defendant Apple, Inc. in all actions


Dated: April 13, 2018    **KAPLAN FOX & KILSHEIMER LLP**

           By:  */s/ Laurence D. King*
             Laurence D. King
           Attorneys for Plaintiff Nicole Gallmann, 5:17-cv-7285-EJD-NC (N.D. Cal.)


Dated: April 13, 2018    **COTCHETT, PITRE & MCCARTHY LLP**

           By:  */s/ Mark Cotton Molumphy*
             Mark Cotton Molumphy
           Attorneys for Plaintiff Robert Gilson, 5:18-cv-0216-EJD-NC (N.D. Cal.)


Dated: April 13, 2018    **ROBBINS GELLER RUDMAN & DOWD LLP**

           By:  */s/ Mark Dearman*
             Mark Dearman
           Attorneys for Plaintiff Fiona Cunningham, 5:18-cv-0318-EJD-NC (N.D. Cal.), and Plaintiff Suzanne Block, 5:18-cv-0481-EJD-NC (N.D. Cal.)


Dated: April 13, 2018    **BARNOW AND ASSOCIATES, P.C.**

           By:  */s/ Ben Barnow*
             Ben Barnow

1

2

Attorneys for Plaintiff Sean Neilan, 1:17-cv-9296 (N.D. Ill.), transferred to N.D. Cal. pursuant to JPML Transfer Order dated April 4, 2018; awaiting new case number.

3   Dated: April 13, 2018

**KAASS LAW**

4

/s/ _____ *Armen Kiramijyan* _____

5
          Armen Kiramijyan
Attorneys for Plaintiff Violetta Mailyan, 2:17-cv-9192-PSG (C.D. Cal.), transferred to N.D. Cal. pursuant to JPML Transfer Order dated April 4, 2018; awaiting new case number.

6

7

8   Dated: April 13, 2018

**BLOOD HURST O'REARDON LLP**

9

/s/ _____ *Timothy Blood* _____

10
          Timothy G. Blood
Attorneys for Plaintiff Amanda Holman, Case No. 5:18-cv-0125-EJD-NC (N.D. Cal.).

11

12   Dated: April 13, 2018

**CHAVEZ & GERTLER LLP**

13

14

/s/ _____ *Mark Chavez* _____
          Mark A. Chavez

15

16

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
          Bryan L. Clobes
          Anthony F. Fata
          Christopher P.T. Tourek

17

18

**HANNAFAN & HANNAFAN LTD.**
          Blake T. Hannafan
Attorneys for Plaintiffs Kristin Bilic, Sean Griffin, Frank Henderson, James Martillaro, Jonathan Meyers, Timothy Roberts, Elliot Rosen, Geoffrey Schlottman, and Donna Vlassich, Case No. 5:18-cv-0216-EJD-NC (N.D. Cal.)

19

20

21

22   Dated: April 13, 2018

**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**

23

24

/s/ _____ *Todd Garber* _____

25
          Todd S. Garber
Attorneys for Plaintiffs Aniledis Batista and Paul Sohayegh, Case No. 5:17-cv-7355-EJD-NC (N.D. Cal.)

26

27   Dated: April 13, 2018

**JOHNSON FISTEL, LLP**

28

/s/ _____ *Phong Tran* _____
          Phong L. Tran

- 14 -

1

2

Attorneys for Plaintiff Thomas T. Cook, 3:17-cv-2579-GPC (S.D. Cal.), transferred to N.D. Cal. pursuant to JPML Transfer Order dated April 4, 2018; awaiting new case number.

3

4

Dated: April 13, 2018

**THE WAGNER FIRM**

5

/s/ _____Avraham Noam Wagner_____
             Avraham Noam Wagner

6

7

8

**BRAGAR EAGLE & SQUIRE, P.C.**
             Jeffrey H. Squire
             David J. Stone
Attorneys for Plaintiff Melody Munro, Case No. 5:18-cv-0128-EJD-NC (N.D. Cal.)

9

10

11

Dated: April 13, 2018

**ZIMMERMAN REED LLP**

12

/s/ _____Christopher Ridout_____
             Christopher P. Ridout
Attorneys for Plaintiff Scott Grillo, Case No. 5:18-cv-0148-EJD-NC (N.D. Cal.)

13

14

15

Dated: April 13, 2018

**GIBBS LAW GROUP LLP**

16

/s/ _____Eric Gibbs_____
             Eric H. Gibbs

17

18

**COHEN MILSTEIN SELLERS & TOLL PLLC**
             Douglas J. McNamara
Attorneys for Plaintiffs John Ferguson, Kelli Beaugez, Gregory Strenstrom, Case No. 5:18-cv-0206-EJD-NC (N.D. Cal.)

19

20

21

Dated: April 13, 2018

**HAGENS BERMAN SOBOL SHAPIRO LLP**

22

/s/ _____Rob Lopez_____
             Rob Lopez
Attorneys for Plaintiff John Solak, Case No. 5:18-cv-0123-EJD-NC (N.D. Cal.)

23

24

25

Dated: April 13, 2018

**FINKELSTEIN THOMPSON**

26

/s/ _____Rosanne Mah_____
             Gordon M. Fauth, Jr.
             Rosanne L. Mah
Attorneys for Plaintiffs Patricia Johnson, Kent Harrison, and Christina Labajo, Case No. 5:18-cv-0385-EJD-NC (N.D. Cal.)

27

28

- 15 -

1

2

Dated: April 13, 2018

**MILBERG TADLER PHILLIPS GROSSMAN LLP**

3

4

5

/s/_____*Peggy Wedgworth*_____
          Peggy Wedgworth
Attorneys for Plaintiffs Allyson Werner and Judy Milman
Case No. 5:18-cv-00283-EJD-NC (N.D. Cal.)

6

Dated: April 13, 2018

**POMERANTZ LLP**

7

8

9

/s/____*Michael Grunfeld*_____
          Michael Grunfeld
Attorneys for Plaintiffs Donald Littlefield, Joel Santucci,
David Johnson, James Sokol, and Miriam Feldman, Case
No. 5:18-cv-0182-EJD-NC (N.D. Cal.)

10

11

Dated: April 13, 2018

**CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP**

12

13

14

/s/_____*Gayle Blatt*_____
          Gayle M. Blatt
Attorneys for Plaintiff Samara Diner, 5:18-cv-0179-EJD-
NC (N.D. Cal.)

15

16

Dated: April 13, 2018

**WITES LAW FIRM**

17

18

19

/s/_____*Marc Wites*_____
          Marc A. Wites
Attorneys for Plaintiff Fiona Cunningham, 5:18-cv-0318-
EJD-NC (N.D. Cal.), and Plaintiff Suzanne Block, 5:18-
cv-0481-EJD-NC (N.D. Cal.)

20

Dated: April 13, 2018

**JENKINS MULLIGAN & GABRIEL, LLP**

21

22

23

/s/_____*Daniel Mulligan*_____
          Daniel Joseph Mulligan
Attorneys for Plaintiff Chad White, Case No. 5:18-cv-
0305-EJD-NC (N.D. Cal.)

24

Dated: April 13, 2018

**SCOTT COLE & ASSOCIATES, APC**

25

26

27

28

/s/_____*Scott Edward Cole*_____
          Scott Edward Cole
          Cesar Alvarado
          Andrew Weaver
Attorneys for Plaintiff Christina Neumann, Case No.
5:18-cv-0324-EJD-NC (N.D. Cal.)

1

Dated: April 13, 2018

**KELLER ROHRBACK L.L.P.**

2

/s/ _____Karin Swope_____
        Karin Swope

3

Attorneys for Plaintiff Margaret Wetherald, Case No.
5:18-cv-0371-EJD-NC (N.D. Cal.)

4

5

Dated: April 13, 2018

**LEVIN SEDRAN & BERMAN**

6

/s/ _____Charles Schaffer_____
        Charles E. Schaffer
        Daniel C. Levin

7

**BIRKA-WHITE**
        David M. Birka-White

8

**MIGLIACCIO & RATHOD LLP**
        Jason S. Rathod

9

**ROBERT PEIRCE & ASSOCIATES, P.C.**
        D. Aaron Rihn, Esquire

10

**HERMAN, HERMAN & KATZ, LLC**
        Russ Herman
        Stephen Herman

11

Attorneys for Plaintiffs Khendle Williams, Cynthia Stacy,

12

Gene Schlaefer, Trent Young, Ashley Antonucci, Kristin
Edgerly, Melissa Koncinsky, Sandra Merola, Derrick

13

Marzette, Ruth Beauchan, Danielle Sanguedolce, Dennis
Johnson, Kelly Schulze, Charles Saadiq, Suzanne Carter,

14

Kelly Jankowski, Tiffany Williams, Noelle Boehme,
Jenifer Kachik, Crystal Saldana, Ryan Ward, Patty

15

Burriss, Charlene Lowery, Margie Cleveland, Lillie Diaz,
Craig Moore, Heather Schwartz, Andrew Yashchuk,

16

Joshua Mosby,

17

Case No. 5:18-cv-0440-EJD-NC (N.D. Cal.)

18

19

Dated: April 13, 2018

**HAEGGQUIST & ECK, LLP**

20

/s/ _____Kathleen Kerkenhoff_____
        Kathleen Ann Herkenhoff

21

Attorneys for Plaintiff Gary Merenstein, Case No. 5:18-
cv-0771-EJD-NC (N.D. Cal.)

22

23

Dated: April 13, 2018

**JOHNSTON PRATT PLLC**

24

/s/ _____Kenneth Johnston_____
        Kenneth C Johnston

25

Attorneys for Plaintiffs Jennifer Bond, David Haury,
Alberto R. Marzana, John Rufty, III, Ryan Young, and

26

Elisa Gaudio, Case No. 5:18-cv-00833-EJD (N.D. Cal.);
Plaintiffs Neill McInnis and J. Scott Archer, Case No.

27

1:17-cv-00358-LG-MTP (S.D. Mississippi); Plaintiff
Alfred LaNasa, Case No. 2:17-cv-17878 (E.D.

28

Louisiana); and Plaintiffs Mark Miller, Craig Stanford

and Chris Spearman, Case No. 4:17-cv-00889-ALM-KPJ (E.D. Texas).

Dated: April 13, 2018

**LEVI & KORSINSKY LLP**

/s/ _____Rosemary Rivas_____
Rosemary M. Rivas
Attorneys for Alain Lieberman and Romeo Alba, Case No. 5:18-cv-0110-EJD-NC (N.D. Cal.)

Dated: April 13, 2018

**STULL, STULL & BRODY**

/s/ ____Melissa Emert_____
Melissa R. Emert
Attorneys for Plaintiffs Ryan Banks, Lairem Weintraub, Anna Luna, Allison Varnell, Amy Brown, Matthew Homonoff, Jessica Greenshner, Robert Montgomery, Laura Ciccone, Matthew Shaske, Annamarie Vinacco, Thomas Ciccone, and Dale Johnson, Case No. 5:18-cv-0241-EJD-NC (N.D. Cal.) and Plaintiffs Benjamin Lazarus, Jeffrey Aberman, Stephen Margolis, Sandy Brodsky, and Victoria Childs, 1:17-cv-7485-FB (E.D.N.Y.), transferred to N.D. Cal. pursuant to JPML Transfer Order dated April 4, 2018; awaiting new case number.

Dated: April 13, 2018

**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**

/s/ _____Gary Graifman_____
Gary Graifman
Attorneys for Plaintiffs Ryan Banks, Lairem Weintraub, Anna Luna, Allison Varnell, Amy Brown, Matthew Homonoff, Jessica Greenshner, Robert Montgomery, Laura Ciccone, Matthew Shaske, Annamarie Vinacco, Thomas Ciccone, and Dale Johnson, Case No. 5:18-cv-0241-EJD-NC (N.D. Cal.) and Plaintiff Yisroel Brody, in Case No. 1:18-cv-00080 (E.D.N.Y.), transferred to N.D. Cal. pursuant to JPML Transfer Order.dated April 4, 2018; awaiting new case number.

Dated: April 13, 2018

**WILSHIRE LAW FIRM PLC**

/s/ ____Colin Matthew Jones_____
Colin Matthew Jones

**GIRARDI KEESE**
Alex Steele
Thomas Girardi
Attorneys for Plaintiffs Stefan Bogdanovich and Dakota Speas, 2:17-cv-9138-PSG (C.D. Cal.), transferred to N.D.

- 18 -

1

2

Cal. pursuant to JPML Transfer Order dated April 4, 2018; awaiting new case number.

Dated: April 13, 2018

**PODHURST ORSECK P.A.**

/s/ _____ _Stephen Rosenthal_ _____
Stephen Rosenthal
Attorneys for Plaintiff Yael Aburos, 1:17-cv-24712-DPG (S.D. Fla.), transferred to N.D. Cal. pursuant to JPML Transfer Order dated April 4, 2018; awaiting new case number.

Dated: April 13, 2018

**SULAIMAN LAW GROUP, LTD**.

/s/ _____ _James Vlahakis_ _____
James C. Vlahakis
Attorneys for Plaintiffs Sam Mangano, Ala Abdulla, and Kirk Pedelty, 1:17-cv-9178 (N.D. Ill.), transferred to N.D. Cal. pursuant to JPML Transfer Order dated April 4, 2018; awaiting new case number.

Dated: April 13, 2018

**KESSLER TOPAZ MELTZER CHECK LLP**

/s/ _____ _Eli Greenstein_ _____
Eli R. Greenstein
Attorneys for Plaintiff Guilherme Rafael Canoa de Oliveira, Case No. 5:18-cv-0735-EJD-NC (N.D. Cal.), and Plaintiffs Gye Soon Yun, Dae Won Kim, Estrella Gonzalez Navarro, Marianne Wagner, and Lilav Akrawy, Case No. 5:18-cv-1632-EJD-NC (N.D. Cal.)

Dated: April 13, 2018

**GRANT & EISENHOFER P.A.**

/s/ _____ _Olav Haazen_ _____

Attorneys for Plaintiff Guilherme Rafael Canoa de Oliveira, Case No. 5:18-cv-0735-EJD-NC (N.D. Cal.), and Plaintiffs Gye Soon Yun, Dae Won Kim, Estrella Gonzalez Navarro, Marianne Wagner, and Lilav Akrawy, Case No. 5:18-cv-1632-EJD-NC (N.D. Cal.)

Dated: April 13, 2018

**COHEN & MALAD LLP**

/s/ _____ _Vess Miller_ _____
Vess A. Miller
Attorneys for Plaintiff Peter Schroeder, 1:17-cv-4750-JMS (S.D. In.), transferred to N.D. Cal. pursuant to JPML Transfer Order dated April 4, 2018; awaiting new case number.

- 19 -

1   Dated: April 13, 2018

**LEAR & WERTS, LLP**

2   /s/ _____Todd Werts_____
        Todd C. Werts

3   Attorneys for Plaintiffs Kim Burton and William Ellis,
    2:17-cv-4257-NKL (W.D. Mo.), transferred to N.D. Cal.

4   pursuant to JPML Transfer Order dated April 4, 2018;
    awaiting new case number.

5

6   Dated: April 13, 2018

**BARNES & ASSOCIATES**

7   /s/ _____Jay Barnes_____
        Jay Barnes

8   Attorneys for Plaintiff Cynthia Chapel, 2:18-cv-4007-
    WJE (W.D. Mo.), awaiting transfer to N.D. Cal. per

9   CTO-1

10

11  Dated: April 13, 2018

**BERNSTEIN LIEBHARD, LLP**

12  /s/ _____Stephanie Beige_____
        Stephanie M. Beige

13  Attorneys for Plaintiffs Eliezer Rabinovitz and Victor
    Mazzeo, 1:17-cv-10032-NRB (S.D.N.Y.), transferred to

14  N.D. Cal. pursuant to JPML Transfer Order dated April
    4, 2018; awaiting new case number.

15

16  Dated: April 13, 2018

**EGGNATZ | PASCUCCI**

17  /s/ _____Joshua H. Eggnatz_____
        Joshua H. Eggnatz

18  Attorneys for Plaintiff Alex Sens, 0:18-cv-60128-WPD
    (S.D. Fla.), awaiting transfer to N.D. Cal. per CTO-1

19

20  Dated: April 13, 2018

**SIMON LAW P.C.**

21  /s/ _____Anthony Simon_____
        Anthony Simon
        Erica Blume Slater

22  Attorneys for Plaintiff Daniel Borstelmann, 4:18-cv-
    0289-JAR (E.D. Mo.), awaiting transfer to N.D. Cal. per

23  CTO-1

24

25  Dated: April 13, 2018

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

26  /s/ _____Archie Grubb_____

27      Archie I. Grubb II

28

- 20 -

1

Attorneys for Plaintiff Brian Taylor, 7:18-cv-0168-LSC (N.D. Ala.), awaiting transfer to N.D. Cal. per CTO-1

2

3

Dated: April 13, 2018

**FLEENOR GREEN, LLP**

4

/s/ ___Wilson Green_____
Wilson Green

5

Attorneys for Plaintiff Brian Taylor, 7:18-cv-0168-LSC (N.D. Ala.), awaiting transfer to N.D. Cal. per CTO-1

6

7

Dated: April 13, 2018

**BROWN LAW FIRM LLC**

8

/s/ ___Phyllis Brown_____
Phyllis E. Brown
Adam S. Brown

9

10

**STRAUSS TROY**
Richard S. Wayne
Joseph J. Braun

11

12

Attorneys for Plaintiff Lauren Stefanou, et al., 1:18-cv-00007 (S.D. Oh.), awaiting transfer to N.D. Cal. per CTO-1

13

14

Dated: April 13, 2018

**HERMINA LAW GROUP**

15

/s/ ___John Hermina_____
John Hermina

16

17

**LAW OFFICE OF GREGORY ALLEN**
Gregory Allen

18

Attorneys for Plaintiff Victor Mallh, 1:18-cv-0051-SJF (EDNY), awaiting transfer to N.D. Cal. per CTO-1

19

20

Dated: April 13, 2018

**EDELMAN, COMBS, LATTURNER & GOODWIN LLC**

21

/s/ __Cathleen M. Combs_____
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Corey J. Varma

22

23

24

Attorneys for Plaintiff Megan McDonald, 18-cv-00226 (N.D. Ill.), awaiting transfer to N.D. Cal. per CTO-1

25

26

Dated: April 13, 2018

**MINAMI TAMAKI LLP**

27

/s/ __Sean Tamura-Sato_____
Sean Tamura-Sato

28

Attorneys for Plaintiff Ricky Fung, Case No. 5:18-cv-1585-EJD-NC (N.D. Cal.)

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD-NC AND RELATED ACTIONS

1

2
Dated: April 13, 2018

3

**DICELLO LEVITT & CASEY LLC**

*/s/   Adam Levitt*
            Adam J. Levitt

4

5

6

**FAZIO MICHELETTI LLP**
            Jeffrey L. Fazio
            Dina Micheletti
Attorneys for Plaintiff Keaton Harvey, Case No. 5:17-cv-7274-EJD-NC (N.D. Cal.)

7

8
Dated: April 13, 2018

9

**BRADLEY/GROMBACHER, LLP**

*/s/ Marcus J. Bradley*
            Marcus J. Bradley
Attorneys for Plaintiff Michael Hakimi, Case No. 5:17-cv-7292-EJD-NC (N.D. Cal.)

10

11

12
Dated: April 13, 2018

13

**AUDET & PARTNERS, LLP**

*/s/ S. Clinton Woods*
            S. Clinton Woods
Attorneys for Plaintiff Brent Jones, Case No. 5:18-cv-0406-EJD-NC (N.D. Cal.)

14

15

16

17
Dated: April 13, 2018

18

**SAVERI & SAVERI INC.**

*/s/ R. Alexander Saveri*
            R. Alexander Saveri
Attorneys for Plaintiff John Webb, Case No. 5:18-cv-02167 (N.D. Cal.)

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD-NC AND RELATED ACTIONS

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Theodore J. Boutrous, Jr., hereby attest that counsel for all parties listed above consented to the filing of this document in Case No. 5:18-MD-02827-EJD-NC (N.D. Cal.).

DATED:  April 13, 2018                      **GIBSON, DUNN & CRUTCHER LLP**

By:    _/s/ Theodore J. Boutrous, Jr._
                   Theodore J. Boutrous, Jr.

Attorneys for Defendant Apple Inc. in all actions

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD-NC AND RELATED ACTIONS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2018, I caused the foregoing document to be mailed via the United States Postal Service to all parties to this action and related actions not listed above.


Dated: April 13, 2018                          **GIBSON, DUNN & CRUTCHER LLP**


                                               By:      /s/ *Theodore J. Boutrous, Jr.*
                                                        Theodore J. Boutrous, Jr.


                                               Attorneys for Defendant Apple Inc. in all actions

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD-NC AND RELATED ACTIONS