UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 18-md-02827-EJD<br><br>**CASE MANAGEMENT ORDER NO. 1** |

On April 25, 2018, the parties to the above-entitled action appeared before Judge Edward J. Davila for a Case Management Conference. Based on a review of the action and the discussions held at the conference, the Court orders as follows:

1. The deadline to file motions for interim lead counsel is **May 3, 2018 at 5:00 p.m.** Motions shall not exceed 15 pages in length. The Court will hold a hearing on these motions on **May 10, 2018 at 10:00 a.m.**

2. The deadline to file the consolidated complaint is **July 12, 2018**.

3. The Court will hold a further case management conference on **July 18, 2018 at 10:00 a.m.** At that conference, the Court will set a briefing schedule and hearing date for the motion to dismiss. The parties shall file their joint case management statement by **July 16, 2018 at 12:00 p.m.** The parties may wish to provide proposals for proceeding on a limited set of claims in the consolidated complaint.

4. With regard to motions for admission pro hac vice, Rule 2.1(c) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation provides: "Any attorney

Case No. 18-md-02827-EJD
CASE MANAGEMENT ORDER NO. 1

1

of record in any action transferred under Section 1407 may continue to represent his or her client in any district court of the United States to which such action is transferred. Parties are not required to obtain local counsel." If not already registered, counsel will need to register for electronic filing (CM/ECF) in the Northern District of California.

5. For administrative convenience, the Court also adopts the following procedures:

a. *Rules*. Counsel are expected to be familiar with the Manual for Complex Litigation, Fourth. Counsel are also required to review the Civil Local Rules for the Northern District of California, any applicable General Orders, and this Court's Standing Orders, all of which can be found on the Northern District of California website at https://www.cand.uscourts.gov/ejd.

b. *Tag-Along Actions*. All tag-along actions are automatically made part of the centralized proceedings upon filing in, removal to, or transfer to this Court; rulings on common issues are deemed to apply to tag-along actions without the need for separate motions and orders; and discovery already taken shall be available and useable in the tag-along actions.

c. *Later Filed Cases*. This Order shall also apply to related cases later filed in, removed to, or transferred to this Court.

d. *Filings*. All filings shall be made in the master docket (No. 18-md-02827).

e. *Stay of Motions Practice*. Except for motions for emergency relief, no motion shall be filed until and in accordance with the case schedule.

f. *Orders of Transferor Courts*. All orders by transferor courts imposing dates for pleading or discovery are vacated.

**IT IS SO ORDERED.**

Dated: April 26, 2018

EDWARD J. DAVILA
United States District Judge

Case No. 18-md-02827-EJD
CASE MANAGEMENT ORDER NO. 1

2