W. Daniel "Dee" Miles, III
Archie I. Grubb, II
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Montgomery, AL 36104
Tel:  (334) 269-2343
Fax: (334) 495-1218
Dee.Miles@BeasleyAllen.com
Archie.Grubb@BeasleyAllen.com

*Attorneys for Plaintiff Brian Taylor*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Document Relates to:<br><br>*ALL CASES* | Case No.: 5:18-md-2827-EJD<br><br>**BEASLEY ALLEN LAW FIRM'S STATEMENT IN SUPPORT OF JOSEPH W. COTCHETT AND LAURENCE D. KING, AND SEEKING LEADERSHIP APPOINTMENT**<br><br>The Honorable Edward J. Davila |

### BEASLEY ALLEN LAW FIRM'S STATEMENT IN SUPPORT OF JOSEPH W. COTCHETT AND LAURENCE D. KING, AND SEEKING LEADERSHIP APPOINTMENT

Beasley Allen Law Firm[1] supports Joseph W. Cotchett of Cotchett, Pitre & McCarthy, LLP ("Cotchett Pitre"), and Laurence D. King of Kaplan Fox & Kilsheimer, LLP ("Kaplan Fox"), as Co-Lead Counsel in this matter. Beasley Allen, led in this case by Archie I. Grubb, II, respectfully requests appointment to a Steering Committee as indicated in the proposed Cotchett Pitre/Kaplan Fox structure ("Cotchett/Kaplan"). Beasley Allen unreservedly supports the Cotchett /Kaplan structure and the candidates listed therein.

Beasley Allen has communicated with counsel from Cotchett Pitre, Kaplan Fox, and other firms over the past two weeks with regard to leadership proposal. Beasley Allen has found the Cotchett/Kaplan Group to be transparent and above-board in all dealings. Archie I. Grubb, II, a principal with Beasley Allen, attended a meeting open to all plaintiffs' counsel with cases involved in this MDL. Discussions at the meeting were open and candid. Grubb and Beasley Allen were impressed with the inclusive process spearheaded by Mr. Cotchett. As such, Grubb now seeks appointment to a Steering Committee position within the Cotchett/Kaplan structure. Grubb is qualified for such a position based on his work in the following MDL matters:

   \*    *In re: Chrysler-Dodge-Jeep Ecodiesel, supra.* (assistance to Executive Committee in this ongoing MDL with coordination of certain class representatives, preparation of class representative discovery responses, preparation and defense of class representative depositions, management and supervision of Beasley Allen document review team, research and briefing relevant to class certification)*;*

   \*    *In re: Volkswagen "Clean Diesel," supra.* (assistance to Executive Committee in this ongoing MDL, which has largely resolved, with coordination of certain class representatives, preparation of class representative discovery responses, document review, research and briefing, and implementation of class-wide settlement affecting over 500,000 consumers)*;*

---

[1] Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., http://www.beasleyallen.com/. Beasley Allen and Fleenor & Green, LLP, are co-counsel in *Taylor v. Apple, Inc.*, 5:18-cv-2484-EJD (N.D. Cal.).

* *In re: Domestic Airline Travel Antitrust Litigation*, MDL No. 2656 (D.D.C., Judge Kollar-Kotelly) (assistance to Executive Committee in this ongoing MDL, in which one of the four primary defendants has settled, with management and supervision of Beasley Allen's document review team);

* *In re: Blue Cross Blue Shield Antitrust Litigation*, MDL No. 2406 (N.D. Ala. Judge Proctor) (assistance to Executive Committee in this ongoing MDL with coordination of certain class representatives, preparation of class representative discovery responses, defense of class representative depositions, document review, research and briefing);

* *In re: Takata Airbag Products Liability Litigation*, MDL No. 2599 (S.D. Fla. Judge Moreno) (assistance to Executive Committee in this ongoing MDL, which is largely resolved, with coordination of certain class representatives, preparation of class representative discovery responses, defense of class representative depositions, and document review);

* *In re: General Motors Ignition Switch Products Liability Litigation*, MDL No. 2543 (S.D.N.Y. Judge Furman) (assistance to Executive Committee in this ongoing MDL, which is in the process of settling, with coordination of certain class representatives, preparation of class representative discovery responses and defense of class representative depositions).

Grubb is a 1995 graduate of the University of Alabama Honors Program, and a 2003 graduate of the University of Alabama School of Law. For more information about Grubb, *see* http://www.beasleyallen.com/attorney/archie-grubb/.

Grubb and Beasley Allen wholeheartedly support the proposed Cotchett/Kaplan structure, including the innovative approach of having a court-appointed Steering Committee approved at the outset of the litigation.

Respectfully submitted March 3, 2018.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

*/s/ Archie I. Grubb, II*
W. DANIEL "DEE" MILES
ARCHIE I. GRUBB, II
218 Commerce Street
Montgomery, AL 36104
(334) 269-2343
Dee.Miles@BeasleyAllen.com
Archie.Grubb@BeasleyAllen.com

**FLEENOR & GREEN LLP**

*/s/ Wilson F. Green*
WILSON F. GREEN
1657 McFarland Boulevard North, Ste. G2A
Tuscaloosa, AL 35406
(205) 772-108
wgreen@fleenorgreen.com

**Attorneys for Plaintiffs & Proposed Class**

### **CERTFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served on all counsel of record in this matter via CM/ECF electronic filing and/or first class mail.

*/s/ Archie I. Grubb, II*