Steve W. Berman (*pro hac vice*)
Robert F. Lopez (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
robl@hbsslaw.com

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com

*Attorneys for Plaintiff John Solak and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | No. 5:18-md-02827-EJD-NC<br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF PLAINTIFF JOHN SOLAK'S NOTICE OF MOTIONS AND MOTIONS: 1) FOR APPOINTMENT OF HAGENS BERMAN SOBOL SHAPIRO LLP AS INTERIM LEAD CLASS COUNSEL; AND 2) FOR CONSOLIDATION OF RELATED CASES**<br><br>Date:       May 10, 2018<br>Time:       10:00 a.m.<br>Courtroom:  4 - 5th Floor<br>Judge:      Hon. Edward J. Davila |

I, Steve W. Berman, declare:

1. I am an attorney of record for plaintiff John Solak in the above-captioned litigation and the managing partner for Hagens Berman Sobol Shapiro LLP (Hagens Berman). I make this declaration in support of plaintiff's motion to appoint Hagens Berman as interim lead class counsel in this matter. I am over the age of eighteen and competent to testify, and I provide the following information of my own personal knowledge and information received during the regular course of business.

2. Attached as Exhibit A is a true and correct copy of the first pages of Hagens Berman's current firm resume. The full resume is over 200 pages long. We will be happy to submit the entire resume to the Court very promptly should the Court wish to review it.

3. Attached as Exhibit B is a true and correct copy of my current resume, which includes an attachment listing leadership and committee roles in certain notable cases.

3. Attached as Exhibit C is a true and correct copy of the firm resume for my partner Shana Scarlett.

4. Attached as Exhibit D is a true and correct copy of the firm resume for my partner Rob Lopez.

5. Attached as Exhibit E is a true and correct copy of the firm resume for my partner Tom Loeser.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of May, 2018, at Seattle, Washington.


                */s/ Steve W. Berman*
                 Steve W. Berman