1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No: 5:18-MD-02827-EJD |
| | **CLASS ACTION** |
| | **AMENDED [PROPOSED] ORDER GRANTING CONSOLIDATION OF RELATED ACTIONS; APPOINTMENT OF INTERIM CO-LEAD COUNSEL, PLAINTIFFS' EXECUTIVE COMMITTEE & STEERING COMMITTEE** |
| This relates to: ALL ACTIONS | Judge:  Hon. Edward J. Davila Courtroom: 4, 5th Floor Hearing Date: May 10, 2018 Hearing Time: 10:00 a.m. |

**AMENDED [PROPOSED] ORDER REGARDING CONSOLIDATION & APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD**

1    WHEREAS, the Court has received and considered motion(s) to consolidate the currently-

2  related cases against Defendant;

3    WHEREAS, the Court has received and considered motion(s) to appoint interim lead

4  counsel, an executive committee, and members of a steering committee submitted by various

5  counsel for the Plaintiffs;

6    WHEREAS, the Court recognizes the need to appoint an interim lead counsel structure to

7  coordinate litigation efficiently on behalf of all class members, and the importance of keeping

8  time, expense reports, reasonable fees, and eliminating duplication of efforts;

9    WHEREAS, having considered all timely submissions in light of the criteria set forth in the

10  Manual for Complex Litigation and Federal Rule of Civil Procedure 23(g), and having considered

11  oral argument during the hearing held on May 10, 2018, the Court orders as follows:

12  **I.    CONSOLIDATION**

13    The district court may consolidate actions involving common questions of law and fact.

14  Fed. R. Civ. P. § 42(a)(2).  The court exercises "broad discretion to decide how cases on its docket

15  are to be tried so that the business of the court may be dispatched with expedition and economy

16  while providing justice to the parties."  *Morin v. Turpin*, 778 F. Supp. 711, 733 (S.D.N.Y. 1991)

17  (citing 6 C. Wright & A. Miller, Federal Practice and Procedure 1471, at 359 (1971).  In exercising

18  this discretion, the court "weighs the saving of time and effort consolidation would produce against

19  any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703,

20  704 (9th Cir. 1984).  Consolidation may occur upon motion by a party or sua sponte.  *In re Adams*

21  *Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987).

22    The Court finds that each case presents substantially similar factual and legal issues.  Due

23  to the same or similar set of circumstances, discovery issues relating to each action will be parallel.

24  Furthermore, the actions are in the same procedural postures as Defendants have not yet filed an

25  answer or responsive motion.  There is no basis to find that consolidation would cause

26  inconvenience, delay or expense, especially since the parties agree with the consolidation request.

27    Accordingly, the Court finds that consolidation appropriate and the motions to consolidate

28  are GRANTED.

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND
PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD**

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## II.    APPOINTMENT OF INTERIM CLASS COUNSEL

This Order is intended to create a leadership structure for plaintiffs' counsel in order to organize, simplify, and streamline the handling of these matters on behalf of all plaintiffs, consistent with the fair administration of justice.

This Order sets forth procedures that will apply in the federal MDL proceeding, and applies to all cases that today or in the future become part of the MDL proceeding and any consolidated action that was previously a part of the coordinated MDL proceeding if the case is subsequently pending before this Court, and it binds all parties and their counsel in all such cases, including all attorneys appointed by this Court to leadership positions in the MDL proceeding.

### A.    Co-Lead Counsel

The Court has considered the chief criteria that lead plaintiffs' counsel should possess: (1) knowledge and experience in prosecuting complex litigation, including class actions; (2) willingness and ability to commit to a time-consuming process; (3) ability to work cooperatively with others; and (4) access to sufficient resources to prosecute the litigation in a timely manner. Fed. R. Civ. P. 23(g)(1)(A).  The Court hereby appoints Cotchett, Pitre & McCarthy LLP and Kaplan Fox & Kilsheimer LLP as Interim Co-Lead Counsel in this action.  The Court finds that these firms have extensive knowledge and experience in prosecuting complex litigation and class actions, are both willing and able to commit to a time-consuming process of litigating this case, have shown the ability to work cooperatively with others, garnering the support of a great number of colleagues and fellow counsel in this MDL, and have access to sufficient resources to prosecute this litigation in a timely manner.

### B.    Plaintiffs' Executive Committee

Having reviewed motions and supporting firm resumes, and finding that the proposed committees will advance judicial interests of efficiency and protect the interests of the proposed Class, the Court hereby appoints the following individuals to the Plaintiffs' Executive Committee ("PEC") (a chart illustrating the PEC composition is also attached hereto):

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND
PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD

2

Mark J. Dearman
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
(561) 750-3000
Mdearman@rgrdlaw.com

Eli Greenstein
**KESSLER TOPAZ METZLER CHECK LLP**
1 Sansome Street, Suite 1850
San Francisco, CA. 94104
(415) 400-3000
egreenstein@ktmc.com

Derek Howard
**DEREK G. HOWARD LAW FIRM**
42 Miller Ave
Mill Valley, CA. 94941
(415) 432-7192
derek@derekhowardlaw.com

Kyle McGee
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY. 10017
(646) 722-8505
jeisenhofer@gelaw.com

Kenneth Johnston
**JOHNSTON PRATT PLLC**
1717 Main Street, Suite 3000
Dallas, TX. 75201
(214) 974-8000
kjohnston@johnstonpratt.com

Kathleen Herkenhoff
**HAEGGQUIST & ECK, LP**
225 Broadway, Suite 2050
San Diego, CA. 92101
(619) 342-8000
kathleenh@haelaw.com

Amy E. Keller
**DiCELLO LEVITT & CASEY LLC**
Ten North Dearborn Street, Eleventh Floor
Chicago, IL. 60602
(312) 214-7900
akeller@dlcfirm.com

Gayle Blatt
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA. 92101
(619) 238-1811
gmb@cglaw.com

Tina Wolfson
**AHDOOT & WOLFSON, P.C.**
8424 Santa Monica Blvd., Suite 575
West Hollywood, CA., 90069
(310) 474-9111
aw@ahdootwolfson.com

Ariana Tadler
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
1 Pennsylvania Plaza, Suite 1920
New York, NY. 10119
(212) 946-9453
atadler@milberg.com

Karin Swope
**KELLER ROHRBACK LLP**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
(206) 623-1900
mgriffin@kellerrohrback.com
kswope@kellerrohrback.com

Tim Blood
**BLOOD HURST O'REARDON LLP**
501 West Broadway, Suite 1490
San Diego, CA. 92101
(619) 338-1100
tblood@bholaw.com

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD

3

Melissa R. Emert
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
(212) 687-7230
memert@ssbny.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19102
(215) 592-1500
cshaffer@lfsblaw.com

Doug McNamara
**COHEN MILSTEIN SELLERS & TOLL LLC**
1100 New York Ave. NW, Suite 500
Washington, DC. 20005
(202) 408-4600
dmcnamara@cohenmilstein.com

Ben Barnow
**BARNOW & ASSOCIATES**
One North LaSalle Street, Suite 4600
Chicago, IL. 60602
(312) 621-2000
b.barnow@barnowlaw.com

Stanley Bernstein
**BERNSTEIN LIEBHARD LLP**
10 East 40th Street
New York, NY 10016
Direct: 212-951-2040
Main:  (212) 779-1414
bernstein@bernlieb.com

Todd Garber
**FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP**
445 Hamilton Ave., Suite 605
White Plains, NY. 10601
(914) 298-3281 ext. 32803
tgarber@fbfglaw.com

Christopher Ridout
**ZIMMERMAN REED LLP**
2381 Rosecrans Blvd., Suite 328
El Segundo, CA. 90245
(562) 216-7383
Christopher.ridout@zimmreed.com

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
(415) 291-2420
rrivas@zlk.com

Geoffrey Rushing
**SAVERI & SAVERI INC.**
706 Sansome Street, Suite 200
San Francisco, CA. 94111
(415) 217-6810
grushing@saveri.com

Stephen Rosenthal
**PODHURST ORSEK P.A.**
SunTrust International Center
One S.E. 3rd Ave., Suite 2300
Miami, FL. 33131
(305) 358-2800
srosenthal@podhurst.com

Anthony Fata
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
150 S. Wacker, Suite 3000
Chicago, IL. 60606
(312) 782-4880
afata@caffertyclobes.com

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**D.    Changes in Membership of EC**

Appointments to the EC are personal in nature and may not be changed absent the authorization of Co-Lead Counsel or by court order.   Accordingly, this Court looks to these counsel to undertake personal responsibility to perform the designated functions and reserves the discretion to replace them, on their own request, or of this Court's own motion, should they become unable to do so.  These appointments will last for the duration of the MDL proceeding, unless changed by Co-Lead Counsel or ordered by the Court.

**E.    Steering Committee (Designated Counsel)**

Co-Lead Counsel or the PEC may utilize members of the Steering Committee ("Designated Counsel") on an ad hoc basis and appoint qualified counsel to perform legal services for plaintiffs. The Steering Committee members may aid and support any of the Co-Lead Counsel or PEC committees in executing the effective and efficient conduct of this litigation, and may also participate in the determination of any significant matters that arise in the litigation.  The responsibilities of Designated Counsel shall be determined by Co-Lead Counsel or the individual PEC member(s) or subcommittee that is responsible for the particular project, service, or work assignment to be completed by Designated Counsel.

The Court hereby appoints the following individuals to the Steering Committee:

Joshua H. Eggnatz
**EGGNATZ PASCUCCI, P.A.**
5400 S. University Drive, Suite 417
Davie, FL 33328
(954) 889-3359
JEggnatz@JusticeEarned.com

Scott Cole
**SCOTT COLE & ASSOCIATES**
1970 Broadway, 9th Floor
Oakland, CA 94612
(510) 891-9800
scole@scalaw.com

Richard S. Wayne
**STRAUSS TROY**
150 E 4th St #4
Cincinnati, OH 45202-4018
(513) 629-9472
rswayne@strausstroy.com

Anthony G. Simon
**SIMON LAW FIRM, P.C.**
800 Market St., Suite 1700
St. Louis, MO 63101
(314) 485-4034
asimon@simonlawpc.com

**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD**

5

Phong Tran
**JOHNSON FISTEL, LLP**
600 West Broadway, Suite 1540
San Diego, CA 92101
(619) 230-0063
Phongt@johnsonfistel.com

James Vlahakis
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Ave., Suite 200
Lombard, IL 60148
(312) 313-1613
jvlahakis@sulaimanlaw.com

Gordon M. Fauth, Jr.
**FINKELSTEIN THOMPSON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 398-8700
gfauth@finkelsteinthompson.com

Gary S. Graifman
**KANTROWITZ GOLDHAMER &
GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
(845) 262-2335
ggraifman@kgglaw.com

Jeffrey Squire
**BRAGER EAGEL & SQUIRE, P.C.**
885 Third Avenue, Suite 3040
New York, NY 10022
(212) 308-5858

Daniel Mulligan
**JENKINS, MULLIGAN & GABRIEL, LLP**
10085 Carroll Canyon Rd., Ste 210
San Diego, CA 92131
(858) 527-1792
dan@jmglawoffices.com

Jason Barnes
**BARNES & ASSOCIATES**
219 East Dunklin Street, Suite A
Jefferson City, MO 65109
(573) 634-8884
Jaybarnes5@zoho.com

Thomas V. Girardi
Alexandra Steele
**GIRARDI KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
Tel: (213) 977-0211
tgirardi@girardikeese.com
asteele@girardikeese.com

Bradford Lear
Todd Werts
**LEAR WERTS LLP**
2003 West Broadway, Suite 107
Columbia, MO 65203
(573) 875-1991
lear@learwerts.com
werts@learwerts.com

## III.   COMPOSITION AND RESPONSIBILITIES OF INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' EXECUTIVE COMMITTEE

### 1.   Responsibilities of Interim Co-Lead Counsel

Plaintiffs' Interim Co-Lead Counsel shall be responsible for determining the litigation strategy on behalf of all plaintiffs, and for the conduct of the litigation on behalf of the Plaintiff

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND
PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD

6

class, including any trial or resolution.  Plaintiffs' Interim Co-Lead Counsel shall promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and unproductive efforts; act as spokesperson (either personally or by designee) for the Plaintiff class at pretrial conferences; and delegate work responsibilities to the Plaintiffs' Executive Committee or its Chair.

Plaintiffs' Interim Co-Lead Counsel shall have authority to enter into stipulations (either personally or by designee on the PEC) necessary for the conduct of the litigation with opposing counsel.  No request for discovery, or other pre-trial or trial proceedings shall be initiated or filed, and no dispositive motion or response to any dispositive motion shall be filed by any plaintiff, except through Plaintiffs' Interim Co-Lead Counsel.

**2.      Executive Committee Chair (Administrative Counsel)**

The Court hereby appoints Mark Dearman of Robbins Geller Rudman & Dowd LLP as the Chair of the Plaintiffs' Executive Committee ("PEC Chair") with the following duties:

a.      The PEC Chair shall delegate work responsibilities to other Plaintiffs' counsel in a fair and orderly manner, and monitor the activities of all Plaintiffs' counsel to assure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, and economically, that schedules are met, and that unnecessary expenditures of time and expense are avoided.

b.      The PEC Chair shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel, and for providing the local rules, standing orders, and guidelines of the U.S. District Court for the Northern District of California, and any other judge's rules and standing orders of the Court, to counsel as required by applicable Court rules.

c.      The PEC Chair shall be responsible for creating and maintaining a master service list of all parties and their respective counsel, and shall promptly advise the Court and Defendants' counsel of changes to Plaintiffs' Service List.

LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD**                                     7

d.   The PEC Chair shall be responsible for ensuring that any updates and changes to the local rules, standing orders, and guidelines of this District or the Court are timely communicated to counsel as needed, working with the PEC member(s) where it is appropriate and relevant to their responsibilities.

e.   The PEC Chair shall be responsible for distributing to counsel, as appropriate, Orders notices, and correspondence from the Court, to the extent such documents are not electronically filed; and discovery, pleadings, correspondence, and other documents from Defendants' counsel that are not electronically filed.

f.   The PEC Chair shall be responsible for obtaining and maintaining time records for Plaintiffs' counsel, as well as preparing and submitting reports to the Court as requested.

**3.   State Court & Regulatory Liaison Counsel**

The Court hereby appoints Derek Howard of the Derek G. Howard Law Firm as the State Court & Regulatory Liaison Counsel. The State Court & Regulatory Liaison Counsel shall monitor any ongoing litigation in any state court, including California, as well as any governmental or regulatory proceedings, and coordinate with such proceedings to foster efficiency, minimize duplicative discovery, and avoid management difficulties. The State Court & Regulatory Liaison Counsel shall report to the Interim Co-Lead Counsel, and the Court as requested, and shall be responsible for ensuring that any material developments and relevant updates in the state court proceedings are communicated to the appropriate members of the PEC.

**4.   International Liaison Counsel**

The Court hereby appoints Eli Greenstein of Kessler Topaz Metzler Check LLP, Kenneth Johnston of Johnston Pratt PLLC, and Kyle McGee of Grant & Eisenhofer, P.A., as International Liaison Counsel. The International Liaison Counsel shall monitor any ongoing litigation in any international courts, and continue to foster efficiency, minimize duplicative discovery, and avoid management difficulties. The International Liaison Counsel shall report to the Interim Co-Lead Counsel and ensure any material developments and relevant updates in the international courts are communicated to the appropriate members of the PEC. The International Liaison Counsel shall also research, make recommendations to Interim Co-Lead Counsel, and assist in the pursuit of any claims

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND
PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD

8

based on laws outside the United States or on behalf of Class members residing outside the United States.

### 5. Law and Briefing Committee

The Court hereby appoints Amy Keller of Dicello Levitt & Casey LLC and Kathleen Herkenhoff of Haeggquist & Eck as co-chairs of the Law and Briefing Committee, responsible for coordinating the research and preparation of all pleadings and motions and assisting in the preparation of oral arguments at any hearings.

### 6. Defensive Discovery and Plaintiff Coordination Committee

The Court hereby appoints Gayle Blatt of Casey Gerry Schenk Francavilla Blatt & Penfield LLP and Tina Wolfson of Ahdoot & Wolfson as co-chairs of the Defensive Discovery and Plaintiff Coordination Committee, responsible for coordinating all discovery obligations of Plaintiffs and the Class consistent with the requirements of the Federal Rules of Civil Procedure, including the preservation of information, Rule 26 initial disclosures, responses to interrogatories, requests for production of documents, and request for admissions, and examination at depositions, as well as any motion practice related thereto.

### 7. Offensive Discovery and ESI Coordination Committee

The Court hereby appoints Ariana Tadler of Milberg Tadler Phillips Grossman LLP and Karin Swope of Keller Rohrbach LLP as co-chairs of the Offensive Discovery and ESI Coordination Committee, responsible for coordinating all discovery propounded on behalf of the Plaintiffs and the Class consistent with the requirements of the Federal Rules of Civil Procedure, including the pursuit of information, Rule 26 initial disclosure negotiation, interrogatories, requests for production of documents, requests for admissions, depositions, and any motion practice related thereto. The Offensive Discovery and ESI Coordination Committee shall also be responsible for coordinating ESI practices in this case, including negotiations with Defendant concerning an e-discovery plan, developing an ESI protocol for this case, and ensuring that appropriate protective orders are in place to guard against any release of proprietary, confidential, or personal ESI. The Offensive Discovery and ESI Coordination Committee will work with the EC to assess ESI needs and issues, implement appropriate ESI preservation procedures, identify custodians of potentially relevant ESI, and develop search terms for data searches. The Offensive Discovery and ESI

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD

Coordination Committee will handle ESI processing tasks and shall ensure that responsive ESI is collected and produced in a cost-effective manner that preserves the integrity of that ESI and enables counsel to recognize and appropriately deal with evidentiary issues associated with the admissibility of electronically generated and stored evidence.

## 8.      Discovery: Device Development

The Court hereby appoints Tim Blood of Blood Hurst O'Reardon LLP and Christopher Ridout of Zimmerman Reed LLP as co-chairs of the Discovery/Device Development Committee, responsible for coordinating all discovery efforts related to the development of the devices at issue, including the relevant technology together with the Offensive Discovery and ESI Coordination Committee.  The Device Development Committee will inform and educate the Offensive Discovery and ESI Coordination Committee about the relevant legal and factual issues in the case impacting discovery, including witnesses, key evidentiary issues, and any relevant risks associated with the discovery tasks at hand, and will work with the Experts Committee to select, retain, and consult with appropriate experts concerning device development issues.

## 9.      Discovery: Marketing

The Court hereby appoints Melissa Emert of Stull, Stull & Brody and Rosemary Rivas of Levi & Korsinsky LLP as co-chairs of the Discovery/Marketing Committee, responsible for coordinating all discovery efforts related to the marketing of the devices at issue together with the Offensive Discovery and ESI Coordination Committee.  The Discovery/Marketing Committee will inform and educate the Offensive Discovery and ESI Coordination Committee about the relevant legal and factual issues in the case impacting discovery, including witnesses, key evidentiary issues, and any relevant risks associated with the discovery tasks at hand, and will work with the Experts Committee as necessary to select, retain, and consult with appropriate experts concerning marketing issues.

## 10.      Discovery: Third Party

The Court hereby appoints Charlie Schaeffer of Levin Sedran & Berman and Geoffrey Rushing of Saveri & Saveri Inc. as co-chairs of the Third Party Discovery Committee, responsible for coordinating all third party discovery propounded on behalf of the Plaintiffs and the Class consistent with the requirements of the Federal Rules of Civil Procedure and applicable local rules,

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND
PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD

10

including the pursuit of documents, depositions, and any motion practice related to third party discovery..  The committee will coordinate third party discovery with the Offensive Discovery and ESI Coordination Committee and appropriate e committees, to evaluate and develop procedures and a plan for discovery of third parties that is efficient, cost-effective, and non-duplicative.

**11.     Experts**

The Court hereby appoints Doug McNamara of Cohen Milstein Sellers & Toll LLC and Stephen Rosenthal of Podhurst Orsek P.A. as co-chairs of the Experts Committee, responsible for researching and retaining experts as to matters relevant to this action, overseeing the preparation of expert disclosures, reports and depositions consistent with the requirements of the Federal Rules of Civil Procedure, and shall coordinate expert discovery with the Offensive Discovery and ESI Coordination Committee and the PEC, including the response to experts disclosed by Defendants, and any motion practice related thereto.

**12.     Damages/Settlement**

The Court hereby appoints Ben Barnow of Barnow & Associates and Anthony Fata of Cafferty Clobes Meriwether & Sprengel LLP as co-chairs of the Damages/Settlement Committee, responsible for coordinating efforts relating to damages, whether monetary or injunctive relief, including issues raised in discovery, expert disclosures, motions or trial, as well as assisting Co-Lead Counsel in representing the Plaintiff class in any arbitrations, mediations, and/or settlement conferences, consistent with the Court's ADR Local Rules and procedures.

**13.     Trial Preparation**

The Court hereby appoints Stanley Bernstein of Bernstein Liebhard and Todd Garber of Finkelstein Blankenship as co-chairs of the Trial Preparation Committee, responsible for assisting Co-Lead Counsel in all stages of trial preparation, including but not limited to the structure of the trial in the pretrial process, submission of detailed trial plans, decisions regarding issues, claims, and defenses that may apply, execution of the trial plan, preparation of pre-trial motions and all trial documents required under this Court's standing order, and consultation with Co-Lead Counsel

//

//

//

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND
PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD

11

//

regarding trial strategy and the conferring and planning that is mandated by Rule 26(f) of the Federal Rules of Civil Procedure and by ADR Local Rule 3-5,

**IT IS SO ORDERED.**

Dated: May _____, 2018

_____
EDWARD J. DAVILA
United States District Judge

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CONSOLIDATION, APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND PLAINTIFFS' COMMITTEES; Case No. 5:18-MD-02827-EJD**

12

## PLAINTIFFS' CO-LEAD COUNSEL

*Cotchett, Pitre & McCarthy LLP*                    *Kaplan Fox & Kilsheimer LLP*

---

### PLAINTIFFS' EXECUTIVE COMMITTEE (PEC)

---

**1. Administration / PEC Chair**

**Mark J. Dearman**
*(Robbins Geller Rudman & Dowd LLP)*

---

**2. State Court & Regulatory Liaison**

**Derek Howard**
*(Derek G. Howard Law Firm)*

---

**3. International Liaison**

**Eli Greenstein**
*(Kessler Topaz Metzler Check LLP)*

**Kenneth Johnston**
*(Johnson Pratt)*

**Kyle McGee**
*(Grant & Eisenhofer)*

---

**4. Law & Briefing**

**Amy Keller**
*(Dicello Levitt & Casey LLC)*

**Kathleen Herkenhoff**
*(Haeggquist & Eck, LLP)*

---

**5. Discovery: Defensive & Plaintiff Coordination**

**Gayle Blatt**
*(Casey Gerry Schenk Francavilla Blatt & Penfield LLP)*

**Tina Wolfson**
*(Ahdoot & Wolfson)*

---

**6. Discovery: Offensive & ESI Coordinator**

**Ariana Tadler**
*(Milberg Tadler Phillips Grossman LLP)*

**Karen Swope**
*(Keller Rohrbach)*

---

**7. Discovery: Device Development**

**Timothy Blood**
*(Blood Hurst O'Reardon LLP)*

**Christopher Ridout**
*(Zimmerman Reed LLP)*

---

**8. Discovery: Marketing**

**Melissa Emert**
*(Stull, Stull & Brody)*

**Rosemary Rivas**
*(Levi & Korsinsky LLP)*

---

**9. Discovery: Third Party**

**Charles Schaeffer**
*(Levin Sedran & Berman)*

**Geoffrey Rushing**
*(Saveri & Saveri Inc.)*

---

**10. Experts**

**Doug McNamara**
*(Cohen Milstein Sellers & Toll PLLC)*

**Stephen F. Rosenthal**
*(Podhurst Orsek P.A.)*

---

**11. Damages / Settlement**

**Ben Barnow**
*(Barnow & Associates)*

**Anthony Fata**
*(Cafferty Clobes Meriwether & Sprengel LLP)*

---

**12. Trial Prep**

**Stanley Bernstein**
*(Bernstein Liebhard, LLP)*

**Todd Garber**
*(Finkelstein, Blankinship, Frei-Pearson & Garber, LLP)*

---

### PLAINTIFFS' STEERING COMMITTEE (PSC)