**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Esther C. Shek (SBN 232603)
Gina Stassi (SBN 261263)
Stephanie D. Biehl (SBN 306777)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com
eshek@cpmlegal.com
gstassi@cpmlegal.com
sbiehl@cpmlegal.com

*Attorneys for Plaintiff Robert Gilson*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com
mgeorge@kaplanfox.com
mchoi@kaplanfox.com

*Attorneys for Plaintiff Nicole Gallmann*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Relates to:<br><br>ALL ACTIONS | Case No. 5:18-md-02827-EJD-NC<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' OBJECTION TO DEFENDANT APPLE INC.'S "RESPONSE" TO MOTIONS TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CO-LEAD COUNSEL**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor<br>Hearing Date: May 10, 2018<br>Hearing Time: 10:00 a.m. |

Plaintiffs Robert Gilson and Nicole Gallmann, on behalf of plaintiffs and movants in the related class actions (the "Majority Group"), object to Defendant Apple Inc.'s "Response" to the plaintiffs' respective motions to consolidate related actions and appoint interim lead counsel, filed on May 8, 2018.

At the Case Management Conference, the Court set a May 3, 2018 deadline for parties to file motions for interim lead counsel and further ordered the parties not to file a response or reply. Apple's counsel attended the Case Management Conference and did not object. Apple's Response – <u>filed after the deadline and without Court authorization</u> – is improper.

Of course, Apple's views on which lead counsel structure would best serve the interests of Class members should also be viewed with requisite skepticism. *Eggleston v. Chicago Journeymen Plumbers' Local Union No. 130, U.A.*, 657 F.2d 890, 895 (7th Cir. 1981) ("[w]hen it comes, for instance, to determining whether 'the representative parties will fairly and adequately protect the interests of the class,' . . . *it is a bit like permitting a fox, although with a pious countenance, to take charge of the chicken house*") (emphasis added); *McNamara v. Bre-X Minerals, Ltd.*, 2003 U.S. Dist. LEXIS 25641, at *52 (E.D. Tex. Mar. 31, 2003) ("It is in a defendant's best interests to object to class counsel who are, in fact, best suited to protect the class and represent its interests, so that the defendant can seek new class counsel who will more readily compromise the claims of the class.").

Respectfully submitted,

Dated: May 9, 2018  **COTCHETT, PITRE & MCCARTHY LLP**

By: */s/ Joseph W. Cotchett*
      Joseph W. Cotchett
      Mark Cotton Molumphy
Attorneys for Plaintiff Robert Gilson, No. 5:18-cv-0216-EJD-NC (N.D. Cal.)

Dated: May 9, 2018  **KAPLAN FOX & KILSHEIMER LLP**

By: */s/ Laurence D. King*
      Laurence D. King
Attorneys for Plaintiff Nicole Gallmann, No. 5:17-cv-7285-EJD-NC (N.D. Cal.)

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Mark C. Molumphy, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2018, at Burlingame, California.

/s/ *Mark C. Molumphy*
Mark C. Molumphy