UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION

Case No. 18-md-02827-EJD

**CASE MANAGEMENT ORDER NO. 2**

On April 26, 2018, this Court issued Case Management Order No. 1, which set certain deadlines. Dkt. No. 21. Due in large part to the parties' commitment to efficiency, the Court appointed Interim Co-Lead Counsel in this action less than three weeks later, on May 15, 2018. Dkt. No. 99.

In light of the speedy resolution of appointment of interim lead counsel, and in order to facilitate continued progress, the Court hereby revises some of the case deadlines and provides the briefing schedule and hearing date for the motion to dismiss:

1. The deadline to file the consolidated complaint is revised to **July 2, 2018**.

2. The date for the further case management conference is revised to **July 11, 2018 at 10:00 a.m.** The parties shall file their joint case management statement by **July 6, 2018 at 12:00 p.m.** In that statement, the parties may wish to provide proposals for proceeding on a limited set of claims in the consolidated complaint.

3. Apple shall file its motion to dismiss by **August 9, 2018**. Plaintiffs shall file their opposition by **August 30, 2018**. Apple shall file its reply by **September 6, 2018**.

Case No. 18-md-02827-EJD
CASE MANAGEMENT ORDER NO. 2

1

4. The hearing on Apple's motion to dismiss is set for **September 20, 2018 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: May 18, 2018

_____
EDWARD J. DAVILA
United States District Judge

Case No. 18-md-02827-EJD
CASE MANAGEMENT ORDER NO. 2

2