UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 18-md-02827-EJD<br><br>**ORDER REQUESTING PROPOSAL RE: PROTOCOL FOR COMMON BENEFIT WORK AND EXPENSES** |

On May 15, 2018, this Court consolidated related actions and appointed Interim Co-Lead Counsel in this multidistrict litigation. Dkt. No. 99. The Court also appointed Mark Dearman of Robbins Geller Rudman & Dowd LLP as the Chair of the Plaintiffs' Executive Committee, whose responsibilities include "obtaining and maintaining time records for Plaintiffs' counsel, as well as preparing and submitting reports to the Court as requested." Id. at 8.

In accordance with that duty, Mr. Dearman shall submit no later than May 30, 2018 a proposed protocol for common benefit work and expenses to be reviewed and approved by the Court. The protocol should recommend guidelines and rules for work done and expenses incurred. In particular, the protocol should address issues such as case staffing, timekeeping, and expense reimbursements.

Without being exhaustive, the Court notes that some matters that may be considered include the process for seeking Court approval of work by law firms who are not part of the Plaintiffs' Executive or Steering Committees, the maintenance of contemporaneous billing

Case No.: 18-md-02827-EJD
ORDER REQUESTING PROPOSAL RE: PROTOCOL FOR COMMON BENEFIT WORK AND EXPENSES

1

records, the process for submitting contemporaneous billing records and expense requests for review by Mr. Dearman, and the format of any accounting spreadsheets to track timekeeping and expenses. The protocol should be developed with an eye toward efficiency and effective communication of information between various counsel and between counsel and the Court.

**IT IS SO ORDERED.**

Dated: May 18, 2018

EDWARD J. DAVILA
United States District Judge