1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH FED. R. CIV. P. 26(f)** |
|---|---|
| This Relates to: <br><br> ALL CASES | |

1  This Court, having considered Plaintiffs' Motion to Compel Defendant's Compliance with
2  Fed. R. Civ. P. 26(f), and all other papers related thereto,
3  IT IS HEREBY ORDERED THAT the Parties shall meet and confer in the ordinary
4  course on a joint proposed discovery plan pursuant to Fed. R. Civ. P. 26(f)(1) and (f)(2) on or
5  before **JUNE 20, 2018**; and
6  IT IS FURTHER ORDERED THAT the Parties shall continue to confer and negotiate a
7  joint proposed discovery plan in good faith on a rolling basis as needed following the Rule 26(f)
8  conference, and Defendant shall not withhold its participation because of the pendency of the
9  Consolidated Amended Complaint; and
10 IT IS FURTHER ORDERED THAT the Parties shall submit a joint proposed discovery
11 plan in the ordinary course pursuant to Fed. R. Civ. P. 26(f)(3) on or before **JULY 5, 2018**.  All
12 other deadlines in this Court's Case Management Order No. 2 remain in effect.
13 **IT IS SO ORDERED.**

15 DATED:

HON. EDWARD J. DAVILA
United States District Judge