# Exhibit A

**COTCHETT PITRE & McCARTHY LLP**
Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Fax: 650.697.0577
www.cpmlegal.com

**KAPLAN FOX**
Kaplan Fox & Kilsheimer LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Fax: 415.772.4707
www.kaplanfox.com

May 23, 2018

**Via Email and US Mail**
tboutrous@gibsondunn.com
cchorba@gibsondunn.com
Theodore J. Boutrous Jr., Esq.
Christopher Chorba, Esq.
GIBSON DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

**Re:** *In re Apple Inc. Device Performance Litigation, 18-md-02827-EJD*

Dear Counsel:

Consistent with Judge Davila's direction that this matter proceed "in an efficient time manner" (5/10/2018 Mot. Hearing, at 89:25) and with "aggressiveness" (4/25/2018 CMC Transcript, at 21:15), we write concerning two initial discovery matters.

First, please provide dates and times for a discovery planning conference pursuant to Fed. R. Civ. P. 26(f). We can work around your schedule but believe that the conference should be held quickly and a discovery plan and proposed protective order presented to the Court within the next two weeks.

Second, to the extent Apple Inc. has already produced documents or other materials to the FTC or other governmental agencies, regulatory authorities, Congress, foreign investigators (including but not limited to the Canadian Parliament) who are or may be investigating allegations similar to those alleged herein, or to any private litigant, we request that Apple Inc. produce copies of such documents to Plaintiffs immediately. There is no additional burden in producing such documents since they have already been collected, organized, and produced to other people and entities. Moreover, such documents are unquestionably relevant to the claims asserted by Plaintiffs. Plaintiffs are willing to treat such documents as "attorneys' eyes only" pending the entry of a mutually agreeable protective order.

We look forward to your prompt response regarding both of the above matters.

Sincerely,

JOSEPH W. COTCHETT
LAURENCE D. KING
DAVID A. STRAITE
MARK M. MOLUMPHY

cc: Ariana Tadler, Esq. and Karen Swope, Esq., Discovery and ESI coordinators