THEODORE J. BOUTROUS JR., SBN 132099
  tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
  tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
Facsimile:  213.229.7520

G. CHARLES NIERLICH, SBN 196611
  gnierlich@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone: 415.393.8200
Facsimile:  415.374.8458

Attorneys for Defendant,
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  APPLE INC. DEVICE PERFORMANCE LITIGATION | CASE NO. 5:18-md-02827-EJD<br><br>**SUPPLEMENTAL DECLARATION OF TIMOTHY W. LOOSE IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL EARLY DISCOVERY AND PARTIAL OPPOSITION TO REQUEST FOR AN EARLY RULE 26(f) CONFERENCE** |

Gibson, Dunn & Crutcher LLP

SUPPLEMENTAL DECLARATION OF TIMOTHY W. LOOSE IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL EARLY DISCOVERY AND PARTIAL OPPOSITION TO REQUEST FOR AN EARLY RULE 26(f) CONFERENCE, CASE NO. 5:18-MD-02827-EJD

I, Timothy W. Loose, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel for Defendant Apple Inc. I submit this declaration in support of Apple's Opposition to Plaintiffs' Motions to Compel Early Discovery and an Early Rule 26(f) Conference and to supplement my earlier Declaration of June 15, 2018. I have personal knowledge of the facts set forth in this Declaration unless otherwise noted, and if called as a witness, I could and would competently testify thereto.

2. Earlier today, June 18, 2018, counsel for Apple sent a letter to Interim Co-Lead Counsel, Laurence D. King and Joseph Cotchett, agreeing to their proposal for the Hon. Rebecca Westerfield (Ret.) to serve as the discovery referee in this matter. Attached as **Exhibit 10** is a true and correct copy of this correspondence.

3. This letter was sent by email by my associate, Cynthia Chen McTernan, at 1:42pm to Mr. King, Mr. Cotchett, David Straite, and Mark Molumphy. (This email correspondence is included in **Exhibit 10.**)

4. Approximately one hour later, Plaintiffs' Counsel filed a Reply in support of their Motions to Compel Early Discovery and an Early Rule 26(f) Conference. (Dkt. 125.)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 18th day of June, 2018, at Los Angeles, California.

By:     */s/ Timothy W. Loose*
TIMOTHY W. LOOSE

Gibson, Dunn & Crutcher LLP

1
SUPPLEMENTAL DECLARATION OF TIMOTHY W. LOOSE IN SUPPORT OF DEFENDANT APPLE INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL EARLY DISCOVERY AND PARTIAL OPPOSITION TO REQUEST FOR AN EARLY RULE 26(f) CONFERENCE, CASE NO. 5:18-MD-02827-EJD