# EXHIBIT 10

| | |
|---|---|
| **From:** | McTernan, Cynthia Chen |
| **Sent:** | Monday, June 18, 2018 1:42 PM |
| **To:** | David Straite; Joseph Cotchett; Mark Molumphy; Laurence King |
| **Cc:** | *** AppleMDL-External; Boutrous Jr., Theodore J.; Chorba, Christopher; Nierlich, G. Charles; Loose, Timothy W.; London, Jillian |
| **Subject:** | In re Apple Inc. Device Performance Litig., No. 5:18-md-02827-EJD |
| **Attachments:** | 2018.06.18 Letter.pdf |

Counsel:

Please see the attached correspondence. Thank you.


**Cynthia Chen McTernan**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7633 • Fax +1 213.229.6633
CMcTernan@gibsondunn.com • www.gibsondunn.com

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Christopher Chorba
Direct: +1 213.229.7396
Fax: +1 213.229.6396
CChorba@gibsondunn.com

June 18, 2018

VIA ELECTRONIC MAIL

Laurence D. King
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
lking@kaplanfox.com

Joseph Cotchett
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com

Re:   *In Re Apple Inc. Device Performance Litigation* (MDL 2827)

Dear Joe and Larry:

We write to follow up on our discussions and correspondence regarding the appointment of a discovery referee. As we have discussed, we believe that a single discovery referee will be able to address any discovery issues that arise in this action, just as one discovery referee (or Magistrate Judge) has been able to address discovery issues in other multi-district litigation matters. During our conversation last week, Joe agreed that the parties should start with one referee.

To that end, Apple agrees to your proposal of the Hon. Rebecca Westerfield (Ret.) to serve as the discovery referee in this matter.

In addition, as I discussed with Joe last Tuesday, please confer with us before contacting the Court about presenting any particular matter for hearing. Your message to the Court on Tuesday morning asserted that "Counsel for defendant Apple Inc. has been notified that Plaintiffs intend to move for such relief at or before the June 19 Status Conference . . . ." As I explained to Joe during our call, that statement was inaccurate on several levels: (1) there was not a ripe dispute regarding the appointment of a discovery referee; and (2) you had not "notified" Apple of your intent to present this issue at the Status Conference on June 19. Moreover, you apparently intended to force Apple to respond on abbreviated notice without any showing of the urgency for this issue. In particular, given our agreement to one of your

GIBSON DUNN

Laurence D. King
Joseph Cotchett
June 18, 2018
Page 2

proposed discovery referee candidates, the parties should exhaust their meet-and-confer efforts before presenting these issues to the Court.

Please do not hesitate to contact me if you wish to discuss the foregoing.

Sincerely,

Christopher Chorba

cc:  Theodore J. Boutrous, Jr.
     David A. Straite
     Mark C. Molumphy