Amy E. Keller
*Pro Hac Vice*
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street
Eleventh Floor
Chicago, IL 60602
3122147900
Email: akeller@dlcfirm.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827 |
| This Document Relates To:<br>ALL ACTIONS. | **NOTICE OF APPEARANCE OF AMY E. KELLER**<br><br>Hon. Edward J. Davila |

PLEASE TAKE NOTICE that Amy E. Keller enters her appearance in this MDL on behalf of Plaintiff Nicole Gallmann, and is authorized to receive service of all pleadings, notices, orders and other papers regarding this action on their behalf. Her address, telephone, facsimile and email are as follows:

Amy E. Keller
DiCello Levitt & Casey LLC
Ten North Dearborn Street
Eleventh Floor
Chicago, IL 60602
Telephone: 312-214-7900
Email: akeller@dlcfirm.com

Ms. Keller is already counsel of Record in the *Harvey* action which was consolidated with the MDL on April 5, 2018 [ECF No. 96]. Ms. Keller moved for admission *pro hac vice* in the

*Harvey* action on January 4, 2018 [*Harvey* ECF No. 10] and this Court granted the motion on January 4, 2018 [*Harvey* ECF No.12].

Dated: July 3, 2018

Respectfully submitted,

**DICELLO LEVITT & CASEY LLC**

By: /s/ Amy E. Keller
Ten North Dearborn Street, Eleventh Floor
Chicago, Illinois 60602
Telephone Number: (312) 214-7900

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2018, I caused to be electronically filed the foregoing Notice of Appearance of Counsel for Plaintiff Nicole Gallmann with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing systems.

Dated: July 3, 2018

Respectfully submitted,

**DICELLO LEVITT & CASEY LLC**

By: /s/ Amy E. Keller
Amy E. Keller
Attorney for Plaintiff Nicole Gallman