MARK DEARMAN
ROBBINS GELLER RUDMAN
& DOWD LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com

*Chair, Plaintiffs' Executive Committee*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD<br><br>CLASS ACTION<br><br>**ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AND ~~[PROPOSED]~~ ORDER**<br><br>**DATE: July 11, 2018**<br>**TIME: 1:30 p.m.**<br>**COURTROOM: 4 (Fifth Floor)**<br><br>**Hon. Edward J. Davila** |

Pursuant to Judge Davila's standing order, the undersigned counsel requests permission to make a telephonic appearance at the hearing for Further Case Management Conference scheduled on July 11, 2018 at 1:30 p.m.

DATED: July 3, 2018

ROBBINS GELLER RUDMAN
& DOWD LLP
MARK DEARMAN

*s/Mark Dearman*
MARK DEARMAN

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
mdearman@rgrdlaw.com

*Chair, Plaintiffs' Executive Committee*

**ORDER**

For good cause shown, Mark Dearman's administrative request to appear telephonically at the hearing for Further Case Management Conference on July 11, 2018, is GRANTED. The applicant counsel should contact Court-Call and make arrangements to participate by telephone.

**IT IS SO ORDERED**.

Dated: July 6, 2018

HONORABLE EDWARD J. DAVILA