Larry W. Gabriel (Bar No. 68329)
lgabriel@bg.law
**Jenkins Mulligan & Gabriel LLP**
10085 Carroll Canyon Rd., Ste 210
San Diego, CA 92131-1100
Tel. (818) 943-8992
Fax (858) 527-1793

*Attorneys for Chad White*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION** | **Case No. 5:18-MD-02827-EJD**<br><br>**ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AND ~~[PROPOSED]~~ ORDER**<br><br>**DATE: July 11, 2018**<br>**TIME: 1:30 p.m.**<br>**COURTROOM: 4 (Fifth Floor)**<br><br>**Hon. Edward J. Davila** |

Pursuant to Judge Davila's standing order, the undersigned counsel requests permission to make a telephonic appearance at the hearing for Further Case Management Conference scheduled on July 11, 2018 at 1:30 p.m.

Respectfully submitted,

DATED: July 5, 2018

JENKINS MULLIGAN & GABRIEL LLP

By: /s/ Larry W. Gabriel
Attorneys for Chad White

**ORDER**

For good cause shown, Larry W. Gabriel's administrative request to appear telephonically at the hearing for Further Case Management Conference on July 11, 2018, is GRANTED. The applicant counsel should contact Court-Call and make arrangements to participate by telephone.

**IT IS SO ORDERED**.

Dated: July 6, 2018

HONORABLE EDWARD J. DAVILA