Eric J. Artrip
MASTANDO & ARTRIP, LLC
301 Washington Street NW, Suite 302
Huntsville, AL 35801
Telephone: (256) 532-2222
Fax: (256) 513-7489
Email: artrip@mastandoartrip.com

Counsel for Plaintiffs Brady Lankford, Trent Clinton Go, and Jodie L. Kasun

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE. APPLE INC. DEVICE PERFORMANCE LITIGATION | CASE NO. 5:18-md-02827-EJD<br><br>ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER<br><br>Date: July 11, 2018<br>Time: 1:30 p.m.<br>Crtrm: 5, 5th Floor<br>Judge: Hon. Edward J. Davila |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Judge Davila's standing order, Plaintiffs Brady Lankford, Trent Clinton Go, and Jodie L. Kasun, hereby request that undersigned counsel, Eric J. Artrip, be permitted to appear telephonically at the hearing for Further Case Management Conference ("Hearing") scheduled in this case for July 11, 2018 at 1:30 p.m., and that the Court authorize counsel to arrange said participation via Court-Call.

Good cause exists for the granting of this request, as a telephonic appearance will appropriately promote the interests of judicial economy and efficiency. The telephonic appearance will not prejudice any party and will not hamper the efficient operation of said hearing.

Therefore, Plaintiffs respectfully request that Mr. Artrip be given permission to appear telephonically at the Hearing.

Respectfully submitted this the 6th day of July, 2018.

*/s/ Eric J. Artrip*
Eric J. Artrip
MASTANDO & ARTRIP, LLC
301 Washington Street NW, Suite 302
Huntsville, AL 35801
Telephone: (256) 532-2222
Fax: (256) 513-7489
artrip@mastandoartrip.com
*Counsel for Plaintiffs Brady Lankford, Trent Clinton Go, and Jodie L. Kasun*

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel of the Multidistrict Litigation, the undersigned hereby certifies that on July 6, 2018, copies of the foregoing Administrative Request to Appear Telephonically at Motions to Consolidate and to Appoint Lead Counsel Hearing will be provided via the JPML CM/ECF System, which will provide electronic service notification to all counsel of record, registered as CM/ECF users.

s/ Eric J. Artrip
Eric J. Artrip

**ORDER**

For good cause shown, Eric J. Artrip's administrative request to appear telephonically at the hearing for Further Case Management Conference on July 11, 2018 is GRANTED. The applicant counsel should contact Court-Call and make arrangements to participate by telephone.

**IT IS SO ORDERED.**

Dated: July ______, 2018

___________________________________
HONORABLE EDWARD J. DAVILA