UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD<br><br>[PROPOSED] CASE MANAGEMENT ORDER NO. 4 |

On July 11, 2018, the Court held a Case Management Conference. The Court also heard arguments on Plaintiffs' Motion to Compel Compliance with Fed. R. Civ. P. 26(f) (ECF No. 115) and Plaintiffs' Motion to Compel Expedited Discovery (ECF No. 116). The Court hereby Orders as follows:

1. The next Case Management Conference is set for August [September] ________, 2018 at __________ p[a].m. in Courtroom 4. The parties shall submit a Third Supplemental Joint Case Management Statement at least 7 calendar days in advance.

2. The parties represented that they held their Rule 26(f) Conference and therefore ECF No. 115 is DENIED AS MOOT.

3. The parties shall jointly submit a further proposed discovery plan to the Court no later than 7 calendar days before the next CMC.

4. The parties shall exchange Rule 26 initial disclosures on or before September 5, 2018, subject to Apple's objections regarding the proper scope of the litigation.

5. The parties shall submit a stipulated motion for the appointment of the Hon. Rebecca J. Westerfield (Ret.) as the Discovery Special Master as soon as practical after conferring with the proposed Discovery Special Master.

6. The parties shall submit a proposed Protective Order to the Court for consideration as soon as practical after first conferring with the Discovery Special Master.

7. The parties shall also submit a proposed ESI protocol to the Court for consideration as soon as practical after first conferring with the Discovery Special Master.

8. The parties shall agree to the selection of a Mediator, or alternatively notify the Court that the parties elect not to retain a Mediator, in advance of the next CMC.

9. Briefing on the Motion for Expedited Injunctive Relief Pursuant to Fed. R. Civ. P. 23(d) dated February 9, 2018 and filed in three consolidated actions (*Gallmann v. Apple, Inc*., 5:17-CV-7285-EJD, *Cunningham v. Apple, Inc*., 5:18-CV-0338-EJD, and *Block v. Apple, Inc*., 5:18-CV-0481-EJD) is hereby STAYED by agreement of the parties while they confer on a possible stipulated resolution. Any proposed stipulation shall be filed in advance of the next CMC. If the parties are unable to reach a stipulated resolution, Plaintiffs shall withdraw the Motion and re-file in the MDL. Defendant shall thereafter have 14 days to Respond, and Plaintiffs shall then have 7 days to Reply.

10. Other than the service of any summons and/or complaint, the parties shall serve all papers in this litigation via email. The parties designate the following email recipients:

- <u>Interim Co-Lead Counsel for Plaintiffs</u>: Joseph Cotchett (jcotchett@cpmlegal.com), Laurence King (lking@kaplanfox.com), Mark Molumphy (mmolumphy@cpmlegal.com), David Straite

(dstraite@kaplanfox.com); Mario Choi (mchoi@kaplanfox.com); and Stephanie Biehl (sbiehl@cpmlegal.com).

- Apple: Theodore J. Boutrous, Jr. (tboutrous@gibsondunn.com), Christopher Chorba (cchorba@gibsondunn.com), G. Charles Nierlich (gnierlich@gibsondunn.com), Timothy Loose (tloose@gibsondunn.com), Jillian London (jlondon@gibsondnun.com), Cynthia Chen McTernan (cmcternan@gibsondunn.com), and Kristina Eckert (keckert@gibsondunn.com).

Service on all of these recipients shall constitute effective service of all documents, except the parties may work out alternative arrangements for large files (in excess of 5MB).

**IT IS SO ORDERED.**

DATED:

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE