Stephen F. Rosenthal, admitted *pro hac vice*
srosenthal@podhurst.com
**PODHURST ORSECK, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: 305-358-2800
Facsimile: 305-358-2382

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No.: 5:18-MD-02827-EJD<br><br>ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to this Court's standing order for civil cases, the undersigned counsel, Stephen F. Rosenthal, in his capacity as Court-appointed co-chair of the Experts Committee of the Plaintiffs' Executive Committee (Dkt. No. 99 at 12), respectfully requests permission to appear telephonically at the case-management conference scheduled for July 11, 2018 at 1:30 p.m.

Good cause exists for granting this request. The Court has invited counsel to attend status conferences in this matter, recognizing that compensation for that time depends on pre-authorization by Co-Lead Counsel. Dkt. 148 at 4.[1] As some of the issues listed in the Second Supplemental Joint Case Management Conference Statement (Dkt. No. 153) implicate the work of the Experts Committee, it may facilitate the undersigned's ability to execute his

---

[1] Due to the fact that this Order was entered on July 3, and followed by the July 4 holiday, the undersigned was unable to file this motion a week in advance of the upcoming hearing, as the Court's Standing Order requires.

responsibilities effectively to listen in to the hearing.  Since the undersigned resides in Miami, Florida, telephonic participation is plainly the most efficient manner of participating.

Accordingly, the undersigned counsel respectfully requests permission to appear telephonically at the July 11, 2018 case management conference.  A proposed order follows.

Dated this 9th of July, 2018.

                    Respectfully submitted,

/s/ *Stephen F. Rosenthal*
Stephen F. Rosenthal
Admitted *pro hac vice*
**PODHURST ORSECK, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Telephone:  305-358-2800
Facsimile:  305-358-2382
srosenthal@podhurst.com

*Member, Plaintiffs' Executive Committee*

# ORDER

For good cause shown, Stephen F. Rosenthal's administrative request to appear telephonically at the hearing for Further Case Management Conference on July 11, 2018 is GRANTED. The applicant counsel should contact Court-Call and make arrangements to participate by telephone.

IT IS SO ORDERED.

Dated: July _____, 2018

_____
HONORABLE EDWARD J. DAVILA