UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEATON HARVEY, ET AL., <br>     Plaintiffs, <br>   v. <br> APPLE INC., <br>     Defendant. | Case No. 18-md-02827-EJD <br><br> **CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/16/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Abdul Mohammed
258 East Bailey Rd Apt. C
Naperville, IL 60565

Anthony Oliver
1502 Benton Blvd, Apt. #5108
Savannah, GA 31407

Brian Hogue ID: 103158
c/o ISCC H-3
P.O. Box 70010
Boise, ID 83707

Dated: 7/16/2018

Susan Y. Soong
Clerk, United States District Court

By: *Adriana M. Kratzmann*
Adriana M. Kratzmann, Deputy Clerk to the
Honorable EDWARD J. DAVILA