Reset Form

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Apple Inc. Device Performace Litigation<br><br>Plaintiff(s),<br><br>v.<br><br>Defendant(s). | Case No: 18-02827<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Eric J. Fierro, an active member in good standing of the bar of Arizona, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Plaintiff Margaret Wetherald in the above-entitled action. My local co-counsel in this case is Jeffrey Lewis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD:<br>3101 North Central Avenue, Suite 1400<br>Phoenix, AZ 85012 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 |
| MY TELEPHONE # OF RECORD:<br>(602) 248-0088 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(510) 463-3900 |
| MY EMAIL ADDRESS OF RECORD:<br>efierro@kellerrohrback.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>jlewis@kellerrohrback.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: AZ 026719.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: July 16, 2018

Eric J. Fierro
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Eric J. Fierro is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/16/2018

UNITED STATES DISTRICT/XXXXXXXXXX JUDGE