Name: Anthony Oliver, Plaintiff
Address: 1502 Benton Blvd, # 5108
Savannah, Georgia 31407
Phone Number: (912) - 220 - 5842
E-mail Address: Anthony.oliver29@gmail.com
*Pro Se*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY OLIVER,<br><br>Plaintiff,<br><br>vs.<br><br>Apple, Inc.<br><br>Defendant. | Case Number: 5:18-cv-03638-EJD<br>5:18-md-02827EJD<br><br>**~~[PROPOSED]~~ ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: July 2, 2018

United States District/Magistrate Judge