<pre>
 1                    UNITED STATES DISTRICT COURT
 2               FOR THE NORTHERN DISTRICT OF CALIFORNIA
                         SAN JOSE DIVISION
 3

 4

 5      IN RE:  APPLE INC. DEVICE        CASE NO.  18-MD-2827
        PERFORMANCE LITIGATION.
 6                                       SAN JOSE, CALIFORNIA

 7                                       JULY 11, 2018

 8                                       PAGES 1 - 48

 9
                         TRANSCRIPT OF PROCEEDINGS
10              BEFORE THE HONORABLE EDWARD J. DAVILA
                   UNITED STATES DISTRICT JUDGE
11
                       A-P-P-E-A-R-A-N-C-E-S
12

13      FOR PLAINTIFFS:      COTCHETT, PITRE & MCCARTHY LLP
                             BY:  JOSEPH W. COTCHETT
14                                MARK C. MOLUMPHY
                                  STEPHANIE D. BIEHL
15                                840 MALCOLM ROAD
                                  BURLINGAME, CALIFORNIA 94010
16

17                           KAPLAN, FOX & KILSHEIMER LLP
                             BY:  LAURENCE D. KING
18                                DAVID A. STRAITE
                                  FREDERIC S. FOX
19                           350 SANSOME STREET, SUITE 400
                             SAN FRANCISCO, CALIFORNIA 94104
20
               (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
        OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                                  CERTIFICATE NUMBER 8074

23
            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
24      TRANSCRIPT PRODUCED WITH COMPUTER.

25
</pre>

```
1      A P P E A R A N C E S: (CONT'D)

2

       FOR THE DEFENDANT:          GIBSON, DUNN & CRUTCHER LLP
3                                  BY:  CHRISTOPHER CHORBA
                                        BROOKE MYERS WALLACE
4                                       G. CHARLES NIERLICH
                                        JILLIAN LONDON
5                                  333 SOUTH GRAND AVENUE
                                   LOS ANGELES, CALIFORNIA 90071
6      ALSO PRESENT:

7

       THE BRANDI LAW FIRM
8                                  BY:  TERENCE D. EDWARDS
                                   354 PINE STREET, THIRD FLOOR
9                                  SAN FRANCISCO, CALIFORNIA 94104

10     _____

11     TELEPHONICALLY:

12                                 ERIC ARTRIP
                                   JOSHUA EGGNATZ
13                                 MARK DEARMAN
                                   LARRY W. GABRIEL
14                                 STEPHEN F. ROSENTHAL

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | SAN JOSE, CALIFORNIA                    JULY 11, 2018 |
| | 2 | P R O C E E D I N G S |
| 01:40PM | 3 | (COURT CONVENED AT 1:41 P.M.) |
| 01:41PM | 4 | THE COURT:  LET'S CALL OUR 1:30 CALENDAR.  THIS IS |
| 01:41PM | 5 | IN RE:  APPLE INC. DEVICE PERFORMANCE LITIGATION, 18-MD-2827. |
| 01:41PM | 6 | I THINK WHAT I'LL DO IS JUST GO THROUGH THE LIST OF WHAT I |
| 01:41PM | 7 | HAVE OF INDIVIDUALS WHO ARE PRESENT.  THAT MIGHT MAKE IT |
| 01:41PM | 8 | EASIER.  AND IF I CALL YOUR NAME, YOU CAN JUST PLEASE SING OUT. |
| 01:41PM | 9 | I'LL START WITH THE DEFENSE. |
| 01:41PM | 10 | CHARLES NIERLICH. |
| 01:41PM | 11 | MR. NIERLICH:  GOOD AFTERNOON, YOUR HONOR. |
| 01:41PM | 12 | THE COURT:  CHRISTOPHER CHORBA. |
| 01:41PM | 13 | MR. CHORBA:  GOOD AFTERNOON, YOUR HONOR. |
| 01:41PM | 14 | THE COURT:  BROOKE MYERS WALLACE. |
| 01:41PM | 15 | MS. WALLACE:  GOOD AFTERNOON, YOUR HONOR. |
| 01:41PM | 16 | THE COURT:  JILLIAN LONDON. |
| 01:42PM | 17 | MS. LONDON:  GOOD AFTERNOON, YOUR HONOR. |
| 01:42PM | 18 | THE COURT:  THANK YOU.  GOOD AFTERNOON. |
| 01:42PM | 19 | LET ME TURN TO PLAINTIFFS' COUNSEL AND AGAIN GOING DOWN |
| 01:42PM | 20 | THE LIST.  THERE MAY BE SOME THAT ARE ON PHONE APPEARANCE. |
| 01:42PM | 21 | STEPHEN ROSENTHAL. |
| 01:42PM | 22 | MR. ROSENTHAL:  YES, YOUR HONOR. |
| 01:42PM | 23 | THE COURT:  THANK YOU.  YOU APPEAR TELEPHONICALLY. |
| 01:42PM | 24 | DAVID STRAITE. |
| 01:42PM | 25 | MR. STAITE:  GOOD AFTERNOON, YOUR HONOR. |

| 01:42PM | 1 | THE COURT:  GOOD AFTERNOON. |
| 01:42PM | 2 | FREDERIC FOX. |
| 01:42PM | 3 | MR. FOX:  GOOD AFTERNOON, YOUR HONOR. |
| 01:42PM | 4 | THE COURT:  GOOD AFTERNOON. |
| 01:42PM | 5 | JOSEPH COTCHETT. |
| 01:42PM | 6 | MR. COTCHETT:  GOOD AFTERNOON, YOUR HONOR. |
| 01:42PM | 7 | THE COURT:  THANK YOU.  GOOD AFTERNOON. |
| 01:42PM | 8 | MARK MOLUMPHY. |
| 01:42PM | 9 | MR. MOLUMPHY:  GOOD AFTERNOON. |
| 01:42PM | 10 | THE COURT:  STEPHANIE BIEHL. |
| 01:42PM | 11 | MS. BIEHL:  GOOD AFTERNOON. |
| 01:42PM | 12 | THE COURT:  MARK DEARMAN APPEARS TELEPHONICALLY. |
| 01:42PM | 13 | MR. DEARMAN:  PRESENT, YOUR HONOR.  GOOD AFTERNOON. |
| 01:42PM | 14 | THE COURT:  THANK YOU.  GOOD AFTERNOON. |
| 01:42PM | 15 | I UNDERSTAND LARRY GABRIEL ALSO APPEARS TELEPHONICALLY AND |
| 01:42PM | 16 | HE'S ON LISTEN-ONLY MODE WHICH IS SOMETHING THAT I ENCOURAGE. |
| 01:42PM | 17 | AND I MISSED LAURENCE KING. |
| 01:43PM | 18 | MR. KING:  GOOD AFTERNOON, YOUR HONOR. |
| 01:43PM | 19 | THE COURT:  ALSO I THINK JOSHUA EGGNATZ.  HAS HE |
| 01:43PM | 20 | JOINED US TELEPHONICALLY?  NOT YET.  ALL RIGHT. |
| 01:43PM | 21 | ERIC ARTRIP, ARE YOU ON THE LINE, SIR?  THERE'S NO |
| 01:43PM | 22 | RESPONSE. |
| 01:43PM | 23 | MARK DEARMAN? |
| 01:43PM | 24 | MR. DEARMAN:  I AM PRESENT, YOUR HONOR. |
| 01:43PM | 25 | THE COURT:  THANK YOU.  AND I BELIEVE LARRY GABRIEL |

01:43PM 1    HAS ALREADY INDICATED ON LISTEN-ONLY MODE.

01:43PM 2         AND STEPHEN ROSENTHAL.

01:43PM 3              MR. ROSENTHAL:  YES, YOUR HONOR.

01:43PM 4              THE COURT:  THANK YOU.  GOOD AFTERNOON.  I ALSO WANT

01:43PM 5    TO IDENTIFY TERENCE EDWARDS WHO I BELIEVE IS IN THE STATE CASE.

01:43PM 6              MR. EDWARDS:  YES.

01:43PM 7              THE COURT:  THANK YOU.  GOOD AFTERNOON, SIR.

01:43PM 8         ANYONE THAT I MISSED THAT WOULD -- WHO I SHOULD RECOGNIZE

01:43PM 9    FOR THE RECORD?  I SEE OR HEAR NO RESPONSE.

01:43PM 10        WELL, LET'S GO FORWARD WITH OUR CASE MANAGEMENT THEN, AND

01:43PM 11   I DID RECEIVE DOCUMENT 153, WHICH WAS THE SECOND SUPPLEMENTAL

01:44PM 12   STATEMENT.  I APPRECIATE THAT.

01:44PM 13        I DO HAVE SOME QUESTIONS ABOUT WHAT WE SHOULD DO NEXT.  I

01:44PM 14   HAD ASKED PLAINTIFFS TO IDENTIFY THEIR FIVE OR SIX BEST CLAIMS

01:44PM 15   HERE SO THAT WE COULD PRIORITIZE THOSE AND GO FORWARD WITH

01:44PM 16   THOSE.

01:44PM 17        I UNDERSTAND APPLE HAS SOME THOUGHTS ABOUT TWO WHAT THEY

01:44PM 18   IDENTIFY AS THRESHOLD ISSUES, AND THESE ARE NEW CLAIMS ON

01:44PM 19   BEHALF OF FOREIGN RESIDENTS AND THEN CLAIMS --

01:44PM 20              MR. CHORBA:  MAY I, YOUR HONOR?

01:44PM 21              THE COURT:  YES.  -- AND THEN CLAIMS REGARDING

01:44PM 22   IPADS.

01:44PM 23              MR. CHORBA:  THAT'S CORRECT, YOUR HONOR.

01:44PM 24              THE COURT:  SO WHY DON'T I HEAR FROM YOU.

01:44PM 25              MR. CHORBA:  YOUR HONOR, WE BELIEVE THOSE ISSUES

```
01:44PM   1    SHOULD BE SEQUENCED FIRST.
01:44PM   2              THE COURT:  THIS IS FOR THE RECORD MR. CHORBA
01:44PM   3    SPEAKING.
01:44PM   4              MR. CHORBA:  THANK YOU.  I APPRECIATE THAT YOUR
01:44PM   5    HONOR.  IT'S A PLEASURE TO BE BEFORE YOU AGAIN.
01:45PM   6         AT THE OUTSET, I THINK AS WE MENTIONED IN OUR PORTION OF
01:45PM   7    THE STATEMENT, APPLE JUST WANTS TO MAKE SURE THAT WE UNDERSTAND
01:45PM   8    YOUR'S SEQUENCING PROPOSAL.
01:45PM   9         AS WE UNDERSTAND IT, IT WOULDN'T BE WITH PREJUDICE TO OUR
01:45PM  10    ABILITY TO ADDRESS THE REMAINING CLAIMS IN THE COMPLAINT.  IT'S
01:45PM  11    JUST WHAT MAKES SENSE TO GO FIRST.
01:45PM  12         WHAT WE WANT TO AVOID IS THE SITUATION WHERE WE GO THROUGH
01:45PM  13    THE PROCESS AND WE GO THROUGH DISCOVERY ON THIS PROCESS,
01:45PM  14    PERHAPS CLASS CERTIFICATION WHERE THERE ARE CLAIMS WHERE WE
01:45PM  15    HAVE NOT HAD A RULE 12 OPPORTUNITY.
01:45PM  16         I DON'T KNOW THAT THERE'S A USUAL MDL, BUT I WOULD SAY IN
01:45PM  17    A MORE CUSTOMARY MDL WE WOULD BE DEALING WITH A VERY LARGE
01:45PM  18    CASE, 50 STATE CLAIMS, MANY DIFFERENT NAMED PLAINTIFFS.  HERE
01:45PM  19    THE ADDED LAYER OF COMPLEXITY, AND THIS IS WHY WE THINK THESE
01:45PM  20    ISSUES SHOULD BE ADDED FIRST, IS THAT THE PLAINTIFFS ARE
01:45PM  21    ATTEMPTING TO BRING IN CLAIMANTS THAT ARE NON-U.S. RESIDENTS,
01:45PM  22    CLAIMANTS FROM COUNTRIES WHERE THERE ARE ONGOING MATTERS AND
01:45PM  23    THERE IS ONGOING LITIGATION.
01:45PM  24         I'LL GIVE YOUR HONOR THE EXAMPLE OF SOUTH KOREA.  THEY
01:45PM  25    HAVE TWO SOUTH KOREAN CITIZENS NAMED IN THE CONSOLIDATED
```

01:45PM  1    AMENDED COMPLAINT.

01:45PM  2         SOUTH KOREA, OF COURSE, DOES NOT RECOGNIZE OUR CIVIL CLASS

01:46PM  3    ACTION SYSTEM.

01:46PM  4         IN SOUTH KOREA THEY HAVE WHAT ARE CALLED GROUP ACTIONS,

01:46PM  5    AND THERE IS A GROUP ACTION NOW PENDING ACTION IN SOUTH KOREA

01:46PM  6    WHERE THERE ARE 64,000 NAMED PLAINTIFFS IN THE ACTION AND

01:46PM  7    INCLUDING THE TWO SOUTH KOREAN CITIZENS WHO ARE NAMED IN THE

01:46PM  8    CONSOLIDATED AMENDED COMPLAINT.

01:46PM  9         SO BY ATTEMPTING -- WE THINK IT WOULD BE EXTRAORDINARY TO

01:46PM  10   ALLOW CLAIMS BY NON-U.S. RESIDENTS TO PROCEED UNDER CALIFORNIA

01:46PM  11   LAW.

01:46PM  12        PLAINTIFFS DISAGREE.  THEY'VE SAID THEY HAVE SELECTED

01:46PM  13   THESE COUNTRIES BASED ON THEIR UNDERSTANDING THAT THESE

01:46PM  14   COUNTRIES WOULD RECOGNIZE THE U.S. JUDGMENT.

01:46PM  15        WE ACTUALLY DON'T BELIEVE THAT'S THE CASE.  WE'VE

01:46PM  16   CONSULTED WITH INTERNATIONAL COUNSEL, BUT IN ANY EVENT, THIS IS

01:46PM  17   REALLY A THRESHOLD GATEKEEPING ISSUE THAT OUGHT TO BE ADDRESSED

01:46PM  18   BEFORE ANYTHING ELSE.  IT WILL AFFECT THE SCOPE OF THE CASE,

01:46PM  19   AND IT WILL AFFECT THE SCOPE OF DISCOVERY.  IT IMPACTS MATTERS

01:46PM  20   SUCH AS THE BINDING NATURE OF ANY FOREIGN JUDGMENTS, THEIR

01:46PM  21   CONSTITUTIONAL DUE PROCESS ISSUES, THEIR INTERNATIONAL COMITY,

01:46PM  22   AS WELL, YOUR HONOR, THERE IS AN ISSUE OF ONE-WAY INTERVENTION.

01:46PM  23        WE DON'T WANT TO BE IN A SITUATION WHERE A FOREIGN

01:47PM  24   RESIDENT CAN SIT BACK AND WAIT AND SEE WHAT HAPPENS.  AND LET'S

01:47PM  25   SAY APPLE PREVAILS IN THIS CASE AND OBTAINS A JUDGMENT, AND

01:47PM 1    THEN THOSE FOREIGN CLAIMANTS WOULD ARGUE, WELL, THAT'S NOT

01:47PM 2    BINDING SO WE'RE GOING TO MAKE YOU DO IT ALL OVER AGAIN.

01:47PM 3         SO IT MAKES ABUNDANCE SENSE FROM OUR PERSPECTIVE TO

01:47PM 4    ADDRESS THIS FIRST.  WHETHER IT BE APPLE'S MOTION TO DISMISS,

01:47PM 5    WHETHER, AS WE'VE SUGGESTED, THERE'S AN ORDER TO SHOW WHERE

01:47PM 6    PLAINTIFFS ACTUALLY JUSTIFY WHY THEY THINK THEY CAN DO THIS,

01:47PM 7    WE'RE SOMEWHAT AGNOSTIC AS TO THAT, BUT WE DO THINK IT SHOULD

01:47PM 8    GO FIRST.

01:47PM 9         AND ONE MORE SORT OF CLERICAL HOUSEKEEPING ISSUE.  ONE OF

01:47PM 10   OUR PRIMARY CONCERNS IS THAT IF WE'RE FORCED TO BRIEF THIS, WE

01:47PM 11   WOULD HAVE TO BRIEF ISSUES ARISING UNDER FOREIGN LAW IN ORDER

01:47PM 12   TO ADDRESS THE ISSUES COMPREHENSIVELY TO YOUR HONOR.  WE SIMPLY

01:47PM 13   -- WE'VE LOOKED AT IT, AND WE CANNOT DO THAT ON THE EXISTING

01:47PM 14   SCHEDULE.

01:47PM 15        THE COURT:  WELL, THAT WAS -- YOUR COMMENT, BECAUSE

01:47PM 16   WHAT I WAS GOING TO SUGGEST WAS ONE POSSIBLE THING IS TO HAVE

01:47PM 17   YOU ADD THESE ISSUES TO YOUR MOTION TO DISMISS, AND I WOULD

01:47PM 18   GIVE THE PARTIES ADDITIONAL PAGES TO COMPLEMENT THAT.

01:47PM 19        I THOUGHT THAT I WOULD -- CANDIDLY, I WOULD LIKE TO DO

01:48PM 20   THAT SO AS TO NOT DISTURB THE SCHEDULE THAT WE HAVE.

01:48PM 21        MR. CHORBA:  THE ONLY WRINKLE, YOUR HONOR, IS WE

01:48PM 22   WANT TO MAKE SURE WE HAVE THE OPPORTUNITY.  THIS WAS JUST

01:48PM 23   DROPPED ON US ABOUT A WEEK AGO, YOU KNOW, SHORTLY BEFORE

01:48PM 24   MIDNIGHT ON MONDAY.  THERE WAS REALLY NO NOTICE THAT THIS WAS

01:48PM 25   COMING.  IT'S 40 COUNTRIES.  WE HAVE NAMED PLAINTIFFS.

01:48PM  1          THE COURT:  YOU SAID YOU GOT IT AT TWO MINUTES

01:48PM  2     BEFORE MIDNIGHT.

01:48PM  3          MR. CHORBA:  IT WAS ACTUALLY TEN MINUTES TO

01:48PM  4     MIDNIGHT.  I DON'T WANT TO MISLEAD THE COURT.

01:48PM  5          THE COURT:  WELL, THAT'S DIFFERENT.

01:48PM  6          MR. CHORBA:  IT WAS A BIG DIFFERENCE, YOUR HONOR.

01:48PM  7        (LAUGHTER.)

01:48PM  8          MR. CHORBA:  BUT THE POINT IS WE HAVE 40 COUNTRIES

01:48PM  9     THAT ARE ATTEMPTED IN ADDITION TO THE U.S., SO 41 TOTAL.  WE

01:48PM  10    ONLY HAVE NAMED PLAINTIFFS FROM I THINK 15 OF THOSE COUNTRIES

01:48PM  11    SO THERE'S KIND OF BASIC ISSUES RIGHT THERE, WHAT DO WE DO WITH

01:48PM  12    THE OTHER 25?

01:48PM  13        I THINK WE CAN ALL AGREE THAT SOMEONE FROM AZERBAIJAN

01:48PM  14    WOULDN'T BE PROPERLY REPRESENTED UNLESS AT A MINIMUM THERE WAS

01:48PM  15    SOMEONE FROM THAT COUNTRY, AND, OF COURSE, WE'RE NOT

01:48PM  16    ENCOURAGING THEM TO BRING SOMEONE FROM THAT COUNTRY.

01:49PM  17        MY ONLY CONCERN, YOUR HONOR, IS THAT WE WANT TO MAKE SURE

01:49PM  18    AS A MATTER OF DUE PROCESS WE HAVE THE OPPORTUNITY TO BRIEF THE

01:49PM  19    ISSUE COMPREHENSIVELY.

01:49PM  20        UNDER RULE 44.1, IT, MAY BE REQUIRED THAT WE HAVE TO BRIEF

01:49PM  21    ISSUES OF FOREIGN LAW.  THERE'S A PROCESS OF WHERE WE GET

01:49PM  22    EXPERT DECLARATIONS, AND I JUST DON'T WANT TO MISLEAD THE COURT

01:49PM  23    DOING THAT IN A 30-DAY WINDOW IS GOING TO BE DIFFICULT FOR US

01:49PM  24    IF NOT AT ALL POSSIBLE.

01:49PM  25        IT'S SUMMER SEASON.  IF WE HAVE TO CONSULT WITH FOREIGN

01:49PM 1    EXPERTS GETTING THOSE DECLARATIONS OVER THE SUMMER, WE'VE

01:49PM 2    ALREADY STARTED THE PROCESS, BUT IT'S GOING TO BE TIME

01:49PM 3    CONSUMING.

01:49PM 4            THE COURT:  THANK YOU.  THE OTHER ISSUE I HAD WAS AS

01:49PM 5    TO THE IPAD CLAIMS, AND I'M JUST CURIOUS ABOUT THIS COURT'S

01:49PM 6    JURISDICTION TO EVEN TAKE THOSE ON THIS MDL, AND I'LL HEAR FROM

01:49PM 7    PLAINTIFFS ON THAT, TOO.

01:49PM 8        THAT -- AT LEAST TO ME THAT PRESENTS AN EXISTING ISSUE

01:49PM 9    THAT I WAS ALSO GOING TO HAVE THE PARTIES BRIEF, AND I THINK

01:49PM 10   IT'S BETTER TO HAVE THAT DONE UP-FRONT JUST SO WE KNOW WHAT

01:49PM 11   WE'RE PLAYING WITH.

01:49PM 12           MR. CHORBA:  WE AGREE, YOUR HONOR, IT WOULD

01:50PM 13   SIGNIFICANTLY EXPAND THE SCOPE OF DISCOVERY AND WE BELIEVE THE

01:50PM 14   CONCLUSIONS.  IT'S A VERY, VERY LENGTHY COMPLAINT, BUT IF YOU

01:50PM 15   ACTUALLY LOOK AT THE ALLEGATIONS REGARDING THE IPAD, THEY'RE

01:50PM 16   VERY SUMMARY IN NATURE.  PLAINTIFFS QUOTE A BUNCH OF SPECIAL

01:50PM 17   EVENTS AND PRESS RELEASES BUT THERE ARE NO ACTUAL ALLEGATIONS.

01:50PM 18       I CAN REPRESENT TO THE COURT THAT THE ISSUES THAT REALLY

01:50PM 19   LED TO THE FILING OF THIS LAWSUIT SIMPLY ARE NOT PRESENT WITH

01:50PM 20   THE IPADS AND SO IT'S JUST A WHOLE DIFFERENT KETTLE OF FISH

01:50PM 21   FROM OUR PERSPECTIVE.

01:50PM 22       AS YOU NOTED, AND I THINK WE NOTED IN OUR SUBMISSION, THE

01:50PM 23   JPML ORDER SPECIFICALLY REFERENCED IPHONES.  NOW, TO BE

01:50PM 24   COMPLETELY UP-FRONT WITH YOUR HONOR, THERE WERE CONSTITUENT

01:50PM 25   COMPLAINTS AT THE TIME THAT INCLUDED OTHER DEVICES, BUT

01:50PM 1    CERTAINLY IT WAS WELL BEYOND THE SCOPE OF WHAT WE WERE

01:50PM 2    EXPECTING, AND WE THINK THAT WAS ANOTHER THRESHOLD GATEKEEPING

01:50PM 3    ISSUE.  AND ANOTHER EXAMPLE, THERE ARE TEN NAMED PLAINTIFFS

01:50PM 4    FROM CALIFORNIA AND NOT A SINGLE ONE ALLEGES THAT HE OR SHE

01:50PM 5    PURCHASED AN IPAD DEVICE.  SO THEY'RE KIND OF BASIC HOMEWORK

01:50PM 6    ISSUES THAT I DON'T THINK PLAINTIFFS' COUNSEL TOOK CARE OF

01:50PM 7    BEFORE FILING THIS LAST MONDAY.

01:50PM 8         THE COURT:  LET ME HEAR FROM PLAINTIFFS ON THAT.

01:50PM 9    THANK YOU.  MR. COTCHETT.

01:51PM 10        YOU CAN STAY.

01:51PM 11        MR. CHORBA:  THANK YOU, YOUR HONOR.

01:51PM 12        MR. COTCHETT:  LET ME SEE, YOUR HONOR, IF I CAN BE

01:51PM 13   VERY BRIEF ON THIS ISSUE, AND MR. STRAITE WILL SPEAK TO THAT

01:51PM 14   POINT YOU JUST RAISED.

01:51PM 15        LET'S BE VERY SIMPLE HERE.  YOU ASKED IF WE COULD IDENTIFY

01:51PM 16   THE BASIC CLAIMS THAT WE WOULD WANT TO MOVE AFTER AND GET THIS

01:51PM 17   SHOW GOING.  WE TOLD COUNSEL THAT THERE ARE 6 CLAIMS, THAT'S

01:51PM 18   ALL, OUT OF THE 70 THAT WE THINK WOULD MOVE THIS CASE

01:51PM 19   DRAMATICALLY ON A 12(B)(6) MOTION.

01:51PM 20        I WON'T REPEAT THE SIX HERE.  THE FIRST IS A FEDERAL

01:51PM 21   CLAIM.  THE OTHER FIVE ARE ALL THE SIMPLE CALIFORNIA CLAIMS.

01:51PM 22   AND BY THE WAY, ON THEIR WARRANTY, AS WE ALL KNOW, IT STATES

01:51PM 23   CALIFORNIA LAW WILL GOVERN.  SO YOU CAN'T GET MORE BASIC THAN

01:51PM 24   THESE SIX CLAIMS ON A 12(B)(6) MOTION, AND THAT'S WHAT WE HAVE

01:52PM 25   BEFORE US.

01:52PM 1      NOW, WHAT COUNSEL IS ARGUING TO YOU IS THAT NOW, YOUR

01:52PM 2    HONOR, WE HAVE THESE INTERNATIONAL CLAIMS, AND WE SHOULD REALLY

01:52PM 3    HEAR THOSE FIRST AND GET THOSE OUT OF THE WAY OR DO IT IN

01:52PM 4    CONJUNCTION WITH THE 12(B)(6).

01:52PM 5      WE THINK THIS CASE CAN BE MOVED VERY QUICKLY.  WE CAN GET

01:52PM 6    INTO DISCOVERY.  IF WE HAVE RULINGS ON THE FIRST 6 MAJOR

01:52PM 7    CLAIMS, THEY TAKE UP -- ALTHOUGH THERE ARE 70 WRITTEN, AS YOU

01:52PM 8    KNOW, MANY OF THEM OVERLAP, MANY OF THE CALIFORNIA OVERLAP ON

01:52PM 9    THE STATE STATUTES, THEY ALL HAVE LITTLE WRINKLES TO THEM, WE

01:52PM 10   CAN GET TO THOSE LATER.

01:52PM 11     BUT IN RESPONDING TO COUNSEL'S COMMENT, OR REQUEST, THAT

01:52PM 12   THE INTERNATIONAL OR THE NON-CALIFORNIA, OR IF YOU WANT TO CALL

01:52PM 13   IT THE NON-U.S. PLAINTIFFS, SHOULD ALL BE LUMPED IN INITIALLY,

01:53PM 14   A VERY DISTINGUISHED JUDGE SITTING IN THE NORTHERN DISTRICT OF

01:53PM 15   CALIFORNIA HAS ALREADY DEALT WITH THIS ISSUE.  IT WAS RAISED IN

01:53PM 16   A CASE VERY SIMILAR, A CASE CALLED FITZHENRY-RUSSELL VERSUS

01:53PM 17   COCA-COLA AND IN THAT CASE THE VERY DISTINGUISHED JUDGE RULED

01:53PM 18   BEING PRESENTED WITH THE SAME ISSUE.

01:53PM 19     "IT IS PREFERABLE TO DEFER RULING ON THE SCOPE OF THE

01:53PM 20   CLASS IN THE CONTEXT OF A CLASS CERTIFICATION MOTION AND NOT ON

01:53PM 21   A MOTION TO DISMISS."  THAT VERY DISTINGUISHED JUDGE WENT ON TO

01:53PM 22   SAY THAT THE SIMPLE WAY TO PROCEED IS TO GET THE 12(B)(6)

01:53PM 23   ISSUES OUT OF THE WAY, AND THEN WHAT COUNSEL WANTS TO RAISE ON

01:53PM 24   ALL OF THESE DIFFERENT COUNTRIES, THAT WILL ALL COME IN ON THE

01:53PM 25   CLASS CERT MOTION.  IT WILL HAVE NOTHING TO DO WITH THE

01:53PM 1    VIABILITY OF THE SIX BASIC CLAIMS, AND I THINK THAT'S WHAT YOU

01:54PM 2    WERE ASKING FOR WHEN WE APPEARED LAST BEFORE YOU.  GIVE ME THE

01:54PM 3    TOP SIX.  LET'S MOVE FORWARD.  LET'S GET THAT GOING.

01:54PM 4         NOW, WE THOUGHT WE HAD A SCHEDULE ALL IRONED OUT.  WE HAD

01:54PM 5    A HEARING SET FOR SEPTEMBER 20TH TO HEAR ALL OF THE MOTIONS ON

01:54PM 6    THE BASIC SIX.

01:54PM 7         THE OTHER DAY ON THE PHONE COUNSEL NOW SAYS THAT HE NEEDS

01:54PM 8    AN EXTRA WEEK, OR SOME PEOPLE ARE ON VACATION, THEY CAN'T ARGUE

01:54PM 9    ON THAT DATE.  WE OFFERED THEM TO PUSH IT A WEEK OR WHAT HAVE

01:54PM 10   YOU.  NOW, I UNDERSTAND WE DON'T HAVE A DATE TO HEAR THE BASIC

01:54PM 11   SIX CLAIMS THAT WE HAVE.

01:54PM 12        I THINK THE COURT SHOULD RULE THAT THE ARGUMENT AS TO THE

01:54PM 13   NON-STATE, NON-U.S. WILL BE HEARD AT THE CLASS CERT TIME.  WE

01:54PM 14   DON'T HAVE TO GET INTO DISCOVERY ON MALAYSIA, ON JAPAN, ON

01:54PM 15   KOREA AT THIS POINT.

01:55PM 16        WHAT WE HAVE TO DO TO MOVE THE CASE AHEAD, AND WE'LL TALK

01:55PM 17   TO THE DISCOVERY MOTION IN A MOMENT, IS JUST DECIDE THAT WE'RE

01:55PM 18   GOING TO HEAR THE FIRST SIX.  ALL OF THE ISSUES THAT THEY RAISE

01:55PM 19   CAN BE HEARD AT THE CLASS CERT MOTION.  AND THAT DISTINGUISHED

01:55PM 20   JUDGE WAS ABSOLUTELY RIGHT WHEN HE RULED IN THE COCA COLA CASE

01:55PM 21   ON A VERY SIMILAR ISSUE.

01:55PM 22             THE COURT:  ALL RIGHT.

01:55PM 23             MR. CHORBA:  YOUR HONOR, I TRUST YOU'RE FAMILIAR

01:55PM 24   WITH THAT CASE AND IT DID NOT INVOLVE, AS FAR AS I UNDERSTAND

01:55PM 25   IT, THE NON-U.S. CLAIMANTS' ISSUE WHICH IS A COMPLETELY

01:55PM   1    DISTINCT ISSUE.

01:55PM   2        WE ARE NOT BEFORE YOU -- ALTHOUGH THERE IS A NINTH CIRCUIT

01:55PM   3    AUTHORITY FOR ADDRESSING SCOPE OF THE CLASS, I DISAGREE WITH

01:55PM   4    MR. COTCHETT ON THAT ISSUE.  IT'S THE VINOLI CASE, VINOLI

01:55PM   5    VERSUS COUNTRYWIDE.

01:55PM   6        BUT IN ANY EVENT, THAT'S NOT WHAT WE'RE TALKING ABOUT

01:55PM   7    HERE.  WHAT WE ARE TALKING ABOUT HERE IS DO THESE NON-RESIDENT

01:55PM   8    NON-U.S. PLAINTIFFS EVEN HAVE THE AUTHORITY TO COME IN WHEN

01:55PM   9    AGAIN I CITED TWO OF THEM ARE ALREADY LITIGATING THE SAME

01:55PM  10    ISSUES IN SOUTH KOREA.

01:55PM  11        SO WE THINK IT'S A THRESHOLD GATEKEEPING ISSUE.  CERTAINLY

01:55PM  12    IT'S GOING TO AFFECT THE SCOPE OF DISCOVERY THAT COUNSEL SEEKS.

01:56PM  13    THEY'VE ALREADY SOUGHT DISCOVERY RELATING TO FOREIGN

01:56PM  14    JURISDICTION.

01:56PM  15        SO THE EARLIER WE ADDRESS THIS FROM OUR PERSPECTIVE THE

01:56PM  16    BETTER WE ADDRESS IT.  AND IF EITHER SIDE DISAGREES WITH YOUR

01:56PM  17    HONOR'S RULING, THEN THERE ARE PROCEDURES.

01:56PM  18        THERE'S ONE OTHER ISSUE I WANTED TO CORRECT.  MR. COTCHETT

01:56PM  19    JUST STATED TO THE COURT THAT APPLE'S WARRANTY PROVIDES THAT

01:56PM  20    CALIFORNIA LAW GOVERNS.  HE'S ACTUALLY INCORRECT.

01:56PM  21        AS THEY CITED IN THEIR CONSOLIDATED AMENDED COMPLAINT,

01:56PM  22    THAT'S WHAT THE SOFTWARE LICENSE AGREEMENT PROVIDES.  HOWEVER,

01:56PM  23    THERE'S AN EXPRESS CARVEOUT FOR U.K. LAW.  AGAIN, THEY'VE

01:56PM  24    NOTED THAT IN THEIR CONSOLIDATED AMENDED COMPLAINT.

01:56PM  25        I HAVE THE ONE YEAR LIMITED WARRANTY THAT APPLIES TO

01:56PM 1   HARDWARE, AND THERE ARE ALLEGATIONS IN THIS CASE THAT RELATE.

01:56PM 2   THEY ALLEGE THAT THE BATTERIES ARE DEFECTIVE, THAT THE DEVICES

01:56PM 3   ARE DEFECTIVE.  SO IT'S NOT JUST ABOUT SOFTWARE.  I'M READING,

01:56PM 4   QUOTE, "THIS WARRANTY IS GOVERNED BY AND CONSTRUED UNDER THE

01:56PM 5   LAWS OF THE COUNTRY IN WHICH THE APPLE PRODUCT PURCHASED TOOK

01:56PM 6   PLACE."  SO IT'S NOT AS SIMPLE AS CHERRY PICKING ONE AGREEMENT

01:56PM 7   AND SAYING THERE'S A CHOICE OF CALIFORNIA LAW.  TO THEN MAKE

01:56PM 8   THE ARGUMENT THAT THERE'S A CALIFORNIA VENUE REQUIREMENT FOR

01:57PM 9   THOSE CLAIMS BUT THEN ALSO EVERY SINGLE OTHER CLAIM UNDER THE

01:57PM 10  SUN MUST BE BROUGHT IN A U.S. COURT AND MUST BE GOVERNED BY

01:57PM 11  CALIFORNIA LAW.

01:57PM 12      COUNSEL DOESN'T BELIEVE THAT BECAUSE THEN THEY WOULDN'T

01:57PM 13  HAVE FILED 76 CLAIMS ARISING UNDER THE 50 STATE LAWS PLUS THE

01:57PM 14  LAWS OF OTHER COUNTRIES.

01:57PM 15      SO WE THINK YOUR HONOR SHOULD STICK WITH WHAT I BELIEVE

01:57PM 16  WAS YOUR INITIAL INSTINCT AND HAVE US BRIEF THESE THRESHOLD

01:57PM 17  ISSUES FIRST.

01:57PM 18          THE COURT:  ALL RIGHT.  THANK YOU.  WHAT ABOUT THE

01:57PM 19  IPAD ISSUE, WERE YOU GOING TO SPEAK TO THAT?

01:57PM 20          MR. COTCHETT:  I'M GOING TO LET MR. STRAITE SPEAK TO

01:57PM 21  THAT.  BUT JUST TO RESPOND IN 3 SECONDS, WE JUST WANT TO TAKE

01:57PM 22  THESE FIRST SIX BASIC CLAIMS AND GET THEM OUT OF THE WAY.  ARE

01:57PM 23  THEY GOOD?  ARE THEY BAD?  DO THEY NEED TO BE AMENDED OR NOT?

01:57PM 24          THE COURT:  CAN WE DO THAT CONCURRENTLY WITH ME

01:57PM 25  ASKING YOU TO PROVIDE INFORMATION ABOUT THESE OTHER CASES?

01:57PM  1          MR. COTCHETT:  ABSOLUTELY.  ABSOLUTELY.

01:57PM  2          THE COURT:  OKAY.  HE SOUNDS VERY COOPERATIVE,

01:57PM  3   MR CHORBA.

01:57PM  4          MR. COTCHETT:  THAT SEAL UP THERE, YOUR HONOR, WILL

01:57PM  5   ALLOW YOU TO DO ANYTHING IN THIS COURTROOM.

01:58PM  6          THE COURT:  WELL, I HAVE SOME THINGS IN MIND.

01:58PM  7          MR. COTCHETT:  THANK YOU VERY MUCH, YOUR HONOR.

01:58PM  8          THE COURT:  THANK YOU.

01:58PM  9          MR. CHORBA:  WE ARE TRYING TO WORK OUT AS MUCH AS WE

01:58PM 10   CAN, YOUR HONOR.

01:58PM 11          THE COURT:  I APPRECIATE, I APPRECIATE THE

01:58PM 12   COOPERATION THAT YOU'VE ENGAGED IN, BUT THIS IS BIG LITIGATION.

01:58PM 13          MR. CHORBA:  AND I AGREE.  AND JUST SO IT'S CLEAR,

01:58PM 14   WE'VE PROPOSED TWO ALTERNATIVE SCHEDULES TO PLAINTIFFS'

01:58PM 15   COUNSEL.  WE DO HAVE A CONFLICT WITH SEPTEMBER 20TH.  WE'VE

01:58PM 16   RAISED IT.  WE'VE AGREED TO THAT.  BUT WE ALSO WERE UP-FRONT

01:58PM 17   AND SAID, LOOK, IF WE HAVE TO BRIEF THESE NON-U.S. CLAIMANTS,

01:58PM 18   WE PROPOSED A SCHEDULE FOR THAT AS WELL.

01:58PM 19          THE COURT:  GREAT.  THANK YOU.

01:58PM 20      MR. STAITE.

01:58PM 21          MR. STAITE:  GOOD AFTERNOON, YOUR HONOR.

01:58PM 22   DAVID STRAITE, CO-LEAD COUNSEL.

01:58PM 23      YOU ASKED A FEW QUESTIONS REGARDING FIRST THE IPAD ISSUE.

01:58PM 24   IPADS, OF COURSE, WERE IDENTIFIED EARLY ON.  I BELIEVE THE

01:58PM 25   FIRST CASE THAT NAMED IPADS WAS IN JANUARY.  MANY OF THE

01:58PM 1   COMPLAINTS THAT HAVE BEEN CONSOLIDATED WITH THE MDL HAVE

01:58PM 2   ALLEGED CLAIMS INVOLVING THE IPADS.

01:58PM 3       THE OPERATING SYSTEM IOS 10.2.1, FOR EXAMPLE, WAS THE

01:58PM 4   FIRST OPERATING SYSTEM THAT HAD THIS AGGRESSIVE FRODDLING

01:59PM 5   SOFTWARE THAT WE ALLEGE THAT ALSO THAT SOFTWARE THAT IS USED ON

01:59PM 6   THE IPADS.

01:59PM 7       SO IT'S NOT A SURPRISE THAT THE IPAD WILL BE IN THE CASE.

01:59PM 8   YES, A VERY SHORT TWO PAGE ORDER FROM THE JPML DID NOT

01:59PM 9   EXPRESSLY USE THE PHRASE IPADS.  IT SAID IPHONES BECAUSE THAT'S

01:59PM 10  THE PREDOMINANT FOCUS.

01:59PM 11      BUT IPADS WERE MENTIONED IN MANY COMPLAINTS.  WE ALSO

01:59PM 12  INCLUDED THE IPADS IN THE CONSOLIDATED AMENDED COMPLAINT.  SO

01:59PM 13  IT'S NOT A SURPRISE THAT THEY ARE NOT NEW CLAIMS, THEY'RE PART

01:59PM 14  OF THE ORIGINAL CLAIMS.

01:59PM 15          THE COURT:  SO MY QUESTION WAS WHETHER OR NOT I HAD

01:59PM 16  JURISDICTION, NOTWITHSTANDING MR. COTCHETT'S VIEW OF THE SEAL

01:59PM 17  BEHIND ME, BUT DO I HAVE JURISDICTION TO ACTUALLY ACCEPT THOSE

01:59PM 18  CASES WHEN THIS CASE WAS REFERRED TO ME BY THE MDL PANEL?

01:59PM 19          MR. STRAITE:  YES, YOUR HONOR.  THE JPML REFERRED

01:59PM 20  THE MDL WHICH ALSO THEN ALSO CONSOLIDATED A NUMBER OF CASES,

01:59PM 21  PREEXISTING CONSOLIDATED, PREEXISTING CASES THAT HAD IPAD

01:59PM 22  LISTED AS ONE OF THE RELEVANT DEVICES.

01:59PM 23          THE COURT:  AND THAT'S SUFFICIENT.

01:59PM 24          MR. STAITE:  ABSOLUTELY, YOUR HONOR, YES.

01:59PM 25          THE COURT:  DO YOU WANT TO SPEAK TO THAT?

01:59PM 1      MR. CHORBA:  YOUR HONOR, OUR OBJECTION IS MORE

02:00PM 2  SUFFICIENCY OF PLEADING THAN JURISDICTION, BUT THESE ARE ISSUES

02:00PM 3  THAT WE SHOULD ADDRESS IN BRIEFING.

02:00PM 4      THE COURT:  OKAY.

02:00PM 5      MR. STRAITE:  I'D LIKE TO SPEAK ALSO, YOUR HONOR, TO

02:00PM 6  MR CHORBA'S EARLIER COMMENT ABOUT INTERNATIONAL CLAIMS BEING

02:00PM 7  ADDED.  OF COURSE, THEY WERE EXPANDED, ADDITIONAL CLAIMS ON

02:00PM 8  BEHALF OF CITIZENS AND RESIDENTS AND OTHER COUNTRIES WERE ADDED

02:00PM 9  IN, BUT THOSE WERE IN ADDITION TO CLAIMS THAT WERE ALREADY IN

02:00PM 10  THE CONSOLIDATED CASES.

02:00PM 11      SO, FOR EXAMPLE, CLAIMS WERE ALSO ASSERTED BY RESIDENTS IN

02:00PM 12  SOUTH KOREA, IN BELGIUM, IN THE NETHERLANDS, ET CETERA, AND

02:00PM 13  THERE WERE A NUMBER OF COUNTRIES.  MOST RECENTLY CHILE WAS

02:00PM 14  ADDED, AND APPLE DID NOT OBJECT TO THE MOTION FOR RELATION AND

02:00PM 15  CONSOLIDATION WITH THE MDL INVOLVING THAT CHILEAN CASE.  SO IT

02:00PM 16  SHOULD NOT BE A SURPRISE THAT THE INTERNATIONAL CLAIMS ARE

02:00PM 17  INCLUDED IN YOUR HONOR'S ORDER DATED MAY 15TH APPOINTING

02:00PM 18  LEADERSHIP.

02:00PM 19      YOU APPOINTED AN INTERNATIONAL LIAISON COMMITTEE, AND ONE

02:00PM 20  OF THEIR DUTIES WAS TO MAKE RECOMMENDATIONS, INTERIM CO-LEAD

02:00PM 21  COUNSEL, AND TO ASSIST IN PURSUIT OF ANY CLAIMS BASED ON THE

02:01PM 22  LAWS OUTSIDE OF THE UNITED STATES OR ON BEHALF OF CLASS MEMBERS

02:01PM 23  RESIDING OUTSIDE OF THE UNITED STATES.

02:01PM 24      THE COURT:  ARE YOU KEEPING UP WITH MR. STRAITE?

02:01PM 25      MR. STAITE:  I'LL SPEAK MORE SLOWLY.  AND SO IT

02:01PM   1    SHOULD NOT HAVE BEEN A SURPRISE THAT PRIOR TO MAY 15TH THAT, OF

02:01PM   2    COURSE, WE WOULD BE ASSERTING CLAIMS ON BEHALF OF AN

02:01PM   3    INTERNATIONAL CLASS LIMITED TO THE 41 COUNTRIES IDENTIFIED, IF

02:01PM   4    NOT 70, BUT TO THE EXTENT THERE WAS ANY QUESTION, WE DO BELIEVE

02:01PM   5    YOUR ORDER OF MAY 15TH RESOLVED IT.  WE HAD PERMISSION TO

02:01PM   6    PROCEED INTERNATIONALLY.

02:01PM   7         I THINK ALSO A POINT WAS MADE BY APPLE COUNSEL IN CANADA.

02:01PM   8    ONE OF THE EXHIBITS TO THE COMPLAINT, EXHIBIT 4, IS A

02:01PM   9    TRANSCRIPT OF THE PROCEEDINGS BEFORE THE HOUSE OF COMMONS IN

02:01PM  10    OTTAWA AND BEFORE THE COMMITTEE AND PARLIAMENT AND THEY'RE A

02:01PM  11    MEMBER OF PARLIAMENT AND THEY CAN -- ERNESTINE SMITH ASKED WILL

02:01PM  12    CONSUMERS BE RECEIVING COMPENSATION BECAUSE OF APPLE'S ACTIONS?

02:01PM  13    AND APPLE'S REPRESENTATIVE, MR. POTTER, SAID, OF COURSE, WE

02:01PM  14    HAVE 4 CLASS ACTIONS IN CANADA AND OVER 50 IN THE UNITED

02:01PM  15    STATES.  THERE WILL BE A RESULT ONE WAY OR ANOTHER ON THOSE

02:02PM  16    THINGS AS TO WHETHER THERE WAS MATERIAL NONDISCLOSURES AND WHO

02:02PM  17    QUALIFIES TO BE A MEMBER OF THE CLASSES IN THE CASE IS PERHAPS

02:02PM  18    BETTER LEFT TO THOSE CASES.

02:02PM  19         SO EVEN BACK IN MARCH A REPRESENTATIVE OF APPLE

02:02PM  20    REPRESENTED TO THE HOUSE OF COMMONS IN OTTAWA THAT THE ISSUE OF

02:02PM  21    CLASS CERTIFICATION WOULD BE LEFT TO THE CASES THAT THEY'VE

02:02PM  22    IDENTIFIED.

02:02PM  23              THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

02:02PM  24              MR. CHORBA:  JUST TWO QUICK POINTS.  IT'S NOT

02:02PM  25    CORRECT THAT WE DIDN'T OBJECT TO THE CHILEAN PLAINTIFFS.

02:02PM 1     THAT'S THE ONLY COMPLAINT THAT MR. STRAITE THERE REFERENCED.

02:02PM 2          WE EXPLICITLY OBJECTED TO BOTH VENUE AND JURISDICTION IN

02:02PM 3     THE STIPULATION.  WE CONDITIONED OUR STIPULATION TO RELATE IT

02:02PM 4     TO THE MDL ON THAT OBJECTION.

02:02PM 5          AND SECOND, HE JUST REFERENCED PORTIONS OF A TRANSCRIPT.

02:02PM 6     THAT APPLE REPRESENTATIVE REFERENCED THE PENDENCY OF FOUR CLASS

02:02PM 7     ACTIONS IN CANADA.  AT NO POINT DID APPLE CONCEDE OR STATE THAT

02:02PM 8     IN ANY WAY ALL OF THOSE ACTIONS SHOULD BE SHUT DOWN IN CANADA

02:02PM 9     AND THEN TRANSFERRED TO THE U.S.  I DON'T KNOW WHAT THE

02:03PM 10    PROCEDURES ARE FOR CONTEMPT BEFORE THE CANADIAN PARLIAMENT, BUT

02:03PM 11    I ASSURE YOU THAT IT WOULD LIKELY HAVE OCCURRED HAD HE DARE

02:03PM 12    SUGGEST A THING.

02:03PM 13         SO THESE CLASS ACTIONS IN MOST OF THESE COUNTRIES IF

02:03PM 14    THEY'RE SEEKING TO BRING INTO THE MDL, WHAT THEY'RE ACTUALLY

02:03PM 15    TRYING TO DO IS TAKE CLAIMS AWAY FROM FOREIGN COUNTRIES AND

02:03PM 16    FOREIGN PLAINTIFFS WITHOUT CITING ANY AUTHORITY THAT WOULD

02:03PM 17    SUPPORT SUCH A THING.

02:03PM 18            MR. STRAITE:  YOUR HONOR, TO THAT POINT, IT'S VERY

02:03PM 19    IMPORTANT TO DISTINGUISH BETWEEN CLASS ACTIONS AND GROUP CLASS

02:03PM 20    ACTIONS OVERSEAS.  WE'RE AWARE OF TWO CLASS ACTIONS OUTSIDE OF

02:03PM 21    THE UNITED STATES IF WE COUNT THE ACTIONS AS ONE ACTION IN

02:03PM 22    CANADA AND THE ACTIONS AS ONE ACTION IN ISRAEL THAT ARE

02:03PM 23    PROCEEDING IN AN AMERICAN STYLE CLASS ACTION.

02:03PM 24         WE'VE BEEN IN CONTACT WITH COUNSEL IN BOTH OF THOSE

02:03PM 25    ACTIONS.  THE CANADIAN COUNSEL, OF COURSE, ARE COMFORTABLE, AS

02:03PM 1    WE SAID IN OUR COMPLAINT, WITH THOSE CANADIAN CLAIMS PROCEEDING

02:03PM 2    HERE IN THE UNITED STATES.  WE HAD A SIMILAR CONVERSATION WITH

02:03PM 3    COUNSEL IN ISRAEL, AND THEY WERE NOT AS COMFORTABLE SO WE DID

02:03PM 4    NOT PURSUE ISRAEL.

02:03PM 5         SO WE HAVE NOT CO-OPTED A SINGLE CLASS ACTION AROUND THE

02:03PM 6    WORLD.  WE'VE BEEN IN CLOSE CONTACT WITH COUNSEL, AND WE'RE

02:04PM 7    PROCEEDING IN A WAY THAT WORKS BEST TO PROTECT THESE CUSTOMERS.

02:04PM 8    OF COURSE THERE ARE OTHER COUNTRIES WITH PROCEEDINGS AROUND THE

02:04PM 9    WORLD, BUT THOSE ARE NOT TECHNICALLY CLASS ACTIONS AS

02:04PM 10   MR. CHORBA POINTED OUT.  WE AGREE WITH HIM.  THEY'RE GROUP

02:04PM 11   ACTIONS AND SO WE'RE NOT CO-OPTING THOSE LITIGATIONS.

02:04PM 12             THE COURT:  AND YOU'RE NOT INTENDING TO BRING THOSE

02:04PM 13   CASES INTO THIS?

02:04PM 14             MR. STAITE:  CORRECT.  SO, FOR EXAMPLE, WE

02:04PM 15   IDENTIFIED ACTIONS PROCEEDING ON AN INDIVIDUAL BASIS IN RUSSIA.

02:04PM 16   THERE ARE NO CLASS ACTION PROCEEDINGS IN RUSSIA.  WE HAVE A --

02:04PM 17   CLAIMS ON BEHALF OF RUSSIAN CUSTOMERS HERE THAT WE PROPOSE TO

02:04PM 18   INCLUDE IN THE CLASS, BUT THAT WOULD NOT EXCLUDE THOSE ACTIONS

02:04PM 19   INDIVIDUALLY PROCEEDING IN RUSSIA AT ALL.

02:04PM 20        SO WE'VE CO-OPTED NOTHING.  WE'RE SIMPLY PROVIDING HERE A

02:04PM 21   VEHICLE HERE FOR RESOLUTION ON BEHALF OF THIS GLOBAL CLASS

02:04PM 22   DEFINED TO INCLUDE THE 41 COUNTRIES IN FOOTNOTE 70.

02:04PM 23             THE COURT:  THANK YOU.  I RECALL WHEN WE FIRST MET

02:04PM 24   ABOUT THIS CASE THE PLAINTIFFS SUGGESTING THAT THEY WOULD

02:04PM 25   COORDINATE, I THINK THAT WAS THE WORD THAT THEY USED,

02:04PM 1    COORDINATE FOREIGN LITIGATION, AND I ACCEPTED THAT

02:05PM 2    REPRESENTATION, OF COURSE, AND -- ALTHOUGH I WASN'T REALLY SURE

02:05PM 3    WHAT THE DEFINITION IS AND WHAT YOU MEANT BY THAT.

02:05PM 4        IS THIS WHAT YOU MEAN BY COORDINATION?

02:05PM 5            MR. STRAITE:  YES, YOUR HONOR.  COORDINATION MEANS

02:05PM 6    CONSULTING WITH COUNSEL IN THESE VARIOUS COUNTRIES AND

02:05PM 7    DETERMINING WHAT THE BEST VERSION.

02:05PM 8        SO, FOR EXAMPLE, IN CANADA THERE'S, OF COURSE, AN AMERICAN

02:05PM 9    BAR ASSOCIATION PROTOCOL FOR COORDINATION BETWEEN THE JUDGES.

02:05PM 10   COUNSEL IN THAT COUNTRY WOULD BE COMFORTABLE WITH US PROCEEDING

02:05PM 11   HERE IN CALIFORNIA BECAUSE, AS WE NOTED BEFORE, THE CALIFORNIA

02:05PM 12   CHOICE OF LAW PROVISION AND BECAUSE CALIFORNIA -- SORRY,

02:05PM 13   BECAUSE CANADA WILL RESPECT A CLASS JUDGMENT FROM THIS COURT.

02:05PM 14       SO THERE IT WAS APPROPRIATE TO PROCEED ON BEHALF OF

02:05PM 15   CANADIANS THAT IS NOT PRESENT NECESSARILY IN ISRAEL.  SO THERE

02:05PM 16   WE WOULD BE COORDINATING WITH THEM.  SO, FOR EXAMPLE, WHEN

02:05PM 17   THEY'RE READY TO INITIATE 28 U.S.C. SECTION 1782 DISCOVERY IN

02:05PM 18   AID OF FOREIGN TRIBUNAL, WE WILL BE THERE TO ASSIST TO THE

02:05PM 19   EXTENT THAT THE ISRAEL ACTION PROCEEDS SEPARATELY.

02:05PM 20       WE WOULD GO COUNTRY BY COUNTRY TO MAKE SURE THAT CONSUMERS

02:06PM 21   ARE PROTECTED THROUGHOUT THE WORLD.  WE WOULD ACT HERE AND

02:06PM 22   REPRESENT IT TO YOUR HONOR AS SORT OF THE HOME COURT, AND

02:06PM 23   PROCEED EITHER WITH THEM IN OUR CLASS OR IF THEY'RE NOT IN OUR

02:06PM 24   CLASS THEN WE WOULD COORDINATE TO MAKE SURE THAT EVERYONE IS

02:06PM 25   PROTECTED.

02:06PM 1          THE COURT:  HOW WOULD THAT WORK?  THANK YOU FOR

02:06PM 2     THAT, MR. STRAITE.

02:06PM 3          HOW WOULD THAT WORK SHOULD -- AND I'M JUST CURIOUS, AND

02:06PM 4     I'M GETTING WAY AHEAD OF OURSELVES HERE, BUT I'M JUST CURIOUS

02:06PM 5     ABOUT BILLINGS FOR WORK IN CASES THAT WOULD NOT NECESSARILY BE

02:06PM 6     IN FRONT OF THIS COURT?

02:06PM 7          MR. STAITE:  YES, NOW WE'RE GOING DEEP IN THERE.

02:06PM 8          FOR LEAD COUNSEL, OF COURSE, BECAUSE PART OF OUR DUTY

02:06PM 9     WOULD BE TO COORDINATE AND TO MAKE SURE THAT WE ARE DEFINING

02:06PM 10    THE CLASS CORRECTLY, I SUPPOSE THAT WE WOULD BE CAUTIOUS, BUT

02:06PM 11    WE WOULD BILL FOR IT, BUT WE WOULD HAVE A DEEPER CONVERSATION

02:06PM 12    IF YOUR HONOR WANTS TO.

02:06PM 13         THE COURT:  IT JUST CAME TO MY MIND AS YOU WERE

02:06PM 14    TALKING ABOUT THE DUTIES THAT YOU ARE GOING TO ENGAGE FOR OTHER

02:06PM 15    CUSTOMERS AND CONSUMERS.

02:06PM 16         MR. COTCHETT:  RIGHT.

02:06PM 17         THE COURT:  ANY OBSERVATIONS?

02:07PM 18         MR. CHORBA:  JUST THAT, YOUR HONOR, I THINK COUNSEL

02:07PM 19    HAS A MUCH DIFFERENT UNDERSTANDING OF THE WORD "COORDINATE."  I

02:07PM 20    THINK WHAT WE ENVISIONED WAS WHAT HE REFERENCED WITH RESPECT TO

02:07PM 21    ISRAEL WAS WHETHER THERE WERE CLAIMANTS THAT AREN'T IN THE U.S.

02:07PM 22    AND WHETHER OR NOT THERE ARE, FRANKLY, PENDING CLASS ACTIONS,

02:07PM 23    CIVIL ACTIONS, WHATEVER THERE ARE, THAT THERE WOULD BE

02:07PM 24    COORDINATION, SHARING OF DISCOVERY, AND WE WERE COMPLETELY

02:07PM 25    WILLING TO DO THAT.

| | |
|---|---|
| 02:07PM | 1 |

                    WHAT IT SHOULDN'T BE IS ASSERTING THE EXACT SAME CLAIMS IN

A CALIFORNIA FEDERAL COURT THAT ARE BEING PURSUED WHETHER IT'S

ONE INDIVIDUAL IN RUSSIA OR WHETHER IT'S 64,000 CLAIMANTS IN

SOUTH KOREA OR WHETHER IT'S 4 CLASS ACTIONS IN CANADA.  THE

REASON WHY THERE ARE ONLY TWO CLASS ACTIONS PENDING WORLDWIDE,

OTHER THAN THIS ONE, IS BECAUSE FOREIGN COURTS DON'T RECOGNIZE

AND FOREIGN LAWS DON'T RECOGNIZE U.S. STYLE TRADITIONAL OPT-OUT

CLASS ACTIONS.  MANY COUNTRIES HAVE AN OPT-IN SYSTEM.  FOR

EXAMPLE, JAPAN WHICH IS ONE OF THE COUNTRIES THAT IS NOT

REPRESENTED BY A NAMED PLAINTIFF, BUT I HAVE SOME EXPERIENCE

LITIGATING THOSE ISSUES IN THE TOYOTA LITIGATION AND WHAT THAT

IS, IS THAT YOU'RE PRESUMPTIVELY OUT UNLESS YOU OPT IN.

                    HERE YOU'RE PRESUMPTIVELY IN UNLESS YOU OPT OUT IF A CLASS

IS CERTIFIED.

                    SO THESE ARE ALL ISSUES -- WE OBVIOUSLY DISAGREE ABOUT

THIS, BUT THESE ARE ISSUES THAT WE WOULD ACTUALLY BRIEF BECAUSE

THEY WOULD HAVE A VERY INCONSEQUENTIAL IMPACT ON THE TRAJECTORY

OF THIS CASE.

                    THE COURT:  THANK YOU.

                    MR. STAITE:  YOUR HONOR, WE AGREE THAT THESE ISSUES

SHOULD BE BRIEFED, AND WE'RE CONFIDENT THAT THE 39 COUNTRIES

PLUS THE UNITED STATES AND PLUS UNITED KINGDOM WE IDENTIFY WILL

BE COUNTRIES THAT RECOGNIZE A JUDGMENT.  I THINK MR CHORBA IS

INCORRECT WHEN HE SAYS THAT THESE COUNTRIES DON'T RECOGNIZE THE

AMERICAN STYLE CLASS ACTION.  THEY DON'T HAVE A VEHICLE FOR AN

02:08PM  1     AMERICAN STYLE CLASS ACTION IN THEIR COUNTRY, BUT THEY

02:08PM  2     CERTAINLY WILL RECOGNIZE A CLASS JUDGMENT FROM THE U.S.  MANY

02:08PM  3     COURTS HAVE SAID SO, AND WE'RE ONLY TALKING ABOUT 39 OR 40

02:08PM  4     COUNTRIES.  IT'S A SMALL MINORITY OF THE 180 OR 200 THAT THERE

02:08PM  5     ARE, BUT THESE ARE COUNTRIES THAT WILL RECOGNIZE.

02:08PM  6          FOR EXAMPLE, THE UNITED KINGDOM DOES NOT HAVE AN AMERICAN

02:08PM  7     STYLE CLASS ACTION, BUT THEY CERTAINLY WILL RECOGNIZE A CLASS

02:08PM  8     JUDGMENT FROM THE U.S., AND IT HAPPENS ALL OF THE TIME IN

02:08PM  9     SECURITIES CASES, FOR EXAMPLE, OR HUNDREDS OF THEM.  THIS HAS

02:08PM  10    BEEN WELL BRIEFED IN MANY OTHER CASES.

02:09PM  11         BUT I THINK MR. CHORBA'S DISCUSSION GOES TO A DEEPER

02:09PM  12    ISSUE.  WHILE WE AGREE THAT THEY SHOULDN'T BE PRECLUDED FROM

02:09PM  13    BRIEFING THE DEFINITION OF A CLASS, WHICH COUNTRIES ARE IN, IT

02:09PM  14    DOESN'T PRECLUDE THEM FROM BRINGING THAT BRIEF.  THE QUESTION

02:09PM  15    IS WHEN.

02:09PM  16         AND THAT -- IN OUR VIEW, THIS IS A CLASS DEFINITION ISSUE,

02:09PM  17    AND WE CONCEDED IN OUR JOINT STATEMENT IN THE PLAINTIFFS'

02:09PM  18    POSITION THERE THAT IF THERE WERE A JURISDICTIONAL CHALLENGE TO

02:09PM  19    THE NAMED PLAINTIFF, THAT MIGHT BE A DIFFERENT QUESTION.  BUT

02:09PM  20    IF IT'S A QUESTION ABOUT THE ENFORCEABILITY OR JUDGMENT AGAINST

02:09PM  21    ABSENT CLASS MEMBERS, THAT WOULD BE MORE PROPERLY A CLASS

02:09PM  22    CERTIFICATION ISSUE.  WE SEEMED TO BE RUSHING THAT.  AND TO THE

02:09PM  23    EXTENT THAT WE ARE TRYING TO GET SOME THRESHOLD ISSUES

02:09PM  24    RESOLVED, SOME CORE ISSUES RESOLVED ON THE SCHEDULE THAT YOUR

02:09PM  25    HONOR PUT FORTH, COMPLICATING THAT ALREADY TIGHT SCHEDULE WITH

02:09PM  1    CLASS CERTIFICATIONS SEEMS A BIT BACKWARDS.

02:09PM  2             THE COURT:  OKAY.

02:09PM  3             MR. CHORBA:  JUST ONE CORRECTION, YOUR HONOR.  I

02:09PM  4    MENTIONED THREE CLASS ACTIONS.  THERE'S ACTUALLY A RECENT CLASS

02:09PM  5    ACTION FILED IN COLUMBIA, AND I MENTION THAT NOT ONLY TO

02:10PM  6    CORRECT MYSELF BUT ALSO MR. STRAITE MENTIONED THEY'RE ONLY

02:10PM  7    AWARE OF CANADA AND ISRAEL.  IT'S ACTUALLY NOT TRUE.

02:10PM  8        JAMES VLAHAKIS IS ONE OF THE MEMBERS OF THE PLAINTIFFS'

02:10PM  9    STEERING COMMITTEE, AND HE'S ACTUALLY BEEN PUT FORWARD BEFORE

02:10PM  10   THE COLUMBIA COURT AS AN EXPERT ON U.S. CONSUMER LAW.  SO

02:10PM  11   COUNSEL IS NOT JUST COORDINATING, THEY'RE ACTUALLY

02:10PM  12   PARTICIPATING AT LEAST WITH RESPECT TO COLUMBIA IN THESE

02:10PM  13   ACTIONS.

02:10PM  14       TO MR. STRAITE'S POINT ABOUT HOW IT SHOULD ONLY RELATE TO

02:10PM  15   THE NAMED PLAINTIFFS, I DON'T ACTUALLY THINK WE DISAGREE

02:10PM  16   BECAUSE WE'RE AT A MOTION TO DISMISS CHALLENGING THE NAMED

02:10PM  17   PLAINTIFFS, BUT WHAT THEY SHOULD NOT BE PERMITTED TO DO IS NAME

02:10PM  18   ONLY 15 RESIDENTS OF THOSE FOREIGN COUNTRIES, PURSUE CLAIMS ON

02:10PM  19   BEHALF OF 40 DIFFERENT COUNTRIES, AND BECAUSE THEY DIDN'T NAME

02:10PM  20   PLAINTIFFS, WHICH WE THINK IS A THRESHOLD PLEADING DEFICIENCY,

02:10PM  21   BYPASS THAT ANALYSIS ALTOGETHER INTO A CLASS CERTIFICATION.

02:10PM  22             THE COURT:  ALL RIGHT.  THANK YOU.  THANKS VERY

02:10PM  23   MUCH.

02:10PM  24       LET ME MOVE TO ANOTHER TOPIC I WANTED TO TALK ABOUT WAS

02:11PM  25   OUTSTANDING MOTIONS, AND I THINK DOCKET 31 IN ANOTHER CASE AND

02:11PM 1    DOCKET 18 IN ANOTHER CASE AND THERE ARE SOME MOTIONS FOR

02:11PM 2    EXPEDITED.  I'D LIKE TO HEAR ABOUT THAT.

02:11PM 3              MR. KING:  GOOD AFTERNOON, YOUR HONOR.

02:11PM 4    LAURENCE KING FOR PLAINTIFFS.

02:11PM 5         AT THE LAST CMC WE DISCUSSED THIS ISSUE BRIEFLY AND THEN

02:11PM 6    YOUR HONOR INDICATED THAT SINCE THE AMENDED COMPLAINT WAS

02:11PM 7    FORTHCOMING VERY SOON AT THAT POINT, WE, YOU KNOW, WE MIGHT AS

02:11PM 8    WELL WAIT FOR IT INSTEAD OF DETERMINING WHETHER IT WAS

02:11PM 9    APPROPRIATE TO PRODUCE THIS EXPEDITED DISCOVERY THAT WE

02:11PM 10   REQUESTED PRE-COMPLAINT.

02:11PM 11        THE AMENDED CONSOLIDATED COMPLAINT HAS NOW BEEN FILED.

02:11PM 12   ANY ARGUMENT THAT APPLE MAY HAVE HAD THAT DIFFERENCES IN THE

02:11PM 13   INITIAL COMPLAINT MADE IT DIFFICULT TO TELL WHAT DISCOVERY

02:11PM 14   WOULD BE RELEVANT AND WHAT DISCOVERY WOULD NOT BE RELEVANT,

02:11PM 15   THOSE HAVE GONE AWAY.

02:11PM 16        WE HAVE ALSO TAKEN THE ADDITIONAL STEP OF SERVING A FORMAL

02:12PM 17   REQUEST WITH RESPECT TO THE SUBSET OF DISCOVERY THAT WE SEEK ON

02:12PM 18   AN EXPEDITED BASIS, BUT BASICALLY WE JUST WANTED TO SPELL IT

02:12PM 19   OUT AND HAVE IT CLEARLY IN A DOCUMENT.  THESE ARE DOCUMENTS

02:12PM 20   EXCHANGED WITH REGULATORS, WHETHER THE U.S. OR OTHER COUNTRIES,

02:12PM 21   AND THESE ARE DOCUMENTS PRODUCED, IF ANY, IN OTHER LITIGATIONS

02:12PM 22   ANYWHERE.

02:12PM 23        SO, AGAIN, WE BELIEVE TO THE EXTENT THAT THESE DOCUMENTS

02:12PM 24   HAVE ALREADY BEEN PRODUCED OR HAVE BEEN PACKAGED FOR

02:12PM 25   PRODUCTION, IF YOU WILL, AND THEY'RE RELEVANT TO THE CLAIMS IN

02:12PM 1    THE NOW AMENDED CONSOLIDATED COMPLAINT, THEY CAN BE EASILY

02:12PM 2    PRODUCED TO PLAINTIFFS WITHOUT BURDEN OR WITH MINIMAL BURDEN TO

02:12PM 3    APPLE, AND TO THE EXTENT THAT THERE ARE CONFIDENTIALITY

02:12PM 4    CONCERNS, WHICH MR CHORBA ALSO RAISED AT THE LAST CMC, WE'RE

02:12PM 5    HAPPY TO DEAL WITH THOSE, OF COURSE, BUT ON AN EXPEDITED BASIS.

02:12PM 6    WE CAN DEAL WITH THEM BY RECEIVING THE DOCUMENTS ON AN

02:13PM 7    ATTORNEYS' EYES ONLY BASIS.

02:13PM 8            THE COURT:  THANK YOU.  IT SEEMS TO ME THAT THE

02:13PM 9    BASIS OF THE MOTION, THE EXPEDITED INJUNCTIVE RELIEF IS PERHAPS

02:13PM 10   NOT AS NECESSARY NOW, AND MY THOUGHT WAS TO DENY THE MOTION NOW

02:13PM 11   JUST TO TAKE CARE OF THE MOTION AS IT IS, ALLOW YOU TO MEET AND

02:13PM 12   CONFER ON THESE OTHER ISSUES, AND THEN IF NEED BE, OF COURSE

02:13PM 13   I'M NOT GOING TO PRECLUDE YOU FROM FILING SOMETHING ADDITIONAL

02:13PM 14   SHOULD YOU NOT SEEK THE RELIEF THAT YOU WANT IN THE MEET AND

02:13PM 15   CONFER.

02:13PM 16           MR. KING:  JUST FOR CLARITY OF THE RECORD, YOUR

02:13PM 17   HONOR, I WAS SPEAKING TO THE EXPEDITED DISCOVERY REQUEST.

02:13PM 18           THE COURT:  WELL, I THINK IT APPLIES TO THAT AS

02:13PM 19   WELL, I THINK.

02:13PM 20           MR. CHORBA:  AND WE WOULD AGREE, YOUR HONOR, WE

02:13PM 21   SHOULD MEET AND CONFER.  WE STARTED THAT PROCESS LAST WEEK.

02:13PM 22       THE CONSOLIDATED AMENDED COMPLAINT IS ACTUALLY BROADER IN

02:13PM 23   SOME AREAS BUT NARROWER IN OTHERS.  WE'VE TALKED ABOUT IPAD,

02:13PM 24   IT'S BROADER.  IT'S ALSO BROADER IN THAT THEY INCLUDE IPHONE 5

02:13PM 25   DEVICES.  I CAN TELL YOU MR. STRAITE CALLED IT THROTTLING AND

02:13PM 1    WE CALLED IT POWER MANAGEMENT FEATURES DO NOT APPLY TO THOSE

02:13PM 2    DEVICES.  SO THEY WERE NOT PART OF THESE DOCUMENTS THAT WERE

02:14PM 3    COLLECTED AND PRODUCED.

02:14PM 4         THE COMPLAINT IS ALSO NARROWER IN THE SENSE THAT THEY ARE

02:14PM 5    NOT INCLUDING, AS THEY SHOULD NOT, THE IPHONE 8 AND 10, THE TWO

02:14PM 6    NEWEST DEVICES THAT APPLE RELEASED LAST FALL.  SOME OF THESE

02:14PM 7    PRODUCTIONS INCLUDE THOSE.

02:14PM 8         SO WE THINK THE PARTIES SHOULD MEET AND CONFER.  THEY HAVE

02:14PM 9    ALREADY INDICATED THAT THEY WILL NOT ACCEPT THIS PRODUCTION TO

02:14PM 10   REGULATORS IN LIEU OF A FULL CUSTODIAL PRODUCTION OF THE SEARCH

02:14PM 11   TERMS.  SO WE'RE ALREADY GOING TO HAVE TO GO THROUGH THAT

02:14PM 12   PROCESS.

02:14PM 13        IF THERE IS MATERIAL THAT HAS BEEN COLLECTED, IF THERE IS

02:14PM 14   MATERIAL THAT IS AVAILABLE, WE'LL GET IT TO THEM AS QUICKLY AS

02:14PM 15   WE CAN, BUT WE DON'T WANT TO GO THROUGH THIS PROCESS TWICE.  SO

02:14PM 16   WE THINK WE SHOULD MEET AND CONFER ON IT, AND WE'RE COMMITTED

02:14PM 17   TO WORKING THROUGH IT AS QUICKLY AS WE CAN.

02:14PM 18        THE ONLY CAVEAT I WOULD ADD, YOUR HONOR, IS THE

02:14PM 19   INTERNATIONAL ASPECT OF IT AND THE IPAD ASPECT OF IT.  I STRESS

02:14PM 20   TO YOU THAT WOULD DRAMATICALLY INCREASE THE SCOPE OF DISCOVERY.

02:14PM 21            THE COURT:  PARDON ME FOR INTERRUPTING YOU.

02:14PM 22            MR. CHORBA:  YES.

02:14PM 23            THE COURT:  BUT WHAT I WAS INCLINED TO DO IS TO

02:14PM 24   ALLOW YOU TO MEET AND CONFER AND STAY DISCOVERY ON THOSE --

02:14PM 25            MR. CHORBA:  THANK YOU, YOUR HONOR.

02:14PM 1          THE COURT:  -- THOSE DEVICES PENDING OUR NEXT

02:15PM 2   HEARING, WHICH IS GOING TO BE ON THOSE MOTIONS.

02:15PM 3      BECAUSE I THINK YOU'LL HAVE ENOUGH TO DO WITHOUT DEALING

02:15PM 4   WITH THOSE OTHER DEVICES AT THIS POINT.

02:15PM 5          MR. CHORBA:  THANK YOU, YOUR HONOR.

02:15PM 6          MR. KING:  YES.  THANK YOU, YOUR HONOR.  WE HEAR THE

02:15PM 7   COURT'S INCLINATION AND WE JUST HAD, CONSISTENT WITH YOUR

02:15PM 8   HONOR'S DIRECTION AT THE BEGINNING OF THE CASE TO MOVE

02:15PM 9   EXPEDITIOUSLY, WE HAVE SPENT TIME TRYING TO CARVE OUT AREAS OF

02:15PM 10  DISCOVERY WHERE WE THOUGHT IT MADE SENSE TO MOVE QUICKLY.

02:15PM 11         THE COURT:  I APPRECIATE THAT.  THANK YOU.

02:15PM 12         MR. KING:  WE THOUGHT DOCUMENTS ALREADY PRODUCED

02:15PM 13  WOULD BE A LOGICAL ONE.

02:15PM 14         THE COURT:  I APPRECIATE THAT.  LET'S PROCEED THIS

02:15PM 15  WAY, I THINK WE'LL STAY ANY TYPE OF DISCOVERY ON THE OTHER

02:15PM 16  DEVICES PENDING OUR HEARING, OUR 12(B)(6) HEARING.

02:15PM 17         MR. KING:  TO BE CLEAR, BY "OTHER DEVICES," THE

02:15PM 18  COURT MEANS?

02:15PM 19         THE COURT:  THE IPAD I GUESS IS WHAT I'M TALKING

02:15PM 20  ABOUT, RIGHT?

02:15PM 21         MR. CHORBA:  AND THAT WOULD INCLUDE THE

02:15PM 22  INTERNATIONAL AS WELL, YOUR HONOR?

02:15PM 23         THE COURT:  YES.  YES.  FOR NOW, RIGHT.

02:15PM 24         MR. CHORBA:  THANK YOU.

02:15PM 25         THE COURT:  AND THAT'S WITHOUT ANY PREJUDICE TO YOU

02:15PM  1    BRINGING THIS BACK IN FRONT OF ME SHOULD THE NEED ARISE.

02:16PM  2              MR. CHORBA:  I THINK YOUR HONOR IS CORRECT, THAT

02:16PM  3    GIVES US PLENTY TO WORK WITH IN THE INTERIM.

02:16PM  4              THE COURT:  SO LET ME MOVE TO -- THERE WAS A MOTION

02:16PM  5    ALSO FOR COMPLIANCE WITH THE RULE 26(F).  I THINK THAT'S MOOT.

02:16PM  6              MR. CHORBA:  WE AGREED IN THE STATEMENT.

02:16PM  7              MR. KING:  YES, YOUR HONOR.

02:16PM  8              THE COURT:  RIGHT.  THANK YOU FOR THAT.

02:16PM  9         THERE WAS ANOTHER MOTION, I THINK IT'S DOCKET 116.  THIS

02:16PM 10    IS AGAIN AN EXPEDITED DISCOVERY TYPE OF MOTION AND THE

02:16PM 11    REGULATORS AND GOVERNMENTAL ENTITIES.

02:16PM 12              MR. CHORBA:  THAT'S JUST WHAT WE DISCUSSED.

02:16PM 13              THE COURT:  DO YOU NEED ANY FURTHER HELP ON THIS?

02:16PM 14              MR. CHORBA:  NO.

02:16PM 15              THE COURT:  RIGHT.  I JUST TOLD YOU WHAT I WOULD

02:16PM 16    LIKE TO YOU DO ON THAT.  BUT IF YOU DO NEED ANY ADDITIONAL

02:16PM 17    HELP, WHAT I HAD WOULD LIKE YOU TO DO IS TO SEE JUDGE DEMARCHI.

02:16PM 18              MR. CHORBA:  OKAY.

02:16PM 19              THE COURT:  AND I'VE TALKED TO HER.  YOU MIGHT BE

02:16PM 20    VISITING HER.

02:16PM 21              MR. CHORBA:  OKAY.

02:16PM 22              THE COURT:  I JUST WANTED TO REVISIT THIS BEFORE I

02:16PM 23    LEAVE IT.  IF THERE IS ANY DISCUSSION ON THAT, THEN YOU CAN

02:17PM 24    CONTACT JUDGE DEMARCHI, AND SHE'LL BE EAGER TO HEAR FROM YOU.

02:17PM 25              MR. CHORBA:  THANK YOU, YOUR HONOR.

02:17PM 1        MR. COTCHETT:  WE APPRECIATE THAT.

02:17PM 2        MR. KING:  THANK YOU, YOUR HONOR.  WE APPRECIATE

02:17PM 3   THAT.  IN THAT CONNECTION I SHOULD ALSO RAISE THAT WE HAVE

02:17PM 4   STARTED THE PROCESS OF INTERFACING WITH JUDGE WESTERFIELD TO BE

02:17PM 5   THE SPECIAL MASTER IN THIS CASE.

02:17PM 6        THE COURT:  AND THAT WAS MY NEXT QUESTION.  I'M

02:17PM 7   GOING DOWN MY LIST.

02:17PM 8      WHAT IS THE STATUS OF THAT?

02:17PM 9        MR. CHORBA:  SHE'S ON A THREE-WEEK VACATION, GOD

02:17PM 10  BLESS HER, SO WE REACHED OUT TO OUR CASE MANAGER.  WE'VE WORKED

02:17PM 11  AND EXCHANGED DRAFTS OF A STIPULATION TO PRESENT TO YOUR HONOR.

02:17PM 12  I ACTUALLY THINK THAT WE'RE PRETTY FAR ALONG.  THERE JUST HAVE

02:17PM 13  BEEN OTHER FISH TO FRY SO TO SPEAK, BUT I THINK WE ACTUALLY OWE

02:17PM 14  PLAINTIFFS' COMMENTS BACK TO THEIR DRAFT WHICH WE EXPECT TO GET

02:17PM 15  TO THEM THIS WEEK.

02:17PM 16       MS. BIEHL:  STEPHANIE BIEHL, YOUR HONOR.  THAT'S

02:17PM 17  CORRECT.  WE SENT A REVERSION OF EDITS TO APPLE COUNSEL LAST

02:17PM 18  WEEK, AND WE ARE AWAITING THEIR COUNTER OR THEIR APPROVAL.  AS

02:17PM 19  SOON AS THAT'S WORKED OUT, WE WILL SUBMIT IT TO JUDGE

02:17PM 20  WESTERFIELD.

02:17PM 21       THE COURT:  THANK YOU FOR THAT.  WHEN WE WERE LAST

02:17PM 22  HERE, I'M NOT BEING CRITICAL, BUT IT SOUNDED LIKE SHE JUST

02:18PM 23  NEEDED A PEN TO SIGN.

02:18PM 24       MS. BIEHL:  THAT IS CORRECT.  UNFORTUNATELY FOR US

02:18PM 25  SHE'S OUT OF THE COUNTRY AND FORTUNATELY FOR HER SHE'S OUT OF

02:18PM  1      THE COUNTRY ON VACATION.

02:18PM  2              MR. CHORBA:  AND COUNSEL IS CORRECT, YOUR HONOR, WE

02:18PM  3      THOUGHT IT WAS PRUDENT TO ACTUALLY SHOW HER THE STIPULATION

02:18PM  4      BEFORE WE PRESENTED IT TO YOUR HONOR JUST IN CASE SHE HAD ANY

02:18PM  5      ISSUES.

02:18PM  6              THE COURT:  OKAY.  ALL RIGHT.  THANK YOU FOR THAT.

02:18PM  7          LET'S SEE.  I THINK YOU ALSO PROPOSE INITIAL DISCLOSURE

02:18PM  8      TAKE PLACE ON SEPTEMBER 5TH.

02:18PM  9              MR. KING:  YES, YOUR HONOR.

02:18PM 10              THE COURT:  I THINK THAT IS REASONABLE.  YOU'RE ALSO

02:18PM 11      GOING TO SUBMIT THE PROTECTIVE ORDERS AND ESI PROTOCOLS AND

02:18PM 12      THOSE TYPES OF THINGS.  THAT'S FINE.

02:18PM 13          LET ME ASK ABOUT, THERE IS ALSO SOMETHING INTRIGUING HERE

02:18PM 14      YOU WERE TALKING ABOUT SELECTION OF A MEDIATOR.  CAN YOU TELL

02:18PM 15      ME A LITTLE ABOUT THAT.

02:18PM 16              MR. CHORBA:  YES, YOUR HONOR.  WE PROPOSED A FEW

02:18PM 17      NAMES TO PLAINTIFFS' COUNSEL.  I THINK THEY'RE EVALUATING.

02:18PM 18          MR. COTCHETT INDICATED THAT HE MAY HAVE SOME NAMES FOR US

02:18PM 19      TO CONSIDER.  THE PARTIES HAVE ALSO, I CAN REPRESENT, AS WE

02:19PM 20      STATED IN THE JOINT REPORT, EXPRESSED A WILLINGNESS TO SORT OF

02:19PM 21      SIT DOWN AND START SOME EARLY CONVERSATIONS AMONGST THEMSELVES,

02:19PM 22      AND WE'RE COMMITTED TO DOING THAT.

02:19PM 23              THE COURT:  OKAY.

02:19PM 24              MR. KING:  YES, YOUR HONOR.  THAT'S CORRECT.  I

02:19PM 25      WOULD ADD THAT RECEIVING DISCOVERY FROM OUR PERSPECTIVE WOULD

02:19PM  1    BE AN INTEGRAL PART OF EVALUATING THE CASE.

02:19PM  2            THE COURT:  I'M TOLD THAT SOMETIMES INFORMS THAT

02:19PM  3    PROCESS.

02:19PM  4        LET'S MOVE TO THE PRO SE ACTIONS.  I THINK THERE ARE THREE

02:19PM  5    OF THEM.

02:19PM  6        WE HAD REACHED OUT TO OUR LOCAL RESIDENT PRO SE DEPARTMENT

02:19PM  7    HERE, KEVIN, AND HE -- I DON'T SEE HIM IN THE AUDIENCE.

02:19PM  8            THE CLERK:  HE WAS HERE.  HE HAD TO GO TO

02:19PM  9    JUDGE KOH'S COURTROOM FOR A HEARING.

02:19PM 10            THE COURT:  HE WAS HERE, AND HE HAD TO GO DOWN TO

02:19PM 11    JUDGE KOH.  I THOUGHT WHAT I WOULD DO IS REFER AT LEAST THE

02:19PM 12    THREE WE KNOW OF, MOHAMMED, HOGUE, AND OLIVER, TO OUR PRO SE

02:20PM 13    OFFICE TO SEE IF HE CAN REACH OUT TO THEM FOR ANY TYPE OF

02:20PM 14    ASSISTANCE.

02:20PM 15        I THINK YOU UNDERSTAND WHAT HE DOES.  SHOULD I USE THE

02:20PM 16    WORD "COORDINATE"?  HE WILL CONTACT THOSE INDIVIDUALS.  HE

02:20PM 17    CAN'T REPRESENT THEM PER SE, BUT HE CAN CERTAINLY ASSIST THEM.

02:20PM 18    IF THEY WISH TO REMAIN PRO SE, THAT'S FINE, BUT HE CAN DIRECT

02:20PM 19    THEM AND TRY AND FIND COUNSEL IF THEY REQUEST THAT.

02:20PM 20        I DON'T KNOW IF ANY OF THESE THREE HAVE BEEN IN CONTACT

02:20PM 21    WITH PLAINTIFFS' COUNSEL OR NOT, BUT HE, KEVIN, MIGHT BE ABLE

02:20PM 22    TO INTERFACE IN THAT REGARD AS WELL.

02:20PM 23            MR. KING:  THAT'S FINE WITH PLAINTIFFS, YOUR HONOR.

02:20PM 24            THE COURT:  ALL RIGHT.  NO OBJECTION.  WE'LL ENGAGE

02:20PM 25    HIM TO DO THAT.

| | |
|---|---|
| 02:20PM | 1 |

ANYTHING ELSE BEFORE WE MOVE ON?

02:20PM   2        MR. KING:  WE DO, YOUR HONOR.  MR. STRAITE WILL

02:20PM   3   ADDRESS THE 23(D) MOTION THAT WE HAD MADE BUT THEN WAS STAYED

02:20PM   4   BY THE COURT SOME TIME AGO.

02:21PM   5        THE COURT:  RIGHT.

02:21PM   6        MR. STAITE:  SORRY, YOUR HONOR.  BACK AGAIN.  I'LL

02:21PM   7   SPEAK SLOWER THIS TIME.

02:21PM   8        AS YOUR HONOR KNOWS, ON FEBRUARY 6TH, ON OR ABOUT

02:21PM   9   FEBRUARY 6TH, A 23(D) MOTION WAS FILED IN THREE ACTIONS,

02:21PM   10   GALLMANN, CUNNINGHAM, AND BLOCK, SEEKING COURT SUPERVISION OVER

02:21PM   11   APPLE'S COMMUNICATIONS WITH ABSENT PUNITIVE CLASS MEMBERS

02:21PM   12   REGARDING THE BATTERY REPLACEMENT PROGRAM.

02:21PM   13        WE ASKED APPLE, YOU SAW IN THE EXHIBITS TO THAT MOTION

02:21PM   14   CORRESPONDENCE BETWEEN AT THAT TIME COUNSEL FOR THOSE THREE

02:21PM   15   PLAINTIFFS AND APPLE ASKING THEM TO CONFIRM THAT PARTICIPATION

02:21PM   16   IN THE BATTERY REPLACEMENT PROGRAM WOULD NOT IN ANY WAY IMPACT

02:21PM   17   CLAIMS IN THE MDL.

02:21PM   18        APPLE COUNSEL SAYS THIS IS PREMATURE.  UNTIL WE SEE A

02:21PM   19   CONSOLIDATED COMPLAINT, HOW DO WE KNOW WHETHER OR NOT ANY

02:21PM   20   CLAIMS WOULD BE AFFECTED OR OTHERWISE IMPACTED?

02:21PM   21        SO WE AGREED AFTER THE LEADERSHIP WAS RULED ON ON MAY

02:21PM   22   15TH, WE AGREED TO WAIT UNTIL THE CONSOLIDATED AMENDED

02:22PM   23   COMPLAINT WAS FILED AND THEN SEE IF WE CAN STIPULATE TO A

02:22PM   24   RESOLUTION.

02:22PM   25        THE COMPLAINT, OF COURSE, WAS FILED ON JULY 2ND.  WE SPOKE

02:22PM 1    ABOUT THE OUTSTANDING 23(D) MOTION ON JULY 3RD, AND I THINK WE

02:22PM 2    SPOKE BRIEFLY ON JULY 5TH HOPING THAT WE WOULD BE ABLE TO

02:22PM 3    ACHIEVE A STIPULATED RESOLUTION, WHICH IN OUR EYES WOULD BE A

02:22PM 4    ONE SENTENCE STIPULATION.  "APPLE HEREBY STIPULATES THAT THE

02:22PM 5    PARTICIPATION IN THE BATTERY REPLACEMENT PROGRAM DOES NOT

02:22PM 6    IMPACT CLAIMS IN THE MDL."

02:22PM 7         THE BATTERY REPLACEMENT PROGRAM ALSO NOW HAS EXPANDED TO

02:22PM 8    INCLUDE A $50 CREDIT PROGRAM FOR A LIMITED NUMBER OF PEOPLE WHO

02:22PM 9    PURCHASED FULL PRICED BATTERIES IN THE PREVIOUS CALENDAR YEAR,

02:22PM 10   AND SO WE, OF COURSE, WANTED THE STIPULATION TO INCLUDE THAT

02:22PM 11   PART OF THE PROGRAM AS WELL.

02:22PM 12        WE RECEIVED A LETTER FROM MR CHORBA ON JULY 5TH, THIS PAST

02:22PM 13   THURSDAY, WHICH MADE US QUESTION WHETHER A STIPULATION WAS

02:22PM 14   POSSIBLE, WHETHER APPLE WOULD BE WILLING TO SIGN THAT ONE

02:22PM 15   SENTENCE STIPULATION.

02:22PM 16        SO I DON'T KNOW IF APPLE WANTS TO BE HEARD ON THIS POINT,

02:23PM 17   BUT IT'S OUR VIEW THAT A STIPULATION MAY NOT BE POSSIBLE GIVEN

02:23PM 18   WHAT WE WOULD LIKE.

02:23PM 19        SO THAT MOTION MAY BE PULLED FROM THE THREE INDIVIDUAL

02:23PM 20   ACTIONS AND RE-FILED IN THE MDL VERY SOON UNLESS, OF COURSE,

02:23PM 21   APPLE WERE GOING TO STIPULATE TO THAT SENTENCE HERE, WHICH I

02:23PM 22   DOUBT.  WE WILL LET THEM SPEAK FOR THEMSELVES.

02:23PM 23             MR. CHORBA:  I'M A LITTLE SURPRISED THAT THIS IS

02:23PM 24   COMING UP BECAUSE WE HAD A CONVERSATION WITH MOST OF

02:23PM 25   MR. STRAITE'S COLLEAGUES AND HE WAS IN THE AIR FLYING FROM NEW

02:23PM 1    YORK WHERE WE DISCUSSED THIS VERY ISSUE.

02:23PM 2         THE CORRESPONDENCE DATED JULY 5TH TO WHICH MR. STRAITE

02:23PM 3    RESPONDS WAS A RESPONSE TO THEIR C.L.R.A. NOTICE LETTER WHICH

02:23PM 4    WE RECEIVED ON THE FRIDAY BEFORE THE CONSOLIDATED AMENDED

02:23PM 5    COMPLAINT BASICALLY EXPLAINING WHY THE NOTICE WAS INSUFFICIENT

02:23PM 6    FOR A VARIETY OF WAYS.

02:23PM 7         I THINK, FRANKLY, COUNSEL IS READING THAT IN A WAY TO TRY

02:23PM 8    TO VIEW APPLE AS TAKING A DIFFERENT POSITION.  I CONFIRMED ON

02:23PM 9    THE CALL YESTERDAY WITH MR. STRAITE'S COLLEAGUES THAT WE HAVE

02:23PM 10   NOT CHANGED OUR POSITION.

02:23PM 11        THE ONLY WRINKLE HERE, TO GET INTO THE WEEDS JUST A LITTLE

02:23PM 12   BIT, YOUR HONOR, IS MR. STRAITE REFERENCED CURRENTLY THROUGH

02:23PM 13   THE END OF THE YEAR CUSTOMERS CAN BRING IN AN ELIGIBLE DEVICE

02:24PM 14   AND INSTEAD OF PAYING $79 FOR A BATTERY REPLACEMENT, THEY CAN

02:24PM 15   RECEIVE IT FOR $29.  THIS WAS ANNOUNCED AT THE END OF LAST

02:24PM 16   YEAR.

02:24PM 17        A FEW MONTHS AGO APPLE ANNOUNCED THAT FOR THOSE CUSTOMERS

02:24PM 18   WHO HAD PURCHASED THE BATTERY REPLACEMENT IN 2017 BEFORE THIS

02:24PM 19   PROGRAM WAS ANNOUNCED, THAT IT WOULD GIVE A $50 CREDIT.  SO

02:24PM 20   BASICALLY IF A DAY BEFORE THE PROGRAM WAS ANNOUNCED YOU

02:24PM 21   REPLACED YOUR BATTERY, YOU'RE NOT DISADVANTAGED BY PAYING THE

02:24PM 22   FULL AMOUNT INSTEAD OF THE $29 AMOUNT.  COUNSEL THEN SPOKE WITH

02:24PM 23   US ABOUT THAT AND WANTED TO MAKE SURE THERE WAS NO ISSUE.

02:24PM 24        THE ONLY CARVEOUT THAT WE STATED TO MR. STRAITE'S

02:24PM 25   STIPULATION WE THINK IS A BASIC AND COMMON SENSE ONE.  WE DON'T

02:24PM 1    VIEW THE CONSOLIDATED AMENDED COMPLAINT AS SEEKING AS DAMAGES

02:24PM 2    ON BEHALF OF ANY CLASS MEMBER, THE $50 ADDITIONAL THAT WAS PAID

02:24PM 3    IN 2017.  HOWEVER, WE SAID THE ONLY CAVEAT THAT WE WOULD HAVE

02:24PM 4    TO THAT STIPULATION IS THAT THE CLASS MEMBERS CAN'T RECOVER THE

02:24PM 5    SAME DOLLAR TWICE FOR THE SAME EXACT ALLEGED HARM.

02:24PM 6        I THINK THIS IS AN ACADEMIC ISSUE.  I THINK IT'S ALMOST

02:25PM 7    LIKE A LAW SCHOOL EXAM HYPOTHETICAL BECAUSE I DON'T PERCEIVE

02:25PM 8    THEM TAKING THAT POSITION, BUT WE ARE EARLY IN THE CASE.  THEY

02:25PM 9    HAVE NOT STATED THE DAMAGES CLAIM, AND SO I STILL CONTINUE TO

02:25PM 10   THINK WE CAN STIPULATE TO THIS.  I WOULD URGE COUNSEL TO SEND

02:25PM 11   US THE STIPULATION.  WE'VE BEEN WAITING FOR THIS FOR A WHILE,

02:25PM 12   AND LET'S SEE IF WE CAN WORK THIS OUT AND AVOID YET ANOTHER

02:25PM 13   URGENT MOTION.

02:25PM 14        THE COURT:  SHOULD I ALLOW YOU TO DO THAT,

02:25PM 15   MR. STRAITE, THAT IS, CONTINUE TO SPEAK?

02:25PM 16        MR. STAITE:  I WOULD CERTAINLY THINK SPEAKING IS A

02:25PM 17   GOOD THING BECAUSE IT CAN BE ILLUMINATING SOMETIMES.  BUT WE

02:25PM 18   DID NOT DO A STIPULATION PRIOR TO THE AMENDED COMPLAINT BECAUSE

02:25PM 19   COUNSEL ASKED US TO WAIT FOR TIME TO SEE IT.

02:25PM 20        NOW THAT IT'S THERE WE ASK WOULD THE STIPULATION BE

02:25PM 21   POSSIBLE?  WE DON'T HAVE A SENSE THAT IT WOULD BE PRECISELY

02:25PM 22   BECAUSE OF THE CARVEOUT THAT MR CHORBA JUST REFERRED TO.  IT IS

02:25PM 23   THAT CARVEOUT THAT IS SORT OF THE ACADEMIC QUESTION.  THAT IS

02:25PM 24   THE BLUE BOOK QUESTION.

02:25PM 25        IF APPLE IS TAKING THE POSITION THAT A CUSTOMER

| | |
|---|---|
| 02:25PM | 1 |
| 02:25PM | 2 |
| 02:25PM | 3 |
| 02:26PM | 4 |
| 02:26PM | 5 |
| 02:26PM | 6 |
| 02:26PM | 7 |
| 02:26PM | 8 |
| 02:26PM | 9 |
| 02:26PM | 10 |
| 02:26PM | 11 |
| 02:26PM | 12 |
| 02:26PM | 13 |
| 02:26PM | 14 |
| 02:26PM | 15 |
| 02:26PM | 16 |
| 02:26PM | 17 |
| 02:26PM | 18 |
| 02:26PM | 19 |
| 02:26PM | 20 |
| 02:26PM | 21 |
| 02:26PM | 22 |
| 02:26PM | 23 |
| 02:26PM | 24 |
| 02:27PM | 25 |

PARTICIPATING IN THE BATTERY REPLACEMENT PROGRAM WOULD BE AN
ADVANCE OR OFFSET ON DAMAGES, THEY'RE FREE TO TAKE THAT
POSITION, BUT IT NEEDS TO BE COMMUNICATED TO THE ABSENT CLASS
MEMBERS UNDER COURT SUPERVISION.  RULE 23(D) IS EXPLICIT AND
CLEAR ON THIS POINT THAT IF THERE'S GOING TO BE COMMUNICATIONS
WITH ABSENT CLASS MEMBERS REGARDING THE SUBSTANCE OF THE
LITIGATION WHICH WOULD INCLUDE, I WOULD IMAGINE, DAMAGES THAT
ARE AVAILABLE UNDER THE VARIOUS CLAIMS THAT WE'RE ASSERTING, AT
A MINIMUM THE COURT NEEDS TO BE INVOLVED IN THOSE
COMMUNICATIONS.  WE'RE NOT SAYING THAT APPLE NEEDS TO COME
OVER TO OUR VIEW OF THE WORLD.  WE'RE SAYING THAT THEY HAVE TO
AGREE WITH US.  WE'RE SAYING EITHER AGREE THAT THESE GOOD WILL
GESTURES DO NOT COUNT AS AN OFFSET TO DAMAGES OR THE OTHER
ALTERNATIVE IS IF THEY ARE TAKING THE POSITION THAT THEY'RE AN
OFFSET ON ADVANCE ON DAMAGES, THAT'S A COMMUNICATION WITH
ABSENT CLASS MEMBERS REGARDING THIS CASE THAT REQUIRES COURT
SUPERVISION.    THEY'RE ATTEMPTING NOW, AND, IN FACT, THEY
HAVE ALREADY STARTED TO COMMUNICATING WITH CUSTOMERS WITHOUT
GOING THROUGH YOUR HONOR.  RULE 23(D) REQUIRES COURT
SUPERVISION OVER THOSE COMMUNICATIONS, AND THAT'S WHAT WE'RE
OBJECTING TO.
          MR. CHORBA:  YOUR HONOR, I DON'T KNOW HOW TO SAY IT
ANYMORE STRAIGHTFORWARD THAN I DID A MOMENT AGO.  IT'S ONLY
THIS ISSUE OF DOUBLE RECOVERY.  IT'S NOT AN ADVANCE ON DAMAGES.
IF THEY'RE SEEKING, FOR EXAMPLE, FULL REFUND OF THE PURCHASE

02:27PM  1    PRICE, WE WOULDN'T CLAIM THAT THERE WAS A $50 OFFSET.

02:27PM  2        IT WOULD ONLY BE IF THEY'RE PRESENTING TO YOU AT THE

02:27PM  3    APPROPRIATE STAGE, IN ADDITION TO ALL OF THE OTHER MEASURES OF

02:27PM  4    DAMAGES, THESE CLASS MEMBERS.  IF THEY PAID $79, THEY GET $50

02:27PM  5    BACK AND THAT INDIVIDUAL SAME PERSON GOT THE SAME $50 FOR THE

02:27PM  6    SAME EXACT AMOUNT.

02:27PM  7        SO I WOULD URGE COUNSEL NOT TO STAND UP WHEN HE WASN'T ON

02:27PM  8    THE CALL YESTERDAY, TO PICK UP THE PHONE, WE CAN DISCUSS THIS,

02:27PM  9    SEND US A DRAFT STIPULATION.  WE AGREE, WE AVERT A MOTION.  WE

02:27PM  10   DON'T AGREE, THEY RENEW THEIR MOTION.

02:27PM  11        THE COURT:  I'M GOING TO ALLOW YOU TO TALK.  I THINK

02:27PM  12   YOU BOTH HAVE REASONABLE MINDS HERE.  I THINK YOU CAN FIND

02:27PM  13   COMMON GROUND.

02:27PM  14        MR. STAITE:  WE OPT TO NOT FILE A MOTION WITHOUT

02:27PM  15   ANOTHER IMPORTANT CALL.

02:27PM  16        THE COURT:  OKAY.  THANK YOU FOR THE UPDATE ON THAT.

02:27PM  17    ANYTHING ELSE?

02:27PM  18        MR. CHORBA:  IF YOU'VE CONCLUDED, I HAVE A QUESTION.

02:27PM  19   I KNOW YOU'RE LIKELY GOING TO ISSUE AN ORDER ON THE CLAIMS AND

02:28PM  20   THE MOTION TO DISMISS ISSUE, I PRESUME?

02:28PM  21        THE COURT:  YES.

02:28PM  22        MR. CHORBA:  MR. COTCHETT SAID SOMETHING AND MY

02:28PM  23   CLIENT WANTS ME TO MAKE SURE I AM CLEAR ON THE RECORD.  WE WANT

02:28PM  24   TO MAKE SURE THAT ANY SEQUENCING OR PROCEDURE DOES NOT MEAN

02:28PM  25   THAT APPLE CANNOT MOVE FORWARD WITH ITS FULL RULE 12 AGAINST

| | |
|---|---|
| 02:28PM | 1 |

ALL OF THE CLAIMS.  WE WANT TO JUST MAKE SURE --

02:28PM  2          THE COURT:  NO, YOU'RE NOT GOING TO WAIVE ANY

02:28PM  3  POSITION, AND I'M NOT GOING TO ALLOW THAT TO OCCUR ON EITHER

02:28PM  4  SIDE.

02:28PM  5          MR. CHORBA:  THANK YOU.

02:28PM  6          THE COURT:  BOTH SIDES ARE GOING TO GET A FULL

02:28PM  7  HEARING ON MOTIONS YOU WISH TO PRESENT.

02:28PM  8          MR. CHORBA:  THANK YOU, YOUR HONOR.

02:28PM  9          THE COURT:  YOU'RE WELCOME.  I DO WANT TO INDICATE I

02:28PM  10  THOUGHT I SAW KEVIN COME IN.

02:28PM  11          MR. KNESTRICK:  YES.

02:28PM  12          THE COURT:  OUR PRO SE.  THANK YOU.  WE SPOKE IN

02:28PM  13  YOUR ABSENCE.

02:28PM  14          MR. KNESTRICK:  THAT'S WHAT I HEARD, YOUR HONOR.

02:28PM  15          THE COURT:  THERE ARE THREE PRO SE INDIVIDUALS WHOSE

02:28PM  16  NAMES ARE MOHAMMED, HOGUE, AND OLIVER.  I BELIEVE HOGUE IS

02:28PM  17  GOING TO BE DIFFICULT -- I AM TOLD THAT HE'S IN CUSTODY I

02:28PM  18  BELIEVE IN IDAHO?

02:29PM  19          MR. KNESTRICK:  YES, YOUR HONOR.

02:29PM  20          THE COURT:  MR. OLIVER I BELIEVE IS IN GEORGIA OR --

02:29PM  21  NO, OLIVER IS HERE, I THINK, AND MR. MOHAMMED MIGHT BE IN

02:29PM  22  GEORGIA.  I HAVE THOSE INCORRECT.

02:29PM  23      HAVE YOU BEEN IN CONTACT WITH THEM?

02:29PM  24          MR. KNESTRICK:  NO.  I HAVE INFORMATION FOR ALL

02:29PM  25  THREE OF THESE PRO SE LITIGANTS.  SO I'M HERE AS A RESOURCE FOR

02:29PM 1    THEM AS THEY REPRESENT THEMSELVES.

02:29PM 2        I SAW THE CASE MANAGEMENT CONFERENCE STATEMENT.  I JUST

02:29PM 3    WANT TO BE CLEAR I WILL NOT BE REPRESENTING THEM AND THEY

02:29PM 4    DON'T -- BUT I WILL BE HELPING THEM REPRESENT THEMSELVES AND

02:29PM 5    ADVISING THEM AS THEIR CASE PROCEEDS.

02:29PM 6        THE COURT:  THANK YOU FOR BEING HERE AND I MADE THAT

02:29PM 7    CLEAR TO COUNSEL ON THE RECORD, BUT THAT YOU WOULD NOT BE THEIR

02:29PM 8    ATTORNEY OF RECORD, BUT YOU WOULD PROVIDE ASSISTANCE TO THEM

02:29PM 9    EITHER IN THEIR CONTINUED SELF-REPRESENTATION OR -- THIS IS THE

02:29PM 10   THIRD TIME THIS WORD HAS COME UP -- COORDINATE WITH PLAINTIFFS

02:29PM 11   AND DEFENSE AS TO POSITIONS.

02:29PM 12       AND WITH PLAINTIFFS I SUGGESTED THAT YOU MIGHT BE A

02:30PM 13   CONDUIT TO COMMUNICATION WITH PLAINTIFFS AS TO THEIR DESIRE,

02:30PM 14   THEIR INTEREST, AND CURIOSITY IN SECURING COUNSEL TO REPRESENT

02:30PM 15   THEM IN THIS CASE.

02:30PM 16       MR. KNESTRICK:  YES, YOUR HONOR, ABSOLUTELY.  I CAN

02:30PM 17   PROVIDE ALL OF THOSE SERVICES.

02:30PM 18       THE COURT:  THANK YOU VERY MUCH.  THANK YOU FOR

02:30PM 19   BEING HERE.

02:30PM 20       LADIES AND GENTLEMEN, IF YOU WISH TO SPEAK TO KEVIN ABOUT

02:30PM 21   ANYTHING, PLEASE DO SO.  HE'S HAPPY TO MAKE HIMSELF AVAILABLE.

02:30PM 22       MR. KNESTRICK:  GREAT.  THANK YOU, YOUR HONOR.

02:30PM 23       THE COURT:  ALL RIGHT.  THANK YOU SO MUCH.

02:30PM 24       WHAT I WILL DO IS I THINK THE NEXT CMC DATE IS

02:30PM 25   AUGUST 23RD, AUGUST 23RD AT 1:30, AND I ASKED THAT YOU PROVIDE

| | |
|---|---|
| 02:30PM | 1 |
| 02:30PM | 2 |
| 02:30PM | 3 |
| 02:30PM | 4 |
| 02:30PM | 5 |
| 02:30PM | 6 |
| 02:31PM | 7 |
| 02:31PM | 8 |
| 02:31PM | 9 |
| 02:31PM | 10 |
| 02:31PM | 11 |
| 02:31PM | 12 |
| 02:31PM | 13 |
| 02:31PM | 14 |
| 02:31PM | 15 |
| 02:32PM | 16 |
| 02:32PM | 17 |
| 02:32PM | 18 |
| 02:32PM | 19 |
| 02:32PM | 20 |
| 02:32PM | 21 |
| 02:32PM | 22 |
| 02:32PM | 23 |
| 02:32PM | 24 |
| 02:32PM | 25 |

1    A JOINT CASE MANAGEMENT STATEMENT SEVEN DAYS PRIOR.

2        I AM GOING TO KEEP US ON SCHEDULE WITH THE MOTION TO

3    DISMISS DATES THAT I PREVIOUSLY SUGGESTED.

4        I KNOW I THINK, MR CHORBA, YOU'RE ON YOUR FEET, AND YOU'RE

5    GOING TO ASK FOR AN EXTRA WEEK, I THINK.

6            MR. CHORBA:  THERE ARE TWO ISSUES, YOUR HONOR.  IF

7    YOU KEEP US ON THAT SCHEDULE, WE HAD WORKED OUT WITH

8    PLAINTIFFS' COUNSEL TO CONTINUE THE HEARING DATE BECAUSE

9    MR. BOUTROUS IS GOING TO ARGUE THAT AND HE'S NOT AVAILABLE.

10            THE COURT:  THAT WAS THE 27TH.

11            MR. CHORBA:  IT WAS THE 20TH.  WE HAD AGREED TO

12    OCTOBER 4TH IF IT HAD WORKED FOR YOUR HONOR.  IT WASN'T AN

13    AVAILABLE DATE ONLINE.

14        (DISCUSSION OFF THE RECORD.)

15            THE COURT:  CAN WE GO BACKWARDS FROM THAT DATE TO

16    SEE IF THERE ARE ANY DATES AVAILABLE.

17            MR. CHORBA:  THE ONLY ISSUE IS THAT IN YOUR

18    SCHEDULE, AND IF WE'RE GOING TO DO MORE THAN ANTICIPATED, YOU

19    TALKED ABOUT TWO OR THREE CLAIMS NOW.  IT MIGHT BE, AS I AM

20    READING, THE SIX, PLUS THE INTERNATIONAL AND PLUS THE IPAD.  WE

21    ONLY HAD A WEEK FOR REPLY, AND THAT'S CUTTING IT REALLY, REALLY

22    CLOSE TO US.

23            THE COURT:  SO THE 20TH YOU'RE TALKING ABOUT?

24            MR. CHORBA:  RIGHT.  SO IF YOU WENT BACKWARDS AND

25    ADVANCED THE HEARING BACK IN TIME, IT WOULD CUT SHORT OUR

```
02:32PM    1    REPLY.

02:32PM    2              THE COURT:  BACKWARDS FROM THE 4TH, YOUR HONOR.

02:32PM    3              MR. CHORBA:  I'M SORRY, YOUR HONOR.  SO THE 11TH YOU

02:32PM    4    MEAN?

02:32PM    5              THE COURT:  WELL, YOU'RE ASKING FOR A HEARING DATE

02:32PM    6    OF OCTOBER 4TH.

02:32PM    7              MR. CHORBA:  YEAH, AND WE CLEARED THE 4TH AND 11TH

02:32PM    8    WITH OPPOSING COUNSEL.  IF THERE'S A DATE THAT WORKS FOR YOUR

02:32PM    9    HONOR.

02:32PM   10              THE COURT:  THAT'S WHAT I'M LOOKING AT.  I HAVE SEEN

02:32PM   11    WE HAVE -- WE'RE SET TO BE IN TRIAL, BUT I'M HAPPY TO HAVE THAT

02:32PM   12    TRIAL GO DARK A DAY OR TWO SO WE CAN HEAR YOUR MOTIONS.

02:32PM   13              MR. COTCHETT:  SO THE 4TH WOULD WORK WITH YOU?

02:32PM   14              THE COURT:  SO GOING BACKWARDS FROM THE 4TH IN

02:33PM   15    OCTOBER.  SO THE 3RD, THE 2ND.

02:33PM   16              MR. COTCHETT:  EITHER DAY.

02:33PM   17              MR. CHORBA:  SAME HERE, YOUR HONOR.

02:33PM   18         (DISCUSSION OFF THE RECORD.)

02:33PM   19              THE COURT:  THE 3RD AND 4TH ARE NOT AVAILABLE.  SO

02:33PM   20    THE 2ND.

02:33PM   21              MR. COTCHETT:  THE 2ND IS FINE.

02:33PM   22              MR. CHORBA:  I BELIEVE THAT'S FINE FOR US AS WELL.

02:33PM   23    THANK YOU FOR ACCOMMODATING US.

02:33PM   24              THE COURT:  SURE.  SHOULD WE START IN THE MORNING?

02:33PM   25    10:00 O'CLOCK?
```

02:33PM  1          MR. COTCHETT:  10:00 O'CLOCK WOULD BE FINE.

02:33PM  2          MR. CHORBA:  THAT'S FINE WITH US.  WE'LL MAKE IT

02:33PM  3     WORK.

02:33PM  4        AND, YOUR HONOR, WE WORKED OUT WITH COUNSEL, I THINK THEY

02:33PM  5     GOT AN EXTRA WEEK AND WE GOT AN EXTRA WEEK.  IS THAT SOMETHING

02:33PM  6     THAT WE CAN WORK OUT?

02:33PM  7          THE COURT:  YES.

02:33PM  8          MR. COTCHETT:  THANK YOU VERY MUCH, YOUR HONOR.

02:33PM  9          THE COURT:  YOU'RE WELCOME.  THANK YOU.

02:33PM 10          MR. CHORBA:  THANK YOU, YOUR HONOR.

02:33PM 11          THE CLERK:  SO THAT HEARING IS IN LIEU OF THE

02:33PM 12     SEPTEMBER 20TH DATE?

02:33PM 13          THE COURT:  THAT'S CORRECT.

02:33PM 14          MR. CHORBA:  THANK YOU SO MUCH.

02:34PM 15          THE COURT:  ALL RIGHT.  THANK YOU.  ANYTHING

02:34PM 16     FURTHER?

02:34PM 17          MR. COTCHETT:  JUST SO WE'RE CLEAR, THE HEARING DATE

02:34PM 18     WILL BE ON THE 2ND OF OCTOBER AT 10:00 O'CLOCK.

02:34PM 19          THE COURT:  CORRECT.

02:34PM 20          MR. CHORBA:  AND I'M SORRY.  I THINK YOU WERE ABOUT

02:34PM 21     TO SAY THAT THE JOINT CMC IS DUE A WEEK BEFORE THE 23RD.

02:34PM 22          THE COURT:  A WEEK BEFORE THE 23RD THAT'S RIGHT.

02:34PM 23        ALL RIGHT.  ANYTHING ELSE?  ANYONE ON THE PHONE WISH TO BE

02:34PM 24     HEARD?  I HEAR NO RESPONSES.  WITH THAT THEN WE'LL DISENGAGE

02:34PM 25     THE LINES.  THANK YOU FOLKS FOR BEING HERE.  GOOD TO SEE YOU.

02:34PM  1           MR. COTCHETT:  THANK YOU, YOUR HONOR.

02:34PM  2           MR. STAITE:  THANK YOU, YOUR HONOR.

02:34PM  3           MR. CHORBA:  THANK YOU, YOUR HONOR.

02:37PM  4        (RECESS FROM 2:37 P.M. UNTIL 2:37 P.M.)

02:39PM  5           THE COURT:  WE'RE BACK ON THE RECORD.  ALL COUNSEL

02:39PM  6    PREVIOUSLY PRESENT ARE PRESENT AGAIN EXCEPT FOR COUNSEL ON THE

02:39PM  7    PHONE.

02:39PM  8        AS SOON AS I HIT THE DOOR I REALIZED A CALENDAR ERROR, AND

02:39PM  9    I APOLOGIZE.  LET ME ASK CAN WE SET THE HEARING DATE FOR

02:39PM 10    SEPTEMBER 28TH, THAT'S A FRIDAY?

02:39PM 11           MR. CHORBA:  SURE.

02:39PM 12           MR. COTCHETT:  ABSOLUTELY, YOUR HONOR.

02:39PM 13           MR. CHORBA:  SURE.  JUST CHECKING BECAUSE AGAIN IT

02:39PM 14    WAS MR. BOUTROUS WITH THE SCHEDULING CONFLICT.  I GUESS WE'LL

02:39PM 15    MAKE IT WORK.  I GUESS MY ONLY CONCERN IS MAKING SURE WE HAVE

02:39PM 16    TWO WEEKS FOR THE REPLY PAPERS.

02:39PM 17           THE COURT:  WELL, THEN THOSE DATES WOULD CALCULATE

02:39PM 18    AUGUST 9TH; OPPOSITION, SEPTEMBER 6TH; REPLY SEPTEMBER 13TH;

02:40PM 19    HEARING SEPTEMBER 28TH.

02:40PM 20           MR. COTCHETT:  PERFECT.

02:40PM 21           MR. CHORBA:  THAT'S THE ISSUE, YOUR HONOR.  THAT'S

02:40PM 22    ONLY ONE WEEK FOR OUR REPLY.  I DON'T MEAN TO BE SO FOCUSSED ON

02:40PM 23    THAT.  WE JUST WANT TO MAKE SURE WE ADDRESSED THE ISSUES

02:40PM 24    COMPREHENSIVELY, AND IT SOUNDS LIKE WE MAY HAVE BEEN INCLUDING

02:40PM 25    THE INTERNATIONAL ISSUES WHICH ARE QUITE SIGNIFICANT.  SO I

02:40PM 1     UNDERSTAND YOUR HONOR'S DESIRES TO KEEP THE THING MOVING.

02:40PM 2          THE COURT:  WOULD IT -- IF I HAD --

02:40PM 3          MR. CHORBA:  AND I DON'T WANT TO CRUNCH THE COURT

02:40PM 4 WITH HAVING LESS TIME WITH OUR PAPERS.

02:40PM 5          THE COURT:  WELL, COULD YOU GET IT IN THAT FOLLOWING

02:40PM 6 WEEK, THE 17TH?  THE 18TH?

02:40PM 7          MR. CHORBA:  WE'LL DO WHATEVER YOU NEED, YOUR HONOR.

02:40PM 8          THE COURT:  HOW MUCH DO I WANT TO PUNISH -- HOW MANY

02:40PM 9 WEEKENDS DO I WANT TO DESTROY FOR YOUR ASSOCIATES?

02:40PM 10          MR. CHORBA:  THAT'S REALLY THE ISSUE, AND I DON'T

02:40PM 11 WANT TO CUT INTO COUNSEL'S TIME EITHER, AND THEY HAVE

02:41PM 12 APPROXIMATELY A MONTH, AND WE HAVE A WEEK.  THERE COULD BE A

02:41PM 13 LITTLE GIVE ON THEIRS, IF WE DON'T GET IT TEN MINUTES TO

02:41PM 14 MIDNIGHT.  IF WE GET IT MAYBE A DAY OR TWO EARLY, THAT WOULD

02:41PM 15 HELP US.

02:41PM 16          MR. COTCHETT:  WE'LL DO THAT.

02:41PM 17          THE COURT:  DO YOU WANT TO YIELD TIME FOR YOUR

02:41PM 18 COLLEAGUE OPPOSITE.

02:41PM 19          MR. CHORBA:  IF WE GET TWO WEEKS, MAYBE, YOUR HONOR,

02:41PM 20 COULD WE CONFER AND TRY TO WORK THIS OUT AND IF WE CAN PRESENT

02:41PM 21 A SCHEDULE TO YOUR HONOR WITH A HEARING ON THE 28TH.

02:41PM 22          THE COURT:  WELL, THAT'S WHAT I WOULD LIKE TO DO,

02:41PM 23 AND I APOLOGIZE FOR NOT GRASPING THAT EARLIER.  WE WILL HAVE A

02:41PM 24 HEARING ON FRIDAY, SEPTEMBER 28TH AT 10:00 A.M., AND THEN IF

02:41PM 25 THE MOTION CAN BE FILED BY AUGUST 9TH.  DO YOU NEED MORE TIME

02:41PM  1    THAN THAT OR --

02:41PM  2              MR. CHORBA:  AGAIN, YOUR HONOR, WE WANTED MORE TIME,

02:41PM  3    BUT IF YOUR HONOR IS KEEPING A SCHEDULE EARLY SEPTEMBER, WE'LL

02:41PM  4    MAKE IT WORK.  CAN WE JUST RESERVE THE RIGHT IF WE HAVE TROUBLE

02:41PM  5    IDENTIFYING, IF WE NEED TO GO TO RULE 44.1, CAN WE MAKE AN

02:42PM  6    APPLICATION, AN ADMINISTRATIVE APPLICATION TO THE COURT?

02:42PM  7              THE COURT:  OF COURSE.  YES.  THANK YOU, MR. CHORBA.

02:42PM  8              MR. COTCHETT:  RIGHT NOW WE'RE SET FOR THE 28TH FOR

02:42PM  9    THE HEARING, IS THAT CORRECT, YOUR HONOR?

02:42PM  10             THE COURT:  THAT'S CORRECT, SEPTEMBER 28TH AT 10:00

02:42PM  11   A.M.

02:42PM  12             MR. COTCHETT:  THE 28TH.  AND THEN WE WILL WORK

02:42PM  13   BACK.  IF THEY NEED SOME TIME, WE'LL GIVE THEM SOME TIME.

02:42PM  14             MR. CHORBA:  THANK YOU, MR. COTCHETT.  THANK YOU,

02:42PM  15   YOUR HONOR.

02:42PM  16             THE COURT:  AND I APOLOGIZE, COUNSEL, I APOLOGIZE

02:42PM  17   FOR NOT CATCHING THE GLITCH IN MY SCHEDULE.

02:42PM  18             MR. COTCHETT:  THANK YOU, YOUR HONOR.

02:42PM  19             THE COURT:  THANK YOU.

02:42PM  20             THE CLERK:  COURT IS ADJOURNED.

02:42PM  21        (COURT CONCLUDED AT 2:42 P.M.)

         22

         23

         24

         25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18
           DATED:  JULY 18, 20187
19

20

21

22

23

24

25