Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
Quentin A. Roberts (State Bar No. 306687)
Email: qroberts@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Counsel for Plaintiffs Alain Liebermann and Romeo James Alba*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE APPLE INC. DEVICE PERFORMANCE LITIGATION

**This document relates to:**

Case No. 5:18-cv-00110-EJD

Case No. 5:18-md-02827-EJD

**NOTICE OF WITHDRAWAL OF QUENTIN A. ROBERTS**

Crtrm.:4, 5th FL
Judge: Hon. Edward J. Davila

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Quentin A. Roberts is no longer associated with Levi & Korsinsky LLP, and hereby withdraws his appearance on behalf of Plaintiffs Alain Liebermann and Romeo James Alba ("Plaintiffs"), in the action titled *Liebermann, et al. v. Apple Inc.*, Case No. 5:18-cv-00110-EJD. Plaintiffs will continue to be represented by Rosemary Rivas of Levi & Korsinsky LLP. Quentin A. Roberts respectfully requests the Court to remove his email address, qroberts@zlk.com from the docket and from any service lists pertaining to the consolidated above-action.

Respectfully submitted,

Dated: July 20, 2018

**LEVI & KORSINSKY, LLP**

By: */s/ Quentin A. Roberts*
Quentin A. Roberts

Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

*Counsel for Plaintiffs Alain Liebermann and Romeo James Alba*