JOHNSON FISTEL, LLP
Frank J. Johnson, Esq. (SBN 174882)
Phong L. Tran, Esq. (SBN 204961)
655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
E-mail: frankj@johnsonfistel.com
E-mail: phongt@johnsonfistel.com

Attorneys for Plaintiff Thomas T. Cook

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE APPLE INC. DEVICE PERFORMANCE LITIGATION, | Case No.: 18-md-02827-ejd<br><br>Judge: Hon. Edward J. Davila<br>Dept: Courtroom 4<br><br>**NOTICE OF CHANGE OF ADDRESS** |

The undersigned counsel hereby gives notice that the California office of Johnson Fistel, LLP, has relocated. The new address is below; telephone numbers and emails remain the same. Please update your records accordingly.

Johnson Fistel, LLP
655 West Broadway, Suite 1400
San Diego, CA 92101

Dated: July 23, 2018

JOHNSON FISTEL, LLP

By: s/Phong L. Tran
PHONG L. TRAN

655 West Broadway, Suite 1400
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856
phongt@johnsonfistel.com

*Counsel for Plaintiff Thomas T. Cook*