**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING (SBN 206423)
*lking@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707

DAVID A. STRAITE (*pro hac vice*)
*dstraite@kaplanfox.com*
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

**COTCHETT, PITRE & MCCARTHY LLP**
JOSEPH W. COTCHETT (SBN 36324)
*jcotchett@cpmlegal.com*
MARK C. MOLUMPHY (SBN 168009)
*mmolumphy@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

*Interim Co-Lead Class Counsel*

**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS, JR. (SBN 132099)
*tboutrous@gibsondunn.com*
CHRISTOPHER CHORBA (SBN 216692)
*cchorba@gibsondunn.com*
THEANE EVANGELIS (SBN 243570)
*tevangelis@gibsondunn.com*
TIMOTHY W. LOOSE (SBN 241037)
*tloose@gibsondunn.com*
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520

G. CHARLES NIERLICH (SBN 196611)
*gnierlich@gibsondunn.com*
RACHEL S. BRASS (SBN 219301)
*rbrass@gibsondunn.com*
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-374-8458

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION

This Relates to:

ALL CASES

Case No. 5:18-md-02827-EJD

**[~~PROPOSED~~] ORDER SETTING DEADLINES FOR MOTION TO DISMISS**

**Judge**: Hon. Edward J. Davila

**Courtroom**: 4, 5th Floor

Good cause appearing, the Court hereby orders as follows:

1. The briefing schedule for the Motion to Dismiss is hereby modified as follows:
    a. The Motion to Dismiss shall be filed on or before **August 9, 2018.**
    b. Plaintiffs' opposition shall be filed on or before **September 3, 2018.**
    c. Defendant's Reply, if any, shall be filed on or before **September 14, 2018.**
2. The Court's hearing on the Motion to Dismiss will remain set for **September 28, 2018 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: ___August 1, 2018________

HON. EDWARD J. DAVILA
United States District Judge