United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION

Case No. 18-md-02827-EJD

**ORDER RE: APPOINTMENT OF SPECIAL DISCOVERY MASTER**

On August 1, 2018, the parties filed a stipulation and proposed order regarding the appointment of a Special Discovery Master in this action. Dkt. No. 171. The Court has revised the parties' proposed order. The revised version is included as an attachment to this order. Pursuant to Federal Rule of Civil Procedure 53(b)(1), "[b]efore appointing a master, the court must give the parties notice and an opportunity to be heard."

Accordingly, the Court expresses its intent to appoint the Special Discovery Master as detailed in the attached revised order. Any party who wishes to object must file an objection by August 9, 2018.

**IT IS SO ORDERED.**

Dated: August 2, 2018

EDWARD J. DAVILA
United States District Judge