# EXHIBIT 1

# Apple addresses why people are saying their iPhones with older batteries are running 'slower'

**Matthew Panzarino** @panzer / Dec 20, 2017 Comment



Because of a Reddit post and the loose interpretation of subsequent benchmark tests posted by Primate Labs' John Poole, the "Apple throttles old iPhones" meme has reared its ugly head again.



The gist, as it always is, is that **Apple** is being super petty and trying to force customers to upgrade their phones by making their old phones run slower.

As always, the answer is no. It would be beyond stupid and incredibly short-sighted for Apple to do this and, if it was actually

true, would likely lead to tangles of a governmental and legal nature that no company like Apple would ever want to happen.

Instead, Apple is focusing attention on smoothing out the very high and quick peaks of power draw that can cause problems with older batteries.

Here's a statement that Apple provided when I inquired about the power profile that people were seeing when testing iPhones with older batteries:

> Our goal is to deliver the best experience for customers, which includes overall performance and prolonging the life of their devices. Lithium-ion batteries become less capable of supplying peak current demands when in cold conditions, have a low battery charge or as they age over time, which can result in the device unexpectedly shutting down to protect its electronic components.
>
> Last year we released a feature for iPhone 6, iPhone 6s and iPhone SE to smooth out the instantaneous peaks only when needed to prevent the device from unexpectedly shutting down during these conditions. We've now extended that feature to iPhone 7 with iOS 11.2, and plan to add support for other products in the future.

The short-form version of what Poole's benchmarks are showing is the result of a power curve-smoothing algorithm that Apple rolled out *last year* to mitigate iPhone shutdown issues. I wrote about it here; you can read that and come back.

Basically, iPhones were hitting *peaks of processor power* that the battery was unable to power and the phones were shutting off. Apple then added power management to all iPhones at the time that would "smooth out" those peaks by either capping the power available from the battery or by spreading power requests over several cycles. This is clearly shown in Poole's charts in his post:




Startups
Apps
Gadgets
Events
Videos
—
Crunchbase
More

Search

Fundings & Exits
Apple
Amazon
Disrupt SF 2018

Also, to be clear, Poole's charts appear to be accurate — nor is Apple saying this isn't happening.

Some users who have had older batteries replaced also said they've seen improved benchmarks after replacing their batteries. Well, yeah. Of course. As batteries age, they stop working as well. Period.

And that age isn't just about years or charge cycles — heat is a huge killing factor for batteries, for instance. If your iPhone gets left out in the sun a lot or gets hot a bunch, then your battery will kick the bucket a lot sooner.

As that battery ages, iOS will check its responsiveness and effectiveness actively. At a point when it becomes unable to give the processor all the power it needs to hit a *peak* of power, the requests will be spread out over a few cycles.

Login / Sign up

Remember, benchmarks, which are *artificial* tests of a system's performance levels, will *look* like peaks and valleys to the system, which will then trigger this effect. In other words, you're always going to be triggering this when you run a benchmark, but you definitely will not always trigger this effect when you're using your iPhone like normal.

Apple will continue to add this smoothing to more devices over time to avoid shutdown issues, freezing and other problems.

It's important to note that this is a lithium-ion chemistry issue, not an Apple issue. Batteries just get crappy over time. This is an attempt to make your phone work for longer with less issues, not to get you to switch away from it.

Last year, Apple also added a notification for the user when the battery gets to a really rough state, but it's pretty conservative about that, so it will likely not trigger until well after iOS feels it should start capping the max power draw from batteries. Just as an FYI.

Basically, if your phone is cold, has a low battery charge or has an aged battery, it will be unable to supply peak current. Period.

I think there's an argument here that many people will never, ever see this happening. It is applied only when maximum power draw is required of the battery, e.g. when you are doing something intense with your iPhone like playing a game or using 3D applications. But clearly some people are seeing a pervasive triggering of this limiter.

This will not affect the average performance of your device, and it is emphatically not throttling; it's capping the peak demands and not allowing them to be as high — and spreading that work out over more cycles rather than one.

## However…

I think one thing that can be argued here is that there is a balance to be struck between giving people too much information and not enough information. If you give a user enough rope they will hang themselves, so to speak, by replacing batteries too early or replacing phones that don't need replacing.

But, as a matter of transparency, I think that beyond saying very publicly that they are doing this power management (which they have now done twice), there could be an avenue here to be more aggressive and transparent with the user about when their battery is directly affecting the peak performance of their iPhone.

"I think users who experience significant slowdowns due to battery wear would want Apple to be more transparent about this issue," says Poole. "A notification stating that the battery needs service would be a simple way to reduce users' concerns and help them address this problem."

Roughly, the three points for possible improvement I see here are as follows:

- Apple should examine whether the gap is too large between when the algorithm starts smoothing out the peaks of performance and when they're notified that their performance is taking a hit due to battery age. If a person is noticing (and it seems they are, given the discussion threads and social activity on this) that their phone is running slower, then they need to know *why.*
- The point at which iOS will tell you that your battery has gone to hell is currently very, *very* conservative. Perhaps this can be set to be more aggressive. Then, of course, users will complain that Apple is cash-grabbing on battery replacements, but humans will remain humans.
- It's clear that people just didn't understand that protecting an iPhone with an older battery was going to directly affect performance. Perhaps this is a failing of Apple messaging or a failure of myself (and other journalists) in not explaining it as clearly as possible.

Largely, I think, the controversy that has hit this week could have been mitigated significantly by Apple having a direct conversation with its users via the device that they're actually using. I know these things are hard (and I get to say "do it" without actually having to do it), but these kinds of conversations are not always best conducted via a third party.

Add a Comment

http://tcrn.ch/2BOYPOS Copy

# EXHIBIT 2

December 28, 2017

# A Message to Our Customers about iPhone Batteries and Performance

We've been hearing feedback from our customers about the way we handle performance for iPhones with older batteries and how we have communicated that process. We know that some of you feel Apple has let you down. We apologize. There's been a lot of misunderstanding about this issue, so we would like to clarify and let you know about some changes we're making.

First and foremost, we have never — and would never — do anything to intentionally shorten the life of any Apple product, or degrade the user experience to drive customer upgrades. Our goal has always been to create products that our customers love, and making iPhones last as long as possible is an important part of that.

## How batteries age

All rechargeable batteries are consumable components that become less effective as they chemically age and their ability to hold a charge diminishes. Time and the number of times a battery has been charged are not the only factors in this chemical aging process.

Device use also affects the performance of a battery over its lifespan. For example, leaving or charging a battery in a hot environment can cause a battery to age faster. These are characteristics of battery chemistry, common to lithium-ion batteries across the industry.

A chemically aged battery also becomes less capable of delivering peak energy loads, especially in a low state of charge, which may result in a device unexpectedly shutting itself down in some situations.

To help customers learn more about iPhone's rechargeable battery and the factors affecting its performance, we've posted a new support article, iPhone Battery and Performance.

It should go without saying that we think sudden, unexpected shutdowns are unacceptable. We don't want any of our users to lose a call, miss taking a picture or have any other part of their iPhone experience interrupted if we can avoid it.

## Preventing unexpected shutdowns

About a year ago in iOS 10.2.1, we delivered a software update that improves power management during peak workloads to avoid unexpected shutdowns on iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, and iPhone SE. With the update, iOS dynamically manages the maximum performance of some system components when needed to prevent a shutdown. While these changes may go unnoticed, in some cases users may experience longer launch times for apps and other reductions in performance.

Customer response to iOS 10.2.1 was positive, as it successfully reduced the occurrence of unexpected shutdowns. We recently extended the same support for iPhone 7 and iPhone 7 Plus in iOS 11.2.

Of course, when a chemically aged battery is replaced with a new one, iPhone performance returns to normal when operated in standard conditions.

## Recent user feedback

Over the course of this fall, we began to receive feedback from some users who were seeing slower performance in certain situations. Based on our experience, we initially thought this was due to a combination of two factors: a normal, temporary performance impact when upgrading the operating system as iPhone installs new software and updates apps, and minor bugs in the initial release which have since been fixed.

We now believe that another contributor to these user experiences is the continued chemical aging of the batteries in older iPhone 6 and iPhone 6s devices, many of which are still running on their original batteries.

## Addressing customer concerns

We've always wanted our customers to be able to use their iPhones as long as possible. We're proud that Apple products are known for their durability, and for holding their value longer than our competitors' devices.

To address our customers' concerns, to recognize their loyalty and to regain the trust of anyone who may have doubted Apple's intentions, we've decided to take the following steps:

- Apple is reducing the price of an out-of-warranty iPhone battery replacement by $50 — from $79 to $29 — for anyone with an iPhone 6 or later whose battery needs to be replaced, available worldwide through December 2018. Details will be provided soon on apple.com.
- Early in 2018, we will issue an iOS software update with new features that give users more visibility into the health of their iPhone's battery, so they can see for themselves if its condition is affecting performance.
- As always, our team is working on ways to make the user experience even better, including improving how we manage performance and avoid unexpected shutdowns as batteries age.

At Apple, our customers' trust means everything to us. We will never stop working to earn and maintain it. We are able to do the work we love only because of your faith and support — and we will never forget that or take it for granted.



Copyright © 2018 Apple Inc. All rights reserved.

# EXHIBIT 3

# iPhone Battery and Performance

Understand iPhone performance and its relation to your battery.

Your iPhone is designed to deliver an experience that is simple and easy to use. This is only possible through a combination of advanced technologies and sophisticated engineering. One important technology area is battery and performance. Batteries are a complex technology, and a number of variables contribute to battery performance and related iPhone performance. All rechargeable batteries are consumables and have a limited lifespan—eventually their capacity and performance decline so that they need to be replaced. As batteries age, it can contribute to changes in iPhone performance. We created this information for those who would like to learn more.

## About lithium-ion batteries

iPhone batteries use lithium-ion technology. Compared with older generations of battery technology, lithium-ion batteries charge faster, last longer, and have a higher power density for more battery life in a lighter package. Rechargeable lithium-ion technology currently provides the best technology for your device. Learn more about lithium-ion batteries.

---

## How to maximize battery performance

"Battery life" is the amount of time a device runs before it needs to be recharged. "Battery lifespan" is the amount of time a battery lasts until it needs to be replaced. One factor affecting battery life and lifespan is the mix of things you do with your device. No matter how you use it, there are ways to help. A battery's lifespan is related to its "chemical age," which is more than just the passage of time. It includes different factors, such as the number of charge cycles and how it was cared for. Follow these tips to maximize battery performance and help extend battery lifespan. For example, keep iPhone half-charged when it's stored for the long term. Also avoid charging or leaving iPhone in hot environments, including direct sun exposure, for extended periods of time.

---

## When batteries chemically age

All rechargeable batteries are consumable components that become less effective as they chemically age.

As lithium-ion batteries chemically age, the amount of charge they can hold diminishes, resulting in shorter amounts of time before a device needs to be recharged. This can be referred to as the battery's maximum capacity—the measure of battery capacity relative to when it was new. In addition, a battery's ability to deliver maximum instantaneous performance, or "peak power," may decrease. In order for a phone to function properly, the electronics must be able to draw upon instantaneous power from the battery. One attribute that affects this instantaneous power delivery is the battery's impedance. A battery with a high impedance may be unable to provide sufficient power to the system that needs it. A battery's impedance can increase if a battery has a higher chemical age. A battery's impedance will temporarily increase at a low state of charge and in a cold temperature environment. When coupled with a higher chemical age, the impedance increase will be more significant. These are characteristics of battery chemistry that are common to all lithium-ion batteries in the industry.

When power is pulled from a battery with a higher level of impedance, the battery's voltage will drop to a greater degree. Electronic components require a minimum voltage to properly operate. This includes the device's internal storage, power circuits, and the battery itself. The power management system determines the capability of the battery to supply this power, and manages the loads in order to maintain operations. When the operations can no longer be supported with the full capabilities of the power management

system, the system will perform a shutdown to preserve these electronic components. While this shutdown is intentional from the device perspective, it may be unexpected by the user.

## Preventing unexpected shutdowns

With a low battery state of charge, a higher chemical age, or colder temperatures, users are more likely to experience unexpected shutdowns. In extreme cases, shutdowns can occur more frequently, thereby rendering the device unreliable or unusable. For iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, iPhone SE, iPhone 7, and iPhone 7 Plus, iOS dynamically manages performance peaks to prevent the device from unexpectedly shutting down so that the iPhone can still be used. This performance management feature is specific to iPhone and does not apply to any other Apple products.

This performance management works by looking at a combination of the device temperature, battery state of charge, and battery impedance. Only if these variables require it, iOS will dynamically manage the maximum performance of some system components, such as the CPU and GPU, in order to prevent unexpected shutdowns. As a result, the device workloads will self-balance, allowing a smoother distribution of system tasks, rather than larger, quick spikes of performance all at once. In some cases, a user may not notice any differences in daily device performance. The level of perceived change depends on how much performance management is required for a particular device.

In cases that require more extreme forms of this performance management, the user may notice effects such as:

- Longer app launch times
- Lower frame rates while scrolling
- Backlight dimming (which can be overridden in Control Center)
- Lower speaker volume by up to -3dB
- Gradual frame rate reductions in some apps
- During the most extreme cases, the camera flash will be disabled as visible in the camera UI
- Apps refreshing in background may require reloading upon launch

Many key areas are not impacted by this performance management feature. Some of these include:

- Cellular call quality and networking throughput performance
- Captured photo and video quality
- GPS performance
- Location accuracy
- Sensors like gyroscope, accelerometer, barometer
- Apple Pay

For a low battery state of charge and colder temperatures, performance management changes are temporary. If a device battery has chemically aged far enough, performance management changes may be more lasting. This is because all rechargeable batteries are consumables and have a limited lifespan, eventually needing to be replaced. If you are impacted by this and would like to improve your device performance, replacing your device battery can help.

### For iOS 11.3

iOS 11.3 improves this performance management feature by periodically assessing the level of performance management necessary to avoid unexpected shutdowns. If the battery health is able to support the observed peak power requirements, the amount of performance management will be lowered. If an unexpected shutdown occurs again, then performance management will increase. This assessment is ongoing, allowing more adaptive performance management.

iPhone 8, iPhone 8 Plus, and iPhone X models use a more advanced hardware and software design that provides a more accurate estimation of both power needs and the battery's power capability to maximize overall system performance. This allows a different performance management system that more precisely allows iOS to anticipate and avoid an unexpected shutdown. As a result, the impacts of

performance management may be less noticeable on iPhone 8, iPhone 8 Plus, and iPhone X. Over time, the rechargeable batteries in all iPhone models will diminish in their capacity and peak performance and will eventually need to be replaced.

## Battery Health (Beta)




For iPhone 6 and later, iOS 11.3 adds new features to show battery health and recommend if a battery needs to be replaced. These can be found in Settings > Battery > Battery Health (Beta).

Additionally, users can see if the performance management feature that dynamically manages maximum performance to prevent unexpected shutdowns is on and can choose to turn it off. This feature is enabled only after an unexpected shutdown first occurs on a device with a battery that has diminished ability to deliver maximum instantaneous power. This feature applies to iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, iPhone SE, iPhone 7, and iPhone 7 Plus.

(Note: Devices updating to iOS 11.3 will initially have performance management disabled; it will be reenabled if the device subsequently experiences an unexpected shutdown.)

All iPhone models include fundamental performance management to ensure that the battery and overall system operates as designed and internal components are protected. This includes behavior in hot or cold temperatures, as well as internal voltage management. This type of performance management is required for safety and expected function, and cannot be turned off.

### Your battery's maximum capacity




The Battery Health screen includes information on maximum battery capacity and peak performance capability.

Maximum battery capacity measures the device battery capacity relative to when it was new. Batteries will start at 100% when first activated and will have lower capacity as the battery chemically ages which may result in fewer hours of usage between charges.

A normal battery is designed to retain up to 80% of its original capacity at 500 complete charge cycles when operating under normal conditions. The one-year warranty includes service coverage for a defective battery. If it is out of warranty, Apple offers battery service for a charge. Learn more about charge cycles.

As your battery health degrades, so can its ability to deliver peak performance. The Battery Health screen includes a section for Peak Performance Capability where the following messages may appear.

### Performance is normal

When the battery condition can support normal peak performance and does not have the performance management features applied, you'll see this message:

> *Your battery is currently supporting normal peak performance.*




## Performance management applied

When the performance management features have been applied, you'll see this message:

> *This iPhone has experienced an unexpected shutdown because the battery was unable to deliver the necessary peak power. Performance management has been applied to help prevent this from happening again. Disable...*

Note that if you disable performance management, you can't turn it back on. It will be turned on again automatically if an unexpected shutdown occurs. The option to disable will also be available.




## Battery health unknown

If iOS is unable to determine the device battery health, you'll see this message:

> *This iPhone is unable to determine battery health. An Apple Authorized Service Provider can service the battery. More about service options...*

This may be due to having an improperly installed battery or an unknown battery part.

## Performance management turned off

If you disable the applied performance management feature, you'll see this message:

> *This iPhone has experienced an unexpected shutdown because the battery was unable to deliver the necessary peak power. You have manually disabled performance management protections.*

If the device experiences another unexpected shutdown, the performance management features will be re-applied. The option to disable will also be available.







## Battery health degraded

If battery health has degraded significantly, the below message will also appear:

> *Your battery's health is significantly degraded. An Apple Authorized Service Provider can replace the battery to restore full performance and capacity. More about service options...*

This message does not indicate a safety issue. Your battery can still be used. However, you may be experiencing more noticeable battery and performance issues. A new replacement battery will improve your experience.




# Getting further assistance

If your device performance has been impacted by an aged battery and you would like to get help with a battery replacement, contact Apple Support for service options.

Learn more about battery service and recycling.

Published Date:April 19, 2018

Helpful? Yes No

74% of people found this helpful.

# Start a Discussion

Ask other users about this article

Submit my question to the community

See all questions on this article ›  See all questions I have asked ›

## Contact Apple Support

Need more help? Save time by starting your support request online and we'll connect you to an expert.

Get started ›




Copyright © 2018 Apple Inc. All rights reserved.

# EXHIBIT 4

Case 5:17-cv-07285-EJD Document 31-5 Filed 02/09/18 Page 2 of 4

KAPLAN FOX

Kaplan Fox & Kilsheimer LLP
Attorneys at Law
350 Sansome Street
San Francisco, CA 94104
phone 415.772.4700
fax 415.772.4707
email mail@kaplanfox.com
www.kaplanfox.com

January 26, 2018

**VIA EMAIL AND OVERNIGHT DELIVERY**
Theodore J. Boutros, Jr., Esq.
Christopher C. Chorba, Esq.
Rachel S. Brass, Esq.
Theane D. Evangelis, Esq.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

***RE:*** ***Gallmann v. Apple, Inc.*, No. 17-cv-7285-EJD (N.D. Cal.)**
Battery Replacement Program Terms & Conditions

Dear Counsel:

I am counsel for Nicole Gallmann, plaintiff in the above-captioned action. Plaintiff, like many members of the putative class she seeks to represent, is evaluating whether to participate in your client's iPhone battery replacement program announced on December 28, 2017. We notice that certain of your client's Terms & Conditions ("T&C's") include language purporting to disclaim or otherwise limit warranties or other remedies available to putative class members if they participate in the program.

For example, if a class member participates by shipping the iPhone to Apple via UPS, we understand that the class member will receive an email from the company (from the email address "applesupport@email.apple.com") containing a link to (and copy of) a document called "Repair Terms and Conditions."[1] Section 3 of this version of this T&C is called "Warranty and Limitation of Liability," and subsection 3.2 provides:

> **For Customers outside of Europe**: TO THE EXTENT PERMITTED BY LAW, THE EXPRESS WARRANTIES, CONDITIONS AND REMEDIES SET OUT IN THIS AGREEMENT ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, CONDITIONS, TERMS, UNDERTAKINGS, OBLIGATIONS AND REPRESENTATIONS, WHETHER ORAL OR WRITTEN, STATUTORY, EXPRESS OR IMPLIED. TO THE EXTENT PERMITTED BY LAW, APPLE SPECIFICALLY DISCLAIMS AND EXCLUDES ANY AND ALL STATUTORY AND IMPLIED WARRANTIES, CONDITIONS, TERMS, UNDERTAKINGS, OBLIGATIONS AND REPRESENTATIONS RELATED TO OR ARISING IN ANY WAY OUT OF THIS AGREEMENT, INCLUDING ANY IMPLIED WARRANTY OR CONDITION OF

[1] Available at: https://www.apple.com/legal/sales-support/terms/repair/generalservice/servicetermsen/

Case 5:17-cv-07285-EJD Document 31-5 Filed 02/09/18 Page 3 of 4

KAPLAN FOX



MERCHANTIBILITY, SATISFACTORY QUALITY, CARE, SKILL OR FITNESS FOR A PARTICULAR PURPOSE.

Subsection 3.3 immediately following provides:

**Limitation of Liability. IF YOU ARE A CONSUMER, YOU MAY HAVE CERTAIN ADDITIONAL RIGHTS WITH REGARD TO SERVICES AND PRODUCTS PROVIDED UNDER THIS AGREEMENT. PLEASE REFER TO YOUR LOCAL CONSUMER AUTHORITY FOR MORE INFORMATION ABOUT YOUR RIGHTS**. IF NOT COVERED BY THESE RIGHTS, APPLE DOES NOT ACCEPT LIABILITY BEYOND THE REMEDIES SET FORTH HEREIN, INCLUDING BUT NOT LIMITED TO ANY LIABILITY FOR PRODUCT NOT BEING AVAILABLE FOR USE, LOST PROFITS, LOSS OF BUSINESS OR FOR LOST, CORRUPTED, OR COMPROMISED DATA OR SOFTWARE, OR THE PROVISION OF SERVICES. EXCEPT AS EXPRESSLY PROVIDED HEREIN, APPLE WILL NOT BE LIABLE FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, OR PUNITIVE DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY THIRD PARTY. YOU AGREE THAT FOR ANY LIABILITY RELATED TO THE PURCHASE OF PRODUCT, APPLE IS NOT LIABLE OR RESPONSIBLE FOR ANY AMOUNT OF DAMAGES ABOVE THE AMOUNT OF YOUR ORDER. IN CONSUMER CASES, THE LIABILITY FOR (1) PERSONAL DEATH AND INJURY AND (2) FRAUD MAY BE WIDER THAN NEGLIGENCE CAUSED LOSS AND IN SUCH CASES APPLE DOES NOT SEEK TO EXCLUDE THIS LIABILITY.

The language above is similar to, but slightly different than, a competing T&C for U.S. retail repairs, called the "Apple Inc. Repair Terms & Conditions," also appearing on the company's website.[2] Specifically, section 5 provides:

Apple warrants for a period of ninety (90) days from the date of service (1) that service will be performed in a competent and workmanlike manner and (2) that all parts used to service your product will be free from defects in materials and workmanship, unless otherwise specified by Apple. Apple further warrants to the extent permitted by law, that batteries installed as part of Apple's battery replacement service for Apple portable Mac computers will be free from defects in materials and workmanship for one (1) year from the date of service. The foregoing warranty is an express limited warranty and in the event of breach, Apple will either (i) re-perform the service, (ii) repair or replace the part, or (iii) refund the cost of the service provided. In order to claim under the warranty, you must return your product to the location where service was performed, at your

[2] Available at: https://www.apple.com/legal/sales-support/terms/repair/Retail_Repair_US_Terms_Conditions.html

Case 5:17-cv-07285-EJD Document 31-5 Filed 02/09/18 Page 4 of 4

KAPLAN FOX



expense. THIS WARRANTY AND ASSOCIATED REMEDIES ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, REMEDIES, AND CONDITIONS, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED. APPLE SPECIFICALLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IF APPLE CANNOT LAWFULLY DISCLAIM IMPLIED WARRANTIES, THEN ALL SUCH WARRANTIES ARE LIMITED IN DURATION TO THE EXPRESS LIMITED WARRANTY. SOME STATES (COUNTRIES AND PROVINCES) DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY (OR CONDITION) MAY LAST, SO THE LIMITATION DESCRIBED ABOVE MAY NOT APPLY TO YOU.

We are concerned, based on the "exclusive remedy" and "disclaimer" language in both competing T&Cs above, that your client may attempt to argue that current claims of class members may be diminished or otherwise impacted by participating in the battery replacement program. Furthermore, to the extent your client believes there are material differences in the meaning of the two T&Cs, it unclear which one your client would seek to apply. For example, some class members are being told that the terms of first T&C cited above "govern this repair," and yet Section 10 of the second T&C provides that "these T&C's are the only ones that govern Apple's service of your product."

Please verify and acknowledge that no potential claims being pursued in the above referenced litigation will be diminished or impacted based on participation in Apple's battery replacement program no later than Wednesday, January 31, 2018. We reserve the right to seek Judge Davila's intervention if we cannot obtain the necessary assurances.

I look forward to hearing from you soon.

Sincerely yours,

Laurence D. King /sp

Laurence D. King
Co-Counsel for Plaintiff Nicole Gallmann

LDK:sp
cc: Frederic S. Fox (*via email*, ffox@kaplanfox.com)
Donald R. Hall, Jr. (*via email*, dhall@kaplanfox.com)
David Straite (*via email*, dstraite@kaplanfox.com)

# EXHIBIT 5

TECHNOLOGY NEWS
JANUARY 30, 2018 / 12:11 PM / 6 MONTHS AGO

# U.S. agencies probe Apple over slowing iPhones: Bloomberg

Reuters Staff

(Reuters) - The U.S. Department of Justice and Securities and Exchange Commission are investigating whether Apple Inc violated securities laws concerning its disclosures that it slowed older iPhones with flagging batteries, Bloomberg reported on Tuesday.



An iPhone X is seen on a large video screen in the new Apple Visitor Center in Cupertino, California, U.S., November 17, 2017. REUTERS/Elijah Nouvelage

The government has requested information from the company, Bloomberg reported, citing people familiar with the matter. (bloom.bg/2DQhxaU)

The chairman of a U.S. Senate committee overseeing business issues asked Apple to answer questions about its disclosures, Reuters reported this month.

Apple did not respond to a request for comment. Representatives for the SEC and Justice Department declined to comment.

Apple admitted in December that iPhone software could slow down some phones with battery problems. Aging lithium batteries deliver power unevenly, which can cause iPhones to shut down unexpectedly to protect the delicate circuits inside, it said.

Apple posted a public apology over its handling of the issue and lowered the price of iPhone battery replacements from $79 to $29.

Consumers so far have filed some 50 proposed class action lawsuits over Apple's latest iPhone software update, which they allege caused unexpected shutdowns and hampered the performance of iPhone models of the SE, 6 and 7 lines. They claim the company tricked consumers into believing their phones were close to the end of their life cycle, forcing them to buy new phones or pay up to $80 for a replacement battery.

Most of the lawsuits have been filed in federal court in San Jose, California, but litigation over the software updates is also pending in other federal courts across the country. Lawyers for the consumers, who began filing their complaints in early January, have asked a federal judicial panel to consolidate the litigation in California.

Consumers are asking judges to issue orders that would prevent future modifications to the iPhone's operating system which intentionally degrade performance and battery life. They also demand an undisclosed amount in compensation and damages.

Reporting by Munsif Vengattil in Bengaluru, Stephen Nellis in San Francisco, Sarah Lynch in Washington and Tina Bellon in New York; editing by Susan Thomas and Richard Chang

*Our Standards:* *The Thomson Reuters Trust Principles.*

Apps Newsletters Advertise with Us Advertising Guidelines Cookies Terms of Use Privacy

All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2018 Reuters. All Rights Reserved.

# EXHIBIT 6

Select a country or region

# iPhone Out-Of-Warranty Battery Replacement Credit

Apple is offering a $50 credit to customers who paid for an out-of-warranty battery replacement for iPhone 6 or later devices between January 1, 2017 and December 28, 2017. Eligible battery replacements were completed at an Apple authorized service location — Apple Store, Apple Repair Center, or an Apple Authorized Service Provider.

The credit will be provided as an electronic funds transfer or a credit on the credit card used to pay for the battery replacement service.

Eligible customers will be contacted by Apple via email between May 23, 2018 and July 27, 2018 with instructions on how to obtain the credit.

If you have not received an email from Apple by August 1, 2018, but believe you are eligible for a credit based on the terms above, please contact Apple by December 31, 2018. Note that proof of service at an Apple authorized service location may be required.

## Additional information

In-warranty iPhone battery replacements are not eligible for this credit.

On December 28, 2017, Apple announced a price reduction on the out-of-warranty battery replacement price for iPhone 6 or later devices, effective through the end of 2018.



Copyright © 2018 Apple Inc. All rights reserved.

# EXHIBIT 7

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Christopher Chorba
Direct: +1 213.229.7396
Fax: +1 213.229.6396
CChorba@gibsondunn.com

May 23, 2018

VIA ELECTRONIC MAIL

Laurence D. King
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
lking@kaplanfox.com

Joseph Cotchett
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road; Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com

Re: Battery Replacement Program

Dear Joe and Larry:

We write to inform you of a consumer goodwill program that Apple is announcing today.

As you are aware, on December 28, 2017, Apple implemented a price reduction for the replacement of an out-of-warranty iPhone battery—reducing the price from $79 to $29—for anyone with an iPhone 6 or later model who would like a replacement battery.

This week, Apple will announce a credit of $50 to any person who paid Apple or an Apple Authorized Service Provider for an out-of-warranty battery replacement for an iPhone 6 or later model iPhone between January 1, 2017, and December 28, 2017. These customers will be contacted directly by email on a rolling basis, and additional details about this credit will also be available starting tomorrow at the following website: https://support.apple.com/iphone-out-of-warranty-battery-replacement-credit.

This program is a goodwill gesture Apple is offering its customers. The Gallman Plaintiffs previously expressed concern about the impact of the repair terms and conditions on the pending litigation. To be clear, Apple does not intend participation in this program to extinguish any legal rights or claims stemming from events unrelated to a repair. The terms and conditions applicable to a repair service, such as a battery replacement, will govern that service. In particular, those terms govern repair services and replacement components. For

GIBSON DUNN



example, the terms would address the risk of unintended data loss incident to the repair of the device and/or system components, and they would apply to any claim relating to such losses during a repair. The terms do not—and do not purport to—replace, waive, or otherwise diminish the terms and conditions to which customers agreed in connection with the original purchase of their iPhone devices. That said, no plaintiffs or putative class members may recover twice for the same alleged injury.

Please do not hesitate to contact me if you wish to discuss this matter.

Sincerely,

Christopher Chorba

cc: Theodore J. Boutrous
David A. Straite
Mark C. Molumphy

# EXHIBIT 8

COTCHETT PITRE & McCARTHY LLP
Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Fax: 650.697.0577
www.cpmlegal.com

KAPLAN FOX
Kaplan Fox & Kilsheimer LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Fax: 415.772.4707
www.kaplanfox.com

May 23, 2018

***Via Email and Mail***
tboutrous@gibsondunn.com
cchorba@gibsondunn.com
**Theodore J. Boutrous Jr.**
**Christopher Chorba**
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

**Re:** ***In re Apple Inc. Device Performance Litigation*, 18-md-02827-EJD**

**Dear Mr. Boutrous and Mr. Chorba:**

We received your letter dated today regarding the $50 credit program (which Apple calls the "**consumer goodwill program**" in the letter), and your effort to address the concerns raised in the Rule 23(d) motion pending in the *Gallmann*, *Block* and *Cunningham* matters. We have three questions, listed below. We understand emails from Apple to absent class members regarding the program are apparently going out TODAY and it is essential that we get immediate clarification before the holiday weekend:

1. First, the 23(d) motion seeks a determination that participation in the battery replacement program does not waive any claims absent class members may have in the MDL. Despite your effort to address the waiver issue, it is unclear which claims "relate" to a battery repair and which don't.
2. Second, your letter only discusses whether participation in the new "consumer goodwill program" may release claims, but the 23(d) motion related to the earlier battery replacement program.
3. Third and most importantly, your statement that "no plaintiffs or putative class members may recover twice for the same alleged injury" is clearly directed at the pending MDL litigation without going through the Court, a direct violation of the rights of class members. Even if participation in a remedial program were deemed a partial financial recovery, there

can be no prohibition on a second partial recovery (or injunctive relief) necessary to make the plaintiff whole – otherwise, your position operates as a de facto, extra-judicial settlement of claims with represented parties. Such a settlement must involve class counsel and court-supervised notice program under Rule 23 that advises absent class members of any claims being released.

Given the enormous implications of your letter, and because a release of claims at this stage of litigation would be wholly inappropriate, it is essential to clarify the parties' positions in a stipulation that can be presented to the Court for review. Apple must also immediately provide us with any form letter, email, agreement or term of use sent to ANY customer who participates in either program. Let us know your availability tomorrow to discuss, and failing to obtain such clarity, we will seek relief directly with the Court.

Sincerely,

**JOSEPH W. COTCHETT**
**LAURENCE D. KING**
**DAVID A. STRAITE**
**MARK M. MOLUMPHY**

Encl.
cc: Executive Committee

DJIA 24886.81 0.21% ▲ S&P 500 2733.29 0.32% ▲ Nasdaq 7425.96 0.64% ▲ U.S. 10 Yr -2/32 Yield 3.002% ▼ Crude Oil 71.91 0.10% ▲

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit http://www.djreprints.com.

https://www.wsj.com/articles/apple-offers-50-refund-for-iphone-batteries-replaced-in-2017-1527102247

TECH

# Bought an iPhone Battery Last Year? Apple Has a $50 Refund

Apple is offering a credit to customers who replaced a battery in an iPhone 6 or older model between Jan. 1 and Dec. 28, 2017

Cookie Notice

We use cookies for analytics, advertising and to improve our site. You agree to our use of cookies by closing this message box or continuing to use our site. To find out more, including how to change your settings, see our Cookie Policy



5/23/2018 Apple Offering $50 Credit to Customers Who Paid for iPhone 6 and Later Battery Replacements From January to December 2017 - Mac ...

# Apple Offering $50 Credit to Customers Who Paid for iPhone 6 and Later Battery Replacements From January to December 2017

Wednesday May 23, 2018 9:03 am PDT by Juli Clover

Apple is providing a $50 credit to all customers who paid for an out-of warranty battery replacement for an iPhone 6 or later between the dates of January 1, 2017 and December 28, 2017, the company announced today.

The $50 credit is an extension of Apple's $29 battery replacement program, which went into effect in December of 2017 to provide lower-cost battery replacement options to customers potentially affected by performance throttling due to battery degradation.



5/23/2018 Apple Offers $50 Credit For Some Out-Of-Warranty iPhone Battery Replacements: Full Details

Forbes / Tech / #IPhoneVsGalaxy

MAY 23, 2018 @ 03:33 PM 737

# Apple Offers $50 Credit For Some Out-Of-Warranty iPhone Battery Replacements: Full Details



David Phelan, CONTRIBUTOR

FULL BIO

Opinions expressed by Forbes Contributors are their own.

MAY 23, 2018

# EXHIBIT 9

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Christopher Chorba
Direct: +1 213.229.7396
Fax: +1 213.229.6396
CChorba@gibsondunn.com

May 25, 2018

VIA ELECTRONIC MAIL

Laurence D. King
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
lking@kaplanfox.com

Joseph Cotchett
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road; Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com

Re: Battery Replacement Program

Dear Laurence and Joseph:

We write in response to your May 23 letter regarding the $50 battery replacement credit that Apple announced this week.

We believe that many of the answers to the questions that your letter raises are contained in our May 23 letter to you. We wish to draw your attention to the last paragraph of our May 23 letter, which clarifies that Apple does ***not*** intend participation in this program to extinguish any legal rights that are based upon events predating the battery replacement service:

> To be clear, Apple does not intend participation in this program to extinguish any legal rights or claims stemming from events unrelated to a repair. The terms and conditions applicable to a repair service, such as a battery replacement, will govern that service. In particular, those terms govern repair services and replacement components. For example, the terms would address the risk of unintended data loss incident to the repair of the device and/or system components, and they would apply to any claim relating to such losses during a repair. The terms do not—and do not purport to—replace, waive, or otherwise diminish the terms and conditions to which customers agreed in connection with the original

GIBSON DUNN

Laurence D. King
Joseph Cotchett
May 25, 2018
Page 2

> purchase of their iPhone devices. That said, no plaintiffs or putative class members may recover twice for the same alleged injury.

(May 23, 2018 Letter From C. Chorba Re: Battery Replacement Program)

Specifically, repairs performed at an Apple retail location, like the Apple Store, when an iPhone device is out of warranty and not covered by a superseding Apple service plan (such as AppleCare+) are governed by the "U.S. Retail Repair Terms," which have been in effect since at least December 1, 2017, and are still in effect today. *See* Exhibit A. Repairs performed by Apple when a customer mails an iPhone device to Apple for repair, when the device is out of warranty and not covered by a superseding Apple service plan (such as AppleCare+), are governed by the "Global Repair Terms," which have been in effect since at least December 1, 2017, and are still in effect today. *See* Exhibit B.

Neither the Global Repair Terms nor the U.S. Retail Repair Terms has changed since December 1, 2017, nor has either set of Repair Terms been modified in response to any lawsuits or allegations regarding the performance management feature in certain versions of iOS that is the subject of this litigation. Apple intends for its Global Repair Terms and U.S. Retail Repair Terms to govern repair services and replacement components provided by Apple. For example, both sets of Repair Terms address the risk of unintended data loss incident to the repair of system components, and would apply to any claim relating to such losses during a repair. As stated in our May 23 letter, Apple does not intend for the Global Repair Terms or the U.S. Retail Repair Terms to extinguish any rights or claims stemming from events prior to a repair, such as those alleged in the various complaints in this matter. Nowhere do the Repair Terms purport to replace, waive, or otherwise diminish the terms and conditions customers agreed to with the original purchase of their iPhone devices.

Our May 23 letter also makes the uncontroversial observation that "no plaintiffs or putative class members may recover twice for the same alleged injury"—i.e., consumers who received a $50 discount on the ordinary cost of a battery replacement may not recover $50 *as if they paid full price for the replacement service*. Your suggestion that this axiomatic statement—which does not appear in any communication with consumers—"violat[es] the rights of class members" or operates as an "extra-judicial settlement of claims with represented parties" is wholly unfounded. At present there is not an operative consolidated complaint, and it is not clear whether plaintiffs in this case will allege any claims that relate in any way to Apple's discounted battery replacement program. Regardless, the Repair Terms governing consumers' participation in that program do not purport to waive or "settle" any legal claims. And whether putative class members may be entitled to *non-duplicative*

GIBSON DUNN



relief *not* amounting to a double recovery for the same alleged injury is a question that must be resolved in litigation.

Finally, your letter demands that Apple provide you with any form letter, email, agreement, or term of use sent to any customer who participates in either program. While you do not cite any legal authority as a basis for your demand, in response we refer you to the website referenced in our May 23 letter (https://support.apple.com/iphone-out-of-warranty-battery-replacement-credit), the attached Repair Terms, as well as the following exemplar email to consumers regarding the credit being provided:

> Dear iPhone owner,
>
> Our records show that you had an out-of-warranty iPhone battery replacement completed at an Apple Store.
>
> On December 28, 2017, Apple announced a price reduction on the out-of-warranty battery replacement price for iPhone 6 or later devices, effective through the end of 2018.
>
> Apple is providing a $50 credit to customers who paid for a battery replacement for iPhone 6 or later devices between January 23, 2017 and December 28, 2017 at an Apple store, Apple Repair Center, or Apple Authorized Service Provider.
>
> This credit will be automatically processed against the credit card used to pay for the service. No action is required on your part. You will receive an email letting you know when the credit is on its way.
>
> For more information, please visit iPhone Out-Of-Warranty Battery Replacement Credit.
>
> Thank you for your loyalty.
>
> Apple
>
> iPhone serial number: <inserted>

Please do not hesitate to contact me if you wish to discuss this matter.

Sincerely,

Christopher Chorba

cc: Theodore J. Boutrous
David A. Straite
Mark C. Molumphy

# Exhibit A

Case 5:18-md-02827-EJD Document 174-2 Filed 08/07/18 Page 40 of 115
Case 5:17-cv-07285-EJD Document 31-4 Filed 02/09/18 Page 2 of 4
PageID #: 1643



# Apple Inc. Repair Terms & Conditions

(U.S. Retail Repairs)

These Terms & Conditions (T&Cs) govern the service of your product by Apple Inc. ("Apple").

1. Apple will service your product as described and for the charges shown on the Work Authorization plus any applicable tax. Apple may restrict service to one (1) product per customer during your visit to the Apple Retail Store. When the service is covered by Apple's warranty, extended service contract or consumer warranty law, those terms or applicable law will apply.

Apple understands that your data may be valuable to you. Data loss during service is always a possibility, and in some cases, data may be unrecoverable, erased, or reformatted during service. For this reason, it is your sole responsibility to back up all existing data, software, and/or programs from your product, and to decide whether to erase any such data from your product, prior to receiving service. Apple is not responsible for loss, recovery, or compromise of data, software or programs, or loss of use of your product or other equipment arising out of the services provided by Apple. You represent that your product does not contain any illegal files or data.

You acknowledge that your device may be sent out by common carrier to be serviced by an external service provider. For this reason, it's recommended that you back up your device and wipe it, prior to submission for service.

2.If service is needed due to failure of parts that are not original to the product or due to damage caused by abuse, misuse or any external cause, Apple reserves the right to return the product to you without servicing it, and may hold you responsible for any indicated diagnostic fee. Apple will not be responsible for any damage to the product that occurs during the repair process that is a result of any unauthorized modifications or repairs or replacements not performed by Apple or an AASP. If damage results, Apple will seek your authorization for any additional costs for completing service even if the product is covered by warranty or an AppleCare service plan. If you decline authorization, Apple may return your product unrepaired in the damaged condition without any responsibility.

3. If service requires labor and/or parts not specified on the Work Authorization, Apple may seek your approval of a revised estimate. If you do not agree that Apple may revise the charges, Apple may return your product and hold you responsible for any indicated diagnostic fee.

4. Apple may use parts or products that are new or equivalent to new in reliability and performance. Apple will retain the replaced part or product that is exchanged as its property, and the replacement part will become your property. Replaced parts are generally repairable and are exchanged or repaired by Apple for value. If applicable law requires Apple to return a replaced part to you, you agree to pay Apple the additional cost of the replacement item.

5. Apple warrants for a period of ninety (90) days from the date of service (1) that service will be performed in a competent and workmanlike manner and (2) that all parts used to service your product will be free from defects in materials and workmanship, unless otherwise specified by Apple. Apple further

warrants to the extent permitted by law, that batteries installed as part of Apple's battery replacement service for Apple portable Mac computers will be free from defects in materials and workmanship for one (1) year from the date of service. The foregoing warranty is an express limited warranty and in the event of breach, Apple will either (i) re-perform the service, (ii) repair or replace the part, or (iii) refund the cost of the service provided. In order to claim under the warranty you must return your product to the location where service was performed, at your expense. THIS WARRANTY AND ASSOCIATED REMEDIES ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, REMEDIES, AND CONDITIONS, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED. APPLE SPECIFICALLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IF APPLE CANNOT LAWFULLY DISCLAIM IMPLIED WARRANTIES, THEN ALL SUCH WARRANTIES ARE LIMITED IN DURATION TO THE EXPRESS LIMITED WARRANTY. SOME STATES (COUNTRIES AND PROVINCES) DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY (OR CONDITION) MAY LAST, SO THE LIMITATION DESCRIBED ABOVE MAY NOT APPLY TO YOU.

6. TO THE MAXIMUM EXTENT PERMITTED BY LAW, APPLE AND ITS AFFILIATES, WILL UNDER NO CIRCUMSTANCES BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM SERVICES PROVIDED OR UNDER ANY OTHER LEGAL THEORY, INCLUDING BUT NOT LIMITED TO LOSS OF REVENUE; LOSS OF ACTUAL OR ANTICIPATED PROFITS (INCLUDING LOSS OF PROFITS ON CONTRACTS); LOSS OF THE USE OF MONEY; LOSS OF ANTICIPATED SAVINGS; LOSS OF BUSINESS; LOSS OF OPPORTUNITY; LOSS OF GOODWILL; LOSS OF REPUTATION; LOSS OF, DAMAGE TO, OR CORRUPTION OF DATA; OR ANY COSTS OF RECOVERING, PROGRAMMING, OR RESTORING ANY PROGRAM OR DATA STORED OR USED WITH YOUR PRODUCT AND ANY FAILURE TO MAINTAIN THE CONFIDENTIALITY OF DATA STORED ON YOUR PRODUCT. THE FOREGOING LIMITATION SHALL NOT APPLY TO DEATH OR PERSONAL INJURY CLAIMS. APPLE SPECIFICALLY DOES NOT WARRANT THAT IT WILL BE ABLE TO (i) REPAIR OR REPLACE YOUR PRODUCT WITHOUT RISK TO OR LOSS OF PROGRAMS OR DATA, AND (ii) MAINTAIN THE CONFIDENTIALITY OF DATA. IF ANY PRODUCT SHOULD BE DAMAGED OR LOST WHILE IN APPLE'S CUSTODY, APPLE'S LIABILITY WILL BE LIMITED TO THE COST OF REPAIR OR REPLACEMENT OF THE AFFECTED PRODUCT. OTHERWISE, APPLE'S LIABILITY FOR ANY AND ALL DAMAGE SHALL IN NO EVENT EXCEED THE PAYMENTS RECEIVED BY APPLE FOR SERVICES PROVIDED PURSUANT TO THESE TERMS. THE REMEDIES SET FORTH HEREIN SHALL BE YOUR SOLE AND EXCLUSIVE REMEDIES FOR ANY BREACH BY APPLE UNDER THESE TERMS AND CONDITIONS. SOME STATES (COUNTRIES AND PROVINCES) DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

7. If you have not claimed your product and paid all charges due within sixty (60) days after being notified by Apple that your product has been serviced, Apple will consider your product abandoned and may dispose of your product in accordance with applicable law.

8. If service involves transferring information or installing software, you represent that you have the legal right to copy the information and agree to the terms of the software license, and you authorize Apple to transfer the information and accept such terms on your behalf in performing the service.

9. These T&Cs are governed by the laws of the State of California (without giving effect to its conflict of law provisions).

10. These T&Cs are the only ones that govern Apple's service of your product.

11. You agree and understand that it is necessary for Apple to collect, process and use your personal information in order to perform service under these T&Cs. Apple will protect your information in accordance with Apple Customer Privacy Policy available at URL www.apple.com/legal/privacy.

**NOTICES TO CALIFORNIA CONSUMERS**

Case 5:17-cv-07285-EJD Document 31-4 Filed 02/09/18 Page 4 of 4

**1. AN ESTIMATE FOR REPAIRS, AS REQUIRED (SECTION 9844 OF THE CALIFORNIA BUSINESS AND PROFESSIONS CODE), SHALL BE GIVEN TO THE CUSTOMER BY THE SERVICE DEALER IN WRITING. THE SERVICE DEALER MAY NOT CHARGE FOR WORK DONE OR PARTS SUPPLIED IN EXCESS OF THE ESTIMATE WITHOUT THE PRIOR CONSENT OF THE CUSTOMER. WHERE PROVIDED IN WRITING THE SERVICE DEALER MAY CHARGE A REASONABLE FEE FOR SERVICES PROVIDED IN DETERMINING THE NATURE OF THE MALFUNCTION IN PREPARATION OF A WRITTEN ESTIMATE FOR REPAIR. FOR INFORMATION, CONTACT THE BUREAU OF ELECTRONIC AND APPLIANCE REPAIR, DEPARTMENT OF CONSUMER AFFAIRS, SACRAMENTO, CA 95814.**

**2. A BUYER OF THIS PRODUCT IN CALIFORNIA HAS THE RIGHT TO HAVE THIS PRODUCT SERVICED AND REPAIRED DURING THE WARRANTY PERIOD. THE WARRANTY PERIOD WILL BE EXTENDED FOR THE NUMBER OF WHOLE DAYS THAT THE PRODUCT HAS BEEN OUT OF THE BUYER'S HANDS FOR WARRANTY REPAIRS. IF A DEFECT EXISTS DURING THE WARRANTY PERIOD, THE WARRANTY WILL NOT EXPIRE UNTIL THE DEFECT HAS BEEN FIXED. THE WARRANTY PERIOD ALSO WILL BE EXTENDED IF THE WARRANTY REPAIRS HAVE NOT BEEN PERFORMED DUE TO DELAYS CAUSED BY CIRCUMSTANCES BEYOND THE CONTROL OF THE BUYER, OR IF THE WARRANTY REPAIRS DID NOT REMEDY THE DEFECT AND THE BUYER NOTIFIES THE MANUFACTURER OR SELLER OF THE FAILURE OF THE REPAIRS WITHIN SIXTY (60) DAYS AFTER THEY WERE COMPLETED. IF, AFTER A REASONABLE NUMBER OF ATTEMPTS, THE DEFECT HAS NOT BEEN FIXED, THE BUYER MAY RETURN THIS PRODUCT FOR A REPLACEMENT OR A REFUND SUBJECT, IN EITHER CASE, TO DEDUCTION OF A REASONABLE CHARGE FOR USAGE. THE TIME EXTENSION DOES NOT AFFECT THE PROTECTION OR REMEDIES THE BUYER HAS UNDER OTHER LAWS.**

021513 Retail Repair Ts&Cs US English

Legal   Sales & Support   Repair Terms and Conditions   Apple Inc. Repair Terms & Conditions

**Hardware and Software**
Hardware Warranties
Software License Agreements
RF Exposure

**More Resources**
Overview
Government Information Requests
Contact Apple Legal
Global Trade Compliance
Supplier Provisions
Filemaker Legal Information

**Sales & Support**
Overview
AppleCare
Repair Terms and Conditions
Express Replacement Service
Remote Support Terms and Conditions (PDF)
Sales Policies
Certification Agreements and Policies
Training Service Terms and Conditions
Support Communities Terms of Use

**Internet Services**
Overview
Apple Media Services Terms and Conditions
iTunes Gift Cards and Codes Terms and Conditions
Game Center Terms and Conditions
iCloud Terms of Service
Privacy Policy
Website Terms of Use
iChat Account Terms of Service
Print Services Sales Policies
Print Services Terms of Use

**Intellectual Property**
Overview
Guidelines for Using Apple Trademarks and Copyrights
Trademarks
Rights and Permissions
Piracy Prevention
Unsolicited Idea Submission Policy

**Education**
Apple School Manager

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved.
Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map   United States

# Exhibit B

# Repair Terms and Conditions

IMPORTANT: THESE REPAIR TERMS AND CONDITIONS ("AGREEMENT") CONSTITUTE YOUR AGREEMENT WITH APPLE (AS IT IS DESCRIBED IN THE COUNTRY VARIATION SECTION, BELOW) AND WILL APPLY TO YOUR ORDER IF THE SERVICE IS OUTSIDE THE TERMS OF APPLE'S LIMITED WARRANTY, AN APPLE ADMINISTERED EXTENDED SERVICE CONTRACT OR YOUR STATUTORY CONSUMER RIGHTS. FOR CONSUMERS WHO ARE COVERED BY CONSUMER PROTECTION LAWS OR REGULATIONS IN THEIR COUNTRY OF RESIDENCE, THE BENEFITS CONFERRED BY THIS AGREEMENT ARE IN ADDITION TO ALL RIGHTS AND REMEDIES CONVEYED BY SUCH CONSUMER PROTECTION LAWS AND REGULATIONS AND YOU SHOULD CONSULT THE CITIZENS ADVICE SERVICE IN YOUR COUNTRY OF RESIDENCE FOR FURTHER INFORMATION ON THESE RIGHTS.

## 1. Services and Products.

### 1.1 Services.

For service orders, Apple will service your Apple product as described to you for the estimated charges stated, unless such charges are revised with your prior oral or written consent. Unless otherwise stated, Apple will provide repair or replacement services to address a defect in the materials or workmanship of a product. Service is not available for issues caused by failure of or incompatibilities with any software or data residing or recorded on your product.

### 1.2 Parts and Labor.

Apple may provide both parts and labor, but may direct that you replace certain readily installable parts yourself, as described below. In servicing your product, Apple may use parts or products that are new or refurbished and equivalent to new in performance and reliability. Apple will retain the replaced part or product that is exchanged during service as its property, and the replacement part or product will become your property. Replaced parts and products are generally repairable and are exchanged or repaired by Apple for value. If applicable law requires Apple to return a replaced item to you, you agree to pay Apple the retail cost of the replacement item and shipping.

### 1.3 Service Options.

Apple may facilitate service through one or more of the following options:

#### 1.3.1 Do-It-Yourself (DIY) Parts Service.

DIY Parts Service allows you to service your own product. If Apple determines that DIY Parts Service is available to you, Apple will ship to you a replacement part for your Apple product. The replacement part will be accompanied by instructions on installation and any requirements for the return of the replaced part. For DIY Parts Service requiring the return of the replaced part, you must provide credit card details to secure the return of the replaced part. All replaced parts requiring return, must be returned to Apple within ten (10) days from the date Apple ships the replacement part to you ("Return Period"). If (i) you fail to return the replaced part as instructed within the Return Period, or (ii) the replaced part is not eligible for service due to a Service Exclusion, as described below, you will pay the amount agreed by you at the time service was ordered. If Apple does not require the return of a replaced part, Apple will ship to you a replacement part or product accompanied by instructions on installation and any requirements for the disposal of the replaced item. Apple is not responsible for any labor costs relating to DIY Parts Service.

#### 1.3.2 Direct Mail-In Service.

Case 5:17-cv-07265-EJD Document 31-3 Filed 02/09/18 Page 3 of 17

If Apple determines that your product is eligible for Direct Mail-In Service, you will ship your product to Apple's repair service location in accordance with Apple's instructions. Apple may provide prepaid way bills (and if you no longer have the original packaging, Apple may send you packaging material). If Apple does not provide prepaid way bills or packaging, you must arrange for the shipping and packaging of your product to Apple's repair service location, as described at the time of ordering, and you may want to consider insuring your package in case of damage or loss during shipment. Once service is complete, the Apple repair service location will return the repaired product or provide a replacement product to you.

#### 1.3.3 Express Replacement Service (ERS).

If Apple determines that your product is eligible for ERS, and you choose to order ERS by providing to Apple your credit card details, Apple will ship to your designated location a replacement product. You will return your replaced product in accordance with Apple's instructions. All replaced products must be returned to Apple within the Return Period as defined in the ERS Terms and Conditions. If (i) Apple does not receive the replaced product within the Return Period, or (ii) the replaced product is not eligible for service as described in the ERS Terms and Conditions, you will pay the amount agreed by you at the time service was ordered.

### 1.4 Changes to Service Options.

To the extent permitted by law, Apple reserves the right to change at any time the service options available to you.

### 1.5 End Users Only.

Apple services, sells and ships products to end user customers only. You may not purchase for resale. Apple reserves the right to refuse or cancel your order if Apple suspects you are purchasing for resale.

### 1.6 No Sale to Minors.

Purchase under these terms is available only to those who have reached the age of majority.

### 1.7 Service Exclusions and Diagnostic Fee.

To the extent permitted by law, Apple may charge you a diagnostic fee (including shipping charges) as described in the Country Variation section, below ("Diagnostic Fee"), if Apple inspects your product and determines that (i) your product does not require service, (ii) your product has failed due to or has incompatibilities with software or data residing or recorded on your product (iii) service is required due to the failure of parts that are neither supplied by Apple nor Apple-branded, (iii) additional labor or parts are required that were not specified in the original estimated charges and you do not agree to authorize service based on Apple's revised estimated charges, or (iv) service cannot be performed because the serial number has been altered, defaced or removed or the product has failed due to accident, abuse, liquid spill or submersion, neglect, misuse (including faulty installation, repair, or maintenance by anyone other than Apple or an Apple Authorized Service Provider), unauthorized modification, extreme environment (including extreme temperature or humidity), extreme physical or electrical stress or interference, fluctuation or surges of electrical power, lightning, static electricity, fire, acts of God or other external causes ("Service Exclusions"). Apple will return your product to you without servicing it and may charge you the Diagnostic Fee.

### 1.8 Exceptions to Coverage.

Service under this Agreement is offered and valid only in the countries described in the Country Variation section, below.

Case 5:17-cv-07265-EJD Document 31-3 Filed 02/09/18 Page 4 of 17

1.9 Delivery.

Apple may provide an estimate on when a replacement product or shipping box to facilitate service will be shipped to you. Once your order has been prepared for shipment or has shipped, Apple is unable to change the shipping address. Please note that for deliveries that require a signature, if you are willing to assume the risks of your order being delivered without anyone at the delivery address, you may authorize Apple to arrange for a delivery without the need for a signature.

1.10 Customer's Responsibility.

1.10.1

You must follow shipping and packing instructions provided by Apple. You will be responsible for products or parts that are lost or damaged as a result of failure to follow instructions.

1.10.2

It is your responsibility to backup all existing data, software, and programs, and to erase all existing data before receiving services. Apple is not responsible for loss, recovery, or compromise of data, programs or loss of use of equipment arising out of the services provided by Apple. You represent that your product does not contain illegal files or data.

1.10.3 Abandoned Property.

Unless you provide alternative instructions, Apple will ship your repaired or replacement product to the mailing address you furnished when you authorized service. If your product is returned to Apple because delivery could not be completed at the address given, Apple will attempt to contact you for an alternative mailing address. If you do not provide an address at which Apple or its agent may deliver your product within sixty (60) days (see the Country Variation section, below, for any applicable exceptions) after the original delivery attempt, Apple will notify you that it considers your product to be abandoned. Apple will send notice to the mailing address you furnished when you authorized service. In the event that your product is abandoned, Apple may dispose of your product in accordance with applicable provisions of law, and, specifically, may sell your product at a private or public sale to pay for any outstanding service performed. Apple reserves its statutory and any other lawful liens for unpaid charges.

1.10.4 Information on Service.

During the service ordering process you must provide a description of the issue that is affecting your product, so that Apple understands and may replicate the issue.

1.10.5

Apple encourages you to review service order status information at http://www.apple.com/support/repairstatus/

## 2. Orders and Payment

2.1 Payment.

Terms of payment are within Apple's sole discretion, and unless otherwise agreed to by Apple, payment details must be received prior to Apple's acceptance of an order.

2.2 Payment Methods.

Apple allows you to make purchases or place orders (that require security for the return of the replaced part or product) using credit, debit or check card, or some other prearranged payment

method unless Apple has agreed to some other credit terms. When you provide Apple with your card information, Apple will obtain a pre-approval from the card company for the amount of the order, which may result in a corresponding block on your available credit while the pre-approval remains in place. Apple will not bill your credit card or process a transaction under your debit or check card until your order is processed. Apple may not be able to accept credit, debit, or check cards associated with a billing address outside of the country site. Debit cards and check cards may have daily spending limits that could delay the processing of your order substantially. Apple requires the credit, debit, or check card security code for your card to protect against the unauthorized use of your credit card by other persons. The security code is an individual three or four digit number specific to your card that may be printed on the face of your card above the embossed account, or on the back of your card, on the signature panel.

### 2.3 Prices.

Apple endeavors to offer you competitive prices on current Apple products and services. Your total order price will include the price of the product or service on the day of order processing. Apple reserves the right to change prices for products or services displayed at any time and particularly to correct pricing errors that appear.

### 2.4 Confirmation.

Apple will send you a confirmation of your order via email shortly after receipt. You will receive a confirmation by regular mail when Apple accepts your order.

### 2.5 Refunds.

Except as described in the Warranty and Limitation of Liability section below, Apple does not provide refunds for service orders.

## 3. Warranty and Limitation of Liability

### 3.1 Service Warranty.

For all service orders, Apple warrants to the extent permitted by law that (1) services performed will conform to their description for ninety (90) days from the date of service, (2) except for batteries described in the subsection below, all parts or products used in service will be free from defects in materials and workmanship for ninety (90) days from the date of service, and (3) batteries installed as part of Apple's battery replacement service for Apple portable Mac computers will be free from defects in materials and workmanship for one year from the date of service. This warranty is an express limited warranty. If non-conforming service is provided or a defect arises in a replacement part or product during the applicable warranty period, Apple will to the extent permitted by applicable law at its option, either (a) re-perform services to conform to their description (b) repair or replace the part or product, using parts or products that are new or equivalent to new in performance and reliability, or (c) refund the sums paid to Apple for service.

### 3.2 Disclaimer of Warranty.

TO THE EXTENT PERMITTED BY LAW, THE EXPRESS WARRANTIES, CONDITIONS AND REMEDIES SET OUT IN THIS AGREEMENT ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, CONDITIONS, TERMS, UNDERTAKINGS, OBLIGATIONS AND REPRESENTATIONS, WHETHER ORAL OR WRITTEN, STATUTORY, EXPRESS OR IMPLIED. TO THE EXTENT PERMITTED BY LAW, APPLE SPECIFICALLY DISCLAIMS AND EXCLUDES ANY AND ALL STATUTORY AND IMPLIED WARRANTIES, CONDITIONS, TERMS, UNDERTAKINGS, OBLIGATIONS AND REPRESENTATIONS RELATED TO OR ARISING IN ANY WAY OUT OF THIS AGREEMENT, INCLUDING ANY IMPLIED WARRANTY OR CONDITION OF MERCHANTIBILITY, SATISFACTORY QUALITY, CARE, SKILL OR FITNESS FOR A PARTICULAR PURPOSE.

3.3 Limitation of Liability.

IF YOU ARE A CONSUMER, YOU MAY HAVE CERTAIN ADDITIONAL RIGHTS WITH REGARD TO SERVICES AND PRODUCTS PROVIDED UNDER THIS AGREEMENT. PLEASE REFER TO YOUR LOCAL CONSUMER AUTHORITY FOR MORE INFORMATION ABOUT YOUR RIGHTS. IF NOT COVERED BY THESE RIGHTS, APPLE DOES NOT ACCEPT LIABILITY BEYOND THE REMEDIES SET FORTH HEREIN, INCLUDING BUT NOT LIMITED TO ANY LIABILITY FOR PRODUCT NOT BEING AVAILABLE FOR USE, LOST PROFITS, LOSS OF BUSINESS OR FOR LOST, CORRUPTED, OR COMPROMISED DATA OR SOFTWARE, OR THE PROVISION OF SERVICES. EXCEPT AS EXPRESSLY PROVIDED HEREIN, APPLE WILL NOT BE LIABLE FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, OR PUNITIVE DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY THIRD PARTY. YOU AGREE THAT FOR ANY LIABILITY RELATED TO THE PURCHASE OF PRODUCT, APPLE IS NOT LIABLE OR RESPONSIBLE FOR ANY AMOUNT OF DAMAGES ABOVE THE AMOUNT OF YOUR ORDER. IN CONSUMER CASES, THE LIABILITY FOR (1) PERSONAL DEATH AND INJURY AND (2) FRAUD MAY BE WIDER THAN NEGLIGENCE CAUSED LOSS AND IN SUCH CASES APPLE DOES NOT SEEK TO EXCLUDE THIS LIABILITY.

3.4

Some states, provinces and jurisdictions do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so these limitations or exclusions may not apply to you. The express limited warranty gives you specific legal rights, and you may also have other rights that vary by state, province or jurisdiction.

## 4. Export Control.

You may not use or otherwise export or re-export the products serviced except as authorized by the laws of the jurisdiction in which the products were obtained. In particular, but without limitation, the products may not be exported or re-exported in violation of export laws, including if applicable export or re-export into any US-embargoed countries or to anyone on the US Treasury Department's list of Specially Designated Nationals or the US Department of Commerce Denied Person's List or Entity List. You represent that you are not located in any country or on any list where the provision of product to you would violate applicable law. You also agree that you will not use products for any purposes prohibited by applicable law.

## 5. General.

5.1 Typographical Errors.

Apple is not responsible for typographical errors. Apple reserves the right to cancel any order you have placed if there was a typographical error concerning the pricing or availability of any item you ordered when you placed the order.

5.2 Change Terms.

Apple reserves the right to change this Agreement at any time.

5.3 Cancellation.

Upon acceptance of a service order, Apple initiates service and consequently a service order may not be cancelled and you cannot withdraw from the contract.

5.4 Product/Service Changes.

Apple may make changes to any products or services offered online, or to the applicable prices for any such products or services, at any time, without notice. The information provided online with respect to products and services may be out of date, and Apple makes no commitment to update the information provided online with respect to such products and services.

5.5 Access online.

Apple reserves the right to do any of the following, at any time, without notice: (1) to modify, suspend or terminate operation of or access to its online pages, or to any portion of its online site, for any reason; (2) to modify or change its online pages, or any portion thereof, and any applicable policies or terms; and (3) to interrupt the operation of its online site, or any portion thereof, as necessary to perform routine or non-routine maintenance, error correction, or other changes.

5.6 Governing Law.

The laws of the country where you ordered service or product will govern this Agreement, except as otherwise described in the Country Variation section, below

5.7 No Changes to the Agreement.

No Apple employee or agent has the authority to vary any of the terms and conditions governing any transaction.

5.8 Unenforceable Terms.

If any of the aforementioned terms are held by a court or other tribunal of competent jurisdiction to be void or unenforceable, such term shall be limited or eliminated to the minimum extent necessary and replaced with a valid provision that best embodies the intent of the term, so that the terms shall remain in full force and effect.

5.9 Waivers.

Apple's failure to insist on or enforce strict performance of this Agreement shall not be construed as a waiver by Apple of any provision or any right it has to enforce these policies, nor shall any course of conduct between Apple and you or any other party be deemed to modify any provision of these terms.

5.10 No Third Party Beneficiaries.

These terms shall not be interpreted or construed to confer any rights or remedies on any third parties.

5.11 International Products/Services.

Apple provides access to Apple international data and, therefore, may contain references or cross references to Apple products, programs and services that are not announced in your country. Such reference does not imply that Apple in your country intends to announce such products, programs or services.

5.12 Data Protection.

You agree and understand that it is necessary for Apple to collect, process and use your data in order to process sales, perform service and confirm compliance with applicable laws. Apple will protect your information in accordance with Apple Privacy Policy (www.apple.com/legal/warranty/privacy). If you wish to have access to the information that Apple holds concerning you or if you want to make changes, access URL http://www.apple.com/contact/myinfo to update your personal contact preferences.

5.13 Subcontractors.

Apple may subcontract with other service providers for the service of your product.

5.14 Conflict of Terms; Services in English.

To the extent permitted by law, in the event of a conflict between different translations of these terms, the English translation will prevail. Certain support services and related documents may be available in English only.

5.15 Complete Agreement; Force Majeure.

This Agreement governs service transactions accepted by Apple. No other oral or written terms or conditions apply. Apple does not authorize any variance or modification of this Agreement. Apple is not responsible for any failures or delays in performing service or delivering your product or a replacement product that are due to events outside Apple's reasonable control.

Case 5:17-cv-07265-EJD Document 31-3 Filed 02/09/18 Page 9 of 17

## 6. Country Variations.

The provisions of this section will control if inconsistent with any provision of this Agreement.

### 6.1 All EU Countries

#### 6.1.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

6.1.2

For the purposes of this Agreement, Apple is Apple Sales International, Hollyhill Industrial Estate, Hollyhill, Cork, Republic of Ireland or its successor in title.

6.1.3

Pursuant to the subsection entitled **Service Exclusions and Diagnostic Fee** in Section 1, Apple may charge you a diagnostic fee of up to €100 (£100 the United Kingdom) or the equivalent in local currency in the countries covered by these terms.

6.1.4

Further to the subsection title **Exceptions to Coverage** in Section 1, Service under these terms is offered and valid only in Austria, Belgium, Denmark (excluding Greenland and Faroe Islands), Germany, Finland (excluding Åland), France (excluding Corsica, overseas departments and territories), Ireland, Italy (excluding Sardinia), Luxembourg, Monaco, Netherlands, Spain (including Balearic Islands but excluding Canary Islands, Ceuta, Melila), Sweden, Switzerland, Liechtenstein, Norway (excluding Svalbard) and the United Kingdom (excluding the Isle of Man).

6.1.5

The Subsection titled **Abandoned Property** in Section 1 is replaced as follows: If you have not claimed your product and paid all charges due within sixty (60) days after being notified by Apple that your product has been repaired, Apple will set you a time period to claim the product. Apple will send such notification to you at the mailing address you furnished when you authorized the repairs. If you continue to fail to pick up your product, Apple may claim any damages from you including any costs or the storage of such product. Apple reserves its statutory and any other lawful liens for unpaid charges.

6.1.6

The following is added to the subsection titled **Cancellation** in section 5: If you are a consumer, you agree that because Apple starts service upon acceptance of your order, you may not exercise the right of withdrawal.

6.1.7

The following is added to the subsection titled **Product/Service Changes** in section 5: Notwithstanding the subsection title **Typographical Errors** prior to the conclusion of your contract with Apple, you will be provided with the correct information about the main characteristics of the goods or services, as well as the price and delivery costs of the goods or services including all taxes.

6.1.8

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 10 of 17

The following is added to the subsection titled **Governing Law**: For customers that do not qualify as consumers, these terms are governed by and construed in accordance with the laws of the Republic of Ireland and all claims must be brought in the courts of the Republic of Ireland.

6.1.9

The following is added to the subsection title **Data Protection**: You may also contact Apple's European data controller at privacy@euro.apple.com if you wish to have access to the information that Apple holds concerning you or if you want to make changes.

In addition to the above variations, the following country specific variations apply:

6.2 Belgium

6.2.1

The following is added to subsection titles **Cancellation: Apple will be unable to facilitate any cancellation requests for your order, pursuant to Article 79 § 1 Trade Practices Act 1991.**

6.3 Austria and Germany

6.3.1

The Subsection title **Abandoned Property** is replaced as follows: Apple is entitled to retain your product until full payment by you of all charges for the repair. If you have not claimed your product and paid all charges due within sixty (60) days after being notified by Apple that your product has been repaired, Apple will invite you to collect the product and/or to accept delivery of the products, in exchange for the payment of the charges. It is understood that, without prejudice to the rights of Apple to obtain compensation of damages, you will be responsible for all charges incurred for the custody of the products Apple reserves its statutory and any other lawful liens for unpaid charges.

6.4 Australia

6.4.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement. The rights described in this policy in respect of returns, refunds and warranties are in addition to the statutory rights to which you may be entitled under the Consumer and Competition Act 2010 and other applicable Australian consumer protection laws and regulations. Our goods come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and for compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure. Goods presented for repair may be replaced by refurbished goods of the same type rather than being repaired. Refurbished parts may be used to repair the goods. The repair of goods may result in loss of the data.

6.4.2 Apple.

For the purposes of this Agreement, Apple is Apple Pty Ltd level 13, 255 Pitt St. Sydney 2000.

6.4.3 Exceptions to Coverage.

Service under this Agreement is offered and valid only to residents located in Australia. Service under this Agreement is not available where prohibited by law.

6.4.4 Governing law.

To the extent permitted by law, all service orders received from residents of Australia will be governed by the laws of New South Wales.

6.4.5 Diagnostic Fee.

In Australia, Apple may charge, according to this Agreement, a diagnostic fee of no more than one-hundred ($100 AUD) dollars.

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 12 of 17

## 6.5 Canada

### 6.5.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

### 6.5.2 Apple.

For the purposes of this Agreement, Apple is Apple Canada Inc., 7495 Birchmount Road, Markham, Ontario, L3R 5G2, Canada.

### 6.5.3 Exceptions to Coverage.

Service under this Agreement is offered and valid only to residents located in Canada. Service under this Agreement is not available where prohibited by law.

### 6.5.4 Governing Law.

To the extent permitted by law, all service orders received from residents of Canada will be governed by the laws of the province of Ontario without giving effect to its conflict of law provisions.

### 6.5.5 Diagnostic Fee.

In Canada Apple may charge, according to this Agreement, a diagnostic fee of no more than one-hundred ($100 CAD) dollars Canadian, plus applicable tax.

## 6.6 Denmark

### 6.6.1

For Danish consumers the rights in this warranty come in addition to and do not affect your mandatory rights as a consumer, including those contained in the Sales of Goods Act, among other things establishing the right to complain as to nonconformities until the expiry of the two year claims period set forth therein, that is 2 years as from the date of the purchase.

### 6.6.2

Furthermore, If the serviced product fails following the expiry of the 90 day warranty, but within 2 years of date of performance of the services, consumers shall, at Apple's discretion be entitled either to a re-performance of the services, or a refund of the fee paid for the services, if it can be established that such a failure is due to a non-conformance in the service performed.

## 6.7 Hong Kong

### 6.7.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

### 6.7.2 Payment methods.

Apple allows you to make purchases or place orders (that require security for the return of the replaced part or product) using credit card, or some other prearranged payment method unless Apple has agreed to some other credit terms.

### 6.7.3 Apple.

For the purposes of this Agreement, Apple is Apple Asia Limited 2401 Tower One, Times Square, Causeway Bay, Hong Kong.

#### 6.7.4 Governing Law.

To the extent permitted by law, all service orders received from residents of Hong Kong will be governed by the laws of Hong Kong without giving effect to its conflict of law provisions.

#### 6.7.5 Diagnostic Fee.

In Hong Kong, Apple may charge, according to this Agreement, a diagnostic fee of no more than seven hundred and eighty ($780) Hong Kong dollars plus applicable tax.

### 6.8 Japan

#### 6.8.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

#### 6.8.2 Payment methods.

Apple allows you to make purchases or place orders (that require security for the return of the replaced part or product) using credit card, or some other prearranged payment method unless Apple has agreed to some other credit terms.

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 14 of 17

6.8.3 Apple.

For the purposes of this Agreement, Apple is Apple Japan, Inc. 3-20-2, Nishishinjuku, Shinjuku, Tokyo, Japan.

6.8.4 Diagnostic Fee.

In Japan, Apple may charge, according to this Agreement, a diagnostic fee of no more than ten-thousand (Y10,000) yen plus applicable tax.

6.9 New Zealand

6.9.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

6.9.2 Apple.

For the purposes of this Agreement, Apple is Apple Sales New Zealand, PO Box 912015, Auckland Mail Centre, Auckland 1142.

6.9.3 Exceptions to Coverage.

Service under this Agreement is offered and valid only to residents located in New Zealand. Service under this Agreement is not available where prohibited by law.

6.9.4 Governing Law.

To the extent permitted by law, all service orders received from residents of New Zealand will be governed by the laws of New Zealand.

6.9.5 Diagnostic Fee.

In New Zealand, Apple may charge, according to this Agreement, a diagnostic fee of no more than one-hundred thirty ($130 NZD) dollars.

6.10 Norway

6.10.1

For Norwegian consumers the rights under this Agreement are in addition to your statutory rights pursuant to the Norwegian Craftsmanship Services for Consumers Act (håndverkertjenesteloven) and/or the Norwegian Consumer Purchase Act (forbrukerkjøpsloven), including your right to use the longest period of claim, that is within two years from the repair or purchase.

6.11 United States of America

6.11.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

6.11.2 Apple.

For the purposes of this Agreement, Apple is Apple Inc., 1 Infinite Loop, Cupertino, CA 95014.

6.11.3 Exceptions to Coverage.

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 15 of 17

Service under this Agreement is offered and valid only to residents located in the fifty states of the United States of America and the District of Columbia. Service under this Agreement is not available where prohibited by law.

#### 6.11.4 Governing Law.

To the extent permitted by law, all service orders received from residents of the United States of America will be governed by California law without giving effect to its conflict of law provisions.

6.11.5 Diagnostic Fee.

In the United States of America Apple may charge, according to this Agreement, a diagnostic fee of no more than one-hundred ($100 USD) dollars US, plus applicable tax.

6.11.6 NOTICES TO CALIFORNIA CONSUMERS ONLY

6.11.6.1

An estimate for repairs, as required (section 9844 of the California Business and Professions Code), shall be given to the customer by the service dealer in writing. The service dealer may not charge for work done or parts supplied in excess of the estimate without the prior consent of the customer. Where provided in writing the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information, contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento, CA 95814, U.S.

6.11.6.2

A buyer of this product in California has the right to have this product serviced and repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists during the warranty period, the warranty will not expire until the defect has been fixed. The warranty period also will be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. The time extension does not affect the protection or remedies the buyer has under other laws.

6.11.6.3 Sales Tax.

In addition to the price of your purchase, Apple will charge you sales tax on applicable transactions based on your shipping address and the sales tax rate in effect at the time your order is billed. If the sales tax rate for the state to which your order is being shipped changes before the product is shipped, the rate in effect at the time your order is invoiced will apply. The proof of purchase that Apple sends to you will include any applicable sales tax.

6.12 Singapore

6.12.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

6.12.2 Payment methods.

Apple allows you to make purchases or place orders (that require security for the return of the replaced part or product) using credit card, or some other prearranged payment method unless Apple has agreed to some other credit terms.

6.12.3 Apple.

For the purposes of this Agreement, Apple is Apple Computer South Asia PTE Ltd., 7 Ang Mo Kio Street 64, Singapore 569086.

6.12.4 Governing Law.

To the extent permitted by law, all service orders received from residents of Singapore will be governed by the laws of Singapore, without giving effect to its conflict of law provisions.

6.12.5 Diagnostic Fee.

In Singapore, Apple may charge, according to this Agreement, a diagnostic fee of no more than one hundred and eighty ($180) Singapore dollars plus applicable tax.

# EXHIBIT 10

COTCHETT PITRE & McCARTHY LLP
Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Fax: 650.697.0577
www.cpmlegal.com

KAPLAN FOX
Kaplan Fox & Kilsheimer LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Fax: 415.772.4707
www.kaplanfox.com

May 29, 2018

***Via Email and Mail***
cchorba@gibsondunn.com

**Christopher Chorba**
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

**Re: *In re Apple Inc. Device Performance Litigation*, 18-md-02827-EJD**

**Dear Chris:**

We received your letter on Friday, May 25, 2018, confirming that Apple does not intend for its recently-announced credit program nor its previously announced battery replacement program to "extinguish any legal rights that are based upon events predating the battery replacement service." While we appreciate the response, and are willing to discuss this matter further this week, we still need to clarify a few points, and of course all class members need to be informed of the understandings reached among us. We therefore must still insist on a written stipulation as to how Apple intends to apply the two Terms & Conditions to the programs, to be jointly presented to the Court.

The stipulation should also say that Apple will confer with class counsel and the court in the future before mass emails sent to customers regarding this case or the facts of this case. A stipulation will ensure that both sides have clarity on this issue and, if Apple will agree to a stipulation, we will defer filing a motion. The stipulation must be finalized and filed this week, given that communications with absent class members have already commenced.

Finally, while we appreciate the "exemplar" communication, we also insist on getting copies of (1) any additional form letters or emails sent to class members, and (2) any instructions being sent out to any employees or contractors regarding communications with customers on this issue (or written confirmation that there are no such instructions).

We are available this afternoon or tomorrow morning to discuss these issues.

Sincerely,

**MARK M. MOLUMPHY**

**cc:** **Theodore J. Boutrous Jr.**
**Joseph W. Cotchett**
**Laurence D. King**
**David A. Straite**

# EXHIBIT 11

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

555 Mission Street
San Francisco, CA 94105-0921
Tel 415.393.8200
www.gibsondunn.com

G. Charles Nierlich
Direct: +1 415.393.8239
Fax: +1 415.393.8306
GNierlich@gibsondunn.com

June 1, 2018

VIA ELECTRONIC MAIL

Laurence D. King
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
lking@kaplanfox.com

Joseph Cotchett
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com

Re: Battery Replacement Program

Dear Laurence and Joseph:

We write to follow up on various issues discussed during the call among counsel on May 30, 2018.

**Battery Refund Credit Program**

Thank you for a productive discussion regarding Apple's retroactive battery refund credit program. Please provide a draft stipulation at your convenience setting forth your position regarding the terms and conditions applicable to this program so that we may determine whether we can reach agreement on this issue.

**Rule 26(f) Conference**

As we have previously noted, we have every intention of ensuring that this matter proceeds in a timely and efficient manner, and we look forward to a Rule 26(f) conference as soon as the parties are able to engage in productive discussion. However, we cannot reasonably address the scope of discovery, or propose a specific discovery plan in the absence of a Consolidated Amended Complaint specifying the claims, proposed class, and named parties (specifically, the named plaintiffs). We are amenable to a Rule 26(f) conference within a week of receipt of your Consolidated Amended Complaint, or earlier if feasible.

**Proposed Candidates for Discovery Referee**

We agree with your proposal to have a discovery referee, but we see no need for multiple discovery referees. We expect that having more than one discovery referee would lead to inconsistent outcomes, duplication of effort, and unnecessary inefficiency.

We propose selecting one of the following candidates to serve as discovery referee:

**Hon. Ann Kough (Ret.)**
**Hon. George H. King (Ret.)**

Please let us know if either of these candidates is acceptable to Plaintiffs.

**Proposed Candidates for Mediator**

We separately propose selecting one of the following candidates to serve as mediator:

**Hon. Layn R. Phillips (Ret.)**
**Randall W. Wulff**
**Eric D. Green**

Please let us know if any of these candidates is acceptable to Plaintiffs.

**Battery Preservation**

During the call on May 30, we extended the same offer we have made previously to other Plaintiffs' counsel (including Timothy Blood and Christopher Ridout, co-chairs of your Discovery/Device Development Committee) to provide to you with some number of stand-alone batteries or whole-unit replacement devices. Please let us know if you would like any of these batteries or devices, and if so, how many of each you would like Apple to provide.

As we have noted, lithium-ion batteries degrade as they age. Moreover, there are numerous safety risks, environmental risks, and practical challenges, as well as significant costs, associated with continued storage of these used batteries.

We propose an in-person meeting early next week to determine if the parties can reach agreement concerning the scope of any preservation of stand-alone batteries or whole-unit replacement devices and, if no agreement can be reached, to present the issue to the Court (or the discovery referee, if one has been selected). Please let us know your availability for such a meeting next week.

GIBSON DUNN



**Request for Production of Documents**

We propose revisiting this request at the Rule 26(f) conference, and following receipt of the Consolidated Amended Complaint. As discussed on the call on May 30, Plaintiffs have not yet provided Apple with key information, such as which devices Plaintiffs intend to include in the Consolidated Amended Complaint, what claims Plaintiffs will assert, and what the scope of the proposed class will be. We look forward to receiving your Consolidated Amended Complaint.

Please do not hesitate to contact me if you wish to discuss any of the above.

Sincerely,

*/s/ G. Charles Nierlich*

G. Charles Nierlich

cc: Theodore J. Boutrous
Christopher Chorba
David A. Straite
Mark C. Molumphy

# EXHIBIT 12

COTCHETT PITRE & McCARTHY LLP
Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Fax: 650.697.0577
www.cpmlegal.com

KAPLAN FOX
Kaplan Fox & Kilsheimer LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Fax: 415.772.4707
www.kaplanfox.com

June 29, 2018

**BY CERTIFIED U.S. MAIL,**
**RETURN RECEIPT REQUESTED**
**AND ELECTRONIC MAIL**

Theodore J. Boutros, Jr.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, California 90071
tboutros@gibsondunn.com

**Re:** ***In re Apple Inc Device Performance Litigation,***
**No. 5:18-md-02827-EJD (N.D. Cal.)**

Dear Mr. Boutros,

As you are aware, my firm serves as Court-appointed interim Co-Lead Counsel in the pending multi-district litigation against your client, Apple Inc. The litigation relates to various asserted violations of state, federal, and common law pertaining to, among other things, Apple's business practices concerning alleged defects in its iPhones and iPad devices, and the release by Apple of subsequent operating software (such as iOS 10.2.1) stemming from those defects. *See In re Apple Inc. Device Performance Litig.*, 291 F. Supp. 3d 1371 (J.P.M.L. 2018).

Your client has been aware of these claims from plaintiffs and other putative class members since the filing of the first complaint in the multi-district litigation on December 21, 2017. In that case, and the dozens of subsequent cases filed, Apple received notice letters pursuant to various state consumer protection laws of its allegedly unlawful, unfair, and fraudulent business practices; however, it is our position that Apple has failed to alter its business practices to bring it into conformance with applicable law or provide consumers with full remedies as demanded in those lawsuits.

Although you are already informed of the allegations in those complaints on behalf of plaintiffs and the putative Class members, and although any applicable statutory period for Apple to remedy the conduct alleged in these actions has already passed, this letter serves to inform you that Apple's conduct remains un-remedied in accordance with numerous consumer protection statutes. Accordingly, plaintiffs and putative Class members will continue their lawsuit seeking damages against Apple. These consumer protection statutes include, but are not limited to (and are at times asserted in the alternative to one another), to the California Consumer Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.*, the Cal. Bus. & Prof. Code § 17200, *et seq.*, the California False and Misleading Advertising Law, Cal. Bus & Prof. Code § 17500, *et*

*seq.*, the Alabama Deceptive Trade Practices Act, Ala. Code §§ 8-19-1, *et seq.*, the Alaska Consumer Protection Act, Alaska Stat. §§ 45.50.471, *et seq.*, the Georgia Uniform Deceptive Trade Practice Act, O.C.G.A. §§ 10-1-370, *et seq.*, the Indiana Deceptive Consumer Sales Act, Ind. Code. §§ 24-5-0.5-1, *et seq.*, the Iowa Private Right of Action for Consumer Frauds Act, Iowa Code §§ 714H, the Maine Unfair Trade Practice Act, Me. Rev. Stat. Ann. Tit 5, §§ 205A, *et seq.*, the Massachusetts Regulation of Business Practice and Consumer Protection Act, Mass. Gen. Laws Ann. Ch. 93A, § 1, *et seq.*, the Mississippi Consumer Protection Act, Miss. Code Ann. §§ 75-24-1, *et seq.*, the Texas Deceptive Trade Practices—Consumer Protection Act, Tex. Bus. & Com. Code. Ann. §§ 17.41, *et seq.*, the West Virginia Consumer Credit and Protection Act, W. Va. Code §§ 46A-6-101, *et seq.*, and the Wyoming Consumer Protection Act, Wyo. Stat. Ann. §§ 40-12-101, *et seq.*

Plaintiffs and other putative Class members purchased iPhones and iPads (as used herein, "Devices") from Apple that were defective from the point of sale that were prone to issues related to the batteries in those devices. Apple subsequently released software that was allegedly designed to "smooth out" "[unexpected] instantaneous peaks" in power usage by the Devices, which resulted in a substantial slowing down of, and other damages to, those Devices without warning to consumers. As alleged by the plaintiffs and putative Class members, Apple knew of the Devices' defects at the point of sale; however, engaged in omissions and misrepresentations to conceal the defects from consumers, and then further released software meant to address those defects without informing consumers of the negative impact those software updates would have on their Devices. Accordingly, Apple violated numerous consumer protection statutes by, *inter alia*: (1) representing that the Devices and software updates for those Devices have characteristics, uses, and benefits which they do not have; (2) representing that the Devices and software updates are of a particular standard, quality, or grade, if they are of another; (3) advertising goods with the intent not to sell them as advertised; and (4) representing that goods have been supplied in accordance with previous representations when they have not. Plaintiffs' claims and theories of relief will be set forth more fully in their Consolidated Complaint, and all of those allegations are incorporated here by reference.

Despite having knowledge of the allegations as described above, Apple has failed to issue corrective actions, or otherwise tender a reasonable offer of settlement to plaintiffs and putative Class members.

While the numerous complaints previously filed constitute sufficient notice of the claims asserted, we hereby demand, once again, on behalf of plaintiffs and all others similarly situated, that Apple immediately cease its misleading marketing campaigns regarding speed and battery stability, battery life, and power of the Devices and cease the dissemination of the false and misleading information as described in the previously-filed complaints. In addition, Apple must offer appropriate refunds to all consumers who purchased the Devices, plus interest, costs, and reasonable attorneys' fees.

Apple must undertake the following immediately to comply with the various state consumer protection claims asserted above:

(1) Identify or make a reasonable attempt to identify to Co-Lead Counsel those individuals and entities who purchased the Devices;

(2) In a format provided by Co-Lead Counsel, notify all such purchasers so identified that, upon their request, Apple will offer an immediate remedy for past wrongful conduct, including a full refund of the purchase price, plus interest, costs, and attorneys' fees;

(3) Undertake (or promise to undertake within a reasonable time if it cannot be done immediately) the actions described above for all purchased Devices; and

(4) Cease from expressly or impliedly representing to consumers who purchased Devices are non-defective, as more fully described in the previously-filed complaints.

Plaintiffs' supplemental demand letter, in addition to earlier pre-suit notices, satisfies any pre-suit notification requirements under state and federal law. Should Apple have any questions or concerns about these notices, or would like them further supplemented or amended please contact me.

Sincerely yours,

**JOSEPH W. COTCHETT**
**LAURENCE D. KING**
**MARK M. MOLUMPHY**
**DAVID A. STRAITE**

LDK:sp

cc: Christopher Chorba (*via email*: cchorba@gibsondunn.com)
Theane Evangelis (*via email*: tevangelis@gibsondunn.com)
Timothy W. Loose (*via email*: tloose@gibsondunn.com)
G. Charles Nierlich (*via email*: gnierlich@gibsondunn.com)
Rachel S. Brass (*via email*: rbrass@gibsondunn.com)
AppleMDL-External (*via email*: applemdl-external@gibsondunn.com)
Joe Cotchett (*via email*: jcotchett@cpmlegal.com)
Mark Molumphy (*via email*: mmolumphy@cpmlegal.com)
David Straite (*via email*: dstraite@kaplanfox.com)

# EXHIBIT 13

GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Christopher Chorba
Direct: +1 213.229.7396
Fax: +1 213.229.6396
CChorba@gibsondunn.com

July 5, 2018

VIA ELECTRONIC MAIL

Joseph Cotchett
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road; Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
lking@kaplanfox.com

Re: *In re Apple Inc. Device Performance Litig.*, No. 5:18-MD-02827 (N.D. Cal.)

Dear Counsel:

We write in response to your June 29 letter in which you allege that Apple violated California's Consumers Legal Remedies Act (Cal. Civ. Code § 1750 *et seq.*, the "CLRA") and various other state laws in connection with the power management features in Apple's iOS software updates for certain iPhone and iPad devices.

As an initial matter, your letter fails to satisfy the minimum requirements of a proper notice and demand letter pursuant to the CLRA (or any other law), as it provides only conclusory statements and citations to a laundry list of potentially relevant statutes without providing a specific explanation of the conduct that allegedly violated the CLRA or any other law. You did not even identify the clients on whose behalf you purported to send the letter. Instead, your letter stated in a very conclusory way that certain unspecified plaintiffs may pursue claims under "numerous consumer protection statutes" that "include, ***but are not limited to*** (and are at times asserted in the alternative to one another)," fourteen statutes from twelve different states. (Ltr. at 1–2 (emphasis added).) Although your letter references other "federal and common law" claims, it cites no other authorities beyond the apparently non-exhaustive list of state statutes under which plaintiffs *might* proceed. That is insufficient to put Apple on notice of the specific legal claims that are at issue.

GIBSON DUNN



More fundamentally, your letter provides no explanation of plaintiffs' experiences with their Apple products or the basis for their claims. Your letter claims that Apple is "already informed of the allegations" at issue based on "claims from plaintiffs and other putative class members" dating back to December 2017, as well as "dozens of subsequent cases filed." (Ltr. at 1–2.) But the two new complaints filed the evening of July 2—a single business day after your June 29 "pre-suit" notice—assert claims on behalf of *new* claimants who were not involved in the more than 60 complaints previously filed in federal court and who have never provided any sort of pre-filing notice. Beyond a vague reference to "iPhones and iPad devices," your letter does not even identify the specific models or iOS versions at issue. At a minimum, your letter fails to provide the specificity required by California law, *see* Civ. Code § 1782(a)(1) (a proper CLRA letter must notify a defendant "of the particular alleged violations" of the CLRA); *Outboard Marine Corp. v. Super. Ct.*, 52 Cal. App. 3d 30, 40–41 (1975) (letter must provide "sufficient notice of the alleged defects to permit appropriate corrections or replacements"), and your clients may not pursue a damages claim under the CLRA until at least thirty days after issuing a valid notice and demand letter, *see* Cal. Civ. Code § 1782(a)(1).

Nevertheless, because you have indicated that your letter constitutes a notice and demand pursuant to California Civil Code, Section 1782(a), this letter serves as Apple's response in accordance with Sections 1782(b), (c), and (e). Nothing in this response is intended as, or constitutes, an admission or a waiver of any of Apple's defenses, rights, or remedies.

Nothing in your letter demonstrates any sort of actionable conduct under the CLRA or any other law, as battery aging and associated device performance impact are innate characteristics of lithium-ion batteries. For information about iPhone battery performance please see Apple's December 28, 2017 statement, available at https://www.apple.com/iphone-battery-and-performance/, and "iPhone Battery and Performance," available at https://support.apple.com/en-us/HT208387.

Your letter demands that Apple take the following action to address plaintiffs' unspecified claims: (1) "Identify or make a reasonable attempt to identify to Co-Lead Counsel those individuals and entities who purchased the Devices"; (2) "In a format provided by Co-Lead Counsel, notify all such purchasers so identified that, upon their request, Apple will offer an immediate remedy for past wrongful conduct, including a full refund of the purchase price, plus interest, costs, and attorneys' fees"; (3) Undertake (or promise to undertake within a reasonable time if it cannot be done immediately) the actions described above for all purchased Devices"; and (4) "Cease from expressly or impliedly representing to consumers who purchased Devices are non-defective, as more fully described in the previously-filed complaints." (Ltr. at 2–3.)

Apple has already taken action, however, with respect to the type of relief that you seek, and did so months before receiving your letter:

- Apple publicly announced on December 28, 2017 that iOS 10.2.1 "dynamically manages the maximum performance of some system components when needed to prevent a shutdown" and that "in some cases users may experience longer launch times for apps and other reductions in performance" on iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, iPhone SE, iPhone 7, and iPhone 7 Plus. *See* "A Message to Our Customers About iPhone Batteries and Performance" (Dec. 28, 2017), https://www.apple.com/iphone-battery-and-performance. This is not to mention the additional notices that Apple has provided to customers since December 2017, as well as notices associated with Apple's release of iOS 11.3. Plaintiffs identify no basis for their demand that Apple provide a list of customers who have already received notice regarding the devices and iOS software at issue.

- On March 29, 2018, Apple released iOS 11.3, which not only provides more visibility for users into the health of their iPhone's battery and whether their battery's condition is affecting their iPhone's performance, but also provides users with the option of disabling power management features altogether.

- Apple has been providing all customers with an iPhone 6 or later with new batteries at the substantially reduced price of $29—discounted from the standard out-of-warranty price of $79. This program was launched worldwide in December 2017, and it will run through the end of 2018. Apple also recently established a customer goodwill program to provide a $50 credit to customers who purchased a replacement battery between January and December 2017 at full price.

As you know, Apple provided all of these benefits to its customers before the date of your letter. All of the alleged "violations" in your letter are non-existent, and the "remedies" you demand already are in place. All of Apple's actions were taken with the intent of improving customers' experiences with their existing devices, and nothing in your letter sets forth any facts demonstrating otherwise, much less that there has been a violation of the CLRA or any other law.

GIBSON DUNN



If you have any questions, please feel free to contact me.

Sincerely,

Christopher Chorba

cc: Theodore J. Boutrous
David A. Straite
Mark C. Molumphy

# EXHIBIT 14

COTCHETT PITRE & McCARTHY LLP
Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Fax: 650.697.0577
www.cpmlegal.com

KAPLAN FOX
Kaplan Fox & Kilsheimer LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Fax: 415.772.4707
www.kaplanfox.com

July 10, 2018

***VIA E-MAIL AND US MAIL***
tboutrous@gibsondunn.com
cchorba@gibsondunn.com
Theodore J. Boutrous, Jr., Esq.
Christopher Chorba, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

***Re:*** ***In re Apple Inc. Device Performance Litigation, 18-md-02827-EJD***
Communications with Putative Class Members – Fed. R. Civ. P. 23(d)

Dear Counsel:

We write with respect to the Motion for Expedited Relief pursuant to Rule 23(d) pending in the now-consolidated *Gallmann*, *Cunningham* and *Block* actions. As you know, the parties deferred discussions about a possible stipulated resolution of the Motion pending the filing of the Consolidated Amended Complaint, which was filed on July 2, 2018 (the "CAC," ECF No. 145). The parties also informed the Court on Friday that we would explore a possible stipulated resolution. *See* Second Supplemental Joint CMC Statement dated July 6, 2018 at 7 (ECF No. 153). However, it appears to us that Apple has now taken a negotiated resolution off the table, and we believe the parties are obligated to update the Court at the CMC. We ask to confer briefly in advance of the CMC.

The Motion seeks Court supervision over Apple's communications with putative class members if participation in the battery replacement program affects legal rights in the MDL – or alternatively seeks a determination that participation does not impact such claims. Christopher Chorba represented in his letter of May 25, 2018 that Apple does not intend any customer's participation in the battery replacement program (and by extension the $50 battery replacement credit) "to extinguish any rights or claims stemming from events prior to a repair, such as those alleged in the various complaints in this matter." Nevertheless, Mr. Chorba took the position that a resolution must await the CAC; he wrote, "there is not an operative consolidated complaint, and it is not clear whether plaintiffs in this case will allege any claims that relate in any way to Apple's discounted battery replacement program." We did not oppose Mr. Chorba's suggestion that the parties wait for the CAC.

Given how the issues were framed in the letter of May 25, 2018, the filing of the CAC on July 2, 2018 should have ended Apple's concerns. Apple should now be able to confirm that participation in the battery replacement program does not impact any claims asserted in the MDL. We were therefore profoundly surprised to receive Mr. Chorba's letter dated July 5, 2018 apparently saying the exact opposite.

Mr. Chorba was responding to plaintiffs' state law notification letter of June 29, 2018, demanding (among other things) "immediate remedy for past wrongful conduct, including a full refund of the purchase price." Mr. Chorba represented that "Apple has already taken action, however, with respect to the type of relief that you seek" ***and he identified the battery replacement program as one form of "relief" sought***. Mr. Chorba then concluded, "the 'remedies' you demand are already in place."

The only conclusion one can draw from the July 5, 2018 letter is that Apple now intends participation in the battery replacement program to impact claims made in the MDL. There is no way to fully reconcile Mr. Chorba's letters of May 25, 2018 and July 5, 2018. The Court must be apprised of Apple's apparent change of heart and that the very basis of a negotiated resolution is now apparently impossible.

Please let us know when you can speak, even if just for five minutes. It is important we confer on this point in advance of the CMC.

Sincerely,

David Straite

**JOSEPH W. COTCHETT**
**LAURENCE D. KING**
**DAVID A. STRAITE**
**MARK C. MOLUMPHY**

cc: ***AppleMDL-External@gibsondunn.com, G. Charles Nierlich, Esq., Timothy Loose, Esq., Jillian London, Esq., Cynthia McTernan, Esq., and Kristina Eckert, Esq.

# EXHIBIT 15

COTCHETT PITRE & McCARTHY LLP
Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Fax: 650.697.0577
www.cpmlegal.com

KAPLAN FOX
Kaplan Fox & Kilsheimer LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Fax: 415.772.4707
www.kaplanfox.com

July 23, 2018

***VIA E-MAIL AND MAIL***
**Theodore J. Boutrous, Jr. (tboutrous@gibsondunn.com)**
**Christopher Chorba (cchorba@gibsondunn.com)**
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

***Re:*** ***In re Apple Inc. Device Performance Litigation, 18-md-02827-EJD***
**STIPULATION REGARDING BATTERY REPLACEMENT PROGRAM AND EXPANDED CREDIT PROGRAM**

**Dear Counsel:**

Per our discussions at the case management conference on July 11, 2018, please find enclosed a stipulation regarding Apple's battery replacement program and expanded "credit" program that Plaintiffs agree to file in lieu of a renewed motion for relief pursuant to Rule 23(d) of the Federal Rules of Civil Procedure.

Please return an executed version of the stipulation and confirm we have permission to file the stipulation by no later than this **Friday, July 27, 2018 at 5:00 p.m.** If Apple will not agree to the stipulation, please notify us as soon as possible.

Sincerely,

**JOSEPH W. COTCHETT**
**LAURENCE D. KING**

**Enclosure**

**cc:** **David A. Straite**
**Mark C. Molumphy**
**G. Charles Nierlich (gnierlich@gibsondunn.com),**
**Timothy Loose (tloose@gibsondunn.com),**
**Jillian London (jlondon@gibsondnun.com),**
**Cynthia Chen McTernan (cmcternan@gibsondunn.com),**
**Kristina Eckert (keckert@gibsondunn.com)**
**AppleMDL-External (AppleMDL-External@gibsondunn.com)**

**COTCHETT, PITRE & MCCARTHY LLP**
JOSEPH W. COTCHETT (SBN 36324)
*jcotchett@cpmlegal.com*
MARK C. MOLUMPHY (SBN 168009)
*mmolumphy@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING (SBN 206423)
*lking@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707

DAVID A. STRAITE (*pro hac vice*)
*dstraite@kaplanfox.com*
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

*Interim Co-Lead Class Counsel*

**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS, JR. (SBN 132099)
*tboutrous@gibsondunn.com*
CHRISTOPHER CHORBA (SBN 216692)
*cchorba@gibsondunn.com*
THEANE EVANGELIS (SBN 243570)
*tevangelis@gibsondunn.com*
TIMOTHY W. LOOSE (SBN 241037)
*tloose@gibsondunn.com*
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520

G. CHARLES NIERLICH (SBN 196611)
*gnierlich@gibsondunn.com*
RACHEL S. BRASS (SBN 219301)
*rbrass@gibsondunn.com*
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-374-8458

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION

This Relates to:

ALL CASES

Case No. 5:18-md-02827-EJD

**STIPULATION AND [PROPOSED] ORDER**

**Judge:** Hon. Edward J. Davila

**Courtroom:** 4, 5th Floor

WHEREAS, beginning on December 22, 2017, proposed class action complaints were filed against defendant Apple Inc. ("Apple") that were subsequently centralized by the Judicial Panel of Multidistrict Litigation, transferred to this District, and consolidated in the above-referenced proceeding before the Honorable Edward J. Davila;

WHEREAS, on December 28, 2017, Apple announced in "A Message to Our Customers about iPhone Batteries and Performance" that "Apple is reducing the price of an out-of-warranty iPhone battery placement by $50 – from $79 to $29 – for anyone with an iPhone 6 or later [model] whose battery needs to be replaced, available worldwide through December 2018" (the "Battery Replacement Program");

WHEREAS, on February 9, 2018, individual plaintiffs in three consolidated actions (*Gallmann v. Apple, Inc.*, 17-cv-7285-EJD, *Cunningham v. Apple, Inc.*, 18-cv-0338-EJD, and *Block v. Apple, Inc.*, 18-cv-0481-EJD) filed motions pursuant to Fed. R. Civ. P. 23(d) seeking court oversight over certain communications with putative class members regarding the Battery Replacement Program; and

WHEREAS, on May 23, 2018, Apple announced that it "is offering a $50 credit to customers who paid for an out-of-warranty battery replacement for iPhone 6 or later devices between January 1, 2017 and December 28, 2017" for "[e]ligible battery replacements [that] were completed at an Apple authorized service location" (the "Credit") and that "[e]ligible customers will be contacted by Apple via email between May 23, 2018 and July 27, 2018 with instructions on how to obtain the credit";

IT HEREBY AGREED, between Apple and Interim Co-Lead Counsel on behalf of the named plaintiffs in this action (the "Plaintiffs") and putative class members they seek to represent: Apple and its corporate affiliates do not now and will not in the future contend, in this or any other consumer lawsuits or legal proceedings against them, that any right, claim or interest of any Plaintiff or putative class member asserted in this Action is or was mooted, settled, waived, released, or impaired by participation in, or use of, any feature of the Battery Replacement Program or the Credit, nor will participation in, or acceptance, receipt, or use of, any feature of the Battery Replacement Program and the Credit be used in any manner in opposition to class certification or opposition to inclusion of that putative Class Member in any class definition by virtue of participation in either program.

Dated: July 20, 2018

IT IS SO ORDERED.
Dated: July ___, 2018

______________________________
Hon. Edward J. Davila, United States District Judge

**Stipulated and agreed:**

DATED: July __, 2018

*/s/ Joseph W. Cotchett*
Joseph W. Cotchett

Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-05777
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*

DATED: July __, 2018

*/s/ Laurence D. King*
Laurence D. King

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*

David A. Straite (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*dstraite@kaplanfox.com*

*Interim Co-Lead Counsel*

DATED: July __, 2018

*/s/ Christopher Chorba*
Christopher Chorba

Theodore J. Boutrous, Jr. (SBN 132099)
Christopher Chorba (SBN 216692)
Theane Evangelis (SBN 243570)
Timothy W. Loose (SBN 241037)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520
*tboutrous@gibsondunn.com*
*cchorba@gibsondunn.com*
*tevangelis@gibsondunn.com*
*tloose@gibsondunn.com*

G. Charles Nierlich (SBN 196611)
Rachel S. Brass (SBN 219301)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-374-8458
*gnierlich@gibsondunn.com*
*rbrass@gibsondunn.com*

# EXHIBIT 16

COTCHETT PITRE & McCARTHY LLP
Cotchett Pitre & McCarthy LLP
San Francisco Airport Office Ctr
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Fax: 650.697.0577
www.cpmlegal.com

KAPLAN FOX
Kaplan Fox & Kilsheimer LLP
350 Sansome Street
Suite 400
San Francisco, CA 94104
Telephone: 415.772.4700
Fax: 415.772.4707
www.kaplanfox.com

August 1, 2018

*VIA E-MAIL AND MAIL*
**Theodore J. Boutrous, Jr. (tboutrous@gibsondunn.com)**
**Christopher Chorba (cchorba@gibsondunn.com)**
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

***Re:*** *In re Apple Inc. Device Performance Litigation, 18-md-02827-EJD*
**STIPULATION REGARDING BATTERY REPLACEMENT PROGRAM AND EXPANDED CREDIT PROGRAM**

**Dear Counsel:**

You still have not responded to our letter of July 23, 2018 regarding the stipulation that Plaintiffs would agree to file in lieu of a renewed motion pursuant to Rule 23(d) of the Federal Rules of Civil Procedure. I understand that you spoke with my colleagues David Straite and Brian Danitz yesterday about this issue, and you said the client has still not decided whether to agree to the stipulation – and in fact you suggested that revisions were likely. This is unacceptable.

We continue to believe that the "carve out" you proposed at the last case management conference would require Court intervention. The continued delay in proposing wording for this "carve out" makes it impossible to reach any conclusion. Moreover, we have been discussing this issue, and the proposed stipulation, for months now. We therefore have no choice but to re-file the motion.

We will email the clerk this afternoon, copying you, and request that the hearing be set at the same time as the case management conference on **August 23, 2018 at 1:30 p.m.**

Sincerely,

**JOSEPH W. COTCHETT**
**LAURENCE D. KING**

**cc:** **David A. Straite**
**Mark C. Molumphy**
**Brian Danitz**
**G. Charles Nierlich (gnierlich@gibsondunn.com),**
**Timothy Loose (tloose@gibsondunn.com),**

**Jillian London (jlondon@gibsondnun.com),**
**Cynthia Chen McTernan (cmcternan@gibsondunn.com),**
**Kristina Eckert (keckert@gibsondunn.com)**
**AppleMDL-External (AppleMDL-External@gibsondunn.com)**

# EXHIBIT 17

**Jeanine Acosta**

| | |
|---|---|
| **From:** | McTernan, Cynthia Chen <CMcTernan@gibsondunn.com> |
| **Sent:** | Tuesday, August 7, 2018 4:01 PM |
| **To:** | Mark Molumphy; Joseph Cotchett; Laurence King; David Straite; Mario M. Choi; Stephanie Biehl; Gina Stassi |
| **Cc:** | Boutrous Jr., Theodore J.; Chorba, Christopher; Nierlich, G. Charles; Loose, Timothy W.; London, Jillian; Eckert, Kristina |
| **Subject:** | RE: In re Apple Inc. Device Performance Litigation - Stipulation re: Battery Replacement Program |
| **Attachments:** | 2018.08.07 GDC Edits - Pl. Draft Stipulation Re_ Battery Replacement_Credit Program.DOCX; Exhibits.pdf |

Counsel,

Attached please find Apple's comments to the proposed stipulation. We are happy to discuss at your convenience.

**Cynthia Chen McTernan**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7633 • Fax +1 213.229.6633
CMcTernan@gibsondunn.com • www.gibsondunn.com

---

**From:** Gina Stassi <GStassi@cpmlegal.com>
**Sent:** Monday, July 23, 2018 7:36 PM
**To:** Boutrous Jr., Theodore J. <TBoutrous@gibsondunn.com>; Chorba, Christopher <CChorba@gibsondunn.com>
**Cc:** Mark Molumphy <MMolumphy@cpmlegal.com>; Joseph Cotchett <JCotchett@cpmlegal.com>; Stephanie Biehl <SBiehl@cpmlegal.com>; Laurence King <LKing@kaplanfox.com>; Nierlich, G. Charles <GNierlich@gibsondunn.com>; Loose, Timothy W. <TLoose@gibsondunn.com>; London, Jillian <JLondon@gibsondunn.com>; McTernan, Cynthia Chen <CMcTernan@gibsondunn.com>; Eckert, Kristina <KEckert@gibsondunn.com>; *** AppleMDL-External <AppleMDL-External@gibsondunn.com>
**Subject:** In re Apple Inc. Device Performance Litigation - Stipulation re: Battery Replacement Program

Counsel,

Please find attached correspondence regarding the above referenced matter (including enclosure), which is also being sent via U.S. mail.

Best,

Gina Stassi

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING (SBN 206423)
*lking@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707

DAVID A. STRAITE (*pro hac vice*)
*dstraite@kaplanfox.com*
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

**COTCHETT, PITRE & MCCARTHY LLP**
JOSEPH W. COTCHETT (SBN 36324)
*jcotchett@cpmlegal.com*
MARK C. MOLUMPHY (SBN 168009)
*mmolumphy@cpmlegal.com*
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

*Interim Co-Lead Class Counsel*

**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS, JR. (SBN 132099)
*tboutrous@gibsondunn.com*
CHRISTOPHER CHORBA (SBN 216692)
*cchorba@gibsondunn.com*
THEANE EVANGELIS (SBN 243570)
*tevangelis@gibsondunn.com*
TIMOTHY W. LOOSE (SBN 241037)
*tloose@gibsondunn.com*
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520

G. CHARLES NIERLICH (SBN 196611)
*gnierlich@gibsondunn.com*
RACHEL S. BRASS (SBN 219301)
*rbrass@gibsondunn.com*
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-374-8458

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD |
| | **STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES FOR MOTION TO DISMISS** |
| This Relates to:<br>ALL CASES | **Judge**: Hon. Edward J. Davila<br>**Courtroom**: 4, 5th Floor |

**WHEREAS**, beginning on December 22, 2017, proposed class action complaints were filed against defendant Apple Inc. ("Apple") that were subsequently centralized by the Judicial Panel of Multidistrict Litigation, transferred to this District, and consolidated in the above-referenced proceeding before the Honorable Edward J. Davila;

**WHEREAS,** on December 28, 2017, Apple announced in "A Message to Our Customers about iPhone Batteries and Performance" that "Apple is reducing the price of an out-of-warranty iPhone battery placement by $50 - from $79 to $29 - for anyone with an iPhone 6 or later [model] whose battery needs to be replaced, available worldwide through December 2018"~~ (the "Battery Replacement Program")~~;

**WHEREAS,** on February 9, 2018, individual plaintiffs in three consolidated actions (*Gallmann v. Apple, Inc.*, 5:17-cv-7285-EJD, *Cunningham v. Apple, Inc.*, 5:18-cv-0338-EJD, and *Block v. Apple, Inc.,* 5:18-cv-0481-EJD) filed motions pursuant to Fed. R. Civ. P. 23(d) seeking court oversight over certain communications with putative class members regarding the ~~Battery Replacement Program~~price reduction to $29 announced on December 28, 2017; and

**WHEREAS,** on May 23, 2018, Apple announced that it "is offering a $50 credit to customers who paid for an out-of-warranty battery replacement for iPhone 6 or later devices between January 1, 2017 and December 28, 2017" for "[e]ligible battery replacements [that] were completed at an Apple authorized service location" ~~(the "Credit Program") ~~and that "[e]ligible customers will be contacted by Apple via email between May 23, 2018 and July 27, 2018 with instructions on how to obtain the credit";

**WHEREAS,** except to the extent provided below, nothing in this stipulation shall waive any of the parties' rights, including but not limited to Apple's First Amendment right to communicate with its customers as necessary to continue to conduct its business, and/or Plaintiffs' right to object to the same;

**IT IS HEREBY AGREED**, between Apple and Interim Co-Lead Counsel on behalf of the named plaintiffs in this action (the "Plaintiffs") and putative class members they seek to represent: Apple and its corporate affiliates ~~do not now and will not in the future contend, in this or any other consumer lawsuits or legal proceedings against them, that any ~~represent that, except to the extent provided in Apple's U.S. Retail Repair Terms (attached hereto as Exhibit A) and Global Repair Terms

(attached hereto as Exhibit B), and except as to Apple's objection to any double-recovery (i.e., a putative class member claiming a $50 credit for a battery replacement before December 2017, when that putative class member already received the $50 credit pursuant to the program discussed above), no right, claim or interest of any Plaintiff or putative class member that otherwise is available and properly asserted in this Action is or waswill be mooted, settled, waived, or released, or impaired by participation in, or use of, any feature of the price reduction to $29 announced on December 28, 2017 or the $50 credit for a battery replacement announced on May 23, 2018the Battery Replacement Program or the Credit Program, nor will participation in, or acceptance, receipt, or use of, any feature of the price reduction to $29 announced on December 28, 2017 or the $50 credit for a battery replacement announced on May 23, 2018the Battery Replacement Program and the Credit Program be used in any manner in opposition to class certification or opposition to inclusion of that putative Class Member in any class definition in the Action by virtue of participation in either program.

**IT IS SO STIPULATED.**

DATED: July __, 2018

/s/ *Joseph W. Cotchett*
Joseph W. Cotchett

Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-05777
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*

DATED: July __, 2018

/s/ *Laurence D. King*
Laurence D. King

Laurence D. King (SBN 206423)
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400

San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*

David A. Straite (*pro hac vice*)
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*dstraite@kaplanfox.com*

*Interim Co-Lead Counsel*

DATED: July __, 2018

*/s/ Christopher Chorba*
Christopher Chorba

Theodore J. Boutrous, Jr. (SBN 132099)
Christopher Chorba (SBN 216692)
Theane Evangelis (SBN 243570)
Timothy W. Loose (SBN 241037)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520
*tboutrous@gibsondunn.com*
*cchorba@gibsondunn.com*
*tevangelis@gibsondunn.com*
*tloose@gibsondunn.com*

G. Charles Nierlich (SBN 196611)
Rachel S. Brass (SBN 219301)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-374-8458
*gnierlich@gibsondunn.com*
*rbrass@gibsondunn.com*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___________, 2018

________________________________________
Hon. Edward J. Davila
United States District Judge

# Exhibit A

Case 5:18-md-02827-EJD Document 174-2 Filed 08/07/18 Page 96 of 115
Case 5:17-cv-07285-EJD Document 31-4 Filed 02/09/18 Page 2 of 4
PageID #: 1699



# Apple Inc. Repair Terms & Conditions

(U.S. Retail Repairs)

These Terms & Conditions (T&Cs) govern the service of your product by Apple Inc. ("Apple").

1. Apple will service your product as described and for the charges shown on the Work Authorization plus any applicable tax. Apple may restrict service to one (1) product per customer during your visit to the Apple Retail Store. When the service is covered by Apple's warranty, extended service contract or consumer warranty law, those terms or applicable law will apply.

Apple understands that your data may be valuable to you. Data loss during service is always a possibility, and in some cases, data may be unrecoverable, erased, or reformatted during service. For this reason, it is your sole responsibility to back up all existing data, software, and/or programs from your product, and to decide whether to erase any such data from your product, prior to receiving service. Apple is not responsible for loss, recovery, or compromise of data, software or programs, or loss of use of your product or other equipment arising out of the services provided by Apple. You represent that your product does not contain any illegal files or data.

You acknowledge that your device may be sent out by common carrier to be serviced by an external service provider. For this reason, it's recommended that you back up your device and wipe it, prior to submission for service.

2.If service is needed due to failure of parts that are not original to the product or due to damage caused by abuse, misuse or any external cause, Apple reserves the right to return the product to you without servicing it, and may hold you responsible for any indicated diagnostic fee. Apple will not be responsible for any damage to the product that occurs during the repair process that is a result of any unauthorized modifications or repairs or replacements not performed by Apple or an AASP. If damage results, Apple will seek your authorization for any additional costs for completing service even if the product is covered by warranty or an AppleCare service plan. If you decline authorization, Apple may return your product unrepaired in the damaged condition without any responsibility.

3. If service requires labor and/or parts not specified on the Work Authorization, Apple may seek your approval of a revised estimate. If you do not agree that Apple may revise the charges, Apple may return your product and hold you responsible for any indicated diagnostic fee.

4. Apple may use parts or products that are new or equivalent to new in reliability and performance. Apple will retain the replaced part or product that is exchanged as its property, and the replacement part will become your property. Replaced parts are generally repairable and are exchanged or repaired by Apple for value. If applicable law requires Apple to return a replaced part to you, you agree to pay Apple the additional cost of the replacement item.

5. Apple warrants for a period of ninety (90) days from the date of service (1) that service will be performed in a competent and workmanlike manner and (2) that all parts used to service your product will be free from defects in materials and workmanship, unless otherwise specified by Apple. Apple further

warrants to the extent permitted by law, that batteries installed as part of Apple's battery replacement service for Apple portable Mac computers will be free from defects in materials and workmanship for one (1) year from the date of service. The foregoing warranty is an express limited warranty and in the event of breach, Apple will either (i) re-perform the service, (ii) repair or replace the part, or (iii) refund the cost of the service provided. In order to claim under the warranty you must return your product to the location where service was performed, at your expense. THIS WARRANTY AND ASSOCIATED REMEDIES ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, REMEDIES, AND CONDITIONS, WHETHER ORAL OR WRITTEN, EXPRESS OR IMPLIED. APPLE SPECIFICALLY DISCLAIMS ANY AND ALL IMPLIED WARRANTIES INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE. IF APPLE CANNOT LAWFULLY DISCLAIM IMPLIED WARRANTIES, THEN ALL SUCH WARRANTIES ARE LIMITED IN DURATION TO THE EXPRESS LIMITED WARRANTY. SOME STATES (COUNTRIES AND PROVINCES) DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY (OR CONDITION) MAY LAST, SO THE LIMITATION DESCRIBED ABOVE MAY NOT APPLY TO YOU.

6. TO THE MAXIMUM EXTENT PERMITTED BY LAW, APPLE AND ITS AFFILIATES, WILL UNDER NO CIRCUMSTANCES BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES RESULTING FROM SERVICES PROVIDED OR UNDER ANY OTHER LEGAL THEORY, INCLUDING BUT NOT LIMITED TO LOSS OF REVENUE; LOSS OF ACTUAL OR ANTICIPATED PROFITS (INCLUDING LOSS OF PROFITS ON CONTRACTS); LOSS OF THE USE OF MONEY; LOSS OF ANTICIPATED SAVINGS; LOSS OF BUSINESS; LOSS OF OPPORTUNITY; LOSS OF GOODWILL; LOSS OF REPUTATION; LOSS OF, DAMAGE TO, OR CORRUPTION OF DATA; OR ANY COSTS OF RECOVERING, PROGRAMMING, OR RESTORING ANY PROGRAM OR DATA STORED OR USED WITH YOUR PRODUCT AND ANY FAILURE TO MAINTAIN THE CONFIDENTIALITY OF DATA STORED ON YOUR PRODUCT. THE FOREGOING LIMITATION SHALL NOT APPLY TO DEATH OR PERSONAL INJURY CLAIMS. APPLE SPECIFICALLY DOES NOT WARRANT THAT IT WILL BE ABLE TO (i) REPAIR OR REPLACE YOUR PRODUCT WITHOUT RISK TO OR LOSS OF PROGRAMS OR DATA, AND (ii) MAINTAIN THE CONFIDENTIALITY OF DATA. IF ANY PRODUCT SHOULD BE DAMAGED OR LOST WHILE IN APPLE'S CUSTODY, APPLE'S LIABILITY WILL BE LIMITED TO THE COST OF REPAIR OR REPLACEMENT OF THE AFFECTED PRODUCT. OTHERWISE, APPLE'S LIABILITY FOR ANY AND ALL DAMAGE SHALL IN NO EVENT EXCEED THE PAYMENTS RECEIVED BY APPLE FOR SERVICES PROVIDED PURSUANT TO THESE TERMS. THE REMEDIES SET FORTH HEREIN SHALL BE YOUR SOLE AND EXCLUSIVE REMEDIES FOR ANY BREACH BY APPLE UNDER THESE TERMS AND CONDITIONS. SOME STATES (COUNTRIES AND PROVINCES) DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

7. If you have not claimed your product and paid all charges due within sixty (60) days after being notified by Apple that your product has been serviced, Apple will consider your product abandoned and may dispose of your product in accordance with applicable law.

8. If service involves transferring information or installing software, you represent that you have the legal right to copy the information and agree to the terms of the software license, and you authorize Apple to transfer the information and accept such terms on your behalf in performing the service.

9. These T&Cs are governed by the laws of the State of California (without giving effect to its conflict of law provisions).

10. These T&Cs are the only ones that govern Apple's service of your product.

11. You agree and understand that it is necessary for Apple to collect, process and use your personal information in order to perform service under these T&Cs. Apple will protect your information in accordance with Apple Customer Privacy Policy available at URL www.apple.com/legal/privacy.

**NOTICES TO CALIFORNIA CONSUMERS**

**1. AN ESTIMATE FOR REPAIRS, AS REQUIRED (SECTION 9844 OF THE CALIFORNIA BUSINESS AND PROFESSIONS CODE), SHALL BE GIVEN TO THE CUSTOMER BY THE SERVICE DEALER IN WRITING. THE SERVICE DEALER MAY NOT CHARGE FOR WORK DONE OR PARTS SUPPLIED IN EXCESS OF THE ESTIMATE WITHOUT THE PRIOR CONSENT OF THE CUSTOMER. WHERE PROVIDED IN WRITING THE SERVICE DEALER MAY CHARGE A REASONABLE FEE FOR SERVICES PROVIDED IN DETERMINING THE NATURE OF THE MALFUNCTION IN PREPARATION OF A WRITTEN ESTIMATE FOR REPAIR. FOR INFORMATION, CONTACT THE BUREAU OF ELECTRONIC AND APPLIANCE REPAIR, DEPARTMENT OF CONSUMER AFFAIRS, SACRAMENTO, CA 95814.**

**2. A BUYER OF THIS PRODUCT IN CALIFORNIA HAS THE RIGHT TO HAVE THIS PRODUCT SERVICED AND REPAIRED DURING THE WARRANTY PERIOD. THE WARRANTY PERIOD WILL BE EXTENDED FOR THE NUMBER OF WHOLE DAYS THAT THE PRODUCT HAS BEEN OUT OF THE BUYER'S HANDS FOR WARRANTY REPAIRS. IF A DEFECT EXISTS DURING THE WARRANTY PERIOD, THE WARRANTY WILL NOT EXPIRE UNTIL THE DEFECT HAS BEEN FIXED. THE WARRANTY PERIOD ALSO WILL BE EXTENDED IF THE WARRANTY REPAIRS HAVE NOT BEEN PERFORMED DUE TO DELAYS CAUSED BY CIRCUMSTANCES BEYOND THE CONTROL OF THE BUYER, OR IF THE WARRANTY REPAIRS DID NOT REMEDY THE DEFECT AND THE BUYER NOTIFIES THE MANUFACTURER OR SELLER OF THE FAILURE OF THE REPAIRS WITHIN SIXTY (60) DAYS AFTER THEY WERE COMPLETED. IF, AFTER A REASONABLE NUMBER OF ATTEMPTS, THE DEFECT HAS NOT BEEN FIXED, THE BUYER MAY RETURN THIS PRODUCT FOR A REPLACEMENT OR A REFUND SUBJECT, IN EITHER CASE, TO DEDUCTION OF A REASONABLE CHARGE FOR USAGE. THE TIME EXTENSION DOES NOT AFFECT THE PROTECTION OR REMEDIES THE BUYER HAS UNDER OTHER LAWS.**

021513 Retail Repair Ts&Cs US English

Legal Sales & Support Repair Terms and Conditions Apple Inc. Repair Terms & Conditions

**Hardware and Software**
Hardware Warranties
Software License Agreements
RF Exposure

**More Resources**
Overview
Government Information Requests
Contact Apple Legal
Global Trade Compliance
Supplier Provisions
Filemaker Legal Information

**Sales & Support**
Overview
AppleCare
Repair Terms and Conditions
Express Replacement Service
Remote Support Terms and Conditions (PDF)
Sales Policies
Certification Agreements and Policies
Training Service Terms and Conditions
Support Communities Terms of Use

**Internet Services**
Overview
Apple Media Services Terms and Conditions
iTunes Gift Cards and Codes Terms and Conditions
Game Center Terms and Conditions
iCloud Terms of Service
Privacy Policy
Website Terms of Use
iChat Account Terms of Service
Print Services Sales Policies
Print Services Terms of Use

**Intellectual Property**
Overview
Guidelines for Using Apple Trademarks and Copyrights
Trademarks
Rights and Permissions
Piracy Prevention
Unsolicited Idea Submission Policy

**Education**
Apple School Manager

More ways to shop: Visit an Apple Store, call 1-800-MY-APPLE, or find a reseller.

Copyright © 2018 Apple Inc. All rights reserved. Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map United States

# Exhibit B

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 2 of 17

# Repair Terms and Conditions

IMPORTANT: THESE REPAIR TERMS AND CONDITIONS ("AGREEMENT") CONSTITUTE YOUR AGREEMENT WITH APPLE (AS IT IS DESCRIBED IN THE COUNTRY VARIATION SECTION, BELOW) AND WILL APPLY TO YOUR ORDER IF THE SERVICE IS OUTSIDE THE TERMS OF APPLE'S LIMITED WARRANTY, AN APPLE ADMINISTERED EXTENDED SERVICE CONTRACT OR YOUR STATUTORY CONSUMER RIGHTS. FOR CONSUMERS WHO ARE COVERED BY CONSUMER PROTECTION LAWS OR REGULATIONS IN THEIR COUNTRY OF RESIDENCE, THE BENEFITS CONFERRED BY THIS AGREEMENT ARE IN ADDITION TO ALL RIGHTS AND REMEDIES CONVEYED BY SUCH CONSUMER PROTECTION LAWS AND REGULATIONS AND YOU SHOULD CONSULT THE CITIZENS ADVICE SERVICE IN YOUR COUNTRY OF RESIDENCE FOR FURTHER INFORMATION ON THESE RIGHTS.

## 1. Services and Products.

### 1.1 Services.

For service orders, Apple will service your Apple product as described to you for the estimated charges stated, unless such charges are revised with your prior oral or written consent. Unless otherwise stated, Apple will provide repair or replacement services to address a defect in the materials or workmanship of a product. Service is not available for issues caused by failure of or incompatibilities with any software or data residing or recorded on your product.

### 1.2 Parts and Labor.

Apple may provide both parts and labor, but may direct that you replace certain readily installable parts yourself, as described below. In servicing your product, Apple may use parts or products that are new or refurbished and equivalent to new in performance and reliability. Apple will retain the replaced part or product that is exchanged during service as its property, and the replacement part or product will become your property. Replaced parts and products are generally repairable and are exchanged or repaired by Apple for value. If applicable law requires Apple to return a replaced item to you, you agree to pay Apple the retail cost of the replacement item and shipping.

### 1.3 Service Options.

Apple may facilitate service through one or more of the following options:

#### 1.3.1 Do-It-Yourself (DIY) Parts Service.

DIY Parts Service allows you to service your own product. If Apple determines that DIY Parts Service is available to you, Apple will ship to you a replacement part for your Apple product. The replacement part will be accompanied by instructions on installation and any requirements for the return of the replaced part. For DIY Parts Service requiring the return of the replaced part, you must provide credit card details to secure the return of the replaced part. All replaced parts requiring return, must be returned to Apple within ten (10) days from the date Apple ships the replacement part to you ("Return Period"). If (i) you fail to return the replaced part as instructed within the Return Period, or (ii) the replaced part is not eligible for service due to a Service Exclusion, as described below, you will pay the amount agreed by you at the time service was ordered. If Apple does not require the return of a replaced part, Apple will ship to you a replacement part or product accompanied by instructions on installation and any requirements for the disposal of the replaced item. Apple is not responsible for any labor costs relating to DIY Parts Service.

#### 1.3.2 Direct Mail-In Service.

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 3 of 17

If Apple determines that your product is eligible for Direct Mail-In Service, you will ship your product to Apple's repair service location in accordance with Apple's instructions. Apple may provide prepaid way bills (and if you no longer have the original packaging, Apple may send you packaging material). If Apple does not provide prepaid way bills or packaging, you must arrange for the shipping and packaging of your product to Apple's repair service location, as described at the time of ordering, and you may want to consider insuring your package in case of damage or loss during shipment. Once service is complete, the Apple repair service location will return the repaired product or provide a replacement product to you.

#### 1.3.3 Express Replacement Service (ERS).

If Apple determines that your product is eligible for ERS, and you choose to order ERS by providing to Apple your credit card details, Apple will ship to your designated location a replacement product. You will return your replaced product in accordance with Apple's instructions. All replaced products must be returned to Apple within the Return Period as defined in the ERS Terms and Conditions. If (i) Apple does not receive the replaced product within the Return Period, or (ii) the replaced product is not eligible for service as described in the ERS Terms and Conditions, you will pay the amount agreed by you at the time service was ordered.

### 1.4 Changes to Service Options.

To the extent permitted by law, Apple reserves the right to change at any time the service options available to you.

### 1.5 End Users Only.

Apple services, sells and ships products to end user customers only. You may not purchase for resale. Apple reserves the right to refuse or cancel your order if Apple suspects you are purchasing for resale.

### 1.6 No Sale to Minors.

Purchase under these terms is available only to those who have reached the age of majority.

### 1.7 Service Exclusions and Diagnostic Fee.

To the extent permitted by law, Apple may charge you a diagnostic fee (including shipping charges) as described in the Country Variation section, below ("Diagnostic Fee"), if Apple inspects your product and determines that (i) your product does not require service, (ii) your product has failed due to or has incompatibilities with software or data residing or recorded on your product (iii) service is required due to the failure of parts that are neither supplied by Apple nor Apple-branded, (iii) additional labor or parts are required that were not specified in the original estimated charges and you do not agree to authorize service based on Apple's revised estimated charges, or (iv) service cannot be performed because the serial number has been altered, defaced or removed or the product has failed due to accident, abuse, liquid spill or submersion, neglect, misuse (including faulty installation, repair, or maintenance by anyone other than Apple or an Apple Authorized Service Provider), unauthorized modification, extreme environment (including extreme temperature or humidity), extreme physical or electrical stress or interference, fluctuation or surges of electrical power, lightning, static electricity, fire, acts of God or other external causes ("Service Exclusions"). Apple will return your product to you without servicing it and may charge you the Diagnostic Fee.

### 1.8 Exceptions to Coverage.

Service under this Agreement is offered and valid only in the countries described in the Country Variation section, below.

1.9 Delivery.

Apple may provide an estimate on when a replacement product or shipping box to facilitate service will be shipped to you. Once your order has been prepared for shipment or has shipped, Apple is unable to change the shipping address. Please note that for deliveries that require a signature, if you are willing to assume the risks of your order being delivered without anyone at the delivery address, you may authorize Apple to arrange for a delivery without the need for a signature.

1.10 Customer's Responsibility.

1.10.1

You must follow shipping and packing instructions provided by Apple. You will be responsible for products or parts that are lost or damaged as a result of failure to follow instructions.

1.10.2

It is your responsibility to backup all existing data, software, and programs, and to erase all existing data before receiving services. Apple is not responsible for loss, recovery, or compromise of data, programs or loss of use of equipment arising out of the services provided by Apple. You represent that your product does not contain illegal files or data.

1.10.3 Abandoned Property.

Unless you provide alternative instructions, Apple will ship your repaired or replacement product to the mailing address you furnished when you authorized service. If your product is returned to Apple because delivery could not be completed at the address given, Apple will attempt to contact you for an alternative mailing address. If you do not provide an address at which Apple or its agent may deliver your product within sixty (60) days (see the Country Variation section, below, for any applicable exceptions) after the original delivery attempt, Apple will notify you that it considers your product to be abandoned. Apple will send notice to the mailing address you furnished when you authorized service. In the event that your product is abandoned, Apple may dispose of your product in accordance with applicable provisions of law, and, specifically, may sell your product at a private or public sale to pay for any outstanding service performed. Apple reserves its statutory and any other lawful liens for unpaid charges.

1.10.4 Information on Service.

During the service ordering process you must provide a description of the issue that is affecting your product, so that Apple understands and may replicate the issue.

1.10.5

Apple encourages you to review service order status information at http://www.apple.com/support/repairstatus/

## 2. Orders and Payment

2.1 Payment.

Terms of payment are within Apple's sole discretion, and unless otherwise agreed to by Apple, payment details must be received prior to Apple's acceptance of an order.

2.2 Payment Methods.

Apple allows you to make purchases or place orders (that require security for the return of the replaced part or product) using credit, debit or check card, or some other prearranged payment

method unless Apple has agreed to some other credit terms. When you provide Apple with your card information, Apple will obtain a pre-approval from the card company for the amount of the order, which may result in a corresponding block on your available credit while the pre-approval remains in place. Apple will not bill your credit card or process a transaction under your debit or check card until your order is processed. Apple may not be able to accept credit, debit, or check cards associated with a billing address outside of the country site. Debit cards and check cards may have daily spending limits that could delay the processing of your order substantially. Apple requires the credit, debit, or check card security code for your card to protect against the unauthorized use of your credit card by other persons. The security code is an individual three or four digit number specific to your card that may be printed on the face of your card above the embossed account, or on the back of your card, on the signature panel.

### 2.3 Prices.

Apple endeavors to offer you competitive prices on current Apple products and services. Your total order price will include the price of the product or service on the day of order processing. Apple reserves the right to change prices for products or services displayed at any time and particularly to correct pricing errors that appear.

### 2.4 Confirmation.

Apple will send you a confirmation of your order via email shortly after receipt. You will receive a confirmation by regular mail when Apple accepts your order.

### 2.5 Refunds.

Except as described in the Warranty and Limitation of Liability section below, Apple does not provide refunds for service orders.

## 3. Warranty and Limitation of Liability

### 3.1 Service Warranty.

For all service orders, Apple warrants to the extent permitted by law that (1) services performed will conform to their description for ninety (90) days from the date of service, (2) except for batteries described in the subsection below, all parts or products used in service will be free from defects in materials and workmanship for ninety (90) days from the date of service, and (3) batteries installed as part of Apple's battery replacement service for Apple portable Mac computers will be free from defects in materials and workmanship for one year from the date of service. This warranty is an express limited warranty. If non-conforming service is provided or a defect arises in a replacement part or product during the applicable warranty period, Apple will to the extent permitted by applicable law at its option, either (a) re-perform services to conform to their description (b) repair or replace the part or product, using parts or products that are new or equivalent to new in performance and reliability, or (c) refund the sums paid to Apple for service.

### 3.2 Disclaimer of Warranty.

TO THE EXTENT PERMITTED BY LAW, THE EXPRESS WARRANTIES, CONDITIONS AND REMEDIES SET OUT IN THIS AGREEMENT ARE EXCLUSIVE AND IN LIEU OF ALL OTHER WARRANTIES, CONDITIONS, TERMS, UNDERTAKINGS, OBLIGATIONS AND REPRESENTATIONS, WHETHER ORAL OR WRITTEN, STATUTORY, EXPRESS OR IMPLIED. TO THE EXTENT PERMITTED BY LAW, APPLE SPECIFICALLY DISCLAIMS AND EXCLUDES ANY AND ALL STATUTORY AND IMPLIED WARRANTIES, CONDITIONS, TERMS, UNDERTAKINGS, OBLIGATIONS AND REPRESENTATIONS RELATED TO OR ARISING IN ANY WAY OUT OF THIS AGREEMENT, INCLUDING ANY IMPLIED WARRANTY OR CONDITION OF MERCHANTIBILITY, SATISFACTORY QUALITY, CARE, SKILL OR FITNESS FOR A PARTICULAR PURPOSE.

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 6 of 17

### 3.3 Limitation of Liability.

IF YOU ARE A CONSUMER, YOU MAY HAVE CERTAIN ADDITIONAL RIGHTS WITH REGARD TO SERVICES AND PRODUCTS PROVIDED UNDER THIS AGREEMENT. PLEASE REFER TO YOUR LOCAL CONSUMER AUTHORITY FOR MORE INFORMATION ABOUT YOUR RIGHTS. IF NOT COVERED BY THESE RIGHTS, APPLE DOES NOT ACCEPT LIABILITY BEYOND THE REMEDIES SET FORTH HEREIN, INCLUDING BUT NOT LIMITED TO ANY LIABILITY FOR PRODUCT NOT BEING AVAILABLE FOR USE, LOST PROFITS, LOSS OF BUSINESS OR FOR LOST, CORRUPTED, OR COMPROMISED DATA OR SOFTWARE, OR THE PROVISION OF SERVICES. EXCEPT AS EXPRESSLY PROVIDED HEREIN, APPLE WILL NOT BE LIABLE FOR ANY CONSEQUENTIAL, SPECIAL, INDIRECT, OR PUNITIVE DAMAGES, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, OR FOR ANY CLAIM BY ANY THIRD PARTY. YOU AGREE THAT FOR ANY LIABILITY RELATED TO THE PURCHASE OF PRODUCT, APPLE IS NOT LIABLE OR RESPONSIBLE FOR ANY AMOUNT OF DAMAGES ABOVE THE AMOUNT OF YOUR ORDER. IN CONSUMER CASES, THE LIABILITY FOR (1) PERSONAL DEATH AND INJURY AND (2) FRAUD MAY BE WIDER THAN NEGLIGENCE CAUSED LOSS AND IN SUCH CASES APPLE DOES NOT SEEK TO EXCLUDE THIS LIABILITY.

### 3.4

Some states, provinces and jurisdictions do not allow the exclusion or limitation of incidental or consequential damages or exclusions or limitations on the duration of implied warranties or conditions, so these limitations or exclusions may not apply to you. The express limited warranty gives you specific legal rights, and you may also have other rights that vary by state, province or jurisdiction.

## 4. Export Control.

You may not use or otherwise export or re-export the products serviced except as authorized by the laws of the jurisdiction in which the products were obtained. In particular, but without limitation, the products may not be exported or re-exported in violation of export laws, including if applicable export or re-export into any US-embargoed countries or to anyone on the US Treasury Department's list of Specially Designated Nationals or the US Department of Commerce Denied Person's List or Entity List. You represent that you are not located in any country or on any list where the provision of product to you would violate applicable law. You also agree that you will not use products for any purposes prohibited by applicable law.

## 5. General.

### 5.1 Typographical Errors.

Apple is not responsible for typographical errors. Apple reserves the right to cancel any order you have placed if there was a typographical error concerning the pricing or availability of any item you ordered when you placed the order.

### 5.2 Change Terms.

Apple reserves the right to change this Agreement at any time.

### 5.3 Cancellation.

Upon acceptance of a service order, Apple initiates service and consequently a service order may not be cancelled and you cannot withdraw from the contract.

### 5.4 Product/Service Changes.

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 7 of 17

Apple may make changes to any products or services offered online, or to the applicable prices for any such products or services, at any time, without notice. The information provided online with respect to products and services may be out of date, and Apple makes no commitment to update the information provided online with respect to such products and services.

5.5 Access online.

Apple reserves the right to do any of the following, at any time, without notice: (1) to modify, suspend or terminate operation of or access to its online pages, or to any portion of its online site, for any reason; (2) to modify or change its online pages, or any portion thereof, and any applicable policies or terms; and (3) to interrupt the operation of its online site, or any portion thereof, as necessary to perform routine or non-routine maintenance, error correction, or other changes.

5.6 Governing Law.

The laws of the country where you ordered service or product will govern this Agreement, except as otherwise described in the Country Variation section, below

5.7 No Changes to the Agreement.

No Apple employee or agent has the authority to vary any of the terms and conditions governing any transaction.

5.8 Unenforceable Terms.

If any of the aforementioned terms are held by a court or other tribunal of competent jurisdiction to be void or unenforceable, such term shall be limited or eliminated to the minimum extent necessary and replaced with a valid provision that best embodies the intent of the term, so that the terms shall remain in full force and effect.

5.9 Waivers.

Apple's failure to insist on or enforce strict performance of this Agreement shall not be construed as a waiver by Apple of any provision or any right it has to enforce these policies, nor shall any course of conduct between Apple and you or any other party be deemed to modify any provision of these terms.

5.10 No Third Party Beneficiaries.

These terms shall not be interpreted or construed to confer any rights or remedies on any third parties.

5.11 International Products/Services.

Apple provides access to Apple international data and, therefore, may contain references or cross references to Apple products, programs and services that are not announced in your country. Such reference does not imply that Apple in your country intends to announce such products, programs or services.

5.12 Data Protection.

You agree and understand that it is necessary for Apple to collect, process and use your data in order to process sales, perform service and confirm compliance with applicable laws. Apple will protect your information in accordance with Apple Privacy Policy (www.apple.com/legal/warranty/privacy). If you wish to have access to the information that Apple holds concerning you or if you want to make changes, access URL http://www.apple.com/contact/myinfo to update your personal contact preferences.

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 8 of 17

5.13 Subcontractors.

Apple may subcontract with other service providers for the service of your product.

5.14 Conflict of Terms; Services in English.

To the extent permitted by law, in the event of a conflict between different translations of these terms, the English translation will prevail. Certain support services and related documents may be available in English only.

5.15 Complete Agreement; Force Majeure.

This Agreement governs service transactions accepted by Apple. No other oral or written terms or conditions apply. Apple does not authorize any variance or modification of this Agreement. Apple is not responsible for any failures or delays in performing service or delivering your product or a replacement product that are due to events outside Apple's reasonable control.

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 9 of 17

# 6. Country Variations.

The provisions of this section will control if inconsistent with any provision of this Agreement.

## 6.1 All EU Countries

### 6.1.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

### 6.1.2

For the purposes of this Agreement, Apple is Apple Sales International, Hollyhill Industrial Estate, Hollyhill, Cork, Republic of Ireland or its successor in title.

### 6.1.3

Pursuant to the subsection entitled **Service Exclusions and Diagnostic Fee** in Section 1, Apple may charge you a diagnostic fee of up to €100 (£100 the United Kingdom) or the equivalent in local currency in the countries covered by these terms.

### 6.1.4

Further to the subsection title **Exceptions to Coverage** in Section 1, Service under these terms is offered and valid only in Austria, Belgium, Denmark (excluding Greenland and Faroe Islands), Germany, Finland (excluding Åland), France (excluding Corsica, overseas departments and territories), Ireland, Italy (excluding Sardinia), Luxembourg, Monaco, Netherlands, Spain (including Balearic Islands but excluding Canary Islands, Ceuta, Melila), Sweden, Switzerland, Liechtenstein, Norway (excluding Svalbard) and the United Kingdom (excluding the Isle of Man).

### 6.1.5

The Subsection titled **Abandoned Property** in Section 1 is replaced as follows: If you have not claimed your product and paid all charges due within sixty (60) days after being notified by Apple that your product has been repaired, Apple will set you a time period to claim the product. Apple will send such notification to you at the mailing address you furnished when you authorized the repairs. If you continue to fail to pick up your product, Apple may claim any damages from you including any costs or the storage of such product. Apple reserves its statutory and any other lawful liens for unpaid charges.

### 6.1.6

The following is added to the subsection titled **Cancellation** in section 5: If you are a consumer, you agree that because Apple starts service upon acceptance of your order, you may not exercise the right of withdrawal.

### 6.1.7

The following is added to the subsection titled **Product/Service Changes** in section 5: Notwithstanding the subsection title **Typographical Errors** prior to the conclusion of your contract with Apple, you will be provided with the correct information about the main characteristics of the goods or services, as well as the price and delivery costs of the goods or services including all taxes.

### 6.1.8

Case 5:17-cv-07265-EJD Document 31-3 Filed 02/09/18 Page 10 of 17

The following is added to the subsection titled **Governing Law**: For customers that do not qualify as consumers, these terms are governed by and construed in accordance with the laws of the Republic of Ireland and all claims must be brought in the courts of the Republic of Ireland.

6.1.9

The following is added to the subsection title **Data Protection**: You may also contact Apple's European data controller at privacy@euro.apple.com if you wish to have access to the information that Apple holds concerning you or if you want to make changes.

In addition to the above variations, the following country specific variations apply:

Case 5:17-cv-07265-EJD Document 31-3 Filed 02/09/18 Page 11 of 17

## 6.2 Belgium

### 6.2.1

The following is added to subsection titles **Cancellation: Apple will be unable to facilitate any cancellation requests for your order, pursuant to Article 79 § 1 Trade Practices Act 1991.**

## 6.3 Austria and Germany

### 6.3.1

The Subsection title **Abandoned Property** is replaced as follows: Apple is entitled to retain your product until full payment by you of all charges for the repair. If you have not claimed your product and paid all charges due within sixty (60) days after being notified by Apple that your product has been repaired, Apple will invite you to collect the product and/or to accept delivery of the products, in exchange for the payment of the charges. It is understood that, without prejudice to the rights of Apple to obtain compensation of damages, you will be responsible for all charges incurred for the custody of the products Apple reserves its statutory and any other lawful liens for unpaid charges.

## 6.4 Australia

### 6.4.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement. The rights described in this policy in respect of returns, refunds and warranties are in addition to the statutory rights to which you may be entitled under the Consumer and Competition Act 2010 and other applicable Australian consumer protection laws and regulations. Our goods come with guarantees that cannot be excluded under the Australian Consumer Law. You are entitled to a replacement or refund for a major failure and for compensation for any other reasonably foreseeable loss or damage. You are also entitled to have the goods repaired or replaced if the goods fail to be of acceptable quality and the failure does not amount to a major failure. Goods presented for repair may be replaced by refurbished goods of the same type rather than being repaired. Refurbished parts may be used to repair the goods. The repair of goods may result in loss of the data.

### 6.4.2 Apple.

For the purposes of this Agreement, Apple is Apple Pty Ltd level 13, 255 Pitt St. Sydney 2000.

### 6.4.3 Exceptions to Coverage.

Service under this Agreement is offered and valid only to residents located in Australia. Service under this Agreement is not available where prohibited by law.

### 6.4.4 Governing law.

To the extent permitted by law, all service orders received from residents of Australia will be governed by the laws of New South Wales.

### 6.4.5 Diagnostic Fee.

In Australia, Apple may charge, according to this Agreement, a diagnostic fee of no more than one-hundred ($100 AUD) dollars.

## 6.5 Canada

### 6.5.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

### 6.5.2 Apple.

For the purposes of this Agreement, Apple is Apple Canada Inc., 7495 Birchmount Road, Markham, Ontario, L3R 5G2, Canada.

### 6.5.3 Exceptions to Coverage.

Service under this Agreement is offered and valid only to residents located in Canada. Service under this Agreement is not available where prohibited by law.

### 6.5.4 Governing Law.

To the extent permitted by law, all service orders received from residents of Canada will be governed by the laws of the province of Ontario without giving effect to its conflict of law provisions.

### 6.5.5 Diagnostic Fee.

In Canada Apple may charge, according to this Agreement, a diagnostic fee of no more than one-hundred ($100 CAD) dollars Canadian, plus applicable tax.

## 6.6 Denmark

### 6.6.1

For Danish consumers the rights in this warranty come in addition to and do not affect your mandatory rights as a consumer, including those contained in the Sales of Goods Act, among other things establishing the right to complain as to nonconformities until the expiry of the two year claims period set forth therein, that is 2 years as from the date of the purchase.

### 6.6.2

Furthermore, If the serviced product fails following the expiry of the 90 day warranty, but within 2 years of date of performance of the services, consumers shall, at Apple's discretion be entitled either to a re-performance of the services, or a refund of the fee paid for the services, if it can be established that such a failure is due to a non-conformance in the service performed.

## 6.7 Hong Kong

### 6.7.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

### 6.7.2 Payment methods.

Apple allows you to make purchases or place orders (that require security for the return of the replaced part or product) using credit card, or some other prearranged payment method unless Apple has agreed to some other credit terms.

### 6.7.3 Apple.

For the purposes of this Agreement, Apple is Apple Asia Limited 2401 Tower One, Times Square, Causeway Bay, Hong Kong.

Case 5:17-cv-07285-EJD Document 31-3 Filed 02/09/18 Page 13 of 17

#### 6.7.4 Governing Law.

To the extent permitted by law, all service orders received from residents of Hong Kong will be governed by the laws of Hong Kong without giving effect to its conflict of law provisions.

#### 6.7.5 Diagnostic Fee.

In Hong Kong, Apple may charge, according to this Agreement, a diagnostic fee of no more than seven hundred and eighty ($780) Hong Kong dollars plus applicable tax.

### 6.8 Japan

#### 6.8.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

#### 6.8.2 Payment methods.

Apple allows you to make purchases or place orders (that require security for the return of the replaced part or product) using credit card, or some other prearranged payment method unless Apple has agreed to some other credit terms.

Case 5:17-cv-07265-EJD Document 31-3 Filed 02/09/18 Page 14 of 17

6.8.3 Apple.

For the purposes of this Agreement, Apple is Apple Japan, Inc. 3-20-2, Nishishinjuku, Shinjuku, Tokyo, Japan.

6.8.4 Diagnostic Fee.

In Japan, Apple may charge, according to this Agreement, a diagnostic fee of no more than ten-thousand (Y10,000) yen plus applicable tax.

6.9 New Zealand

6.9.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

6.9.2 Apple.

For the purposes of this Agreement, Apple is Apple Sales New Zealand, PO Box 912015, Auckland Mail Centre, Auckland 1142.

6.9.3 Exceptions to Coverage.

Service under this Agreement is offered and valid only to residents located in New Zealand. Service under this Agreement is not available where prohibited by law.

6.9.4 Governing Law.

To the extent permitted by law, all service orders received from residents of New Zealand will be governed by the laws of New Zealand.

6.9.5 Diagnostic Fee.

In New Zealand, Apple may charge, according to this Agreement, a diagnostic fee of no more than one-hundred thirty ($130 NZD) dollars.

6.10 Norway

6.10.1

For Norwegian consumers the rights under this Agreement are in addition to your statutory rights pursuant to the Norwegian Craftsmanship Services for Consumers Act (håndverkertjenesteloven) and/or the Norwegian Consumer Purchase Act (forbrukerkjøpsloven), including your right to use the longest period of claim, that is within two years from the repair or purchase.

6.11 United States of America

6.11.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

6.11.2 Apple.

For the purposes of this Agreement, Apple is Apple Inc., 1 Infinite Loop, Cupertino, CA 95014.

6.11.3 Exceptions to Coverage.

Case 5:17-cv-07265-EJD Document 31-3 Filed 02/09/18 Page 15 of 17

Service under this Agreement is offered and valid only to residents located in the fifty states of the United States of America and the District of Columbia. Service under this Agreement is not available where prohibited by law.

6.11.4 Governing Law.

To the extent permitted by law, all service orders received from residents of the United States of America will be governed by California law without giving effect to its conflict of law provisions.

Case 5:17-cv-07265-EJD Document 31-3 Filed 02/09/18 Page 16 of 17

6.11.5 Diagnostic Fee.

In the United States of America Apple may charge, according to this Agreement, a diagnostic fee of no more than one-hundred ($100 USD) dollars US, plus applicable tax.

6.11.6 NOTICES TO CALIFORNIA CONSUMERS ONLY

6.11.6.1

An estimate for repairs, as required (section 9844 of the California Business and Professions Code), shall be given to the customer by the service dealer in writing. The service dealer may not charge for work done or parts supplied in excess of the estimate without the prior consent of the customer. Where provided in writing the service dealer may charge a reasonable fee for services provided in determining the nature of the malfunction in preparation of a written estimate for repair. For information, contact the Bureau of Electronic and Appliance Repair, Department of Consumer Affairs, Sacramento, CA 95814, U.S.

6.11.6.2

A buyer of this product in California has the right to have this product serviced and repaired during the warranty period. The warranty period will be extended for the number of whole days that the product has been out of the buyer's hands for warranty repairs. If a defect exists during the warranty period, the warranty will not expire until the defect has been fixed. The warranty period also will be extended if the warranty repairs have not been performed due to delays caused by circumstances beyond the control of the buyer, or if the warranty repairs did not remedy the defect and the buyer notifies the manufacturer or seller of the failure of the repairs within 60 days after they were completed. If, after a reasonable number of attempts, the defect has not been fixed, the buyer may return this product for a replacement or a refund subject, in either case, to deduction of a reasonable charge for usage. The time extension does not affect the protection or remedies the buyer has under other laws.

6.11.6.3 Sales Tax.

In addition to the price of your purchase, Apple will charge you sales tax on applicable transactions based on your shipping address and the sales tax rate in effect at the time your order is billed. If the sales tax rate for the state to which your order is being shipped changes before the product is shipped, the rate in effect at the time your order is invoiced will apply. The proof of purchase that Apple sends to you will include any applicable sales tax.

## 6.12 Singapore

6.12.1 Interpretation.

The provisions of this section will control if inconsistent with any provision of this Agreement.

6.12.2 Payment methods.

Apple allows you to make purchases or place orders (that require security for the return of the replaced part or product) using credit card, or some other prearranged payment method unless Apple has agreed to some other credit terms.

6.12.3 Apple.

For the purposes of this Agreement, Apple is Apple Computer South Asia PTE Ltd., 7 Ang Mo Kio Street 64, Singapore 569086.

6.12.4 Governing Law.

To the extent permitted by law, all service orders received from residents of Singapore will be governed by the laws of Singapore, without giving effect to its conflict of law provisions.

6.12.5 Diagnostic Fee.

In Singapore, Apple may charge, according to this Agreement, a diagnostic fee of no more than one hundred and eighty ($180) Singapore dollars plus applicable tax.