**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION** | Case No. 5:18-md-02827-EJD-NC |
| | **CLASS ACTION** |
| This Relates to: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR RELIEF PURSUANT TO RULE 23(d) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| **ALL CASES** | Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |
| | Hearing Date: September 28, 2018<br>Hearing Time: 10:00 a.m. |

Having received Plaintiffs' Motion for Relief Pursuant to Rule 23(d) of the Federal Rules of Civil Procedure, defendant Apple Inc.'s response thereto, and supporting materials, for good cause shown, the Motion is GRANTED:

Specifically, the Court hereby orders:

1. Any releases, waivers and agreements affecting remedies in this litigation that Apple obtained based on communications with putative class members regarding 1) the discounted battery replacement and 2) the refund credit, that failed to disclose the pendency of this proposed class action prior to the date of entry of this Order, are hereby declared invalid, unenforceable, and void.

2. Within thirty (30) days of entry of this Order, Apple shall issue a corrective notice regarding the discounted battery replacement that Apple announced on December 28, 2017, and the refund credit announced on May 23, 2018, informing putative class members of the pendency of this proposed class action, with the language and form to be approved by Plaintiffs' Interim Co-Lead Counsel and the Court. All future communications regarding the discounted battery replacement and refund credit shall include a similar notice approved by Plaintiffs' Interim Co-Lead Counsel and the Court.

3. Within ten (10) days of entry of this Order, Apple shall produce to Plaintiffs' Interim Co-Lead Counsel copies of all prior communications with putative class members, and the names, email addresses, and other contact information for those putative class members that Apple has contacted regarding the discounted battery replacement and the refund credit on or after December 21, 2018, the date on which this action commenced.

**IT IS SO ORDERED.**

Dated: ______________________

______________________________
HON. EDWARD J. DAVILA
United States District Judge