**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Brian Danitz (SBN 247403)
Stephanie D. Biehl (SBN 306777)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-05777
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*bdanitz@cpmlegal.com*
*sbiehl@cpmlegal.com*

*Attorneys for Plaintiff Robert Gilson*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION** | Case No. 5:18-md-02827-EJD<br><br>**NOTICE OF APPEARANCE OF BRIAN DANITZ**<br><br>U.S. District Judge Edward J. Davila |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that partner attorney Brian Danitz, California State Bar Number 247403, of the law firm Cotchett, Pitre & McCarthy, LLP, hereby makes an appearance on behalf of Plaintiff Robert Gilson and is authorized to receive service of all pleadings, notices, orders, and other papers regarding this action on its behalf. His address, telephone, facsimile, and email are as follows:

> Brian Danitz (SBN 247403)
> COTCHETT, PITRE & McCARTHY, LLP
> San Francisco Airport Office Center
> 840 Malcolm Road, Suite 200
> Burlingame, CA 94010
> Telephone: (650) 697-6000
> Facsimile: (650) 697-0577
> Email: bdanitz@cpmlegal.com

Dated: August 8, 2018                        **COTCHETT, PITRE & MCCARTHY, LLP**


By:  */s/ Brian Danitz*
          BRIAN DANITZ

# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE OF BRIAN DANITZ** with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Courts electronic filing systems.

DATED: August 8, 2018                    Respectfully submitted,

By: _____*/s/ Brian Danitz*_____
       BRIAN DANITZ

**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
bdanitz@cpmlegal.com

*Attorney for Plaintiff Robert Gilson*