THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
  tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

G. CHARLES NIERLICH, SBN 196611
  gnierlich@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:   415.393.8200
Facsimile:   415.374.8458

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO. 5:18-md-02827-EJD<br><br>**PUTATIVE CLASS ACTION**<br><br>**DECLARATION OF KRISTIAN BRABANDER IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge:         Hon. Edward J. Davila<br>Courtroom:  4, 5th Floor<br>Hearing Date: September 28, 2018<br>Hearing Time: 10:00 a.m. |

Gibson, Dunn & Crutcher LLP

DECLARATION OF KRISTIAN BRABANDER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - CASE NO. 5:18-MD-02827-EJD

I, Kristian Brabander, declare as follows:

1. I am an attorney licensed to practice law in Quebec, Ontario and New Brunswick, Canada. I am a partner in the law firm of McCarthy Tétrault LLP, counsel for Apple Inc. and Apple Canada Inc. in certain civil litigation pending in Canada, including the cases described herein. I submit this declaration in support of Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. I have personal knowledge of the facts set forth in this Declaration unless otherwise noted and, if called as a witness, I could and would competently testify thereto.

2. I have reviewed the Consolidated Amended Complaint ("CAC") filed in the above-captioned matter on July 2, 2018. The CAC references the following three pending litigation matters in Canada: *Gaudio v. Apple Inc. and Apple Canada Inc*; *Saleh v. Apple Inc. and Apple Canada Inc.*; and *Badaoui v. Apple Inc. and Apple Canada Inc.* CAC, ¶¶ 436-37. The CAC further states with respect to *Gaudio* and *Saleh* that "[t]he plaintiffs in both cases have agreed to cooperate with each other and have temporarily agreed to hold the action in abeyance in favor of MDL 2827 . . . ." CAC, ¶ 436.

3. However, counsel in the *Gaudio*, *Saleh*, and *Badaoui* matters pending in Canada have continued to litigate those cases and, as of the date of this declaration, none of those counsel has contacted me (or any member of my law firm, to my knowledge), nor filed any motion, seeking to hold any of these matters in abeyance. Instead, in the *Gaudio* action pending in Ontario, on July 30, 2018, Plaintiffs' counsel requested the assignment of a case management judge and scheduling of the first case management conference. On August 7, 2018, Regional Senior Justice B. Thomas assigned Madam Justice H. Rady as the case management judge for the proposed class proceeding, with notice to Plaintiffs' counsel in the two other Ontario proposed class actions. In the *Badaoui* case pending in Quebec, a hearing on Defendants' preliminary motions is scheduled to be heard on August 14, 2018.

4. The CAC omitted five other purported class action matters in Canada relating to iOS power management in certain Apple iPhone devices that were pending when the CAC was filed on July 2, 2018, and are still pending as of the date of this declaration:

   a. *Blythman v. Apple Inc. and Apple Canada Inc.* (Saskatchewan);
   b. *Collins Swartz v. Apple Inc. and Apple Canada Inc.* (Ontario);

1

DECLARATION OF KRISTIAN BRABANDER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
PLAINTIFFS' COMPLAINT - CASE NO. 5:18-MD-02827-EJD

c. *Hibanaura v. Apple Inc. and Apple Canada Inc.* (Alberta);

d. *St Onge v. Apple Inc. and Apple Canada Inc.* (Quebec); and

e. *Strohmaier v. Apple Inc. and Apple Canada Inc.* (British Columbia).

5. Since the CAC was filed on July 2, 2018, another purported class action matter relating to iOS power management in certain Apple iPhone devices has been filed in Canada: *Crema v. Apple Inc. and Apple Canada Inc.* (British Columbia).

6. Counsel in the *Blythman*, *Collins Swartz*, *Hibanaura*, *St Onge*, *Strohmaier*, and *Crema* matters have continued to litigate these cases, and none of these counsel has contacted me (or any member of my law firm, to my knowledge), nor filed any motion, seeking to hold any of these matters in abeyance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 8, 2018.

_____
KRISTIAN BRABANDER

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF KRISTIAN BRABANDER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT - CASE NO. 5:18-MD-02827-EJD
DOCS-#18185043-V1-CC_EDITS_TO_APPLE_IOS_PM_-_BRABANDER_DECLARATION_(CANADA)_(GCN).DOCX