1  THEODORE J. BOUTROUS, JR., SBN 132099
      tboutrous@gibsondunn.com
2  CHRISTOPHER CHORBA, SBN 216692
      cchorba@gibsondunn.com
3  THEANE EVANGELIS, SBN 243570
      tevangelis@gibsondunn.com
4  TIMOTHY W. LOOSE, SBN 241037
      tloose@gibsondunn.com
5  GIBSON, DUNN & CRUTCHER LLP
   333 South Grand Avenue
6  Los Angeles, CA  90071-3197
   Telephone:  213.229.7000
7  Facsimile:   213.229.7520

8  G. CHARLES NIERLICH, SBN 196611
      gnierlich@gibsondunn.com
9  RACHEL S. BRASS, SBN 219301
      rbrass@gibsondunn.com
10 GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
11 San Francisco, CA  94105
   Telephone:  415.393.8200
12 Facsimile:   415.374.8458

13 *Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION, | CASE NO. 5:18-md-02827-EJD  **PUTATIVE CLASS ACTION**  **DECLARATION OF JIN-YEONG CHUNG IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT**  Judge:         Hon. Edward J. Davila  Courtroom:  4, 5th Floor  Hearing Date:  September 28, 2018  Hearing Time:  10:00 a.m. |
| This Document Relates To:  ALL ACTIONS. | |

Gibson, Dunn & Crutcher LLP

DECLARATION OF JIN-YEONG CHUNG IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - CASE NO. 5:18-MD-02827-EJD

I, Jin-Yeong Chung, declare as follows:

1. I am an attorney licensed to practice law in the Republic of Korea. I am a Partner in the law firm of Kim & Chang, counsel for Apple Inc. and Apple Korea Ltd. in certain civil litigation pending in Korea, including the case described herein. I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiffs' Consolidated Amended Complaint. I have personal knowledge of the facts set forth in this Declaration unless otherwise noted, and if called as a witness, I could and would competently testify thereto.

2. I have reviewed the Consolidated Amended Complaint ("CAC") filed in the above-captioned matter on July 2, 2018. The CAC purports to bring claims on behalf of two Korean plaintiffs, Heekyung Jo and Youngro Lee. CAC, ¶¶ 267-270. The CAC also references the "an opt-in class action suit on behalf of more than 60,000 named plaintiffs" that is currently pending in Korea.

3. The lawsuit mentioned in paragraph 444 of the CAC was filed on March 30, 2018 in Seoul Central District Court by the Hannuri Law Firm. Two of the plaintiffs bringing claims in the Hannuri action have the same names as the two proposed Korean plaintiffs in the U.S. action, Heekyung Jo and Youngro Lee.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 9, 2018.

JIN-YEONG CHUNG

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF JIN-YEONG CHUNG IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT - CASE NO. 5:18-MD-02827-EJD