# EXHIBIT 1

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Cynthia Chen McTernan
Direct: +1 213.229.7633
Fax: +1 213.229.6633
CMcTernan@gibsondunn.com

August 6, 2018

VIA ELECTRONIC MAIL

Joseph Cotchett
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
lking@kaplanfox.com

      Re:    *In re Apple Inc. Device Performance Litig.*, No. 5:18-MD-02827 (N.D. Cal.)

Dear Counsel:

As discussed last week, Apple Inc. has made available an initial production of documents, numbered APLIOSMDL00000001 – APLIOSMDL06175169, that are relevant to the claims in, and defenses to, the Consolidated Amended Complaint. This production consists of approximately 6,175,169 pages of non-privileged documents, which can be accessed via secure FTP site. The credentials for the secure FTP site accompany the transmission email.

Apple produces these documents subject to and without waiver of its Responses and Objections to Plaintiffs' First Set of Requests for Production of Documents (also served today). In particular, Apple maintains its objections to Plaintiffs' request for communications and "exchanges" with regulators, Plaintiffs' request to identify all regulatory investigations and/or inquiries, and Plaintiffs' claims relating to iPad / iPhone 5 devices and the claims of non-U.S. plaintiffs (including all claims based on foreign law). Apple produces these documents subject to your agreement that this production does not waive those objections, and the Court has stayed discovery on certain issues pending the Motion to Dismiss. Nevertheless, to avoid a dispute over the First Set of Requests / Interrogatories, we can represent to you that the referenced production consists of the same documents produced to regulators in the United States, except that Apple has removed inadvertently produced documents that are either

**GIBSON DUNN**

August 6, 2018
Page 2

privileged and/or irrelevant (documents that themselves are irrelevant and that are part of families that are wholly irrelevant).

Finally, as we discussed, Apple also produces these documents subject to the parties' ongoing negotiation of a Stipulated Protective Order and ESI Protocol to govern the production of documents in this matter.  Apple's production is consistent with its current position on those drafts, and it reserves the right to modify its production to the extent there are further changes.  Pursuant to Apple's current position on the Stipulated Protective Order, we have marked certain of these documents "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "CONFIDENTIAL."

This production is not intended to, and does not, waive any applicable privilege or protection, including the attorney-client privilege and work product privilege.  The production of material subject to any applicable privilege or other legal basis under which information may not be subject to production, if any, is inadvertent and does not waive any applicable privileges, and we reserve the right to request the return of inadvertently-produced materials.

Sincerely,

*/s/ Cynthia Chen McTernan*
Cynthia Chen McTernan

cc:   Theodore J. Boutrous, Jr.
      Christopher Chorba
      David A. Straite
      Mark C. Molumphy