# EXHIBIT 4

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Christopher Chorba
Direct: +1 213.229.7396
Fax: +1 213.229.6396
CChorba@gibsondunn.com

August 22, 2018

VIA ELECTRONIC MAIL

Joseph Cotchett
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com

Laurence D. King
Kaplan Fox & Kilsheimer LLP
350 Sansome Street, Suite 400
San Francisco, CA 94104
lking@kaplanfox.com

Re:   *In re Apple Inc. Device Performance Litig.*, No. 5:18-MD-02827 (N.D. Cal.)

Dear Counsel:

Enclosed please find a letter provided today to all Plaintiffs in the state coordinated JCCP actions (*Apple OS Cases,* JCCP No. 4976 – CJC-18-004976) summarizing Apple Inc.'s August 6, 2018 initial production of documents to Plaintiffs in the MDL action.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Christopher Chorba

cc:   Theodore J. Boutrous, Jr.
      David A. Straite
      Mark C. Molumphy

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

**Christopher Chorba**
Direct: +1 213.229.7396
Fax: +1 213.229.6396
CChorba@gibsondunn.com

August 22, 2018

VIA ELECTRONIC MAIL

To:   All Plaintiffs (Attached Distribution List)

Re:   *Apple OS Cases,* JCCP No. 4976 - CJC-18-004976

Dear Counsel:

      Pursuant to Case Management Order No. 1, the following is a summary of Apple Inc.'s August 6, 2018 initial production of documents in the federal MDL action (*In re Apple Inc. Device Performance Litig.,* No. 5:18-md-02827-EJD (N.D. Cal.)). This production consisted of 313,176 non-privileged documents, comprising 6,175,169 pages. The materials consist of presentation slide decks, word processing documents, spreadsheets, email messages, other communications, and technical documents that relate to the performance management feature introduced in iOS 10.2.1 to the iPhone 6, iPhone 6 Plus, iPhone 6s, iPhone 6s Plus, and iPhone SE, and in iOS 11.2 to iPhone 7 and iPhone 7 Plus devices, including its design, development, implementation, testing, performance, communications with customers, and press coverage relating to these updates. A list of the custodians for these documents is attached as **Appendix A**. Also included in the production are documents comprising exports from databases containing data relating to technical data, software bugs, customer complaints, and customer communications. A list of the search terms used to locate potentially responsive documents is further attached as **Appendix B**.

      Apple produced these documents subject to and without waiver of its Responses and Objections to the MDL Plaintiffs' First Set of Requests for Production of Documents. In particular, Apple maintained its objections to the MDL Plaintiffs' request for communications and "exchanges" with regulators, the MDL Plaintiffs' request to identify all regulatory investigations and/or inquiries, and the MDL Plaintiffs' claims relating to iPad / iPhone 5/5c/5s devices and the claims of non-U.S. plaintiffs (including all claims based on foreign law). Finally, Apple also produced these documents subject to the parties' ongoing negotiation of a Stipulated Protective Order and ESI Protocol to govern the production of documents in this matter. Apple's production is consistent with its current position on those drafts, and it reserves the right to modify its production to the extent there are further changes. Pursuant to Apple's current position on the Stipulated Protective Order, certain of these documents were marked "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" and "CONFIDENTIAL."

GIBSON DUNN

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

August 20, 2018
Page 2

      Please do not hesitate to contact us if you have any questions regarding this information. As noted in our email correspondence on August 18, however, we would ask that the state court plaintiffs coordinate their efforts pursuant to Judge Karnow's instructions.

Sincerely,

Christopher Chorba

CC/ccm

Distribution List

Thomas J. Brandi
Terence D. Edwards
The Brandi Law Firm
354 Pine Street, Third Floor
San Francisco, CA 94104

Michael Flannery
Charles LaDuca
4725 Wisconsin Ave, NW
Suite 200
Washington, DC 20016

Andrew Brown
2000 Park Street Suite 100
Columbia, SC 29201

Lori G. Feldman
7 W. 24th Street
New York, NY 10010

Benjamin Heikali
Joshua Nassir

GIBSON DUNN

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

August 20, 2018
Page 3


Timothy J. Peter
Faruqi & Faruqi, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024

Fazio Micheletti LLP
Jeffrey L. Fazio
Dina E. Micheletti
2410 Camino Ramon, Suite 315
San Ramon, CA 94583

Jay Withee
Attorney at Law
1810 Edgemore Avenue
Sacramento, CA 95835

Bonner C. Walsh
WALSH PLLC
1561 Long Haul Road
Grangeville, Idaho 8353

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## APPENDIX A:  Custodians[1]



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

## APPENDIX B:  Search Terms



Case 5:18-md-02827-EJD Document 217-5 Filed 09/28/18 Page 9 of 19

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

4

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

8

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**



**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**