**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206243)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD <br><br> **CLASS ACTION** |
| This Document Relates To: <br><br> ALL ACTIONS. | **DECLARATION OF SERVICE VIA ELECTRONIC MAIL** <br><br> Hon. Edward J. Davila |

I, Mario M. Choi, declare:

1. I am an attorney with Kaplan Fox & Kilsheimer LLP, and one of plaintiffs' counsel in this action. My business address is 350 Sansome Street, Suite 400, San Francisco, California 94104.

2. On November 30, 2018, I served the documents entitled:

- SECOND AMENDED CONSOLIDATED COMPLAINT [unredacted version, with exhibits]; and this
- PROOF OF SERVICE VIA ELECTRONIC MAIL

upon the following defense counsel:

**GIBSON, DUNN & CRUTCHER LLP**
Theodore J. Bourtous, Jr. / tboutrous@gibsondunn.com
Christopher Chorba / cchorba@gibsondunn.com
Theane Evangelis / tevangelils@gibsondunn.com
Timothy W. Loose / tloose@gibsondunn.com
G. Charles Nierlich / gnierlich@gibsondunn.com
Rachel S. Brass / rbrass@gibsondunn.com

*Attorneys for Defendant Apple, Inc.*

I am readily familiar with the business practice of Kaplan Fox & Kilsheimer LLP for collection and processing of document(s) to be transmitted electronically in Portable Document Format (PDF) via email, and that process is that the documents are emailed directly after the time of electronic filing with the Court's CM/ECF system.

I declare the following is true and correct. Executed this 30th day of November 2018 at San Francisco, California.

       /s/ *Mario M. Choi*
       Mario M. Choi