THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
  tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

G. CHARLES NIERLICH, SBN 196611
  gnierlich@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:   415.393.8200
Facsimile:    415.374.8458

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION,<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | CASE NO. 5:18-md-02827-EJD<br><br>**PUTATIVE CLASS ACTION**<br><br>**DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5(E)(1)**<br><br>Judge:      Hon. Edward J. Davila<br>Courtroom:  4, 5th Floor |

Gibson, Dunn & Crutcher LLP

DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5(E)(1)
CASE NO. 5:18-MD-02827-EJD

# DECLARATION OF CHRISTOPHER CHORBA

Pursuant to Northern District of California, Local Rules 79-5(e)(1) and 79-5(d)(1)(A), I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and before this Court. I am a partner at the law firm Gibson, Dunn & Crutcher LLP and counsel of record for Defendant Apple, Inc. in the above-entitled action. I have served as counsel to Apple in the above-entitled action since its inception, and I am familiar with Apple's treatment of highly proprietary and confidential information, both based on my personal experience representing Apple in this case, as well as my experience representing Apple in other litigation. Except where otherwise indicated, I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto. I offer this declaration in support of Plaintiffs' Administrative Motion to File Documents Under Seal (Dkt. 243).

2. Apple operates in an intensely competitive marketplace. As such, Apple takes great effort to protect information related to engineering, trade secrets, hardware, software, and internal policies and procedures in order to safeguard against the use of this information by competitors to gain an unfair competitive advantage.

3. I have reviewed an unredacted copy of Plaintiffs' Second Consolidated Amended Complaint, in which the portions filed under seal by Plaintiffs were highlighted. I understand that those highlighted portions represent or relate to information that has been produced or otherwise disclosed to Plaintiffs in this litigation by Apple, and designated by Apple as "HIGHLY CONFIDENTIAL" pursuant to the Stipulated Protective Order, entered October 15, 2018 (Dkt. 224).

4. The portions filed under seal by Plaintiffs—Table of Contents entries III.A.ii., III.A.iv., III.A.v., paragraphs 3–7, 9–12, 14, 369–371, 373–379, 381–409, and footnotes 37, 39, 46, and 47 of Plaintiffs' Second Consolidated Amended Complaint—contain information that is non-public, confidential, proprietary, and commercially sensitive to Apple. These sections relate to engineering and trade secrets of Apple's proprietary devices, including relating to characteristics, design, development, testing, and results of (a) software technology, including iOS software updates, and of (b) hardware technology, including lithium-ion battery technology. These portions also

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5(E)(1)
CASE NO. 5:18-MD-02827-EJD

contain detailed information regarding Apple's internal business operations and relating to non-public proceedings.

5. Disclosure to the public of the material described in paragraph 5 would cause Apple economic harm and put it at a significant competitive disadvantage. Information regarding software and hardware technology in Apple devices is foundational to Apple's business, and Apple has taken great effort to protect such information. Disclosure of highly sensitive trade secret and engineering information in such a dynamic and ultra-competitive environment risks providing significant insight into Apple's products to its competitors and causing irreparable competitive harm. If Apple is not able to protect this information, it will lose its value. Similarly, Apple's internal policies, procedures, and logistical capabilities comprise trade secret and highly sensitive competitive information that could unfairly provide a roadmap for Apple's competitors. Finally, Apple has an obligation to maintain the confidentiality of certain non-public governmental investigations, and the portions related to non-public investigations should also be filed under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on December 4, 2018, at Los Angeles, California.

*/s/ Christopher Chorba*
Christopher Chorba

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF CHRISTOPHER CHORBA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5(E)(1)
CASE NO. 5:18-MD-02827-EJD