**COTCHETT, PITRE & MCCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206243)
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*

David A. Straite (admitted *pro hac vice*)
850 Third Avenue
New York, New York 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*dstraite@kaplanfox.com*

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 5:18-md-02827-EJD<br><br>**CLASS ACTION**<br><br>[PROPOSED] **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL AND NOTICE OF LODGING PURSUANT TO CIVIL LOCAL RULE 79-5**<br><br>Hon. Edward J. Davila |

Upon consideration of the instant Administrative Motion to File Documents Under Seal and Notice of Lodging the unredacted version of Plaintiffs' Second Consolidated Amended Complaint ("SAC"), the papers submitted in support, and good cause appearing, IT IS HEREBY ORDERED that the Clerk shall seal the unredacted version of the SAC until the resolution of any declaration submitted pursuant to Civil local Rule 79-5 and any response thereto.

Pursuant to Civil Local Rule 79-5, no later than December 4, 2018, Defendant Apple Inc. ("Apple"), the Designating Party, shall submit a declaration in compliance with Rule 79-5 establishing that the following portions of the SAC warrant sealing. Should Plaintiffs disagree with any part of such declaration, they shall file a response by December 10, 2018. The portions of the unredacted SAC that shall remain temporarily sealed are as follows:

| SAC Reference/ Paragraph Number(s) ("¶") | Corresponding Page and Line Number(s) |
|---|---|
| Table of Contents | ii:12; ii:14-15 |
| ¶ 3 | 1:14-18 |
| ¶ 4 | 1:19, not including "As discussed in detail below and in ¶¶ 369-405"; 1:20-21, 2:1, not including "(the 'Defect'); 2:2 |
| ¶ 5 | 2:4-8 |
| ¶ 6 | 2:9-13 |
| ¶ 7 | 2:14-17 |
| ¶ 9 | 2:20-23 |
| ¶ 10 | 2:24-27; 3:1-2 |
| ¶ 11 | 3:3, not including "Apple failed to" |
| ¶ 12 | 3:6-3:7; |

| SAC Reference/ Paragraph Number(s) ("¶") | Corresponding Page and Line Number(s) |
|---|---|
|  | 3:8, not including "Apple actively concealed the decision to slow" |
| ¶ 14 | 3:16, not including "acknowledged that" |
| ¶ 369 | 126:7-12 |
| ¶ 370 | 126:13-16 |
| ¶ 371 | 126:17-19 |
| ¶ 373 | 126:25-27 <br> 127:1-3 |
| ¶ 374 | 127:7, not including "mitigate the rate of UPOs, caused by the Defect."; <br> 127:8 |
| ¶ 375 | 127:9-14 |
| ¶ 376 | 127:15-21 |
| ¶ 377 | 127:22-26 |
| Heading III.A.ii | 128:1 |
| ¶ 378 | 128:2-18 |
| ¶ 378, n. 37 | 128:24-25 |
| ¶ 378, n. 39 | 128:28 |
| ¶ 379 | 128:19-22; 129:1-3 |
| ¶ 381 | 129:13, not including "original capacity at 500 complete charge cycles."[45]; <br> 130:14-17 |
| ¶ 382 | 130:2, not including "*alia*" |
| Heading III.A.iv | 130:3 |
| ¶ 383 | 130:4-6; |

| SAC Reference/ Paragraph Number(s) ("¶") | Corresponding Page and Line Number(s) |
|---|---|
|  | 130:7, not including "These UPOs occurred while consumers used their devices in the ordinary" |
| ¶ 384 | 130:9-11 |
| ¶ 385 | 130:12-16 |
| ¶ 386 | 130:17-20 |
| ¶ 387 | 130:21-27 |
| ¶ 388 | 131:3, not including "cycles"; 131:4-7 |
| ¶ 388, n. 46 | 131:28 |
| ¶ 389 | 131:8-14 |
| ¶ 390 | 131:15-24 |
| ¶ 391 | 132:1-6 |
| ¶ 391, n.47 | 132:25-28 |
| ¶ 392 | 132:7-12 |
| ¶ 393 | 132:14, not including "speed of the iPhone 7 and 7 Plus to reduce UPOs"; 132:15 |
| ¶ 394 | 132:16, not including "the iPhone 5, 5s, and C also had the UPO issue."; 132:17-18 |
| ¶ 395 | 132:19-21 |
| ¶ 396 | 133:1-4 |
| ¶ 397 | 133:5-12 |
| ¶ 398 | 133:13-15 |
| ¶ 399 | 133:16-18 |

| SAC Reference/ Paragraph Number(s) ("¶") | Corresponding Page and Line Number(s) |
|---|---|
| ¶ 400 | 133:19-22 |
| ¶ 401 | 133:25, not including "it failed to disclose to consumers that millions of Devices" or "and"; 134:1, not including "owners of those devices to experience UPOs"; 134:2 |
| Heading III.A.v. | 134:3 |
| ¶ 402 | 134:4, not including "Rather than informing the owners of the Devices of the Defect"; 134:5; 134:6, not including "Apple decided to" |
| ¶ 403 | 134:11, not including "Devices by"; 134:12-13 |
| ¶ 404 | 134:14-20; 135:1-11 |
| ¶ 405 | 135:12-13 |
| ¶ 406 | 135:16-19 |
| ¶ 407 | 135:20-26 |
| ¶ 408 | 136:11, not including "In fact," |
| ¶ 409 | 136:9-11 |

**IT IS SO ORDERED.**

Dated:  December 5, 2018

Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE