1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6                                SAN JOSE DIVISION

7

8    IN RE: APPLE INC. DEVICE                    Case No.  18-md-02827-EJD
     PERFORMANCE LITIGATION

9                                                **ORDER REGARDING DISCOVERY
                                                 DISPUTES**
10

11

12

13

14          Before the Court is the parties' request to submit briefing regarding two discovery

15   disputes. Specifically, the parties state that (1) plaintiffs intend to file a motion to lift the discovery

16   stay with respect to non-U.S. plaintiffs, and (2) plaintiffs intend to file a motion to compel

17   discovery related to the iPhone 5/5c/5s model devices.

18          As to the dispute regarding the non-U.S. plaintiffs, the Court finds that the dispute is

19   premature. Currently pending before the Court is the parties' briefing regarding Apple's motion

20   for reconsideration of the order denying in part its motion to dismiss. Dkt. Nos. 236, 266, 269. The

21   motion for reconsideration may definitively resolve issues about whether Plaintiffs can assert

22   claims on behalf of non-U.S. residents, and therefore the stay is appropriate pending resolution of

23   that motion. *See In re Nexus 6P Prod. Liab. Litig.*, No. 17-cv-02185-BLF, 2017 WL 3581188, at

24   *1 (N.D. Cal. Aug. 18, 2017) (explaining that a discovery stay is appropriate when a pending

25   motion is potentially dispositive of the issue at which discovery is directed and the pending motion

26   can be decided absent discovery).

27          As to the dispute regarding discovery related to the iPhone models, the parties shall submit

28   Case No.: 18-md-02827-EJD
     ORDER REGARDING DISCOVERY DISPUTES

United States District Court
Northern District of California

a joint case management statement by February 28, 2019, that addresses the dispute. The parties shall be limited to 4 pages each to state their positions regarding the dispute.

The hearing on Apple's motion to dismiss the second amended complaint is scheduled for March 7, 2019. The Court will schedule a further case management conference on March 7, 2019, following the hearing on the motion to dismiss.

**IT IS SO ORDERED.**

Dated: January 30, 2019

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 18-md-02827-EJD
ORDER REGARDING DISCOVERY DISPUTES
2