| | |
|---|---|
| **COTCHETT, PITRE & McCARTHY, LLP** | **KAPLAN FOX & KILSHEIMER LLP** |
| Joseph W. Cotchett (SBN 36324) | Laurence D. King (SBN 206243) |
| Mark C. Molumphy (SBN 168009) | 350 Sansome Street, Suite 400 |
| San Francisco Airport Office Center | San Francisco, California 94104 |
| 840 Malcolm Road, Suite 200 | Telephone: 415-772-4700 |
| Burlingame, California 94010 | Facsimile: 415-772-4707 |
| Telephone: 650-697-6000 | lking@kaplanfox.com |
| Facsimile: 650-697-0577 | |
| jcotchett@cpmlegal.com | David A. Straite (admitted *pro hac vice*) |
| mmolumphy@cpmlegal.com | 850 Third Avenue |
| | New York, New York 10022 |
| | Telephone: 212-687-1980 |
| | Facsimile: 212-687-7714 |
| | dstraite@kaplanfox.com |

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD |
| | **CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Hon. Edward J. Davila |

TO THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

   PLEASE TAKE NOTICE that after February 6, 2019, Stephanie D. Biehl will no longer be an attorney at the law firm of Cotchett, Pitre & McCarthy, LLP and therefore hereby withdraws as counsel for Plaintiff Robert Gilson and as Interim Co-Lead Class Counsel.  Ms. Biehl should be removed from the Court's service list with respect to this action.  All attorneys at the law firms of Cotchett, Pitre & McCarthy and Kaplan Fox & Kilsheimer LLP continue to represent Plaintiffs as reflected on the docket and should continue to receive filings in this action accordingly.

Dated:  February 6, 2019

Respectfully submitted,
**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Stephanie D. Biehl*
STEPHANIE D. BIEHL

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
sbiehl@cpmlegal.com

*Interim Co-Lead Class Counsel*