**COTCHETT, PITRE & McCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Elle D. Lewis (SBN 238329)
Brian Danitz (SBN 247403)
Gina Stassi (SBN 261263)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-05777
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*elewis@cpmlegal.com*
*bdanitz@cpmlegal.com*
*gstassi@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
David A. Straite (*pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dstraite@kaplanfox.com*

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION

This Document Relates To:

ALL ACTIONS.

Case No. 5:18-md-02827-EJD

**CLASS ACTION**

**NOTICE OF APPEARANCE OF COUNSEL**

Judge: Hon. Edward J. Davila
Courtroom: 4, 5th Floor

TO THE CLERK, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that Elle D. Lewis of the law firm of Cotchett, Pitre & McCarthy, LLP, is admitted to practice in this Court and hereby enters her appearance in the above-captioned action as counsel for Plaintiff Robert Gilson.

Dated: February 13, 2019

Respectfully submitted,
**COTCHETT, PITRE & McCARTHY, LLP**

*/s/ Elle D. Lewis*
ELLE D. LEWIS

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
elewis@cpmlegal.com

*Interim Co-Lead Class Counsel*