**COTCHETT, PITRE & McCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Elle D. Lewis (SBN 238329)
Brian Danitz (SBN 247403)
Gina Stassi (SBN 261263)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*elewis@cpmlegal.com*
*bdanitz@cpmlegal.com*
*gstassi@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206243)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
David A. Straite (*pro hac vice*)
850 Third Avenue
New York, New York 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*dstraite@kaplanfox.com*

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD |
| This Document Relates To: ALL ACTIONS. | **<u>CLASS ACTION</u>** |
| | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT APPLE INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |
| | Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor<br>Hearing Date: March 7, 2019<br>Hearing Time: 10:00 a.m. |

**I. INTRODUCTION**

Pursuant to Civil Local Rules 7-11 and 79-5(e), Plaintiffs respectfully submit this Administrative Motion to File Under Seal Portions of Plaintiffs' Opposition to Defendant Apple Inc.'s Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint (the "Motion to File Under Seal"). Specifically, Plaintiffs are lodging the following under seal: 1) portions of Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant Apple Inc.'s Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint (the "Opposition"); and 2) exhibits 1-3, attached to the Declaration of Joseph W. Cotchett in Opposition to Defendant Apple Inc.'s Motion to Dismiss Plaintiffs' Second Consolidated Amended Complaint, dated February 14, 2019 (the "Cotchett Declaration").

The Opposition contain quotes and statements from documents that Defendant Apple Inc. ("Defendant" or "Apple") has designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order entered by the Discovery Special Master and the Court in this matter on October 15, 2018 (the "Protective Order") [ECF No. 224]. Exhibits 1-3 are documents attached to the Cotchett Declaration that have been designated by Defendant as "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

Pursuant to Civil Local Rule 79-5(1), the following attachments accompany this motion: (1) the Declaration of Mario M. Choi identifying the portions of the Opposition and exhibits that are the subject of this Motion to File Under Seal; (2) a redacted version of the Opposition; (3) an unredacted version of the Opposition, with portions designated as "Confidential" or "Highly Confidential" identified by highlighting with the text; (4) a redacted version of the exhibits attached to the Cotchett Declaration that have been designated "Highly Confidential"; and (5) an unredacted version of the exhibits attached to the Cotchett Declaration that have been designated "Highly Confidential".

**II. DISCUSSION**

Concurrent with this Motion to File Under Seal, Plaintiffs are filing their opposition to Defendant's motion to dismiss. Pages 1-7, 12-13, 15, 17-18, 20, 24-27, and 33 of the Opposition contain portions of statements or information from documents designated by Defendant as

"Confidential" or "Highly Confidential." Exhibits 1-3, attached to the Cotchett Declaration, have been designated "Highly Confidential" in their entirety.

Public policy favors public access to court records. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1124, 1134-35 (9th Cir. 2003). A "party seeking to seal a judicial record must articulate justifications for sealing that outweigh the public policies favoring disclosure." *Dunbar v. Google, Inc.*, No. 5:12-cv-003305-LHK, 2012 WL 6202719, at *1 (N.D. Cal. Dec. 12, 2012).

To comply with the Protective Order and Civil Local Rule 79-5, Plaintiffs have lodged the Opposition and supporting documents under seal. While Plaintiffs do not agree that the referenced material warrants sealing (and are currently disputing Apple's mass designation of confidentiality), to the best of Plaintiffs' knowledge, the redactions are consistent with Defendant's designations. Plaintiffs have erred on the side of caution in over-designating for confidentiality to not inadvertently produce otherwise confidential information. Plaintiffs do not request indefinite sealing of the Opposition and exhibits, but are submitting this Motion to File Under Seal in compliance with the Protective Order.

## III. <u>CONCLUSION</u>

Plaintiffs filed this Motion to File Under Seal in compliance with the Protective Order and Civil Local Rule 79-5, to identify portions of the Opposition and exhibits that Defendant has designated "Confidential" and/or "Highly Confidential" in accordance therewith. In accordance with Civil Local Rule 79-5(e), Interim Co-Lead Counsel will serve copies of the Opposition and supporting documents on counsel for Apple, and further submit herewith a proposed order.

Respectfully submitted,

**COTCHETT, PITRE & MCCARTHY, LLP**

Dated: February 14, 2019

By: *_/s/ Joseph W. Cotchett_*
Joseph W. Cotchett

Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Elle D. Lewis (SBN 238329)
Brian Danitz (SBN 247403)

Gina Stassi (SBN 261263)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-05777
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*elewis@cpmlegal.com*
*bdanitz@cpmlegal.com*
*gstassi@cpmlegal.com*

Dated: February 14, 2019

**KAPLAN FOX & KILSHEIMER LLP**

By: */s/ Laurence D. King*
Laurence D. King

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, 4th Floor
San Francisco, CA 94104
Tel.: (415) 772-4700
Fax: (415) 772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
David A. Straite (*pro hac vice*)
850 Third Avenue
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*dstraite@kaplanfox.com*

*Interim Co-Lead Class Counsel*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2019, at San Francisco, California.

*/s/ Laurence D. King*
Laurence D. King