**COTCHETT, PITRE & McCARTHY, LLP**
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Elle D. Lewis (SBN 238329)
Brian Danitz (SBN 247403)
Gina Stassi (SBN 261263)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*elewis@cpmlegal.com*
*bdanitz@cpmlegal.com*
*gstassi@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206243)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
David A. Straite (*pro hac vice*)
850 Third Avenue
New York, New York 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*dstraite@kaplanfox.com*

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 5:18-md-02827-EJD<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge:        Hon. Edward J. Davila<br>Courtroom:   4, 5th Floor<br>Hearing Date: March 7, 2019<br>Hearing Time: 10:00 a.m. |

Pursuant to Federal Rule of Evidence 201, Plaintiffs respectfully request that the Court take judicial notice of certain documents which are attached to the accompanying Declaration of Joseph W. Cotchett In Support Of Opposition To Motion To Dismiss Plaintiffs' Second Consolidated Amended Complaint ("Decl."). Federal Rule of Evidence 201 allows a court to take judicial notice of, *inter alia*, adjudicative facts that are "not subject to reasonable dispute" and that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Under this rule, "documents whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the pleading, may be considered in ruling on a Rule 12(b)(6) motion to dismiss." *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994), *overruled on other grounds*, *Galbraith v. Cnty. Of Santa Clara*, 307 F.3d 1119 (9th Cir. 2002). Thus, "a district court ruling on a motion to dismiss may consider a document the authenticity of which is not contested, and upon which the plaintiff's complaint necessarily relies." *Parrino v. FHP, Inc.*, 146 F.3d 699, 706 (9th Cir. 1998), *superseded by statute on other grounds as stated in Abrego Abrego v. The Dow Chem. Co.*, 443 F.3d 676, 681 (9th Cir. 2006). Plaintiffs therefore request that the Court take judicial notice of the following document incorporated by reference in Plaintiffs' Second Consolidated Amended Complaint ("SAC"):

| **EXH.** | **DOCUMENT** |
|---|---|
| 3. | Email dated December 8, 2016, produced by Apple as Bates numbers APLIOSMDL05752553- APLIOSMDL05752556, referenced and **quoted** in the SAC at ¶ 374. |

Plaintiffs also request that the Court take judicial notice of versions of Apple's "Battery Service and Recycling" webpage from 2014-2017 which are archived on the Internet Archive's Wayback Machine. "District courts in this circuit have routinely taken judicial notice of content from the Internet Archive's Wayback Machine…." *U.S. ex rel. Hong v. Newport Sensors, Inc.*, No. SACV131164JLSJPRX, 2016 WL 8929246, at *3 (C.D. Cal. May 19, 2016), *aff'd sub nom. U.S. ex rel. Juan Hong v. Newport Sensors, Inc*, 713 F. App'x 724 (9th Cir. 2018); *see also Erickson v. Nebraska Mach. Co.*, No. 15-cv-01147-JD, 2015 WL 4089849, at *1 (N.D. Cal. July 6, 2015)

("Courts have taken judicial notice of the contents of web pages available through the Wayback Machine as facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned[.]"); *UL LLC v. Space Chariot, Inc.*, 250 F. Supp. 3d 596, 604 n.2 (C.D. Cal. 2017) ("the Court takes judicial notice of the archived SpaceChariot.com webpages because they 'can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.' Fed. R. Evid. 201(b)(1)") (citing cases); *Tompkins v. 23andMe, Inc.*, No. 5:13-CV-05682-LHK, 2014 WL 2903752, at *1 (N.D. Cal. June 25, 2014) ("[T]he Court takes judicial notice of the Internet Archive(http://archive.org) version of 23andMe's website as of November 20, 2013…"); *Dzinesquare, Inc. v. Armano Luxury Alloys, Inc.*, No. CV 14-01918 JVS, 2014 WL 12597154, at *3 (C.D. Cal. Dec. 22, 2014) (taking judicial notice of webpages archived on the Internet Archive); *In re Methyl Tertiary Butyl Ether ("MTBE") Prods. Liab. Litig.*, No. 1:00-1898, 2013 WL 6869410, at *4 n.65 (S.D.N.Y. Dec. 30, 2013) ("Courts have taken judicial notice of the contents of internet archives").

Accordingly, Plaintiffs request that the Court take judicial notice of the following:

| EXH. | DOCUMENT |
|---|---|
| 4. | Apple's "Battery Service and Recycling" webpage from **December 2, 2014** available on the Wayback Machine of the Internet Archive at: https://web.archive.org/web/20141202070033/http://www.apple.com/batteries/service-and-recycling/. |
| 5. | Apple's "Battery Service and Recycling" webpage from **April 15, 2015** available on the Wayback Machine of the Internet Archive at: https://web.archive.org/web/20150415164514/http://www.apple.com/batteries/service-and-recycling/. |
| 6. | Apple's "Battery Service and Recycling" webpage from **March 31, 2016** available on the Wayback Machine of the Internet Archive at: https://web.archive.org/web/20160331164107/http://www.apple.com/batteries/service-and-recycling/. |
| 7. | Apple's "Battery Service and Recycling" webpage from **December 29, 2017** available on the Wayback Machine of the Internet archive at: https://web.archive.org/web/20171229230846/https://www.apple.com/batteries/service-and-recycling/. |

/ / /

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | **COTCHETT, PITRE & MCCARTHY, LLP** |
| 3 | Dated: February 14, 2019 | By:  */s/ Brian Danitz*  |
|   |  |         Brian Danitz |
| 4 |  |  |
| 5 |  | Joseph W. Cotchett (SBN 36324)<br>Mark C. Molumphy (SBN 168009) |
|   |  | Elle D. Lewis (SBN 238329) |
| 6 |  | Brian Danitz (SBN 247403)<br>Gina Stassi (SBN 261263) |
| 7 |  | San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200 |
| 8 |  | Burlingame, CA 94010<br>Telephone: 650-697-6000 |
| 9 |  | Facsimile: 650-697-05777<br>*jcotchett@cpmlegal.com* |
| 10 |  | *mmolumphy@cpmlegal.com*<br>*elewis@cpmlegal.com* |
| 11 |  | *bdanitz@cpmlegal.com*<br>*gstassi@cpmlegal.com* |
| 12 |  |  |
| 13 |  | **KAPLAN FOX & KILSHEIMER LLP** |
| 14 | Dated:  February 14, 2019 | By:  */s/ Laurence D. King*  |
|   |  |         Laurence D. King |
| 15 |  |  |
| 16 |  | Laurence D. King (SBN 206423)<br>Mario M. Choi (SBN 243409) |
| 17 |  | 350 Sansome Street, 4th Floor<br>San Francisco, CA 94104 |
| 18 |  | Tel.: (415) 772-4700<br>Fax: (415) 772-4707 |
| 19 |  | *lking@kaplanfox.com*<br>*mchoi@kaplanfox.com* |
| 20 |  | **KAPLAN FOX & KILSHEIMER LLP** |
| 21 |  | Frederic S. Fox (*pro hac vice*)<br>Donald R. Hall (*pro hac vice*) |
| 22 |  | David A. Straite (*pro hac vice*)<br>850 Third Avenue |
| 23 |  | New York, NY  10022<br>Telephone: (212) 687-1980 |
| 24 |  | Facsimile: (212) 687-7714<br>*ffox@kaplanfox.com* |
| 25 |  | *dhall@kaplanfox.com*<br>*dstraite@kaplanfox.com* |
| 26 |  | *Interim Co-Lead Counsel* |
| 27 |  |  |
| 28 |  |  |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of February, 2019, at San Francisco, California.

                                        */s/ Laurence D. King*
                                          Laurence D. King