# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 7/2013)

**COURT USE ONLY**
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER:** Lillian Rodriguez
**2a. CONTACT PHONE NUMBER:** (212) 687-1980
**3a. CONTACT EMAIL ADDRESS:** lrodriguez@kaplanfox.com

**1b. ATTORNEY NAME (if different):** Laurence King
**2b. ATTORNEY PHONE NUMBER:** (415) 772-4700
**3b. ATTORNEY EMAIL ADDRESS:** lking@kaplanfox.com

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):** Kaplan Fox & Kilsheimer, LLP; 350 Sansome Street, Suite 400 San Francisco, CA 94104

**5. CASE NAME:** In Re: Apple Inc. Device Performance Litigation
**6. CASE NUMBER:** 5:18-md-02827

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL ☑ CIVIL ☒ CJA: Do not use this form; use Form CJA24

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR:** Irene Rodriguez

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

**a. HEARING(S) (OR PORTIONS OF HEARINGS)**

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION (If requesting less than full hearing, specify portion (e.g. witness or time) |
|---|---|---|---|
| 03/07/19 | EDJ | Motion | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**b. SELECT FORMAT(S)** (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)

| PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) |
|---|---|---|---|---|
| ● | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ |

**c. DELIVERY TYPE** (Choose one per line)

| ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|
| ○ | ○ | ● | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |
| ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**

**ORDER & CERTIFICATION (11. & 12.)** By signing below, I certify that I will pay all charges (deposit plus additional).

**11. SIGNATURE:** /s/ Laurence King
**12. DATE:** 03/07/2019

**DISTRIBUTION:** ☐ COURT COPY ☐ TRANSCRIPTION COPY ☐ ORDER RECEIPT ☐ ORDER COPY

Clear Form