THEODORE J. BOUTROUS, JR., SBN 132099
　tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
　cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
　tevangelis@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
　tloose@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

G. CHARLES NIERLICH, SBN 196611
　gnierlich@gibsondunn.com
RACHEL S. BRASS, SBN 219301
　rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:   415.393.8200
Facsimile:    415.374.8458

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br><br> This Document Relates To: <br><br>　　ALL ACTIONS. | CASE NO. 5:18-md-02827-EJD <br><br> **PUTATIVE CLASS ACTION** <br><br> **NOTICE OF PROCEEDINGS BEFORE THE SPECIAL DISCOVERY MASTER RELATED TO PENDING MOTIONS TO SEAL** <br><br> Judge:　　Hon. Edward J. Davila |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** the parties are currently meeting and conferring about a discovery dispute that may affect two pending motions to seal: the motion to seal certain portions of Plaintiffs' Opposition to the Motion to Dismiss the Second Amended Complaint (Dkts. 279 [motion to seal], 300 [supporting declaration]), and the pending motion to seal certain portions of the Second Amended Consolidated Complaint (Dkts. 304 [joint motion to seal], 304-1 [supporting declaration]).

Plaintiffs notified Apple on March 12, 2019 that they object to Apple's designation of the documents included as Exhibits 1–3 to the Cotchett Declaration in support of Plaintiffs' Opposition to the Motion to Dismiss (Dkts. 279-6 [Exhibit 1], 279-8 [Exhibit 2], 279-10 [Exhibit 3]). Exhibits 1–3 to the Cotchett Declaration are documents that were produced by Apple as Protected Material under the Protective Order (Dkt. 224). Paragraph 374 of the Second Amended Complaint also quotes from the document that is attached as Exhibit 3 to the Cotchett Declaration.

On a regular discovery call today with the Special Discovery Master, Judge Westerfield asked the parties to meet and confer concerning Plaintiffs' objection and, if necessary, brief the issues for resolution by the Special Discovery Master. The Special Discovery Master will address this matter further at her hearing on March 28, 2019, if the parties are unable to resolve the dispute on their own.

The resolution of the designation dispute may affect the Court's consideration of the pending motions to seal, insofar as they relate to the documents attached as Exhibits 1–3 to the Cotchett Declaration, and may thereby save Court resources regarding this issue. Apple respectfully requests that this Court defer ruling on the motions to seal to the extent that they relate to Exhibits 1–3 to the Cotchett Declaration, until the Special Discovery Master has ruled or the parties otherwise resolve Plaintiffs' objection to the designation of those documents. Apple will inform the Court when the dispute is resolved.

DATED: March 14, 2019

GIBSON, DUNN & CRUTCHER LLP

By: ___/s/ Christopher Chorba___
Christopher Chorba

*Attorneys for Defendant Apple Inc.*

1
NOTICE OF PROCEEDINGS BEFORE THE SPECIAL DISCOVERY MASTER
RELATED TO PENDING MOTIONS TO SEAL
CASE NO. 5:18-MD-02827-EJD

Gibson, Dunn & Crutcher LLP

**CERTIFICATE OF SERVICE**

I, Christopher Chorba, hereby certify that on March 14, 2019, the foregoing **NOTICE OF PROCEEDINGS BEFORE THE SPECIAL DISCOVERY MASTER RELATED TO PENDING MOTIONS TO SEAL** was filed electronically through the CM/ECF system, copies of which were sent by First Class Mail to the below individuals and anyone else unable to accept them via the electronic filing system:

Abdul Mohammed
258 East Bailey Rd Apt. C
Naperville, IL 60565

Andrew Kierstead
Hobson Bernardino & Davis LLP
444 South Flower Street
Suite 3100
Los Angeles, CA 90071

Brian Hogue
103158
c/o ISC C
H-3
P.O. Box 70010
Boise, ID 83707

Cathleen M. Combs
Edelman Combs Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Noah Benjamin Novogrodsky
Univ Toronto/Faculty Of Law
84 Queen's Park
Toronto ON M5S 2C5

Peter Wasylyk
Hobson Bernardino & Davis, LLP
444 South Flower Street, Suite 3100
Los Angeles, CA 90071

Randall Robinson Renick
Hadsell, Stormer, Richardson & Renick, LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103

2
NOTICE OF PROCEEDINGS BEFORE THE SPECIAL DISCOVERY MASTER
RELATED TO PENDING MOTIONS TO SEAL
CASE NO. 5:18-MD-02827-EJD

Gibson, Dunn & Crutcher LLP

Richard Brian Rosenthal
Law Offices of Richard B. Rosenthal, PA
169 E Flagler St. Ste 1422
Miami, FL 33131-1212

Richard I Woolf
Boyle Brasher LLC
One Metropolitan Square
211 North Broadway, Suite 2300
St. Louis, MO 63102

Richard S. Wayne
Strauss & Troy
Federal Reserve Building
150 E. Fourth St.
Cincinnati, OH 45202-4018

Steven Saul
Eggnatz Pascucci
5400 S. University Drive, Ste. 417
Davie, FL 33328

By: _____*/s/ Christopher Chorba*_____
   Christopher Chorba

3
NOTICE OF PROCEEDINGS BEFORE THE SPECIAL DISCOVERY MASTER
RELATED TO PENDING MOTIONS TO SEAL
CASE NO. 5:18-MD-02827-EJD

Gibson, Dunn & Crutcher LLP