# Exhibit A

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Christopher Chorba
Direct: +1 213.229.7396
Fax: +1 213.229.6396
CChorba@gibsondunn.com

March 8, 2019

<u>VIA ELECTRONIC MAIL</u>

Joseph Cotchett
Mark Molumphy
Cotchett, Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com

Re:     *In re Apple Inc. Device Performance Litig.*, No. 5:18-MD-02827 (N.D. Cal.)

Dear Counsel:

I write concerning your blatant and very serious violation of the Protective Order (Dkt. No. 224) during yesterday's hearing before Judge Davila on Apple's Motion to Dismiss the Second Amended Complaint. The Apple documents you read into the record bore "Highly Confidential-Attorneys' Eyes Only" designations. Plaintiffs filed these documents under seal with their Opposition to Apple's Motion to Dismiss, thereby acknowledging Apple's confidentiality designations.

Section 14.7 of the Protective Order provides that "[a] Party who seeks to introduce Protected Material at a hearing, pretrial or other proceeding shall advise the Court at the time of introduction that the information sought to be introduced is protected." Plaintiffs made no effort to comply with this obligation. In particular, both of you read from and referenced Highly Confidential material—including the sealed Second Amended Complaint (Dkt. No. 243-2) and sealed exhibits attached to the Cotchett Declaration filed in support of Plaintiffs' Opposition to Apple's Motion to Dismiss (*see, e.g.*, Dkt. Nos. 279-8 (Ex. 2) & 279-10 (Ex. 3)). By doing so, you deprived Apple of the opportunity, as expressly contemplated by the Protective Order, to first seek to protect such information from public disclosure.

As I noted immediately after this violation took place, Apple maintains its confidentiality designations regarding the documents at issue. Plaintiffs agreed to such continued designations.

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

# GIBSON DUNN

Joseph Cotchett
March 8, 2019
Page 2


     Apple reserves all rights based on this plain violation of the Court's order, and demands that Plaintiffs immediately take steps to ensure that all counsel comply with the terms of the Protective Order.

     Sincerely,

     */s/ Christopher Chorba*

     Christopher Chorba