UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Relates to:<br>ALL CASES | Case No. 5:18-md-02827-EJD-NC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH PROTECTIVE ORDER (CONFIDENTIALITY DESIGNATIONS) [Dkt. No. 319]** |

Plaintiffs moved to compel compliance with the Protective Order on October 15, 2018, (the "Protective Order," Dkt 224) of documents designating protective material. Having considered all papers and the arguments of counsel, the Court **GRANTS** Plaintiffs' Motion and **HEREBY ORDERS THAT:**

1. Defendant shall re-designate all documents produced to Plaintiffs on or before April 22, 2019, compliance with the Protective Order.

2. Defendant shall bear the entire cost to properly re-designate all non-conforming designations.

3. In the alternative, going forward all of Defendant's document productions to Plaintiffs shall be produced in compliance with the Protective Order.

4. Defendant shall produce to Plaintiffs on a rolling basis any further document productions by September 30, 2019.

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH PROTECTIVE ORDER (CONFIDENTIALITY DESIGNATIONS)   No. 5:18-md-02827-EJD-NC

5. Plaintiffs' cost associated with challenging non-conforming designations shall be shifted to Defendant should Defendant refuse to re-designate its production within three business days of this challenge.

**IT IS SO ORDERED.**

Dated: _____

                HON. EDWARD J. DAVILA
                United States District Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL COMPLIANCE WITH PROTECTIVE ORDER (CONFIDENTIALITY DESIGNATIONS)    No. 5:18-md-02827-EJD-NC