UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No.  5:18-md-02827-EJD<br><br>**ORDER REFERRING MOTION TO SPECIAL DISCOVERY MASTER**<br><br>Re: Dkt. Nos. 319, 320 |

Plaintiffs have filed with the Court a Motion to Compel Compliance with Protective Order and an associated proposed order.  Dkt. Nos. 319, 320.  Pursuant to the Court's Order Appointing Special Discovery Master, this Motion should be brought before the Special Discovery Master.  Dkt. No. 188 ¶ 8.  Accordingly, the Court refers the Motion to the Special Discovery Master and terminates Docket Number 319.

**IT IS SO ORDERED.**

Dated: April 30, 2019

EDWARD J. DAVILA
United States District Judge