THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
tloose@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:     415.393.8200
Facsimile:     415.374.8458

*Attorneys for Defendant,*
*APPLE INC.*

JOSEPH W. COTCHETT, SBN 36324
jcotchett@cpmlegal.com
MARK C. MOLUMPHY, SBN 168009
mmolumphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:     650.697.6000
Facsimile:     650.697.0577

LAURENCE D. KING, SBN 206243
lking@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:     415.772.4700
Facsimile:     415.772.4707

DAVID A. STRAITE, admitted *pro hac vice*
dstraite@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone:     212.687.1980
Facsimile:     212.687.7714

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | No. 5:18-md-02827-EJD<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER ON FILING OF AMENDED COMPLAINT**<br><br>**Civil L.R. 6-1**<br><br>Judge:        Hon. Edward J. Davila<br>Courtroom:   4, 5th Floor |

WHEREAS, in its April 22, 2019 Order Granting Motion for Reconsideration; Granting in Part and Denying in Part Motion to Dismiss (the "Order") (Dkt. 331), the Court granted in part and denied in part Defendant Apple Inc.'s motion to dismiss, dismissing with leave to amend certain of Plaintiffs' claims, and dismissing other claims without leave to amend;

WHEREAS, the Court gave Plaintiffs 21 days from the date of the Order, or May 13, 2019, to file an amended complaint;

WHEREAS, Plaintiffs require an enlargement of time to file an amended complaint in order to complete their analysis of whether to amend those claims as to which the Court granted leave to amend;

WHEREAS, the parties have conferred, and Defendant does not oppose enlargement of time to file an amended complaint, as long as Defendant has advance notice of the claims at issue by the time depositions commence in this case, and Plaintiffs have agreed to that request;

WHEREAS, there have been time modifications to this case (*see* Dkt. 226, 254, 329, 333);

WHEREAS, the proposed enlargement of time will not affect any hearing dates;

IT IS HEREBY JOINTLY STIPULATED AND THE PARTIES RESPECTFULLY REQUEST THAT Plaintiffs shall have until June 12, 2019 to file their amended complaint.


IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.


**Respectfully submitted,**

**KAPLAN FOX & KILSHEIMER LLP**

Dated: May 8, 2019          By:   /s/ *Laurence D. King*
                                       Laurence D. King
                           Interim Co-Lead Class Counsel

**COTCHETT, PITRE & MCCARTHY LLP**

Dated: May 8, 2019          By:   /s/ *Mark Molumphy*
                                       Mark Molumphy
                           Interim Co-Lead Class Counsel

**GIBSON, DUNN & CRUTCHER LLP**

Dated: May 8, 2019          By:   /s/ *Christopher Chorba*
                                       Christopher Chorba
                           Attorneys for Defendant Apple Inc. in all actions

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Mario M. Choi, hereby attest that counsel for all parties listed above consented to the filing of this document in Case No. 5:18-MD-02827-EJD (N.D. Cal.).

DATED:  May 8, 2019                    **KAPLAN FOX & KILSHEIMER LLP**

By:    */s/ Mario M. Choi*
       _____
       Mario M. Choi
       Interim Co-Lead Counsel

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED:  _____          _____
                            Hon. Edward J. Davila, U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2019, I caused the foregoing document to be filed via ECF which will qualify as service for all parties registered to use ECF in this case. I also certify that I will cause the foregoing document to be mailed by U.S. First Class Mail, postage prepaid, to the following pro se plaintiff whose case is consolidated with the MDL but who might not be receiving ECF Notices:

Brian Hogue
ID: 103158
c/o ISCC H-3
P.O. Box 70010
Boise, ID 83707

DATED: May 8, 2019

KAPLAN FOX & KILSHEIMER LLP

By:   */s/ Mario M. Choi*
_____
Mario M. Choi

Interim Co-Lead Counsel