**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING (SBN 206423)
lking@kaplanfox.com
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707

DAVID A. STRAITE (*pro hac vice*)
dstraite@kaplanfox.com
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

**COTCHETT, PITRE & MCCARTHY LLP**
JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-0577

*Attorneys for Plaintiffs*

**GIBSON, DUNN & CRUTCHER LLP**
THEODORE J. BOUTROUS, JR. (SBN 132099)
tboutrous@gibsondunn.com
CHRISTOPHER CHORBA (SBN 216692)
cchorba@gibsondunn.com
THEANE EVANGELIS (SBN 243570)
tevangelis@gibsondunn.com
TIMOTHY W. LOOSE (SBN 241037)
tloose@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520

G. CHARLES NIERLICH (SBN 196611)
gnierlich@gibsondunn.com
RACHEL S. BRASS (SBN 219301)
rbrass@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-374-8458

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJDd<br><br>**STIPULATION AND ORDER REGARDING RULE 30(b)(6) DEPOSITIONS OF APPLE INC. AND RULE 30(b)(1) DEPOSITIONS OF CURRENT AND FORMER APPLE INC. EMPLOYEES**<br><br>Judge: Hon. Rebecca Westerfield (Ret.), Special Discovery Master |

STIPULATION AND ORDER REGARDING RULE 30(b)(6) DEPOSITIONS OF APPLE INC. AND RULE 30(b)(1) DEPOSITIONS OF CURRENT AND FORMER APPLE INC. EMPLOYEES

No. 5:18-md-02827-EJD

**WHEREAS**, in connection with the above-captioned proceeding (the "Action"), Plaintiffs have served or intend to serve deposition notices pursuant to Fed. R. Civ. P. 30(b)(6) and 30(b)(1); and

**WHEREAS**, written and document discovery in this Action is still ongoing, and Apple continues to produce documents and answer interrogatories in response to Plaintiffs' discovery requests;

**WHEREAS**, the parties are currently meeting and conferring regarding the scope of Apple's custodians and search terms;

**WHEREAS**, the parties anticipate that Plaintiffs will propound additional discovery requests on Apple in the future; and

**IT IS HEREBY AGREED**, between Apple and Plaintiffs:

1. Plaintiffs shall not use the later production of documents and information in the course of discovery in this Action as a basis to seek further Rule 30(b)(6) testimony and/or to reopen any deposition on any areas of inquiry for which Apple produces a witness or witnesses to testify concerning that area of inquiry. Plaintiffs preserve their rights, if any, to seek further testimony on any other basis in the ordinary course, and Apple reserves its right to object, depending on the circumstances.

2. Plaintiffs shall not use the later production of documents and information in the course of discovery in this Action as a basis to seek further Rule 30(b)(1) testimony and/or to reopen any deposition after a current or former Apple employee has been deposed in his or her individual capacity. Plaintiffs preserve their rights, if any, to seek further testimony on any other basis in the ordinary course, and Apple reserves its right to object, depending on the circumstances. Plaintiffs' rights to take the individual deposition of any witness pursuant to Rule 30(b)(1) shall remain unaffected by the fact of that witness serving as a corporate designee in any Rule 30(b)(6) deposition, and Apple reserves its right to object, depending on the circumstances.

STIPULATION AND ORDER REGARDING RULE 30(b)(6) DEPOSITIONS OF APPLE INC. AND RULE 30(b)(1) DEPOSITIONS OF CURRENT AND FORMER APPLE INC. EMPLOYEES

No. 5:18-md-02827-EJD

1 | **IT IS SO STIPULATED.**

2 | DATED: May 8, 2019                    /s/ *Joseph Cotchett*
                                          Joseph W. Cotchett

4 |                                        Joseph W. Cotchett (SBN 36324)
                                          Mark C. Molumphy (SBN 168009)
5 |                                        **COTCHETT, PITRE & MCCARTHY, LLP**
                                          San Francisco Airport Office Center
6 |                                        840 Malcolm Road, Suite 200
                                          Burlingame, CA 94010
7 |                                        Telephone: 650-697-6000
                                          Facsimile: 650-697-05777
8 |                                        *jcotchett@cpmlegal.com*
                                          *mmolumphy@cpmlegal.com*

10 |

11 | DATED: May 8, 2019                   /s/ *Laurence King*
                                          Laurence D. King

12 |                                       Laurence D. King (SBN 206423)
13 |                                       **KAPLAN FOX & KILSHEIMER LLP**
                                          350 Sansome Street, Suite 400
14 |                                       San Francisco, CA 94104
                                          Telephone: 415-772-4700
15 |                                       Facsimile:  415-772-4707
                                          *lking@kaplanfox.com*

17 |                                       David A. Straite (*pro hac vice*)
                                          **KAPLAN FOX & KILSHEIMER LLP**
18 |                                       850 Third Avenue, 14th Floor
                                          New York, NY 10022
19 |                                       Telephone: 212-687-1980
                                          Facsimile:  212-687-7714
20 |                                       *dstraite@kaplanfox.com*

21 |
22 |                                       *Attorneys for Plaintiffs*

28 | STIPULATION AND ORDER REGARDING RULE                          No. 5:18-md-02827-EJD
     30(b)(6) DEPOSITIONS OF APPLE INC. AND RULE
     30(b)(1) DEPOSITIONS OF CURRENT AND
     FORMER APPLE INC. EMPLOYEES

| | | |
|---|---|---|
| 1 | DATED: May 8, 2019 | /s/ Christopher Chorba |
| 2 | | Christopher Chorba |

Theodore J. Boutrous, Jr. (SBN 132099)
Christopher Chorba (SBN 216692)
Theane Evangelis (SBN 243570)
Timothy W. Loose (SBN 241037)
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213-229-7000
Facsimile: 213-229-7520
*tboutrous@gibsondunn.com*
*cchorba@gibsondunn.com*
*tevangelis@gibsondunn.com*
*tloose@gibsondunn.com*

G. Charles Nierlich (SBN 196611)
Rachel S. Brass (SBN 219301)
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: 415-393-8200
Facsimile: 415-374-8458
*gnierlich@gibsondunn.com*
*rbrass@gibsondunn.com*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: May 9, 2019

Hon. Rebecca J. Westerfield (Ret.)
Special Discovery Master

---

STIPULATION AND ORDER REGARDING RULE
30(b)(6) DEPOSITIONS OF APPLE INC. AND RULE
30(b)(1) DEPOSITIONS OF CURRENT AND
FORMER APPLE INC. EMPLOYEES

No. 5:18-md-02827-EJD

## PROOF OF SERVICE BY E-Mail

Re: In re: Apple Inc. Device Performance Litigation vs. USDC Case No 18-md-02827-EJD
Reference No. 1100090686

I, Elizabeth Magana, not a party to the within action, hereby declare that on May 09, 2019, I served the attached STIPULATION AND ORDER REGARDING RULE 30(b)(6) DEPOSITIONS OF APPLE INC. AND RULE 30(b)(1) DEPOSITIONS OF CURRENT AND FORMER APPLE INC. EMPLOYEES on the parties in the within action by electronic mail at San Francisco, CALIFORNIA, addressed as follows:

Laurence D. King Esq.
Mario M. Choi Esq.
Kaplan Fox & Kilsheimer LLP
350 Sansome St.
Suite 400
San Francisco, CA   94104
Phone: 415-772-4700
lking@kaplanfox.com
MChoi@kaplanfox.com
   Parties Represented:

David A. Straite Esq.
Aaron Schwartz Esq.
Frederic S. Fox Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Ave.
14th Floor
New York, NY   10022
Phone: 212-687-1980
dstraite@kaplanfox.com
aschwartz@kaplanfox.com
ffox@kaplanfox.com
   Parties Represented:

Joseph W. Cotchett Jr. Esq.
Mark C. Molumphy Esq.
Ms. Elle D. Lewis
Cotchett, Pitre & McCarthy
840 Malcolm Rd.
Suite 200
Burlingame, CA   94010
Phone: 650-697-6000
jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com
elewis@cpmlegal.com
   Parties Represented:
   Robert Gilson

Christopher Chorba Esq.
Timothy W. Loose Esq.
Cynthia Chen McTernan Esq.
Gibson Dunn & Crutcher
333 S. Grand Ave.
52nd Floor
Los Angeles, CA   90071-3197
Phone: 213-229-7000
cchorba@gibsondunn.com
tloose@gibsondunn.com
cmcternan@gibsondunn.com
   Parties Represented:
   Apple Inc.

G. Charles Nierlich Esq.
Alexander N. Harris Esq.
Gibson Dunn & Crutcher
555 Mission St.
Suite 3000

Karin B. Swope Esq.
Keller Rohrback L.L.P
1201 Third Ave.
Suite 3200
Seattle, WA   98101-3052

San Francisco, CA 94105
Phone: 415-393-8200
gnierlich@gibsondunn.com
aharris@gibsondunn.com
   Parties Represented:
   Apple Inc.

Ariana J. Tadler Esq.
Melissa Ryan Clark Esq.
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
19th Floor
New York, NY 10119
Phone: 212-594-5300
atadler@milberg.com
mclark@milberg.com
   Parties Represented:

Cassandra Lee Gaedt-Sheckter Esq.
Harper L. Gernet-Girard Esq.
Ms. Brooke Wallace
Gibson Dunn & Crutcher
333 S. Grand Ave.
52nd Floor
Los Angeles, CA 90071-3197
Phone: 213-229-7000
cgaedt@gibsondunn.com
hgernetgirard@gibsondunn.com
bwallace@gibsondunn.com
   Parties Represented:
   Apple Inc.

Brian Danitz Esq.
Tyson Redenbarger Esq.
Cotchett, Pitre & McCarthy
840 Malcolm Rd.
Suite 200
Burlingame, CA 94010
Phone: 650-697-6000
bdanitz@cpmlegal.com
tredenbarger@cpmlegal.com
   Parties Represented:
   Robert Gilson

Phone: 206-623-1900
kswope@kellerrohrback.com
   Parties Represented:

Diana M. Feinstein Esq.
Gibson Dunn & Crutcher
200 Park Ave.
47th Floor
New York, NY 10166-0193
Phone: 212-351-4000
DFeinstein@gibsondunn.com
   Parties Represented:
   Apple Inc.

Beth S. Brinkmann Esq.
Covington & Burling LLP
One City Center
850 Tenth St. NW
Washington, DC 20001-4956
Phone: 202-662-6000
NOT AVAILABLE
   Parties Represented:
   Apple Inc.

Nicholas B. Scheiner Esq.
Gibson Dunn & Crutcher
1881 Page Mill Rd.
Palo Alto, CA 94304-1125
Phone: 650-849-5300
nscheiner@gibsondunn.com
   Parties Represented:

Ms. Kristina Eckert
Gibson Dunn & Crutcher
333 S. Grand Ave.
52nd Floor
Los Angeles, CA   90071-3197
Phone: 213-229-7000
keckert@gibsondunn.com
   Parties Represented:
   Apple Inc.

Donald R. Hall Esq.
Kaplan Fox & Kilsheimer LLP
850 Third Ave.
14th Floor
New York, NY   10022
Phone: 212-687-1980
dhall@kaplanfox.com
   Parties Represented:

      I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on May 09, 2019.

_____
Elizabeth Magana
JAMS
EMagana@jamsadr.com