| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>tboutrous@gibsondunn.com<br>CHRISTOPHER CHORBA, SBN 216692<br>cchorba@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>tevangelis@gibsondunn.com<br>TIMOTHY W. LOOSE, SBN 241037<br>tloose@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520<br><br>G. CHARLES NIERLICH, SBN 196611<br>gnierlich@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>rbrass@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:   415.393.8200<br>Facsimile:    415.374.8458<br><br>*Attorneys for Defendant,*<br>*APPLE INC.* | JOSEPH W. COTCHETT, SBN 36324<br>jcotchett@cpmlegal.com<br>MARK C. MOLUMPHY, SBN 168009<br>mmolumphy@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone:   650.697.6000<br>Facsimile:    650.697.0577<br><br>LAURENCE D. KING, SBN 206243<br>lking@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone:   415.772.4700<br>Facsimile:    415.772.4707<br><br>DAVID A. STRAITE, admitted *pro hac vice*<br>dstraite@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone:   212.687.1980<br>Facsimile:    212.687.7714<br><br>*Interim Co-Lead Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | No. 5:18-md-02827-EJD<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER ON FILING OF AMENDED COMPLAINT**<br><br>**Civil L.R. 6-1**<br><br>Judge:         Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

WHEREAS, in its April 22, 2019 Order Granting Motion for Reconsideration; Granting in Part and Denying in Part Motion to Dismiss (the "Order") (Dkt. 331), the Court granted in part and denied in part Defendant Apple Inc.'s motion to dismiss, dismissing with leave to amend certain of Plaintiffs' claims, and dismissing other claims without leave to amend;

WHEREAS, the Court gave Plaintiffs 21 days from the date of the Order, or May 13, 2019, to file an amended complaint;

WHEREAS, Plaintiffs require an enlargement of time to file an amended complaint in order to complete their analysis of whether to amend those claims as to which the Court granted leave to amend;

WHEREAS, the parties have conferred, and Defendant does not oppose enlargement of time to file an amended complaint, as long as Defendant has advance notice of the claims at issue by the time depositions commence in this case, and Plaintiffs have agreed to that request;

WHEREAS, there have been time modifications to this case (*see* Dkt. 226, 254, 329, 333);

WHEREAS, the proposed enlargement of time will not affect any hearing dates;

IT IS HEREBY JOINTLY STIPULATED AND THE PARTIES RESPECTFULLY REQUEST THAT Plaintiffs shall have until June 12, 2019 to file their amended complaint.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

**Respectfully submitted,**

**KAPLAN FOX & KILSHEIMER LLP**

Dated: May 8, 2019   By: /s/ *Laurence D. King*
                            Laurence D. King
                     Interim Co-Lead Class Counsel

**COTCHETT, PITRE & MCCARTHY LLP**

Dated: May 8, 2019   By: */s/ Mark Molumphy*
                            Mark Molumphy
                     Interim Co-Lead Class Counsel

**GIBSON, DUNN & CRUTCHER LLP**

Dated: May 8, 2019   By: /s/ *Christopher Chorba*
                            Christopher Chorba
                     Attorneys for Defendant Apple Inc. in all actions

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Mario M. Choi, hereby attest that counsel for all parties listed above consented to the filing of this document in Case No. 5:18-MD-02827-EJD (N.D. Cal.).

DATED: May 8, 2019    **KAPLAN FOX & KILSHEIMER LLP**

By: */s/ Mario M. Choi*
    Mario M. Choi
    Interim Co-Lead Counsel

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 5/10/2019    _____
    Hon. Edward J. Davila, U.S.D.J.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2019, I caused the foregoing document to be filed via ECF which will qualify as service for all parties registered to use ECF in this case. I also certify that I will cause the foregoing document to be mailed by U.S. First Class Mail, postage prepaid, to the following pro se plaintiff whose case is consolidated with the MDL but who might not be receiving ECF Notices:

Brian Hogue
ID: 103158
c/o ISCC H-3
P.O. Box 70010
Boise, ID 83707

DATED: May 8, 2019           **KAPLAN FOX & KILSHEIMER LLP**

By:  */s/ Mario M. Choi*
_____
Mario M. Choi

Interim Co-Lead Counsel