1

2                    UNITED STATES DISTRICT COURT

3               FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5

6       IN RE:  APPLE INC. DEVICE          CASE NO.  18-MD-2827
        PERFORMANCE LITIGATION.
7                                          SAN JOSE, CALIFORNIA

8                                          MAY 30, 2019

9                                          PAGES 1 - 54

10                    TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE EDWARD J. DAVILA
11                  UNITED STATES DISTRICT JUDGE

12                    A-P-P-E-A-R-A-N-C-E-S

13

         FOR PLAINTIFFS:      COTCHETT, PITRE & MCCARTHY LLP
14                            BY:  JOSEPH W. COTCHETT
                                   MARK C. MOLUMPHY
15                                 BRIAN DANITZ
                                   ANYA THEPOT
16                                 ELLE D. LEWIS
                                   840 MALCOLM ROAD
17                                 BURLINGAME, CALIFORNIA 94010

18                            KAPLAN, FOX & KILSHEIMER LLP
                              BY:  LAURENCE D. KING
19                            350 SANSOME STREET, SUITE 400
                              SAN FRANCISCO, CALIFORNIA 94104
20
                      (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21
         OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                                   CERTIFICATE NUMBER 8074

23

              PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
24       TRANSCRIPT PRODUCED WITH COMPUTER.

25

2

```
1      A P P E A R A N C E S: (CONT'D)

2

       FOR THE DEFENDANTS:        GIBSON, DUNN & CRUTCHER LLP
3                                 BY:  CHRISTOPHER CHORBA
                                       THEODORE J. BOUTROUS, JR.
4                                      G. CHARLES NIERLICH
                                  333 SOUTH GRAND AVENUE
5                                 LOS ANGELES, CALIFORNIA 90071

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|  |  |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                          MAY 30, 2019 |
| 2 | P R O C E E D I N G S |
| 09:11AM  3 | (COURT CONVENED AT 9:11 A.M.) |
| 09:11AM  4 | THE COURT:  ALL RIGHT.  LET'S TURN TO OUR OTHER |
| 09:11AM  5 | MATTER.  IT'S 18-MD-2827.  IT'S THE APPLE DEVICE LITIGATION. |
| 09:11AM  6 | IF THOSE PARTIES IN THAT MATTER COULD COME FORWARD, |
| 09:12AM  7 | PLEASE. |
| 09:12AM  8 | MR. BOUTROUS:  GOOD MORNING, YOUR HONOR. |
| 09:12AM  9 | TED BOUTROUS REPRESENTING APPLE, AND I'M JOINED BY MY |
| 09:12AM 10 | PARTNER, CHRIS CHORBA, AND JENNIFER BROWN FROM APPLE. |
| 09:12AM 11 | THE COURT:  THANK YOU.  GOOD TO SEE YOU. |
| 09:12AM 12 | MR. BOUTROUS:  GOOD TO SEE YOU. |
| 09:12AM 13 | MR. COTCHETT:  GOOD MORNING, YOUR HONOR. |
| 09:12AM 14 | JOSEPH COTCHETT FOR THE PLAINTIFFS ALONG WITH |
| 09:12AM 15 | MARK MOLUMPHY. |
| 09:12AM 16 | MR. MOLUMPHY:  GOOD MORNING. |
| 09:12AM 17 | THE COURT:  AND ALONG WITH OUR OTHER PARTNERS. |
| 09:12AM 18 | SHOULD WE CAPTURE THEIR APPEARANCES. |
| 09:12AM 19 | MS. LEWIS:  ELLE LEWIS FOR PLAINTIFFS. |
| 09:12AM 20 | THE COURT:  THANK YOU.  GOOD MORNING. |
| 09:12AM 21 | MS. THEPOT:  ANYA THEPOT FOR THE PLAINTIFFS. |
| 09:12AM 22 | THE COURT:  THANK YOU.  GOOD MORNING. |
| 09:12AM 23 | MR. KING:  GOOD MORNING, YOUR HONOR.  ALSO |
| 09:12AM 24 | LAURENCE KING FROM KAPLAN FOX FOR PLAINTIFFS. |
| 09:12AM 25 | THE COURT:  THANK YOU.  GOOD MORNING.  WELL, THIS IS |

09:12AM 1    ON FOR DEFENDANTS' MOTION AND MOTION FOR SANCTIONS.

09:12AM 2        LET ME INDICATE THAT I HAVE READ THE PLEADINGS, BOTH THE

09:12AM 3    AFFIRMATIVE PLEADINGS, THE OPPOSITION, AND THE REPLY.  THANK

09:13AM 4    YOU FOR THAT AND THE ATTACHMENTS THERETO.

09:13AM 5        WHY DON'T I HEAR FROM THE MOVING PARTY TO INFORM ME OF

09:13AM 6    YOUR POSITION.

09:13AM 7        THANK YOU, MR. BOUTROUS.

09:13AM 8        MR. BOUTROUS:  THANK YOU VERY MUCH.  AGAIN,

09:13AM 9    TED BOUTROUS FOR APPLE.  JUST AS A PRELIMINARY MATTER, YOUR

09:13AM 10   HONOR, WE DID NOT REFER TO ANY OF THE PROTECTIVE MATERIAL IN

09:13AM 11   OUR MOTION AND EXHIBITS.  I DON'T PLAN TO TODAY.  I DON'T THINK

09:13AM 12   IT'S NECESSARY.

09:13AM 13       BUT IF PLAINTIFFS THINK THEY NEED TO, WE WOULD ASK THAT

09:13AM 14   THEY GIVE NOTICE TO THE COURT AND LET US HASH IT OUT, BUT I

09:13AM 15   DON'T THINK THAT'S NECESSARY.

09:13AM 16       THE COURT:  THANK YOU.  I APPRECIATE THAT.  THAT

09:13AM 17   SEEMS TO BE SOME PROPHYLACTIC LANGUAGE THAT FOR SOME REASON YOU

09:13AM 18   NEED TO PUT IN PLACE, PARTICULARLY IN LIGHT OF PARAGRAPH 14.7

09:13AM 19   OF THE PROTECTIVE ORDER THAT I THINK IS 33 PAGES LONG THAT

09:13AM 20   COUNSEL DILIGENTLY HAMMERED OUT AT SOME POINT IN TIME WITH THE

09:13AM 21   DISCOVERY MASTER.

09:13AM 22       MR. BOUTROUS:  AND THAT REALLY, YOUR HONOR, IS THE

09:13AM 23   CORE OF THE ISSUE.  YOUR HONOR, I DON'T LIKE COMING HERE ON A

09:13AM 24   MOTION FOR SANCTIONS, AND WE KNOW THE COURT HAS A HEAVY DOCKET.

09:14AM 25   WE WANT TO GET TO THE MERITS HERE.

09:14AM 1          BUT THIS IS A SERIOUS ISSUE BECAUSE IT GOES TO THE

09:14AM 2    INTEGRITY OF THE PROTECTIVE ORDER, THE ABILITY OF NOT JUST

09:14AM 3    APPLE BUT OTHER LITIGANTS WHO APPEAR IN THIS COURTROOM WHO

09:14AM 4    DISCLOSE CONFIDENTIAL MATERIAL, PRIVACY INFORMATION REGARDING

09:14AM 5    CUSTOMERS, REGARDING EMPLOYEES WHO HAVE BEEN TOLD THERE'S A

09:14AM 6    PROTECTIVE ORDER.  SO THE LANGUAGE OF THE PROTECTIVE ORDER

09:14AM 7    ITSELF JUST COULDN'T BE CLEARER.

09:14AM 8          I KNOW THE COURT HAS READ IT, BUT WHAT REALLY IN PART

09:14AM 9    BRINGS US HERE TODAY IS THAT PLAINTIFFS' COUNSEL REFUSAL TO

09:14AM 10   RECOGNIZE THE CLEAR LANGUAGE OF THE PROTECTIVE ORDER.

09:14AM 11         AS THE COURT KNOWS, SECTION 14.7 EXPLICITLY -- IT TALKS

09:14AM 12   ABOUT FILING OF DOCUMENTS WHICH THEY FILED SOME OF THE

09:14AM 13   DOCUMENTS UNDER SEAL.

09:14AM 14         AND THEN IT GOES ON TO ADD A PROVISION THAT EXPLICITLY

09:14AM 15   SAYS THAT A PARTY WHO SEEKS TO INTRODUCE PROTECTED MATERIAL AT

09:14AM 16   A HEARING SHALL ADVISE THE COURT AT THE TIME OF INTRODUCTION

09:14AM 17   THAT THE INFORMATION SOUGHT TO BE INTRODUCED IS PROTECTED.  IT

09:15AM 18   JUST COULDN'T BE CLEARER.

09:15AM 19         WE CITED JUDGE ALSUP'S DECISION IN THE ORACLE COAMERICA

09:15AM 20   CASE.  IT'S SHORT.  IT'S TWO PAGES, BUT IT REALLY SAYS A LOT.

09:15AM 21   IN THAT CASE THERE WASN'T EVEN A PROVISION LIKE THIS THAT

09:15AM 22   REQUIRED NOTIFICATION TO THE COURT.

09:15AM 23         JUDGE ALSUP STILL FOUND THAT IT WAS A VIOLATION.  HE SAID

09:15AM 24   BY LONG TRADITION WHEN A LAWYER WISHES TO REVEAL IN OPEN COURT

09:15AM 25   INFORMATION WHOSE DISCLOSURE IS RESTRICTED BY A PROTECTIVE

09:15AM  1   ORDER, THE LAWYER MUST FIRST EXPLAIN THE RESTRICTION TO THE

09:15AM  2   JUDGE AND ASK TO SEAL THE COURTROOM AND TRANSCRIPT OR HAND UP A

09:15AM  3   COPY OF THE INFORMATION TO THE JUDGE.

09:15AM  4       HE SAID THAT PRACTICE WASN'T EXPLICITLY IN THAT ORDER, BUT

09:15AM  5   EVERYBODY KNOWS THAT.  I DON'T MEAN HOW MANY TIMES IT HAPPENS

09:15AM  6   TO YOUR HONOR IN A DAY OR IN A WEEK, BUT WE ALL KNOW THAT YOU

09:15AM  7   DON'T JUST START READING FROM PROTECTED MATERIAL.  YOU DON'T

09:15AM  8   JUST START DISCUSSING SPECIFICS IN OPEN COURT.

09:15AM  9       AND THE -- I THINK THERE WAS CLEARLY A VIOLATION OF THE

09:15AM  10  PROTECTIVE ORDER.  MR. MOLUMPHY JUST STARTED READING MATERIAL

09:16AM  11  WITHOUT TELLING THE COURT THAT IT WAS PROTECTED.  IT'S AT PAGES

09:16AM  12  19 AND 20 AND 25 ARE THE MOST CLEAR EXAMPLES.

09:16AM  13      IT WAS A BLATANT VIOLATION.  THEY DON'T HAVE AN EXCUSE IN

09:16AM  14  THEIR PAPERS AS TO WHY HE DID THAT, AND IT'S NOT NOTICE TO THE

09:16AM  15  COURT SAYING I'M NOW GOING TO READ FROM THE COMPLAINT OR FROM

09:16AM  16  THE -- OUR BRIEFS.  HOW WOULD THE COURT KNOW?  HOW WOULD WE

09:16AM  17  KNOW IN ADVANCE WHAT INFORMATION WAS GOING TO BE DISCLOSED?

09:16AM  18      MR. COTCHETT GOT UP AND CLEARLY VIOLATED THE PROTECTIVE

09:16AM  19  ORDER AS WELL.  THEY KNEW THAT THE MATERIALS, THE EXHIBITS TO

09:16AM  20  HIS DECLARATION WERE SEALED.  THEY CONDITIONALLY FILED THEM

09:16AM  21  UNDER SEAL.  SO THIS COURT HAD NOT HAD A CHANCE TO RULE ON

09:16AM  22  WHETHER THEY COULD BE DISCLOSED, BUT THEY WERE FILED UNDER

09:16AM  23  SEAL.

09:16AM  24      EVERY LAWYER KNOWS THAT WHEN YOU FILE SOMETHING UNDER

09:16AM  25  SEAL, THAT'S NOT NOTICE THAT YOU PLAN TO TALK ABOUT IT IN OPEN

09:16AM 1    COURT.  THAT'S NOTICE TO THE COURT AND TO THE PARTIES THAT YOU

09:17AM 2    CAN'T DISCLOSE IT IN OPEN COURT.  IT'S SEALED.

09:17AM 3         THE COURT:  I THINK THAT'S WHAT YOU POINT OUT --

09:17AM 4    PARDON ME FOR INTERRUPTING YOU -- IN YOUR OPPOSITION.

09:17AM 5         YOU SUGGEST THAT -- YOU QUESTION WHETHER OR NOT THE

09:17AM 6    PLAINTIFFS WERE TAKING THE POSITION, "BECAUSE WE FILED IT UNDER

09:17AM 7    SEAL, THEN THAT SHOULD GIVE THE WORLD, PARTICULARLY THE COURT.

09:17AM 8    NOTICE THAT IT COULD BE TALKED ABOUT, AND, THEREFORE, WE'VE

09:17AM 9    COMPLIED WITH 14.7."

09:17AM 10        MR. BOUTROUS:  THAT'S THEIR ARGUMENT, AND THAT IS

09:17AM 11   JUST CONTRADICTORY TO THE LONG TRADITION THAT JUDGE ALSUP

09:17AM 12   POINTED TO IN THE ORACLE CASE, COMMON SENSE, THE RULES OF

09:17AM 13   COURT.  IF SOMETHING IS UNDER SEAL, IT CAN'T BE DISCLOSED

09:17AM 14   PUBLICLY.  IT'S THE OPPOSITE OF NOTICE.

09:17AM 15        ONE OF THE THINGS THAT STRUCK ME, YOUR HONOR, GOING

09:17AM 16   BACK -- WELL, LET ME JUST BACK UP.  I THINK IF WE HAD JUST

09:17AM 17   ENDED THE DAY OF THE HEARING WHERE THERE WAS COLLOQUY ABOUT

09:17AM 18   THIS, AND MR. CHORBA SAID WE WOULD LIKE TO SEAL THE TRANSCRIPT

09:17AM 19   SO WE CAN WALK THROUGH REDACTIONS, AND MR. COTCHETT AGREED.

09:17AM 20        AND THEY HAD ACKNOWLEDGED THE NEXT DAY WHEN MR. CHORBA

09:18AM 21   SENT A LETTER SAYING THIS WAS A BLATANT VIOLATION OF THE

09:18AM 22   PROTECTIVE ORDER, BASICALLY DON'T DO IT AGAIN, THAT WAS THE

09:18AM 23   GIST OF THE LETTER.  AND IF THEY HAD SAID WE ACKNOWLEDGE IT, IT

09:18AM 24   WON'T HAPPEN AGAIN, AND WE WOULDN'T BE HERE.

09:18AM 25        BUT WHAT THEY DID IS THEY DOUBLED DOWN AND TOOK THIS

09:18AM 1    POSITION THAT THE PLAIN WORDS OF THAT PARAGRAPH 14.7 MEAN THE

09:18AM 2    OPPOSITE, THAT YOU DON'T HAVE TO TELL THE COURT AND THAT JUST

09:18AM 3    FILING SOMETHING UNDER SEAL THAT WOULD NULLIFY AND RENDER A

09:18AM 4    COMPLETE SUPERFLUOUS SENTENCE OR TWO THAT ARE CRUCIAL IN THE

09:18AM 5    PROTECTIVE ORDER.

09:18AM 6         IN FACT, THEY TOOK THE POSITION IN THEIR BRIEF.  THIS IS

09:18AM 7    WHAT REALLY CAUGHT MY EYE IN THEIR BRIEF.  PAGE 1 FIRST, AND

09:18AM 8    MOST IMPORTANTLY THEY SAY ON LINE 16 THEY SAY, "PLAINTIFFS NEED

09:18AM 9    ONLY ADVISE THE COURT AT THE TIME OF INTRODUCTION THAT

09:18AM 10   MATERIALS ARE PROTECTED."

09:18AM 11        SO THEY ADMIT THAT WAS THEIR OBLIGATION.

09:18AM 12        THEN THE NEXT PARAGRAPH -- AND THIS IS WHAT IS REALLY

09:18AM 13   TROUBLING.  THIS CASTS A SHADOW OVER THE WHOLE PROTECTIVE

09:19AM 14   ORDER.  THIS IS HOW THEY'RE INTERPRETING THE LANGUAGE.  THEY

09:19AM 15   SAY, "PLAINTIFFS METICULOUSLY COMPLIED WITH SECTION 14.7."

09:19AM 16        AND IF THAT IS METICULOUS, WE HAVE A REAL PROBLEM.  THEY

09:19AM 17   METICULOUSLY VIOLATED IT.  AND MR. CHORBA GAVE THEM THE BENEFIT

09:19AM 18   OF THE DOUBT, WHICH WE ALWAYS DO.  AS I SAID, YOUR HONOR, I

09:19AM 19   DON'T LIKE THESE BACK AND FORTH BATTLES WITH LAWYERS, BUT IT'S

09:19AM 20   MORE --

09:19AM 21             THE COURT:  YOU CAN IMAGINE HOW JUDGES APPRECIATE

09:19AM 22   IT.

09:19AM 23             MR. BOUTROUS:  EXACTLY.  NO, I KNOW.  THAT'S WHY WE

09:19AM 24   DON'T TAKE THIS LIGHTLY.

09:19AM 25        BUT IT'S THE ISSUE OF THE -- THE PRINCIPLE HERE.  AND

09:19AM  1    WE'VE PRODUCED NOW OVER SEVEN MILLION DOCUMENTS.

09:19AM  2         THE ARGUMENT THAT, ONE, MR. MOLUMPHY, THERE'S NO EXCUSE,

09:19AM  3    HE DOESN'T IN HIS DECLARATION SAY, YOU KNOW, HERE'S HOW I

09:19AM  4    DISCLOSED IT TO THE COURT.  HE JUST READ FROM THE MATERIAL.  HE

09:19AM  5    IDENTIFIED WHAT HE WAS READING FROM, BUT HE DIDN'T INFORM THE

09:19AM  6    COURT THAT THIS IS PROTECTED MATERIAL.  CLEAR VIOLATION.

09:19AM  7         MR. COTCHETT HAS A SLIGHTLY MORE NUANCED ARGUMENT THAT

09:19AM  8    FALLS APART WHEN WE LOOK AT IT.  HE DIDN'T METICULOUSLY COMPLY.

09:20AM  9    HE JUST GOT UP AND SAID, I FILED A DECLARATION WITH SOME

09:20AM 10    EXHIBITS, THEY'RE REALLY IMPORTANT, THIS COURT ULTIMATELY RULED

09:20AM 11    THAT THEY COULDN'T BE CONSIDERED AT ALL AT THE MOTION TO

09:20AM 12    DISMISS PHASE.  SO I THINK THERE WAS A CLEAR PLAN TO GET THIS

09:20AM 13    ON THE PUBLIC RECORD AND GET SOME PUBLICITY AND TO METICULOUSLY

09:20AM 14    COMPLY WOULD HAVE BEEN REALLY EASY.  ALL THEY WOULD HAVE HAD TO

09:20AM 15    SAY IS I'M ABOUT TO READ THIS, YOUR HONOR, IT'S COVERED BY THE

09:20AM 16    PROTECTIVE ORDER, IT'S PROTECTED MATERIAL.

09:20AM 17         AND THEN APPLE, UNDER THE CLEAR TERMS OF THE PROTECTIVE

09:20AM 18    ORDER THAT THE PARTIES NEGOTIATED, IT WOULD HAVE HAD THE

09:20AM 19    ABILITY TO REQUEST THAT THE MATERIAL REMAIN PROTECTED, THE

09:20AM 20    COURT WOULD REVIEW THE INFORMATION, AND THEN AT THE HEARING

09:20AM 21    APPLE WOULD HAVE HAD AN OPPORTUNITY TO ARGUE THAT IT REMAIN

09:20AM 22    SEALED.

09:20AM 23         ONE OF THE THINGS, YOUR HONOR, I AM A BIG OPEN ACCESS

09:20AM 24    ADVOCATE.  SO I REPRESENT JOURNALISTS AND OTHERS WHO WANT OPEN

09:20AM 25    PROCEEDINGS.  SO I KNOW THE RULES, AND THE RULES THAT THERE HAS

09:20AM 1    TO BE NOTICE BEFORE YOU CLOSE A HEARING.  THAT'S WHAT THIS

09:21AM 2    PROVISION WAS MEANT TO DO.  IT WASN'T -- THEY OBJECT TO SOME OF

09:21AM 3    THE DESIGNATIONS AND THOSE ISSUES ARE NOW BEFORE

09:21AM 4    JUDGE WESTERFIELD, BUT THAT'S NOT THE POINT HERE.  IF THEY HAVE

09:21AM 5    OBJECTIONS TO WHAT HAS BEEN DESIGNATED, WE CAN HASH THAT OUT.

09:21AM 6    IT'S NOT ENOUGH TO SAY APPLE OVERDESIGNATED.

09:21AM 7        MR. COTCHETT'S LETTER, IT WAS REALLY SHOCKING.  THIS WAS

09:21AM 8    MARCH 12TH, FOUR DAYS AFTER MR. CHORBA'S LETTER, HE RESERVES

09:21AM 9    ALL RIGHTS FOR APPLE'S PLAIN VIOLATION FOR THE COURT'S ORDER,

09:21AM 10   SO HE RESPONDS WITH WE VIOLATED THE ORDER, AND HE SUGGESTS

09:21AM 11   THAT, QUOTE, "NEXT TIME YOU ACCUSE ME OR MARK MOLUMPHY OF A

09:21AM 12   BLATANT VIOLATION OF THE COURT ORDER, YOU SHOULD CONSIDER THE

09:21AM 13   ACTION WE WILL TAKE AGAINST YOU AND YOUR FIRM."

09:21AM 14       THAT'S JUST A THREAT.  IT'S RETALIATION.

09:21AM 15       SO, YOUR HONOR, OUR KEY POINT HERE IS THAT WE REQUEST THAT

09:21AM 16   THE COURT MAKE VERY CLEAR THAT THE PROTECTIVE ORDER MEANS WHAT

09:21AM 17   IT SAYS AND THAT THE -- AND AMPLIFIED BY THE LONG TRADITION

09:22AM 18   THAT JUDGE ALSUP DISCUSSES IN THE ORACLE ORDER.

09:22AM 19       HE DESCRIBED THERE THE REASON THAT PARTIES NEED TO BE ABLE

09:22AM 20   TO TRUST THAT PARTIES WILL COMPLY WITH THE ORDER SO THAT THE

09:22AM 21   PROCESS CAN CONTINUE.  IT STREAMLINES THE PROCESS.

09:22AM 22       WE'VE PRODUCED SIX MILLION DOCUMENTS THAT HAD BEEN

09:22AM 23   PRODUCED TO REGULATORS TO THE PLAINTIFFS MUCH MORE QUICKLY THAN

09:22AM 24   OTHERWISE WOULD HAVE OCCURRED, BUT YOU NEED COMPANIES WHO ARE

09:22AM 25   HERE DAY IN, DAY OUT, OR NOT DAY IN AND DAY OUT, BUT OFTEN IN

09:22AM 1    THIS COURT AND IN THE NORTHERN DISTRICT GENERALLY.  YOU NEED TO

09:22AM 2    KNOW THAT PARTIES WILL ADHERE.

09:22AM 3        SO WE THINK THE COURT NEEDS TO SEND A STRONG MESSAGE THAT

09:22AM 4    THIS WAS A VIOLATION, IMPOSE A SANCTION.  WE'VE SUGGESTED, TOO,

09:22AM 5    DISQUALIFICATION OR RESTRICTING ACCESS, THEIR ACCESS TO THE

09:22AM 6    CONFIDENTIAL INFORMATION.

09:22AM 7        BUT THE COURT HAS DISCRETION TO FASHION A SANCTION, BUT WE

09:22AM 8    NEED A STRONG MESSAGE NOT JUST FOR THIS CASE, BUT FOR ALL CASES

09:22AM 9    THAT PARTIES CANNOT JUST BLURT OUT PROTECTED INFORMATION AND

09:22AM 10    LEAVE IT TO THE COURT TO FIGURE OUT TO REMEMBER WHAT WAS

09:23AM 11    PROTECTED AND WHAT WASN'T, PARTICULARLY WHEN IT'S IN THE ORDER

09:23AM 12    ITSELF.

09:23AM 13        SO FOR ALL OF THOSE REASONS, YOUR HONOR, WE REQUEST THAT

09:23AM 14    THE COURT GRANT OUR MOTION FOR SANCTIONS AND IMPOSE A SANCTION

09:23AM 15    THAT TELLS NOT JUST THE LITIGANTS HERE BUT ALL LITIGANTS THAT

09:23AM 16    THEY MUST SUPPLY WITH ORDERS OF THIS COURT INCLUDING PROTECTIVE

09:23AM 17    ORDERS LIKE THIS ONE.

09:23AM 18            THE COURT:  THANK YOU.  I THINK WHAT YOU'VE RAISED

09:23AM 19    IN YOUR PLEADINGS IS THE FACT THAT THIS CONDUCT IS DISTURBING

09:23AM 20    NOT JUST TO YOU AND NOT JUST TO YOUR CLIENT, BUT TO THE

09:23AM 21    INTEGRITY OF THE PROCESS, AND PARTICULARLY WHEN THE MDL PANEL

09:23AM 22    COLLECTS CASES FROM ACROSS THE COUNTRY AND PUTS THEM IN ONE

09:23AM 23    PARTICULAR LOCAL, ONE VENUE FOR THE CONVENIENCE OF THE PARTIES

09:23AM 24    FOR THE EFFICIENCY OF THE PROCESS, AND WHEN A MATTER LIKE THIS

09:23AM 25    COMES BEFORE THE LITIGATION, IT IMPUGNS THE INTEGRITY OF THAT

09:23AM  1    PROCESS AND CAUSES DISCOMFORT AND DOUBT AS TO THE INTEGRITY OF

09:23AM  2    THE COURT'S RESOLUTION OF THESE CASES.

09:24AM  3        AND THIS IS, AS YOU POINT OUT IN YOUR PLEADINGS AND AS

09:24AM  4    YOU'VE TOLD US THIS MORNING, IT'S AN UNUSUAL MOTION, ONE

09:24AM  5    THAT -- IT SOUNDS LIKE YOU HAVE BROUGHT THESE BEFORE BUT ON

09:24AM  6    RARE OCCASIONS BECAUSE YOU RESPECT THE INTEGRITY OF YOUR

09:24AM  7    COLLEAGUE OPPOSITES.

09:24AM  8        I RECALL WHEN THIS CASE FIRST CAME WHEN I HAD THE

09:24AM  9    PRIVILEGE OF HAVING YOU ALL HERE AND THE BACK OF THE COURTROOM

09:24AM  10   WAS FULL OF ALL OF THE LAWYERS WHO APPEARED, MR. COTCHETT ROSE

09:24AM  11   AND HE SPOKE HIGHLY OF YOU.  HE CALLED YOU HIS FRIEND.

09:24AM  12            MR. BOUTROUS:  YES.

09:24AM  13            THE COURT:  HE SAID WE HAVE A GOOD RELATIONSHIP, A

09:24AM  14   GOOD WORKING RELATIONSHIP, AND I LOOK FORWARD TO CONTINUING

09:24AM  15   THAT.  I'M PARAPHRASING.

09:24AM  16            MR. BOUTROUS:  I LIKE GETTING IT BACK ON THE RECORD.

09:24AM  17            THE COURT:  WITH MY GOOD FRIEND, MR. BOUTROUS.  AND

09:24AM  18   THAT WAS -- OF COURSE THAT'S MOZART TO A JUDGE'S EAR TO HEAR

09:24AM  19   THAT COUNSEL ARE COOPERATIVE, THAT THEY'RE GOING TO MOVE THE

09:24AM  20   PROCESS FORWARD RESPECTING THE INTEREST OF THEIR CLIENTS, BOTH

09:24AM  21   SIDES, BUT ALSO RESPECTING THE INTEGRITY OF THE PROCESS.

09:25AM  22        AS I SAID, THAT'S, THAT'S -- JUDGES LOVE TO HEAR THAT.

09:25AM  23   WE'RE REASSURED THAT THIS CASE IS GOING TO PROCEED IN AN

09:25AM  24   ORDERLY AND A MANNER THAT IS GOING TO BE, AND WE KNOW THAT THE

09:25AM  25   ADVERSARIAL PROCESS IS THAT, AND YOU HAVE CLIENTS WHOSE

09:25AM 1    INTERESTS YOU MUST VIGOROUSLY PROTECT.

09:25AM 2         NOW, I RECALL AT THE HEARING THAT WHEN MR. MOLUMPHY AND

09:25AM 3    MR. COTCHETT WERE MAKING SOME COMMENTS -- AND I'M MAKING THESE

09:25AM 4    OBSERVATIONS.  I HAVEN'T HEARD FROM THEM YET.  BUT I'M MAKING

09:25AM 5    THESE COMMENTS AND OBSERVATIONS TO GIVE ALL OF YOU AN IDEA OF

09:25AM 6    AT LEAST WHERE I'M THINKING AND MY THOUGHTS AS I COME INTO THIS

09:25AM 7    COURTROOM, BUT I RECALL THAT AS MR. MOLUMPHY SPOKE AND THEN

09:25AM 8    MR. COTCHETT ROSE TO SPEAK -- AND THIS IS -- YOU BOTH CAPTURE

09:25AM 9    THIS IN YOUR PLEADINGS WHAT HAPPENED, MR. CHORBA ROSE AND SAID,

09:26AM 10   "I DON'T LIKE TO INTERRUPT COUNSEL," AND THAT'S A SEASONED

09:26AM 11   VETERAN LITIGATOR RESPECTING THE PROCESS.  NO ONE LIKES TO BE

09:26AM 12   INTERRUPTED.

09:26AM 13        I KNOW WHEN I INTERRUPT AND ASK QUESTIONS, COUNSEL IN THE

09:26AM 14   BACK OF THEIR MIND ARE SAYING, "WOULD YOU JUST LET ME FINISH,

09:26AM 15   JUDGE, AND I'LL ANSWER YOUR QUESTION."  I GET THAT.  I

09:26AM 16   UNDERSTAND THAT.

09:26AM 17        AND I THINK MR. CHORBA RESPECTED THE PROCESS.

09:26AM 18        BUT HE DID, HE DID.  HE ROSE TO HIS FEET, AS HE SHOULD DO

09:26AM 19   IN VIGOROUSLY REPRESENTING HIS CLIENTS.  MY SENSE IS THAT THERE

09:26AM 20   WERE SOME COMMENTS THAT WERE MADE, I'M CERTAINLY NOT GOING TO

09:26AM 21   REPEAT THEM BUT WE WERE ALL HERE, AND WE REMEMBER THEM.  MY

09:26AM 22   SENSE IS THAT APPLE COUNSEL OR REPRESENTATIVES WERE IN THE

09:26AM 23   AUDIENCE, MAYBE NOT AT COUNSEL TABLE, BUT THEY WERE IN THE

09:26AM 24   AUDIENCE.  SOME THINGS WERE SAID THAT WERE -- I'LL JUST SAY

09:26AM 25   THAT THEY WERE NEGATIVE AS TO SOME APPLE EMPLOYEES AND APPLE

09:26AM 1    ITSELF.  AND IT'S NOT SURPRISING -- AND I DON'T KNOW IF THIS

09:27AM 2    HAPPENED -- BUT IT WOULD NOT SURPRISE ME IF AN APPLE

09:27AM 3    REPRESENTATIVE WENT TO THEIR CHAMPIONS, THEIR LAWYERS, AND SAID

09:27AM 4    WHY IS HE DOING THAT?  WHY IS HE SAYING THAT?  AND BEING UPSET

09:27AM 5    BECAUSE THEY'RE PROTECTIVE, MOTHER BEAR, OF THEIR EMPLOYEES I

09:27AM 6    THINK -- WELL, OF ITS EMPLOYEES, AND THEY WANT THEIR CHAMPION

09:27AM 7    TO DO SOMETHING ABOUT THAT.

09:27AM 8        THERE'S NOTHING UNUSUAL ABOUT THAT.  I THINK MR. CHORBA

09:27AM 9    PROPERLY ROSE TO HIS FEET AND DEFENDED HIS CLIENTS AS THEIR

09:27AM 10   CHAMPION AND SHOULD BE IN COURT AND EXPRESSED THE DISPLEASURE

09:27AM 11   ABOUT THAT.

09:27AM 12       WE TOOK SOME ACTION AT THAT POINT.  AND I THINK THIS GETS

09:27AM 13   BACK TO YOUR POINT, DID THE COURT EVEN KNOW THAT THAT WAS

09:27AM 14   CONFIDENTIAL OR NOT?

09:27AM 15       AND AT THAT POINT PERHAPS THE COURT, REALIZING THAT, OH,

09:27AM 16   OKAY, I DON'T KNOW WHAT WAS JUST SAID OR IF IT'S IN A DOCUMENT

09:28AM 17   OR NOT, BUT WE THEN ENGAGED IN SOME COLLOQUY ABOUT WHETHER OR

09:28AM 18   NOT THE PUBLIC WAS -- ANYONE NOT ATTACHED TO THE CASE WAS IN

09:28AM 19   THE COURTROOM.  I THINK THERE WAS AT LEAST SOME PEOPLE

09:28AM 20   IDENTIFIED.  THAT'S HIGHLY UNUSUAL, TOO, FOR THE COURT TO ASK

09:28AM 21   IN A PUBLIC COURTROOM WHO IS HERE, WHO IS NOT HERE?  WE

09:28AM 22   DON'T -- IT'S OPEN TO THE PUBLIC.  YOU CAN COME IN WITHOUT

09:28AM 23   HAVING TO SHOW IDENTIFICATION OR ANYTHING LIKE THAT.

09:28AM 24       AND THEN THERE WAS A REQUEST TO SEAL THE TRANSCRIPT, TOO,

09:28AM 25   WHICH MR. COTCHETT HAD NO OBJECTION.  HE SAID ABSOLUTELY, LET'S

09:28AM  1    SEAL IT, AND THAT PROCESS IS ONGOING AS I UNDERSTAND IT.

09:28AM  2        SO I THINK IT'S SAFE TO SAY THAT ALL OF US WERE TAKEN A

09:28AM  3    LITTLE BIT -- THE COURT WAS TAKEN A LITTLE BIT ABACK BY THE

09:28AM  4    PROCEEDINGS AND NOT HAVING RECOGNIZED THAT PERHAPS CONFIDENTIAL

09:28AM  5    MATERIAL WAS BEING TALKED ABOUT IN THE ADVOCACY.

09:28AM  6        IT WAS A MOTION TO DISMISS.  SO FROM THE PLAINTIFFS' SIDE

09:28AM  7    THEY WERE DEFENDING THEIR PLEADINGS AND PERHAPS THE ZEALOUSNESS

09:29AM  8    OF THEIR REPRESENTATION CAUSED THEM TO COMMENT ON CERTAIN

09:29AM  9    DOCUMENTS THAT MAYBE THEY WOULDN'T OTHERWISE HAVE.  I DON'T

09:29AM 10    KNOW.

09:29AM 11        BUT WE ALSO KNOW WHEN I LOOK AT ECF ON THE OPPOSITION, I

09:29AM 12    LOOK AT ECF PAGES 12, LINE 17 AND PAGE 19, LINE 22, WE KNOW IN

09:29AM 13    THOSE PAGES, IN THOSE DOCUMENTS, THE COURT IS INFORMED THAT

09:29AM 14    MR. COTCHETT SPOKE TO MR. CHORBA BEFOREHAND AND SAID, "I'M

09:29AM 15    GOING TO TALK ABOUT THESE THINGS."  I DON'T KNOW IF THAT

09:29AM 16    HAPPENED.

09:29AM 17        LET ME JUST SAY, I DON'T INTEND TO ASK ANYBODY TO RAISE

09:29AM 18    THEIR RIGHT HAND IN PERIL OF THEIR SOUL -- WE DON'T DO THAT

09:29AM 19    ANYMORE -- RAISE THEIR RIGHT HAND UNDER PENALTY OF PERJURY AND

09:29AM 20    RECEIVE TESTIMONY ABOUT THAT, I DON'T THINK THAT'S SOMETHING

09:29AM 21    THAT I WANT TO DO, BUT I POINT THOSE PAGES OUT AND THOSE LINES

09:30AM 22    THAT SUGGEST THAT THERE WAS A COMMENT THAT I THINK THE

09:30AM 23    PLAINTIFFS TALK ABOUT THAT IN THEIR OPPOSITION.

09:30AM 24        NOW, I'M GOING TO HEAR FROM THEM.  THANK YOU FOR YOUR

09:30AM 25    PATIENCE STANDING THERE LISTENING TO ME GO ON AND ON AND ON,

09:30AM   1        AND I APPRECIATE THAT RECITATION.

09:30AM   2        HAVING DONE THAT, I THINK I SHOULD GIVE YOU THE

09:30AM   3    OPPORTUNITY TO RESPOND.

09:30AM   4        MR. BOUTROUS:  THANK YOU, YOUR HONOR.  YOU PUT YOUR

09:30AM   5    FINGER ON A NUMBER OF THINGS.  YOU'RE ABSOLUTELY RIGHT, I'M

09:30AM   6    HERE -- THIS IS REALLY AN IMPORTANT ISSUE TO APPLE AND

09:30AM   7    PROTECTIVE ORDERS, AS JUDGE ALSUP SAID, AGAIN, BLURTING OFF THE

09:30AM   8    SECRET TO COCA COLA IN OPEN COURT, IT'S A COURT MANAGEMENT

09:30AM   9    ISSUE.

09:30AM   10       BUT WITH RESPECT TO THE LAST POINT, MR. CHORBA AND

09:30AM   11   MR. NIERLICH, WHO WAS SITTING WITH HIM, SAID MR. COTCHETT DID

09:30AM   12   NOT SAY THAT.  BUT IT'S REALLY IRRELEVANT BECAUSE THAT'S NOT

09:30AM   13   WHAT WE'RE COMPLAINING ABOUT.  IT DIDN'T HAPPEN, WE

09:30AM   14   RESPECTFULLY SUBMIT.

09:30AM   15       THE PROVISION WAS THAT THEY NEEDED TO TELL THE COURT SO

09:30AM   16   THAT THE COURT COULD MANAGE THE COURTROOM TO PROTECT THE

09:30AM   17   INFORMATION.  AND THIS CASE IS HUGE, MILLIONS OF DOCUMENTS, A

09:31AM   18   HUGE RECORD BEFORE THE COURT.  HOW WOULD THE COURT KNOW WHAT

09:31AM   19   WAS CONFIDENTIAL?

09:31AM   20       AND THEN ONCE THE COURT KNEW ABOUT THESE ISSUES, IT WAS

09:31AM   21   PARTICULARLY OUTRAGEOUS, AFTER MR. CHORBA HAD OBJECTED,

09:31AM   22   MR. MOLUMPHY GOT UP AGAIN AND STARTED REVEALING MORE

09:31AM   23   INFORMATION.  THEN THE COURT SAID WAIT, STOP, I DON'T WANT ANY

09:31AM   24   MORE CONFIDENTIAL -- THAT'S ON PAGE 37 OF THE TRANSCRIPT.

09:31AM   25       THEN AT THE END OF THE HEARING MR. COTCHETT GOT UP AGAIN

09:31AM 1    AS A CODA TO THE WHOLE EVENT, READ SOME MORE OF THE INFORMATION

09:31AM 2    FROM THE SEALED DOCUMENTS.  I DON'T THINK IT WAS A SURPRISE TO

09:31AM 3    THEM THAT THEY WERE DOING AN OVERZEALOUS OR ZEALOUSNESS IN THE

09:31AM 4    MOMENT.  THAT'S THE OTHER THING, WE ALL KNOW WHAT IT IS LIKE IN

09:31AM 5    THE HEAT OF BATTLE AND THAT'S WHY MR. CHORBA GAVE HIM THE

09:31AM 6    BENEFIT OF THE DOUBT DURING THE HEARING.

09:31AM 7        BUT LOOKING BACK AND THEN LOOKING AT HOW THE TEAM REFUSED

09:31AM 8    TO ACKNOWLEDGE WHAT THE PLAIN WORDS SAY, AND THEY EVEN PROPOSED

09:31AM 9    AN AMENDMENT, YOUR HONOR, TO THE PROTECTIVE ORDER THAT WOULD

09:31AM 10   HAVE SAID THAT NOTICE WOULD BE PROVIDED TO THE COURT AND

09:31AM 11   PARTIES BY SIMPLY FILING SEALED MATERIALS.  THAT'S THE RULE

09:32AM 12   THAT THEY'RE PROPOSING.

09:32AM 13       THEY'RE CLAIMING HERE, NO, THAT'S THE RULE THAT ALREADY

09:32AM 14   EXISTS.  IT DOESN'T.  THE RULE SAYS LET THE COURT KNOW WHEN

09:32AM 15   YOU'RE INTRODUCING MATERIAL.  IT WAS MULTIPLE VIOLATIONS, EVEN

09:32AM 16   AFTER MR. CHORBA POINTED THESE ISSUES OUT.

09:32AM 17       MR. CHORBA DID, AND WE'VE TALKED ABOUT THIS, DID CORRECT

09:32AM 18   THE RECORD AS A -- TO A COUPLE OF THE DOCUMENTS BECAUSE THAT'S

09:32AM 19   PART OF THE PREJUDICE, AND WE DON'T KNOW WHO WAS IN THE

09:32AM 20   COURTROOM.  IT COULD HAVE BEEN COMPETITORS.  WHO KNOWS.

09:32AM 21       AND THE COURT -- I'LL JUST FINISH WITH THIS POINT, IN

09:32AM 22   CONNECTION WITH THE COURT'S RULING ON THE SEALING OF THE SECOND

09:32AM 23   AMENDED COMPLAINT, THE COURT UPHELD SEVERAL OF APPLE'S REQUESTS

09:32AM 24   TO SEAL PARAGRAPHS IN THE COMPLAINT THAT WERE THE SAME CONTENT

09:32AM 25   THAT WAS BLURTED OUT IN OPEN COURT.

| | | |
|---|---|---|
| 09:32AM | 1 | SO WE JUST REQUEST THAT THE COURT MAKE VERY CLEAR THIS IS |
| 09:32AM | 2 | AN IMPORTANT, LONG TRADITION.  IT'S IMPEDED SPECIFICALLY IN |
| 09:32AM | 3 | THIS PROTECTIVE ORDER, THERE'S NO EXCUSE FOR VIOLATING IT, AND |
| 09:33AM | 4 | IMPOSE SOME SORT OF SANCTION THAT SENDS A MESSAGE TO PARTIES |
| 09:33AM | 5 | AND LITIGANTS THEY NEED TO ADHERE TO THE RULES OF THIS COURT. |
| 09:33AM | 6 | ESPECIALLY, AS THE COURT POINTED OUT, IN AN MDL GLOBAL |
| 09:33AM | 7 | CLASS ACTION, THERE'S EVEN A HIGHER RESPONSIBILITY FOR ALL OF |
| 09:33AM | 8 | US TO FOLLOW THE RULES AND PUT OURSELVES WELL. |
| 09:33AM | 9 | THANK YOU VERY MUCH. |
| 09:33AM | 10 | THE COURT:  THANK YOU.  LET ME ASK, MR. BOUTROUS -- |
| 09:33AM | 11 | MR. BOUTROUS:  YES. |
| 09:33AM | 12 | THE COURT:  -- NOT THAT THIS IS RELEVANT TO OUR |
| 09:33AM | 13 | CURRENT CONVERSATION, BUT I'M CURIOUS, ARE THE PARTIES GETTING |
| 09:33AM | 14 | ALONG WELL WITH JUDGE WESTERFIELD? |
| 09:33AM | 15 | MR. BOUTROUS:  I THINK THE PARTIES, THEY HAVE BEEN |
| 09:33AM | 16 | ENGAGED.  I THINK THERE WAS A TELEPHONIC HEARING AND ANOTHER |
| 09:33AM | 17 | PROCEEDING GOING BACK AND FORTH WORKING OUT SOME OF THESE |
| 09:33AM | 18 | DESIGNATION ISSUES.  MR. CHORBA HAS BEEN ON THE FRONT LINES OF |
| 09:33AM | 19 | THAT FOR US, AND HE CAN ADD TO IT. |
| 09:33AM | 20 | BUT I THINK, YES, THAT PROCESS IS PLAYING OUT WELL AND |
| 09:33AM | 21 | HELPFUL. |
| 09:33AM | 22 | THE COURT:  POST HEARING ON THE MOTION TO DISMISS? |
| 09:34AM | 23 | MR. BOUTROUS:  YES.  SO THERE'S BEEN -- RIGHT NOW |
| 09:34AM | 24 | THE COURT REFERRED THE ISSUE OF THE DESIGNATION TO |
| 09:34AM | 25 | JUDGE WESTERFIELD.  THE PARTIES ARE GOING THROUGH THAT.  SO |

09:34AM  1    THAT PROCESS IS CONTINUING.

09:34AM  2        WE WANT, WE WANT TO DEAL WITH THIS AND THEN MOVE ON AND

09:34AM  3    MANAGE THIS CASE AND GET TO A RESULT HERE ONE WAY OR ANOTHER

09:34AM  4    AND MOVE ON FROM THIS.

09:34AM  5        SO I THINK IT WOULD BE NICE TO DO THAT.

09:34AM  6            THE COURT:  MR. COTCHETT'S SHADOW LOOMS BEHIND YOU.

09:34AM  7        (LAUGHTER.)

09:34AM  8            THE COURT:  HE'S EAGER TO GET UP HERE, BUT I DO WANT

09:34AM  9    TO JUST SUGGEST SOMETHING, OR AN OBSERVATION.

09:34AM  10        IT ALMOST NOW -- OF COURSE THIS IS HINDSIGHT AND THAT'S

09:34AM  11    ALWAYS BEST, ISN'T IT?  BUT WHEN MR. COTCHETT WAS SPEAKING

09:34AM  12    ABOUT -- AND I RECALL VIVIDLY, AND I'LL COMMENT ABOUT THAT IN A

09:34AM  13    MOMENT -- WHEN HE ROSE TO SPEAK, I JUST HAVE A FEW THINGS TO

09:34AM  14    SAY, AND THE JUDGE ALWAYS WINCES WHEN THEY HEAR A LAWYER SAY "I

09:35AM  15    JUST HAVE A FEW THINGS TO SAY."

09:35AM  16        (LAUGHTER.)

09:35AM  17            THE COURT:  BUT WHEN HE ROSE TO SPEAK, I ALMOST FELT

09:35AM  18    LIKE IT WAS A CLOSING ARGUMENT, AND I THOUGHT THIS IS A MOTION

09:35AM  19    TO DISMISS.  THERE WILL BE A TIME TO ADDRESS 8 OR 12 MEMBERS OF

09:35AM  20    THE COMMUNITY AS TO THE MERITS OF THE CASE.

09:35AM  21        I THOUGHT, WELL, IT MAY BE THE PLAINTIFFS ARE VERY

09:35AM  22    CONCERNED ABOUT THE STRONG PLEADINGS AND PRESENTATIONS THAT

09:35AM  23    WERE PRESENTED AT THE MOTION TO DISMISS BY THE DEFENDANTS SUCH

09:35AM  24    THAT THEY HAD SOME FEAR IN THEIR BOOTS THAT THE COURT MIGHT

09:35AM  25    RULE IN THEIR FAVOR AND THEY NEEDED TO ADDRESS THAT IN SOME

09:35AM   1    MANNER AND REGAIN BALANCE TO AT LEAST THEIR VIEW OF BALANCE OF

09:35AM   2    IT.

09:35AM   3        IT ALMOST -- IT SOUNDED LIKE A CLOSING ARGUMENT AT THAT

09:35AM   4    TIME.

09:35AM   5            MR. BOUTROUS:  AND, YOUR HONOR, THAT WAS MY

09:35AM   6    IMPRESSION, TOO.  I WASN'T HERE AT THE HEARING, BUT I'VE

09:35AM   7    STUDIED THIS TRANSCRIPT.

09:35AM   8        AND IT MAY HAVE -- YOU KNOW, IT'S SORT OF THE HAIL MARY.

09:35AM   9    ALL IT WOULD HAVE TAKEN WOULD HAVE BEEN FOR HIM TO SAY, "AND,

09:35AM  10    BY THE WAY, THESE DOCUMENTS ARE SEALED.  I DON'T KNOW IF THE

09:36AM  11    COURT WANTS TO CLOSE THE COURTROOM.  WHAT IS APPLE'S POSITION?"

09:36AM  12        THAT'S THE GOLDEN RULE HERE THAT WAS VIOLATED, AND THEY

09:36AM  13    KNEW THEY WERE UNDER SEAL BECAUSE THEY FILED THEM UNDER SEAL,

09:36AM  14    BUT I AGREE WITH YOU, THERE WAS SORT OF WE'VE GOT TO PULL OUT

09:36AM  15    ALL OF THE STOPS KIND OF THING TO DO IT.  BUT THAT DIDN'T MEAN

09:36AM  16    YOU COULD JUST BLOW BY THE PROTECTIVE ORDER AND DISCLOSE

09:36AM  17    CONFIDENTIAL INFORMATION.

09:36AM  18            THE COURT:  OKAY.

09:36AM  19            MR. BOUTROUS:  THANK YOU, YOUR HONOR.

09:36AM  20            THE COURT:  THANK YOU VERY MUCH.

09:36AM  21        MR. COTCHETT, THANK YOU FOR ALLOWING ME TO PUT MY

09:36AM  22    OBSERVATIONS ON THE RECORD PRIOR TO YOUR PRESENTATION.

09:36AM  23            MR. COTCHETT:  SURELY.  SURELY.

09:36AM  24        FIRST, LET ME START OUT BY AGAIN SAYING THAT I CONSIDER

09:36AM  25    MR. BOUTROUS TO BE A VERY GOOD FRIEND, A FABULOUS LAWYER, AND

09:36AM  1    VERY ARTICULATE IN THE WAY THAT HE JUST PRESENTED THE MOTION.

09:36AM  2        THERE'S ONE THING HE DID SAY THAT I WANT TO START RIGHT

09:36AM  3    OUT WITH, YES, LETTERS WENT BACK AND FORTH AFTER THE HEARING,

09:36AM  4    AND I SPECIFICALLY SAID IF THIS IS GOING TO CONTINUE, WE WILL

09:36AM  5    SEEK SANCTIONS AGAINST YOU FOR WHAT YOU DID, AND I WILL COME TO

09:37AM  6    THAT IN A MOMENT.

09:37AM  7        SPECIFICALLY, WE DID NOT SEEK SANCTIONS BECAUSE I CONSIDER

09:37AM  8    THESE PEOPLE TO BE VERY DISTINGUISHED LAWYERS, GOOD LAWYERS,

09:37AM  9    AND THERE CLEARLY WAS A MISUNDERSTANDING AND/OR SOMEBODY DIDN'T

09:37AM 10    REALIZE WHAT WAS GOING ON IN THE COURT.

09:37AM 11        AND LET ME START WITH THIS --

09:37AM 12            THE COURT:  PERHAPS THAT WAS THE JUDGE.

09:37AM 13            MR. COTCHETT:  NO, NO, IT HAD NOTHING TO DO WITH THE

09:37AM 14    COURT.

09:37AM 15        BEFORE IT STARTED I WALKED UP TO MR. CHORBA AND SAID

09:37AM 16    SPECIFICALLY, WHEN ARE WE GOING TO GO BACK TO JUDGE PHILLIPS?

09:37AM 17    WE'VE MADE TERRIFIC WAY THE LAST TIME.  AND BY THE WAY, I'M

09:37AM 18    GOING TO REFER TO MY DECLARATION, THE DOCUMENTS IN MY

09:37AM 19    DECLARATION.  HE LOOKED AT ME AND DIDN'T SAY A WORD.

09:37AM 20        THE PROOF THAT HE DIDN'T SAY A WORD, YOUR HONOR, IS WHILE

09:37AM 21    HE WAS STANDING UP THERE ARGUING THE CASE AND MR. MOLUMPHY WAS

09:38AM 22    UP THERE, HERE'S WHAT FROM THE TRANSCRIPT MR. CHORBA SAID,

09:38AM 23    QUOTE, TRANSCRIPT PAGE 33, LINE 24, "MR. MOLUMPHY SAID THAT

09:38AM 24    97 PERCENT OF UPO'S OCCUR BEFORE --"

09:38AM 25            THE COURT:  EXCUSE ME.  IS THIS SOMETHING THAT WAS

| | |
|---|---|
| 09:38AM | 1 |

09:38AM 1    IN THE -- IS THIS --

09:38AM 2              MR. CHORBA:  YOUR HONOR --

09:38AM 3              THE COURT:  EXCUSE ME.  IS THIS SOMETHING -- IS THIS

09:38AM 4    QUOTING FROM THE --

09:38AM 5              MR. COTCHETT:  -- TRANSCRIPT?

09:38AM 6              THE COURT:  YES.  DOES THAT TRANSCRIPT CONTAIN

09:38AM 7    CONFIDENTIAL INFORMATION?

09:38AM 8              MR. CHORBA:  IT DOES, YOUR HONOR.  I'M SORRY.

09:38AM 9              MR. COTCHETT:  IT DOES, YES.

09:38AM 10             THE COURT:  SO LET'S NOT REPEAT THAT.

09:38AM 11             MR. COTCHETT:  OKAY.  THEN I'LL SAY SIMPLY THREE

09:38AM 12   TIMES, NOT ONCE, NOT TWICE, BUT THREE TIMES DID MR. CHORBA

09:38AM 13   QUOTE FROM THE VERY DOCUMENTS THAT WE FILED, THREE TIMES, AND

09:38AM 14   NEVER SAID BECAUSE HE KNEW THAT WE WERE GOING TO REFER TO IT.

09:38AM 15        SO I TOLD HIM UPFRONT THAT WE'RE GOING TO DO IT.

09:38AM 16        NOW, LET'S GO TO 14.7 WHICH HAS BEEN THE SUBJECT OF OUR

09:38AM 17   DISCOVERY CONFERENCES WITH OUR DISCOVERY JUDGE BACK AND FORTH

09:39AM 18   AND WE'RE TRYING TO WORK OUT EXACTLY HOW WE REPOSITION THESE

09:39AM 19   DOCUMENTS.

09:39AM 20        LET'S GO TO THIS.  THERE'S A PARTY WHO SEEKS TO INTRODUCE,

09:39AM 21   WHICH WAS JUST READ TO YOU, PROTECTED MATERIAL AT THE HEARING.

09:39AM 22             THE COURT:  THIS IS ON PAGE 24, LINE 9 OF THE

09:39AM 23   DOCUMENT?

09:39AM 24             MR. COTCHETT:  EXACTLY.  LINE 6 OF THE DOCUMENT.

09:39AM 25   LINE 9 IS THE -- I'M QUOTING FROM, "SHALL ADVISE THE COURT," AS

09:39AM 1    MR. BOUTROUS JUST TOLD YOU.

09:39AM 2        THE TRANSCRIPT SAYS, I STOOD UP NOW AFTER THIS COLLOQUY

09:39AM 3    BETWEEN MR. MOLUMPHY AND MR. CHORBA IS GOING BACK AND FORTH,

09:39AM 4    THEY'RE BOTH QUOTING FROM THE DECLARATIONS AND THE MATERIAL

09:39AM 5    THAT WAS FILED, AND, BY THE WAY, I WON'T READ, BUT MR. CHORBA

09:39AM 6    AND MR. MOLUMPHY WERE QUOTING FROM REDACTED AND/OR SEALED

09:40AM 7    MATERIAL, BOTH OF THEM.

09:40AM 8        NOW, I STAND UP AND I SAY THE FOLLOWING -- YOUR HONOR, ONE

09:40AM 9    THING I WANT TO SAY AND PRECEDED IT.  AND THEN I SAY, "I

09:40AM 10   SUBMITTED A DECLARATION AND THE DECLARATION IS VERY, VERY

09:40AM 11   IMPORTANT HERE.  THE REASON I SUBMITTED A DECLARATION IN

09:40AM 12   SUPPORT HERE IS TO SHOW YOU ALL OF THE DOCUMENTS THAT THEY HAVE

09:40AM 13   SUBMITTED, JUST THE TIP OF THE ICEBERG, AND I WANT TO TAKE

09:40AM 14   30 SECONDS TO GO OVER THAT."

09:40AM 15       THEN I WENT INTO THE DOCUMENTS THAT WERE IN FRONT OF THE

09:40AM 16   COURT, AND THE COURT SAID -- YOU ASKED IS THAT IN THE

09:40AM 17   DECLARATION?

09:40AM 18       YES, IT IS.

09:40AM 19       MR. CHORBA SAT THERE AND SAID NOTHING.  OF COURSE I TOLD

09:40AM 20   HIM I WAS GOING TO ADVISE YOU.

09:40AM 21       AND THEN I READ THAT QUOTE FROM THAT SENIOR ENGINEER.

09:40AM 22       IT WAS NOT UNTIL I WAS DONE THAT SOMEONE CAME UP AND

09:40AM 23   WHISPERED SOMETHING TO MR. CHORBA, THE COURT SAW THAT, THAT

09:41AM 24   MR. CHORBA FOR THE FIRST TIME SAID, WAIT, WE HAVE -- I CAN'T

09:41AM 25   REMEMBER HIS QUOTE -- WE HAVE TO SEAL THE RECORD.

09:41AM  1     YOU LOOKED DOWN AT ME AND SAID ABSOLUTELY.  AS A MATTER OF

09:41AM  2  FACT, YOU EVEN PROPERLY INTERRUPTED MR. CHORBA AND SAID

09:41AM  3  SHOULDN'T WE SEAL THE RECORD?

09:41AM  4     I STOOD UP AND SAID, YES, WE SHOULD.

09:41AM  5     THE POINT I'M MAKING AT -- I COULD GO THROUGH ALL OF THESE

09:41AM  6  THAT MR. CHORBA DID AND MR. MOLUMPHY DID, AND WHAT I SAID, I

09:41AM  7  BELIEVED I INFORMED THE COURT AND I TOLD HIM BEFOREHAND, THAT'S

09:41AM  8  THE CRITICAL ISSUE, THAT I WAS GOING TO USE THE VERY CRITICAL

09:41AM  9  DOCUMENTS OUT OF MY DECLARATION.

09:41AM  10     WHY?  NOT TO GIVE A CLOSING ARGUMENT TO THE JURY BUT TO

09:41AM  11  POINT OUT TO THE COURT THAT OUR PLEADING PARALLELED WHAT THEIR

09:41AM  12  DOCUMENT SHOWED.

09:41AM  13     SO HERE WE STAND THIS MORNING BEFORE YOU ON A MOTION FOR

09:41AM  14  SANCTIONS.  WE DID NOT BRING A MOTION FOR SANCTIONS, ALTHOUGH

09:42AM  15  WE COULD HAVE.

09:42AM  16     THERE'S OBVIOUSLY A DISPUTE AS TO WHAT IT MEANS WHEN I

09:42AM  17  INFORMED THE OTHER PARTY THAT WE'RE GOING TO USE THAT

09:42AM  18  DECLARATION.

09:42AM  19     AND I GUESS THERE'S A DISPUTE AS TO WHAT THE DETAILS OF

09:42AM  20  LINE 9 ARE.  IT DIDN'T TAKE PLACE IN THE FIRST 22 MINUTES OF

09:42AM  21  THE ARGUMENT.  I THINK WE TIMED IT AND WHEN WE LOOKED AT THE

09:42AM  22  TRANSCRIPT.

09:42AM  23     IT TOOK PLACE AFTER ALL WAS SAID AND DONE SOMEBODY SAID TO

09:42AM  24  MR. CHORBA, I WASN'T THERE BUT I SAW THE PERSON COME UP AND

09:42AM  25  SAID, WAIT, THAT'S ALL PROTECTED.  THAT'S WHEN IT OCCURRED.

09:42AM  1          IT'S CLEAR THERE'S A DISPUTE HERE AS TO WHAT IT MEANS.  I

09:42AM  2     GUESS IF I GO UP AND TELL THEM WE'RE GOING TO USE IT AND IF I

09:42AM  3     SAY TO THE COURT I'M GOING TO USE MY DECLARATION, IT'S ALL

09:42AM  4     UNDER SEAL.  ALL OF MY DECLARATION WAS UNDER SEAL.  IT'S GOT IT

09:42AM  5     ALL ON THE FRONT PAGE UNDER SEAL, UNDER SEAL, UNDER SEAL.

09:42AM  6     THAT'S INFORMING THE COURT BECAUSE I KNOW THIS COURT READS

09:43AM  7     EVERY PAPER.  I KNOW THIS COURT LOOKS AT THE DOCUMENTS IT

09:43AM  8     FILED.  THE COURT KNEW THAT ALL OF THAT WAS UNDER SEAL.

09:43AM  9          YOU EVEN ASKED THE QUESTION OF ME "WAS THAT A QUOTE?"

09:43AM  10         IF YOU RECALL LOOKING AT THE TRANSCRIPT, "WAS THAT A

09:43AM  11    QUOTE?"

09:43AM  12         AND I SAID, "YES, THAT WAS A QUOTE FROM A SENIOR

09:43AM  13    ENGINEER."

09:43AM  14         WE'RE HERE REALLY ABOUT -- PLEASE EXCUSE THIS

09:43AM  15    EXPRESSION -- SILLINESS.  SILLINESS ONLY IN THE SENSE THAT

09:43AM  16    THERE IS A DISPUTE AS TO WHAT HAPPENED PRIOR WHEN I TOLD

09:43AM  17    MR. CHORBA I WAS GOING TO USE THIS.

09:43AM  18         AND I GUESS THEIR ARGUMENT IS THAT I DIDN'T SAY TO THE

09:43AM  19    COURT, STARTING AT LINE 9 OF 14.7, I DIDN'T SAY TO THE COURT,

09:43AM  20    YOUR HONOR, WHAT I'M GOING TO SAY NOW IS UNDER SEAL.

09:43AM  21         BECAUSE FOR THE FIRST 22 MINUTES OF THE HEARING WE WENT

09:43AM  22    BACK IN TIME AND THE READING OF THE TRANSCRIPT, NOBODY SAID

09:43AM  23    THAT TO THE COURT, AND THEY QUOTED LINE AFTER LINE AFTER LINE

09:44AM  24    AFTER LINE FROM DOCUMENTS IN THE DECLARATIONS THAT WERE ALL

09:44AM  25    FILED.

09:44AM 1      NOW, I THINK WHAT WE HAVE TO DO HERE IS JUST COME TO

09:44AM 2  SOME -- NOBODY BELIEVES IN THE INTEGRITY OF THE COURT MORE THAN

09:44AM 3  I DO FOR THE PAST 55 YEARS THAT I'VE BEEN PRACTICING.  AND I

09:44AM 4  KNOW THE INTEGRITY OF COUNSEL ON THE OTHER SIDE.  THERE'S A

09:44AM 5  DISPUTE HERE AS TO WHAT HAPPENED ON MARCH 7TH, WHO SAID WHAT,

09:44AM 6  WHEN IT WAS SAID, ET CETERA, ET CETERA.

09:44AM 7      IT'S INTERESTING TO NOTE AS AN ASIDE, WHERE'S THE DAMAGE?

09:44AM 8  WHERE DID -- DID I READ ANYTHING IN THE "NEW YORK TIMES" ABOUT

09:44AM 9  THIS WONDERFUL HEARING ON MARCH 7TH?

09:44AM 10      PUTTING THAT ASIDE, THERE IS A DISPUTE THAT IS PRESENTLY

09:44AM 11  BEFORE OUR DISCOVERY REFEREE, HER HONOR, THE JUDGE, WHO IS

09:45AM 12  DECIDING WHAT THESE DOCUMENTS REALLY SHOULD BE LABELLED.

09:45AM 13      BUT MORE IMPORTANT AND TO FINISH WITH THIS, BOTH SIDES

09:45AM 14  WERE AWARE OF WHAT WAS BEING SAID AT THAT HEARING.

09:45AM 15      WHEN YOU READ THE TRANSCRIPT, AND WE QUOTE IT IN OUR

09:45AM 16  MOVING PAPERS WHAT MR. CHORBA SAID TO THE COURT, WITHOUT SAYING

09:45AM 17  TO THE COURT, BY THE WAY, YOUR HONOR, I'M NOW GOING TO READ YOU

09:45AM 18  DOCUMENTS -- STATEMENTS THAT ARE UNDER SEAL.  I NEVER HEARD

09:45AM 19  THAT COME OUT OF MR. CHORBA'S MOUTH NOR IS IT IN THE

09:45AM 20  TRANSCRIPT.

09:45AM 21      SO IT WASN'T UNTIL 22 MINUTES LATER THAT I STOOD UP AND

09:45AM 22  SAID, BY THE WAY, NOW I'M GOING TO READ FROM MY DECLARATION,

09:45AM 23  WHICH WAS ALL UNDER SEAL.

09:45AM 24      I REALLY DON'T KNOW WHY WE'RE HERE TODAY AND WHY THIS

09:45AM 25  SHOULDN'T HAVE BEEN RESOLVED IN FRONT OF, WITH SPECIFICITY, IN

09:45AM 1    FRONT OF OUR DISCOVERY REFEREE.

09:45AM 2        I KNOW THAT I DON'T BELIEVE THAT WE DID ANYTHING WRONG.  I

09:46AM 3    DON'T BELIEVE THAT THEY DID ANYTHING WRONG BECAUSE EVERYBODY

09:46AM 4    WAS AWARE THAT ALL OF THAT WAS UNDER SEAL.

09:46AM 5        IF IT WAS UNDER SEAL AND THEY OBJECTED TO IT, I WOULD

09:46AM 6    ASSUME THAT MR. CHORBA, WHO WAS STANDING IN THE NEXT COURTROOM

09:46AM 7    DOWN THE HALL OVER HERE, WOULD HAVE SAID WAIT A MINUTE, THAT'S

09:46AM 8    ALL UNDER SEAL.

09:46AM 9        THAT'S THE DISTINCTION WE'RE DEALING WITH HERE.

09:46AM 10        I APOLOGIZE FOR TAKING THE COURT'S VALUABLE TIME AND

09:46AM 11    HEARING THIS.  I, TOO, BELIEVE IN THE INTEGRITY OF THE COURT,

09:46AM 12    BUT WE'VE GOTTA COME TO GRIPS WITH WHAT IT MEANS WHEN I WALK UP

09:46AM 13    AND SAY, "I'M GOING TO READ FROM MY DECLARATION," AND AFTER

09:46AM 14    HEARING THE ARGUMENT BETWEEN THE TWO VERY FINE LAWYERS CITING

09:46AM 15    DOCUMENT LINE AFTER LINE THAT WAS ALL UNDER SEAL I FIND IT

09:46AM 16    EXTRAORDINARY THAT THE DOCUMENT, THAT THIS MOTION WAS FILED.

09:46AM 17        PLUS -- I'LL FINISH WITH THIS -- WE SENT LETTERS BACK AND

09:47AM 18    FORTH FOR AT LEAST A WEEK OR TWO AS TO WHAT THE PROPER

09:47AM 19    PROCEDURE SHOULD BE.

09:47AM 20        YES, MY LAST SENTENCE WAS IF YOU WANT TO CONTINUE WITH

09:47AM 21    THIS WITH A SANCTIONS MOTION, WHICH IS SILLY, WE, TOO, WILL

09:47AM 22    BRING A SANCTIONS MOTION AS TO WHAT YOU SAID IN THE COURT.

09:47AM 23        DID WE?  WE DID NOT BECAUSE I THINK WE HAD BETTER JUDGMENT

09:47AM 24    THAN TO BURDEN THIS COURT WITH THAT CRAZINESS OF A MOTION.

09:47AM 25        AND I REFER -- NOT AS CRAZINESS -- I REFER TO IT AS THERE

09:47AM  1    ARE SO MANY MORE IMPORTANT THINGS THAT WE SHOULD BE DOING IN

09:47AM  2    THIS LITIGATION, ESPECIALLY NOT NECESSARILY IN THIS COURT BUT

09:47AM  3    IN FRONT OF THE DISCOVERY REFEREE, AND THAT'S GOING ON AT FULL

09:47AM  4    LENGTH.

09:47AM  5         SO THE COURT KNOWS, AND THERE'S NO SECRETS HERE, YES, WE

09:47AM  6    ARE GOING BACK TO JUDGE PHILIPS.

09:47AM  7            THE COURT:  THANK YOU.  LET ME ASK, I HEARD YOU USE

09:48AM  8    THE WORD "MISUNDERSTANDING."

09:48AM  9        IS THAT HOW YOU WOULD CAPTURE THE CONDUCT BASED ON A

09:48AM 10    MISUNDERSTANDING OF 14.7?

09:48AM 11            MR. COTCHETT:  WELL, EVIDENTLY -- NO, THAT'S NOT HOW

09:48AM 12    I -- I DON'T REFER TO 14.7 AS A MISUNDERSTANDING.  THAT'S

09:48AM 13    DIRECT AND CLEAR.

09:48AM 14            THE COURT:  NO.  IT SEEMS TO BE THAT IS SOMETHING

09:48AM 15    THAT YOU AND YOUR COLLEAGUES HAVE GREAT KNOWLEDGE OF.  YOU

09:48AM 16    CREATED THE DOCUMENT.

09:48AM 17            MR. COTCHETT:  IT IS.  ABSOLUTELY.

09:48AM 18            THE COURT:  THE 33 PAGES.

09:48AM 19            MR. COTCHETT:  ABSOLUTELY.  THERE'S NO

09:48AM 20    MISUNDERSTANDING AS TO THAT LANGUAGE.

09:48AM 21            THE COURT:  YES.  I'M TALKING ABOUT WHAT HAPPENED.

09:48AM 22            MR. COTCHETT:  OH, ABSOLUTELY.

09:48AM 23            THE COURT:  WHAT HAPPENED AT THE MARCH HEARING.

09:48AM 24            MR. COTCHETT:  ABSOLUTELY THERE WAS A

09:48AM 25    MISUNDERSTANDING.

09:48AM  1           THE COURT:  THERE WAS A MISUNDERSTANDING AS OPPOSED

09:48AM  2    TO SCIENTER.

09:48AM  3           MR. COTCHETT:  THERE WAS NO SCIENTER AT ALL PROVEN

09:48AM  4    BY THE TRANSCRIPT OF MR. CHORBA CITING WITHOUT EVER SAYING, BY

09:49AM  5    THE WAY, YOUR HONOR, "THIS IS UNDER SEAL."  AND YOU DON'T WANT

09:49AM  6    ME TO REPEAT IT.

09:49AM  7           THE COURT:  WELL, LET ME INTERRUPT YOU AGAIN, AS I

09:49AM  8    SAID I DO WITH SOME FREQUENCY, REGRETTABLY.  SO MY OBSERVATION

09:49AM  9    OF WHAT HAPPENED WAS THAT THERE WERE SOME COMMENTS THAT WERE

09:49AM 10    BEING MADE BY YOUR TEAM --

09:49AM 11           MR. COTCHETT:  YES.

09:49AM 12           THE COURT:  -- AND THEY WERE -- I'M NOT GOING TO

09:49AM 13    REPEAT THEM, BUT I WILL OBSERVE THAT THEY WERE NEGATIVE

09:49AM 14    COMMENTS ABOUT EMPLOYEES.  I'M NOT GOING TO IDENTIFY.

09:49AM 15           MR. COTCHETT:  LET ME JUST CORRECT ONE THING.  NOT

09:49AM 16    NEGATIVE COMMENTS ABOUT EMPLOYEES.  NEGATIVE COMMENTS BY

09:49AM 17    EMPLOYEES.

09:49AM 18           THE COURT:  WELL, IT WAS ABOUT --

09:49AM 19           MR. COTCHETT:  THEIR ENGINEER.

09:49AM 20           THE COURT:  -- WHAT THEY HAD ALLEGEDLY SAID.

09:49AM 21           MR. COTCHETT:  EXACTLY.

09:49AM 22           THE COURT:  AND I USED THE PHRASE "MOTHER BEAR."

09:49AM 23       I DON'T KNOW IF THAT'S APPROPRIATE TO USE OR NOT, BUT IT

09:49AM 24    COULD BE THAT AN APPLE REPRESENTATIVE TOOK DEFERENCE TO THAT

09:50AM 25    AND WANTED TO PROTECT THEIR EMPLOYEES IN A PUBLIC SETTING IN

09:50AM 1    SOME MANNER AND ROSE, AS I SAY.

09:50AM 2              MR. COTCHETT:  WHEN THE PERSON CAME UP.

09:50AM 3              THE COURT:  I DON'T KNOW IF THAT HAPPENED OR NOT.  I

09:50AM 4    DON'T KNOW.  YOU WEREN'T THERE, YOU DIDN'T SEE IT BUT --

09:50AM 5              MR. COTCHETT:  OH, I DID SEE IT.

09:50AM 6              THE COURT:  AND THAT'S UNDERSTANDABLE.  I GUESS WHAT

09:50AM 7    I'M SAYING IS OF COURSE THEY'RE GOING TO DO THAT.

09:50AM 8              MR. COTCHETT:  YEAH.

09:50AM 9              THE COURT:  OF COURSE THEY ARE.  THEY'RE GOING TO

09:50AM 10   RISE AND THEY'RE GOING TO SAY, YOU KNOW, THIS IS -- HE'S SAYING

09:50AM 11   THINGS NEGATIVE ABOUT US AND YOU'RE MY CHAMPION AND IS THERE

09:50AM 12   SOMETHING THAT YOU COULD DO?

09:50AM 13       AND MR. CHORBA TALKED TO THE COURT ABOUT THAT, AND WE WENT

09:50AM 14   BACK AND FORTH.  I UNDERSTAND YOUR POSITION IS -- YOUR

09:50AM 15   OBSERVATION IS, WELL, MR. CHORBA READ FROM THESE DOCUMENTS AND

09:50AM 16   HE PRESENTED THAT TO THE COURT ALSO, AND THEN -- SO THEY'RE THE

09:50AM 17   ONES WHOSE HAND IS IN THE COOKIE JAR FIRST.

09:50AM 18             MR. COTCHETT:  WELL, I DIDN'T SAY FIRST.  I DON'T

09:50AM 19   KNOW WHETHER IT WAS MR. MOLUMPHY OR MR. CHORBA WHO STARTED

09:51AM 20   READING BACK AND FORTH.

09:51AM 21       ALL I'M SAYING IS THAT AT THE END OF THE HEARING SOMEONE

09:51AM 22   ROSE, WALKED UP TO MR. CHORBA, IT'S WHEN THAT -- IT'S WHEN HE

09:51AM 23   SAID, YOUR HONOR, I DO WANT TO MAKE SURE THAT THIS IS SOMETHING

09:51AM 24   TO THE EFFECT ALL UNDER SEAL.

09:51AM 25       YOU INTERRUPTED HIM, PROPERLY SO.  LOOKED DOWN AT ME, ANY

09:51AM 1    OBJECTION?  AND I SAID NONE WHATSOEVER.

09:51AM 2         THE COURT:  AND I THINK THAT ALSO EVIDENCES PERHAPS

09:51AM 3    TO A POINT THAT MR. BOUTROUS MADE ABOUT, WELL, DID THE COURT,

09:51AM 4    DID THE COURT EVEN RECOGNIZE THAT WHAT WAS BEING SAID WAS UNDER

09:51AM 5    SEAL OR NOT?

09:51AM 6         I THINK THAT'S PART OF THE PERHAPS MISUNDERSTANDING 14.7

09:51AM 7    AND SOME OF THE OTHER PARAGRAPHS SAY IS THERE A STEP, AN

09:51AM 8    ANTICIPATORY STEP THAT SHOULD BE TAKEN PRIOR TO ANY DISCUSSION

09:51AM 9    ABOUT SEALED MATERIALS?

09:51AM 10        BECAUSE THE COURT --

09:51AM 11             MR. COTCHETT:  THAT MAKES SENSE.

09:51AM 12             THE COURT:  -- ACCORDING TO 14.7, THE COURT HAS THE

09:51AM 13   RIGHT AND HAS THE DUTY TO LOOK AT THAT AND MAKE A DECISION

09:52AM 14   WHETHER OR NOT IT IS PROTECTED MATERIAL AND WHETHER OR NOT IT

09:52AM 15   WILL BE SPOKEN IN THE JUDGE'S COURTROOM.  THAT'S WHAT 14.7

09:52AM 16   DOES.

09:52AM 17             MR. COTCHETT:  THAT'S WHAT WE'RE TRYING TO IRON OUT.

09:52AM 18             THE COURT:  RIGHT.  AND THIS COURT, I THINK WE

09:52AM 19   ALL -- EVERYONE WILL RECOGNIZE, I WON'T USE THE WORD "CONCEDE,"

09:52AM 20   BUT EVERYONE WILL RECOGNIZE THAT THAT METHODOLOGY WAS NOT PUT

09:52AM 21   IN PLACE BECAUSE THE GOOD JUDGE WAS NOT CALLED UPON TO MAKE A

09:52AM 22   DECISION ON THAT.

09:52AM 23             MR. COTCHETT:  YES.

09:52AM 24             THE COURT:  RIGHT.  THAT'S A PIECE THAT WAS MISSING

09:52AM 25   FROM THE PROCESS.

09:52AM  1          MR. COTCHETT:  YES, I AGREE.

09:52AM  2          THE COURT:  AND THAT'S WHAT WE'RE DISCUSSING.

09:52AM  3          MR. COTCHETT:  WELL, I STILL THINK THAT --

09:52AM  4          THE COURT:  THERE ARE LAWYERS STIRRING BEHIND YOU.

09:52AM  5          MR. MOLUMPHY:  BEFORE MR. CHORBA GOES, I DO WANT TO

09:52AM  6  ADDRESS, SINCE ACCUSATIONS WERE MADE AGAINST ME PERSONALLY,

09:52AM  7  YOUR HONOR, WITH YOUR PERMISSION.

09:52AM  8          THE COURT:  WELL, DO YOU WANT TO YIELD THE LECTERN

09:52AM  9  TO MR. MOLUMPHY?

09:52AM  10          MR. COTCHETT:  ABSOLUTELY, YOUR HONOR.  I'M DONE.

09:52AM  11  DO YOU HAVE ANY QUESTIONS OF ME?

09:52AM  12          THE COURT:  NO.

09:52AM  13          MR. COTCHETT:  THANK YOU.

09:52AM  14          THE COURT:  THANK YOU.

09:52AM  15          MR. MOLUMPHY:  I APPRECIATE THE INDULGENCE, AND I'LL

09:53AM  16  BE BRIEF, YOUR HONOR.

09:53AM  17          THE COURT:  YOU SHOULD STATE YOUR APPEARANCE FOR THE

09:53AM  18  RECORD.

09:53AM  19          MR. MOLUMPHY:  MARK MOLUMPHY FOR THE PLAINTIFFS.

09:53AM  20      I'M PROBABLY IN THE UNIQUE POSITION OF BEING THE

09:53AM  21  ONE PERSON IN THIS COURTROOM THAT PARTICIPATED IN THE

09:53AM  22  NEGOTIATION OF THE PROTECTIVE ORDER, THE ARGUMENT AND BRIEFING

09:53AM  23  OF THE MOTION TO DISMISS, AND THE POST-HEARING MEET AND CONFER

09:53AM  24  EFFORTS TO RESOLVE THIS SHORT OF BEING HERE TODAY.

09:53AM  25      AND FOCUSSING ON THAT LAST POINT, WHETHER THERE WAS

09:53AM  1    SCIENTER OR A MISUNDERSTANDING, I GUESS THE WAY I WOULD

09:53AM  2    DESCRIBE IT IS A DIFFERENCE IN UNDERSTANDING AS TO 14.7, AND

09:53AM  3    THAT PROBABLY WAS A PROBLEM THAT IS AT THE FAULT OF ALL OF THE

09:53AM  4    PARTIES.

09:53AM  5        WE RESPECTFULLY DISAGREE WITH MR. BOUTROUS, WHO I NEVER

09:53AM  6    HAVE SPOKE TO ONCE IN THIS CASE.  I NEVER SPOKE TO HIM AT THE

09:53AM  7    NEGOTIATION OF THIS PROVISION.  HE OBVIOUSLY WAS NOT AT HEARING

09:53AM  8    AND DIDN'T HAVE THE PERSPECTIVE OF BEING THERE, AND I CERTAINLY

09:53AM  9    NEVER SPOKE WITH HIM AFTER THE HEARING ABOUT MY ATTEMPTS TO

09:53AM 10    RESOLVE THIS.

09:53AM 11        14.7 ADMITTEDLY, NOW THAT IT HAS BEEN APPLIED, AND THAT

09:54AM 12    WAS THE FIRST TIME AT WHICH IT WAS APPLIED WAS THAT -- AT THAT

09:54AM 13    HEARING.

09:54AM 14        THERE IS A DIFFERENCE IN UNDERSTANDING AS TO WHAT IS

09:54AM 15    PROVIDING SUFFICIENT INTRODUCTION TO YOUR HONOR SO THAT THEY

09:54AM 16    HAVE THE ABILITY TO TAKE STEPS.

09:54AM 17        WE BELIEVE, AS MR. COTCHETT SAID, THAT THIS WAS A MOTION

09:54AM 18    TO DISMISS A SECOND AMENDED COMPLAINT IN WHICH THE ENTIRETY OF

09:54AM 19    OUR SECOND AMENDED COMPLAINT WAS BASED UPON MATERIALS THAT THEY

09:54AM 20    HAD PRODUCED TO US.

09:54AM 21        WE WERE ADDRESSING YOUR CONCERN, IF YOU REMEMBER AT THE

09:54AM 22    FIRST MOTION, THAT WE NEEDED MORE DETAILS.  SO 75 PERCENT OF

09:54AM 23    OUR AMENDED COMPLAINT IS FILED UNDER SEAL.  IT'S REDACTED.

09:54AM 24            THE COURT:  WELL, THAT WAS THE COLLOQUY WHEN I ASKED

09:54AM 25    YOU THAT WHEN YOU WERE DEFENDING THE MOTION HERE OR DEFENDING

09:54AM  1    YOUR POSITION, I THINK I ASKED YOU IN ESSENCE WHAT IS DIFFERENT

09:54AM  2    NOW?  WHAT HAVE YOU CHANGED?

09:54AM  3              MR. MOLUMPHY:  YEAH.

09:54AM  4              THE COURT:  AND THAT'S WHEN YOU WENT ON TO DESCRIBE

09:54AM  5    OTHER MATTERS.

09:54AM  6              MR. MOLUMPHY:  THAT'S RIGHT.

09:54AM  7              THE COURT:  AND THEN MR. COTCHETT ROSE AFTERWARDS TO

09:55AM  8    ADD A FEW OTHER THINGS.

09:55AM  9              MR. MOLUMPHY:  AND I FOLLOWED MR. CHORBA'S ARGUMENT

09:55AM 10    IN WHICH HIS PRIMARY ARGUMENT IS, JUDGE, THEY HADN'T CHANGED

09:55AM 11    ANYTHING EVEN THOUGH WE GAVE THEM, AND WE HEARD IT AGAIN THIS

09:55AM 12    MORNING, 7 MILLION PAGES OF DOCUMENTS.

09:55AM 13        SO HE'S CHALLENGING ME AS TO WHAT WE PUT IN NEW IN OUR

09:55AM 14    COMPLAINT, WHICH HE KNEW WAS THEIR RECORDS, WE HAD FILED IT

09:55AM 15    UNDER SEAL, WE HAD PREPARED AN OPPOSITION THAT ALMOST

09:55AM 16    90 PERCENT OF THE OPPOSITION WAS FILED UNDER SEAL BECAUSE WE'RE

09:55AM 17    REFERRING LINE AND VERSE TO OUR ALLEGATIONS WHICH ARE TO THESE

09:55AM 18    DOCUMENTS.

09:55AM 19        EVERYONE KNEW AT THE TIME OF THE HEARING THAT THAT WAS THE

09:55AM 20    PURPOSE IN WHICH WE WERE HAVING THAT DISCUSSION.

09:55AM 21        SO FROM OUR PERSPECTIVE WHEN I'M ARGUING A MOTION TO

09:55AM 22    DISMISS A SECOND AMENDED COMPLAINT AND REBUTTING AN ALLEGATION

09:55AM 23    THAT WE HADN'T ADDED ANYTHING NEW, MR. CHORBA KNEW THE

09:55AM 24    ALLEGATIONS THAT WERE NEW WERE FROM THESE DOCUMENTS, EVERYONE

09:55AM 25    KNEW THAT WHAT WAS AT ISSUE THEN.

09:55AM 1        COULD WE HAVE RAISED IT TO YOUR HONOR THROUGH THIS 14.7?

09:56AM 2    I THINK WE DID.

09:56AM 3        THE COURT:  SO THAT'S THE POINT HERE, ISN'T IT?

09:56AM 4    EVERYONE KNEW BUT PERHAPS THE COURT DIDN'T.

09:56AM 5        MR. MOLUMPHY:  AND I HEAR THAT, YOUR HONOR, I DO.

09:56AM 6        THE COURT:  AND THAT WAS MY POINT EARLIER WHEN I

09:56AM 7    SAID EVERYBODY KNEW BUT PERHAPS THE COURT DIDN'T.

09:56AM 8        IT SEEMS LIKE 14.7 IS AN OPPORTUNITY, AN AVENUE TO INFORM

09:56AM 9    THE COURT SO THE COURT CAN MAKE AN INFORMED DECISION ABOUT

09:56AM 10   SHOULD WE GO INTO CLOSED SESSION?  SHOULD I HAVE YOU IDENTIFY

09:56AM 11   THESE THINGS IN SOME OTHER NOMENCLATURE, ET CETERA?  SHOULD I

09:56AM 12   TAKE A RECESS, GO BACK AND READ THE DOCUMENTS, AND THEN COME

09:56AM 13   BACK AND IDENTIFY THEM AS DOCUMENT A, B, C, 1, 2, 3, AND HAVE

09:56AM 14   COUNSEL REFER TO THEM IN THAT NOMENCLATURE?

09:56AM 15       AGAIN, HINDSIGHT IS THE BEST THING.

09:56AM 16       MR. MOLUMPHY:  YEAH.  RIGHT.  HINDSIGHT IS 20/20.

09:56AM 17   ALL I CAN SAY FROM OUR PERSPECTIVE IS THIS IS NOT A CASE WHERE

09:56AM 18   WE'RE BRINGING SOMETHING NEW OUT OF THE BLUE AT THE HEARING AND

09:57AM 19   TRYING TO SURPRISE APPLE.

09:57AM 20       THE COURT:  THE THING THAT IS -- AND I'M SORRY TO

09:57AM 21   INTERRUPT YOU, MR. MOLUMPHY.  EVERYTHING YOU'VE SAID IS

09:57AM 22   IMPORTANT, AND I HAVE CAPTURED IT.

09:57AM 23       BUT I DO WANT TO POINT OUT THE MOST SIGNIFICANT THING I'VE

09:57AM 24   HEARD YOU SAY SO FAR IS THE THREE WORDS "DIFFERENCE IN

09:57AM 25   UNDERSTANDING" AS OPPOSED TO "A MISUNDERSTANDING," THE WAY I'VE

09:57AM 1      CHARACTERIZED IT.  YOU HAVE CAPTURED A DIFFERENCE IN

09:57AM 2      UNDERSTANDING, WHICH I THINK IS A COMPLETELY DIFFERENT THING.

09:57AM 3              MR. MOLUMPHY:  I DO, BUT I WILL SAY THAT BEFORE THEY

09:57AM 4      FILED THIS MOTION, YOU KNOW, I HAD BECAUSE I TOOK -- THEY'RE

09:57AM 5      ACCUSING ME IN THE MEET AND CONFER CALL OF DOING SOMETHING

09:57AM 6      IMPROPER WHICH WAS A BLOW TO ME.  I'VE ONLY BEEN PRACTICING

09:57AM 7      27 YEARS, BUT OBVIOUSLY NO ONE HAS EVER ACCUSED --

09:57AM 8              THE COURT:  YOU'RE JUST A KID.

09:57AM 9              MR. MOLUMPHY:  I'M JUST A KID.  BUT NO ONE HAS

09:57AM 10     CERTAINLY EVER ACCUSED ME OF ETHICAL VIOLATIONS, AND THERE WAS

09:57AM 11     CERTAINLY NO EFFORT OR INTENT TO DO THAT AT THE HEARING.

09:57AM 12             THE COURT:  I'M HAPPY TO HEAR THAT.  THANK YOU.

09:57AM 13             MR. MOLUMPHY:  BUT ONCE THEY MADE THAT ACCUSATION IN

09:57AM 14     THE PHONE CALL, I SAID TO MR. CHORBA, WE DON'T AGREE WITH YOU

09:57AM 15     AS TO WHAT 14.7, WHICH WAS A NEGOTIATED TERM, AND PART OF THE

09:57AM 16     PROCESS IN PREPARING FOR THIS HEARING I HAVE LEARNED IS THAT

09:58AM 17     THERE IS NO RULE, THERE IS NO STATUTE, THERE IS NO LAW

09:58AM 18     GOVERNING THE PROCESS FOR SEALING A PROCEEDING, WHICH WAS THIS

09:58AM 19     BLACK HOLE IN THE LAW THAT I DIDN'T REALIZE EXISTS.

09:58AM 20         SO I REMEMBER I TOOK A LONG WEEKEND.  I DRAFTED A PROPOSED

09:58AM 21     PROTOCOL, A ONE OR TWO PAGE PROTOCOL, WHICH I RESEARCHED AND I

09:58AM 22     FOUND THE FEDERAL JUDICIAL CENTER ACTUALLY HAS THESE

09:58AM 23     GUIDELINES, AND IT'S THE PROCESS THAT YOU'VE DESCRIBED WITH

09:58AM 24     MR. COTCHETT, THIS PROCESS THAT THERE'S A PUBLIC RECORD.

09:58AM 25     THERE'S THE OPPORTUNITY FOR THE PUBLIC TO CHIME IN.  THERE'S A

09:58AM 1    PROCESS THAT YOUR HONOR HAS BEFORE THE HEARING ITSELF SO THAT

09:58AM 2    YOU CAN -- THERE'S THIS PROCESS IN WHICH YOU CAN MAKE THAT

09:58AM 3    RESOLUTION RATHER THAN DOING IT ON THE FLY.

09:58AM 4        14.7 DOESN'T SET FORTH THAT WITH ANY PARTICULARITY, THAT'S

09:58AM 5    CORRECT.  THAT'S SOMETHING THAT I THOUGHT WE COULD DO BETTER.

09:58AM 6        SO I PROPOSED THAT.  I SAID GOING FORWARD, WHY DON'T WE

09:58AM 7    GO THROUGH THIS PROCESS SO AGAIN WE DON'T HAVE THIS DIFFERENCE

09:58AM 8    OF OPINION GOING FORWARD IN THIS CASE.

09:59AM 9        AND 24 HOURS LATER I GOT AN E-MAIL SAYING, NO, WE'RE NOT

09:59AM 10   GOING TO DO IT, AND I NEVER GOT A RESPONSE.  THEY ACCUSED THIS

09:59AM 11   OF BEING A PRETEXT TO EXPLAIN OUR CONDUCT AT THE HEARING WHICH

09:59AM 12   IT ABSOLUTELY WAS NOT.

09:59AM 13       THE COURT:  I APPRECIATE THAT EXPLANATION.

09:59AM 14       MR. MOLUMPHY:  SO I JUST WANTED TO POINT OUT.  WE

09:59AM 15   HAVE TRIED TO MOVE THIS PROCESS FORWARD.  FROM OUR POSITION

09:59AM 16   THIS IS A GROSS OVERREACH AND CERTAINLY WAS NOTHING THAT WAS

09:59AM 17   INTENTIONALLY DONE IN ORDER TO SOMEHOW PREJUDICE APPLE.

09:59AM 18       WE BELIEVED THAT WE ACTED APPROPRIATELY, YOUR HONOR.  THE

09:59AM 19   PURPOSE OF 14.7, AS EXPLAINED IN MY DECLARATION SINCE I

09:59AM 20   PARTICIPATED IN THE PROCESS, WAS TO STREAMLINE THE PROCESS,

09:59AM 21   MAKE IT EASIER.

09:59AM 22       THE ORACLE ORDER THAT YOU'VE HEARD FROM, THAT WAS THE

09:59AM 23   MODEL PATENT ORDER THAT WAS AT PLAY IN THE ORACLE CASE.  THAT'S

09:59AM 24   NOT AT PLAY IN THIS CASE.

09:59AM 25       THE COURT:  WELL, I APPRECIATE THAT THERE'S A

09:59AM 1    DISTINCTION THERE, BUT I THINK WE ALL RECOGNIZE THAT THE --

09:59AM 2    THIS MOTION IS NOT -- I'M RECEIVING IT, AND IN CANDOR, I'M

09:59AM 3    RECEIVING THE MOTION, LOOKING AT IT NOT AS A TACTIC, A

10:00AM 4    STRATEGIC TACTIC.  I KNOW THERE ARE SOME SUGGESTIONS IN THE

10:00AM 5    PLEADINGS FROM BOTH SIDES THAT THERE MIGHT BE SOME STRATEGY

10:00AM 6    BEING PLAYED IN THESE MOTIONS, AND I SHOULD TELL YOU, BOTH

10:00AM 7    SIDES, I'M NOT RECEIVING IT THAT WAY.  IT'S A SERIOUS

10:00AM 8    ACCUSATION.  THAT'S WHY YOU'RE HERE AND THAT IS WHY

10:00AM 9    MR. COTCHETT IS HERE BECAUSE THERE ARE REMEDIES FOR THIS THAT

10:00AM 10   YOUR COLLEAGUE OPPOSITE SUGGESTS IS TO REMOVE YOU FROM THE CASE

10:00AM 11   AND/OR PERMIT, PREVENT YOU RATHER, FROM REVEALING ADDITIONAL

10:00AM 12   CONFIDENTIAL INFORMATION WHICH WOULD ALL BUT STIFLE YOUR

10:00AM 13   ABILITY TO PROSECUTE THE CASE IT SEEMS TO ME.

10:00AM 14        THAT'S A SERIOUS, SERIOUS REQUEST AND ONE THAT THE COURT

10:00AM 15   TAKES SERIOUSLY.  IT IS SERIOUS.  IT'S UNFORTUNATE THAT WE'RE

10:00AM 16   HERE, BUT THE COURT HAS TO TAKE THESE ALLEGATIONS SERIOUSLY,

10:00AM 17   AND THAT'S WHY WE'RE HERE RECEIVING THIS INFORMATION IN AN

10:00AM 18   EFFORT TO HELP ME IN A DECISION.

10:00AM 19        SO I APPRECIATE THAT.

10:01AM 20         MR. MOLUMPHY:  WE TAKE IT SERIOUSLY.

10:01AM 21        MY LAST TWO POINTS ARE THIS, YOUR HONOR, FOLLOWING UP ON

10:01AM 22   THAT.  I PERSONALLY HAVE LED OUR FIRM'S EFFORTS WITH RESPECT TO

10:01AM 23   HANDLING CONFIDENTIAL INFORMATION.  99.5 PERCENT OF THE

10:01AM 24   DOCUMENTS THAT APPLE HAS PRODUCED IN THIS CASE HAVE BEEN

10:01AM 25   LABELLED "CONFIDENTIAL," WHICH PUTS IN PLAY A LOT OF PROCEDURAL

10:01AM  1    SAFEGUARDS THAT I PUT IN PLACE AT MY FIRM, WALLING OFF

10:01AM  2    DOCUMENTS, PASSWORD PROTECTED ACCESS TO THESE DOCUMENTS.

10:01AM  3        I THINK THROUGHOUT THIS CASE, AND I DON'T THINK THEY

10:01AM  4    DISPUTE, THERE HAS BEEN NO OTHER SUGGESTION THAT THERE'S BEEN

10:01AM  5    SOMEHOW MISUSE OF THIS INFORMATION.

10:01AM  6        WE DON'T THINK THERE WAS AT THE HEARING, BUT CERTAINLY IN

10:01AM  7    THIS CASE WE HAVE TAKEN OUR OBLIGATIONS, AS WE DO IN EVERY

10:01AM  8    CASE, VERY SERIOUSLY, YOUR HONOR, AND I REAFFIRM THAT

10:01AM  9    COMMITMENT GOING FORWARD IN THIS CASE.

10:01AM  10        THE SECOND AND LAST POINT I'LL MAKE, YOUR HONOR, AND

10:01AM  11    MR. COTCHETT WAS REFERRING TO MR. CHORBA'S ARGUMENT, IT KIND OF

10:01AM  12    ILLUSTRATES THE IRONY FROM OUR PERSPECTIVE OF THIS MOTION.

10:01AM  13        AT THE HEARING AFTER MR. CHORBA POINTED OUT THAT THIS WAS

10:01AM  14    INFORMATION THAT WAS PROTECTED AND THAT THE HEARING ROOM WAS

10:02AM  15    NOT SEALED, THEN PROCEEDED TO CITE THE SAME INFORMATION DURING

10:02AM  16    HIS ARGUMENT.

10:02AM  17        NOW, JUST TAKE A STEP BACK AND THINK ABOUT THEY'RE ASKING

10:02AM  18    FOR YOU TO AWARD SANCTIONS BECAUSE I REFERRED TO INFORMATION

10:02AM  19    THAT MR. CHORBA HIMSELF REFERRED TO IN THE HEARING.

10:02AM  20        HE IS NOW, AND THERE'S A MOTION NOW PENDING BEFORE YOU,

10:02AM  21    YOUR HONOR, ASKING YOUR HONOR TO SEAL A PORTION OF THE COURT'S

10:02AM  22    TRANSCRIPT.  THAT'S DOCKET 327, WHICH INCLUDES THE PORTION THAT

10:02AM  23    MR. COTCHETT WAS REFERRING TO AT PAGE 33.  THAT'S MR. CHORBA'S

10:02AM  24    ARGUMENT REFERRING TO THE SAME INFORMATION THAT HE'S NOW

10:02AM  25    COMPLAINING THAT WE REFERRED TO.

10:02AM 1      THERE'S SOMETHING ABSURD ABOUT THAT PROPOSITION, YOUR

10:02AM 2   HONOR.  I DON'T SEE HOW THEY CAN ASK FOR SANCTIONS AGAINST US

10:02AM 3   WHEN MR. CHORBA HIMSELF READ FROM THAT SAME MATERIAL IN AN OPEN

10:02AM 4   SETTING AND IS NOW ASKING, AFTER THE FACT, THAT YOU SEAL THAT

10:03AM 5   RECORD.

10:03AM 6            THE COURT:  OKAY.

10:03AM 7            MR. MOLUMPHY:  THANK YOU.

10:03AM 8            THE COURT:  THANK YOU VERY MUCH.

10:03AM 9      MR. BOUTROUS, IT'S YOUR MOTION.  YOU'LL GET THE LAST WORD.

10:03AM 10            MR. BOUTROUS:  THANK YOU VERY MUCH, YOUR HONOR.

10:03AM 11  I'LL START WITH THAT LAST POINT BECAUSE THE IRONY IS THAT,

10:03AM 12  FIRST OF ALL, MR. COTCHETT IS WRONG THAT MR. CHORBA IN HIS

10:03AM 13  OPENING PRESENTATION QUOTED OR CITED OR REFERRED TO PROTECTED

10:03AM 14  MATERIAL.  HE WAS VERY CAREFUL NOT TO.

10:03AM 15      IT WAS WHEN MR. MOLUMPHY STOOD UP AND STARTED READING --

10:03AM 16  IT'S NOT AN EXCUSE THAT THEY RELIED ON THE MATERIAL, AND

10:03AM 17  THERE'S NOTHING WRONG WITH IT.

10:03AM 18      THE COURT -- AND SO WITH RESPECT TO MR. CHORBA IN HIS

10:03AM 19  REBUTTAL, HIS RESPONSE, HE ALREADY ASKED TO SEAL THE

10:03AM 20  TRANSCRIPT, BUT HE THOUGHT IN VERY GENERAL TERMS ABOUT HOW

10:03AM 21  MR. MOLUMPHY AND MR. COTCHETT WERE COMPLETELY DISTORTING THE

10:03AM 22  LANGUAGE THAT THEY HAD IMPROPERLY BLURTED OUT IN PUBLIC.

10:03AM 23  THAT'S POINT NUMBER ONE.

10:03AM 24      NUMBER TWO, MR. COTCHETT JUST VIOLATED THE PROTECTIVE

10:03AM 25  ORDER AGAIN AFTER I MADE THE REQUEST THAT IF HE WAS GOING TO

10:03AM  1    REFER TO CONFIDENTIAL AND PROTECTED INFORMATION THAT HE TELL

10:03AM  2    THE COURT.  HE STILL DOESN'T GET IT.

10:04AM  3         SO THE COURT NEEDS TO SEND A MESSAGE.  THE PART THAT HE

10:04AM  4    STARTED TO GO INTO THAT WE OBJECTED TO, THAT'S PART OF THE

10:04AM  5    SECOND AMENDED COMPLAINT THAT SINCE THE HEARING THIS COURT

10:04AM  6    RULED WAS PROTECTED MATERIAL.

10:04AM  7         SO HE NOT ONLY VIOLATED THE PROTECTIVE ORDER JUST NOW, HE

10:04AM  8    DID IT WITH RESPECT TO MATERIAL THAT THIS COURT NOW HAS FOUND

10:04AM  9    IS PROTECTED MATERIAL.

10:04AM  10        SO THE COURT NEEDS TO SEND A VERY, VERY STRONG SIGNAL.

10:04AM  11        AGAIN, MR. MOLUMPHY WAS SUGGESTING THAT PERHAPS BECAUSE WE

10:04AM  12   HADN'T COMMUNICATED DIRECTLY AND I WASN'T AT THE HEARING I

10:04AM  13   DON'T KNOW WHAT I'M TALKING ABOUT.

10:04AM  14        I CAN TELL YOU ONE THING, I CAN READ, AND I CAN READ WHAT

10:04AM  15   THE PROTECTIVE ORDER SAYS, AND EVERYTHING THAT THEY JUST TALKED

10:04AM  16   ABOUT, THE ONE THING MISSING IS THAT THEY DIDN'T, AND IT'S NOT

10:04AM  17   THAT THEY -- IT WOULD BE A GOOD IDEA TO TELL THE COURT OR IT

10:04AM  18   WOULD BE HELPFUL.  IT'S THAT THEY SHALL, THEY SHALL ADVISE THE

10:04AM  19   COURT AT THE TIME OF THE INTRODUCTION OF THE INFORMATION SOUGHT

10:04AM  20   TO BE INTRODUCED IS PROTECTED.

10:04AM  21        THEY DID NOT DO THAT.  WE'RE NOT SAYING THAT THEY COULDN'T

10:04AM  22   INCLUDE THAT INFORMATION IN THEIR COMPLAINT OR INCLUDE IT IN --

10:05AM  23   OR SEEK TO INJECT NEW DOCUMENTS.  THEY BLATANTLY VIOLATED.

10:05AM  24        THAT'S WHAT IS REALLY TROUBLING.  MR. MOLUMPHY IS THE

10:05AM  25   LAWYER, AS HE JUST SAID, IS IN CHARGE OF ALL OF THIS

10:05AM 1    CONFIDENTIAL INFORMATION.  IF HE DOES NOT UNDERSTAND WHAT THAT

10:05AM 2    RULE -- WHAT THIS PROTECTIVE ORDER SAYS, WE'VE GOT A REAL

10:05AM 3    DANGER FOR THIS CASE AND FOR FUTURE CASES.

10:05AM 4         AND HE SAID HE SEARCHED IN RESEARCH FOR THIS INFORMATION.

10:05AM 5    AS JUDGE ALSUP SAID, IT'S A LONG TRADITION.  EVERYBODY KNOWS

10:05AM 6    YOU DON'T START TALKING ABOUT SEALED INFORMATION IN OPEN COURT

10:05AM 7    WITHOUT ALERTING THE COURT SO THE COURT CAN GO THROUGH EXACTLY

10:05AM 8    THE PROCESS THAT YOUR HONOR JUST IDENTIFIED.

10:05AM 9         AND JUST -- IN THIS -- IT'S EVEN WORSE THAT THEY'RE DOING

10:05AM 10   IT NOW BECAUSE JUDGE ALSUP SAID NO ONE HAS EVER CLAIMED

10:05AM 11   OTHERWISE UNTIL THIS CASE.  THIS WAS IN 2016.

10:05AM 12        SO WE HAVE ANOTHER EXAMPLE OF IT.  THIS IS NOT SOME

10:05AM 13   UNIQUE, BIZARRE RULE.  AGAIN, THEY SAID THIS IN THEIR BRIEF,

10:05AM 14   AND MR. MOLUMPHY SAID IT AGAIN TODAY.  THE PROTECTIVE ORDER IN

10:06AM 15   ORACLE, IT WAS BASED ON A MODEL PROTECTIVE ORDER, BUT HE DID

10:06AM 16   NOT EVEN INCLUDE THE PROVISION THAT WE INCLUDED THAT REQUIRES

10:06AM 17   THAT THE COURT BE ADVISED.

10:06AM 18        AND AGAIN, THE POSITION THAT THEY'RE NOW TAKING IS THAT

10:06AM 19   IT'S REALLY THE COURT 'S FAULT.  THE COURT DIDN'T KNOW, AND,

10:06AM 20   YOU KNOW, YOU SHOULD HAVE GLEANED THAT EVERYTHING THAT

10:06AM 21   MR. MOLUMPHY WAS SAYING, NOT EVERYTHING HE SAID, WAS PROTECTED

10:06AM 22   MATERIAL.  WE DIDN'T OBJECT TO ALL OF IT.

10:06AM 23        AND HE SUGGESTED IT WAS IRONY THAT MR. CHORBA MADE SOME

10:06AM 24   GENERAL REFERENCES TO CORRECT THE MISSTATEMENTS AFTER ASKING

10:06AM 25   THAT THE TRANSCRIPT BE SEALED.  THERE'S NO IRONY THERE.  THAT

10:06AM 1    WAS THE DANGER.  THAT'S PART OF THE PREJUDICE.  HE INACCURATELY

10:06AM 2    DISCLOSED AND DISTORTED PROTECTED INFORMATION, AND WE WANT THAT

10:06AM 3    PART OF THE TRANSCRIPT SEALED, THAT COLLOQUY.

10:06AM 4        SO THERE'S NOTHING IRONIC AT ALL ABOUT THAT.

10:06AM 5        JUST TWO MORE POINTS.  I MAY LET MR. CHORBA ADDRESS THIS,

10:06AM 6    BUT THE FACTUAL DISPUTE ABOUT WHAT MR. COTCHETT SAID TO

10:07AM 7    MR. CHORBA IS IRRELEVANT BECAUSE THE REQUIREMENT IS THEY ADVISE

10:07AM 8    THIS COURT, AND THEY DID NOT DO THAT.  THEY DID NOT TELL THE

10:07AM 9    COURT THAT THEY WERE READING FROM CONFIDENTIAL MATERIAL.

10:07AM 10    MR. COTCHETT ALSO, AND WITH RESPECT TO WHAT I MENTIONED,

10:07AM 11   MR. CHORBA AND MR. NIERLICH BOTH SUBMITTED DECLARATIONS SAYING

10:07AM 12   THAT ALL THAT WAS DISCUSSED WAS THE MEDIATION, BUT IT DOESN'T

10:07AM 13   MATTER.  THEY WERE REQUIRED TO TELL THE COURT SO THAT THE COURT

10:07AM 14   COULD ADDRESS IT IN A PROPER WAY.

10:07AM 15       AND THIS IS NOT SILLINESS.  THIS IS A SERIOUS MATTER.

10:07AM 16       WITH RESPECT TO APPLE'S REPRESENTATIVE BEING IN COURT,

10:07AM 17   WITHOUT GETTING INTO THE DETAILS, EVERYONE WAS CONCERNED ABOUT

10:07AM 18   THIS PUBLIC DISCLOSURE OF INFORMATION.  IT IS A SERIOUS ISSUE.

10:07AM 19   THAT'S WHY WE'RE HERE, AND THAT'S WHY, YOUR HONOR, WE NEED A

10:07AM 20   VERY CLEAR ORDER FROM THIS COURT THAT THE WORDS MEAN WHAT THEY

10:07AM 21   SAY, THEY'RE IMPORTANT, THIS PROCEDURE IS NOT ONLY A LONG

10:08AM 22   TRADITION, BUT IS IN THE PROTECTIVE ORDER.

10:08AM 23       I JUST -- I DON'T KNOW HOW THEY CAN STAND HERE AND SAY

10:08AM 24   THAT IT MEANS SOMETHING DIFFERENT.  IT'S ABSOLUTELY CLEAR.

10:08AM 25   IT'S IN BLACK AND WHITE.  AND THE FACT THAT THEY'RE DENYING IT

10:08AM  1    TO THIS DAY IN FRONT OF THIS COURT AND CALLING IT SILLY IS ALL

10:08AM  2    OF THE MORE REASON THAT THE COURT SHOULD SEND A STERN, CLEAR

10:08AM  3    MESSAGE THAT YOU CAN'T DO THAT.

10:08AM  4         WITH THE COURT'S PERMISSION, I'LL JUST LET MR. CHORBA

10:08AM  5    BRIEFLY ADDRESS THE ISSUES.

10:08AM  6         THANK YOU, YOUR HONOR.

10:08AM  7              THE COURT:  THANK YOU.

10:08AM  8         MR. CHORBA.

10:08AM  9              MR. CHORBA:  THANK YOU, YOUR HONOR.

10:08AM  10        THIS IS PROBABLY THE FIRST HEARING THAT I HAVE ATTENDED

10:08AM  11   THAT MY NAME HAS BEEN USED SO MUCH WITHOUT ADDRESSING THE

10:08AM  12   COURT, AND SO I DO FEEL BECAUSE THAT'S BEEN RAISED THERE ARE

10:08AM  13   JUST TWO VERY BRIEF POINTS THAT I WANT TO MAKE.

10:08AM  14        AS MR. BOUTROUS NOTED, MR. NIERLICH AND MYSELF COMPLETELY

10:08AM  15   DISAGREE AND DISPUTE MR. COTCHETT'S STATEMENT THAT HE SOMEHOW

10:08AM  16   INFORMED US IN ADVANCE OF THE HEARING.

10:08AM  17        IF YOU LOOK AT PAGE 26 OF THE TRANSCRIPT, I ROSE

10:08AM  18   IMMEDIATELY AFTER MR. MOLUMPHY'S REBUTTAL ARGUMENT TO MY

10:09AM  19   INITIAL ARGUMENT, AND MY INTENT WAS TO NOTE RIGHT AWAY THAT

10:09AM  20   OBJECTION.  THIS WAS BEFORE MOTHER BEAR APPROACHED ME FROM BACK

10:09AM  21   BEHIND THE COURTROOM I WOULD NOTE, ALTHOUGH THAT'S NOT

10:09AM  22   REFLECTED IN THE RECORD.

10:09AM  23        SO THOSE ARE DOCKETS 313-1 AND 313-7.

10:09AM  24              THE COURT:  EXCUSE ME.

10:09AM  25              MR. CHORBA:  OF COURSE, YOUR HONOR.

10:09AM  1            AGAIN, WE THINK IT'S IRRELEVANT TO THIS MOTION, BUT I

10:09AM  2    DIDN'T WANT MY SILENCE TO SOMEHOW BE IMPLIED AS SOME SORT OF

10:09AM  3    AGREEMENT AS TO WHAT WAS PRESENTED TO THIS COURT.

10:09AM  4            I WOULD ALSO NOTE THAT THERE'S AN ALLEGATION THAT SOMEHOW

10:09AM  5    MY USE OR REFERENCE TO THE PROTECTED MATERIAL IS SOMEHOW A

10:09AM  6    WAIVER OR THAT I DIDN'T COMPLY WITH 14.7.  THAT IS ALSO

10:09AM  7    CATEGORICALLY FALSE.

10:09AM  8            BEFORE I EVEN WENT INTO THE MERITS, I NOTIFIED THIS COURT

10:09AM  9    THAT COUNSEL HAD JUST DISCUSSED PROTECTED MATERIAL.  I WAS IN A

10:09AM  10   DIFFICULT POSITION, HOWEVER.  THEY HAD JUST COMPLETELY

10:09AM  11   MISCHARACTERIZED WHAT THAT MATERIAL ACTUALLY SAID.  SO WE WERE

10:10AM  12   FACED WITH A CONUNDRUM IN THAT PARTICULAR SITUATION.  DO WE LET

10:10AM  13   IT GO AND NOT SAY ANYTHING OR DO WE CORRECT THE RECORD BECAUSE

10:10AM  14   IT WAS A VERY SIGNIFICANT MOTION BEFORE YOUR HONOR?

10:10AM  15           SO CERTAINLY THAT CONDUCT, JUST AS MY FAILURE TO

10:10AM  16   INTERRUPT, MY FAILURE TO, AS I HAD TO DO A MOMENT AGO TODAY

10:10AM  17   WHICH I DON'T LIKE DOING, AND I APPRECIATE YOUR HONOR'S

10:10AM  18   COMMENTS THAT THAT'S NOT THE TYPE OF DISCOURTEOUS CONDUCT THAT

10:10AM  19   WE WANT TO ENGAGE IN, BUT CERTAINLY THAT CAN OPERATE AS NO

10:10AM  20   WAIVER.  I HAD NO CHOICE BUT TO ENGAGE IN THE UNDERLYING MERITS

10:10AM  21   ONCE THE CONTENTS OF THOSE DOCUMENTS WERE READ INTO THE RECORD.

10:10AM  22           SO THANK YOU VERY MUCH, YOUR HONOR.  WE APPRECIATE YOUR

10:10AM  23   ATTENTION TO THIS MOTION.

10:10AM  24               THE COURT:  THANK YOU VERY MUCH.  I WANT TO THANK

10:10AM  25   ALL OF YOU FOR YOUR PLEADINGS AND YOUR PRESENTATION THIS

10:10AM 1      MORNING.

10:10AM 2          IT'S AN IMPORTANT ISSUE.  IT CAN'T BE ANYTHING LESS THAN

10:10AM 3      AN IMPORTANT ISSUE, GOOD LAWYERS WHO ARE FRIENDS WHO HAVE

10:10AM 4      WORKED TOGETHER IN THE TRENCHES FOR YEARS, DECADES, FIND

10:10AM 5      THEMSELVES AT ODDS OVER A VERY IMPORTANT POINT WHEN CASES

10:11AM 6      INVOLVE THIS PROTECTED MATERIAL THAT IS PROTECTED FOR A REASON.

10:11AM 7          IT'S PROTECTED BECAUSE THE INSTITUTION, OR THE PARTY,

10:11AM 8      WHOEVER IT MAY BE, HAS GREAT CONCERNS THAT RELEASE OF THAT

10:11AM 9      INFORMATION COULD CAUSE THEM PREJUDICE AND HARM IN THEIR

10:11AM 10     COMMUNITIES, BE IT BUSINESS OR PERSONAL COMMUNITIES, AND THE

10:11AM 11     COURT HAS A PROCESS TO DESIGNATE MATERIALS.

10:11AM 12         SO COURTS ARE OPEN TO THE PUBLIC.  PLEADINGS ARE NOT.  YOU

10:11AM 13     CAN REQUEST TO SEAL CERTAIN PLEADINGS TO KEEP THAT FROM THE

10:11AM 14     PUBLIC VIEW FOR THE REASONS THAT WE ALL UNDERSTAND AND THAT

10:11AM 15     I'VE MENTIONED.

10:11AM 16         I TAKE MR. BOUTROUS'S POINT, AND I THINK MR. MOLUMPHY AND

10:11AM 17     MR. COTCHETT JOIN IN THAT, THAT THE SEALING PROCESS IS AN

10:11AM 18     IMPORTANT ONE, AND THAT IS PART OF THE INTEGRITY OF OUR

10:11AM 19     JUDICIAL SYSTEM THAT WE CAN ENSURE THE PUBLIC THAT WHEN THEY

10:12AM 20     COME TO COURTS, THEIR SECRETS WILL BE PROTECTED; THAT THEY WILL

10:12AM 21     HAVE APPROPRIATE JUDICIAL REVIEW OF THAT PROTECTION AND THOSE

10:12AM 22     PROTECTIONS SO THAT THEY CAN BE -- HAVE SOME CONFIDENCE THAT

10:12AM 23     THEIR LAWYERS WILL REPRESENT THEM APPROPRIATELY, WILL PROTECT

10:12AM 24     THOSE INTERESTS WHILE PROTECTING THE INTEGRITY OF THIS PROCESS,

10:12AM 25     AND THAT'S THE PROBLEM THAT WE HAVE TODAY AND INVOLVING WHAT

10:12AM 1    HAPPENED BACK IN MARCH.

10:12AM 2         I SHOULD TELL YOU WHEN I WAS THINKING ABOUT THIS ONE THING

10:12AM 3    CAME TO MIND AND THAT IS THAT WE ARE ALL PRIVILEGED TO HAVE AND

10:12AM 4    WORK IN THE PLACES THAT WE DO, HAVE THE CLIENTS THAT WE HAVE,

10:12AM 5    AND TO PARTICIPATE IN OUR JUSTICE SYSTEM.

10:12AM 6         I SHOULD TELL YOU MY COLLEAGUES, WE'RE PRIVILEGED TO HEAR

10:13AM 7    THESE CASES.  IT'S SUCH A PRIVILEGE TO HAVE YOU LAWYERS HERE IN

10:13AM 8    OUR COURTROOM.  PERHAPS THIS WILL SURPRISE YOU, THE JUDGES

10:13AM 9    SOMETIMES TALK AMONGST THEMSELVES ABOUT THEIR CASES.  THEY

10:13AM 10   MIGHT SAY, WELL, GEE WHAT DO YOU HAVE THIS MORNING?  OH, I HAVE

10:13AM 11   A FASCINATING INSURANCE COVERAGE CASE.

10:13AM 12        SOMETIMES THEY'LL SAY, YOU KNOW, I HAVE THE PRIVILEGE THIS

10:13AM 13   MORNING OF HAVING THE COTCHETT FIRM AND HAVING MR. BOUTROUS AND

10:13AM 14   HIS TEAM COME IN FRONT OF ME AND ARGUE A CASE.

10:13AM 15        AND OUR COLLEAGUES, WHEN WE EXCHANGE THAT INFORMATION,

10:13AM 16   THERE'S GREAT ENVY, WOW, YOU'RE GOING TO HAVE A GREAT MORNING.

10:13AM 17   YOU ARE GOING TO HAVE A GREAT HEARING BECAUSE YOU HAVE GREAT

10:13AM 18   LAWYERS IN YOUR COURTROOM ARGUING THE CASE.

10:13AM 19        THAT'S RIGHT.  AND IT'S A PRIVILEGE TO HAVE YOU ALL HERE

10:13AM 20   TO HELP US ADVANCE YOUR CLIENT'S CAUSES BUT ALSO TO PARTICIPATE

10:13AM 21   IN THE JUSTICE SYSTEM AND HELP US AS JUDGES RESOLVE THESE

10:13AM 22   ISSUES.

10:14AM 23        IT IS -- HAVING SAID THAT, I HAVE TO SAY, AND I THINK YOU

10:14AM 24   WILL AGREE WITH THIS, TOO, IN YOUR HEARTS AND I THINK YOU'VE

10:14AM 25   BOTH POINTED OUT IT IN DIFFERENT MEASURES, IT'S SOMEWHAT -- I

10:14AM 1    SHOULDN'T USE THE WORD "DISAPPOINTING, BUT TROUBLING PERHAPS

10:14AM 2    THAT I'M PRIVILEGED WITH YOUR PRESENCE OVER THIS TYPE OF MOTION

10:14AM 3    AND THAT CAUSES ME SOME, I WILL SAY, DISAPPOINTMENT.

10:14AM 4        YOU KNOW, THIS AFTERNOON AT 4:00 O'CLOCK I'M GOING TO HAVE

10:14AM 5    THE GREAT PRIVILEGE OF DOING SOMETHING THAT IS ONE OF THE BEST

10:14AM 6    THINGS THAT JUDGES DO AND THAT IS TO SWEAR A NEW ADMITTEE INTO

10:14AM 7    THE BAR.  A YOUNG WOMAN WHO INTERNED WITH US A FEW YEARS AGO IS

10:14AM 8    WORKING AT A FIRM LOCALLY HERE, AND SHE RANG AND ASKED IF I

10:14AM 9    WOULD SWEAR HER INTO THE BAR, AND I SAID, OF COURSE.  ANOTHER

10:14AM 10   GREAT PRIVILEGE.

10:14AM 11       AND I WONDER WHETHER OR NOT I WILL COMMENT ABOUT MY

10:14AM 12   MORNING'S WORK, WHETHER OR NOT I SHOULD SHARE THIS MOTION AND

10:14AM 13   WHAT IT MEANT WITH HER.  I'M SERIOUS ABOUT THIS.  PARDON ME FOR

10:15AM 14   GOING OFF ON A PERSONAL MATTER HERE.  I WONDER IF I SHOULD TELL

10:15AM 15   HER ABOUT HER HIGH ASPIRATIONS AS SHE BEGINS HER LEGAL CAREER,

10:15AM 16   THAT SHE SHOULD ASPIRE TO BE ONE OF YOU, THAT SHE SHOULD DO THE

10:15AM 17   BEST SHE CAN TO WORK HARD AND REPRESENT HER CLIENTS DILIGENTLY,

10:15AM 18   AGGRESSIVELY, BUT DO SO ALWAYS WITH THE HIGHEST DEGREE OF

10:15AM 19   INTEGRITY AND ETHICS ON EACH OF HER SHOULDERS AS SHE GOES

10:15AM 20   FORWARD.

10:15AM 21       I WILL PROBABLY TELL HER THAT.  BUT I WONDER SHOULD I TELL

10:15AM 22   HER ABOUT THIS HEARING AND WHY THIS HEARING WAS HERE AND WHY

10:15AM 23   WITH SOME OF THE BEST LAWYERS IN OUR GREAT COUNTRY AND IN OUR

10:15AM 24   COURTROOM THIS MORNING TALKING ABOUT THIS CASE, AND SHOULD I

10:15AM 25   TELL HER HOW THE BEST AND BRIGHTEST OF LAWYERS SOMETIMES FIND

10:15AM 1    THEMSELVES IN LITIGATION NOT JUST ON THE MERITS OF THE CASE BUT

10:16AM 2    ON THOSE ISSUES ANCILLARY TO THE PROTECTION OF THE INTEGRITY OF

10:16AM 3    OUR PROCESS?

10:16AM 4        AND I DON'T KNOW HOW I'LL EXPLAIN THAT TO HER.  YOU'VE

10:16AM 5    HELPED ME A LITTLE BIT THIS MORNING.

10:16AM 6        BUT I THINK IT'S IMPORTANT TO LOOK BACK, PERHAPS MAYBE

10:16AM 7    LOOK FORWARD, AS TO OUR PROFESSION AND THE INTEGRITY THAT WE'RE

10:16AM 8    ALL CALLED UPON TO BRING.

10:16AM 9        MR. MOLUMPHY, I SEIZED ON HIS DESCRIPTION AS "A DIFFERENCE

10:16AM 10   IN UNDERSTANDING."  I THINK THAT'S BETTER THAN MY DESCRIPTION

10:16AM 11   OF "MISUNDERSTANDING."  PERHAPS THAT CAPTURES IT.

10:16AM 12       I USE THE WORD "SCIENTER" BECAUSE I WANTED TO RAISE THE

10:16AM 13   CONSCIOUSNESS OF ALL OF YOU TO RECOGNIZE IT'S SERIOUS, VERY

10:16AM 14   SERIOUS.  I LOOKED AT THIS AND I WONDERED, ARE THESE PARTIES

10:16AM 15   TRYING TO GAIN SOME KIND OF TACTICAL ADVANTAGE AS TO EACH

10:16AM 16   OTHER?

10:16AM 17       I WILL TELL YOU IN CANDOR, I RETREATED FROM THAT BECAUSE I

10:16AM 18   THOUGHT THESE LAWYERS ARE BETTER THAN THAT.  THEY ARE.  THEY

10:17AM 19   ARE MUCH BETTER THAN THAT.  THAT IS SOMETHING THAT YOU SEE IN

10:17AM 20   OUR, PRIOR TO 1989, OUR MUNICIPAL COURTS, THOSE TYPES OF THINGS

10:17AM 21   WHERE LAWYERS WERE BRAND NEW AND THEY CUT THEIR TEETH AND THEY

10:17AM 22   TRIED TO DO EVERYTHING THEY CAN.

10:17AM 23       THAT DOESN'T EXIST ANYMORE.  THAT'S NOT THE HIGH YIELD

10:17AM 24   THAT ALL OF US EXPERIENCE AND CERTAINLY ALL OF US EXPECT.

10:17AM 25       SO WAS THIS A DIFFERENCE IN UNDERSTANDING OF THE RULES?

10:17AM 1    WAS 14.7 SO CONFUSING THAT ALL OF YOUR GREAT MINDS COULD NOT

10:17AM 2    CAPTURE ITS MEANING EVEN THOUGH YOU DRAFTED IT?  YOU CREATED

10:17AM 3    THAT DOCUMENT, AND YOU CREATED IT FOR THE PROTECTION OF YOUR

10:17AM 4    CLIENTS, YOU CREATED IT FOR THE PROTECTION OF THE COURT AND OUR

10:17AM 5    JUSTICE SYSTEM.

10:17AM 6        I WILL EXPRESS SOME DISMAY, DISAPPOINTMENT OF NOT HEARING

10:17AM 7    MOZART WITH THIS MOTION.  IT'S PROBABLY SOMETHING CLOSER TO

10:18AM 8    LYNYRD SKYNYRD, IF YOU PARDON ME FOR USING THE MUSIC METAPHORS

10:18AM 9    HERE, BUT IT'S A LITTLE DISCORDANT AND EQUALLY TROUBLING.

10:18AM 10       I CAN'T TELL YOU HOW MUCH AND HOW HIGH THIS COURT, AND ME

10:18AM 11   PERSONALLY, HOLD EACH OF YOU.  YOU'RE ALL FANTASTIC LAWYERS,

10:18AM 12   AND I WISH IN MY BRIEF CAREER I COULD HAVE BEEN YOU AS A

10:18AM 13   LAWYER.

10:18AM 14       SO I THINK SO HIGHLY OF YOU.  IT'S QUITE DISAPPOINTING FOR

10:18AM 15   ME TO SEE US HERE TALKING ABOUT THIS ISSUE RATHER THAN THE

10:18AM 16   IMPORTANT ISSUES OF THIS CASE.

10:18AM 17       IT'S IMPORTANT TO THE DEFENDANTS AND THE INTEGRITY OF THAT

10:18AM 18   COMPANY, IT'S IMPORTANT TO THE LITIGANTS HERE AND THEIR

10:18AM 19   INTERESTS, MANY OF THEM, AND IT'S IMPORTANT THAT THE LITIGANTS

10:18AM 20   HAVE THEIR CHAMPIONS IN THE CASE.

10:18AM 21       WHAT I'M ASKED TO DO TODAY IS TO LOOK AT THIS CONDUCT AND

10:18AM 22   LOOK AT IT AND PERHAPS ASSESS IT AS BEING INJURIOUS TO THE

10:19AM 23   JUDICIAL PROCESS.  AND THE REMEDY FOR THAT IS TO RELIEVE

10:19AM 24   MR. COTCHETT AND MR. MOLUMPHY FROM THEIR CURRENT POSITIONS AND

10:19AM 25   TO, AS I THINK THE PLAINTIFFS, OR EXCUSE ME, THE DEFENDANTS

10:19AM 1   POINT OUT, THEY'VE ASSEMBLED A TEAM OF 27-PLUS LAWYERS HERE WHO

10:19AM 2   THE COURT HAS FOUND ARE ALL ADEQUATE AND BETTER THAN ADEQUATE

10:19AM 3   TO PROCEED, AND NOTHING IS GOING TO BE DISRUPTED IN THE CASE

10:19AM 4   BECAUSE THERE ARE STRONG COUNSEL THAT CAN STAND RIGHT IN THE

10:19AM 5   SHOES.

10:19AM 6       I SUPPOSE IT CALLS UPON THE COURT TO THINK ABOUT

10:19AM 7   LOU GEHRIG AND WALLY PIPP.  WALLY PIPP HAD A HEADACHE AND

10:19AM 8   PLAYED FOR THE YANKEES, AND HE NEVER PLAYED AGAIN.  LOU GEHRIG

10:19AM 9   WENT IN.  AND WE KNOW WHAT HAPPENED AFTER THAT, WALLY PIPP WAS

10:19AM 10  TRADED TO CLEVELAND AND NEVER PLAYED FOR THE YANKEES.  AND LOU

10:20AM 11  GEHRIG, OF COURSE THERE'S A POSTAGE STAMP CREATED TO HIS HONOR.

10:20AM 12      MR. BOUTROUS SUGGESTS, PERHAPS NOT BY DIRECT, BUT SUGGESTS

10:20AM 13  THAT, WELL, YOU CAN REMOVE THE WALLY PIPPS AND YOU HAVE A

10:20AM 14  LOU GEHRIG ON THE BENCH WHO CAN TAKE OVER AND THIS CASE WILL GO

10:20AM 15  FORWARD.  PERHAPS THAT'S SO.  PERHAPS THAT'S SO.

10:20AM 16      I TAKE THE POINT, AND I'M GOING TO STOP TALKING HERE, I

10:20AM 17  TAKE THE POINT THAT MR. BOUTROUS SUGGESTS THAT A STRONG MESSAGE

10:20AM 18  SHOULD BE SENT.  AND IT IS APPROPRIATE TO ISSUE -- I THINK THE

10:20AM 19  COURT SHOULD ISSUE STRONG STATEMENTS IN CASES LIKE THIS.  IT IS

10:20AM 20  ONE THAT IS DESERVING OF THOSE TYPES OF MESSAGES.

10:20AM 21      THE QUESTION IS WHAT TYPE OF MESSAGE IS SENT?  THAT'S

10:20AM 22  REALLY THE -- I THINK THAT'S REALLY THE MESSAGE AND THE REMEDY

10:20AM 23  RATHER.

10:20AM 24      AND THE REMEDY HERE I THINK IS A GOOD REMEDY, REMOVE THOSE

10:20AM 25  TWO COUNSEL.  YEAH, THAT WOULD SOLVE THE PROBLEM.  THAT WOULD

10:20AM  1     BE THE STRONGEST PERHAPS REMEDY THAT WE COULD TAKE, AND I DON'T

10:21AM  2     THINK WE WOULD HAVE A PROBLEM AGAIN, WOULD WE?

10:21AM  3          I SUPPOSE ANOTHER SIDE WOULD BE, JUDGE, THE FACT THAT

10:21AM  4     YOU'RE HAVING THIS CONVERSATION WITH THESE LAWYERS HOPEFULLY

10:21AM  5     IMPARTS THE DISAPPOINTMENT OF THE COURT -- AND I'LL USE A LOWER

10:21AM  6     CASE D, NOT A CAPITAL D -- BUT THE DISAPPOINTMENT OF THE COURT

10:21AM  7     THAT WE HAVE TAKEN YOUR VALUABLE TIME, PRECIOUS TIME IN LOOKING

10:21AM  8     AT THIS ISSUE THAT WAS COMPLETELY UNNECESSARY BECAUSE THE

10:21AM  9     PARTIES NEGOTIATED 14.7.

10:21AM 10          THIS COURT PUT GREAT FAITH IN THE DISCOVERY MASTER TO WORK

10:21AM 11     WITH YOU TO CREATE SOMETHING THAT YOU KNEW ABOUT, THAT YOU KNOW

10:21AM 12     THAT WOULD PROPERLY GUIDE THE LITIGATION SO THAT THE GOOD JUDGE

10:21AM 13     HERE IN THE DISTRICT COURT COULD MARSHAL THINGS, COULD SET

10:21AM 14     SCHEDULES FOR YOU KNOWING FULL WELL THAT BOTH OF YOUR MACHINES

10:21AM 15     WERE WELL OILED GOING FORWARD PROTECTING YOUR CLIENTS.  THAT'S

10:22AM 16     THE FAITH THAT I PUT IN JUDGE WESTERFIELD AND IN YOU, CANDIDLY.

10:22AM 17          SO I'M A LITTLE DISAPPOINTED WHEN THAT'S DISRUPTED.  MAYBE

10:22AM 18     THAT'S NOT STRONG ENOUGH.  I'M GOING TO TAKE THE MATTER UNDER

10:22AM 19     SUBMISSION AND REVIEW THE TRANSCRIPTS, PAGE AND LINE THAT WERE

10:22AM 20     POINTED OUT BY BOTH SIDES, TO BETTER INFORM ME AS TO WHAT AN

10:22AM 21     APPROPRIATE REMEDY SHOULD BE IN THIS CASE.  I APPRECIATE YOUR

10:22AM 22     TIME THIS MORNING.

10:22AM 23          AGAIN, I DO THINK THAT IT'S SUCH A PRIVILEGE TO HAVE YOU

10:22AM 24     HERE AND SUCH A DISAPPOINTMENT TO HAVE YOU HERE TALKING ABOUT

10:22AM 25     THIS TYPE OF CASE.  I DON'T MEAN TO -- OR THIS TYPE OF ISSUE.

10:22AM  1    I DON'T MEAN TO SUGGEST IT'S NOT IMPORTANT.  IT IS.  BUT YOUR

10:22AM  2    TIME IS BETTER SPENT WORKING ON THE MERITS OF THE CASE.  THAT'S

10:22AM  3    WHERE I HOPE GOING FORWARD YOU WILL DRAW YOUR ATTENTION TO.

10:22AM  4         I WILL THIS AFTERNOON, I WILL TELL YOU THIS, I'M CERTAIN

10:22AM  5    THAT WHEN I SWEAR THAT YOUNG LADY INTO THE BAR, I WILL TALK TO

10:22AM  6    HER ABOUT THIS MORNING AND TALK TO HER ABOUT ALL OF YOUR

10:22AM  7    PRESENTATIONS, TALK TO HER ABOUT YOUR GREAT ACHIEVEMENTS AS

10:23AM  8    LAWYERS, AND I WILL ENCOURAGE HER TO FOLLOW YOUR FOOTSTEPS.  I

10:23AM  9    THINK YOU'RE ALL GREAT LAWYERS.

10:23AM  10        BUT, YOU KNOW, EVEN LOU GEHRIG STRUCK OUT A FEW TIMES, AND

10:23AM  11   EVEN LOU GEHRIG, YOU KNOW, WITH THE BASES LOADED HIT A MEEK AND

10:23AM  12   WEAK GROUND BALL TO THE SHORTSTOP THAT ENDED AN OTHERWISE

10:23AM  13   PRODUCTIVE INNING.  SO WE'VE ALL TASTED FAILURE.  THAT'S WHY

10:23AM  14   WE'RE HERE.  NONE OF YOU ARE HERE BECAUSE YOU'VE BEEN

10:23AM  15   100 PERCENT SUCCESSFUL IN YOUR LIVES.  WE'VE ALL TASTED THAT,

10:23AM  16   AND WE'RE PROBABLY BETTER FOR IT.

10:23AM  17        SO LET ME JUST SAY THIS AND END WITH THIS GOING FORWARD.

10:23AM  18   AGAIN, I DON'T KNOW WHAT IT IS GOING TO BE, WHATEVER THE REMEDY

10:23AM  19   IS THAT THE COURT DECIDES ON.  YOU'LL RECEIVE IT IN AN ORDER

10:23AM  20   SHORTLY.

10:23AM  21        BUT I EXPECT THE PARTIES TO GO FORWARD THINKING ABOUT THAT

10:23AM  22   NEW ADMITTEE THAT I'M GOING TO SWEAR IN THIS AFTERNOON,

10:24AM  23   THINKING ABOUT WHAT I'M GOING TO CALL HER TO FOLLOW WHICH IS

10:24AM  24   THE HIGHEST DEGREE OF ETHICS AND INTEGRITY AS SHE GOES FORWARD

10:24AM  25   IN HER YOUNG CAREER AND IN THAT HOPE SHE CAN PURSUE PERHAPS IN

10:24AM 1     SOME MEASURE THE GREAT REPUTATIONS THAT ALL OF YOU HAVE.

10:24AM 2         MATTER IS UNDER SUBMISSION.  THANK YOU.

10:24AM 3             MR. BOUTROUS:  THANK YOU, YOUR HONOR.

10:24AM 4             MR. CHORBA:  THANK YOU, YOUR HONOR.

10:24AM 5             MR. COTCHETT:  THANK YOU, YOUR HONOR.

10:24AM 6         (COURT CONCLUDED AT 10:24 A.M.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18
           DATED:  MAY 30, 2019
19

20

21

22

23

24

25