COHEN MILSTEIN SELLERS & TOLL PLLC
Andrew N. Friedman (admitted *pro hac vice*)
Douglas J. McNamara (admitted *pro hac vice*)
Sally M. Handmaker (State Bar No. 281186)
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

**IN RE APPLE DEVICE PERFORMANCE LITIGATION**

Case No. 5:18-MD-02827-EJD

**NOTICE OF WITHDRAWAL OF COUNSEL**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that after June 14, 2019, Sally Handmaker Guido will no longer be associated with Cohen Milstein Sellers & Toll PLLC and hereby withdraws her appearance on behalf of Plaintiffs. Ms. Guido respectfully requests that she be removed from the Court's service list with respect to this action. All attorneys reflected on the docket at the law firm of Cohen Milstein Sellers & Toll PLLC continue to represent Plaintiffs and should continue to receive filings in this action accordingly.

|   |   |
|---|---|
| Dated: June 10, 2019 | COHEN MILSTEIN SELLERS & TOLL PLLC<br>Andrew N. Friedman<br>Douglas J. Mcnamara<br>Sally Handmaker Guido |
|   | By:   /s/ Sally Handmaker Guido<br>         Sally Handmaker Guido |
|   | Attorneys for Plaintiffs |