UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | CASE NO. 5:18-md-02827-EJD<br><br>**PUTATIVE CLASS ACTION**<br><br>**ORDER RE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRANSCRIPT OF MARCH 7, 2019 HEARING ON APPLE'S MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT** |

The Court, having considered the parties' Joint Administrative Motion to File Under Seal Transcript of Hearing on Apple's Motion to Dismiss, all associated declarations, exhibits, and any argument of counsel, rules as follows:

| Page and Line Numbers | Ruling |
|---|---|
| 19:20–21 | DENIED. This material reflects non-technical information that does not meet the compelling reasons standard. |
| 20:1–9 | GRANTED. This material concerns Apple's internal research and development, its internal procedures and decision making, and its engineering and technical information. |
| 20:14–18 | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |

1
ORDER RE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRANSCRIPT OF HEARING ON APPLE'S MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT
CASE NO. 5:18-MD-02827-EJD

Gibson, Dunn & Crutcher LLP

| Page and Line Numbers | Ruling |
|---|---|
| 25:22–24 | GRANTED.  This material relates to ongoing investigations. |
| 28:5–6 | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |
| 28:19–25 | GRANTED.  This sentence relates to Apple's internal procedures and decision making. |
| 29:25–30:3 | GRANTED.  This sentence relates to Apple's internal procedures and decision making. |
| 30:7–8 | GRANTED.  This sentence relates to Apple's internal procedures and decision making. |
| 33:24 | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |
| 36:5–10 | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |

**IT IS SO ORDERED.**

DATED:  June 14, 2019

_____
The Honorable Edward J. Davila
United States District Judge

2
[PROPOSED] ORDER RE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL TRANSCRIPT OF HEARING ON APPLE'S MOTION TO DISMISS PLAINTIFFS' SECOND CONSOLIDATED AMENDED COMPLAINT
CASE NO. 5:18-MD-02827-EJD

Gibson, Dunn & Crutcher LLP