1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN JOSE DIVISION**

11

IN RE: APPLE INC. DEVICE                    CASE NO. 5:18-md-02827-EJD
12  PERFORMANCE LITIGATION,

13                                              **ORDER RE JOINT ADMINISTRATIVE**
                                                **MOTION TO FILE UNDER SEAL**
14  This Document Relates To:                   **PORTIONS OF PLAINTIFFS'**
                                                **MEMORANDUM IN OPPOSITION TO**
15      ALL ACTIONS.                            **APPLE'S MOTION TO DISMISS**
                                                **PLAINTIFFS' SECOND CONSOLIDATED**
16                                              **AMENDED COMPLAINT**

17

18

19

20

21

22

23

24

25

26

27

28                                          1

1   The Court, having considered the parties' Joint Administrative Motion to File Under Seal

2   Portions of Plaintiffs' Memorandum in Opposition to Apple's Motion to Dismiss Plaintiffs' Second

3   Consolidated Amended Complaint, all associated declarations, exhibits, and any argument of counsel,

4   rules as follows:

5

6

| Page and Line Numbers | Ruling |
| --- | --- |
| Dkt. 298 at 2:4-5 | GRANTED. This material concerns Apple's internal research and development. |
| Dkt. 298 at 2:12-14 | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 2:15-17 | GRANTED. This material concerns Apple's internal research and development, commercial information, and strategy decisions. |
| Dkt. 298 at 2:18-19 | GRANTED. This material concerns Apple's internal research and development. |
| Dkt. 298 at 2:21-22 | GRANTED. This material concerns Apple's internal research and development, its engineering and technical information, and its internal procedures and business strategy decisions. |
| Dkt. 298 at 3:5-6 | GRANTED. This material concerns Apple's internal research and development, its engineering and technical information, and its internal procedures and business strategy decisions. |
| Dkt. 298 at 3:25-4:1 | GRANTED. This material concerns Apple's internal research and development. |
| Dkt. 298 at 4:4-5 | DENIED. This material concerns non-technical information that does not meet the compelling reasons standard. |
| Dkt. 298 at 4:6-8 | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |

1

| Page and Line Numbers | Ruling |
|---|---|
| Dkt. 298 at 4:10 | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 4:12-14 | GRANTED. This material concerns Apple's commercial information and strategy decisions. |
| Dkt. 298 at 4:25 (Footnote 4) | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 5:6-7 | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 5:9-11 | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 5:14 | DENIED. This material concerns non-technical information that does not meet the compelling reasons standard. |
| Dkt. 298 at 5:16-17 | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 5:18-19 | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 5:21-22 | GRANTED. This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 5:27-28 (Footnote 7) | GRANTED. This material concerns Apple's internal research and development, its engineering and technical information, and its internal strategy decisions. |
| Dkt. 298 at 6:5-6 | GRANTED. This material concerns Apple's internal commercial, research and development information. |
| Dkt. 298 at 6:8 | GRANTED. This material concerns Apple's internal research and development. |

2

| Page and Line Numbers | Ruling |
|---|---|
| Dkt. 298 at 6:9-11 | GRANTED.  This material concerns Apple's internal research and development. |
| Dkt. 298 at 6:11-13 | GRANTED.  This material concerns Apple's internal research and development. |
| Dkt. 298 at 6:14-15 | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 6:16-17 | GRANTED.  This material concerns Apple's internal commercial, research and development information |
| Dkt. 298 at 6:24-26 (Footnote 10) | GRANTED.  This material concerns Apple's internal research and development. |
| Dkt. 298 at 6:27-28 (Footnote 11) | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 7:3-5 | GRANTED.  This material concerns Apple's internal research and development, its engineering and technical information, and its internal procedures and business strategy decisions. |
| Dkt. 298 at 12:19-21 | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 13:3-5 | GRANTED.  This material concerns Apple's commercial information and strategy decisions. |
| Dkt. 298 at 13:7 | GRANTED.  This material concerns Apple's internal procedures and business strategy decisions. |
| Dkt. 298 at 17:3 | DENIED.  This material concerns non-technical information that does not meet the compelling reasons standard. |
| Dkt. 298 at 17:8-9 | GRANTED.  This material concerns Apple's internal research and development. |
| Dkt. 298 at 17:15-16 | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |

3

| Page and Line Numbers | Ruling |
|---|---|
| Dkt. 298 at 17:19-21 | GRANTED.  This material concerns Apple's internal research and development. |
| Dkt. 298 at 17:22-23 | GRANTED.  This material concerns Apple's internal procedures and business strategy decisions. |
| Dkt. 298 at 17:24-25 | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 18:5-6 | GRANTED.  This material concerns Apple's internal research and development, its engineering and technical information, and its internal procedures and business strategy decisions. |
| Dkt. 298 at 18:7-8 | GRANTED.  This material concerns Apple's internal research and development, its engineering and technical information, and its internal procedures and business strategy decisions. |
| Dkt. 298 at 20:7-9 | GRANTED.  This material concerns Apple's commercial information and strategy decisions. |
| Dkt. 298 at 20:13-14 | GRANTED.  This material concerns Apple's internal research and development. |
| Dkt. 298 at 24:19-20 | GRANTED.  This material concerns Apple's internal research and development, its engineering and technical information, and its internal procedures and business strategy decisions. |
| Dkt. 298 at 25:11-17 | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 25:28 (Footnote 28) | GRANTED.  This material concerns Apple's internal research and development, and its engineering and technical information. |
| Dkt. 298 at 26:11 | GRANTED.  This material concerns Apple's commercial information and strategy decisions. |

4

| Page and Line Numbers | Ruling |
|---|---|
| Dkt. 298 at 27:8-11 | GRANTED.  This material concerns Apple's internal research and development, its engineering and technical information, and its internal strategy decisions. |
| Dkt. 298 at 27:14-15 | GRANTED.  This material concerns Apple's internal research and development. |
| Dkt. 298 at 27:16 | GRANTED.  This material concerns Apple's internal research and development. |
| Dkt. 298 at 33:18-19 | DENIED.  This material summarizes Plaintiffs' generaliz allegations against Apple. |
| Exhibit 1 to the Declaration of Joseph Cotchett | GRANTED.  This material concerns Apple's internal research and development, its engineering and technical information, and its internal strategy decisions. |
| Exhibit 2 to the Declaration of Joseph Cotchett | GRANTED.  This material concerns Apple's internal research and development, its engineering and technical information, and its internal strategy decisions. |
| Exhibit 3 to the Declaration of Joseph Cotchett | GRANTED.  This material concerns Apple's internal research and development, its engineering and technical information, and its internal strategy decisions. |

**IT IS SO ORDERED.**

DATED:  June 14, 2019

_____

The Honorable Edward J. Davila
United States District Judge

5