Ariana J. Tadler (*Pro Hac Vice*)
atadler@tadlerlaw.com
**TADLER LAW LLP**
One Pennsylvania Plaza
New York, NY 10119
T: 929-207-3639
F: 212-273-4375

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE APPLE INC. DEVICE PERFORMANCE LITIGATION** | No. 5:18-md-02827-EJD<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>U.S. District Judge Edward J. Davila |

**TO THE CLERK OF THE COURT, THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that pursuant to U.S. District Court, Northern District of California, Local Rule 5-1(c)(2) that the following attorneys have left the firm of Milberg Tadler Phillips Grossman, LLP: (1) Ariana Tadler, Court-appointed member of Plaintiffs' Executive Committee (*See* ECF Nos. 99 & 100 (Orders Consolidating Related Actions and Appointing Interim Co-Lead Plaintiffs' Counsel and Executive and Steering Committees)), and (2) Melissa Ryan Clark. These attorneys are now affiliated with Tadler Law LLP.

Ariana Tadler and Melissa Ryan Clark will continue to represent plaintiffs in this action at Tadler Law, along with other counsel and court-appointed counsel in this case.

Dated: June 18, 2019                                Respectfully submitted,

/s/ *Ariana J. Tadler*
Ariana J. Tadler (*Pro Hac Vice*)
atadler@tadlerlaw.com
**TADLER LAW LLP**
One Pennsylvania Plaza
New York, NY 10119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

T: 929-207-3639
F: 212-273-4375

*Member of Plaintiffs' Executive Committee*