| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>tboutrous@gibsondunn.com<br>RICHARD J. DOREN, SBN 124666<br>rdoren@gibsondunn.com<br>CHRISTOPHER CHORBA, SBN 216692<br>cchorba@gibsondunn.com<br>TIMOTHY W. LOOSE, SBN 241037<br>tloose@gibsondunn.com<br>DIANA M. FEINSTEIN, SBN 302626<br>dfeinstein@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>G. CHARLES NIERLICH, SBN 196611<br>gnierlich@gibsondunn.com<br>RACHEL S. BRASS, SBN 219301<br>rbrass@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone: 415.393.8200<br>Facsimile: 415.374.8458<br><br>*Attorneys for Defendant Apple Inc.* | JOSEPH W. COTCHETT, SBN 36324<br>jcotchett@cpmlegal.com<br>MARK C. MOLUMPHY, SBN 168009<br>mmolumphy@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650.697.6000<br>Facsimile: 650.697.0577<br><br>LAURENCE D. KING, SBN 206243<br>lking@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: 415.772.4700<br>Facsimile: 415.772.4707<br>DAVID A. STRAITE, admitted *pro hac vice*<br>dstraite@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone: 212.687.1980<br>Facsimile: 212.687.7714<br><br>*Interim Co-Lead Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | No. 5:18-md-02827-EJD<br><br>**STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>**Civil L.R. 6-1**<br><br>Judge:   Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

Pursuant to Civil Local Rule 6-1, Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to respond to Plaintiffs' Second Consolidated Amended Complaint ("SAC").

WHEREAS, absent extension, Defendant's response to Plaintiffs' SAC will be due on July 3, 2019;

WHEREAS, at Defendant's request, the parties have conferred and have agreed to extend the time within which Defendant may respond to the SAC to July 31, 2019;

WHEREAS, there have been time modifications to this case (*see* Dkts. 226, 254, 329, 333, 339);

WHEREAS, the proposed stipulated extension will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, this extension is effective without Court approval pursuant to Civil Local Rule 6-1(a) (stating that "Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the time in matters not required to be filed or lodged with the Court");

IT IS HEREBY JOINTLY STIPULATED THAT Defendant shall have until July 31, 2019 to respond to the SAC.  Plaintiffs' agreement to an extension is without waiver of their right to argue that any response other than an answer is improper.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED:  June 25, 2019   **KAPLAN FOX & KILSHEIMER LLP**

By: */s/ Laurence D. King*
Laurence D. King

Interim Co-Lead Class Counsel

DATED:  June 25, 2019   **COTCHETT, PITRE & McCARTHY LLP**

By: */s/ Mark C. Molumphy*
Mark C. Molumphy

Interim Co-Lead Class Counsel

DATED:  June 25, 2019                              **GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Christopher Chorba*
Christopher Chorba

Attorneys for Defendant Apple Inc.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Christopher Chorba, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  June 25, 2019

*/s/ Christopher Chorba*
Christopher Chorba

## CERTIFICATE OF SERVICE

I, Christopher Chorba, hereby certify that on June 25, 2019, the foregoing **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** was filed electronically through the CM/ECF system, copies of which were sent by First Class Mail to the following individuals unable to accept them via the electronic filing system:

Abdul Mohammed
258 East Bailey Rd Apt. C
Naperville, IL 60565

Andrew Kierstead
Hobson Bernardino & Davis LLP
444 South Flower Street
Suite 3100
Los Angeles, CA 90071

Brian Hogue
103158
c/o ISC C
H-3
P.O. Box 70010
Boise, ID 83707

Cathleen M. Combs
Edelman Combs Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Noah Benjamin Novogrodsky
Univ Toronto/Faculty Of Law
84 Queen's Park
Toronto ON M5S 2C5

Peter Wasylyk
Hobson Bernardino & Davis, LLP
444 South Flower Street, Suite 3100
Los Angeles, CA 90071

Randall Robinson Renick
Hadsell, Stormer, Richardson & Renick, LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103

| | |
|---|---|
| 1 | Richard Brian Rosenthal |
| 2 | Law Offices of Richard B. Rosenthal, PA |
|   | 169 E Flagler St. Ste 1422 |
| 3 | Miami, FL 33131-1212 |
| 4 | Richard I Woolf |
| 5 | Boyle Brasher LLC |
|   | One Metropolitan Square |
| 6 | 211 North Broadway, Suite 2300 |
|   | St. Louis, MO 63102 |
| 7 | |
|   | Richard S. Wayne |
| 8 | Strauss & Troy |
|   | Federal Reserve Building |
| 9 | 150 E. Fourth St. |
|   | Cincinnati, OH 45202-4018 |
| 10 | |
| 11 | Steven Saul |
|   | Eggnatz Pascucci |
| 12 | 5400 S. University Drive, Ste. 417 |
|   | Davie, FL 33328 |

*/s/ Christopher Chorba*

Christopher Chorba