UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION

Case No. 5:18-md-02827-EJD

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINSITRATIVE MOTION**

Re: Dkt. No. 357

On July 18, 2019, Plaintiffs filed an administrative motion requesting that the Court extend the deadline to file objections to the Special Discovery Master Order No. 9, dated July 9, 2019. Plaintiffs also request that the Court set 15-page limits (exclusive of exhibits or declarations) for such objections and any responsive briefing. Apple opposed the extension of time but stated it would agree to a 15-page limit on briefing in certain circumstances. On July 23, 2019, Plaintiffs filed their objections. Dkt. No. 359.

Having reviewed the parties' papers, the Court orders as follows:

1. The administrative motion to extend time is denied as moot. Should Plaintiffs object to the Special Discovery Master's forthcoming order regarding the inspection protocol, Plaintiffs may file objections within 14 days of that order. *See* Dkt. No. 173-1 ¶ 14.

2. Briefing on Plaintiffs' objections (Dkt. No. 359) is limited to 15 pages exclusive of exhibits or declarations.

**IT IS SO ORDERED.**

Dated: July 24, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-md-02827-EJD
ORDER GRANTING IN PART; DENYING IN PART PLAINTIFFS' ADMINSITRATIVE MOTION
1