# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ZOE NAYLOR, et al., | Case No. 5:19-cv-04421 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| APPLE, INC., | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Edward J. Davila to determine whether it is related to 5:18-md-02827 EJD, In Re: Apple Inc. Device Performance Litigation.

IT IS SO ORDERED.

Date:  August 5, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge