THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
  rdoren@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
  tloose@gibsondunn.com
DIANA M. FEINSTEIN, SBN 302626
  dfeinstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

G. CHARLES NIERLICH, SBN 196611
  gnierlich@gibsondunn.com
RACHEL S. BRASS, SBN 219301
  rbrass@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:   415.393.8200
Facsimile:    415.374.8458

*Attorneys for Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION,<br><br>This Document Relates To:<br>  ALL ACTIONS. | CASE NO. 5:18-md-02827-EJD<br><br>**PUTATIVE CLASS ACTION**<br><br>**DEFENDANT APPLE INC.'S STATEMENT OF SUPPORT OF JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES PURSUANT TO CIVIL L.R. 3-12**<br><br>Judge:        Hon. Edward J. Davila |

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S STATEMENT OF SUPPORT OF JUDICIAL REFERRAL FOR PURPOSES OF
DETERMINING RELATIONSHIP OF CASES PURSUANT TO CIVIL L.R. 3-12
CASE NO. 5:18-MD-02827-EJD

Pursuant to Civil Local Rules 3-12(c), 3-12(e), and 7-11, Defendant Apple Inc. respectfully submits its statement of support of the Sua Sponte Judicial Referral for Purposes of Determining Relationship of Cases. (Dkt. 368.) The referral asks this Court to consider whether a new case filed by the *same* Plaintiffs' counsel, with the *same* allegations and claims, the *same* class, and even some of the *same* named Plaintiffs, *Naylor v. Apple Inc.*, No. 19-04421, is related to this one. It is. Accordingly, *Naylor* was "automatically made part of the centralized proceedings upon filing in … this Court," and "rulings on common issues" (such as the Court's dismissal orders) therefore "apply" to *Naylor* "without the need for separate motions and orders." (Dkt. 21 (Case Mgmt. Order No. 1) ¶ 5.) Counsel for Apple has spoken with Rosemary M. Rivas, counsel for the *Naylor* Plaintiffs (who is also part of the leadership structure in the MDL), and the parties agree that the cases are related and that *Naylor* should be incorporated into the MDL.

Under Local Rule 3-12(a), "[a]n action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Although Apple vigorously denies the allegations here and in *Naylor*, it agrees that this already consolidated MDL involves overlapping parties, allegations, and putative classes. For instance, the *Naylor* plaintiffs base their claims on the same alleged conduct by Apple and have alleged four counts—(1) violations of the Computer Fraud and Abuse Act, (2) violations of the California Unfair Competition Law; (3) violations of the California Computer Data Access and Fraud Act, and (4) trespass to chattels—which are the remaining claims alleged in the operative complaint here. And the proposed class in *Naylor* is defined as "[a]ll purchasers, owners, users or lessees of the following Apple Devices: the Apple iPhone 6, 6s, 6 Plus, 6s Plus, SE, 7, 7 Plus"—i.e., the devices remaining in this case. Moreover, two of the plaintiffs in *Naylor*, Jeanette Taylor and Yuichi Murakami, are also named Plaintiffs here. And nine of ten counsel for the plaintiffs in *Naylor* are part of (or at the same law firms as lawyers in) the lead counsel structure here. (Dkt. 100 (Lead Counsel Appointment Order).)

It thus "appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civ. L.R. 3-12(a).

Gibson, Dunn & Crutcher LLP

DEFENDANT APPLE INC.'S STATEMENT OF SUPPORT OF JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES PURSUANT TO CIVIL L.R. 3-12
CASE NO. 5:18-MD-02827-EJD

1  This Court should therefore deem *Naylor* consolidated into this MDL, with the rulings issued here
2  applying automatically.  (Dkt. 21 ¶ 5.)

4  DATED:  August 12, 2019                    GIBSON, DUNN & CRUTCHER LLP

5                                             By:     */s/ Christopher Chorba*
6                                                     Christopher Chorba
   *Attorneys for Defendant Apple Inc.*

Gibson, Dunn & Crutcher LLP

2
DEFENDANT APPLE INC.'S STATEMENT OF SUPPORT OF JUDICIAL REFERRAL FOR PURPOSES OF
DETERMINING RELATIONSHIP OF CASES PURSUANT TO CIVIL L.R. 3-12
CASE NO. 5:18-MD-02827-EJD

# CERTIFICATE OF SERVICE

I, Christopher Chorba, hereby certify that on August 12, 2019, Defendant Apple Inc.'s Statement of Support of Judicial Referral for Purposes of Determining Relationship of Cases Pursuant to Civil L.R. 3-12 was filed electronically through the CM/ECF system, copies of which were sent by First Class Mail to individuals whose names appear below and anyone else unable to accept them via the electronic filing system:

Abdul Mohammed
258 East Bailey Rd Apt. C
Naperville, IL 60565

Andrew Kierstead
Hobson Bernardino & Davis LLP
444 South Flower Street
Suite 3100
Los Angeles, CA 90071

Brian Hogue
103158
c/o ISC C
H-3
P.O. Box 70010
Boise, ID 83707

Cathleen M. Combs
Edelman Combs Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Noah Benjamin Novogrodsky
Univ Toronto/Faculty Of Law
84 Queen's Park
Toronto ON M5S 2C5

Peter Wasylyk
Hobson Bernardino & Davis, LLP
444 South Flower Street, Suite 3100
Los Angeles, CA 90071

Randall Robinson Renick
Hadsell, Stormer, Richardson & Renick, LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103

3
DEFENDANT APPLE INC.'S STATEMENT OF SUPPORT OF JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES PURSUANT TO CIVIL L.R. 3-12
CASE NO. 5:18-MD-02827-EJD

Gibson, Dunn & Crutcher LLP

Richard Brian Rosenthal
Law Offices of Richard B. Rosenthal, PA
169 E Flagler St. Ste 1422
Miami, FL 33131-1212

Richard I Woolf
Boyle Brasher LLC
One Metropolitan Square
211 North Broadway, Suite 2300
St. Louis, MO 63102

Richard S. Wayne
Strauss & Troy
Federal Reserve Building
150 E. Fourth St.
Cincinnati, OH 45202-4018

Steven Saul
Eggnatz Pascucci
5400 S. University Drive, Ste. 417
Davie, FL 33328

                                            */s/ Christopher Chorba*
                                              Christopher Chorba

Gibson, Dunn & Crutcher LLP

4

DEFENDANT APPLE INC.'S STATEMENT OF SUPPORT OF JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES PURSUANT TO CIVIL L.R. 3-12
CASE NO. 5:18-MD-02827-EJD