COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Brian Danitz (SBN 247403)
Gina Stassi (SBN 261263)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-05777
*jcotchett@cpmlegal.com*
*mmolumphy@cpmlegal.com*
*bdanitz@cpmlegal.com*
*gstassi@cpmlegal.com*

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
350 Sansome Street, Suite 400
San Francisco, CA 94104
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mchoi@kaplanfox.com*

Frederic S. Fox (pro hac vice)
Donald R. Hall (pro hac vice)
David A. Straite (pro hac vice)
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
*ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*dstraite@kaplanfox.com*

*Interim Co-Lead Class Counsel*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. 5:18-md-02827-EJD<br><br>**CONSOLIDATED CLASS ACTION**<br><br>**DECLARATION OF RALPH E. LABATON IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF OBJECTIONS AND MOTION TO MODIFY SPECIAL DISCOVERY MASTER ORDER NO. 9**<br><br>Judge:         Hon. Edward J. Davila<br>Hearing date: August 16, 2019<br>Time:          10:00 a.m. PDT<br>Courtroom:   4 |

I, Ralph E. Labaton, declare as follows:

1. I am an associate with Kaplan Fox & Kilsheimer LLP, Co-Lead Interim Class Counsel ("Class Counsel") in the above-captioned consolidated action (the "MDL"). I submit this Declaration in further support of Plaintiffs' Objections and Motion to Modify Special Discovery Master Order No. 9.

2. I have personal knowledge of the facts stated herein and, if called a witness, I could testify competently thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the final transcript of the deposition of Stephen Sterz, dated June 27, 2019.

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the final transcript of the deposition of Michael Eng, dated July 10, 2019.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the final transcript of the deposition of Kaiann Drance, dated July 19, 2019.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the final transcript of the deposition of Cyril de la Cropte de Chanterac, dated July 24, 2019.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the rough transcript of the deposition of Jordan Ceccarelli, dated August 2, 2019. As of the date of this filing, Plaintiffs' counsel has not yet receives a final version of this deposition transcript.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Apple in this litigation, bates stamp no. APLIOSMDL00340819-821.

I declare under penalty of perjury under the laws of the United States and the States of California and New York that the foregoing is true and correct.

Executed this 13th day of August 2019, in New York, New York.

  /s/ Ralph E. Labaton  
Ralph E. Labaton (*pro hac vice*)

1

DECLARATION OF RALPH E. LABATON                                   No. 5:18-md-02827-EJD

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Brian Danitz, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of August 2019 at Burlingame, California.

                                          */s/ Brian Danitz*
                                           Brian Danitz