REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: APPLE INC. DEVICE
PERFORMANCE LITIGATION

Case No.:
5:18-md-02827-EJD

_____

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF STEPHEN STERZ

June 27, 2019

10:02 a.m.

840 Malcolm Road, Suite 200

Burlingame, California

REPORTED BY:

Siew G. Ung

CSR No. 13994, RPR, CSR

```
 1                SUPERIOR COURT OF CALIFORNIA
 2                  COUNTY OF SAN FRANCISCO
 3
 4
 5
 6
    APPLE OS CASES                    JCCP No. 4976
 7                                    CJC-18-004976
    _____
 8
 9
10
11      HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY
12         VIDEOTAPED DEPOSITION OF STEPHEN STERZ
13
14
15                    June 27, 2019
16                     10:02 a.m.
17
18              840 Malcolm Road, Suite 200
19                  Burlingame, California
20
21
22
23  REPORTED BY:
24  Siew G. Ung
25  CSR No. 13994, RPR, CSR
```

```
 1   APPEARANCES:

 2

 3       For the Class:

 4           COTCHETT, PITRE & McCARTHY, LLP
             BRIAN DANITZ, ESQ.
 5           MARK C. MOLUMPHY, ESQ.
             ELLE D. LEWIS, ESQ.
 6           BROOKE NORTON
             840 Malcolm Road, Suite 200
 7           Burlingame, California 94010
             650.697.6000
 8           bdanitz@cpmlegal.com
             mmolumphy@cpmlegal.com
 9           elewis@cpmlegal.com
             bnorton@cpmlegal.com
10
         For the State Court Apple OS Plaintiffs:
11
             THE BRANDI LAW FIRM
12           THOMAS JOHN BRANDI, ESQ.
             354 Pine Street, Third Floor
13           San Francisco, California 94104
             415.989.1800
14           tjb@brandilaw.com

15           THE LAW OFFICES OF ANDREW J. BROWN
             ANDREW J. BROWN, ESQ.
16           501 West Broadway, Suite 1490
             San Diego, California 92101
17           619.501.6550
             andrewb@thebrownlawfirm.com
18

19

20

21

22

23

24

25
```

```
 1  APPEARANCES (continued):

 2


 3      For APPLE, INC:

 4          COVINGTON & BURLING LLP
            WINSLOW TAUB, ESQ.
 5          415 Mission Street, Suite 5400
            San Francisco, California 94105
 6          415.328.8074
            wtaub@cov.com
 7
            GIBSON DUNN & CRUTCHER LLP
 8          GEORGE CHARLES NIERLICH III, ESQ.
            BRITTANY GARMYN, ESQ.
 9          555 Mission Street, Suite 3000
            San Francisco, California 94105
10          415.393.8200
            gnierlich@gibsondunn.com
11          bgarmyn@gibsondunn.com

12
            APPLE (in-house)
13          SCOTT MURRAY, ESQ.
            JENNIFER BROWN, ESQ.
14

15

16      Also Present:

17          PETER YAROSCHUCK, VIDEOGRAPHER

18

19

20

21

22

23

24

25
```