REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 2

```
                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                     SAN JOSE DIVISION


IN RE: APPLE INC. DEVICE
PERFORMANCE LITIGATION
                                    Case No.:
                                    5:18-md-02827-EJD


_____




        HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

           VIDEOTAPED DEPOSITION OF MICHAEL ENG




                     JULY 10, 2019

                       9:06 a.m.




             840 Malcolm Road, Suite 200

                 Burlingame, California




REPORTED BY:

Siew G. Ung

CSR No. 13994, RPR, CSR
```

```
 1              SUPERIOR COURT OF CALIFORNIA
 2                COUNTY OF SAN FRANCISCO
 3
 4
 5
 6
    APPLE OS CASES                    JCCP No. 4976
 7                                    CJC-18-004976
    _____
 8
 9
10
11      HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY
12          VIDEOTAPED DEPOSITION OF MICHAEL ENG
13
14
15                    JULY 10, 2019
16                      9:06 a.m.
17
18            840 Malcolm Road, Suite 200
19               Burlingame, California
20
21
22
23  REPORTED BY:
24  Siew G. Ung
25  CSR No. 13994, RPR, CSR
```

```
 1   APPEARANCES:

 2

 3      For the Class:

 4           KAPLAN FOX & KILSHEIMER LLP
             DONALD R. HALL, ESQ.
 5           AARON L. SCHWARTZ, ESQ.
             850 Third Avenue, 14th Floor
 6           New York, New York 10022
             800.290.1952
 7           dhall@kaplanfox.com
             aschwartz@kaplanfox.com
 8
             COTCHETT, PITRE & McCARTHY, LLP
 9           BRIAN DANITZ, ESQ.
             ELLE LEWIS, ESQ.
10           ANYA THEPOT, ESQ.
             TYSON C. REDENBARGER, ESQ.
11           840 Malcolm Road, Suite 200
             Burlingame, California 94010
12           650.697.6000
             bdanitz@cpmlegal.com
13           elewis@cpmlegal.com
             athepot@cpmlegal.com
14           tredenbarger@cpmlegal.com

15      For the State Court Apple OS Plaintiffs:

16           THE LAW OFFICES OF ANDREW J. BROWN
             ANDREW J. BROWN, ESQ.
17           501 West Broadway, Suite 1490
             San Diego, California 92101
18           619.501.6550
             andrewb@thebrownlawfirm.com
19

20

21

22

23

24

25
```

```
 1  APPEARANCES (continued):

 2

 3       For APPLE INC:

 4            GIBSON DUNN & CRUTCHER LLP
              CHRIS CHORBA, ESQ.
 5            HARPER GERNET-GIRARD, ESQ.
              BRITTANY GARMYN, ESQ.
 6            555 Mission Street, Suite 3000
              San Francisco, California 94105
 7            415.393.8200
              cchorba@gibsondunn.com
 8            hgernetgirard@gibsondunn.com
              bgarmyn@gibsondunn.com
 9
              APPLE (in-house)
10            GABE ZELDIN, ESQ.
              JENNIFER BROWN, ESQ.
11

12

13       Also Present:

14            LORENZO FERNANDEZ-KOPEC, VIDEOGRAPHER

15

16

17

18

19

20

21

22

23

24

25
```

1  ██████████████████████████████████████████
2  ██████████████████████████████████████
3  ████████████

4          If I were to give you an iPhone 6S that
5  someone has been using since 2016, could you
6  determine whether or not any of the performance
7  reductions we talked about on the CPU or the GPU
8  have ever occurred on that phone?
9          MR. CHORBA:  I'm going to object.
10 Incomplete hypothetical.
11         The witness is testifying in his
12 individual capacity.  He is not designated as an
13 expert, but he can answer your question if he can.
14         MR. HALL:  Okay.
15         THE WITNESS:  I actually don't know the
16 answer to that question.  I don't.  I don't know if
17 I could determine if the frequency reductions as a
18 function of resistance had occurred.
19 BY MR. HALL:
20     Q.  Okay.  Do you know anyone at Apple that
21 could determine if they had occurred?
22         MR. CHORBA:  It's -- same -- same
23 objection.  Also lacks foundation.  Calls for
24 speculation.
25         THE WITNESS:  Yeah, I -- I also don't know

```
 1  the answer to that question.
 2  BY MR. HALL:
 3      Q.  Okay.  Is there information that you would
 4  be interested in having to determine if they did
 5  occur?
 6          MR. CHORBA:  Same objections.
 7          THE WITNESS:  Now, I'm not certain what
 8  the question is.
 9  BY MR. HALL:
10      Q.  Well, if you wanted to try to determine if
11  they had occurred -- I understand you don't know if
12  you can determine that --
13      A.  Right.
14      Q.  -- but if you wanted to try to, what
15  information would you seek, either from that device
16  or somewhere else, to determine whether or not that
17  device had poor performance reductions based on
18  resistance?
19          MR. CHORBA:  Same objections.  Also lacks
20  foundation.  Asked and answered.
21          THE WITNESS:  I think -- so the
22  information that I would want is the resistance of
23  the device.
24  BY MR. HALL:
25      Q.  Okay.  Anything else?
```

1     A.   Not that I can think of at the moment.
2     Q.   Okay.
3     ███████████████████████████
4   ████████████████████████████
5     ██████████████████████████████
6     ██████████████████████████████
7   ██████████████████████████████
8   ██████
9     ████████████████████████
10  ████████████████████
11    ████████████████████████████
12  █████████████
13    ██████████████████████████
14  █████████████████████████
15    █████████
16    ████████████████████████████████
17  ████████
18    █████████
19    █████████
20    ███████████
21  █████████████████████████████████
22  ████
23    ████████████████████████
24  ██████████████████
25    ██████████████