REDACTED VERSION OF
DOCUMENT SOUGHT TO
BE SEALED

# Exhibit 3

```
                  UNITED STATES DISTRICT COURT

                 NORTHERN DISTRICT OF CALIFORNIA

                        SAN JOSE DIVISION


IN RE: APPLE INC. DEVICE
PERFORMANCE LITIGATION
                                        Case No.:
                                        5:18-md-02827-EJD

_____




         HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

             VIDEOTAPED DEPOSITION OF KAIANN DRANCE




                        July 19, 2019

                          10:04 a.m.




                  840 Malcolm Road, Suite 200

                     Burlingame, California




REPORTED BY:

Siew G. Ung

CSR No. 13994, RPR, CSR
```

```
 1                  SUPERIOR COURT OF CALIFORNIA
 2                    COUNTY OF SAN FRANCISCO
 3
 4
 5
 6
    APPLE OS CASES                         JCCP No. 4976
 7                                         CJC-18-004976
    _____
 8
 9
10
11      HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY
12         VIDEOTAPED DEPOSITION OF KAIANN DRANCE
13
14
15                       July 19, 2019
16                        10:04 a.m.
17
18              840 Malcolm Road, Suite 200
19                   Burlingame, California
20
21
22
23  REPORTED BY:
24  Siew G. Ung
25  CSR No. 13994, RPR, CSR
```

```
 1   APPEARANCES:

 2

 3       For the Class:

 4           COTCHETT, PITRE & McCARTHY, LLP
             MARK C. MOLUMPHY, ESQ.
 5           ANYA THEPOT, ESQ.
             ELLE D. LEWIS, ESQ.
 6           BROOKE NORTON
             840 Malcolm Road, Suite 200
 7           Burlingame, California 94010
             650.697.6000
 8           mmolumphy@cpmlegal.com
             athepot@cpmlegal.com
 9           elewis@cpmlegal.com
             bnorton@cpmlegal.com
10
         For the State Court Apple OS Plaintiffs:
11
             THE BRANDI LAW FIRM
12           TERENCE EDWARDS, ESQ.
             354 Pine Street, Third Floor
13           San Francisco, California 94104
             415.989.1800
14           tde@brandilaw.com

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  APPEARANCES (continued):

 2

 3      For APPLE, INC:

 4          GIBSON, DUNN & CRUTCHER LLP
            RICHARD DOREN, ESQ.
 5          CHRISTOPHER CHORBA, ESQ.
            BRITTANY GARMYN, ESQ.
 6          555 Mission Street, Suite 3000
            San Francisco, California 94105
 7          415.393.8200
            rdoren@gibsondunn.com
 8          cchorba@gibsondunn.com
            bgarmyn@gibsondunn.com
 9

10          APPLE (in-house)
            HEATHER GRENIER, ESQ.
11          KATE KASO-HOWARD, ESQ.

12       Also Present:

13          MATT COPE, VIDEOGRAPHER

14

15

16

17

18

19

20

21

22

23

24

25
```