REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 4

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION


 IN RE: APPLE INC. DEVICE
 PERFORMANCE LITIGATION
                                         Case No.:
                                         5:18-md-02827-EJD

 _____




         HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

    VIDEOTAPED DEPOSITION OF CYRIL de la CROPTE de CHANTERAC




                         July 24, 2019

                           9:37 a.m.




                 350 Sansome Street, Suite 400

                    San Francisco, California




 REPORTED BY:

 Siew G. Ung

 CSR No. 13994, RPR, CSR
```

|  |  |  |
|---|---|---|
| 1 | SUPERIOR COURT OF CALIFORNIA | |
| 2 | COUNTY OF SAN FRANCISCO | |

```
 1                   SUPERIOR COURT OF CALIFORNIA
 2                      COUNTY OF SAN FRANCISCO
 3
 4
 5
 6
     APPLE OS CASES                        JCCP No. 4976
 7                                         CJC-18-004976
     _____
 8
 9
10        HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY
11   VIDEOTAPED DEPOSITION OF CYRIL de la CROPTE de CHANTERAC
12
13
14                        July 24, 2019
15                          9:37 a.m.
16
17
18              350 Sansome Street, Suite 400
19                 San Francisco, California
20
21
22
23   REPORTED BY:
24   Siew G. Ung
25   CSR No. 13994, RPR, CSR
```

```
 1   APPEARANCES:

 2

 3        For the Class:

 4             COTCHETT, PITRE & McCARTHY, LLP
               BRIAN DANITZ, ESQ.
 5             BROOKE NORTON
               840 Malcolm Road, Suite 200
 6             Burlingame, California 94010
               650.697.6000
 7             bdanitz@cpmlegal.com
               bnorton@cpmlegal.com
 8
          For the State Court Apple OS Plaintiffs:
 9
               LAW OFFICES OF ANDREW J. BROWN
10             ANDREW BROWN, ESQ.
               501 West Broadway, Suite 1490
11             San Diego, California 92101
               619.501.6550
12             andrewb@thebrownlawfirm.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  APPEARANCES (continued):

 2

 3       For APPLE, INC:

 4           GIBSON, DUNN & CRUTCHER LLP
             CHRISTOPHER CHORBA, ESQ.
 5           KORY HINES, ESQ.
             555 Mission Street, Suite 3000
 6           San Francisco, California 94105
             415.393.8200
 7           cchorba@gibsondunn.com
             khines@gibsondunn.com
 8
             APPLE (in-house)
 9           GABE ZELDIN

10       Also Present:

11           MATT COPE, VIDEOGRAPHER

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```