REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 5

1

2    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2

1    IMPORTANT INFORMATION!  IMPORTANT INFORMATION!

2   It is understood by all attorneys and/or their staff
    using, saving onto a hard computer disk, or receiving a
3   Livenote/Realtime ASCII or e-mailed rough draft
    transcript that:
4
    1.  The following is an unedited rough draft transcript.
5   Various corrections and/or changes may be made before
    the final version is complete.  The use of this rough
6   draft transcript is limited by C.C.P. 2025.540(b).  This
    reporter, as well as any affiliated court reporting
7   agency, will not be responsible for any variance of this
    draft from the final transcript.
8
    2.  Because of the nature of stenographic outlines,
9   differences WILL exist between the Livenote/Realtime
    rough draft copy and the certified transcript prepared
10  by the reporter.  Those differences will include the
    following, among others:
11
    A.  Words may change;
12  B.  Page and line numbers may change;
    C.  Punctuation may change; and/or
13  D.  Quotes may change.

14  3.  Providing a Livenote/Realtime ASCII and/or e-mail or
    saving Livenote/Realtime onto a computer hard drive will
15  only be provided when a certified copy is purchased and
    there will be a charge for the Livenote/Realtime rough
16  transcript in addition to the charge for the certified
    copy.
17

18              ***

19      APPEARANCES:

20          ORDERS:testing test testing testing.

21          THE VIDEOGRAPHER:  Good morning.  This

22  begins the videotaped deposition of Jordan

23  Ceccarelli in the matter in Re Apple Inc. Device

24  Performance litigation filed in the United States

25  District Court, Northern District of California, San

3

1  Jose division, Case No. 5:18-MD-02827-EJD.  This

2  deposition is being held at 840 Malcolm Road in

3  Burlingame, California on August 2nd, 2019.  My name

4  is Lorenzo-Fernandez Kopec.  I'm the videographer.

5  The court reporter today is Siew Ung, and we are

6  both here representing U.S. Legal support, located

7  201 California -- Mission Street in San Francisco,

8  California.  Please note that audio and video

9  recording will be taking place once all parties have

10  agreed to go off the record.  The time is 10:06.  We

11  are on the record now.  Counsel, will you please

12  state your appearance and affiliation.

13      MR. FOX:  Federic Fox, Kaplan Fox and

14  Kilsheimer for plaintiffs.

15      MR. SCHWARTZ:  Aaron Schwartz, Fox Kaplan

16  & Kilsheimer for the Plaintiffs.

17      MR. KING:  Laurence King, Kaplan Fox &

18  Kilsheimer for plaintiffs.

19      MS. THEPOT:  Anya Thepot, Cochett Pitre &

20  McCarthy for plaintiffs.

21     MR. EDWARDS:  Terence Edwards from the

22 Brandi law firm on behalf of the JCCP plaintiffs.

23     MR. CHORBA:  Good morning.  Chris Chorba,

24 on behalf of defendant Apple Inc and Mr. Ceccarelli.

25     MS. KASO-HOWARD: Kate Kaso-Howard for Apple.

                            4




1     MR. SCHEINER:  Nick Scheiner, Gibson Dunn

2 & Crutcher on behalf of Mr. Ceccarelli and Apple.

3     MR. CECCARELLI:  Jordan Ceccarelli.

4         EXAMINATION BY MR. FOX

5 BY MR. FOX:

6   Q.  Good morning, Mr. Ceccarelli.

7     THE VIDEOGRAPHER:  Just one moment.  Can

8 you swear in the witness.

9             JORDAN CECCARELLI

10    having been first duly sworn, was examined and

11         testified as follows:

12            EXAMINATION BY

13 BY MR. FOX:

14   Q.  Good morning.  Mr. Ceccarelli, my name is

15 Frederic Fox from the law firm of Kaplan Fox &

16 Kilsheimer.  I'm one of the lawyers representing the

17 plaintiffs in this case.  Could you just state your

18 full name for the record, please?