REDACTED VERSION OF
DOCUMENT SOUGHT TO
BE SEALED

# Exhibit 6