UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD<br><br>**ORDER DISMISSING THREE PLAINTIFFS WITH PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 373 |

Plaintiffs filed an administrative motion to dismiss without prejudice named plaintiffs Meghan Mesloh, Aja Johnson, and Quinn Lewis becaue they have stopped responding to communications from counsel despite "diligent" efforts to contact them. Dkt. Nos. 361, 361-1 ¶ 2. Apple represented—and Plaintiffs did not contest—that none of these three plaintiffs produced documents despite being served with requests for production. Dkt. No. 363 at 1. The court ordered these three plaintiffs to show cause why they should not be dismissed with prejudice for failure to prosecute their claims under Federal Rule of Civil Procedure 41. Dkt. No. 373. Personal counsel for each plaintiff attempted to contact their clients via telephone, email and U.S. mail, but either the plaintiffs did not respond, or counsel was informed that the communication information they had was no longer valid. Dkt. Nos. 382, 383, 384, 385. None of these plaintiffs have shown cause why they should not be dismissed with prejudice from this litigation.

The court hereby orders that, pursuant to Federal Rule of Civil Procedure 41(b), named plaintiffs Meghan Mesloh, Aja Johnson, and Quinn Lewis are dismissed with prejudice for failure

to prosecute.

**IT IS SO ORDERED.**

Dated: August 29, 2019

EDWARD J. DAVILA
United States District Judge