THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
THEANE EVANGELIS, SBN 243570
tevangelis@gibsondunn.com
TIMOTHY W. LOOSE, SBN 241037
tloose@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:     213.229.7000
Facsimile:      213.229.7520

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
RACHEL S. BRASS, SBN 219301
rbrass@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:     415.393.8200
Facsimile:      415.374.8458

*Attorneys for Defendant,*
*Apple Inc.*

JOSEPH W. COTCHETT, SBN 36324
jcotchett@cpmlegal.com
MARK C. MOLUMPHY, SBN 168009
mmolumphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:     650.697.6000
Facsimile:      650.697.0577

LAURENCE D. KING, SBN 206243
lking@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
350 Sansome Street, Suite 400
San Francisco, CA  94104
Telephone:     415.772.4700
Facsimile:      415.772.4707

DAVID A. STRAITE, admitted *pro hac vice*
dstraite@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone:     212.687.1980
Facsimile:      212.687.7714

*Interim Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **IN RE:  APPLE INC. DEVICE PERFORMANCE LITIGATION** | CASE NO. 5:18-md-02827-EJD<br><br>**JOINT REPORT REGARDING MEDIATION SESSION** |

The parties held a productive mediation before the Hon. Layn R. Phillips on August 28, 2019. The parties made progress through this session, and they agreed to continue their discussions. The parties scheduled a follow-up mediation session with Judge Phillips for September 28, 2019.

DATED:  August 30, 2019                       GIBSON, DUNN & CRUTCHER LLP

                                              By:      /s/ *Christopher Chorba*
                                                          Christopher Chorba

                                              *Attorneys for Defendant Apple Inc.*

DATED:  August 30, 2019                       KAPLAN FOX & KILSHEIMER LLP

                                              By:      /s/ *Laurence D. King*
                                                          Laurence D. King

                                              *Interim Co-Lead Class Counsel*

DATED:  August 30, 2019                       COTCHETT, PITRE & MCCARTHY LLP

                                              By:      /s/ *Mark C. Molumphy*
                                                          Mark C. Molumphy

                                              *Interim Co-Lead Class Counsel*

**ATTORNEY ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Christopher Chorba, hereby attest that concurrence in the filing of this motion has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of August, 2019, at Los Angeles, California.

By: ___/s/ Christopher Chorba___
       Christopher Chorba

# CERTIFICATE OF SERVICE

I, Christopher Chorba, hereby certify that on August 30, 2019, the JOINT REPORT REGARDING MEDIATION SESSION was filed electronically through the CM/ECF system, copies of which were sent by First Class Mail to individuals whose names appear below and anyone else unable to accept them via the electronic filing system:

Abdul Mohammed
258 East Bailey Rd Apt. C
Naperville, IL 60565

Andrew Kierstead
Hobson Bernardino & Davis LLP
444 South Flower Street
Suite 3100
Los Angeles, CA 90071

Brian Hogue
103158
c/o ISC C
H-3
P.O. Box 70010
Boise, ID 83707

Cathleen M. Combs
Edelman Combs Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603

Noah Benjamin Novogrodsky
Univ Toronto/Faculty Of Law
84 Queen's Park
Toronto ON M5S 2C5

Peter Wasylyk
Hobson Bernardino & Davis, LLP
444 South Flower Street, Suite 3100
Los Angeles, CA 90071

Randall Robinson Renick
Hadsell, Stormer, Richardson & Renick, LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103

Richard Brian Rosenthal
Law Offices of Richard B. Rosenthal, PA
169 E Flagler St. Ste 1422
Miami, FL 33131-1212

Richard I Woolf
Boyle Brasher LLC
One Metropolitan Square
211 North Broadway, Suite 2300
St. Louis, MO 63102

Richard S. Wayne
Strauss & Troy
Federal Reserve Building
150 E. Fourth St.
Cincinnati, OH 45202-4018

Steven Saul
Eggnatz Pascucci
5400 S. University Drive, Ste. 417
Davie, FL 33328

By:   */s/ Christopher Chorba*
            Christopher Chorba