| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>tboutrous@gibsondunn.com<br>RICHARD DOREN, SBN 124666<br>rdoren@gibsondunn.com<br>CHRISTOPHER CHORBA, SBN 216692<br>cchorba@gibsondunn.com<br>DIANA FEINSTEIN, SBN 302626<br>dfeinstein@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520<br><br>G. CHARLES NIERLICH, SBN 196611<br>gnierlich@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Telephone:   415.393.8200<br>Facsimile:    415.374.8458<br><br>*Attorneys for Defendant,*<br>*APPLE INC.* | JOSEPH W. COTCHETT, SBN 36324<br>jcotchett@cpmlegal.com<br>MARK C. MOLUMPHY, SBN 168009<br>mmolumphy@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Telephone:   650.697.6000<br>Facsimile:    650.697.0577<br><br>LAURENCE D. KING, SBN 206243<br>lking@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>350 Sansome Street, Suite 400<br>San Francisco, CA  94104<br>Telephone:   415.772.4700<br>Facsimile:    415.772.4707<br><br>DAVID A. STRAITE, admitted *pro hac vice*<br>dstraite@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone:   212.687.1980<br>Facsimile:    212.687.7714<br><br>*Interim Co-Lead Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | 5:18-md-02827-EJD<br><br>**SEVENTH SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Civil Local Rule 16-10(d)**<br><br>CMC Date:   November 7, 2019<br>CMC Time:   10:00 a.m. PST<br>Judge:          Hon. Edward J. Davila<br>Courtroom:   4, 5th Floor |

The parties respectfully submit this Seventh Supplemental Joint CMC Statement pursuant to Local Rule 16-10(d), in preparation for the upcoming Case Management Conference scheduled for November 7, 2019. *See* Dkt. No. 388. Today's Statement updates the Court on events following the Sixth Supplemental Joint CMC Statement filed on February 25, 2019 (Dkt. No. 285) and reflects further conferences of counsel; telephonic and in-person conferences with the Discovery Special Master, the Honorable Rebecca Westerfield (Ret.); motion practice; and additional discovery. Today's Statement provides updates on 5 of the 21 topics outlined in the Standing Order for contents of case management statements, retaining the paragraph numbering used therein.

*Facts* **(¶ 2):** Following the Court's Order dated April 22, 2019, on Apple's Motion to Dismiss the Second Amended Complaint (the "SAC"), Plaintiffs elected to stand on the SAC. Apple thereafter filed its Answer on July 31, 2019. Dkt. No. 365.

*Motions* **(¶ 4):**

### A.     Pending Motions

The parties are unaware of any open motion currently pending on the docket.

### B.     Resolved Motions

The following motions appear on the docket and the parties understand that they have been administratively closed since the last CMC. *See* Dkt. Nos. 281, 282, 315, 321, 350, 381, 386.

*Discovery* **(¶ 8):** Since the prior joint CMC Statement, Judge Westerfield updated the Court on the progress of discovery in Special Discovery Master Report No. 2 dated February 28, 2019 (Dkt. No. 295) and Special Discovery Master Report No. 3 dated July 1, 2019 (Dkt. No. 353). The parties also add as follows:

Document Discovery: Apple has now made 25 rolling productions of documents (totaling more than 7.6 million pages), the most recent on September 9, 2019. Plaintiffs have made 19 rolling productions of documents (from more than 100 plaintiffs), the most recent on September 27, 2019. The parties have also exchanged privilege logs and supplemental privilege logs.

Written Discovery: The parties have served, responded to, and supplemented several rounds of interrogatories.

Third-Party Discovery:  The parties have served 21 document subpoenas on various third parties (19 served by Plaintiffs and 2 by Apple) and those document productions have begun.  Plaintiffs have also served a third-party deposition subpoena.

Depositions:  The parties have taken 19 depositions.

Plaintiff Device Examination:  Pursuant to a negotiated inspection protocol and Judge Westerfield's Order No. 9 dated July 9, 2019 (Dkt. No. 354), Plaintiffs provided a first batch of iPhone Devices to an agreed neutral for forensic imaging, data examination and physical inspection.  The data obtained by the neutral has been sent to each side's experts for analysis.

Motions to Compel Discovery:  Several formal discovery motions have been filed with Judge Westerfield and do not appear on the docket.  Most discovery disputes have been resolved through pre-motion letters and pre-motion guidance from Judge Westerfield, however.

Discovery Conferences/Hearings:  Judge Westerfield has held twelve (12) telephonic discovery conferences/hearings since the last joint CMC statement.  Judge Westerfield also held two full-day in-person discovery conferences at JAMS – San Jose.  The first was held on April 29, 2019, and the second on September 11, 2019.

Meet-and-Confer Efforts:  The parties have met and conferred regarding discovery more than three dozen times since the last CMC, mostly telephonically.  The parties have also exchanged more than 10 formal letters outlining discovery issues and questions.

***Related Cases and Proceedings* (¶ 10):**

State Court JCCP Action:  After Judge Massullo sustained much of Apple's demurrer to Plaintiffs' original Consolidated Master Complaint on June 20, 2019, JCCP Plaintiffs filed their First Amended Complaint on August 5.  JCCP Plaintiffs dropped their implied contract claim, but added another common law fraud claim, styled "fraud by concealment."  On September 23, Apple demurred to each of the first five claims, and preserved its objections to the sixth, for trespass to chattels.  The Court will hear the demurrer on November 21.

*Oliver* Pro Se Action:  On January 11, 2019, *pro se* Plaintiff Anthony Oliver filed a notice of dismissal without prejudice in *Oliver v. Apple Inc.,* No. 5:18-cv-03638-EJD, which the Court approved on January 18, 2019 (Dkt. No. 28).

*Mohammed* Pro Se Action:  On May 2, 2019, *pro se* Plaintiff Abdul Azeem Mohammed filed a notice of voluntary dismissal in *Mohammed v. Apple Inc.,* No. 5:18-cv-02438-EJD, which the Court approved on May 7, 2019 (Dkt. No. 335).

*Naylor* Action:  On July 31, 2019, a group of 18 plaintiffs filed an action against Apple asserting similar claims as in the MDL, *see Naylor, et al. v. Apple, Inc*., No. 5:19-cv-04421-EJD (N.D. Cal.), and on August 15, 2019, the Court issued an order relating *Naylor* to this MDL.  *Naylor* Dkt. No. 12. The *Naylor* plaintiffs and the MDL plaintiffs support consolidation of these two actions.

*Gonzalez* Action:  On October 16, 2019, a group of 11 plaintiffs filed an action against Apple. *See Gonzalez, et al. v. Apple, Inc*., No. 5:19-cv-06646-EJD (N.D. Cal.).  The MDL plaintiffs and Apple agree that the *Gonzalez* Action appears related and consolidation with the MDL is appropriate for the same reasons asserted in this Court's order dated May 15, 2018.  Dkt. No. 100 at 1-2.

***Settlement and ADR* (¶ 12):**  The parties held a mediation with the assistance of the Hon. Layn R. Phillips (Ret.) on January 7, 2019, and jointly reported progress to the Court in the Sixth Supplemental Joint CMC Statement on February 25, 2019 (Dkt. No. 285 at 4).  The parties held a second mediation with Judge Phillips on August 28, 2019, and jointly filed a progress report with the Court on August 30, 2019 (Dkt. No. 387).  The parties held a third mediation with Judge Phillips on September 27, 2019 and can provide an updated progress report at the next CMC.

Dated: October 28, 2019

**GIBSON, DUNN & CRUTCHER LLP**

By:  /s/ *Theodore J. Boutrous, Jr.*
　　　　Theodore J. Boutrous, Jr.
Attorneys for Defendant Apple Inc. in all actions

Dated: October 28, 2019

**KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
　　　　Laurence D. King
Interim Co-Lead Class Counsel

Dated: October 28, 2019

**COTCHETT, PITRE & MCCARTHY LLP**

By:  */s/ Mark Cotton Molumphy*
　　　　Mark Cotton Molumphy
Interim Co-Lead Class Counsel

| | |
|---|---|
| 1 | **ATTORNEY ATTESTATION** |

Pursuant to Civil Local Rule 5-1, I, Mario M. Choi, hereby attest that counsel for all parties listed above consented to the filing of this document in Case No. 5:18-MD-02827-EJD (N.D. Cal.).

DATED: October 28, 2019               **KAPLAN FOX & KILSHEIMER LLP**

By:  *Mario M. Choi*
_____
Mario M. Choi

Interim Co-Lead Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2019, I caused the foregoing document to be filed via ECF which will qualify as service for all parties registered to use ECF in this case. I also certify that I caused the foregoing document to be mailed by U.S. First Class Mail, postage prepaid, to the following *pro se* plaintiff whose case(s) are consolidated with the MDL but who might not be receiving ECF Notices:

Brian Hogue
103158
c/o ISCC
H-3
P.O. Box 70010
Boise, ID 83707


DATED:  October 28, 2019                **KAPLAN FOX & KILSHEIMER LLP**

By: *Mario M. Choi*
 _____
 Mario M. Choi

Interim Co-Lead Counsel