**RED SAPPHIRE, P.C.**
Ugonne Ndukwu Lord (S.B.N 293237)
1905 N. Wilcox Ave, Suite 150
Hollywood, California 90068
Telephone: (949) 502-2047
Facsimile: (949) 502-2047
ulord@rsapphire.com
*Attorney for Plaintiffs in Gonzalez et al. v. Apple Inc.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No.: 5:18-md-02827-EJD <br><br> **[PROPOSED]** **ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASES AND FOR CONSOLIDATION** <br> (Civil L.R. 3-12(b), 7-11, and Fed R. Civ. P. 42(a)) <br><br> Judge: Hon. Edward J. Davila <br><br> Related Case: <br><br> *Gonzalez et al. v. Apple Inc.* <br> Case No. 5:19-cv-06646-EJD |

This Court, having considered the unopposed administrative motion by Plaintiffs in the action entitled *Gonzalez et al. v. Apple Inc.*, Case No. 5:19-cv-06646-EJD (the "*Gonzalez* Action"), filed on October 16, 2019, to consider whether cases should be related pursuant to Civil Local Rules 3-12 and 7-11, and for consolidation of the *Gonzalez* Action into the multidistrict litigation entitled *In re: Apple Inc. Device Performance Litigation*, Case No. 5:18-md-02827-EJD, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED THAT the action entitled *Gonzalez et al. v. Apple Inc.*, Case No. 5:19-cv-06646-EJD, is hereby related to the action entitled *In re: Apple Inc. Device Performance Litigation*, Case No. 5:18-md-02827-EJD;

IT IS FURTHER ORDERED THAT *Gonzalez et al. v. Apple Inc.*, Case No. 5:19-cv-06646-EJD, be reassigned to this Court for all further proceedings;

IT IS FURTHER ORDERED THAT *Gonzalez et al. v. Apple Inc.*, Case No. 5:19-cv-06646-EJD, be consolidated into the multidistrict litigation for pretrial purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure; and

IT IS FURTHER ORDERED THAT all deadlines in *Gonzalez et al. v. Apple Inc.*, Case No. 5:19-cv-06646-EJD, are hereby vacated.

**IT IS SO ORDERED.**

Dated: __12/16/2019_____    _____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE