| | |
|---|---|
| THEODORE J. BOUTROUS JR., SBN 132099<br>tboutrous@gibsondunn.com<br>RICHARD DOREN, SBN 124666<br>rdoren@gibsondunn.com<br>CHRISTOPHER CHORBA, SBN 216692<br>cchorba@gibsondunn.com<br>DIANA FEINSTEIN, SBN 302626<br>dfeinstein@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:     213.229.7000<br>Facsimile:      213.229.7520<br><br>G. CHARLES NIERLICH, SBN 196611<br>gnierlich@gibsondunn.com<br>**GIBSON, DUNN & CRUTCHER LLP**<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105<br>Telephone:     415.393.8200<br>Facsimile:      415.374.8458<br><br>*Attorneys for Defendant,*<br>*APPLE INC.* | JOSEPH W. COTCHETT, SBN 36324<br>jcotchett@cpmlegal.com<br>MARK C. MOLUMPHY, SBN 168009<br>mmolumphy@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY LLP**<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Telephone:     650.697.6000<br>Facsimile:      650.697.0577<br><br>LAURENCE D. KING, SBN 206243<br>lking@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>1999 Harrison Street, Suite 1560<br>Oakland, CA  94612<br>Telephone:     415.772.4700<br>Facsimile:      415.772.4707<br><br>FREDERIC S. FOX, admitted *pro hac vice*<br>ffox@kaplanfox.com<br>DAVID A. STRAITE, admitted *pro hac vice*<br>dstraite@kaplanfox.com<br>**KAPLAN FOX & KILSHEIMER LLP**<br>850 Third Avenue<br>New York, NY 10022<br>Telephone:     212.687.1980<br>Facsimile:      212.687.7714<br><br>*Interim Co-Lead Counsel for Plaintiffs* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | 5:18-md-02827-EJD<br><br>**EIGHTH SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Civil Local Rule 16-10(d)**<br><br>CMC Date:    January 29, 2019<br>CMC Time:    1:30 p.m. PST<br>Judge:           Hon. Edward J. Davila<br>Courtroom:    4, 5th Floor |

The parties respectfully submit this Eighth Supplemental Joint CMC Statement pursuant to Local Rule 16-10(d), in preparation for the upcoming Case Management Conference scheduled for January 29, 2020. *See* Dkt. No. 410. Today's Statement updates the Court on events following the Seventh Supplemental Joint CMC Statement filed on October 28, 2019 (Dkt. No. 395) and reflects further conferences of counsel. Today's Statement provides updates on 3 of the 21 topics outlined in the Standing Order for contents of case management statements, retaining the paragraph numbering used therein.

*Motions* (¶ 4):

    A.    **Pending Motions**

The parties are unaware of any open motion currently pending on the docket.

    B.    **Resolved Motions**

The following motion appears on the docket and the parties understand that it has been administratively closed since the last CMC. *See* Dkt. No. 409.

*Related Cases and Proceedings* (¶ 10):

State Court JCCP Action: On September 23, 2019, Apple demurred as to five of the claims in JCCP Plaintiffs' First Amended Complaint and preserved its objections to the sixth, for trespass to chattels. The Court has continued the hearing on the demurrer to February 11, 2020.

*Naylor* Action: On July 31, 2019, a group of 18 plaintiffs filed an action against Apple asserting similar claims as in the MDL, *see Naylor, et al. v. Apple, Inc.*, 5:19-cv-04421-EJD (N.D. Cal.), and on August 15, 2019, the Court issued an order relating *Naylor* to this MDL. *Naylor* Dkt. No. 12. The *Naylor* plaintiffs and the MDL plaintiffs support consolidation of these two actions.

*Gonzalez* Action: On October 16, 2019, a group of 11 plaintiffs filed an action against Apple. *See Gonzalez, et al. v. Apple, Inc.*, 5:19-cv-06646-EJD (N.D. Cal.). On December 6, 2019, *Gonzalez* Plaintiffs filed an unopposed administrative motion to consider whether the cases should be related and consolidated into the MDL, which was granted by this Court on December 16, 2019 (Dkt. No. 409).

**Settlement and ADR** (¶ 12): The parties held a mediation with the assistance of the Hon. Layn R. Phillips (Ret.) on January 7, 2019, and jointly reported progress to the Court in the Sixth Supplemental Joint CMC Statement on February 25, 2019 (Dkt No. 285 at 4). The parties held a second

mediation with Judge Phillips on August 28, 2019, and jointly filed a progress report with the Court on August 30, 2019 (Dkt. No. 387). The parties held a third mediation with Judge Phillips on September 27, 2019, and provided this Court with a progress report at the last CMC on November 7, 2019. The parties continue to speak via Judge Phillips's office and will provide any further updates at the next CMC.

**GIBSON, DUNN & CRUTCHER LLP**

Dated: January 21, 2020       By:  /s/ *Theodore J. Boutrous, Jr.*
                                           Theodore J. Boutrous, Jr.
                                Attorneys for Defendant Apple Inc. in all actions

**KAPLAN FOX & KILSHEIMER LLP**

Dated: January 21, 2020       By:  /s/ *Laurence D. King*
                                           Laurence D. King
                                Interim Co-Lead Class Counsel

**COTCHETT, PITRE & MCCARTHY LLP**

Dated: January 21, 2020       By:  */s/Mark C. Molumphy*
                                           Mark Cotton Molumphy
                                Interim Co-Lead Class Counsel

## ATTORNEY ATTESTATION

Pursuant to Civil Local Rule 5-1, I, Mario M. Choi, hereby attest that counsel for all parties listed above consented to the filing of this document in Case No. 5:18-MD-02827-EJD (N.D. Cal.).

DATED:  January 21, 2020          **KAPLAN FOX & KILSHEIMER LLP**

By:     /s/ *Mario M. Choi*
         Mario M. Choi

Interim Co-Lead Counsel

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, I caused the foregoing document to be filed via CM/ECF which will qualify as service for all parties registered to use CM/ECF in this case.

I also certify that I caused the foregoing document to be mailed by U.S. First Class Mail, postage prepaid, to the following *pro se* plaintiff(s) whose case(s) are consolidated with the MDL but who might not be receiving ECF Notices:

Brian Hogue
103158
c/o ISC C
H-3
P.O. Box 70010
Boise, ID 83707

DATED: January 21, 2020　　　　　　　　**KAPLAN FOX & KILSHEIMER LLP**

　　　　　　　　　　　　　　　　　　　　By:　/s/ *Mario M. Choi*
　　　　　　　　　　　　　　　　　　　　　　Mario M. Choi

　　　　　　　　　　　　　　　　　　　　Interim Co-Lead Counsel

- 4 -
EIGHTH SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT
5:18-MD-02827-EJD