THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD DOREN, SBN 124666
rdoren@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
DIANA FEINSTEIN, SBN 302626
dfeinstein@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

G. CHARLES NIERLICH, SBN 196611
gnierlich@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:     415.393.8200
Facsimile:     415.374.8458

*Attorneys for Defendant,*
*APPLE INC.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | 5:18-md-02827-EJD<br><br>**NOTICE OF WITHDRAWAL OF G. CHARLES NIERLICH** |

**NOTICE OF CHANGE IN COUNSEL**

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 5-1(c)(2), G. Charles Nierlich withdraws as attorney of record for Defendant Apple, Inc. in the above-captioned litigation, and respectfully requests that his name be removed from all applicable service lists, including Notices of Electronic Filing. The law firm of Gibson, Dunn & Crutcher LLP and other attorneys at that firm will continue to represent Defendant Apple, Inc. in this matter.

Dated: February 28, 2020                    Respectfully submitted,


   */s/ Theodore J. Boutrous*
THEODORE J. BOUTROUS JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD DOREN (SBN 124666)
rdoren@gibsondunn.com
CHRISTOPHER CHORBA (SBN 216692)
cchorba@gibsondunn.com
DIANA FEINSTEIN (SBN 302626)
dfeinstein@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:     213.229.7000
Facsimile:     213.229.7520

Attorneys for Defendant
APPLE, INC.