1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                     **NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN JOSE DIVISION**

11   IN RE: APPLE INC. DEVICE                   CASE NO. 5:18-md-02827-EJD
     PERFORMANCE LITIGATION,
12                                              **CLASS ACTION**

13                                              **[PROPOSED] ORDER CERTIFYING
                                                SETTLEMENT CLASS; GRANTING**
14   This Document Relates To:                  **PRELIMINARY APPROVAL OF CLASS
                                                ACTION SETTLEMENT; AND**
15        ALL ACTIONS.                          **APPROVING FORM AND CONTENT OF
                                                CLASS NOTICE**
16

17

18

19

20

21

22

23

24

25

26

27

28

1    **WHEREAS**, the Named Plaintiffs and Defendant Apple Inc. entered into a Settlement

2    Agreement (Dkt. ___) on _____, 2020, which, together with the exhibits and appendices

3    thereto, sets forth the terms and conditions for a proposed resolution of this litigation and for its

4    dismissal with prejudice;

5    **WHEREAS**, this Court has reviewed the Settlement entered into by the Parties, all exhibits

6    thereto, the record in this case, and the Parties' arguments;

7    **WHEREAS**, this Court preliminarily finds, for the purpose of settlement only, that the

8    Settlement Class meets all the prerequisites of Federal Rule of Civil Procedure 23 for class certification,

9    including numerosity, commonality, typicality, predominance of common issues, superiority, and that

10   the Named Plaintiffs and Class Counsel are adequate representatives of the Settlement Class;

11   **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AS FOLLOWS:**

12   1.    All terms and definitions used herein have the same meanings as set forth in the

13   Settlement Agreement.

14   **Preliminary Certification of Settlement Class for Purpose of Settlement Only**

15   2.    The Settlement is hereby preliminarily approved as fair, reasonable, and adequate such

16   that notice thereof should be given to members of the Settlement Class.  Under Federal Rule of Civil

17   Procedure 23(b)(3), the Settlement Class, as set forth in paragraph 1.32 of the Settlement Agreement

18   and defined as follows, is preliminarily certified for the purpose of settlement only:

19   
20       All former or current U.S. owners of iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and
         SE devices running iOS 10.2.1 or later (for iPhone 6, 6 Plus, 6s, 6s Plus, and SE
         devices) or iOS 11.2 or later (for iPhone 7 and 7 Plus devices), and who ran these
21       iOS versions before December 21, 2017.

22   For purposes of this definition, "U.S. owners" shall include all individuals who owned, purchased,

23   leased, or otherwise received an eligible device, and individuals who otherwise used an eligible device

24   for personal, work, or any other purposes.  An individual qualifies as a "U.S. owner" if his or her device

25   was shipped to the United States, its territories, and/or its possessions.  The Settlement Class shall not

26   include iPhone owners who are domiciled outside of the United States, its territories, and/or its

27   possessions.   Additionally, excluded from the Settlement Class are (a) directors, officers, and

28   employees of Apple or its subsidiaries and affiliated companies, as well as Apple's legal

[PROPOSED] ORDER CERTIFYING SETTLEMENT CLASS; GRANTING PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT; AND APPROVING FORM AND CONTENT OF CLASS NOTICE
CASE NO. 5:18-MD-02827-EJD

1  representatives, heirs, successors, or assigns, (b) the Court, the Court staff, as well as any appellate

2  court to which this matter is ever assigned and its staff, (c) any of the individuals identified in paragraph

3  1.36 of the Settlement Agreement, as well as their legal representatives, heirs, successors, or assigns,

4  (d) Defense Counsel, as well as their immediate family members, legal representatives, heirs,

5  successors, or assigns, and (e) any other individuals whose claims already have been adjudicated to a

6  final judgment.

7          3.      If the Settlement Agreement is not finally approved by this Court, or if such final

8  approval is reversed or materially modified on appeal by any court, this Order (including but not limited

9  to the certification of the class) shall be vacated, null and void, and of no force or effect, and Apple and

10  Plaintiffs shall be entitled to make any arguments for or against certification for litigation purposes.

11         4.      Class Counsel and the Named Plaintiffs are appointed as adequate representatives of the

12  Settlement Class.  Joseph W. Cotchett (of Cotchett, Pitre & McCarthy, LLP, 840 Malcolm Road, Suite

13  200, Burlingame, California 94010) and Laurence D. King (of Kaplan Fox & Kilsheimer LLP, 1999

14  Harrison Street, Suite 1560, Oakland, California 94612) are hereby appointed as Interim Co-Lead Class

15  Counsel to represent the proposed Settlement Class.

16                              **Notice to the Settlement Class**

17         5.      The Court approves the Claim Form, Class Notice, and Summary Notice, which are

18  attached to the Settlement Agreement as Exhibits A, B, and C, respectively, and finds that their

19  dissemination substantially in the manner and form set forth in the Settlement Agreement meets the

20  requirements of Federal Rule of Civil Procedure 23 and due process, constitutes the best notice

21  practicable under the circumstances, and is reasonably calculated, under the circumstances, to apprise

22  members of the Settlement Class of the pendency of the Actions, the effect of the proposed Settlement

23  (including the releases contained therein), the anticipated Motion for Attorneys' Fees and/or Expenses

24  and for Service Awards, and their rights to participate in, opt out of, or object to any aspect of the

25  proposed Settlement.

26         6.      By _____, 2020 [*thirty (30) days from the entry of this Preliminary*

27  *Approval Order*], Apple shall, for the purpose of facilitating the distribution of the Summary Notice,

28

[PROPOSED] ORDER CERTIFYING SETTLEMENT CLASS; GRANTING PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT; AND APPROVING FORM AND CONTENT OF CLASS NOTICE
CASE NO. 5:18-MD-02827-EJD

1  provide the Settlement Administrator with the names, email addresses, mailing addresses, and serial

2  numbers for the members of the Settlement Class.

3  7.      By _____, 2020 [*seventy-five (75) days from the date specified in*

4  *paragraph 6 above*], the Settlement Administrator shall complete the distribution of the email and/or

5  postcard notices to the members of the Settlement Class, and establish the Settlement Website which

6  shall contain all documents relating to the settlement, including the Settlement Agreement, the Class

7  Notice, the Summary Notice, the Claim Form, and all motion papers and Court orders relating to

8  preliminary and final approval of the Settlement.   The Settlement Administrator shall send the

9  Summary Notice via email to each member of the Settlement Class for whom Apple has a valid email

10  address for the account of record on the Apple ID.   The Settlement Administrator shall mail a postcard

11  notice, substantially similar to the Summary Notice, to all members of the Settlement Class for whom

12  Apple does not have a valid email address.

13  **Settlement Administration**

14  8.      The Court appoints Angeion Group to serve as the Settlement Administrator.  Angeion

15  Group shall supervise and administer the notice procedures, establish and operate the Settlement

16  Website, administer the claims processes, distribute cash payments according to the processes and

17  criteria set forth in the Settlement Agreement, and perform any other duties that are reasonably

18  necessary and/or provided for in the Settlement Agreement.

19  9.      All reasonable costs of notice and costs of administering the Settlement shall be paid by

20  Apple or from the Residual, if any, as contemplated by paragraph 5.3.1 of the Settlement Agreement.

21  10.      Settlement Class Members who wish to make a Claim must do so by submitting a Claim

22  Form by _____, 2020 [*forty-five (45) days from the date specified in paragraph 7*

23  *above*], in accordance with the instructions contained therein.   The Settlement Administrator shall

24  determine the eligibility of Claims submitted and allocate the Settlement Funds in accordance with the

25  Settlement Agreement.

26  11.      Settlement Class Members who wish to object to the Settlement must provide:   (a) a

27  detailed statement of the Settlement Class Member's specific objections to any matters before the

28  Court; (b) the grounds for such objections and the reason such Settlement Class Member desires to

[PROPOSED] ORDER CERTIFYING SETTLEMENT CLASS; GRANTING PRELIMINARY APPROVAL OF CLASS
ACTION SETTLEMENT; AND APPROVING FORM AND CONTENT OF CLASS NOTICE
CASE NO. 5:18-MD-02827-EJD

appear and be heard; and (c) proof of membership in the Settlement Class, as well as all other materials the Settlement Class Member wants the Court to consider.  The objections must be sent to the following addresses, and received by _____, 2020 [*forty-five (45) days from the date specified in paragraph 7 above*]:

| Court | Class Counsel | Defense Counsel |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>Northern District of California<br>San Jose Division<br>280 South 1st Street<br>San Jose, CA  95113 | Laurence D. King, Esq.<br>Kaplan Fox & Kilsheimer LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>lking@kaplanfox.com<br><br>Mark Molumphy, Esq.<br>Cotchett, Pitre & McCarthy LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>mmolumphy@cpmlegal.com | Christopher Chorba, Esq.<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>CChorba@gibsondunn.com |

12.     Any putative member of the Settlement Class who seeks to be excluded from the Settlement Class must submit a request for exclusion, which must be received by the Claims Administrator by _____, 2020 [*forty-five (45) days from the date specified in paragraph 7 above*]:

| Claims Administrator |
|---|
| *In re Apple Inc. Device Performance Litigation*<br>ATTN:  Claims Administrator<br>1650 Arch Street, Suite 2210<br>Philadelphia, PA  19103 |

Any member of the Settlement Class who does not file a valid and timely request for exclusion shall be bound by the final judgment dismissing the MDL Action on the merits with prejudice.

## Final Approval Hearing

13.     The Final Hearing shall be held by the Court on _____, 202__, beginning at ___:____ __.m., to determine whether the requirements for certification of the Settlement Class have been met; whether the proposed settlement of the Actions on the terms set forth in the Settlement should be approved as fair, reasonable, adequate, and in the best interests of the Settlement Class Members; whether Class Counsel's motion or application for Attorneys' Fees and Expenses and application for the Named Plaintiff Service Awards should be approved; and whether final judgment approving the Settlement and dismissing the Actions on the merits with prejudice against the Named Plaintiffs and

[PROPOSED] ORDER CERTIFYING SETTLEMENT CLASS; GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND APPROVING FORM AND CONTENT OF CLASS NOTICE
CASE NO. 5:18-MD-02827-EJD

1    all other Settlement Class Members should be entered.  The Final Hearing may, without further notice

2    to the Settlement Class Members (except those who have filed timely and valid objections and

3    requested to speak at the Final Hearing), be continued or adjourned by order of the Court.

4         14.    Objections by any Settlement Class Member to (a) the certification of the Settlement

5    Class; (b) the Settlement; and/or (c) the entry of the Final Approval Order and Final Judgment, shall

6    be considered by the Court at the Final Hearing only if such Settlement Class Member files with the

7    Court a notice of his or her objections, submits documentary proof that he or she is a Settlement Class

8    Member, states the basis for such objections, and serves copies of the foregoing and any other papers

9    in support of such objections on Defense Counsel and Class Counsel, as provided in paragraph 11.

10        15.    By _____, 202__ *[not less than sixty-five (65) days from the date*

11   *specified in paragraph 13 above]*, Class Counsel shall file all papers in support of the application for

12   the Final Approval Order and Final Judgment, any Motion for Attorneys' Fees and/or Expenses and/or

13   for Named Plaintiff Service Awards, and/or any response to any valid and timely objections with the

14   Court, and shall serve copies of such papers upon Defense Counsel and upon any objectors who have

15   complied with paragraphs 11 and 14 of this Order.  All opposition papers shall be filed by

16   _____, 202__ *[not less than thirty-five (35) days from when Class Counsel file their*

17   *Motion for Attorneys' Fees and/or Expenses]*, and any reply papers shall be filed by

18   _____, 202__.

19        16.    Objections by any Settlement Class Member to Class Counsel's request for Attorneys'

20   Fees and/or Expenses shall be considered by the Court at the Final Hearing only if such Settlement

21   Class Member files with the Court a notice of his or her objections, submits documentary proof that he

22   or she is a Settlement Class Member, states the basis for such objections, and serves copies of the

23   foregoing and any other papers in support of such objections on Defense Counsel and Class Counsel,

24   as provided in paragraph 11, by _____, 202__ *[not less than thirty-five (35) days from*

25   *when Class Counsel file their Motion for Attorneys' Fees and/or Expenses, as specified in paragraph*

26   *15 above]*.

27        17.    Class Counsel's motion or application for an award of Attorneys' Fees and Expenses,

28   and costs and for the Named Plaintiff Service Awards will be considered separately from the fairness,

6

reasonableness, and adequacy of the Settlement.  Any appeal from any order relating solely to Class Counsel's Motion for Attorneys' Fees and/or Expenses, and/or for Named Plaintiff Service Awards, or any reversal or modification of any such order, shall not operate to terminate, vacate, or cancel the Settlement.

18.     Defense Counsel and Class Counsel are hereby authorized to utilize all reasonable procedures in connection with the administration of the Settlement which are not materially inconsistent with either this Order or the Settlement Agreement.

IT IS SO ORDERED.

Dated: _____, 2020                 _____
                                                Hon. Edward J. Davila
                                                United States District Court

[PROPOSED] ORDER CERTIFYING SETTLEMENT CLASS; GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; AND APPROVING FORM AND CONTENT OF CLASS NOTICE
CASE NO. 5:18-MD-02827-EJD