JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
ANYA THEPOT (SBN 318430)
athepot@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Facsimile: 650.697.0577

LAURENCE D. KING (SBN 206243)
lking@kaplanfox.com
MARIO M. CHOI (SBN 243409)
mchoi@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415.772.4700
Facsimile: 415.772.4707

FREDERIC S. FOX (*pro hac vice*)
ffox@kaplanfox.com
DONALD R. HALL (*pro hac vice*)
dhall@kaplanfox.com
DAVID A. STRAITE (*pro hac vice*)
dstraite@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone: 212.687.1980
Facsimile: 212.687.7714

*Interim Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:18-md-02827-EJD<br><br>**JOINT DECLARATION OF JOSEPH W. COTCHETT AND LAURENCE D. KING IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor<br>Date: April 3, 2020<br>Time: 1:30 p.m. |

We, Joseph W. Cotchett and Laurence D. King, declare and state as follows:

1. I, Joseph W. Cotchett, am a member of the bar of the State of California and a partner at the law firm of Cotchett, Pitre & McCarthy LLP.

2. I, Laurence D. King, am a member of the bar of the State of California and a partner at the law firm of Kaplan Fox & Kilsheimer LLP.

3. We are interim co-lead counsel for the Named Plaintiffs.[1] We have personal knowledge of the facts stated below and with the proceedings in this case. If called as witnesses, we would and could competently testify thereto to all facts within our personal knowledge.

4. We respectfully submit this joint declaration in support of Named Plaintiffs' Motion for Preliminary Approval of the Stipulation of Settlement, dated February 28, 2020, in the above-captioned action, and the entry of the [Proposed] Order Certifying Settlement Class; Granting Preliminarily Approval of Class Action Settlement; and Approving Form and Content of Class Notice, attached as Exhibit D to the Stipulation of Settlement.

5. Attached hereto as Exhibit 1 is a true and correct copy of the firm résumé of Kaplan Fox & Kilsheimer LLP.

6. Attached hereto as Exhibit 2 is a true and correct copy of the firm résumé of Cotchett, Pitre & McCarthy LLP.

7. Class Counsel intends to seek attorneys fees not to exceed 30% of the Minimum Class Settlement Amount, or $93 million. As of January 31, 2020, the approximate lodestar for co-lead counsel and members of the Executive and Steering Committees is $29,426,005, having devoted approximately 56,553 hours to litigating this Action. These amounts include all vetted time from the date of appointment through November 30, 2019, the latest quarterly reporting period. These figures do not include time spent since December 1, 2019, certain pre-appointment time deemed compensable by the Court, or time spent by counsel in the JCCP Action.

8. Class Counsel will also seek reimbursement for expenses not to exceed $2 million. Such expenses were necessarily incurred in this Action and are routinely charged to clients billed by the hour. Such expenses include, among other things, court fees, service of process, consultant

---

[1] All capitalized words are defined in the Stipulation of Settlement unless otherwise noted.

1  fees, mediation costs, online legal and factual research, travel costs, reproduction costs, database
2  costs, and messenger, courier, and overnight mail expenses.  These expenses do not include any
3  costs spent by counsel in the JCCP Action.

4      We declare under penalty of perjury that the foregoing is true and correct.

5      Executed on February 28, 2020.

6  In Oakland, California.      In Burlingame, California.

7  *s/ Laurence D. King*      s/ *Joseph W. Cotchett*
    Laurence D. King      Joseph W. Cotchett

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of February 2020, at Oakland, California.

*/s/ Laurence D. King*
Laurence D. King