# **EXHIBIT A**

*In re Apple Inc. Device Performance Litig.*

**Claim Form and Instructions (Online and Print Formats)**

**INSTRUCTIONS**

Please read these instructions carefully then select either the Electronic Claim Form or Printed Claim Form option at the bottom of the page. If you need assistance completing a Claim Form, you may send an email to [e-mail address for Claims Administrator] or visit [link to FAQ page]. Refer back to [link to full notice] for more information about the Settlement.

**Deadline and Submission Method.** Claim Forms must be either:

(1) submitted online by [date]; or

(2) printed and received by the Claims Administrator via U.S. mail by [date].

**Eligibility.** The Settlement will provide a cash payment if you are the owner of an eligible device and experienced diminished performance when running a certain version of iOS prior to December 21, 2017. See below for details.

Eligible devices and iOS versions:

- iPhone 6, 6 Plus, 6s, 6s Plus, or SE device running iOS 10.2.1 or later
- iPhone 7 and 7 Plus running iOS 11.2 or later

You are limited to one cash payment per device. If you are the owner of more than one eligible device, you must fill out a separate Claim Form for each device.

Unless you request exclusion from the class as explained in the Class Notice, you will be bound by the Settlement Agreement and Release and the Final Judgment even if you do not submit the Claim Form.

You must fill out and submit a complete and accurate Claim Form by any of the above submission methods by [date]. If your Claim Form is incomplete, contains false information, or is not submitted by the deadline, your claim will be rejected and you will waive all rights to receive a payment under this Settlement. The Claims Administrator may contact you to request more information to verify your claim. The information you provide will be treated as confidential and used for the purpose of this Settlement only.

Please select one of the Claim Form methods below to begin the Claim Form process.

[ Continue to Electronic Claim Form ]

[ Continue to Printed Claim Form ]

**ELECTRONIC CLAIM FORM**

In this electronic Claim Form, you must fill out and submit a complete and accurate Claim Form below by [date]. If your Claim Form is incomplete, contains false information, or is not submitted by the deadline, your claim will be rejected and you will waive all rights to receive a payment under this Settlement. The information you provide will be treated as confidential and used for the purpose of this Settlement only. Any payment provided in response to your claim will be issued to the email address you provide on this Claim Form, unless you elect to have payment mailed to the mailing address on this Claim Form. If you prefer to submit a Printed Claim Form, follow this [link].

Step 1—INFORMATION REQUIRED FOR ALL CLAIMANTS

| First Name | Last Name |
| Mailing Address 1 | Mailing Address 2 |
| City | State | Zip Code |
| Email Address | |

iPhone Serial Number: ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

[You can find your serial number on your iPhone in Settings > General > About. If you no longer have your iPhone, you can check the barcode on your device's original packaging or refer to the original receipt or invoice.]

Please indicate your preferred method of payment. (Please select only one option from the drop-down menu.)

- **Digital Check**. If I have submitted a valid claim, please send me a digital check at the email address above. I understand that I will be contacted at this email address with instructions for receiving the digital check, for which you will need to provide your routing and bank account number.

- **Mailed Check**. If I have submitted a valid claim, please send me a check at my mailing address above.

Step 2—DEVICE AND iOS VERSION (Please select only one option from the drop-down menu.)

- I am the owner of an iPhone 6, 6 Plus, 6s, 6s Plus, or SE device that ran iOS 10.2.1 or later prior to December 21, 2017;

- I am the owner of an iPhone 7 or 7 Plus device that ran iOS 11.2 or later prior to December 21, 2017.

Step 3—DECLARATION UNDER PENALTY OF PERJURY, SIGNATURE, & DATE

☐ I experienced diminished performance on my iPhone 6, 6 Plus, 6s, 6s Plus, or SE device when running iOS 10.2.1 or later before December 21, 2017 OR my iPhone 7 or 7 Plus when running iOS 11.2 or later before December 21, 2017.

You must sign this Claim Form by checking the box below and entering today's date.

☐   By checking this box, I declare under penalty of perjury that the information above is true and correct to the best of my knowledge and belief. I understand that my claim is subject to audit, review, and validation using all available information.

| Type Your Name Here to Sign Your Claim Form |
|---|

**To file your claim, be sure to click on the Submit Claim Form button below.**

**REMINDERS**

Your Claim Form must be submitted by [date]. Late or incomplete Claim Forms will be denied.

All information provided on this Claim Form is subject to verification.

After you click Submit Claim Form, you will be able to print and save a copy of this Claim Form for your records.

| Submit Claim Form |
|---|

**PRINTED CLAIM FORM**

In this printed Claim Form, you must fill out and deliver via U.S. mail a complete and accurate Claim Form below by [date].  If your Claim Form is incomplete, contains false information, or is not submitted by the deadline, your claim will be rejected and you will waive all rights to receive a payment under this Settlement.  The information you provide will be treated as confidential and used for the purpose of this Settlement only.  Any payment provided in response to your claim will be issued to the email address you provide on this Claim Form, unless you elect to have payment mailed to the mailing address on this Claim Form.  If you prefer to submit a Claim Form electronically, follow this [link].

Please type or print clearly in blue or black ink.

Step 1—INFORMATION REQUIRED FOR ALL CLAIMANTS

Name (First and Last): _____

Address: _____

City: _____

State: _____

Zip Code: _____

Email Address: _____

iPhone Serial Number: ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

[You can find your serial number on your iPhone in Settings > General > About.  If you no longer have your iPhone, you can check the barcode on your device's original packaging or refer to the original receipt or invoice.]

Please indicate your preferred method of payment.  (Please check only one option.)

☐ **Digital Check**.  If I have submitted a valid claim, please send me a digital check at the email address above.  I understand that I will be contacted at this email address with instructions for receiving the digital check.

☐ **Mailed Check**.  If I have submitted a valid claim, please send me a check at my mailing address above.

Step 2—DEVICE AND iOS VERSION (Please check only one option.)

☐ I am the owner of an iPhone 6, 6 Plus, 6s, 6s Plus, or SE device that ran iOS 10.2.1 or later prior to December 21, 2017.

☐ I am the owner of an iPhone 7 or 7 Plus device that ran iOS 11.2 or later prior to December 21, 2017.

Step 3—DECLARATION UNDER PENALTY OF PERJURY, SIGNATURE, & DATE

☐ I experienced diminished performance on my iPhone 6, 6 Plus, 6s, 6s Plus, or SE device when running iOS 10.2.1 or later before December 21, 2017 OR my iPhone 7 or 7 Plus when running iOS 11.2 or later before December 21, 2017.

I declare under penalty of perjury that the information above is true and correct to the best of my knowledge and belief.   I understand that my claim is subject to audit, review, and validation using all available information.

_____                              _____
SIGNED                                                                                                                          DATED

Please retain a copy of this Claim Form for your records.