# **EXHIBIT G**

# EXHIBIT G

# SETTLEMENT ADMINISTRATOR PROTOCOL

This Settlement Administration Protocol ("Protocol") is a part of the Stipulation of Settlement and shall be used by the Settlement Administrator to review, address, implement, and process those claims submitted pursuant to the Settlement Agreement and otherwise implement the terms of the claim process in the Settlement Agreement. All capitalized terms used in this Protocol shall have the same meaning given in the Settlement Agreement. To the extent there is any conflict between the Settlement Agreement and this Protocol, the Settlement Agreement shall govern.

**1. Settlement Administrator's Role and Duties**

   a. The Settlement Administrator must consent, in writing, to serve and shall abide by the obligations of the Settlement Agreement, this Protocol, and the orders issued by the Court, including the Stipulated Protective Order (Dkt. 224). Consistent with the Settlement Agreement, the Settlement Administrator shall not release the names, email addresses, mailing addresses, or other personal identifying information of Settlement Class Members to Class Counsel, except with the authorization of Apple and/or the authorization of the Court or referee.

   b. The Settlement Administrator shall be reimbursed up to a maximum of Twelve Million, Seven-Hundred-Fifty Thousand U.S. Dollars ($12,750,000.00) toward reasonable costs, fees, and expenses of providing notice to the Settlement Class and administering the Settlement), plus any postage expense incurred after the $12,750,000 cap has been reached. The costs, fees, and expenses associated with providing notice to the Settlement Class and administering the Settlement are estimated to amount to approximately Eight Million Six Hundred Seventy-Five Thousand U.S. Dollars ($8,675,000.00) and shall be the responsibility of the Settlement Administrator.

   c. The costs of the Settlement Administrator shall be paid by Apple pursuant to the Settlement Agreement. Subject to the provisions of the Settlement Agreement, including but not limited to the cap described in paragraph 1(b), Apple shall make periodic reimbursements to the Settlement Administrator before the Effective Date, pursuant to invoices submitted by the Settlement Administrator.

   d. The Settlement Administrator warrants that it knows of no reason why it cannot fairly and impartially administer the claim process set forth in the Settlement Agreement. The Settlement Administrator shall not process the Claim of any member of the Settlement Class if the Settlement Administrator, Apple, Defense Counsel or Class Counsel determines that there is a conflict of interest. In the event that the Settlement Administrator, Apple, Defense Counsel, or Class Counsel learns of a conflict of interest as to a Claim, that party or counsel shall give written notice to the other Parties, who shall resolve any such circumstances by further written agreement. Any unresolved dispute over such conflict of interest shall be submitted to the Court or referee for resolution.

   e. The Settlement Administrator shall keep a clear and careful record of all communications with members of the Settlement Class, all Claims decisions, all costs, fees, and expenses, and all tasks performed in administering the claim process.

   f. The Settlement Administrator shall take all reasonable efforts to administer the Claims efficiently and to avoid unnecessary fees and expenses. As soon as work commences, the Settlement Administrator shall provide a detailed written accounting of all costs, fees, and expenses on a regular basis to Class Counsel and Defense Counsel, and shall

respond promptly to inquiries by Class Counsel and Defense Counsel concerning the administration and notice fees and expenses.

g.  The Parties are entitled to observe and monitor the performance of the Settlement Administrator to assure compliance with the Settlement Agreement and this Protocol. The Settlement Administrator shall promptly respond to all inquiries and requests for information made by Apple, Defense Counsel, or Class Counsel.

**2. Locating, Obtaining, and Submitting Claim Forms**

a.  The Claim Form, which is substantially similar to the form attached as Exhibit A to the Settlement Agreement, shall be available as part of the Class Notice, on the Settlement Website in response to requests through the toll-free voice response unit with message and interactive voice response (IVR), and also through contacting by email or by mail or other similar service the Settlement Administrator. The Claim Form on the Settlement Website and the hard copy Claim Form shall be consistent in all substantive respects.

b.  If the Settlement Class Member does not timely comply and/or is unable to produce documents to substantiate and/or verify the information on the Claim Form and the Claim is otherwise not approved, the Claim may be denied.

c.  Settlement Class Members may submit a Claim to the Settlement Administrator during the Claims Period. As part of the claim process, Settlement Class Members shall be eligible for the relief provided in the Settlement Agreement if the Settlement Class Member completes and timely submits the Claim Form to the Settlement Administrator within the Claims Period, subject to the terms herein and in the Settlement Agreement.

d.  Claims may be submitted to the Settlement Administrator through mail or electronically through a web-based form at the Settlement Website.

e.  The Settlement Administrator shall establish and maintain the Settlement Website, which shall be easily accessible through commonly used Internet Service Providers for the submission of Claims. The Class Notice, Summary Notice, Claim Form, Settlement Agreement and its exhibits, the Consolidated Amended Complaint, the Second Consolidated Amended Complaint, and all Court filings and orders relating to the Settlement (including relating to any requests for attorneys' fees and/or expenses) shall be available on the Settlement Website. The Settlement Website shall be designed to permit Settlement Class Members to readily and easily submit Claims and obtain information about the Settlement Class Members' rights and options under the Settlement Agreement. The Settlement Website shall be maintained continuously until the Effective Date.

f.  The Settlement Administrator also shall establish a toll-free telephone number that will have recorded information answering frequently asked questions about certain terms of the Settlement Agreement, including, but not limited to, the claim process and instructions about how to request a Claim Form, Class Notice, and/or Summary Notice.

**3. Claim Form Review and Processing**

a.  The Settlement Administrator shall begin the claim process so that it is completed within the time period specified in the Settlement Agreement. Settlement Class Members must submit their Claim Forms so that they are received by the Settlement Administrator no later than the end of the Claim Period.

    b. Claim Forms that do not meet the requirements set forth in the Settlement Agreement and in the Claim Form instructions shall be rejected. Where a good faith basis exists, the Settlement Administrator may reject a Settlement Class Member's Claim Form for, among other reasons, the following:

        i. The Claim Form identifies a product that is not covered by the terms of this Settlement;

        ii. Failure to fully complete and/or sign the Claim Form;

        iii. Illegible Claim Form;

        iv. The Claim Form is fraudulent;

        v. The Claim Form is duplicative of another Claim Form;

        vi. The person submitting the Claim Form is not a Settlement Class Member;

        vii. The person submitting the Claim Form requests that payment be made to a person or entity other than the Settlement Class Member for whom the Claim Form is submitted;

        viii. Failure to timely submit a Claim Form; or

        ix. The Claim Form otherwise does not meet the requirements of the Settlement Agreement.

    c. The Settlement Administrator shall determine whether a Claim Form meets the requirements set forth in the Settlement Agreement. Each Claim Form shall be submitted to and reviewed by the Settlement Administrator, who shall determine in accordance with the terms and conditions of the Settlement Agreement the extent, if any, to which each Claim shall be allowed. The Settlement Administrator shall have the authority to determine whether a claim by any Settlement Class Member is complete and timely. The Settlement Administrator shall use all reasonable efforts and means to identify and reject duplicate and/or fraudulent Claims.

    d. The Claim Form will be deemed to have been submitted when it is actually received by the Settlement Administrator.

    e. The Settlement Administrator shall gather, review, prepare, and address the Claim Forms received pursuant to the Settlement Agreement as follows:

        i. Claims that have been properly submitted shall be designated as "Approved Claims." The Settlement Administrator shall examine the Claim Form before designating the claim as an Approved Claim, to determine that the information on the Claim Form is reasonably complete and contains sufficient information to enable the distribution of the settlement payment to the Settlement Class Member.

        ii. No Settlement Class Member may submit more than one Claim per iPhone device. The Settlement Administrator shall determine whether there is any duplication of Claims, if necessary by contacting the Settlement Class Member(s). The Settlement Administrator shall designate any such duplicative Claims as rejected Claims to the extent they allege the same damages or allege damages for the same iPhone device on behalf of the same Settlement Class Member.

   iii. The Settlement Administrator shall exercise, in its discretion, all usual and customary steps to prevent fraud and abuse and take any reasonable steps to prevent fraud and abuse in the claim process. The Settlement Administrator may, in its discretion, deny in whole or in part any claim to prevent actual or possible fraud or abuse.

   iv. By agreement, the Parties can instruct the Settlement Administrator to take whatever steps it deems appropriate to further the purposes of the Settlement Agreement if the Settlement Administrator identifies actual or possible fraud or abuse relating to the submission of Claims, including, but not limited to, denying in whole or in part any Claim to prevent actual or possible fraud or abuse.

 f. The Settlement Administrator shall provide periodic reports to Class Counsel and Defense Counsel regarding the implementation of the Settlement Agreement and this Protocol.

 g. The Settlement Administrator may review timely submitted Claim Forms and approve or contest any of the Claims, including, but not limited to, requesting that the Settlement Class Member submit documentation demonstrating purchase or use of any and all of the relevant iPhone devices, use of the relevant iOS software version, and any other pertinent matter.

 h. If a Claim Form is not contested, that Claim shall be processed for payment by the Settlement Administrator. If a Claim Form is contested, the Settlement Administrator shall promptly notify the Parties and mail a letter (or send an email, if a valid email address is available) that advises the Settlement Class Member of the reason(s) why the Claim Form was contested and request, if applicable, any and all additional information and/or documentation, to validate the claim and have it submitted for payment. The additional information and/or documentation can include, for example, receipts or other documents evidencing purchase or use of the relevant iPhone devices, if not already submitted. The Settlement Class Member shall have ten (10) days from the date of the postmarked letter sent by the Settlement Administrator to respond to the request from the Settlement Administrator and the Settlement Class Member shall be so advised.

   i. In the event the Settlement Class Member timely and adequately provides the requested information and/or documentation, the Claim shall be deemed validated and shall be processed by the Settlement Administrator for payment.

   ii. In the event the Settlement Class Member does not timely and completely provide the requested information and/or documentation, the Settlement Administrator shall reduce or deny the Claim unless Apple and Class Counsel otherwise agree.

 i. The Settlement Administrator's denial of a Claim is final, but the Parties and/or Settlement Class Members may submit any disputed issues to the Court or referee for resolution.

 j. The Settlement Administrator shall provide all information gathered in investigating Claims, including, but not limited to, copies of all correspondence and email and all notes of the Settlement Administrator, the decision reached, and all reasons supporting the decision, if requested by Class Counsel or Defense Counsel. Consistent with the Settlement Agreement, the Settlement Administrator shall redact such materials to ensure that they do not contain names, email addresses, mailing addresses, or other personal identifying information, unless otherwise authorized by Apple and/or the Court or referee.

4. **Claim Calculation and Payment of Valid Claims**

   a. The relief to be provided to eligible Settlement Class Members shall be as set forth in the Settlement Agreement.

   b. As specified in the Settlement Agreement, the Settlement Administrator shall select the timely, valid, and approved claims submitted pursuant to the claim process to be paid, subject to any pro rata adjustments pursuant to the terms and conditions of the Settlement Agreement.

   c. Within ten (10) days after the Effective Date, the Settlement Administrator shall provide to Defense Counsel the information necessary to facilitate transfer of the funds necessary to pay the Approved Claims and Named Plaintiff Service Awards (collectively, the "Settlement Funds"), including a completed W-9 form.

   d. Within fifty (50) days after the Effective Date, Apple shall deliver to the Settlement Administrator sufficient funds to pay the "Settlement Funds." The Settlement Administrator shall administer the Settlement Funds, subject to the continuing jurisdiction of the Court and from the earliest possible date, as a qualified settlement fund as defined in Treasury Regulation § 1.468B-1, *et seq*. Any taxes owed by the Settlement Funds shall be paid by the Settlement Administrator out of the Settlement Funds.

   e. Within thirty (30) days after receiving the Settlement Funds, the Settlement Administrator shall have substantially completed the issuance of the payments to the Settlement Class Members for the Approved Claims (and in the case of Named Plaintiffs, the additional Named Plaintiff Service Awards), which shall be issued through electronic distribution, or in the form of checks that are mailed to the addresses provided on the submitted Claim Forms to those individuals for which electronic distribution is not available. The checks shall have a stale date of ninety (90) days, during which period the check must be cashed.

      i. Within one-hundred twenty (120) days after issuing the payments to the Settlement Class Members for the Approved Claims, the Settlement Administrator shall provide Class Counsel and Defense Counsel with a list of the payments that were not cashed before the expiration date.