# **EXHIBIT I**

Submitted for review
*in camera*