March 10, 2020

District Court of California, San Jose Division
Hon. Judge: Edward J. Davila
280 South First Street
Room# 2112
San Jose, CA 95113

RECEIVED
MAR 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

RE: Case No. 5;18-md-02827-EJD, Apple Inc., Device Performance Litigation

Dear Honorable Judge Davila,

As soon as I heard the news about this case also referred to as:" Batterygate", I contacted a firm in Los Angeles named: Brown, Neri, Smith and Khan, LLP., and requested my name to be added to their list as a plaintiff.

I was informed by their office assistant Donna, that Mr. Nathan Smith, is not accepting anyone at this time to be added to their list of plaintiff(s). Hence, I am contacting you to be added officially as a plaintiff to this case.

I was among those individuals that were economically impacted by Apple Inc., abuse and would like to enter my claim.

Enclosed please find receipt showing payment to replace my iphone6, battery in 2018. Please also note, it took approximately four (4) hours for Apple Inc., store staff to replace the battery.

I would like to be compensated for my time away from work and for the cost of $31.97 Dollars, paid for unnecessary replacement of my iphone battery.

If you can add my name to the list of plaintiffs, it will be appreciated.   Thank you.

Best regards,

Michael Branden
Post Office Box 12472
Marina Del Rey, CA 90295
Tel.: (310) 710-8488

DUPLICATE RECEIPT



**Apple Third Street Promenade**
1415 Third Street Promenade
Santa Monica, CA 90401
thirdstreetpromenade@apple.com
310-633-2670
www.apple.com/retail/thirdstreetpromenade

March 29, 2018  02:55 PM

**Repair ID**                R277672147

**SVC,BATTERY,IPHONE 6 PLUS**                                             $ 29.00
Part Number: 661-04580
Item Warranty Code: OW
No Returns

For Support, Visit: www.apple.com/support

|  |  |
|---|---|
| Sub-Total | $ 29.00 |
| Tax@10.25% | $ 2.97 |
| **Total** | **$ 31.97** |

**Payment Method**

Amount Paid Via  (Chip)                                                    $ 31.97
•••• 7505
15190D

*R05151 10846*

Please debit my account  •••• 7505 by $ 31.97 (Sale)
Card Number: •••• 7505
Application ID: A0000000031010
Terminal ID: xxxx0242
Application PAN Sequence Number: 0
Device Id: DEVICE_ID
Card Type: Credit
TVR: 8000008000
TSI: 6800
No CVM

http://apple.com/legal/sales-support/sales-policies/retail.html