THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
DIANA M. FEINSTEIN, SBN 302626
dfeinstein@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA   90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

*Attorneys for Defendant Apple Inc.*

JOSEPH W. COTCHETT, SBN 36324
jcotchett@cpmlegal.com
MARK C. MOLUMPHY, SBN 168009
mmolumphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA   94010
Telephone:   650.697.6000
Facsimile:   650.697.0577

LAURENCE D. KING, SBN 206243
lking@kaplanfox.com
MARIO M. CHOI, SBN 243409
mchoi@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA   94612
Telephone:   415.772.4700
Facsimile:   415.772.4707

FREDERIC S. FOX, admitted *pro hac vice*
ffox@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone:   212.687.1980
Facsimile:   212.687.7714

*Interim Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS. | CASE NO. 5:18-md-02827-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

**WHEREAS**, on February 28, 2020, Named Plaintiffs filed their Motion for Preliminary Approval of Settlement (the "Motion") [Dkt. 415], which was set for hearing on April 3, 2020;

**WHEREAS**, on March 13, 2020, Defendant Apple Inc. ("Apple") filed a Statement in Support of Motion for Preliminary Approval of Proposed Settlement [Dkt. 417];

**WHEREAS**, there has been no opposition or objection to the Motion filed with the Court;

**WHEREAS,** in light of COVID19, the Northern District of California issued General Orders 72 and 73, which closed the Court to public access and instructed parties that "[a]ll civil matters will be decided on the papers, or if the assigned judge believes a hearing is necessary, the hearing will be by telephone or videoconference";

**WHEREAS**, the Court informed the Parties that it is available to continue the hearing from April 3, 2020 to May 15, 2020 at 10:00 a.m.;

**WHEREAS**, Plaintiffs are amenable to either: (1) submitting the Motion for decision on the papers without the need for a hearing pursuant to Civil L.R. 7-1(b); (2) maintaining the original April 3, 2020 hearing date, or such other date set by the Court, and appearing either by phone or videoconference date pursuant to General Order 72; or (3) moving the hearing on the Motion to May 15, 2020 and appearing in person, by phone or by videoconference, at the preference of the Court;

**WHEREAS**, Apple believes that a hearing is appropriate on the Motion, given Rule 23(e)(2)'s reference to a hearing and the importance of addressing any of the Court's issues before certifying a settlement class and issuing notice, and Apple is available on May 15, 2020 for the hearing;

**THEREFORE IT IS HEREBY AGREED**, between Apple and Plaintiffs that:

The Court, at its discretion, can move the hearing on the Motion to May 15, 2020 at 10:00 a.m.

DATED: March 20, 2020               **COTCHETT, PITRE & McCARTHY LLP**

By: ___/s/ *Joseph W. Cotchett*___
JOSEPH W. COTCHETT, SBN 036324
jcotchett@cpmlegal.com

- 1 -                Case No. 5:18-md-02827-EJD

|   |   |   |
|---|---|---|
| 1 |  | MARK C. MOLUMPHY, SBN 168009 |
| 2 |  | mmolumphy@cpmlegal.com |
|   |  | 840 Malcolm Road, Suite 200 |
| 3 |  | Burlingame, CA   94010 |
|   |  | Telephone:    650.697.6000 |
| 4 |  | Facsimile:     650.697.0577 |

**KAPLAN FOX & KILSHEIMER LLP**
LAURENCE D. KING, SBN 206243
lking@kaplanfox.com
MARIO M. CHOI, SBN 243409
mchoi@kaplanfox.com
1999 Harrison Street, Suite 1560
Oakland, CA   94612
Telephone:    415.772.4700
Facsimile:     415.772.4707

**KAPLAN FOX & KILSHEIMER LLP**
FREDERIC S. FOX, admitted *pro hac vice*
ffox@kaplanfox.com
850 Third Avenue
New York, NY   10022
Telephone:    212.687.1980
Facsimile:     212.687.7714
*Interim Co-Lead Counsel for Plaintiffs*

DATED: March 20, 2020          **GIBSON, DUNN & CRUTCHER LLP**

By:    /s/ *Theodore J. Boutrous, Jr.*
THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
DIANA M. FEINSTEIN, SBN 302626
dfeinstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA   90071
Telephone:    213.229.7000
Facsimile:     213.229.7520

*Attorneys for Defendant Apple Inc.*

**ECF ATTESTATION**

I, Laurence D. King, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

DATED: March 20, 2020             By:      /s/ *Laurence D. King*
                                                Laurence D. King

**[PROPOSED] ORDER**

Pursuant to the Stipulation, it is ORDERED that the hearing on Plaintiffs' Motion for Preliminary Approval of Settlement [Dkt. 415] shall be rescheduled to take place on May 15, 2020 at 10:00 a.m.

IT IS SO ORDERED.

DATED: _____    _____
                                Hon. Edward J. Davila
                                United States District Judge