THEODORE J. BOUTROUS JR., SBN 132099
tboutrous@gibsondunn.com
RICHARD J. DOREN, SBN 124666
rdoren@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
cchorba@gibsondunn.com
DIANA M. FEINSTEIN, SBN 302626
dfeinstein@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA   90071
Telephone:     213.229.7000
Facsimile:      213.229.7520

*Attorneys for Defendant Apple Inc.*

JOSEPH W. COTCHETT, SBN 36324
jcotchett@cpmlegal.com
MARK C. MOLUMPHY, SBN 168009
mmolumphy@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA   94010
Telephone:     650.697.6000
Facsimile:      650.697.0577

LAURENCE D. KING, SBN 206243
lking@kaplanfox.com
MARIO M. CHOI, SBN 243409
mchoi@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA   94612
Telephone:     415.772.4700
Facsimile:      415.772.4707

FREDERIC S. FOX, admitted *pro hac vice*
ffox@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
850 Third Avenue
New York, NY 10022
Telephone:     212.687.1980
Facsimile:      212.687.7714

*Interim Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION**<br><br>This Document Relates to:<br><br>ALL ACTIONS. | CASE NO. 5:18-md-02827-EJD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING HEARING ON MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

1  **WHEREAS**, on February 28, 2020, Named Plaintiffs filed their Motion for Preliminary
2  Approval of Settlement (the "Motion") [Dkt. 415], which was set for hearing on April 3, 2020;
3  **WHEREAS**, on March 13, 2020, Defendant Apple Inc. ("Apple") filed a Statement in
4  Support of Motion for Preliminary Approval of Proposed Settlement [Dkt. 417];
5  **WHEREAS**, there has been no opposition or objection to the Motion filed with the Court;
6  **WHEREAS,** in light of COVID19, the Northern District of California issued General
7  Orders 72 and 73, which closed the Court to public access and instructed parties that "[a]ll civil
8  matters will be decided on the papers, or if the assigned judge believes a hearing is necessary, the
9  hearing will be by telephone or videoconference";
10 **WHEREAS**, the Court informed the Parties that it is available to continue the hearing from
11 April 3, 2020 to May 15, 2020 at 10:00 a.m.;
12 **WHEREAS**, Plaintiffs are amenable to either: (1) submitting the Motion for decision on the
13 papers without the need for a hearing pursuant to Civil L.R. 7-1(b); (2) maintaining the original
14 April 3, 2020 hearing date, or such other date set by the Court, and appearing either by phone or
15 videoconference date pursuant to General Order 72; or (3) moving the hearing on the Motion to
16 May 15, 2020 and appearing in person, by phone or by videoconference, at the preference of the
17 Court;
18 **WHEREAS**, Apple believes that a hearing is appropriate on the Motion, given
19 Rule 23(e)(2)'s reference to a hearing and the importance of addressing any of the Court's issues
20 before certifying a settlement class and issuing notice, and Apple is available on May 15, 2020 for
21 the hearing;
22 **THEREFORE IT IS HEREBY AGREED**, between Apple and Plaintiffs that:
23 The Court, at its discretion, can move the hearing on the Motion to May 15, 2020 at
24 10:00 a.m.

25 DATED: March 20, 2020          **COTCHETT, PITRE & McCARTHY LLP**

26                                By:   /s/ *Joseph W. Cotchett*
27                                JOSEPH W. COTCHETT, SBN 036324
                                   jcotchett@cpmlegal.com
28                                              - 1 -                Case No. 5:18-md-02827-EJD
   STIP. AND [PROPOSED] ORDER RE HEARING ON MOTION FOR PRELIM. APPROVAL OF PROPOSED SETTLEMENT

|   |   |   |
|---|---|---|
| 1 |  | MARK C. MOLUMPHY, SBN 168009 |
| 2 |  | mmolumphy@cpmlegal.com |
|   |  | 840 Malcolm Road, Suite 200 |
| 3 |  | Burlingame, CA   94010 |
|   |  | Telephone:    650.697.6000 |
| 4 |  | Facsimile:    650.697.0577 |
| 5 |  | **KAPLAN FOX & KILSHEIMER LLP** |
|   |  | LAURENCE D. KING, SBN 206243 |
| 6 |  | lking@kaplanfox.com |
|   |  | MARIO M. CHOI, SBN 243409 |
| 7 |  | mchoi@kaplanfox.com |
|   |  | 1999 Harrison Street, Suite 1560 |
| 8 |  | Oakland, CA   94612 |
|   |  | Telephone:    415.772.4700 |
| 9 |  | Facsimile:    415.772.4707 |
| 10 |  | **KAPLAN FOX & KILSHEIMER LLP** |
|   |  | FREDERIC S. FOX, admitted *pro hac vice* |
| 11 |  | ffox@kaplanfox.com |
|   |  | 850 Third Avenue |
| 12 |  | New York, NY   10022 |
|   |  | Telephone:    212.687.1980 |
| 13 |  | Facsimile:    212.687.7714 |
|   |  | *Interim Co-Lead Counsel for Plaintiffs* |

|   |   |   |
|---|---|---|
| 15 | DATED: March 20, 2020 | **GIBSON, DUNN & CRUTCHER LLP** |
| 16 |  | By:   /s/ *Theodore J. Boutrous, Jr.* |
|   |  | THEODORE J. BOUTROUS JR., SBN 132099 |
| 17 |  | tboutrous@gibsondunn.com |
|   |  | RICHARD J. DOREN, SBN 124666 |
| 18 |  | rdoren@gibsondunn.com |
|   |  | CHRISTOPHER CHORBA, SBN 216692 |
| 19 |  | cchorba@gibsondunn.com |
|   |  | DIANA M. FEINSTEIN, SBN 302626 |
| 20 |  | dfeinstein@gibsondunn.com |
|   |  | 333 South Grand Avenue |
| 21 |  | Los Angeles, CA   90071 |
|   |  | Telephone:    213.229.7000 |
| 22 |  | Facsimile:    213.229.7520 |
| 23 |  | *Attorneys for Defendant Apple Inc.* |

**ECF ATTESTATION**

I, Laurence D. King, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

DATED:   March 20, 2020          By:     /s/ *Laurence D. King*
                                                                     Laurence D. King

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation, it is ORDERED that the hearing on Plaintiffs' Motion for Preliminary Approval of Settlement [Dkt. 415] shall be rescheduled to take place on May 15, 2020 at 10:00 a.m.

IT IS SO ORDERED.

DATED:   March 20, 2020          _____
                                                   Hon. Edward J. Davila
                                                   United States District Judge