1  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
2  MARK C. MOLUMPHY (SBN 168009)
   mmolumphy@cpmlegal.com
3  BRIAN DANITZ (SBN 247403)
   bdanitz@cpmlegal.com
4  ANYA THEPOT (SBN 318430)
   athepot@cpmlegal.com
5  **COTCHETT, PITRE & McCARTHY LLP**
   840 Malcolm Road, Suite 200
6  Burlingame, CA 94010
   Telephone: 650.697.6000
7  Facsimile: 650.697.0577

8  LAURENCE D. KING (SBN 206243)
   lking@kaplanfox.com
9  MARIO M. CHOI (SBN 243409)
   mchoi@kaplanfox.com
10 **KAPLAN FOX & KILSHEIMER LLP**
   1999 Harrison Street, Suite 1560
11 Oakland, CA 94612
   Telephone: 415.772.4700
12 Facsimile: 415.772.4707

13 FREDERIC S. FOX (*pro hac vice*)
   ffox@kaplanfox.com
14 DONALD R. HALL (*pro hac vice*)
   dhall@kaplanfox.com
15 DAVID A. STRAITE (*pro hac vice*)
   dstraite@kaplanfox.com
16 **KAPLAN FOX & KILSHEIMER LLP**
   850 Third Avenue
17 New York, NY 10022
   Telephone: 212.687.1980
18 Facsimile: 212.687.7714

19 *Interim Co-Lead Counsel for Plaintiffs*

20            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
21                     **SAN JOSE DIVISION**

| | |
|---|---|
| 22 IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD |
| 23 | **PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT** |
| 24 This Document Relates to: | |
| 25 ALL ACTIONS | Judge: Hon. Edward J. Davila |
| 26 | Courtroom: 4, 5th Floor |
| 27 | Date: May 15, 2020 |
| | Time: 10:00 a.m. |
| 28 | |

Named Plaintiffs[1] respectfully submit this brief reply in further support of their Motion for Preliminary Approval of Settlement, filed February 28, 2020 (the "Motion") [Dkt. 415].

After two years of hard-fought litigation, and the intensive involvement of a highly respected mediator, the Parties reached an agreement to settle the Action. The proposed Settlement—which would resolve the federal and related California state court proceedings—provides for a non-reversionary Minimum Class Settlement Amount of $310 million, with a Maximum Class Settlement Amount of $500 million, in cash, for the benefit of the proposed Settlement Class, comprised of all former or current U.S. iPhone[2] owners.[3] For release of their claims, Settlement Class Members will receive $25.00 for each iPhone owned, which amount may increase or decrease depending on the number and aggregate value of Approved Claims, notice expenses, and amounts of any Attorneys' Fees and Expenses or Named Plaintiff Service Awards. On February 28, Named Plaintiffs moved for preliminary approval of the proposed Settlement. The proposed Settlement has been widely reported in the media.[4] To date, there has been no opposition to the Motion. Therefore, Named Plaintiffs respectfully submit that the Court should preliminarily approve the proposed Settlement.

Defendant Apple Inc. supports preliminary approval. *See* Def. Apple Inc.'s Stmt. in Support of Mot. for Prelim. App. of Proposed Settlement, filed March 13, 2020 [Dkt. 417], at 3. The Parties agree that the proposed Settlement provides substantial monetary compensation to Settlement Class Members and is otherwise fair, reasonable and adequate. Indeed, the proposed Settlement "was the product of extensive, arms-length negotiations facilitated by an experienced mediator over several

---

[1] All capitalized words are defined in the Stipulation of Settlement, dated February 28, 2020 ("Stipulation" or "Settlement") [Dkt. 416], unless otherwise noted.

[2] "iPhone" means Apple iPhone 6, 6 Plus, 7, 7 Plus, and SE devices. Stip. § 1.16.

[3] The Settlement also encompasses the California JCCP Action, captioned *In re Apple OS Cases*, JCCP No. 4976 (Cal. Super. Ct., S.F. Cty.). There will not be a classwide settlement for non-U.S. Named Plaintiffs, who will be releasing their individual claims only. Because non-U.S. iPhone owners' claims will not be released, they may pursue their own claims outside the Settlement.

[4] In addition, Class Counsel have received inquiries from numerous putative Settlement Class Members regarding the proposed Settlement, including Michael Branden, who wrote directly to the Court [Dkt 418]. Class Counsel are responding to Mr. Branden and all other putative Settlement Class Members who have contacted counsel.

months and mediation sessions." *Id.* For these reasons, preliminary approval and the dissemination of notice of the proposed Settlement are warranted.

As set forth in their opening brief, Class Counsel intend to seek no more than 30% of the Minimum Class Settlement Amount, plus out-of-pocket expenses.[5] To update the Court, as of February 29, 2020, Class Counsel and Court-appointed committee members have devoted approximately 58,000 hours to litigating this Action since appointment, for a lodestar of approximately $30.78 million.[6] *See* Jt. Reply Decl. of Joseph W. Cotchett and Laurence D. King in Further Support of Mot. for Prelim. App. of Proposed Settlement, dated Mar. 20, 2020, ¶ 4. As of February 29, 2020, JCCP Counsel in the JCCP Action have devoted approximately 11,540 hours to litigating the JCCP Action, for a lodestar of $4.95 million. *Id.* ¶ 5.[7]

For the reasons stated herein and in their Motion, Named Plaintiffs respectfully request that the Court grant preliminary approval of the Settlement, approve the form and dissemination of notice, and schedule the Final Hearing.

Respectfully submitted,

DATED: March 20, 2020   **KAPLAN FOX & KILSHEIMER LLP**

By:  /s/ *Laurence D. King*
          Laurence D. King

Laurence D. King (SBN 206423)
Mario M. Choi (SBN 243409)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Facsimile:   415-772-4707

---

[5] There was a discrepancy in Named Plaintiffs' Motion papers regarding the maximum amount of out-of-pocket expenses for which Class Counsel would seek recovery. Named Plaintiffs' Memorandum of Points and Authorities in Support of the Motion indicated that the maximum amount of expenses was $1.5 million. *Id.* at 3, 20. However, the Joint Declaration of Joseph W. Cotchett and Laurence D. King in Support of the Motion, filed therewith [Dkt. 415-2], set the maximum amount at $2 million, *id.* at ¶ 8, which is the correct amount that will be indicated in the Class Notice.

[6] The time and lodestar excludes any time for work related to the Motion for Sanctions pursuant to the Court's June 14, 2019 Order re Motion for Sanctions [Dkt. 350].

[7] As is typical, Class Counsel anticipate incurring additional time as they, among other things, respond to inquiries by Settlement Class Members, draft the Motion for Final Approval of Settlement and the motion for attorneys' fees, costs, and for incentive awards, reply to any responses to the two motions, prepare for and attend the Final Hearing, and respond to any potential appeals.

|   |   |   |
|---|---|---|
| 1 |   | lking@kaplanfox.com<br>mchoi@kaplanfox.com |
| 2 |   | **KAPLAN FOX & KILSHEIMER LLP**<br>Frederic S. Fox (*pro hac vice*)<br>Donald R. Hall (*pro hac vice*)<br>David A. Straite (*pro hac vice*)<br>850 Third Avenue<br>New York, NY 10022<br>Telephone:  212-687-1980<br>Facsimile:  212-687-7714<br>*ffox@kaplanfox.com*<br>*dhall@kaplanfox.com*<br>*dstraite@kaplanfox.com* |
| 8 | DATED:  March 20, 2020 | **COTCHETT, PITRE & MCCARTHY LLP**<br><br>By:  /s/ *Joseph W. Cotchett*<br>         Joseph W. Cotchett<br><br>Joseph W. Cotchett (SBN 36324)<br>Mark C. Molumphy (SBN 168009)<br>Brian Danitz (SBN 247403)<br>Tyson Redenbarger (SBN 294424)<br>Anya Thepot (SBN 318430)<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: 650-697-6000<br>Facsimile: 650-697-05777<br>*jcotchett@cpmlegal.com*<br>*mmolumphy@cpmlegal.com*<br>*bdanitz@cpmlegal.com*<br>*tredenbarger@cpmlegal.com*<br>*athepot@cpmlegal.com*<br><br>*Interim Co-Lead Counsel for Plaintiffs* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of March 2020, at Oakland, California.

/s/ *Laurence D. King*
Laurence D. King