Kassra P. Nassiri (215405)
kass@njfirm.com
NASSIRI & JUNG LLP
1700 Montgomery Street, Suite 207
San Francisco, CA 94111
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorney for Interested Party
Spectrum Settlement Recovery, LLC

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION** | Case No. 5:18-MD-02827-EJD<br><br>**NOTICE OF APPEARANCE OF KASSRA P. NASSIRI** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Kassra P. Nassiri of the law firm Nassiri & Jung LLP, who is a member of the bar of this Court, hereby enters his appearance in this action on behalf of Interested Party Spectrum Settlement Recovery, LLC. Mr. Nassiri's information is as follows:

> Kassra P. Nassiri (215405)
> NASSIRI & JUNG LLP
> 1700 Montgomery Street, Suite 207
> San Francisco, CA 94111
> Telephone: (415) 762-3100
> Facsimile: (415) 534-3200
> Email: kass@njfirm.com

DATED: April 10, 2020                NASSIRI & JUNG LLP

By: /s/ *Kassra P. Nassiri*
    Kassra P. Nassiri

*Attorney for Interested Party*
*Spectrum Settlement Recovery, LLC*