**Kenneth C. Johnston**
kjohnston@johnstonpratt.com
**Robert W. Gifford**
rgifford@johnstonpratt.com
JOHNSTON CLEM GIFFORD PLLC
1717 Main Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 974-8000
Facsimile: (972) 474-1750

*Plaintiffs' Executive Committee*
*Counsel for Plaintiffs Jennifer Bond, David Haury,*
*Alberto R. Marzana, John Rufty, III,*
*Ryan Young, Elisa Gaudio, Alfred LaNasa,*
*Neil McInnis, J. Scott Archer, Mark Miller,*
*Chris Spearman, Craig Stanford, and*
*Corporación Nacional De Consumirdores Y Usuarios De Chile*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **IN RE: APPLE, INC. DEVICE PERFORMANCE LITIGATION** | Case No. 5:18-md-02827-EJD<br><br>**ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to this Court's standing order for civil cases, the undersigned counsel, Kenneth C. Johnston, a Court-appointed member of the Plaintiffs' Executive Committee (Dkt. No. 99 at 4-5), and Robert W. Gifford, attorneys of record for Plaintiffs Jennifer Bond, David Haury, Alberto R. Marzana, John Rufty, III, Ryan Young, Elisa Gaudio, Alfred LaNasa, Neil McInnis, J. Scott Archer, Mark Miller, Chris Spearman, Craig Stanford, and Corporación Nacional De Consumirdores Y Usuarios De Chile, respectively request permission to appear telephonically at the preliminary hearing on the Named Plaintiffs' Motion for Preliminary Approval of Settlement [Dkt. 415] and Defendant

Apple, Inc.'s Statement in Support of Motion for Preliminary Approval of Proposed Settlement [DKt. 417] scheduled for preliminary hearing on Friday, May 15, 2020, at 10:00 a.m. (PST).

Good cause exists for granting this request. The Court has invited counsel to attend status conferences in this matter, recognizing that compensation for that time depends on preauthorization by Co-Lead Counsel. [Dkt. 148 at 4]. The undersigned wish to remain appraised of the developments at the preliminary hearing which may bear relevant to the work of Plaintiffs' Executive Committee and all Plaintiffs' counsel.

Accordingly, the undersigned respectfully request permission to appear telephonically at the May 15 preliminary hearing regarding the proposed settlement. A proposed order follows.

Dated this 12th day of May, 2020.

Respectfully submitted,

**JOHNSTON CLEM GIFFORD PLLC**

By: s/ Kenneth C. Johnston
    **Kenneth C. Johnston**
    Texas Bar No. 00792608
    kjohnston@johnstonclem.com
    *Admitted Pro Hac Vice*

    **Robert W. Gifford**
    Texas Bar No. 24093543
    rgifford@johnstonrpatt.com
    *Admitted Pro Hac Vice*

1717 Main Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 974-8000
Facsimile: (972) 474-1750

*Plaintiffs Executive Committee*
*Counsel for Plaintiffs Jennifer Bond, David Haury, Alberto R. Marzana, John Rufty, III, Ryan Young, Elisa Gaudio, Alfred LaNasa, Neil McInnis, J. Scott Archer, Mark Miller, Chris Spearman, Craig Stanford, and Corporación Nacional De Consumirdores Y Usuarios De Chile*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: APPLE, INC. DEVICE PERFORMANCE LITIGATION** | Case No. 5:18-md-02827-EJD<br><br>**ADMINISTRATIVE REQUEST TO APPEAR TELEPHONICALLY AND [PROPOSED] ORDER** |

## ORDER

For good cause shown, Kenneth C. Johnston's and Robert W. Gifford's administrative request to appear telephonically at the preliminary hearing regarding the proposed settlement on May 15, 2020 is GRANTED. The applicant counsel should contact Court-Call and make arrangements to participate by telephone.

IT IS SO ORDERED.

Dated: May ___, 2020.

HONORABLE EDWARD J. DAVILA