UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | MDL No. 5:18-md-02827 |
|---|---|
| | Hon. Edward J. Davila |
| | This Document Relates To: ALL CASES |

NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that pursuant to Rule 3-11(a) of the Local Civil Rules, Melissa R. Emert, Co-Counsel for said plaintiffs, Benjamin Lazarus, Stephen Margolis, Sandy Brodksy, Lauren Weintraub, Amy Brown, Jessica Greenshner, Matthew Shaske, Annamarie Vinacco and Dale Johnson, hereby requests to change her contact information as counsel of record as follows and respectfully requests service upon her of all future pleadings, papers, correspondence, and electronic filings in this action at:

    Melissa R. Emert
    Kantrowitz, Goldhamer & Graifman, P.C.
    747 Chestnut Ridge Road, Suite 200
    Chestnut Ridge, NY 10977
    Telephone: 845-356-2570, Ext. 202
    Fax: 845-356-4335
    memert@kgglaw.com

Date: June 23, 2020

    Respectfully submitted,

    /s/ Melissa R. Emert
    Melissa R. Emert
    Kantrowitz, Goldhamer & Graifman, P.C.
    747 Chestnut Ridge Road, Suite 200
    Chestnut Ridge, NY 10977
    Telephone: 845-356-2570, Ext. 202
    Fax: 845-356-4335
    memert@kgglaw.com