Daniel Bleakas
26574 Palmer Blvd.
Madison Heights, MI 48071
(313) 600-0776

July 7, 2020

Re: In re Apple Inc. Device Performance Litigation, Case No. 18-MD-2827-EJD
Objection (Partial)

RECEIVED
JUL 13 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

May It Please the Court,

I swear that I was an owner of an iPhone SE running the mentioned operating system and experienced phone performance issues. I had the phone linked and used by my iPhone account for two to three years. Apple should have this usage data that attests that I owned and used it for a good amount of time. I do not have the phone anymore nor the invoice nor the box but had to upgrade to an XR. There should be redress for the fair and effected such as myself, given that Apple can probably prove this using →

their own, databases. I therefore object to the sole ams. of proof of evidence, especially as I was forced to upgrade.

Signed,
Daniel Bleaken