July 9th, 2020

Erik W. Summers
1104 Hoke Lane
Fredericksburg, VA 22401
(757) 705-3825

RECEIVED
JUL 14 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Clerk of the Court
United States District Court Northern District of California San Jose Division
280 South 1st Street
San Jose, CA 95113

RE: Apple Inc. Device Performance Litigation, Case No. 18-MD-2827-EJD

Dear Clerk of the Court:

My previously owned Apple iPhone 7's serial number is 356563088188104. Therefore, I am writing to you as a member of the 'Apple Inc. Device Performance Litigation, Case No. 18-MD-2827-EJD' class action lawsuit. I have attached a copy of my invoice from AT&T regarding said device, which dates back to September 21st, 2017.

I believe this alleged instance of infringement on customer rights holds a greater value than the 310M-500M USD settlement Apple has agreed on. These actions exemplify the amplitude of leverage that massive corporations hold over the heads of average American citizens. If there is the opportunity to conduct a deeper investigation of the possible technological tampering/throttling of various Apple iPhone products, then I ask that our court systems do their best for the interest of all American consumers and further investigate this case against Apple.

Apple should not be able to settle this case after knowingly altering the lifespan of our mobile phones thus causing the need to shell out hundreds to thousands of dollars more a year. Mobile phones cost more than most laptop/desktop computers these days so this is no simple matter. If found to be true, these deceitful actions of Apple constitute tens of millions of counts of fraud and have forced endless consumers to upgrade their devices when they did not require it. It can be assumed that due to these actions, stocks have been inflated, unrequired units have been sold, people have gone through unnecessary financial burdens, and the American population has been ultimately wronged. I do not believe that a payout of ~25 USD would constitute a victory for the American Consumer; Apple must be held accountable at a price deeper than money.

Please function as an advocate of justice and seek further investigation in this case against Apple. If so, then I believe you will be re-instilling a great deal of faith and pride in our Judicial System. We all know our Country has been facing trying times and skepticism is everywhere. If yet another massive corporation gets away with these twisted games, then it will be just another "tick" in the "loss column" for us American Citizens. I speak for the entire population of the United States when I say, please represent us and show that our faith and financial wellbeing is still highly valued.

Thank you in advance for your time and consideration.

Respectfully,

Erik W. Summers

From: **ATTOrderStatus@ordertrack.wireless.att-mail.com**
Subject: **Your invoice order receipt**
Date: **Jul 9, 2020 at 12:26:18 PM**
To: **eriksummers@yahoo.com**

## Copy of your invoice

Dear Erik Summers,

Thank you for your order 56-827000001333398; below is the invoice you requested.

**Invoice number:** 501276264
**Tender Type:** MC
**Invoice Date:** 09/22/2017
**Card Number:** xxxx-xxxx-xxxx- 1033
**Order Date:** 09/21/2017

---

**Wireless number:**
**SKU:** 88869
**Quantity:** 1
**Description:** VAR FREIGHT
**Serial number:** NA
**Price:** $0.00
**Down payment:** $0.00
**Amount financed:** $0.00
**Total Taxes/Surcharge:** $0.00
   **Sales Tax:** $0.00
**Total Cost:** $0.00
**Return date:** NA
**Return days:** NA

---

**Wireless number:** 757.705.3825
**SKU:** 73023
**Quantity:** 1
**Description:** Various SIM
**Serial number:** 89014104270279762115
**Price:** $0.00
**Down payment:** $0.00
**Amount financed:** $0.00
**Total Taxes/Surcharge:** $0.00
   **Sales Tax:** $0.00
**Total Cost:** $0.00
**Return date:** NA
**Return days:** NA

Wireless number: 757.705.3825
SKU: 6157B
Quantity: 1
Description: Apple IPHONE 7 32GB JBK PHONE
Serial number: 356563088188104
Price: $0.00
Down payment: $0.00
Amount financed: $549.99
Total Taxes/Surcharge: $39.87
    Sales Tax: $39.87
Total Cost: $39.87
Return date: NA
Return days: NA

If we can be of further assistance please call us at 800.331.0500.

We appreciate and value your business.

AT&T

E. Summers
1104 Hoke Lane
Fredericksburg, VA 22401

RICHMOND VA 230
11 JUL 2020 PM 4 L

Clerk of the Court
U.S. District Court - Northern Dist. of CA, San Jose Div.
280 South 1st Street
San Jose, CA 95113

95113-30565

RECEIVED
JUL 14 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE