# In re Apple Inc. Device Performance Litigation

Case No. 18-MD-2827-EJD
United States District Court for the Northern District of California

MENU



## Submit Claim

**We have located the Serial Number in the database. Please follow the instructions below to complete and submit your Claim Form.**

The Settlement will provide a cash payment if you are the owner of an eligible device and experienced diminished performance when running a certain version of iOS prior to December 21, 2017.

Eligible devices and iOS versions:

- iPhone 6, 6 Plus, 6s, 6s Plus, or SE device running iOS 10.2.1 or later
- iPhone 7 and 7 Plus running iOS 11.2 or later

You are limited to one cash payment per device. If you are the owner of more than one eligible device, you must fill out a separate Claim Form for each device.

Unless you request exclusion from the class as explained in the Class Notice, you will be bound by the Settlement Agreement and Release and the Final Judgment even if you do not submit a Claim Form.

In this electronic Claim Form, you must fill out and submit a complete and accurate Claim Form by no later than **October 6, 2020**. If your Claim Form is incomplete, contains false information, or is not submitted by the deadline, your claim will be rejected and you will waive all rights to receive a payment under this Settlement. The Claims Administrator may contact you to request more information to verify your claim. The information you provide will be treated as confidential and used for the purpose of this Settlement only. Any payment provided in response to your claim will be issued through the bank account information you provide on this Claim Form, unless you elect to have payment mailed to the mailing address on this Claim Form. If you prefer to submit a Printed Claim Form, please click here.

If you need assistance completing a Claim Form, you may send an email to Questions@SmartphonePerformanceSettlement.com for assistance from the Claims Administrator or review the FAQs by clicking here. You may also refer back to the Class Notice by clicking here for more information about the Settlement.

**NOTE: If your claim is determined to be eligible to receive a Settlement distribution payment and you would like to receive that payment electronically by ACH, you must have your Routing and Bank Account Number available when completing this Claim Form. Please be sure you have this information ready before proceeding.**

### STEP 1 — INFORMATION REQUIRED FOR ALL CLAIMANTS

ED
First Name *

MELTON
Last Name *

10507 CHENNY CT.

Street Address *

Street Address 2

LOUISVILLE

City *

KENTUCKY

State *

40299

Zip Code *

Apple ID *

EDMELTON@AOL.COM

Contact Email Address *

You may be contacted at the Email Address you provide here

EDMELTON@AOL.COM

Confirm Contact Email Address *

C6KRH*****

iPhone Serial Number *

Please indicate your preferred method of payment:

○ **Digital Payment**. If I have submitted a valid claim, please send me a digital payment through my Routing Number and Bank Account Number. (If you select this method, a separate screen will direct you to input your Routing Number and Bank Account Number.)

◉ **Mailed Check**. If I have submitted a valid claim, please send me a check at my mailing address above.

## STEP 2 — DEVICE AND IOS VERSION

Please indicate your Device and iOS Version:

◉ I am the owner of an iPhone 6, 6 Plus, 6s, 6s Plus, or SE device that ran iOS 10.2.1 or later prior to December 21, 2017;

○ I am the owner of an iPhone 7 or 7 Plus device that ran iOS 11.2 or later prior to December 21, 2017.

## STEP 3 — DECLARATION UNDER PENALTY OF PERJURY, SIGNATURE & DATE

☑ I experienced diminished performance on my iPhone 6, 6 Plus, 6s, 6s Plus, or SE device when running iOS 10.2.1 or later before December 21, 2017 OR my iPhone 7 or 7 Plus when running iOS 11.2 or later before December 21, 2017.

☑ By checking this box, I declare under penalty of perjury that the information above is true and correct to the best of my knowledge and belief. I understand that my claim is subject to audit, review, and validation using all available information.


_____

Signature *

07/13/2020

Date

REMINDERS

Your Claim Form must be submitted by **October 6, 2020**. Late or incomplete Claim Forms will be denied. All information provided on this Claim Form is subject to verification.

After you click Submit Claim Form, you will be able to print and save a copy of this Claim Form for your records.

Copyright © 2020 Angeion Group, LLC    Privacy Policy

Administered By:



ANGEION GROUP
Changing the Rules

Privacy - Terms

Case # 18-MD-2827-EJD 5:18-13-305959

U.S. District Court Clerk
San Jose Division
280 S. 1st St., 2nd Fl.
San Jose, CA, 95113

RECEIVED
JUL 17 2020
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOUISVILLE KY 400
14 JUL 2020 PM 1 L

Ed Melton
10507 Chenny Ct.
Louisville, KY 40299