Mark G. Wilson
3 Meadow Creek Ct.
Portola Valley, CA 94028

July 14, 2020

Clerk of the Court
United States District Court Northern District of California San Jose Division
280 South 1st Street
San Jose, CA 95113

Re: Objection to Settlement of:

In re Apple Inc. Device Performance Litigation - Case No. 18-MD-2827-EJD

United States District Court for the Northern District of California

Dear Clerk of the Court:

I am an owner of an iPhone 6s plus Serial No. C39RT0S2GRWX purchased on August 14, 2016 from the Apple Store in the Stanford Shopping Center (see attached receipt). While I believe that I am a member of the eligible class, the database search engine provided did not confirm this. I cannot imagine why my phone is not eligible. Assuming it is eligible, I object to the settlement for several reasons:

1. Untenable burden upon the eligible class - The settlement requires that members of the class swear under penalty of perjury that their phone had performance issues -- an impossible burden for all but the most knowledgeable of eligible members of the class and contrary to the claims of the defendant that there were no such issues with these iPhones. How could any member without test data on their particular phone have any standard with which to judge their iPhone's performance. Moreover, as part of the settlement the parties have agreed that Apple is only settling the claim to avoid further litigation and not because it admits any liability -- presumably based in part because the iPhones in question performed up to its standards. Almost no eligible member would be well advised to swear to their phone's performance under penalty of perjury or on any other good faith basis.

2. Excessive Attorneys' fees - As pointed out above, the representation of the attorney's was inadequate because of the above described burden on otherwise eligible members of the class. According to the memorandum the attorneys' fees requested are $30.78 million for 58,000 hours of work ($530 per hour) by one counsel and $4.95 million for 11,540 hours of work (429 per hour). These hourly rates might be justifiable if the settlement agreement only required members to have proof of the purchase of the iPhones described prior to December 2017. To also require that the members swear under penalty of perjury to the particular version of t**RECEIVED**

JUL 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Mark G. Wilson - Objection to                                                         2
Settlement

performance issues with their own iPhone for a $25 payment is farcical. Either this is a totally meritless lawsuit which the members are being enticed to sign off on so that the attorneys can get paid top dollar or it is a suit with merit for which the eligible members deserve a much larger payment.

The court should reject this proposed settlement agreement and encourage the parties to amend the eligibility requirement so that a member need only provide proof of purchase of one of the named iPhones prior to December 21, 2017 or otherwise be in the database that presumably was furnished by Apple in discovery (but which is inadequate since my iPhone purchase of an iPhone 6s Plus was erroneously left out of the database).

Respectfully Submitted the date stated above,


Mark G. Wilson

P.S. The notice suggests that it is necessary to serve this letter upon the various counsel in the case. The cost of such a requirement would of course exceed the amount of the potential settlement. Another example of the absurdity of this proceeding and its result.

From: stanfordshoppingcenter@apple.com
Subject: Your receipt from Apple Store, Stanford
Date: August 1, 2016 at 3:24 PM
To: markw1231pv@mac.com
Cc: stanfordshoppingcenter@apple.com

Thank you for shopping at the Apple Store.

To tell us about your experience, click here.



emailreceipt_20
160801...45.pdf



**Apple Store, Stanford**
379 Stanford Shopping Center
Palo Alto, CA 94304
stanfordshoppingcenter@apple.com
650-798-6180

www.apple.com/retail/stanford

August 01, 2016 03:22 PM

| | | |
|---|---:|---|
| **MBAIR 13.3/1.6GHZ/8GB/256GB**<br>Part Number: MMGG2LL/A<br>Serial Number: C02RW37HH3QF<br>Return Date: Aug. 15, 2016<br>For Support, Visit: www.apple.com/support | $ 1,199.00 | |
| Recycling Fee | $ 3.00 | N |
| Education Individual | ($ 50.00) | |
| **APP FOR MACBOOK AIR/13" MACBOOK PRO**<br>Part Number: S3191LL/A<br>Agreement Number: 970099016013598<br>Plan End Date: Aug. 01, 2019<br>Sales Associate ID : 973583926<br>Serial Number: C02RW37HH3QF | $ 249.00 | N |
| This plan is registered automatically.<br>Verify your coverage at<br>apple.com/support/applecare/ww/ | | |
| For Support, Visit: www.apple.com/support | | |
| Education Individual | ($ 66.00) | |
| **SOLO 2 WL,SE2,SILVER,AMER**<br>Part Number: MKLE2AM/A<br>Return Date: Aug. 15, 2016<br>For Support, Visit: www.apple.com/support | $ 299.95 | |
| Summer Beats 2016 - Mac | ($ 299.95) | |
| **Incase Pop Case iPhone 6/6SP - Blue**<br>Part Number: HJLY2ZM/A<br>Return Date: Aug. 15, 2016<br>For Support: customersupport@goincase.com | $ 34.95 | |
| **IPHONE 6S PLUS SILVER 64GB AT&T**<br>Part Number: MKTR2LL/A<br>Serial Number: C39RT0S2GRWX<br>ICCID: 89014104279028144418<br>IMEI: 354951070753443<br>Return Date: Aug. 16, 2016<br>Return date with carrier plan is 1 day prior to date listed | $ 849.00 | |
| AT&T Account Information<br>No Wireless Service Activation during iPhone Sale | | |
| **Powerbeats2 WL Black**<br>Part Number: MHBE2AM/A<br>Return Date: Aug. 15, 2016<br>For Support, Visit: www.apple.com/support | $ 199.95 | |
| Summer Beats 2016 - iPhone | ($ 199.95) | |

Use of iPhone constitutes acceptance of the iPhone terms and conditions and other third party terms and conditions found in the iPhone box, or at http://www.apple.com/legal/sla/

The sales tax for iPhone varies by state and may be based on the unbundled purchase price rather than the actual purchase price.

If you are not fully satisfied with your iPhone purchase, you can return your undamaged iPhone within 14 days of purchase for a full refund with no restocking fee.

If you disagree with these terms and conditions you can return the iPhone in accordance with the Apple Store's return policy http://www.apple.com/legal/sales_policies/retail.html

For information on Apple's privacy policy see www.apple.com/privacy

|  |  |
|---|---|
| Sub-Total | $ 2,218.95 |
| Tax@8.75% | $ 177.89 |
| Total | $ 2,396.84 |
| Amount Paid Via MasterCard (I) | $ 2,396.84 |
| xxxxxxxxxxxx9866 |  |
| 42724P |  |

*R 0 9 9 6 3 3 0 8 4 5*

Please debit my account xxxxxxxxxxxx9866 by $ 2,396.84 (Sale)
Terminal ID: xxxx0082
Merchant ID: xxxxxxx32595
Application ID: A0000000041010
Application PAN Sequence Number: 0
TVR: 0000008000
TSI: E800
Verified by Signature

http://apple.com/legal/sales-support/sales-policies/retail.html

G Wilson
w Creek Ct.
Valley, CA 94028



SAN FRANCISCO CA 9
15 JUL 2020 PM2

**RECEIVED**
JUL 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Clerk of the Court
United States District Court
Northern District of California
280 South 1st Street
San Jose, CA 95113

95113-309599