Evan Nayee  
50613 Hollybrook Drive  
Granger, IN  
46530  

July 15th 2020

(574) 292-3410

In re Apple Inc. Device Performance Litigation, Case No. 18-MD-2827-EJD Partial Objection

Your Honor,

I am a class member owning an affected iPhone 6s (Claim Number: SMRT00098867). My objection to the settlement is the projected compensation for class members. Following the discovery of Apple's throttling of iPhones in iOS 10, the company dropped battery replacements to $29 for a year. The projected settlement per class member is $25. I object to this projected sum and believe that it should be set at a minimum of $29, whether or not this means adjusting the claim ceiling, to reimburse class members who replaced their batteries at the reduced price (such as myself) and to offer better compensation to those who replaced batteries at full cost or bought entirely new phones.

Signed,

*Evan Nayee*

RECEIVED

JUL 17 2020

SUSAN Y. SOONG  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
SAN JOSE

368580-62-56-PRI
Evan Nayee
50613 Hollybrook Dr
Granger, IN 46530-4947

1*************************SNGLP 480

Clerk of the Court
US District Court Northern District
280 S 1st St
San Jose, CA 95113-3002