TERRENCE J. O'TOOLE
406 GASCONY WAY
ST. LOUIS, MO 63122



July 15, 2020

### OBJECTION TO SETTLEMENT AND NOTICE OF DESIRE TO BE HEARD AT FAIRNESS HEARING

Clerk of the Court
United States District Court Northern District of California San Jose Division
280 South 1st Street
San Jose, CA 95113

        *In re Apple Inc. Device Performance Litigation*,
        Case No. 18-MD-2827-EJD

Dear Sir or Madam:

Pursuant to the notice of settlement emailed to me on or about July 15, 2020, I hereby object to the proposed settlement and request to be heard at any fairness hearing conducted thereon. In addition, I object to he amount of the attorney's fee and cost reimbursement proposed to be allowed.

My objections include, but are not limited to:

1. As a class member, I have no information relating to the substance of the claim which would enable me to evaluate whether the proposed per claim payment is adequate compensation for the defects alleged.

2. I do not know who my class representatives are, how they were recruited and whether they have adequately represented my interests in the prosecution of this class action.

3. As a class member, I have no information about the amount of attorney's fees proposed to be paid or the amount of the expenses proposed to be reimbursed and whether they are reasonably proportioned to the amount of the settlement and whether they reasonably reflect fair compensation for the

Phone:  home (314) 821-0406                                                   Cell (314) 705-2261
Email:  terryotoolesr@sbcglobal.net

Phone:  
Email:  terryotoolesr@sbcglobal.net

       investment of attorney time and fair compensation for the risk incurred in representing the class on a contingency basis.

For these reasons, as well as others, I object to the settlement, to the amount of the attorney's fees and expenses and respectfully request to be heard at any fairness hearing conducted.

My email is: terryotoolesr@sbcglobal.net. My cell phone number is: (314) 705-2261.

                Respectfully,

                *[signature]*

                Terrence J. O'Toole

Phone:  home (314) 821-0406  
Email:  terryotoolesr@sbcglobal.net  
Cell (314) 705-2261

)'Toole
/ Way
O 63122-1419

SAINT LOUIS MO 630

15 JUL 2020 PM 9 L

RECEIVED

Clerk of the Court
United States District Court Northern District of
California San Jose Division
280 South 1st Street
San Jose, CA 95113

95113-309699