July 15th, 2020

Eric P. Van Winkle

Clerk of the Court
United States District Court Northern District of California San Jose Division
280 South 1st Street
San Jose, CA 95113

I do not agree with the attorney fees. They are about them getting rich instead of paying the public back for the major expenses caused by apple.

I also do not agree with making the public do an impossible massively time consuming work going back years to find the receipts for all the IPhone 6,6s 7 and 7s. Apple has that data in the warrantee departments with the simple push of a few buttons. This way we receive all. This is how it could play out: My family had 4 IPhone 6, 1 IPhone 6s two Iphone 7's and many replacements during this time period. This would take days to figure out for $25 bucks... You have got to be kidding me.

So this is how it looks to me and how I will respond and what you all want as attorneys. We the public cannot spend the time as we have to earn a living so you all win all the moneys. Yet another corporate grab!

Ridiculous!!!!!!!!!

Eric P. Van Winkle

RECEIVED
JUL 17 2020
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ic Vanwinkle
407 NE 165th St
'oodinville WA 98077-7711

SEATTLE
WA 980
16 JUL '20
PM 5 L


U.S. POSTAGE
980/2
FOREVER
Celebrate!

**ECEIVED**

JUL 17 2020

SUSAN Y. SOONG
RK, U.S. DISTRICT COURT
RN DISTRICT OF CALIFORNIA
SAN JOSE

Clerk of the Court
United States District Court
Northern District of California San Jose Division
280 South 1st Street
San José, CA 95113

95113-309599