*July 14, 2020*
*In re Apple Inc. Device Performance Litigation*
**PO Box 60257**
**Philadelphia, PA 19102**

This is an official letter to inform you that I **want to be excluded from the Settlement Class in *In re Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD.**

**You are informed by an official certified letter number: 70190140000088857460 and a Return receipt number : 9590940257239346556230 , with signature as a confirmation of receiving my letter. Please don't contact me any more regarding that matter. Please wipe my information from your website.**

Claim ID: SMRT00138080
My name is : Ahmed Ibrahim .
Mailing address : 12936S Oatman HWY, Topock, AZ 86436 .
Phone number: 608-515-1222.
Apple ID : Ahmededi88@gmail.com
iPhone serial number : F2LSRU6AHFXW
Signature : ~~~
7-14-2020.

A copy of this letter sent to :

Clerk of the Court
United States District Court Northern District of California San Jose Division
280 South 1st Street
San Jose, CA 95113

Thank you ,
Ahmed Ibrahim
12936 S Oatman Hwy ,
Topock, AZ 86436
608-515-1222
Ahmededi88@gmail.com

**RECEIVED**

JUL 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



Am Dora
pock, AZ
86436

LAS VEGAS
NV 890
15 JUL '20
PM 4 L

INSPECTED BY
JUL 17 2020
U.S. MARSHALS SERVICE

RECEIVED
JUL 17 2020
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

Clerk of the Court
US District Court Northen district of
Califorina San Jose Divison
280 S. 1st street
San Jose, CA 95113

95113-309599