July 18th, 2020

To the Clerk of the Court,

In re Apple Inc. Device Performance Litigation, Case No. 18-MD-2827-EJD

I am eligible to participate in the settlement in this case. I am writing to object to the settlement.

I have been a professional software developer for more than twenty years. The litigated software update is out of the ordinary only in how much attention it received. Engineers, managers, and other professionals in software and related industries decide to make these types of software changes every day. There are always trade-offs, but these decisions are generally made to ensure good customer experiences. I believe that Apple was honestly trying to make sure their devices worked as well as they could as the batteries aged. They certainly could have communicated much better about what was happening and about the reasoning behind it, but this PR misstep does not warrant a half-a-billion-dollar legal settlement.

In my view, this lawsuit is undeserved and I ask that the court reduce the total amount to be paid by Apple as much as possible.

I am not planning to attend any hearing, but you are welcome to contact me.

Sincerely,

Martin MacKerel

1647 McAllister St. #6

San Francisco, CA 94115

martin.mackerel@gmail.com

+1 415.845.0729

**RECEIVED**

JUL 22 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

tin A MacKerel
lcAllister St Apt 6
ancisco, CA 94115

RECEIVED
JUL 22 2020

SAN FRANCISCO CA 940
20 JUL 2020 PM 3 L



Clerk of the Court
US District Court
Northern District of California, SJ Division
280 S. 1st St.
San Jose, CA 95113

95113-308599