July 18, 2020

Dear Sirs, Judge Buelah case 18-MD-2827 EJD

You haven't given us enough time to write you for an exclusion. Since I'm mailing this letter to you on the 20th. So fees from attorneys not my phone turned off.

My phone and iPad was ruined by people splicing into them. I went before a police commission and I gave them my thumbprint to I don't know where.

I asked Diane Brown, Joe Johnson, Craig Harvel to get off my Facebook and my phone to no avail.

All damage as far as I can see was caused by them and not a defect in the equipment. My man that is a trouble-shooter is Clarence (501) 291-0350 can explain the damage done. The recorrections then once being by me, then it went off my equipment and to someone else's equipment.

Dolores Kay Kolbaba
101 W. Picasso Circle
Defuniak Sprgs, Fl.
32433
850-333-8237



Dolores K. Kolbaba
101 W. Picasso Cir.
Defuniak Springs FL 32433-4744

RECEIVED
JUL 23 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

