Dennis Liu
18441 Hillview Drive
Los Gatos, California 95030
7/23/20

Clerk of the Court
United States District Court Northern District
Of California, San Jose Division
280 South 1st Street
San Jose, CA 95113



RE: Apple Inc. Device Performance Litigation
Case No: 18-MD-2827-EFD

Judge Davilla or whom ever it may concern:

I am writing as a member of this class action my claim ID is SMRT00897808. I am protesting the proposed fee of Class Counsel's request for Attorney's Fees of up to 30% of $310,000,000 Floor, plus expenses of up to $2,000,000. This is an exorbitant amount. At 30% this is $93,000,000 dollars. If you give the ridiculous fee of $1000/hour this represents 93,000 hours of work, which is 3,875 days, or 10.616 years of work 24/7 including holidays. How can any reasonable person feel this is just compensation.

There is such a discrepancy in wage in this society and I think it would be a great message for this court to recommend a fair compensation package. It would be something in the order of $400/hour for actual hours worked by partner senior attorneys, $200/hour for associates and $100/hour for paralegals. These hours are easily obtainable from counsel's compensation database and should be a requirement for settlement. In addition an impartial party should audit the expenses. $2,000,000 is a very large sum of money and needs scrutiny. After that, the remainder of the settlement goes to the people in the class.

Please recognize that most people affected from this will get $25.00. The named plaintiffs $3500 ( deposed ), $1500 (other). The law firms will get $93,000,000. There really is no justice in the proposed settlement and you have an opportunity make a statement here.

Sincerely,

Dennis Liu

SAN JOSE CA 950

23 JUL 2020 PM 3 L



RECEIVED
JUL 24 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CLERK of the Court
United States District Court N. District
of CAlifornia
280 South 1st Street
San Jose, CA 95113

95113-300837