Anne Barschall
80 Benedict Ave
Tarrytown, NY 10591
7/20/20

Clerk of the Court
Robert F. Peckham Federal Building & United States Courthouse
United States District Court Northern District of California San Jose Division
280 South 1st Street, Room 2112
San Jose, CA 95113

Re: Class Action Notice: In re Apple Inc. Device Performance Litigation

Dear Sir or Madam,

I have an iphone SE – serial #DX3TV0BHHTW4. I've had it since before 20 17. I do not recall what operating systems it has run in the past. I do not know if I experienced diminished device performance.

I received an e-mail about this alleged litigation. This e-mail requests that I supply information on a website. I do not like supplying information to strangers who send me unsolicited e-mails. Most strangers who send me unsolicited e-mails are crooks.

Since I do not want to fill out forms on the websites of strangers and I do not know whether in fact I qualify for settlement here, I would like to object. How would an ordinary consumer know what operating systems have previously been installed on their phone? How would we know if we had decreased performance? It's not reasonable to ask us to swear to the answers to these questions.

However, if I am eligible to receive money, I would like to get it. I have verified that the above is in fact a court address, which reassures me somewhat.

Thank you in advance for your assistance in this matter.

Very truly yours,

*[signature]*
Anne Barschall

**RECEIVED**

JUL 24 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

WESTCHESTER NY 105

21 JUL 2020 PM 2 L



RECEIVED

Clerk of the Court
US District Court - N. Dist. CA - San Jose Division
Robert F. Peckham Fed. Bldg & US Courthouse
280 S. 1st St, Rm 2112
San Jose CA 95113

95113-300637