July 22, 2020

Clerk of the Court
United States District Court Northern District of
California San Jose Division
280 South 1st Street
San Jose, CA 95113

RECEIVED
JUL 24 2020
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Re: Apple Inc. Device Performance Litigation, Case No. 18-MD-2827-EJD

Gentlemen –

First of all let me state that neither I nor any family member is or was ever employed by Apple Inc. nor any supplier or affiliate. I am simply a retired financial business executive and former owner of a software company that was using operating systems and products OTHER than Apple. When I retired I swore that I would never use another Microsoft product and for over 15 years now have purchased almost every type of Apple product sold including almost every version of iphone released. My wife and I were former owners of both the iPhone 6 and 7 as validated on the claim search program. We are currently owners of iPhones XR, iMac, Apple laptops and Apple iPads as well as many peripherals.

I hear-by request to be excluded from any settlement and vehemently object to the excessive attorneys fees applied for. Since the attorneys have been working on this case for years and spent significant amounts in out-of-pocket costs , I am certain that they have specialists who have benchmarked performance issues with both products with the various iOS operating systems and validated some amount of technical diminished performance. However, I would also speculate that 95%+ of the users , like myself, have even noticed. I am also certain that these attorneys are clueless, in anything but easy class action lawsuits that serve no useful public purpose, in the real world fact that when you have a comprehensive and full featured software product , no amount of product testing can ever insure that every possible combination of

events can ever be fully tested and sometimes products get released with certain operating issues once placed in the hands of tens of millions of users. It then becomes the responsibility of the developers to update and correct these issues and Apple has a stellar track record of doing exactly that. Their products have literally changed the lives of more people and business owners than I can even estimate and , I will also guess that almost every attorney seeking to score a touchdown with a big case win like this , owns an iPhone or has a family member , especially children, with one. Lawsuits like this where it costs more to defend than settle serve no useful purpose other than to enrich the legal community and eventually pass on these costs to future consumers.

Please understand that I am 100% in favor of class action suits where the pubic heath, safety , etc has been damaged or put at risk but this is far from this category. Therefore, I ask the court to lower any compensation sought to a bare minimum to discourage future class action lawsuits of this nature.

Sincerley,

*[signature]*

Louis Greenberg
8681 Valhalla Dr
Delray Beach, FL 33446

beny
alhalla Dr
y Beach, Fl
   33446

SOUTH JERSEY NJ 080

22 JUL 2020 PM 5 L



RECEIVED
JUL 24 2020
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT

Clerk of The Court
United States District Court
280 South 1st St
San Jose, CA
   95113

95113-309599

e INC Case #18-MD-2827-EJD