( Case # 18— MD - 2827—EJD )

To the honorable Judge,

My name is Vinod Malhotra. The address is 17 Fountain street in Hicksville,NY 11801. I bought three Iphones on December 21, 2017. I am eligible to claim however when I try to put in my device number in the class section of the link it claims to say that the number does not match with our records. For the first device which is an Iphone 6 the serial number is C6KR291VGRY6. For the second device which is an Iphone 6 the IMEI number is 356694089424-550. For the third device which is a Iphone 7 the IMEI number is 352066061327165. I am requesting you guys to add me in the class section because I am enabled to claim online. My contact information is vinodm2008@yahoo.com.

Sincerely,

Vinod Malhotra

SCANNED

FILED

JUL 28 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



√ OD
'ain Street
LL E
?0/.

MID-ISLAND NY 117

25 JUL 2020 · PM 5 L

FOREVER USA

RECEIVED

JUL 28 2020

SUSAN Y.
CLERK, U.S. DISTRICT
NORTH DISTRICT OF CALIFORNIA

To, United States District Court for the
Northern District of California.

Case # 18 - MD - 2827 - EJD.

450 Golden Grate Due

San francisco, CA- 94 -/02- 415-52)-20

1-366199