Clerk of the Court
United States District Court
Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

Simon Andrew Popecki
5 Woodridge Road
Durham, NH 03824
Tel.: 603 397 2908
Proof of class membership:
In re Apple Inc. Device Performance Litigation, Case No. 18-MD-2827-EJD.

Serial: F2LQT1CGGRWV

To Whom it may Concern,
My dissent regards the cost of legal fees. What precisely is the objective of this whole affair? To penalize Apple for wrongdoing? To make the plaintiffs' attorneys rich? Or to bring justice in the form of financial compensation to those such as I - individuals harmed by Apple's OEM-malware?

I believe the legal system, both criminal and civil, is simply the manifestation of justice in a stable society - is it really just, that we take so little from Apple and give so much to the attorneys? If Apple has indeed done wrong, why are we settling for a deal that only really benefits Apple and the attorneys? We the class members are simply the vehicle used to provide the attorneys with unfathomable wealth. Why are we stopping our pursuit at a point which benefits Apple (in the form of a stop-loss that's comparatively cheap) and the attorneys (a multimillion dollar paycheck), but only gives me $25 give or take? Apple spent $236 to make my iPhone 6s Plus and they sold it for $749 - a 68% gross profit margin ($513 profit per unit before warranty and support costs). $25 amounts to about 5% of the gross profit margin on my iPhone. Ford Motor Company on the other hand earns a 7% profit margin on my Ford Mustang, while Ford takes on far more liability and often incurs a loss due to recalls.

If the goal of this affair is in fact to compensate consumers, why must we benefit so little and the attorneys so much? It seems that settlements such as this give no incentive for the attorneys to get us, the class members the best deal, yet the attorneys negotiate for themselves a salary much better than what most class members could ever hope to earn in their entire lives. In class action suits such as this, wealth disbursement should better reflect who was harmed, and attorneys should be compensated an ample amount, as I am indeed receiving representation at no personal cost, but that amount should be (annually) equal to no greater than two orders of magnitude the average annual gross household income in the US, per attorney.

Sincerely,
Simon Andrew Popecki

Popecki
5 Pershing St.
MI 48152

METROPLEX MI 480
04 AUG 2020 PM 5 L



RECEIVED
AUG 10 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Clerk of the Court
United States District Court
Northern District of California
   San Jose Division
   280 South 1st St.
   San Jose, CA 95113

95113-309599