Clerk of the Court
United States District Court Northern District of California San Jose Division
280 South 1st Street
San Jose, CA 95113

Re: Apple Inc. Device Performance Litigation
Case No. 18-MD-2827-EJD

Dear Clerk of the Court:

I object to the current settlement because the amount of attorney's fees is absolutely outrageous.
There is no way to justify the fee. Even if they billed $1,000 an hour, that would mean they spent 93,000 hour on the case. I cannot believe that. A blended rate of $400/hr is more reasonable. That would mean they would have spent 232,500 hours. It does not pass the reasonable test.
I would like to see their justification for such an outrageous fee.

Sincerely,

Lawrence Sharnak

7393 Orangewood Lane
Boca Raton, Fl 33433

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
shark0314@aol.com

Model name: iPhone 7
Model #: MNAC2LL/A
Serial #: F4GT32UCHG6W

RECEIVED

AUG 17 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Lawrence Sharnak
3 Orangewood Ln.
Boca Raton, FL 33433

W. PALM BCH
FL 334
12 AUG '20
PM 3 L

Clerk of the Court
U.S. District Court
280 South 1st St
San Jose, Ca
95113

RECEIVED
AUG 17 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

95113309S C060