# Mark E Stoker, MD

5 Landing Place Road
Harwich, Ma. 02645
508-751-0975
markstoker17@gmail.com

August 3, 2020

Clerk of the Court
United States District Court Northern District of California San Jose Division
280 South 1st Street
San Jose, CA 95113

Subject: Case No. 18-MD-2827-EJD

To whom it may concern;

I received an e-mail notifying me of this class action suit against Apple. I was informed of my options and one was to object to the terms and legal fees. I do formally object.

I understand the premiss of class action suit and believe that Apple has intentionally done harm to its customers.

What I object to is the potential legal fees. I may gain $25 but the lawyers can potentially gain nine figures. There are no amount of billable hours to justify this.

Sincerely yours,

Mark E Stoker, MD

RECEIVED
AUG 18 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE