# EXHIBIT 3

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  IN RE: APPLE INC. DEVICE              )    Case No. 5:18-md-02827-EJD
    PERFORMANCE LITIGATION               )
12  _____     )    CLASS ACTION

13                                            DECLARATION OF MARK C.
                                              MOLUMPHY IN SUPPORT OF NAMED
14                                            PLAINTIFFS' MOTION FOR FINAL
                                              APPROVAL OF PROPOSED
15                                            SETTLEMENT, AND FOR ATTORNEYS'
                                              FEES, EXPENSES, AND SERVICE
16                                            AWARDS

17                                            Judge: Hon. Edward J. Davila
                                              Courtroom:   4, 5th Floor
18                                            Date:  December 4, 2020
                                              Time:  10:00 a.m.
19
20
21
22
23
24
25
26
27
28

I, Mark C. Molumphy, declare as follows:

1.      I am a partner at the law firm of COTCHETT, PITRE & MCCARTHY LLP.

2.      Pursuant to the Court's May 15, 2018 Order Consolidating Related Actions and Appointing Interim Co-Lead Plaintiffs' Counsel and Executive and Steering Committees, my firm was appointed as Co-Lead Counsel.  I, my partner, Joseph W. Cotchett, and others at my firm, in coordination with our Co-Lead Counsel at Kaplan Fox & Kilsheimer LLP, performed many duties in this litigation, including determining the litigation strategy on behalf of all plaintiffs, and conducting all phases of the litigation on behalf of the proposed Plaintiff class, including preparation of pleadings, researching and arguing pleading motions, overseeing all aspects of discovery of both parties and third parties, attending discovery conferences and researching and arguing discovery motions presented to the Discovery Special Master, attending status conferences with the Court and presenting Plaintiffs' positions, coordinating the retention of expert consultants, participating in settlement negotiations, preparing the settlement agreement, and coordinating the Class notice and claims administration process, including responding to Class inquiries about the Settlement.  These duties included the delegation and oversight of work assigned to the Plaintiffs' Executive Committee or its Chair.

3.      The individuals of my firm who worked on this matter are listed in Exhibit A, along with years in practice, hourly rates during the pendency of litigation, hours spent, and total lodestar. I hereby attest that the billing rates used on the attached Exhibit A conform to the professional rates set at my firm, and are the same rates charged to certain of our clients who pay on an hourly basis.  Further detail regarding the litigation and trial experience of each professional can be found in the firm resume attached hereto as Exhibit C.

4.      The detailed descriptions of the time spent by the attorneys and other professionals of my firm in this litigation were prepared from contemporaneous, daily time records prepared and maintained by my firm, and submitted, vetted and approved by the Chair of the Plaintiffs' Executive Committee and Co-Lead Counsel pursuant to the Court's July 3, 2018 Case Management No. 3:  Protocol for Work Performed and Expenses Incurred (Dkt. 148).  Detailed time records are available for the Court's review should the Court desire such records.

1     5.     The total number of hours expended on this litigation by my firm, as approved by the Chair of the Plaintiffs Executive Committee and Co-Lead Counsel, from appointment and consolidation through July 31, 2020 is 17,412.62 hours.  The total lodestar for my firm for this period is $9,437,778.00.

6.     Attached hereto as Exhibit B is an itemized description of my firm's expenses/charges ("expenses") totaling $339,441.28, which were necessary in relation to this litigation and submitted, vetted and approved by the Chair of the Plaintiffs' Executive Committee and Co-Lead Counsel pursuant to the Court's July 3, 2018 Case Management No. 3.  The expenses pertaining this litigation are reflected in the books and records of my firm.  These books and records are prepared from expense vouchers, check records, and other documents and are an accurate record of the expenses.

7.     Attached hereto as Exhibit C is the firm resume for my firm.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of August, 2020, at Burlingame, California.

/s/ Mark C. Molumphy
MARK C. MOLUMPHY

# EXHIBIT A

**Cotchett, Pitre & McCarthy LLP**

| Timekeeper Name | Rate | Hours | Lodestar |
|---|---|---|---|
| Anya Thepot | $ 425.00 | 426.80 | $ 181,390.00 |
| Brian Danitz | $ 750.00 | 1325.60 | $ 994,200.00 |
| Brittany Scott | $ 175.00 | 30.40 | $ 5,320.00 |
| Brooke Norton | $ 275.00 | 1291.45 | $ 355,148.75 |
| Derek Monte | $ 175.00 | 309.30 | $ 54,127.50 |
| Elena Aguirre | $ 175.00 | 97.80 | $ 17,115.00 |
| Elle Lewis | $ 425.00 | 2355.60 | $ 1,001,130.00 |
| Elmer Martinez | $ 275.00 | 130.30 | $ 35,832.50 |
| Esther Shek | $ 600.00 | 63.80 | $ 38,280.00 |
| Gina Stassi | $ 600.00 | 564.90 | $ 338,940.00 |
| Joseph Cotchett | $ 950.00 | 1229.40 | $ 1,167,930.00 |
| Katherine Ma | $ 275.00 | 9.30 | $ 2,557.50 |
| Latoya Concepcion | $ 325.00 | 1441.95 | $ 468,633.75 |
| Laurie D'Elia | $ 325.00 | 393.30 | $ 127,822.50 |
| Mark Molumphy | $ 850.00 | 3476.80 | $ 2,955,280.00 |
| Nirav Engineer | $ 325.00 | 122.25 | $ 39,731.25 |
| Peter Luc | $ 275.00 | 84.50 | $ 23,237.50 |
| Reid Gaa | $ 225.00 | 47.80 | $ 10,755.00 |
| Sami Alsamman | $ 175.00 | 4.10 | $ 717.50 |
| Shuming Chen | $ 275.00 | 1689.42 | $ 464,590.50 |
| Stephanie Biehl | $ 600.00 | 1028.80 | $ 617,280.00 |
| Tyson Redenbarger | $ 600.00 | 432.10 | $ 259,260.00 |
| Zyres Agudelo | $ 325.00 | 856.95 | $ 278,508.75 |
| | | | |
| **TOTAL** | | **17412.62** | **$ 9,437,788.00** |

# EXHIBIT B

**EXHIBIT B**

## COTCHETT, PITRE & MCCARTHY LLP

| CATEGORY | AMOUNT |
|---|---|
| 01. Outside Printing | $ - |
| 02. Photocopies | $ 43,416.80 |
| 03. Outside Fax Charges | $ - |
| 04. Delivery Services/Messengers | $ 1,194.34 |
| 05. Postage | $ 11.09 |
| 06. Court Fees | $ 2,682.60 |
| 07. Subpoena Fees | $ - |
| 08. Witness Fees | $ - |
| 09. Deposition Transcripts | $ - |
| 10. Long-Distance Telephone Calls | $ 1,835.06 |
| 11. Trial Transcripts | $ - |
| 12. Trial Exhibits | $ - |
| 13. Lexis / Westlaw | $ 19,023.41 |
| 14. Litigation Support Vendors | $ - |
| 15. Experts | $ - |
| 16. Arbitrators/Mediators | $ - |
| 17. Meals (excluding alcohol) | $ 9,062.91 |
| 18. Taxi/Car Service/Other Ground Transport | $ 93.83 |
| 19. Travel-Mileage Reimbursement | $ 697.27 |
| 20. Travel-Airfare | $ 4,015.50 |
| 21. Travel-Hotel | $ 4,545.04 |
| 22. Travel-Rental Car | $ - |
| 23. Service Fees | $ 655.20 |
| 24. Miscellaneous | $ 2,208.23 |
| 25. Assessments | $ 250,000.00 |
| **TOTAL** | $ 339,441.28 |

# EXHIBIT C

# COTCHETT, PITRE & McCARTHY, LLP

## ATTORNEYS AT LAW

BURLINGAME │ LOS ANGELES │ NEW YORK
WWW.CPMLEGAL.COM

## FIRM RESUME

### WHO WE ARE

Cotchett, Pitre & McCarthy, LLP, based on the San Francisco Peninsula for over 45 years, engages exclusively in litigation and trials. The firm's dedication to prosecuting or defending socially just actions has earned it a national reputation. With offices in Burlingame, Los Angeles and New York, the core of the firm is its people and their dedication to principles of law, work ethic and commitment to justice.

Most clients are referred by other lawyers who know of the firm's abilities and reputation in the legal community. We are trial lawyers dedicated to achieving justice.

1

# WHAT WE DO

## CONSUMER FRAUD CASES

***In re: Lenovo Adware Litigation***
**USDC, Northern District of California**
CPM is Co-Lead Counsel in the Lenovo Adware Litigation related to surreptitiously installed malware on Lenovo computers. The complaint alleges that the adware violates privacy laws by intercepting users' behavioral data, including browsing history and electronic communications. (Settled 2019)

***In re: Lumber Liquidators Chinese-Manufactured Flooring Products Marketing, Sales Practices and Products Liability Litigation***
**USDC, Eastern District of Virginia**
CPM is Co-Lead Counsel in the Lumber Liquidators case filed in the Eastern District of Virginia. The class action was filed against Lumber Liquidators alleging that their Chinese-manufactured laminate wood flooring products emit unsafe and dangerous levels of formaldehyde. (Settled 2018)

***Credit Counseling Industry Suit names Chase, Money Management International and Others***
**USDC, Central District of California**
CPM filed a consumer fraud case against JP Morgan Chase & Co., Chase Manhattan Bank USA, Money Management International (also known as Consumer Credit Counseling Service) and Money Management By Mail, Inc. for fraudulent "debt counseling" and debt collections in the subprime credit industry.

***Anastasiya Komarova v. MBNA America Bank, N.A.; National Credit Acceptance, Inc.***
**San Francisco Superior Court**
CPM represented Anastasiya Komarova in consumer case against National Credit Acceptance, Inc. Komarova had been subjected to nearly a year of hostile telephone calls to her work place and a spurious arbitration proceeding, all over a bogus credit card debt and despite the fact that she repeatedly told the agency she never had an account with the credit card company in question. In a rare jury trial against a credit card collection agency, a San Francisco jury ruled in favor of Komarova and described National Credit Acceptance's conduct as "outrageous." The verdict was the largest verdicts in the country by a sole plaintiff alleging credit abuse.

***Hidden Wireless Telephone Fees***
**San Mateo County Superior Court**
CPM filed a class action lawsuit against AT&T Wireless, Sprint and Cingular Wireless for illegally charging subscribers for services, including "local number portability" fees, even though the services are not available. The case went to the Court of Appeal and is now back in the Superior Court.

### *In re: Hewlett-Packard Inkjet Printer Litigation*
**USDC, Northern District of California**
CPM represented consumers who have been deceived by inaccurate low-on-ink warnings on Hewlett-Packard Inkjet Printers. The low-on-ink warnings appear even when there is a substantial amount of ink remaining in the ink cartridges, thereby misleading consumers into unnecessarily buying expensive ink cartridges.  (Settled 2014)

### *Rich v. Hewlett-Packard*
**USDC, Northern District of California**
CPM represented consumers in a class action lawsuit against Hewlett-Packard, which has designed its printers to use color ink even when printing in black and white.  Hewlett-Packard does not disclose this design to consumers, who are forced to buy expensive color ink cartridges even when they only print simple black and white documents.

### *Citigroup*
**San Francisco County Superior Court**
CPM filed a consolidated class action on behalf of mortgage "packing" and "flipping" victims. (Settled 2003)

### *Ameriquest*
**San Mateo County Superior Court**
CPM filed a "Bait and Switch" class action on behalf of mortgage borrowers.   Class certified for all purpose in 2003.  (Settled 2005)

### *Northern Trust Bank of California*
**Los Angeles County Superior Court**
CPM filed a class action on behalf of beneficiaries of fixed-fee trusts charged excess trustee fees over a 21 year period.  (Settled 2005)

### *Old Republic*
*Wisper v.  Old Republic Title Co.*
*Verges v.  Old Republic Title Co.*
**San Francisco County Superior Court**
CPM was Lead and liaison counsel in consolidated consumer class action against title company for unfair business practices regarding fee overcharges and "cost avoidance" relationships with banks.  Class certified for all purposes.  Verdict of $14 million in 2001.

### *Household Lending*
**USDC, Northern District of California**
CPM filed a nationwide class action on behalf of predatory lending victims.  Class certification for all purposes, 2003.  (Settled 2004)

*Fairbanks Capital Corp.*
**USDC, District of Massachusetts**
CPM filed a nationwide class action against mortgage loan servicing company for charging various improper fees, costs and charges.  (Settled 2004)

*Massachusetts General Life Ins. Co.*
**Santa Clara County Superior Court**
CPM filed a "vanishing premium" class action on behalf of life insurance policyholders.  (Settled 1999)

*Commonwealth Life Ins.  Co.*
**Alameda County Superior Court**
CPM filed a consumer fraud class action against provider of reverse mortgages to elderly consumers.  Class certified on Business and Professional Code Violation for all purposes.

*Transamerica HomeFirst, Inc.*
**San Mateo County Superior Court**
**69 Cal.  App.  4th 577 (1999)**
CPM filed a consumer fraud class action against provider of reverse mortgages to elderly consumers.  Class certified on Business and Professional Code Violations for all purposes.

*Stewart Title Co. of California*
**San Mateo County Superior Court**
CPM represented 115 individual plaintiffs in 81 consolidated cases arising from pyramid scheme fraud relating to fractionalized deeds of trust.

*In re Louisiana-Pacific Corp.  Inner-Seal OSB Trade Practices*
*Agius v. Louisiana-Pacific Corp.*
**USDC, Northern District of California**
CPM filed a nationwide product defect/Lanham Act class action on behalf of owners and operators of building and homes with defective and improperly certified oriented strand board wood sheathing.  (Class certified and settlement finally approved, 1998).

*Executive Life*
**Los Angeles County Superior Court**
CPM filed an action by Insurance Commissioner on behalf of failed insurance company (Filed April 1991); also filed as a class action.  (Settled, 1994/95).

*Goodyear Tire & Rubber Co.*
**USDC Southern District of California**
CPM filed a class action on behalf of franchisees for unfair business practices.  (Settled, 1996).

*First Capital Holdings*
**San Diego County Superior Court**
CPM filed a class action on behalf of policy holders of failed insurance company.  (Settled, 1992/93).

4

***Fidelity Federal Bank***
**USDC, Central District of California (1993)**
**824 F. Supp. 909**
**9th Circuit Court of Appeals (1996)**
**91 F. 3d 75**
CPM filed a class action on behalf of adjustable rate mortgage borrowers.

***In re: Diet Drugs (Phentermine, Fenfluramine, Dexfunfluramine) Products Liability***
**Los Angeles County Superior Court**
**USDC, Eastern District of Pennsylvania**
CPM filed a consumer fraud and product liability individual actions on behalf of approximately 100 individuals.

***Prop. 103***
***Calfarm Ins. Co. v. Deukmejian***
**48 Cal. 3d 805 (1989)**
CPM filed a lawsuit on behalf of Ralph Nader and his organization regarding Proposition 103 (rate controls on insurance carriers).

## PUBLIC ENTITY CASES

***People of the State of California v. Atlantic Richfield, et al. ("Lead Paint Litigation")***
**Santa Clara County Superior Court**
CPM represented the People of the State of California alongside ten California Cities and Counties in a public nuisance action in the Complex Department of Santa Clara County Superior Court. The six defendants included the largest historical manufacturers of lead-based paint and lead pigments in the country. The case was initially filed in March of 2000, and was finally brought to trial in the summer of 2013. The Lead Paint Litigation is considered one of the largest representative public nuisance actions in the country ultimately resulting in a judgment for the People in the amount of $1.15 Billion.

***LIBOR-Based Financial Instruments Antitrust Litigation***
**USDC, Southern District of New York**
CPM represents the Counties of San Mateo and San Diego, the Cities of Richmond and Riverside, East Bay Municipal Utility District, and other public entities who invested in financial instruments that were tied to the London Interbank Offered Rate, or LIBOR. LIBOR is the world's benchmark rate used for setting interest rates on a wide range of financial instruments, from car and home loans to municipal derivatives. LIBOR is set daily based on the borrowing costs reported by members of the British Bankers' Association. The complaints allege that the member banks conspired to suppress LIBOR, both to reduce the amounts they were required to pay on LIBOR-linked transactions, and to increase their perceived strength in the market. Plaintiffs invested significant sums in financial instruments, such as interest rate swaps and corporate securities, the rates of return of which were tied to LIBOR, and earned less on those investments as a result of the alleged suppression of LIBOR.

*Municipal Derivative Investment Antitrust Litigation*
**USDC, Southern District of New York**
Along with co-counsel, CPM represents Los Angeles and numerous public entities who purchased Guaranteed Investment Contracts ("GICs") and other derivative investments. GICs and derivative investments are purchased from financial institutions, insurance companies, and others through a competitive bidding process overseen by brokers. They are purchased when public entities issue tax-exempt municipal bonds to raise funds to finance public works projects and have funds that are not immediately needed for the project. CPM's investigation has uncovered, and the complaints allege, that the competitive bidding process is a sham as securities sellers and brokers in the derivative investment market have engaged in a conspiracy to allocate the market and rig the bidding process in violation of antitrust law and common law.

*Municipal Bond Insurance Antitrust Litigation*
**San Francisco County Superior Court**
CPM represents Los Angeles and numerous public entities who issued tax-exempt municipal bonds to raise funds to finance public works projects and were compelled to purchase insurance for those bond issuances. When a public entity issues bonds, its credit rating determines the interest it will pay to bond holders. To reduce the interest rate, public entities have had to purchase bond insurance to improve their credit worthiness (despite an historical default rate of less than 0.1 percent). CPM's investigation has uncovered and the complaints allege that the bond insurance companies violated antitrust law and common law by conspiring to maintain a dual credit rating system that discriminates against public entities (versus private corporations), causing public entities to pay unusually high premiums to purchase unnecessary bond insurance, and failure of the bond insurance companies to disclose they made risky investments in the subprime market that has led to the downgrading of the bond insurers' own credit ratings.

*San Francisco Unified School District*
**Sacramento County Superior Court**
CPM filed a consumer fraud and negligence case against a Fortune 250 energy company in a scheme to defraud the district in connection with an energy contract to upgrade schools and help the district save in energy costs. (Settled in June of 2004 for $43.1 million)

*National Gas Anti-Trust Cases I, II, III, & IV*
**San Diego Superior Court**
CPM represented eleven public entities and others for the reporting of false information by non-core natural gas retailers to published price indices to manipulate the natural gas market during the California energy crisis. CPM successfully prosecuted this case, concluding in approximately $124 Million in settlements.

*In re Commercial Tissue Products Public Entity Indirect Purchaser Antitrust Litigation*
*County of San Mateo v. Kimberly-Clark Corp.*
**San Francisco County Superior Court**
CPM served as the Public Entity Co-Liaison Counsel, and filed an antitrust class action on behalf of public entity consumers of commercial sanitary paper products for an alleged price-fixing conspiracy among producers. This case settled for approximately $2,250,000.

6

***Judicial Counsel of California***
**USDC, Northern District of California**
CPM successfully defended the Chief Justice of the State of California and the Judicial Counsel of California in an action brought by the National Association of Securities Dealers (NASD) to invalidate California's Ethics Standards for Neutral Arbitrators by demonstrating that the 11th Amendment bars federal actions against these state actors.

***Federal Energy Regulatory Commission (FERC)***
**United States Court of Appeals, 9th Circuit**
CPM represented the California State Senate, the California State Assembly, and the City of Oakland in an action against FERC. Petitioned the Court to issue a writ of mandamus to compel FERC to take action to ensure just and reasonable rates for energy in California and the Western states.

***Central Sprinkler County of Santa Clara v. Central Sprinkler Corp.* Santa Clara County Superior Court *Hart v. Central Sprinkler Corp.***
**Los Angeles County Superior Court**
CPM filed a consumer class action against manufacturer of automatic fire suppression sprinklers for product defects and consumer fraud. (Class certified and settlement finally approved, 1999). 193 Cal. App. 3d 802 (1987). Class action for antitrust and unfair business practices.

## ANTITRUST CASES

***Auto Parts Antitrust Litigation***
**USDC, Eastern District of Michigan**
CPM is co-lead counsel on behalf of consumers against manufacturers of auto parts, including bearings, fuel senders, heater control panels, safety systems, instrument control clusters and wire harnesses, for a world-wide conspiracy to fix prices for those parts for use in cars and trucks.

***Webkinz Litigation, Nuts for Candy v. Ganz Inc., et al.***
**USDC, Northern District of California**
CPM was lead counsel representing a proposed class of persons or entities in the United States who ordered Webkinz from Ganz Inc. on the condition that they also order products from Ganz's "core line" of products. The complaint alleged that Ganz conditioned the purchase of its popular Webkinz plush line toy with a minimum $1,000 purchase of non-Webkinz "core" line products in violation of federal antitrust laws. On September 17, 2012, Hon. Richard Seeborg of the Northern District of California approved a class action settlement on behalf of a class of small business retailers against Ganz Inc. for alleged antitrust violations where customers were required to purchase unwanted products as a condition to purchasing Ganz's popular Webkinz Toy. (Settled, 2012).

***In re Transpacific Passenger Air Transportation Antitrust Litigation***
**USDC, Northern District of California**
CPM is the court-appointed Co-Lead counsel for a proposed class of purchasers who paid fuel surcharges illegally charged by defendants on long-haul passenger flights for transpacific routes. Plaintiffs have settled with Japan Airlines for $10 million.

7

*In re: Plasma Derivative Protein Therapies Antitrust Litigation*
**USDC, Northern District of California**
CPM is lead counsel for indirect purchasers in this antitrust class action alleging price-fixing in the market for the life-saving blood products albumin and immunoglobulin.

*Freight Forwarders Antitrust Litigation*
**USDC, Eastern District of New York**
CPM is Co-Lead Counsel for Direct Purchasers of Freight Forwarding services in the United States and filed a complaint alleging that the major providers of Freight Forwarding conspired to fix the prices of such services in violation of U.S. federal antitrust law (15 U.S.C. § 1). The action has already led to multiple settlements for the benefit of the class.

*In re Cathode Ray Tube (CRT) Antitrust Litigation*
**USDC, Northern District of California**
CPM is an Executive Committee Member and represents a class of direct purchaser plaintiffs against manufacturers of cathode ray terminals ("CRT") whose prices were artificially raised, maintained or stabilized at a supra-competitive level by defendants and their co-conspirators. Settlements amounting to $79.5 million have been reached with four of the defendants.

*In re Static Random Access Memory (SRAM) Antitrust Litigation*
**USDC, Northern District of California**
The Court appointed CPM as sole Lead Counsel for direct purchaser plaintiffs of Static Random Access Memory ("SRAM") chips. CPM successfully secured a $77 million settlement on behalf of plaintiffs. Important legal rulings were reached on cutting edge issues such as the extent to which the United States antitrust laws apply to foreign conduct, standing of class representatives and the proper showing for class certification. (Settled, 2011).

*In re Dynamic Random-Access Memory (DRAM) Antitrust Litigation*
**USDC, Northern District of California**
CPM served as chair of the Discovery Committee in a multidistrict litigation arising from the price-fixing of DRAM, a form of computer memory. Shortly before the scheduled trial, class counsel reached settlements with the last remaining defendants, bringing the total value of the class settlements to over $325 million.

*In re Lithium Batteries Antitrust Litigation*
**USDC, Northern District of California**
The Court appointed CPM as Co-Lead Counsel on behalf of direct purchasers of lithium-ion rechargeable batteries that defendants allegedly conspired to fix the price on.

*Municipal Derivative Investment Antitrust Litigation*
**USDC, Southern District of New York**
Along with co-counsel, CPM represents Los Angeles and numerous public entities who purchased Guaranteed Investment Contracts ("GICs") and other derivative investments. GICs and derivative investments are purchased from financial institutions, insurance companies, and others through a competitive bidding process overseen by brokers. They are purchased when public entities issue tax-exempt municipal bonds to raise funds to finance public works projects and have funds that

are not immediately needed for the project. CPM's investigation has uncovered, and the complaints allege, that the competitive bidding process is a sham as securities sellers and brokers in the derivative investment market have engaged in a conspiracy to allocate the market and rig the bidding process in violation of antitrust law and common law.

### *In re Digital Music Antitrust Litigation*
**USDC, Southern District of New York**
CPM was appointed to the Steering Committee in this class action brought on behalf of all persons who paid inflated prices for music sold as digital files.

### *E&J Gallo Winery v. EnCana Energy Services, et al.*
**USDC, Eastern District of California**
CPM successfully represented E. & J. Gallo Winery in an antitrust action against natural gas companies for manipulating energy prices, which led to the 2000-2001 California energy crisis, in which energy companies not only gouged the State of California and its residents of billions of dollars but led to rolling blackouts throughout California. E. & J. Gallo Winery is one of the largest natural gas users in the State of California and it suffered millions of dollars in losses. CPM's aggressive prosecution of this case resulted in the case settling on the eve of trial for a substantial sum. CPM's efforts led to the landmark Ninth Circuit opinion on the filed rate doctrine at E. & J. Gallo Winery v. EnCana Corporation, 503 F.3d 1027 (9th Cir. 2007).

### *Kopies, Inc, et al. v. Eastman Kodak Co.*
**USDC, Northern District of California**
CPM was appointed Co-Lead counsel, and successfully prosecuted an antitrust class action on behalf of copier service firms against parts manufacturer for illegal tying of products and services. CPM successfully reached a $45 million settlement with Kodak on behalf of plaintiffs.

### *Municipal Bond Insurance Antitrust Litigation*
**San Francisco County Superior Court**
CPM represents Los Angeles and numerous public entities who issued tax-exempt municipal bonds to raise funds to finance public works projects and were compelled to purchase insurance for those bond issuances. When a public entity issues bonds, its credit rating determines the interest it will pay to bond holders. To reduce the interest rate, public entities have had to purchase bond insurance to improve their credit worthiness (despite an historical default rate of less than 0.1 percent). CPM's investigation has uncovered and the complaints allege that the bond insurance companies violated antitrust law and common law by conspiring to maintain a dual credit rating system that discriminates against public entities (versus private corporations), causing public entities to pay unusually high premiums to purchase unnecessary bond insurance, and failure of the bond insurance companies to disclose they made risky investments in the subprime market that has led to the downgrading of the bond insurers' own credit ratings.

### *In re International Air Transportation Surcharge Antitrust Litigation*
**USDC, Northern District of California**
CPM served as Co-Lead Counsel or a class of purchasers who paid fuel surcharges illegally charged by defendants on long-haul passenger flights for transatlantic routes. Plaintiffs secured

settlements on behalf of the class with Defendants Virgin Atlantic Airways, LTD and British Airways Plc worth approximately $204 million.  (Settled, 2009).

### *In re Optical Disk Drive (ODD) Antitrust Litigation*
**USDC, Northern District of California**
CPM is a member of the executive committee in this multidistrict litigation alleging a conspiracy that manufacturers of optical disk drives ("ODD") fixed prices of ODD's sold directly to plaintiffs in the United States.  Plaintiffs have reached a $26 million settlement with the HLDS defendants.

### *Air Cargo Shipping Services Antitrust Litigation*
**USDC, Eastern District of New York**
CPM, along with co-counsel, is the court-appointed lead counsel for a proposed class of U.S. indirect purchasers of international air freight services.  The case alleges that the providers of international air freight services conspired to fix the prices of such services, including fuel surcharges.  The case names almost forty international air freight carriers as defendants.  The claims of the United States indirect purchasers is brought under the antitrust laws and consumer protection laws of various U.S. states.  The Court granted approval to a settlement with defendants Deutsche Lufthansa AG, Lufthansa Cargo AG, and Swiss International Air Lines, Ltd.  (Settled, 2009).

### *Toyota Motor Sales USA, Inc.*
### *Livingston v. Toyota Motor Sales USA, Inc.*
**USDC, Northern District of California**
CPM filed an antitrust class action under Sherman Act by purchasers of Toyota vehicles for secret rebates. (Settled, 1997).

### *Hip And Knee Implant Marketing Litigation*
**USDC, Northern District of California**
CPM, with co-counsel, has filed two complaints on behalf of proposed classes of persons who underwent hip or knee implant surgery.  The complaints allege that the major manufacturers of hip and knee implants have engaged in a pervasive kickback scheme, using phony consulting agreements with orthopedic surgeons, to improperly funnel money to doctors and hospitals in return for choosing the manufacturer's device during surgeries.  This scheme artificially raised the costs of hip or knee implants paid for by members of the proposed class in violation of state antitrust and consumer protection laws.

### *In re Commercial Tissue Products Public Entity Indirect Purchaser Antitrust Litigation*
### *County of San Mateo v. Kimberly-Clark Corp.*
**San Francisco County Superior Court**
CPM filed an antitrust class action on behalf of class of public entity consumers of commercial sanitary paper products against alleged price-fixing conspiracy among producers.  (Appointed co-lead counsel for public entity class, 1998).

***Dry Creek Corporation v. El Paso Corporation***
**San Diego County Superior Court**
CPM filed an antitrust action against El Paso for withholding natural gas from California to drive up prices, which was successfully resolved on behalf of the Plaintiff.

***In re Hydrogen Peroxide Antitrust Litigation***
**USDC, Eastern District of Pennsylvania**
CPM filed an antitrust class action for conspiracy to fix prices of hydrogen peroxide manufactured and sold by defendants who were engaged in an alleged price-fixing conspiracy.

***In re Intel Corporation Microprocessor Antitrust Litigation***
**USDC, District Court of Delaware**
CPM represents entities against Intel Corporation for antitrust violations relating to monopolization. CPM has been active in assisting lead counsel with discovery.

***National Gas Anti-Trust Cases I, II, III, & IV***
**San Diego Superior Court**
CPM represented eleven public entities and others for the reporting of false information by non-core natural gas retailers to published price indices to manipulate the natural gas market during the California energy crisis. CPM successfully prosecuted this case, concluding in approximately $124 Million in settlements.

***Bathroom Fittings Cases***
**USDC, Northern District of California**
CPM was a member of the Executive Committee in an antitrust class action for a conspiracy to fix prices of Bathroom Fitting manufactured by defendants participating in an alleged price-fixing conspiracy.

***Magazine Paper***
**San Francisco County Superior Court**
CPM filed an antitrust class action for price-fixing conspiracy against magazine paper products International Paper Co., MeadWestvaco Corporation, Norse Skog, Stora Enso, Sappi Limited, S.D. Warren Company and others.

***Foundry Resins***
**USDC, Southern District of Ohio**
CPM filed an antitrust class action for conspiracy to fix prices of resins manufactured by Ashland Inc., Ashland Specialty Chemical Company, Borden Chemical Inc., Delta HA, Inc., HA International LLC.

***In re Automotive Refinishing Paint Cases***
**Alameda County Superior Court**
CPM was appointed Co-Liaison Counsel in an antitrust class action for conspiracy to fix the price of auto paint by manufacturers engaged in an alleged price-fixing conspiracy. The class was certified in 2004.

11

### In re Methionine Antitrust Litigation
**USDC, Northern District of California**
CPM was appointed Co-Lead Counsel in this antitrust class action against several methionine manufacturers involved in a conspiracy to fix the prices of and allocate the markets for methionine. This case settled for $107 million.

### In re Citric Acid Antitrust Litigation
**USDC, Northern District of California**
CPM served as Co-Lead Counsel in an antitrust class action against the five largest sellers of citric acid in the United States, who conspired to raise and fix the price of citric acid at artificially high levels.  Co -Lead counsel successfully certified the class in October 1996.  Co-Lead Counsel also reached approximately $86.5 million in combined settlements with defendants Archer Daniels Midland Co., Hoffmann-La Roche Inc., Jungbunzlauer, Inc., Haarmann & Reimer Corp., and Cerestar Bioproducts B.V.

### In re Beer Antitrust Litigation
**USDC, Northern District of California**
CPM was appointed Co-Lead counsel in an antitrust class action on behalf of specialty beer brewers against Anheuser-Busch, Inc. for attempt to monopolize U.S. beer industry by denying access to distribution channels.

### In re Sodium Gluconate Antitrust Litigation
**USDC, Northern District of California**
CPM served as Lead Counsel in an antitrust class action against defendants who allegedly price fixed sodium gluconate, and industrial cleaning agent.  CPM successfully certified the class, and reached a settlement on behalf class plaintiffs in the amount of $4,801,600.

## PRODUCT LIABILITY CASES

### In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation
**USDC, Central District of California**
CPM was Co-Lead counsel in a class action against Toyota Motor Corporation and its U.S. sales and marketing arms, Toyota Motor Sales, U.S.A., Inc. and Toyota Motor North America, Inc. United States District Judge James V. Selna appointed Frank M. Pitre as Co-Lead Counsel for the Economic Loss Committee in the Toyota sudden unintended acceleration litigation.  The MDL involves more than 200 lawsuits divided into two groups: those seeking losses on behalf of consumers and others who have lost value on their Toyotas, and those seeking damages for people who have been injured or killed in a Toyota. (Settled, 2012 - $1.3 billion).

### Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation
**USDC, Northern District of California**
CPM was co-lead trial counsel in the In Re: Bextra and Celebrex Mktg., Sales Practices & Product Liability Litigation, which culminated in Pfizer agreeing to pay $894 million to settle consolidated injury and class action cases related to its pain killers Bextra & Celebrex.

12

*Vioxx Product Liability Litigation*
**USDC, Northern District of New York**
CPM represents a number of individuals who suffered medical injuries such as heart attacks and strokes after taking the prescription drug Vioxx. The drug was withdrawn from the market by its manufacturer and distributor, Merck & Co., Inc., after evidence emerged linking the drug to heart attacks, strokes, sudden cardiac death and other serious cardiovascular risks.

*Sharper Image Corporation v. Consumers Union of United States*
**USDC, Northern District of California**
CPM was successful in defending under California's Anti-SLAPP statute of product disparagement claim brought by Sharper Image relating to reviews of Sharper Image's Ionic Breeze air cleaner published in Consumer Reports.

*Isuzu Motors Ltd. v. Consumers Union of the United States, Inc.*
**USDC, Central District of California**
CPM represented defendant publisher of Consumer Reports in defamation/product disparagement litigation brought by auto manufacturer against non-profit consumer testing organization. Jury verdict for Consumers Union after a two-month jury trial.

*Suzuki Motor Corp. Japan v. Consumers Union of the United States, Inc.*
**USDC, Central District of California**
CPM represented defendant publisher of Consumer Reports in defamation/product disparagement litigation brought by auto manufacturer against nonprofit consumer testing organization. Summary judgment in favor of defendants was granted in May 2000.

*Diet Drug Litigation*
**Los Angeles County Superior Court**
**USDC, Eastern District of Pennsylvania**
CPM represented approximately 100 individuals in consumer fraud and product liability individual actions.

*Rhonda Albom, et al. v. Ford Motor Company/Firestone Tires*
**Los Angeles Superior Court**
CPM represented a young child and her mother who were injured when their Ford Explorer veered out of control and rolled over in Half Moon Bay, California. The case was one of several against Ford Motor Company and Firestone Tires consolidated before the Superior Court of Los Angeles.

*Swine Flu Immunization Products Litigation*
*Adleson v. United States*
**USDC, Northern District of California (1981)**
**523 F. Supp. 459**
**USDC, District of Columbia (1980)**
**89 F.R.D. 695**
MDL actions for product liability.

13

***Bausch & Lomb Contact Lens Solution Product Liability Litigation***
**USDC, District of South Carolina**
CPM represents individuals who sustained serious eye injuries as a result of the use of the contact lens solution ReNu with MoistureLoc. The product was withdrawn from the market by its manufacturer and distributor, Bausch & Lomb, after it was associated with fungal keratitis (a rare type of eye infection).

***Dephlia Davis, et al. v. Actavis Group, et al.***
**USDC, Northern District of California**
CPM represented individuals who were injured or killed after injecting the drug Digitek, which was formulated and distributed by the manufacturers and suppliers at a level more than double the FDA prescribed maximum.

***Trawick v. Parker-Hammifin, et al.***
**Monterey County Superior Court**
CPM successfully prosecuted a product liability claim against the manufacturer and supplier of a defective rubber hose coupling installed on a forklift which failed and killed a construction foreman at the Monterey Plaza Hotel.

***Austin Hills, et al. v. S & G Ragsdale Equipment Co., LLC, et al.***
**Napa County Superior Court**
CPM represented the Hills family in a product liability/negligence claim against the parties responsible for the defective operation of a truck/trailer hitch system which caused a 5 ton trailer with drilling equipment to disengage, then swerve into the opposing lane of traffic killing Erika Hills, a resident of Napa.

***Munoz, et al. v. Bayer Corporation, et al.***
**San Joaquin County Superior Court**
CPM successfully represented multiple individuals who were killed or injured after ingesting the drug Baycol, which was promoted by Bayer Pharmaceutical without alerting users of a severe muscle adverse reaction known as rhabdomyolysis.

***In re Cable News Network and Time Magazine "Operation Tailwind" Litigation,***
***Sheppard v. Cable News Network, Inc.***
**USDC, Northern District of California**
CPM represented Vietnam veterans in an action against Time and CNN who falsely reported to have committed war crimes in Laos.

## QUI TAM CASES

***Medical Laboratories Medi-Cal Fraud Case***
**Sacramento County Superior Court**
CPM represented a whistleblower, Chris Riedel, who owns a lab company, Hunter Laboratories of Campbell, California. The California Attorney General's office joined the case in late 2008. The lawsuit alleged that, despite state law requiring that California's Medi-Cal program receive the lowest price for lab services, Quest Diagnostics, the largest lab in California, and LabCorp, the

second largest, routinely billed California prices far above what it was charging others. The case settled in 2011, recovering $301 million in taxpayer money from the lab defendants, including $241 million from Quest Diagnostics, Inc. The $241 million settlement is the largest False Claims Act recovery in California history, and the largest single-state False Claims Act settlement ever in United States history.

### *California ex rel. Richardson v. Ischemia Research & Education Foundation*
**San Francisco Superior Court**
CPM filed a Qui Tam California False Claims Act case against research foundation for failure to pay direct and overhead costs in clinical drug studies to its host university. (Settled, 1997)
### *United States v. Columbia HCA*
**USDC, Northern District of California**
CPM filed a Qui Tam False Claims Act litigation against healthcare provider for false billing.

### *United States v. Tenet Healthcare Corporation*
**USDC, Central District of California**
CPM filed a Qui tam False Claims Act litigation against healthcare provider for false claims for payment.

## SECURITIES AND DERIVATIVE CASES

### *In re Wells Fargo & Company Derivative Litigation*
**San Francisco Superior Court**
CPM is Lead Counsel for the Derivative Plaintiffs in the California State action against Wells Fargo's current and former officers and directors based the rampant illegal sales practices revealed in late 2016. (Settled 2019).

### *Franchi v. Pera (Ubiquiti)*
**San Mateo Superior Court**
CPM is Lead Counsel for the Derivative Plaintiffs in this action against Ubiquiti's current and former officers and directors based on Ubiquiti's Board deceit, fraud and insider selling. (Settled 2019).

### *In re Wells Fargo & Company Auto Insurance Derivative Litigation*
**San Francisco Superior Court**
CPM is Lead Counsel for the Derivative Plaintiffs in the California State action against Wells Fargo's current and former officers and directors based the rampant illegal sales practices related to automobile and home loans revealed in 2017. (Settled 2019).

### *In re LendingClub Securities Litigation*
**San Mateo Superior Court/USDC, Northern District of California**
CPM is Co-Lead Counsel for a certified class of shareholders alleging that LendingClub and certain officers failed to disclose material information at the time of its initial public offering. The California state court action and the related federal court action settled for $125 million. (Settled 2018).

### *In re ProNAi Therapeutics, Inc. Securities Litigation*
**San Mateo Superior Court**
CPM is Lead Counsel seeking to represent a class of shareholders alleging that ProNAi failed to disclose material information at the time of its initial public offering relating to its developmental drug.  (Settled 2019)

### *In re Oportun Securities Litigation*
**San Mateo Superior Court**
CPM is Lead Counsel for a certified class of Oportun's common shareholders alleging that their ownership interests were unfairly diluted by a series of insider financing rounds led by Oportun's largest preferred shareholders, including venture capital funds that had representatives on Oportun's Board of Directors.  (Settled 2018).

### *In re Medical Capital Securities Litigation*
**USDC, Central District of California**
CPM was Co-Lead Counsel for noteholders who invested in Medical Capital, a receivable company that turned out to be a Ponzi scheme. After Plaintiffs prevailed on several motions to dismiss, Bank of New York Mellon agreed to pay $114 million to resolve the actions.  Shortly thereafter, and on the eve of trial, Wells Fargo agreed to pay $105 million dollars to resolve the actions.  The combined $219 million recovery represents one of the largest recoveries against indenture trustees in United States history and the largest Ponzi recovery in California history. (Settled 2013).

### *In re Intuitive Derivative Litigation*
**San Mateo Superior Court**
CPM was Co-Lead Counsel in a shareholder derivative action against certain current and former officers and directors of Intuitive, which sold a robotic surgical system, alleging that Intuitive failed to disclose ongoing issues with regulatory bodies and patient injuries from the system at the same time executives were reaping insider trading profits from personal trades.  (Settled 2017).

### *Lehman Brothers Litigation*
**USDC, Southern District of New York**
CPM was Liaison Counsel and represented San Mateo County, Monterey County, the cities of Auburn, San Buenaventura, Burbank, and Zenith Insurance Company in a securities action relating to their investment losses in Lehman Brothers. CPM, on behalf of its clients, was the only firm to obtain monetary recoveries from the individual defendants themselves and one of the first to pursue claims against Ernst &Young, LLP.  (Settled 2014).

### *In re Homestore.com, Inc. Securities Litigation*
**USDC, Central District of California**
CPM was Lead Counsel in a securities fraud class action representing CALSTRS against Homestore.com, Inc., its senior officers and directors, its auditors, and other companies who engaged in fraudulent "roundtripping" transactions, increasing revenues by false accounting methods.  In 2004 the court approved a settlement in which Homestore agreed to reform its

corporate policies and pay approximately $93 million in stock and cash.  In 2011, CPM obtained a jury verdict against a Homestore executive for securities fraud. (Jury Verdict 2011).

### HL Leasing Ponzi Scheme
**Fresno County Superior Court**
CPM obtained a jury verdict for $46.5 million against the top two senior officers of HL Leasing, Inc. for their involvement in a Ponzi scheme. The jury verdict came three days after the court had entered a directed verdict for $114 million against HL Leasing, Inc., Heritage Pacific Leasing and Air Fred, LLC for a Ponzi scheme in which over 1200 victims lost approximately $137 million. (Jury Verdict 2011).

### Monterey County/ San Buenaventura / WaMu
**USDC, Western District of Washington**
CPM represented Monterey County and the City of San Buenaventura relating to their investment losses in Washington Mutual.  Defendants allegedly deceived investors relating to their underwriting and exposure to subprime losses, and engaged in misleading accounting practices. (Settled 2011).

### Pay By Touch Litigation
**San Francisco County Superior Court**
CPM represented investors, including the Getty family trusts, in a securities action against UBS Securities and former executives of Pay By Touch alleging fraud and negligent misrepresentation. (Settled 2011).

### California State Teachers' Retirement System v. Qwest Communications
**San Francisco County Superior Court**
CPM represented CalSTRS in a securities action against Qwest Communications International, Inc., its securities underwriters, its senior officers and directors, and its auditor, Arthur Andersen arising out of the fraud executed by Qwest's senior officers. The litigation strategy resulted in a $46.5 million settlement for CalSTRS alone, compared to the entire $400 million class settlement. CalSTRS' individual settlement is approximately 11.6% of the total class settlement. CalSTRS also recovered over 50% of its actual damages, compared to a 6% class recovery.  This is an exceptional settlement in a securities litigation and became the subject of securities panel discussions. (Settled 2007).

### California State Teachers' Retirement System v. AOL Time Warner
**Los Angeles County Superior Court**
CPM represented CalSTRS in a securities action against AOL Time Warner, its securities underwriters, its senior officers and directors and its auditor, Ernst & Young ("E&Y") alleging violations of state and federal securities law. CalSTRS was able to recover $107.4 million in settlement, representing 80% of its losses and over 7 times what it would have recovered if it had remained a member of the Class.  Our firm's participation in the CalSTRS/AOL Time Warner litigation was also at the cutting edge of California securities law development. We obtained a ruling from the Los Angeles Superior Court holding that the Supreme Court ruling in Dura Pharmaceuticals, Inc. v. Broudo, 544 U.S. 336 (2005) did not apply to actions brought under the California securities laws. We also were one of the first firms to litigate the issue of reliance as it relates to index investing, an issue of significant importance to all pension funds. This litigation

demonstrates our firm's commitment to fighting to ensure that federal and state securities laws are able to protect injured investors and preserve the integrity of America's securities markets. (Settled 2007).

*Worldcom*
*The Regents of the University of California v. Salomon Smith Barney, Inc., et al.*
**USDC, Southern District of New York**
CPM represented the Regents of the University of California in an individual securities action WorldCom, Inc., its underwriters and its officers and directors, including Bernard Ebbers, relating to a massive multibillion accounting fraud which resulted in the bankruptcy of one of the largest telecommunications companies in the United States. Regents had invested in WorldCom securities prior to the Class Period and would have recovered nothing from the settlement. This was one of the first cases to successfully bring a holder's claim under California's blue sky laws, as recognized by the California Supreme Court in Small v. Fritz (2003) 30 Cal.4th 167. (Settled 2006).

*In re Oracle Derivative Litigation*
**USDC, Northern District of California**
CPM was Co-Lead Counsel for investors in a shareholder derivative complaint on behalf of Oracle Corporation against certain members of its Board of Directors and certain senior officers for breach of fiduciary duty and abuse of control relating to the over-billing of the US government for software products.

*In re Novellus Systems, Inc. Litigation*
**Santa Clara County Superior Court**
CPM was Co-Lead Counsel in a class action representing the Louisiana Municipal Police Employees' Retirement System against Novellus' Board of Directors for alleged breaches of their fiduciary duties arising from a merger with Lam Research Corporation. CPM alleged that the merger was for inadequate consideration and was arrived at through an unfair process that did not adequately safeguard the interest of Novellus shareholders. (Settled 2012).

*In re Mutual Funds Investment Litigation*
**USDC, District of Maryland**
CPM was Lead Counsel in a securities fraud class action filed against Janus mutual funds for allowing select investors to make substantial profits at the expense of other investors. The suits were filed in September 2003 and accuse the funds of allowing "market timing" and "late trading" by its largest customers resulting in millions of dollars of losses to other shareholders. (Settled 2010).

*In re Genentech/Roche Shareholder Litigation*
**San Mateo County Superior Court**
CPM was Co-Lead Counsel in a class action alleging several defendants breached their fiduciary duty relating to a proposed buy-out offer of Genentech by its largest and controlling shareholder, Roche Holdings. (Settled 2009).

*Merrill Lynch Class Action*
**USDC, Southern District of New York**
CPM represented former First Republic Bank shareholders in a securities class action against Merrill Lynch & Co., which is accused of hiding billions of dollars of losses related to subprime mortgages while the companies' merger was pending. Defendants allegedly mislead First Republic shareholders about its finances as they considered Merrill's $1.8 billion takeover of the company. (Settled 2009).

*In re Apple Computer Inc. Derivative Litigation*
**USDC, Northern District of California**
CPM was Lead Counsel in a derivative action on behalf of Apple relating to backdating of stock options granted to various executives. The action alleged violations of federal and California state securities statutes and resulted in Settlement of cash and novel corporate governance reform. (Settled 2008).

*Madoff Litigation*
**New York State Supreme Court**
CPM represents investors in a securities action naming individuals and entities who are alleged to be liable in the $65 billion Ponzi Scheme perpetrated by Bernard Madoff. Plaintiffs allege that Defendants, JP Morgan and the Bank of New York as well as accounting firm KPMG LLP and their international counterparts, KPMG UK and KPMG International were primary players responsible for the fraud. Partners Joseph Cotchett and Nancy Fineman were the first and only attorneys to interview Bernard Madoff in prison.

*American Continental Corp./Lincoln Sav. & Loan*
**794 F. Supp. 1424, UDSC, District Court of Arizona**
CPM represented shareholder and bondholder victims of Charles Keating in a securities class action, and related insurance coverage litigation, including lengthy jury trial. (Largest jury verdict against an individual defendant in American history – $3.5 billion against Keating and others.) (Jury Verdict).

*Technical Equities Litigation*
*Abelson v. National Union*
**Santa Clara County Superior Court**
CPM represented hundreds of individual plaintiffs in a fraud litigation, and subsequent insurance coverage and insurance bad faith litigation, and included three lengthy jury trials and three court trials. (Largest verdict in California for 1991).

*Bily v. Arthur Young & Co.*
**3 Cal. 4th 370 (1992)**
CPM represented shareholders in a professional negligence action against Arthur Young & Co. for materially misleading financial statements. Seminal case in California discussing auditor liability to shareholders.

***In re Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation***
**USDC, Southern District of New York**
CPM was Lead Counsel in securities class action against Freddie Mac executives alleging that they misrepresented material facts regarding Freddie Mac's business prior to government conservatorship. The losses suffered by the Class of preferred shareholders exceed $6 billion. (Settled).

***Diversified Lending Group***
**Los Angeles County Superior Court**
CPM represents investors in a securities action involving a multi-hundred million dollar fraudulent investment scheme perpetrated by Diversified Lending Group, Inc., Applied Equities, Inc. Bruce Friedman, and Diane Cano. (Settled).

***In re Informix Derivative Litigation***
***Smurthwaite v. White***
**San Mateo County Superior Court**
CPM was Lead Counsel in consolidated shareholder derivative actions against corporate officers, directors and accountants relating to accounting fraud. (Settled 2000).

***In re Sybase Derivative Litigation***
**Alameda County Superior Court**
***Krim v. Kertzman***
**Alameda County Superior Court**
CPM was Lead Counsel in consolidated shareholder derivative actions against corporate officers and directors. (Settled 2000).

***CBT Group Litigation***
***Durrett v. McCabe***
**San Mateo County Superior Court**
CPM represented holders of American Depository Shares in a derivative litigation against officers and directors of CBT Group PLC for accounting fraud and insider trading. (Settled 2000).

***Orange County Securities Litigation***
***Smith v. Merrill Lynch***
**Orange County Superior Court**
CPM represented debt securities holders of Orange County and its investment pool participants in a securities class action. (Settled 1997).

***Acclaim Securities Litigation***
***Campbell v. Petermeier, et al.***
**Alameda County Superior Court**
***Campbell v. Acclaim Entertainment, Inc., et al.***
**USDC, Eastern District of New York**
CPM represented investors in a securities class action arising from a stock swap merger. (Settled 1997).

20

*In re Pilgrim Securities Litigation*
**USDC, Central District of California**
CPM represented investors in a mutual fund fraud class action. (Settled 1997).

*West Valley Litigation*
*Knight v. Rayden*
**Santa Clara County Superior Court**
CPM represented real estate limited partnership investors in a securities class action.  (Settled 1996).

*In re Oak Technologies Securities Litigation*
**Santa Clara County Superior Court**
CPM served as Co-Lead Counsel for investors in a securities class action for insider trading and abuse of control. (Settled 1996).

*In re HomeFed Securities Litigation*
**USDC, Southern District of California**
CPM represented bankrupt S&L as plaintiff in action against former S&L officers, directors and accountants for mismanagement and breach of fiduciary duty.  (Settled 1996).

*Giorgetti v. BankAmerica Corp.*
**San Francisco County Superior Court**
CPM represented shareholders in a class action for failure to pay control premium in connection with merger between Bank of America and NationsBank Corp.  (Settled 1996).

*Harmsen v. Smith*
**693 F. 2d 932 (9th Cir. 1982)**
**586 F. 2d 156 (9th Cir. 1978)**
**542 F. 2d 496 (9th Cir. 1976)**
CPM represented shareholders of United States National Bank, San Diego in a securities class action against C. Arnholt Smith and other officers, directors, and insiders.   Multi-million dollar jury verdicts upheld on appeal.  The first securities class action tried on both liability and damages to a jury.

*J. David Dominelli Litigation*
*Rogers & Wells v. Superior Court*
**175 Cal. App. 3d 545 (1986)**
CPM represented hundreds of clients in investor fraud litigation in San Diego County Superior Court including a lengthy jury trial.

## BUSINESS CASES

*Humboldt Creamery Litigation*
**Humboldt County Superior Court**
CPM is representing the Liquidating Trustee of Humboldt Creamery, LLC in a lawsuit filed against the company's former Chief Executive Officer, Richard Ghilarducci, its Chief Financial Officer,

Ralph A. (Tony) Titus and its independent auditor, Frank X.Gloeggler alleging financial fraud. Defendants are alleged to have had manipulated financial data by creating different sets of financial statements for different purposes and inflating revenue.

*Siller v. Siller Brothers, Inc.*
**Sutter County Superior Court**
CPM successfully represented a minority shareholder in a dissolution proceeding and trial establishing a value for his corporate interest at more than double that of the court appointed appraisers.

*Olympus v. Taisei Construction*
**Santa Clara County Superior Court**
CPM represented the owner of the prestigious Calistoga Ranch Resort in an action for fraudulent overbilling against Taisei Construction.

## ENVIRONMENTAL AND TOXIC CASES

*Lawsuit Against Caltrans to Protect Ancient Redwoods*
**USDC, Northern District of California**
**San Francisco County Superior Court**
CPM filed an environmental action against Caltrans challenging Caltrans' approval of a controversial highway widening and realignment project alleging that they violated the California Environmental Quality Act in approving the project.

*Cosco Busan Oil Spill*
*Tarantino, et al. v. Hanjin Shipping Co., Ltd., et al.*
**San Francisco County Superior Court**
*Loretz, et al. v. Regal Stone, Ltd., et al.*
**USDC, Northern District of California**
CPM is co-lead counsel for settlement and litigation classes of San Francisco Bay fishermen economically injured by the November 7, 2007 Cosco Busan oil spill. (Partially Settled, 2010).

*Californians for Native Salmon Litigation*
**221 Cal. App. 3d 1419 (1990)**
Representative action regarding approval of timber harvest plans.
*Avila Beach Environmental Litigation*
*Poist v. Unocal Corporation*
**San Luis Obispo County Superior Court**
CPM represents owners of interest in timeshares in cost-side towns in an environmental toxic class action arising out of petroleum contamination and remediation efforts.

*Cambria Community Services District/Chevron Litigation*
**San Luis Obispo County Superior Court**
CPM represented Cambria Community Services District against Chevron for a leak which contaminated the town's drinking water supplies with MTBE. The firm was successful in securing

a settlement for Cambria which permitted it to insure that alternate water sources were available for the community.

***Santa Maria Valley Litigation***
***Story, et al. v. Unocal Corporation, et al.***
**Santa Barbara County Superior Court**
***Span, et al. v. Unocal Corporation, et al.***
**Santa Barbara County Superior Court**
***Adelhelm, et al. v. Unocal Corporation, et al.***
**Santa Barbara County Superior Court**
***Chabot, et al. v. Unocal Corporation, et al.***
**Santa Barbara County Superior Court**
CPM represented homeowners and families living in Santa Maria, California, an old oil field which was the setting of the film There Will be Blood. When production in the oil field tapered off, residential communities were constructed atop the old oil fields – and on top of the waste which the oil companies left behind. The firm has been successful in providing remedies to these families, who have been able to leave behind their polluted homes and communities and restart their lives.

***Burbank Litigation***
**USDC, Central District of California**
CPM represented homeowners for nuisance arising from environmental remediation efforts at site of massive toxic contamination.

***Voisinet Litigation***
***Voisinet, et al. v. Unocal, et al.***
**San Luis Obispo County Superior Court**
CPM represented home developers for nuisance and fraud arising out of petroleum contamination.

***Bridgestone/Firestone Litigation***
***Dower, et al. v. Bridgestone/Firestone North American Tire, LLC, et al.***
**USDC, Northern District of California**
CPM represented homeowners for toxic groundwater contamination released from the Crazy Horse Sanitary Landfill in Salinas, California.

## AVIATION CASES

***Asiana Flight 214 Crash***
**USDC, Northern District of California**
CPM is currently representing several passengers who were aboard Asiana Airlines Flight 214 that crashed and caught fire while landing at San Francisco International Airport on July 6, 2013.

***Tesla Plane Crash Litigation***
**San Mateo County Superior Court**
CPM is representing victims of the February 17, 2010 crash of the Cessna 310R aircraft that took off from the Palo Alto Municipal Airport and collided with power lines, then crashed into multiple

homes, narrowly missing a day care center.  All three people killed in the plane crash were Tesla engineers.

*Alaska Airlines Litigation*
**USDC, Northern District of California**
CPM represented the survivors of one of the victims of crash of Alaska Airlines Flight 261 on January 31, 2000 off the coast of California.

*Singapore Airlines Litigation*
*Thomas v. Singapore Airlines*
**USDC, Central District of California**
CPM represented victims of the October 31, 2000 crash of a Singapore Airlines passenger jet in Taiwan in which 83 people were killed and dozens injured.

*Montoya v. Bell Helicopter*
**USDC, Northern District of Texas**
CPM represented the wife and children of the executive and against the helicopter manufacturer and the French company, which supplied the component parts.  This case involved pursuit of a claim for product liability in the design of the engine shroud incorporated into a Bell helicopter, which crashed in the jungle of New Guinea killing a Chevron executive.

*PSA Flight 1771 Litigation*
**Los Angeles County Superior Court**
CPM represented victims of the December 7, 1989 air crash of a PSA jetliner near San Luis Obispo. The case was unique due to the focus on breaches of security by the airline and airport security, which permitted a disgruntled former airline employee to by-pass security with a gun later used to kill the pilot and crew during flight.

## CONSTRUCTION CASES

*Delgado vs. City of Millbrae, et al.*
**Santa Clara County Superior Court**
CPM served as co-lead counsel in a successful 5-year battle against various engineers and contractors responsible for a hillside failure during the winter storms of 2001–2002.

## ELDER ABUSE CASES

*San Mateo County Public Guardian (Muhek) v. Miller*
**San Mateo County Superior Court**
CPM filed an action on behalf of senior citizen against care giver who took life savings.

*Santa Clara Public Guardian (McCulla) v. Walia*

**Santa Clara County Superior Court**
CPM filed an action against the companies, real estate brokers and others as a result of $1.4 million in fraudulent loans to a senior citizen.

*Alameda Public Guardian (Bowie) v. First Alliance Mortgage*
**Alameda County Superior Court**
CPM field an action against lenders for allowing loans to be placed on senior citizen's home by a third party.

*Melder v. Pacific Grove Convalescent Hospital*
**Monterey County Superior Court**
CPM filed an action against nursing home for alleged inappropriate sexual behavior by employee.

*Rodriguez v. Res-Care, Inc. et al.*
**San Mateo County Superior Court**
CPM filed an elder abuse case against ResCare on behalf of a victim who suffered second and third degree burns when she was put in a shower for 20 minutes with scalding, 130 to 135-degree temperature water. The suit also seeks punitive damages and funding for future care. The case settled in 2008.

*Gogol v. Mills-Peninsula Health Services d/b/a Mills-Peninsula Skilled Nursing*
**San Mateo Superior Court**
In July 2012, CPM won a $1,844,400 jury verdict after a two week trial on behalf of an 86 year old resident of San Mateo County who was injured in a nursing home. The jury also made a finding of clear and convincing evidence of recklessness, oppression, fraud or malice for an additional award of attorneys' fees and punitive damages. Ms. Gogol was recovering from a hip replacement at defendant's nursing home when she was dropped, breaking her recently replaced hip. She was placed back in bed without the injury being reported. Due to her cognitive impairment she had no memory of how her injury occurred. She received treatment only after a family member discovered her injuries. The case settled before the punitive damage phase of the trial.

*Pauline B. Reade v. Fetuu Tupofutuna, et al.*
**San Mateo County Superior Court**
CPM and The Legal Aid Society of San Mateo County provided *pro bono* representation to a 89 year old elderly widow, Pauline Reade, who was bilked out of nearly $600,000. Ms. Reade faced foreclosure on her Pacifica home after a scam contractor tricked her into signing loan documents with various banks and mortgage entities. The action was filed to stop the sale against various individuals and entities involved in the loan transaction, including, RBS Financial Products, Inc., Deutsche Bank National Trust Co., GMAC Mortgage, LLC, Mortgage Electronic Registration Systems, Inc. Executive Trustee Services, Paul Financial, Fetuu Tupoufutuna and Mohammed Ali George.

*Snyder v. Menon et al.*
**Marin County Superior Court**
Action against lender, title company and individuals for fraud and elder abuse based upon the fraudulent inflation of the purchase price of a property the Plaintiffs sought to purchase.

*Shekhter v. Greengables Villa Care Home et al*
Alameda County Superior Court
Action for elder abuse against adult care facility for neglect and physical abuse in connection with the care of 94 year old woman.

*Platon v. A&C Health Care Services*
Santa Clara County Superior Court
Action for elder abuse and negligence against adult care facility for neglect and physical abuse of 91 year old resident.

*Foroudian v. Wilson et al.*
**San Mateo County Superior Court**
Action for fraud and elder abuse against title company, hard money lenders, plaintiffs' son and his ex-girlfriend for fraud and elder abuse resulting in Foroudians incurring $2M in debt for the benefit of defendants. The Plaintiffs recovered their funds.

*Shook v. LaFarre*
**San Mateo Superior Court**
CPM represented a family in a dispute about the estate of long time San Francisco resident Rudolph R. Cook. CPM alleged that the defendant Cyrus LaFarre, a neighbor of Mr. Cook's, had duped Mr. Cook into amending his estate plan and giving his money to Mr. LaFarre. After Mr. Cook passed away, the family learned that Mr. LaFarre claimed that he had been left the majority of Mr. Cook's estate and had been named as the trustee of Mr. Cook's trust. The amendment to Mr. Cook's long time estate plan purported to give most of Mr. Cook's $2M estate to the defendant. The jury unanimously determined that Mr. LaFarre had committed financial elder abuse and breach of fiduciary duty.

*Richter et al. v. CC-Palo Alto, Inc.*
**USDC, Northern District of California**
CPM is pursuing a class action and creditor derivative case on behalf of the 500 residents of the Vi-Palo Alto, a Continuing Care Retirement Community (CCRC). Among CPM's clients (the proposed class representatives) are a retired Nobel Prize winner, doctor, World War II journalist and a unique collection of accomplished South Bay senior citizens. The facility is located on Stanford land. The lawsuit is believed to the first of its kind in the Bay Area challenging a CCRC's financial practices. The complaint alleges that $190 million dollars was "up-streamed" from the Palo Alto facility to its corporate parent in Chicago, thus leaving the senior citizen residents financially vulnerable. Those funds were to be returned to the senior citizens when they moved out, or returned to their families when they passed away. The complaint alleges that the Chicago company has refused to return the money to Palo Alto.

*Kofman v. Alexy Pitt et al.*

San Mateo Superior Court
On February 14, 2017 CPM obtained a $1,295,579 dollar judgment on behalf of an elderly Bay Area resident who was the victim of financial elder abuse.

26

## EMPLOYMENT CASES

### Shephard v. Lowe's HIW, Inc.
**USDC Northern District of California**
Cotchett, Pitre & McCarthy, along with Block & Leviton filed a lawsuit against Lowe's HIW, Inc. ("Lowe's") on June 15, 2012 alleging that Lowe's misclassified all California installers as independent contractors in violation of California law. The Honorable Jeffrey S. White granted Plaintiff's Motion for Class Certification in August 2013, certifying the class of California installers and appointing Block & Leviton and Cotchett, Pitre & McCarthy as class counsel. The Firms successfully achieved a $6.5 million settlement on behalf of the class of California installers, which was preliminarily approved on June 25, 2014 and is awaiting final approval.

### Avery v. Integrated Heatlhcare Holdings, Inc.
**Orange County Superior Court**
CPM served as co-lead counsel in a class action lawsuit filed against the IHHI chain of hospitals in Southern California. CPM represented registered nurses and respiratory therapists who were not paid overtime wages in accordance with state law. The case settled for $14.5M in 2013, and the court granted final approval of the settlement in August 2014.

### Los Angeles Times / Zell
**USDC, Northern District of Illinois**
CPM represents current and former journalists of the Los Angeles Times in a lawsuit filed against Sam Zell, the Tribune Company and others for a breach of their fiduciary duties, violating ERISA, improper valuation and misuse of employee pension fund assets and conflicts of interest. Other allegations include that Tribune Company employees, who technically own the company through the Tribune ESOP, have been and continue to be damaged by the go-private transaction and by the subsequent mismanagement and self-dealings of Tribune executives, including Sam Zell, the result of which has been to diminish the value and the products of the employee-owned company.

### Cynthia Sotelo, et al. v. MediaNews Group, Inc., et al.
**Alameda County Superior Court**
CPM represented a class of Hispanic newspaper carriers whose labor is exploited by the ANG Newspaper Group, a conglomerate news-media company. The class seeks damages for violations of the California Labor Code and Unfair Competition Laws.

### In re: Wachovia Securities, LLC, Wage and Hour Litigation
**USDC Central District of California**
CPM was designated co-lead plaintiffs' counsel by a federal judge in a collection of lawsuits filed against Wachovia Securities, LLC, on behalf of more than 10,000 current and former stock brokers who were not paid in accordance with state and federal law.

### In re: AXA Wage and Hour Litigation
**USDC Northern District of California**
CPM was appointed co-lead plaintiffs' counsel by a federal judge in a collection of lawsuits filed against the AXA family of insurance companies on behalf of more than 7,000 current and former financial sales representatives who were not paid in accordance with state and federal law.

*Shriger v. Advanced Equities Inc. ("AEI") et al.*
**San Francisco County Superior Court**
CPM represented an employee of a broker dealer in state court litigation over harassment and compensation claims.

*Sullivan v. Advanced Equities Inc. ("AEI")*
**FINRA Arbitration**
CPM successfully represented an employee in FINRA arbitration. The FINRA panel found that the employer had falsely accused the employee of violations of company policy and had fraudulently induced the employee to join the company, and awarded both compensatory and punitive damages. This is one of many examples of cases CPM has handled before FINRA.

## PUBLIC INTEREST / HUMAN RIGHTS CASES

*Lawsuit Filed Regarding Confiscated Armenian Lands*
**USDC, Central District of Los Angeles**
CPM filed a class action on behalf of Armenians seeking compensation for confiscated properties and belongings as a result of the Genocide of 1915-1923. The lawsuit targets the Central Bank of Turkey and the Ziraat Bank as financial instruments of the Turkish Government. Defendants are alleged to selling and deriving income from real estate and personal property that was owned by hundreds of thousands of Armenians who were killed during the Genocide.

*WWII Filipino Veterans Compensation*
*De Fernandez et al. v. US Dep't of Veterans Affairs, et al.*
**USDC, Northern District of California**
CPM filed a class action on behalf of United States WWII Filipino Veterans, and their service organizations, challenging decisions by the VA to deny benefits to such veterans according to criteria that are arbitrary, capricious and impossible to satisfy.

*State Buildings Litigation*
*Epstein et al. v. Schwarzenegger et al.*
**San Francisco Superior Court**
CPM represented taxpayers against the Schwarzenegger Administration to stop the sale of California's public buildings, which would have cost California's taxpayers billions of dollars. CPM was successful in obtaining an emergency temporary stay of the sale from the Court of Appeal. While the stay was in place Governor Brown took office and cancel the sale.

*Surfrider Foundation v. Martins Beach 1 LLC et al.*
**San Mateo Superior Court**
CPM successfully represented Surfrider Foundation to restore public access to Martin's Beach. The Complaint alleged that the owners of Martin's Beach, who purchased the property in 2008, unlawfully erected a barrier preventing access to Martin's Beach road, without a permit required by the California Coastal Act.

## FIRST AMENDMENT CASES

### Sharper Image Corporation v. Consumers Union of United States
**USDC, Northern District of California**

CPM successfully defended under California's Anti-SLAPP statute of product disparagement claim brought by Sharper Image relating to reviews of Sharper Image's Ionic Breeze air cleaner published in Consumer Reports.

### Kendall-Jackson Winery v. E.J. Gallo Winery
**USDC Northern District of California**
**9th Circuit Court of Appeals (1998)**
**150 F. 3d 1042**

CPM represented defendant in trade dress and unfair business practice litigation. (Judgment and verdict for defendant after jury trial).

### Isuzu Motors Ltd. v. Consumers Union of the United States, Inc.
**USDC, Central District of California**

CPM represented defendant publisher of Consumer Reports in defamation/product disparagement litigation brought by auto manufacturer against non-profit consumer testing organization. Jury verdict for Consumers Union after a two-month jury trial.

### Suzuki Motor Corp. Japan v. Consumers Union of the United States, Inc.
**USDC, Central District of California**

CPM represented defendant publisher of Consumer Reports in defamation/product disparagement litigation brought by auto manufacturer against nonprofit consumer testing organization. Summary judgment in favor of defendants was granted in May, 2000.

### In re Cable News Network and Time Magazine "Operation Tailwind" Litigation
### Sheppard v. Cable News Network, Inc.
**USDC, Northern District of California**

CPM represented Vietnam veterans against Time and CNN who falsely reported to have committed war crimes in Laos.

## PERSONAL INJURY CASES

### San Bruno Pipeline Explosion
**San Mateo County Superior Court**

CPM filed multiple actions on behalf of victims of the PG&E pipeline explosion which occurred in San Bruno. The natural gas-fed fire killed eight people and injured dozens more, and destroyed or damaged several dozen homes.

### Murillo, et al. v. National Railroad Passenger Corporation, et al.
**Contra Costa County Superior Court**

CPM successfully represented the family of an elderly couple who were killed by an Amtrak train while their car was trapped at a dangerously designed grade railroad crossing in Crockett, California in an action against the National Railroad Passenger Corporation ("Amtrak"), Union Pacific Railroad Company and the State of California Department of Transportation.

29

*Manlapaz, et al. v. Bills Trucking, et al.*
**Santa Clara County Superior Court**
CPM represented the family of a woman who was killed after being crushed by a semi-truck with two dirt hauling trailers while she was crossing the street near a construction site in Mountain View, California.

*Gonzalez v. Oil Can Henry's International*
**Monterey County Superior Court**
CPM successfully represented a four-year-old child who suffered brain damage after being struck and run over by a driver at an oil change service shop which failed to properly control vehicle and pedestrian safety in conjunction with its promotion of quick service.

*Balcony Collapse*
**San Francisco County Superior Court**
CPM represented 13 victims of personal injuries and wrongful death arising out of Franklin Street balcony collapse in 1996.

*In re MGM Grand Hotel Fire Litigation*
**570 F. Supp. 913 USDC, District of Nevada**
MDL consolidated litigation by personal injury wrongful death claims in the mamoth fire that destroyed the MGM Grand in Las Vegas, Nevada.

*Carnaham v. State of California*
**Fresno County Superior Court**
CPM filed an action against the State of California and more than 100 separate defendants on behalf of scores of individuals killed or injured in a severe dust storm on I-5 over the Thanksgiving weekend in 1991.
*Hyman v. Nahi*
**Orange Count Superior Court**
CPM represented victims of balcony collapse against landlord and termite company in a case involving slum landlord conditions.

*Walton v. Samuels*
**Los Angeles County Superior Court**
CPM filed an action for lung injury victims arising out of a four-alarm apartment fire in a major disaster in Los Angeles.

*Malhotra v. Nathan*
**San Francisco County Superior Court**
 CPM represented 13 victims of personal injuries and wrongful death arising out of Franklin Street balcony collapse in 1996 in San Francisco.

*In re Diet Drug Litigation*
**Los Angeles County Superior Court**
*In re Diet Drugs (Phentermine, Fenfluramine, Dexfenfluramine) Products Liability Litigation*
**USDC, Eastern Division of Pennsylvania**

CPM filed consumer fraud and product liability individual actions on behalf of approximately 100 individuals.

***Adleson v. United States***
**USDC, Northern District of California**
**523 F. Supp. 459 (1981)**
MDL actions for product liability of the Swine Flu Immunization Program out of Washington, D.C.

## INSURANCE CASES

***Dupell v. Massachusetts General Life Ins. Co.***
**Santa Clara County Superior**
CPM filed "vanishing premium" class action on behalf of life insurance policyholders.  Class certified for all purposes, 1999.

***Prop. 103 Litigation***
***Calfarm Ins. Co. v. Deukmejian***
**48 Cal. 3d 805 (1989)**
Litigation regarding Proposition 103 (rate controls on insurance carriers) on behalf of Public Citizen.

## INTELLECTUAL PROPERTY CASES

***Kendall-Jackson Winery v. E&J Gallo Winery***
**USDC, Northern District of California**
**150 F. 3d 1042 (9th Cir. 1998)**
CPM represented defendant in trade dress and unfair business practice litigation.  (Judgment and verdict for defendant after jury trial.)

***MP3.Com Copyright Cases***
**USDC, Southern District of New York**
CPM filed multiple cases alleging that MP3.Com committed copyright infringement.  Issues of infringement and damages.

***Dolores Huerta et al v. Corbis Corporation***
**USDC, Northern District of California**
CPM represented defendant Huerta, muralists Susan Kelk Cervantes and Juana Alicia, and the United Farm Workers Union of America against Internet retailer Corbis for the illegal sale of copyrighted and trademarked images.

## WAGE AND HOUR CASES

### *Cynthia Sotelo, et al. v. MediaNews Group, Inc., et al.*
**Alameda County Superior Court**
CPM represented a class of Hispanic newspaper carriers whose labor is exploited by the ANG Newspaper Group, a conglomerate news-media company. The class seeks damages for violations of the California Labor Code and Unfair Competition Laws.

### *In re: Wachovia Securities, LLC, Wage and Hour Litigation*
**USDC, Central District of California**
CPM has been designated co-lead plaintiffs' counsel by a federal judge in a collection of lawsuits against Wachovia Securities, LLC, on behalf of over 10,000 current and former stock brokers who were not paid in accordance with state and federal law.

### *In re: AXA Wage and Hour Litigation*
**USDC, Northern District of California**
CPM has been appointed co-Lead Plaintiffs' Counsel by a federal judge in a collection of lawsuits against the AXA family of insurance companies, on behalf of over 7,000 current and former financial sales representatives who were not paid in accordance with state and federal law.

### *LaParne, et al. v. Monex, et al.*
**USDC, Central District of California**
CPM represents current and former sales representatives in a federal lawsuit against Monex, a commodities trading company based in Southern California, for failure to pay overtime, failure to provide meal and rest breaks, and other violations of state and federal law.

## WRONGFUL DEATH CASES

### *Murillo, et al. v. National Railroad Passenger Corporation, et al.*
**Contra Costa County Superior Court**
CPM successfully represented the family of an elderly couple who were killed by an Amtrak train while their car was trapped at a dangerously designed grade railroad crossing in Crockett, California in an action against the National Railroad Passenger Corporation ("Amtrak"), Union Pacific Railroad Company and the State of California Department of Transportation.

### *Manlapaz, et al. v. Bills Trucking, et al.*
**Santa Clara County Superior Court**
CPM represented the family of a woman who was killed after being crushed by a semi-truck with two dirt hauling trailers while she was crossing the street near a construction site in Mountain View, California.

### *In re MGM Grand Hotel Fire Litigation*
**570 F. Supp. 913 USDC, District of Nevada**
MDL consolidated litigation by personal injury wrongful death claims in the mamoth fire that destroyed the MGM Grand in Las Vegas, Nevada.

***Carnaham v. State of California***
**Fresno County Superior Court**
CPM filed an action against the State of California and more than 100 separate defendants on behalf of scores of individuals killed or injured in a severe dust storm on I-5 over the Thanksgiving weekend in 1991.

***Hyman v. Nahi***
**Orange County Superior Court**
CPM represented victims of balcony collapse against landlord and termite company in a case involving slum landlord conditions.

***Malhotra v. Nathan***
**San Francisco County Superior Court**
CPM represented 13 victims of personal injuries and wrongful death arising out of Franklin Street balcony collapse in 1996 in San Francisco.

33

# OUR ATTORNEYS

## *PARTNERS*

### JOSEPH W. COTCHETT

As stated by the National Law Journal, Joseph W. Cotchett is considered by plaintiffs and defense attorneys alike to be one of the foremost trial lawyers in the country. He has been named one of the 100 most influential lawyers in the nation for the past 15 years.

As reported in the San Francisco / Los Angeles Daily Journal, he is "considered one of the best trial strategists in the state" who built a career out of representing the underdog against powerful interests. He is a fearless litigator and once tried two cases at the same time (one in the morning and one in the afternoon) and won them both in San Diego Superior Court in 1984. His clients range from corporate giants to groups like Consumers Union – but the issue must be correct for Cotchett. In 2003, the San Francisco Chronicle rated him as one of the best in the Bay Area, saying, "***The Burlingame attorney has had a star career that's not only talked about in legal circles but has made headlines around the country. Known mostly as a plaintiffs' lawyer, many of his cases are filed on behalf of fraud victims, and have a widows-and-orphan flavor to them***." Cotchett consistently has been named one of the most influential lawyers in California, and has been named by the legal press as one of the top 10 trial attorneys in the state and has been listed in every edition of Best Lawyers in America since its inception.

During his 45-plus year legal career, he has tried more than 100 cases to verdict, and settled hundreds more, winning numerous jury verdicts, ranging from multi-million dollar malicious prosecution jury verdicts to several defense verdicts in complex civil cases. He successfully negotiated a multi-million dollar settlement in a qui tam suit on behalf of the University of California and hundreds of millions of dollars in antitrust, securities and major fraud cases.
In the 1980s, Cotchett won mammoth judgments and settlements for investors in white-collar fraud cases, with jury verdicts of more than $200 million arising out of the collapse of the Technical Equities Corp. in San Jose. He is known nationally as the lead trial lawyer for 23,000 plaintiffs in the Lincoln Savings & Loan Association/American Continental Corp. downfall in 1990 involving Charles Keating and others. He won one of the then largest jury verdicts, $3.3 billion. He obtained nearly $300 million in settlements from lawyers, accountants and other professionals caught up in the scandal in a jury trial in Tucson, Arizona.

He has represented both the National Football League and teams since the early 1980s in various legal actions. As counsel for E. & J. Gallo Winery, he won a defense jury verdict in a celebrated trade dress infringement case involving a wine produced by Gallo and the firm regularly represents Gallo in numerous matters.

In recent years, Cotchett has taken on major corporate entities and Wall Street. He and the firm are involved in litigation resulting from nearly every major corporate scandal including Enron, Worldcom, Global Crossing, Homestore.com, Qwest, Montana Power Company, Lehman, Bank of America, Goldman Sachs and numerous others on behalf of private investors and public pensions. The firm has represented the California Public Employees' Retirement System,

34

California State Teachers' Retirement System, and the University of California Board of Regents, along with numerous political subdivisions of the state, such as counties, cities and districts.

In 2000, he served as trial counsel for Consumers Union, successfully defending the watchdog consumer group in a product disparagement and defamation suit. Isuzu Motors of Japan had sued Consumers Union for disparagement to the 1995-96 Trooper, claiming millions in damages. Following an eight-week trial, a jury ruled in favor of Consumers Union. Trial Lawyers for Public Justice honored Cotchett as "Trial Lawyer of the Year Finalist" in 2000 in honor of his "outstanding contribution to the public interest" through his work for Consumers Union. Also in 2000, Consumer Attorneys of California gave Cotchett its "Presidential Award of Merit." In 2004, he was the lead trial counsel for Consumers Union in a product defamation suit. The suit was dismissed in what was considered a major victory for a free press and the First Amendment.

Cotchett is involved in extensive pro bono work. In one such case, he brought a lawsuit against the United States Navy on behalf of 8,600 Amerasian children in the Philippines who were left in villages after the closing of the Subic Bay Naval Base. The case ended in a settlement giving direct U.S. aid to the children fathered by U.S. servicemen and a television documentary on the subject. He regularly takes on pro bono causes including environmental and public policy matters and the firm represents and advises several Native American groups.

In 2002, Cotchett successfully represented the Chief Justice of the California Supreme Court and the individual judges and members of the Judicial Council, in litigation brought against them by the New York Stock Exchange and the National Association of Securities Dealers. The two Wall Street forces had filed suit against the Judicial Council challenging the State of California on establishing guidelines for arbitrators who hear complaints from investors in the state.

Cotchett received his B.S. in Engineering from California State Polytechnic University, San Luis Obispo in June 1960, being named an Outstanding Graduate, and his J.D. from Hastings College of Law at the University of California in June 1964. In June 2002, Cotchett received an Honorary Doctor of Laws from Cal Poly and The California State University Board of Trustees. In May 2006, Cotchett received an Honorary Doctor of Letters from Notre Dame de Namur University. In May 2011, Cotchett received an Honorary Doctor of Letters from the University of San Francisco. In each case, he was the graduation speaker honored by the Universities.

Following California Polytech, he served in the U.S. Army Intelligence Corps, followed by years as a Special Forces paratrooper and JAG Corps officer, in the active reserves, and retired in 1991 with the rank of Colonel. He is a member of many veteran and airborne associations having served on active duty 1960-1961. From 2001 to 2005, he served on the board of the Army War College Foundation in Carlisle, Pennsylvania. The Foundation supports the prestigious Army War College at Carlisle Barracks, the graduate school for the senior commanders of all branches of the service, including officers from foreign allies.

He has been an active member of national, state and local bar associations, including the California, New York and District of Columbia bars. He is a Fellow of the prestigious American College of Trial Lawyers and The International Society of Barristers and an Advocate in the American Board of Trial Advocates. He also is a Fellow and former board member of The International Academy

35

of Trial Lawyers. A former Master of the American Inns of Court, he serves on various advisory boards for professional organizations.

He also has served on the Advisory Board of the Witkin Institute, the mission of which is to further B.E. Witkin's commitment to advancing the understanding of California law and improving the administration of justice.

He is the author of numerous articles and a contributing author to numerous magazines. His books include California Products Liability Actions, Matthew Bender; California Courtroom Evidence, LexisNexis; Federal Courtroom Evidence, LexisNexis; Persuasive Opening Statements and Closing Arguments, California Continuing Education of the Bar (1988); The Ethics Gap, Parker & Son Publications (1991); California Courtroom Evidence Foundations, Parker Publications (1993); and numerous law review articles. He is a prolific author of op-ed pieces and articles on public policy, environmental issues and public integrity. In 2002, he co-authored and published the book The Coast Time Forgot, a historic guide to the San Mateo County coast.

Cotchett serves on the Federal Judicial Advisory Committee that submits and reviews federal judicial nominations in California to President Obama. The committee was authorized by the Obama Administration and California's two Democratic senators, Dianne Feinstein and Barbara Boxer. Cotchett is Chair of the Boxer Committee for the Central District of California (Los Angeles) and advises statewide. Cotchett also serves on a Judicial Advisory Committee to Governor Jerry Brown on state judicial appointments.

Cotchett has lectured at numerous law schools including Harvard Law School, the University of Southern California, Georgetown Law Center, Stanford, Boalt, and his alma mater U.C. Hastings. His subjects include complex cases, evidence, trial practice and professional ethics. He also is a keynote public speaker and lecturer on contemporary subjects of law.

Cotchett has been honored by the State Bar of California by serving on the Board of Governors from 1972 to 1975. Cotchett served on the California Judicial Council from 1976 to 1980; the Board of Directors, Hastings College of Law, University of California for twelve years; California Commission on the Future of the Courts; the California Select Committee on Judicial Retirement, the California Blue Ribbon Commission on Children in Foster, the latter three appointed by the Chief Justice of California.

Cotchett's civic work includes past memberships on the board of directors of the San Mateo County Heart Association; San Mateo Boys & Girls Club (Past President); Peninsula Association of Retarded Children and Adults; Bay Meadows Foundation; Disability Rights Advocates; and numerous Bay Area organizations. He formerly served as a member of the board of Public Citizen in Washington, D.C. and served on the board of Earth Justice.

In 1996, Cotchett was awarded the Anti-Defamation League's Distinguished Jurisprudence Award. The award was established to recognize individuals in the legal community who have exhibited humanitarian concerns, and whose everyday actions exemplify the principals on which the Anti-Defamation League was founded.

In 1999, Cotchett was inducted by the State Bar of California to the Litigation Trial Lawyers Hall of Fame. This award is given to professionals who have excelled as trial lawyers and whose careers exemplify the highest values and professional attainment.

In 2000, the University of California, Hastings College of Law opened the Cotchett Center for Advocacy recognizing Cotchett as one of its outstanding graduates. Chief Justice Ronald M. George of the California Supreme Court and Associate Justice Anthony Kennedy of the U.S. Supreme Court honored Cotchett as speakers at the Founder's Day dedication of the center. In November of 2006, Notre Dame de Namur University in Belmont, California dedicated the Joseph W. Cotchett Business Lab for students.

In March of 2000, Cotchett was named to the California State Parks Commission by Governor Gray Davis. The commission establishes general policies for the guidance of the Parks Department in the administration, protection and development of the 260 state parks in the system. He served as Chairperson in 2002-2003.

In 2003, Cotchett was honored by Disability Rights Advocates for his nearly 40 years of civil rights work. At a San Francisco dinner in October attended by lawyers, judges and community leaders, this was how Cotchett was described:

*Joe Cotchett has been a champion for justice since his college days. As an engineering student in North Carolina, Joe challenged segregation by drinking from segregated water fountains and riding in the back of buses. Later, as a student at Cal Poly, in 1958 Joe successfully established the first integrated fraternity, which prompted the other fraternities on campus to follow suit.*
*Joe's legal career has involved representing the underdog and doing extensive pro bono work. His civil rights commitment has been leveraged over and over by his financial support of legal fellowships. He has given a 'kick-start' to the public interest careers of the new law graduates at Trial Lawyers for Public Justice, Public Citizen, Southern Poverty Law Center and Disability Rights Advocates. Through these fellowships, Joe has helped to ensure social change through law. Joe guided DRA as a board and litigation committee member from its infancy years into the defender of disability rights it has become today.*

In 2004, continuing a distinguished history of community and civic involvement, Cotchett endowed a $7 million fund to support science and mathematics teacher education at California State Polytechnic University to serve inner city and rural minority children. To honor Cotchett, the university renamed its landmark Clock Tower building the "Cotchett Education Building." The gift supports science and mathematics teacher education initiatives at Cal Poly through the University Center of Teacher Education and the College of Science and Mathematics.

In 2011, Cotchett was inducted into the prestigious American Trial Lawyer Hall of Fame for his work nationwide in civil rights, and litigation on behalf of the under-privileged in our society. In 2011, he received the Distinguished Service Award from the Judicial Council of California and named the Antitrust Lawyer of the Year by the State Bar. In April of 2011, he was honored by the California League of Conservation Voters with the Environmental Leadership Award and honored by the Consumer Watchdog with the Lifetime Achievement Award.

37

Cotchett and his family members are active in numerous Bay Area charitable organizations involving animals, children, women and minorities. They established the Cotchett Family Foundation that aids individuals and groups in need of assistance.

## FRANK M. PITRE

Frank M. Pitre a Partner at Cotchett Pitre & McCarthy, LLP is a San Francisco native, earned his B.S., *cum laude*, in Business Administration and his J.D. from the University of San Francisco. While at USF, Pitre served a legal externship with the California Supreme Court.

Considered to be one of the outstanding trial lawyers in areas of personal injury/wrongful death, consumer fraud and commercial torts, Pitre has won millions of dollars for victims of injustice. His skill as a trial lawyer has earned him recognition among his peers who have elected him as a member of the prestigious American College of Trial Lawyers, American Board of Trial Advocates, International Academy of Trial Lawyers, International Society of Barristers, and the National Board of Trial Advocacy.

Recently, Pitre recovered the largest individual wrongful death verdict in San Diego County history, when a jury awarded $17.4 million to the wife and three children of a high ranking U.S. Naval Officer, who was killed while riding his bike in a collision with an American Medical Response transport van. Mazurek, et al. v. American Medical Response, et al., San Diego Superior Court Action No. 10-83975 May 20, 2011. As a result, he was named a finalist for the 2011 Trial Lawyer of the Year by the Consumer Attorneys of California.

Currently, Pitre serves as Co-Lead Counsel for the Economic Loss Class Plaintiffs in the nationwide Toyota Sudden Acceleration Cases, having been appointed by Federal District Court Judge James Selna. In Re: Toyota Unintended Acceleration Marketing Sales Practices and Product Liability Litigation, MDL 2151 JVS. In addition, he was appointed Plaintiffs Liaison Counsel by San Mateo Superior Court Judge Steven L. Dylina, to spearhead the coordination and prosecution of over 200 claims against PG&E arising out of the San Bruno Fire which occurred on September 9, 2010, when a natural gas pipeline exploded. In Re: San Bruno Fire Cases, JCCP Action No. 4648.

In 2009, Pitre was recognized by the National Law Journal's "Plaintiff's Hot List" for his work as co-lead trial counsel in the In Re: Bextra and Celebrex Mktg., Sales Practices & Product Liability Litigation (MDL 1699), which culminated in Pfizer agreeing to pay $894 million to settle consolidated injury and class action cases related to its pain killers Bextra & Celebrex.
In 2006, Pitre obtained one of the largest verdicts in Sutter County history where he obtained over $45 million on behalf on an elderly minority shareholder who had been frozen out of participation in a lucrative family timber harvesting business. *Siller v. Siller*, Sutter County Superior Court Action No. CVCS01-1083.

He is a past president of Consumer Attorneys of California (CAOC), the 3,000-member group of lawyers dedicated to protecting and seeking justice for consumers.

Pitre served as liaison counsel and a member of the Plaintiffs Steering Committee in the Alaska Air Flight 261 air crash. In addition, he was a member of the Plaintiffs Executive Committee arising out of the Singapore Airlines Flight 006 air crash in Taiwan. Immediately prior to his committee appointments in Alaska Air and Singapore Airlines, he served as a member of the Plaintiffs Management Committee in the California Diet Drug Litigation where thousands of individuals were victimized by the diet pill combination Fen-Phen, which was condemned by the FDA for causing adverse health effects.

Pitre's numerous jury trials include a multi-million dollar wrongful death verdict in Orange County Superior Court in Santa Ana, California, against the State Department of Transportation, a highway contractor and a trucking company. The verdict, one of the largest of its kind for Orange County at the time, was affirmed on appeal, and as a result Pitre was a finalist for CAOC's Trial Lawyer of the Year award (2004).

Pitre served as co-lead trial counsel for Consumers Union, obtaining a defense verdict in favor of Consumers Union in a product disparagement case where the plaintiff, Isuzu Motors of Japan, sought damages of multi- million dollars. His work in defense of Consumers Union earned him recognition as a finalist for Trial Lawyer of the Year Award 2000.

Pitre won a multi-million dollar verdict for the victims of a high profile San Francisco balcony collapse. He also secured a significant verdict for compensatory and punitive damages before a San Francisco jury which found the defendant to have wrongfully deprived the plaintiff of her partnership interest in a successful business. In addition, he served as co-lead trial counsel with Joseph W. Cotchett for E. & J. Gallo, winning a landmark trade dress infringement case for the winery.

Pitre's notable federal class action cases include Livingston v. Toyota Motor Sales USA, Inc., involving a nationwide antitrust class action under the Sherman Act by purchasers of more than three million Toyota vehicles.

Pitre's experience in mass tort cases began in 1987 with the PSA Air Crash Cases, representing numerous plaintiffs in wrongful death actions following the crash of PSA Flight 1771, where he served as a member of the Plaintiffs Steering Committee, and later as plaintiffs co-lead trial counsel for the six-week jury trial which established the defendants' liability. The success of the PSA Air Crash Cases led to his appointment as a member of the Plaintiffs Steering Committee in Carnahan et al. v. State of California, which successfully resolved hundreds of claims for personal injuries and damages against more than 100 defendants.

Pitre is the author of numerous articles, including "Abuse of Process," California Tort Damages, California Continuing Education of the Bar, 1988; and "Tort Trends," The Docket, San Mateo County Bar Association, 1989-1994. He is co-author of "Jury Instructions: A Practical Approach to their Use," Civil Litigation Reporter, March, 1984; "Arguing Punitive Damages," Civil Litigation Reporter, California Continuing Education of the Bar, 1991; "Effective Opening Statements," California Litigation, Journal of The Litigation Section, California State Bar, 1991; "Jury Trial Tips: Witnesses," California Litigation, Journal of The Litigation Section, California State Bar, 1991; and "Winning Through a More Effective Direct Examination," California

Litigation, Journal of the Litigation Section, California State Bar, 1991. Since 1998 he has served as the author of the Annual Supplement to "California Personal Injury Proof," published by the California Continuing Education of the Bar.

Pitre has served on the faculty of the Hastings College of Advocacy and the University of San Francisco Trial Advocacy Program. He also has served as the Co-Chair and presenter at several Masters In Trial programs sponsored by the ABOTA Foundation.

## NIALL P. McCARTHY

Niall P. McCarthy, a Partner at Cotchett, Pitre & McCarthy, LLP, is a graduate of the University of California at Davis and Santa Clara University School of Law. He has practiced with the firm since 1992.

McCarthy has repeatedly been selected as one of the top plaintiff attorneys in California and the United States by multiple publications, including the Daily Journal, the National Law Journal, Lawdragon Magazine and Super Lawyers Magazine. He has received a California Lawyer Magazine Attorney of the Year (CLAY) Award. From 2004 to 2014 he was selected as a Northern California "Super Lawyer" by San Francisco Magazine. McCarthy has been named a Top 100 attorney by the Daily Journal and Super Lawyers Magazine. He has the highest possible rating, AV, from Martindale-Hubbell. In 2013, McCarthy was awarded the Trial Lawyer of the Year Award by the San Mateo County Trial Lawyers Association. He has also been elected to the American Board of Trial Advocates (ABOTA).

McCarthy has represented qui tam Relators in False Claims Act cases in state and federal courts. McCarthy handled the Hunter Laboratories Litigation in which he negotiated the then largest False Claims recovery in California history, $301 million. In the mid 1990s, he was the lead attorney in a groundbreaking case brought under the California False Claims Act on behalf of the University of California San Francisco with respect to direct and overhead costs to the university. McCarthy has extensive experience pursuing false claims cases arising out of health care fraud and other industries against the government. He coauthored the articles "Qui Tam Litigation, A Primer for the General Litigator," "Answering the Call: Attacking Healthcare Fraud with the False Claims Act," "Recent Developments in False Claims and Healthcare Litigation," and "False Claims Act Fundamentals." He has worked with the Department of Justice and Attorneys General offices throughout the United States on False Claims cases.

McCarthy has handled many consumer fraud class actions. He has acted as Co-Lead National Class Counsel in actions against some of the largest banks and credit card companies in the country, which returned hundreds of millions of dollars to consumers. He is the author of "Home Equity Loss in California Through Predatory Lending," "Combating Predatory Lending in California," and has spoken in many forums on consumer fraud.

McCarthy also has practiced extensively in the area of elder abuse, including obtaining multi-million dollar recoveries on behalf of senior citizens in actions involving reverse mortgages. He has been retained by San Mateo County, Santa Clara County, Alameda County and Santa Cruz County to prosecute financial elder abuse cases. In addition, he has handled many notable cases against nursing homes, including well-publicized actions for the families of three victims who died

40

at a San Mateo County nursing home during a heat wave, and an action on behalf of a developmentally disabled person who was severely burned while left unattended in a nursing home shower.

McCarthy authored "The Elder Abuse Statute: California's Underutilized Law," "Elder Abuse: Recent Legal and Legislative Developments," "Financial Elder Abuse in Real Estate Transactions Under the 2000 Revisions to the Elder Abuse Act" and "Elder Abuse Claims Not Subject to MICRA." He is a frequent speaker on elder abuse and has been featured in California Lawyer with respect to his work for seniors.

McCarthy has received many legal service awards including the Marvin Lewis Award for the Consumer Attorneys of California for guidance, loyalty and dedication, the William Nagle, Jr. Memorial Award from the San Mateo County Bar Association for innovations in the law and for professionalism, the Community Service Award from Santa Clara University School of Law for his work on behalf of consumers, the Bar Association of San Francisco's Award of Merit, the Access to Justice Award from the Lawyer's Club of San Francisco, the California Supreme Court Chief Justice's Award for Exemplary Service and Leadership, the Stanley Mosk Defender of Justice Award and the State Bar of California Presidential Award for Access to Justice.

McCarthy's other notable cases include compelling an insurance company to pay for a lifesaving bone marrow transplant for a cancer patient, and obtaining a punitive damage jury verdict in a case which unveiled a multi-state health insurance fraud. McCarthy obtained a defense award on a multi-million dollar fraud claim against his clients, and obtained a million-dollar recovery for the same clients on a cross-complaint in a year-long arbitration arising out of a failed healthcare industry merger. As co-lead counsel, he tried an action on behalf of the victims of a balcony collapse in San Francisco which resulted in a $12 million verdict. He served as lead class counsel obtaining a $15 million dollar verdict against Old Republic Title Co. after a trial in San Francisco Superior Court. He also obtained a substantial verdict against the government in a high profile FTCA case after a trial in federal court. He obtained a punitive damage jury verdict after trying an elder abuse case against a nursing home. In 2014, he won a unanimous jury verdict in a hotly contested financial elder abuse trial involving the misappropriation of a senior citizen's life savings. McCarthy has tried a variety of cases in state and federal court, including class actions. He has also won multiple FINRA arbitrations.

McCarthy is a past president of the Consumer Attorneys of California and the San Mateo County Trial Lawyers. He was chairman of the Business Litigation Section of the San Mateo County Bar Association. He is currently a co-chair of the Open Courts Coalition, a diverse group of attorneys from all practice areas in California whose goal is to restore court funding. McCarthy has been an MCLE panelist on many topics including courtroom conduct, complex litigation, financial fraud, financial and physical elder abuse, the fundamentals of business litigation, Business and Professions Code 17200, predatory lending, qui tam actions, discovery for trial, trial of class actions, the Consumer Legal Remedies Act and taking effective depositions. He also is active in various Peninsula community activities, including having served as chairman of the Board of Directors of Community Gatepath, a nonprofit organization which benefits children and adults with disabilities. McCarthy received ABC 7/KGO TV's "Profiles of Excellence" Award for his work on behalf of Community Gatepath.

**MARK C. MOLUMPHY**

Mark C. Molumphy, a Partner at Cotchett, Pitre & McCarthy, LLP is a native of the Bay Area, born in San Mateo, California. Molumphy is a graduate of the University of California, Berkeley and University of San Francisco School of Law. Molumphy joined Cotchett, Pitre & McCarthy in 1993, practicing civil litigation with an emphasis on complex business disputes, securities, antitrust, insurance bad faith, and products liability.

In 2020, Molumphy was selected as one of the Top 100 attorneys in California by the Daily Journal, and one of the Top 100 Northern California attorneys by Super Lawyer. Molumphy has also been recognized by the Consumer Attorneys of California Attorney, including a nomination for Attorney of the Year based on his work as lead counsel for a nationwide class of investors in Medical Capital, which operated a massive Ponzi Scheme. Molumphy helped to secure over $173 million in settlements, the largest Ponzi Scheme recovery in California history, impacting hundreds of elderly victims.

Molumphy has extensive experience in consumer and investor fraud class actions and derivative actions, including Smith v. Merrill Lynch (Orange County Bond Litigation), Estate of Jim Garrison v. Warner Bros. Inc., Campbell v. Acclaim Entertainment, Inc., In re Pilgrim Securities Litigation and the Central Bank Litigation. Molumphy served as lead counsel in the groundbreaking Apple stock option backdating litigation, the Informix securities litigation which involved the restatement of revenues in excess of $300 million, and on the Sybase, CBT, Rational Software, and HP derivative cases, resulting in millions of dollars recovered for the companies and their shareholders. Molumphy also negotiated multi-million dollar settlements on behalf of former shareholders of Bay Meadows Race Track and mutual fund shareholders of Janus. Molumphy also represented numerous cities and counties in California related to their investment losses in Lehman Brothers, Washington Mutual and AIG, amongst others.

Molumphy served as lead counsel in some of the most significant class and derivative actions in the United States, including the Wells Fargo derivative action relating to the bank's creation of fictitious customer accounts, the Yahoo derivative action relating to two of the largest user data breaches in United States history, and the Intel derivative action relating to the delayed revelation of chip defects after the Company's CEO dumped a large number of his shares. Molumphy also served as co-lead counsel in several investor class actions filed on behalf of IPO and pre-IPO investors in companies such as Oportun, ProNAi, LendingClub and Alibaba, recovering tens of millions of dollars for investors.

Molumphy is very active in community affairs, and served for years on the Board of Directors and as a volunteer for the Legal Aid Society of San Mateo County, which provides free legal services to low-income children, families and seniors. He also has been appointed counsel by the Federal Court as part of the court's pro bono program.

In September 2007, the Parca Auxiliary honored Molumphy and Cotchett, Pitre & McCarthy with "Parca's Angel Award." Molumphy accepted the award in recognition of the law firm's work with and contributions to Parca Organization, a private nonprofit association that serves people with developmental disabilities and their families in the Bay Area. In 1996, Molumphy was presented

the Community Service Award by the Jack Berman Advocacy Center of the American Jewish Congress for his work on the landmark 101 California Shooting Litigation.

Molumphy is a frequent speaker on complex litigation and co-authored "Punitive Damages: How Much Is Enough?" Civil Litigation Reporter, CEB, 1998. He also has appeared as a panelist on programs, including "Strategic Tips For Successfully Propounding and Opposing Written Discovery," "Punitive Damages: Maximizing your Client's Success or Minimizing Your Client's Exposure," "Developments in Class Action Litigation," and "FDA 2009 - Key Issues Facing Life Sciences Companies."

## PAUL N. "PETE" McCLOSKEY

Paul N. "Pete" McCloskey, Jr., a Partner at Cotchett, Pitre & McCarthy, LLP is considered to be one of the country's great trial lawyers, as well as a great public servant and war hero.

A renowned attorney who has tried over 100 jury trials, McCloskey began his law career as Deputy District Attorney for Alameda County, and then as the founding partner in the law firm of McCloskey, Wilson & Mosher, which evolved into the firm of Wilson, Sonsini, Goodrich & Rosati.

During his law career, McCloskey served as President of the Palo Alto Bar Association, President of the Conference of Barristers of the State Bar of California and as a Trustee of the Santa Clara Bar Association.

McCloskey received his B.A. from Stanford University and his J.D. from Stanford Law School. He has written four books and has taught legal ethics and political science at Stanford and Santa Clara Universities. His books include: Guide to Professional Conduct for New Practitioners, California State Bar (1961); The U.S. Constitution, BRL (1961); Truth and Untruth: Political Deceit in America, Simon & Shuster (1971); and The Taking of Hill 610, Eaglet Books (1992), describing his service in Korea.

Following Stanford University, he joined the Marine Corps as an officer and served in the Korean War. While in the Marine Corps section, McCloskey commanded a reserve rifle company at San Bruno, California from 1953 to 1960. A recipient of the Navy Cross for extraordinary heroism, the Silver Star for bravery in combat and two Purple Hearts, McCloskey was a platoon leader and company commander. He retired from the Reserve with a rank of Colonel.

McCloskey served from 1967 to 1983 in the U.S. House of Representatives and was re-elected seven times representing the San Francisco Peninsula and Silicon Valley. He served six years as Congressional Delegate to the International Whaling Conference, and as Congressional Advisor to the Law of the Sea Treaty Delegation. An ardent environmentalist, he was co-chair of the first Earth Day in 1970 with Senator Gaylord Nelson. In 1972, he ran for President on an anti-Vietnam War platform against Richard Nixon. One of McCloskey's enduring legacies is his co-authorship of the 1973 Endangered Species Act. After serving in Congress for 15 years, McCloskey returned to private practice, taking on tough complex cases.

McCloskey has served as a Trustee for the Monterey Institute of International Studies, the Population Action Institute, and the U.S. Marine Corps Academy in Harlingen, Texas. Appointed by President George H. W. Bush and elected its first chairman, McCloskey served on the U.S. Commission on National and Community Service from 1990 to 1992.

McCloskey served on the Advisory Council to the American Land Conservancy. He has been at the forefront in helping Afghanistan and Iraq war veterans receive college educations upon their return from duty. He serves on the Board of Advisors of The Fund for Veterans' Education.
A film was done on the life and times of Pete McCloskey entitled, American Maverick. The film is narrated by the late Paul Newman who said, "Pete McCloskey has spent his life fighting for peace" and "without doubt he will always be leading from the front."

## ROBERT B. HUTCHINSON

Robert Hutchinson, a Partner, heads up the Cotchett, Pitre & McCarthy Los Angeles office. Hutchinson is a veteran trial lawyer having tried over 30 jury trials in Federal and State courts and numerous complex arbitrations and court trials.  In 2000 he won a $ 4.9 million verdict for a client who lost his right leg above the knee, believed to be the largest verdict to that time for that type of injury in the State of California.

Hutchinson successfully argued the case of *Vanhorn v. Torti* (2008) 45 Cal 4th 322 before the California Supreme Court and secured a multi-million dollar settlement for client.

Hutchinson specializes in Personal Injury trial practice, emphasis in product liability, Consumer Protection, Securities Fraud and Consumer Class Actions.

## NANCI E. NISHIMURA

Nanci E. Nishimura, a Partner at Cotchett, Pitre & McCarthy, LLP practices civil litigation focusing on antitrust, business litigation and consumer class actions.  Nishimura received a B.A. in Psychology and M.A. in International Relations from the University of Southern California. Following a career in the United States and Japan as a business development and marketing consultant, she received her J.D. from the Columbus School of Law at the Catholic University in Washington, D.C. She worked at the Overseas Private Investment Corporation, the International Trade Commission and served as a Legislative Analyst to Senator Daniel Inouye.

Nishimura's experience in civil and criminal appellate litigation includes First and Fourth Amendment and civil rights. She wrote the brief on the merits and appeared before the United States Supreme Court in *Hanlon v. Berger*, 526 U.S. 808 (1999). She co-authored, "An Invasion of Privacy: The Media's Involvement in Law Enforcement Activities," 19 Loy. L.A. Ent. L.J. 313 (1999). Published cases, among others, include Berger v. CNN Inc., 188 F.3d 1155 (9th Cir. 1999); *Ayeni v. Mottola*, 35 F.3d 680 (2d Cir. 1994), cert. denied, 514 US 1062 (1995), aff'g Ayeni v. CBS Inc., 848 F. Supp. 362 (E.D.N.Y. 1994); *Brunette v. Humane Society of Ventura County*, 294 F.3d 1205 (9th Cir. 2002); *Aquila, Inc. v. Superior Court*, 148 Cal. App. 4th 556 (2007); *Regents of University of California v. Superior Court*, 165 Cal. App. 4th 672 (2008).

44

Nishimura was appointed by Governor Jerry Brown to the 11 member Commission on Judicial Performance (2011-2015); formerly served on the State Bar Judicial Nominees Evaluation Commission (JNE) for the 2005-2008 term; on the Board of Governors and first Vice President for the California Women Lawyers (District 3). She is also a member of the San Mateo and Los Angeles County Bar Associations, Consumer Attorneys of California, Association of Trial Lawyers of America, and the American Bar Foundation. She is a frequent lecturer for California Women Lawyers, and past member of the LACBA Litigation Section Trial Practice Inn of Court.

Nishimura is on the Board of Trustees of the California Science Center Foundation, a joint state-private facility created to promote science education throughout California, and past president of the Board of Directors of The MUSES of the California Science Center Foundation. She is a frequent speaker to promote science and math education in California. In addition, she is on the Board of Trustees of the Asian Art Museum in San Francisco; the Rotary Club of San Mateo; and the creator of Storytime for Children with Abby Rabbit, an interactive reading and development program for children.

## JUSTIN T. BERGER

Justin T. Berger, a Partner at Cotchett, Pitre & McCarthy, LLP focuses on false claims act litigation, consumer protection, financial elder abuse, employment law, and other complex civil litigation.

Berger has been recognized as one of the top young litigators in California. In 2012, Justin was included in The Recorder's "Lawyers on the Fast Track," as one of the top 50 attorneys in California with less than 10 years of practice. Also in 2012, Berger received a California Lawyer Magazine Attorney of the Year (CLAY) Award, along with Niall McCarthy. From 2009 to 2012, Justin has been selected as a Northern California "Rising Star" by Northern California Super Lawyers and San Francisco Magazine. In 2008, Berger was selected as a finalist for the 2008 Consumer Attorney of the Year Award by the Consumer Attorneys of California, for his work on *Komarova v. National Credit Acceptance*. In 2011, Berger was again selected as a finalist for Consumer Attorney of the Year along with Niall McCarthy, for their work in recovering a record $300 million on behalf of the State of California in a case brought under the California False Claims Act.

Berger received his Bachelor of Arts from Yale University, graduating *cum laude*, with Honors in the Major. He received his J.D. from the University of California, Berkeley School of Law (Boalt Hall). At Boalt, Justin was a member of the California Law Review and the LAS-ELC Workers' Rights Clinic. In addition, through Boalt's International Human Rights Law Clinic, Justin served on the trial team that successfully prosecuted the case Yean and Bosico v. Dominican Republic before the Inter-American Court of Human Rights.

Following law school, Justin clerked for U.S. District Court Judge Susan Illston of the Northern District of California.

Prior to law school, Berger served for two years as a United States Peace Corps Volunteer in Ecuador.  Berger also served for a year as an AmeriCorps VISTA volunteer at Casa Cornelia Law Center, a non-profit immigration law firm in San Diego.  Berger is fluent in Spanish.

Berger is the President of the San Mateo County Barristers, and is active in the Northern California Peace Corps Association.  Berger is a member of the San Mateo County Bar Association, Consumer Attorneys of California, American Business Trial Lawyers, and the San Mateo County Trial Lawyers Association.

## ANNE MARIE MURPHY

Anne Marie Murphy, a Partner at Cotchett, Pitre & McCarthy, LLP, practices civil litigation focusing on complex commercial litigation, class actions, consumers' rights, and elder abuse (including both financial abuse and nursing home abuse).

Murphy received her Bachelor of Arts in Science & Technology from Vassar College. She received her J.D. from the Georgetown University Law Center. While attending Georgetown, she worked as a Legislative Assistant in the U.S. Senate.

After graduating from law school, she practiced law in San Francisco, handling a caseload ranging from complex commercial litigation to regulatory approvals of mergers and acquisitions of regulated utilities. She also worked on a pro bono basis for the AIDS Legal Referral Panel.
In *Komarova v. National Credit Acceptance, Inc.*, Murphy, along with Justin T. Berger, obtained a jury verdict against a credit card collection agency following a two week trial in January 2008. The jury found for the plaintiff both on her intentional infliction of emotional distress and California Fair Debt Collection Practices Act claims, resulting in both a compensatory and punitive damages award. On appeal, several important issues of first impression were decided in the Plaintiff's favor, as reflected in the published decision: *Komarova v. National Credit Acceptance, Inc.*, 175 Cal. App. 4th 324 (Cal. App. 1st Dist. 2009).

Murphy has practiced extensively in the area of elder abuse, handling many notable cases against nursing homes. Murphy has also acted as co-lead counsel in several consumer class actions which have returned millions of dollars to consumers across the country.  Murphy has tried several cases to verdict.

Murphy is a member of Consumer Attorneys of California, the American Association for Justice, the San Mateo County Bar Association, the San Mateo Trial Lawyers Association, and is a lifetime member of California Women Lawyers.

Murphy serves on the Board of Directors of Consumer Attorneys of California (CAOC) and has been Co-Chair of the Donald L. Galine Tahoe Seminar since 2010.  She also Co-Chaired CAOC's Class Action Seminar for several years. Ms. Murphy was elected to the CAOC Board of Governors in 2009 and again in 2010. In 2010, Ms. Murphy was appointed to serve on the Board of Directors of CAOC, she was then elected to the Board of Directors in 2011 and every year following. Ms. Murphy is the former Chair of the CAOC Women's Caucus.

46

In 2010, Murphy was appointed as a Commissioner on the California Commission on Access to Justice. The Commission plays a vital role in bringing together the three branches of government, judges, lawyers and civic and business leaders to find long-term solutions to the chronic lack of legal assistance available to low-income and vulnerable Californians.  Murphy continues to serve on the Commission.

Murphy previously served on the Board of Directors of the State Bar of California, California Young Lawyers Association (CYLA) (2009 -2011); as well as the Board of Directors of the San Mateo County Barristers (2008-2009).

Murphy has provided frequent commentary on consumer rights issues, including binding mandatory consumer arbitration, and has appeared on local as well as national news broadcasts including ABC 7 On Your Side (Cable 7), View From The Bay, and Good Morning America (ABC). Ms. Murphy's articles include: "Same Road, Different Stops" (Elder Abuse Litigation), The Docket, San Mateo County Bar Association, Volume 49, No. 1, Jan/Feb 2013.  Ms. Murphy's speaking engagements include: Panelist: "Elder Abuse Litigation," San Mateo County Bar Association, 2011; "Elder Abuse Litigation," State Bar of California Annual Convention, 2010; "Handling Cases Involving Physical and Financial Elder Abuse," CYLA, State Bar of California Webinar, 2010; "Winning Cases in Securities Arbitration," State Bar of California Annual Convention, 2010; "Securities Arbitration," CYLA, State Bar of California Webinar 2010; "Winning Trials through Motions in limine," 2010; Moderator, "Preparing for Trial," Consumer Attorneys of California, 2011; Moderator, "CSI Effect" CAOC Tahoe 2012; Panelist, "Financial Elder Abuse Litigation: Assessing, Preparing and Presenting Claims", Legal Assistance for Seniors ("LAS") 2012 Annual Convention; "Credit Counseling Class Actions and the CROA", CAOC Beaver Creek Conference 2012; Elder Abuse Litigation: Getting To Verdict Or Settlement In Tough Economic Times And Checklists For Settlement," CAOC 51st Annual Convention 2012; "Ethical Issues in Lawyer Communications," San Mateo County Bar Association 2013; "Elder Abuse Litigation: Sharpening Skills in Physical and Financial Abuse Cases" LAS 2013 Annual Conference; "PAPANTONIO: THE CONSERVATIVE WAR ON CONSUMER PROTECTIONS (VIDEO)," broadcast, Ring of Fire, August 4, 2013; "Is Major League Baseball the ONLY Business to Have an Antitrust Exemption?" Santa Clara University, September 27, 2013; "Ethical Issues Emerging From The Patient-Client Relationship" CAOC Annual Convention, San Francisco, November 16, 2013; Co-Chair/Moderator CAOC 2014 Class Action Seminar; Co-Chair/Moderator CAOC Political Training, May 5, 2014; "Cy Pres in Class Action Settlements: How to Do It Right and Benefit Legal Service", Impact Fund Webinar, July 28, 2014; Moderator, "Dos and Don'ts in the Courtroom" CAOC 53rd Annual Convention, San Francisco November 14, 2014; "CCRC Litigation" California Advocates for Nursing Home Reform (CANHR) Annual Convention, Monterey, November 21, 2014; "Elder Law and Continuing Care Retirement Communities (CCRCs)" CAOC Hawaii Seminar, December 1, 2014; Co-Chair CAOC/SFTLA/BASF 2015 Class Action Seminar, February 10, 2015.  "Continuing Care Retirement Communities: Current Developments," California Advocates for Nursing Home Reform (CANHR) Annual Convention, November 2015; "Amendments to the Federal Rules of Civil Procedure," CAOC 2015 Hawaii Seminar, November 30, 2015; CAOC Class Action and Mass Torts 2016 Seminar, San Francisco, Co-Chair and Moderator; "Why aren't more female lawyers making it to trial?." SFTLA, January 7, 2016; "Trial Skills: The Ins And Outs Of Handling Witnesses (Roundtable Discussion)," CAOC 2016 Sonoma Seminar, Moderator; Co-Chair of the CAOC 2016 Sonoma Seminar; "Continuing Care Retirement Communities: Continuing Care

Contracts/Frequently Asked Questions" CANHR Webinar, April 20, 2016; Presentation to CANHR CCRC Panel, April 30, 2016; Litigating in Probate Versus Civil Court: Factors to Consider, Legal Assistance for Seniors Conference, May 17, 2016; Transparency in Supply Chains Litigation: Plaintiff, Defense and Human rights perspectives, July 28, 2016, Sponsored by the California State Bar Antitrust, UCL and Privacy Law Section; Elder Abuse a Growing Epidemic, CAOC Annual Convention, San Francisco, November 12, 2016; Continuing Care Retirement Communities (CCRC) Litigation, Plenary Session, CANHR Annual Conference, Monterey, November 19, 2016; "Litigating Human Rights Cases Under the UCL," CAOC Hawaii Seminar, Maui, November 28, 2016; "Litigating Human Rights Class Actions," CAOC/SFTLA Class Action Seminar, San Francisco, February 7, 2017; Preparing for the First Day of Trial, SFTLA Seminar, February 21, 2017; Elder Abuse Roundtable, SFTLA, May 9, 2017.

Murphy is involved in a number of community organizations in the Bay Area. Among other community activities, Ms. Murphy served on the Board of Directors of Seven Tepees Youth Program for a number of years, including as board Secretary. Seven Tepees is a non-profit serving promising urban youth in San Francisco, which provides comprehensive services to youth from 5th to 12th grade, including mentoring, academic support and college and career counseling. Ms. Murphy now serves on the Advisory Board.

In 2015, Murphy joined the Board of Directors of California Advocates for Nursing Home Reform ("CANHR"). CANHR is one of the largest and most respected non-profits in the country devoted to the protection of senior citizens. For the past 30 years, CANHR has educated and supported consumers and advocates regarding the rights of California seniors, through direct advocacy, community education, legislation and litigation.

In 2008, Murphy was selected as a finalist for the 2008 Consumer Attorney of the Year Award by CAOC. In 2009, 2010, 2011 and 2012 Ms. Murphy was selected as a Northern California "Rising Star" by Northern California Super Lawyers and San Francisco Magazine. In 2013 and every year since Murphy has been selected as a Northern California "Super Lawyers" by Northern California Super Lawyers and San Francisco Magazine. In 2016 she was named to Super Lawyers' Top 100 Northern California Attorneys.

In May 2015, the Daily Journal named Murphy in its Top Women Lawyers edition as one of the "100 leading women lawyers in California." Also in 2015, Murphy was named as one of the 25 top Plaintiff attorneys by the Daily Journal in its inaugural list of 25 top Plaintiff attorneys.

## ADAM J. ZAPALA

Adam J. Zapala, a Partner at Cotchett, Pitre & McCarthy, LLP, focuses on antitrust, false claims act litigation, consumer protection and class actions generally.

Zapala received a B.A. from Stanford University and his J.D. from University of California, Hastings College of the Law. While at Hastings, Zapala received awards for best moot court brief, the Pro Bono Publico award, most outstanding student in Group Advocacy and Systemic Reform, and Excellence for the Future Award in Pre-trial Practice.

Previously, Zapala worked at Davis, Cowell & Bowe, LLP. in San Francisco, where he represented labor unions, Taft-Hartley Pension and Health & Welfare funds, employees and consumers in complex litigation, arbitration and NLRB proceedings. While at DCB, Zapala served as trial counsel in countless arbitrations on behalf of labor unions and employee benefit funds. He has argued cases before the California First, Third, and Sixth District Court of Appeal.

Zapala also previously served as a staff attorney with Bay Area Legal Aid, where he focused on representing indigent clients in a wide variety of civil litigation matters. While there, Zapala developed expertise in Medi-Cal, Medicare and other publicly-financed healthcare systems. While in law school, Zapala also worked for the public interest law firms of Public Advocates, Inc. and Public Justice, focusing on civil rights class action litigation.

Zapala also has legislative and policy experience, working on Capitol Hill as a policy aide for Senator Ron Wyden (D-Oregon) in Washington D.C.

Zapala has deep ties to the Bay Area. He grew up in San Jose, California and attended Bellarmine College Preparatory. While at Stanford University, Zapala became a four-time Academic All-American, a four-time All-American, and Captain of the Stanford Men's Soccer Team. In 2001, he was drafted in the Major League Soccer ("MLS") Super Draft by the Dallas Burn (now FC Dallas).

## BRIAN DANITZ

Brian Danitz, a Partner at Cotchett, Pitre & McCarthy, LLP, has substantial experience representing clients in state and federal litigation, arbitration, internal investigations, and government investigations, involving commercial disputes, corporate and securities fraud, shareholder litigation, consumer class actions, antitrust and employee whistleblower complaints. His practice includes all aspects of civil litigation in state and federal courts, in matters involving complex issues including allegations of securities law violations, shareholder disputes including involving breach of fiduciary duty and corporate governance, trade secret violations, and commercial disputes.

Prior to joining Cotchett, Pitre & McCarthy, LLP, Danitz worked at a large law firm in Silicon Valley, representing clients in commercial litigation, securities litigation, and government enforcement matters.

Prior to becoming a lawyer, Danitz was a documentary filmmaker and producer of new media. Danitz was the cinematographer for the Oscar-winning documentary *Bowling for Columbine*, Oscar-nominated film *Sound and Fury*, and Emmy Award winner *TV Nation*, and directed *Ecological Design: Inventing the Future*, *Objects and Memory*, and *N is for Nuclear*, among other films.

Danitz received his J.D. from Fordham University School of Law, *cum laude*, where he was the Symposium Editor of the Fordham Intellectual Property, Media and Entertainment Law Journal. Danitz received B.F.A. and M.P.S. degrees from New York University.

## ALISON CORDOVA

Alison E. Cordova, a Partner at Cotchett, Pitre & McCarthy, LLP, practices in a wide range of civil litigation areas including class actions, personal injury, wrongful death, and consumer fraud.

Cordova received her J.D. from the University of California, Hastings College of the Law where she graduated *cum laude*. While at Hastings, Cordova won the Witkin Award and the Cali Award for being the top student in Negotiation and Settlement and was published in the Hastings' Constitutional Law Quarterly. Upon graduation, she received highest honors for outstanding achievement in pro bono from Hastings and the California State Bar.
Prior to law school, Cordova received her Bachelor of Arts Degree in Political Science and Pre-Law from Columbia University. While at Columbia, Cordova competed as a member of the varsity softball team and was elected by her teammates to represent their interests to the Undergraduate Athletic Council.

Cordova is a member of the Executive Committee of the San Francisco Bar Association's Barristers Business, Commercial, and Bankruptcy Law Section, and has presented to the San Francisco Bar Association, the San Francisco Lawyers' Network, and the Rossmoor Elder Advocates Club.

## ALEXANDER BARNETT

Alex Barnett, a Partner at Cotchett, Pitre & McCarthy, LLP, specializes in class actions involving: antitrust and securities law violations; consumer fraud; negligent product design and manufacture; wage and overtime disputes; civil rights violations; and violation of environmental laws.  He also handles mass tort litigation.

Representative class action cases include: *Turner v. General Electric Company*, No.  2:05-CV-186-FtM-33DNF (M.D. Fla.) (claims by purchasers of allegedly defective General Electric refrigerators); *Staton v. IMI South, LLC*, No.  03-CI-588 (Ky. Cir. Ct.) (claims by purchasers of defective concrete for repair of home foundations and flatwork); In re Bridgestone/Firestone Inc., ATX, ATX II and Wilderness Tires, MDL No. 1373 (S.D. Ind.) (claims by purchasers of allegedly defective tires), *Gori v. Merck & Co., Inc.*, No.: 04L1254 (claims by purchasers of Vioxx for refund of purchase price); and *Harman v. Lipari* (claims for medical monitoring for residents of neighborhood bordering a Superfund site in New Jersey).  Barnett also has represented individuals injured by pharmaceutical products such as Redux and Pondimin, Baycol, Serzone, and Vioxx.  In addition, Barnett served as counsel for the cities of Boston, Los Angeles, Philadelphia, and San Francisco against the handgun industry and as counsel for the City of Milwaukee in a case against the lead pigment industry.

Barnett has served as a lecturer on class actions, serving as a Panel speaker at the First Annual National Class Actions Symposium (Osgoode Hall Law School, Toronto, Canada) and the Third Annual Class Actions for Non-Class-Action Lawyers - Growing Your Business by Understanding the Basics and Recognizing Opportunities.

Prior to entering private practice, Barnett served as the Executive Director of the International Association of Jewish Lawyers and Jurists ("IAJLJ"), American Section, an organization dedicated to promoting human rights and the rule of law.

Before his tenure at the IAJLJ, Mr. Barnett served as the Democratic Party nominee for the New York State Assembly in New York's 17th Assembly District.

## ERIC BUESCHER

Eric Buescher, a Partner at Cotchett, Pitre & McCarthy, LLP, focuses on consumer fraud, elder abuse, false claims litigation and employment litigation. Buescher received his Bachelor of Arts in Political Science, with a focus on International Relations from Duke University. After graduating, Buescher worked as a researcher in Washington, DC assisting law firms with complex research projects for active litigation matters.

Subsequently, Buescher received his J.D. from Georgetown University Law Center. While at Georgetown, Buescher was a member of the Georgetown Journal on Law and Public Policy and published an article regarding Fifth Amendment takings as they relate to affordable housing and the Department of Housing and Urban Development titled "Home Robbery: Congress and HUD's Taking of Private Property in Affordable Housing." 7 Geo. J.L. & Pub. Pol'y 571 (2009).

Buescher is a member of San Mateo Trial Lawyers Association and Consumer Attorneys of California.

## ELIZABETH CASTILLO

Elizabeth Castillo, a Partner at Cotchett, Pitre & McCarthy, LLP, focuses her practice on antitrust law and complex litigation.

Castillo received her B.A. in Economics and Political Science, with a concentration in Public Policy, from Boston University. At BU, she interned and studied abroad in London and Sydney during her third year.

Castillo received her J.D. from the University of California, Hastings College of the Law. At UC Hastings, she was a super-regional semifinalist in the Jessup International Law Moot Court Competition. She also received honorable mentions for both best brief and best oral advocacy in Moot Court. Ms. Castillo served as a judicial extern for the Honorable A. James Robertson II in San Francisco Superior Court and as a teaching assistant for both Legal Writing & Research and Moot Court. She studied international business law at Bocconi University in Milan for a semester.

In law school, Castillo mentored underserved high school students on preparing for college. While awaiting bar results, she served as a graduate fellow at Bay Area Legal Aid, where she advocated for the rights of disadvantaged people to health and disability benefits.

51

Castillo has national and state legislative experience. She interned for U.S. Representative Neil Abercrombie (D-Hawaii; now Governor of Hawaii) in Washington, D.C. and State Representative Scott Nishimoto (D-Hawaii) in Honolulu.

Castillo grew up in Honolulu and graduated from 'Iolani School, but she has been actively laying roots in the Bay Area. She enjoys the food scene in San Francisco, the hiking trails in Marin, and volunteering for the family law section of the Bar Association of San Francisco.

## JULIE L. FIEBER

Julie L. Fieber, a Partner at Cotchett, Pitre & McCarthy, LLP, focuses on a wide range of civil litigation areas including environmental claims, trade secrets, consumer fraud and employment. Before joining Cotchett, Pitre & McCarthy, Fieber practiced law in San Francisco, handling complex commercial disputes on topics that included securities, wage and hour claims, government contracts, and construction defects.

Fieber graduated *summa cum laude* from the University of San Francisco School of Law. At USF, Fieber served on Law Review, was a Dean's Scholar, and won Cali Awards for being the top student in torts, civil procedure, contracts, legal research and writing, criminal law, complex civil procedure, and wills and trusts. Ms. Fieber also was an extern law clerk to Associate Justice Ming W. Chin of the California Supreme Court (Fall 1998).

Prior to law school, Fieber earned a B.S. degree in Chemical Engineering from U.C. Santa Barbara, where she was a Regent's Scholar and a member of the women's crew team. After graduating from UCSB, Ms. Fieber spent several years working as a consulting engineer for a mix of government and industry clients. Her primary focus was evaluating the environmental impacts of new vehicle technologies and fuels. Highlights included managing the emissions modeling for the Auto-Oil Air Quality Improvement Research Program, an industry-lead effort to evaluate the regional environmental impacts of new vehicle fuels and technologies. Ms. Fieber also conducted community and stakeholder outreach related to a variety of clean air programs, and developed and conducted courses on emissions modeling and regulations. Ms. Fieber is also a Registered California Professional Engineer in Chemical Engineering.

## DUFFY J. MIGILLIGAN

Duffy J. Magilligan is a Partner at Cotchett, Pitre & McCarthy, LLP, practicing in a wide range of civil litigation areas including class actions, personal injury, wrongful death, and mass torts.

Prior to joining CPM, Magilligan was a deputy district attorney in Santa Clara County (2012–18) and Contra Costa County (2008–12). Magilligan sat first-chair in forty-seven jury trials for crimes including homicide, arson, bank robbery, domestic violence, and cocaine trafficking. Magilligan lectured at various police academies teaching recruits the laws of evidence and search and seizure.

Magilligan received his J.D. from the University of San Francisco. While at U.S.F., Magilligan was a member of the Law Review and he received the CALI award for being the top student in Torts. Magilligan sat on the faculty-student steering committee at the Leo T. McCarthy Center

for Public Service and the Common Good.  Mr. Magilligan also clerked for the Honorable Maura Corrigan of the Michigan Supreme Court.

Prior to law school, Magilligan received a Bachelor of Science degree in Economics from Loyola Marymount University in Los Angeles.  Prior to law school, Magilligan was an associate at Huron Consulting Group in Chicago.

Magilligan is a member of the Consumer Attorneys of California and the San Mateo County Bar Association.

## SARVENAZ (NAZY) FAHIMI

Sarvenaz (Nazy) Fahimi is a Partner at Cotchett, Pitre & McCarthy, LLP, practicing in several areas, including in representing whistleblowers in *qui tam* actions under the False Claims Acts.

Fahimi began her career practicing in commercial litigation in her hometown of Minneapolis, Minnesota.  She later moved to the Bay Area and continued working in litigation as well as in other areas of the law.  She has worked on antitrust and trade regulation cases, aviation cases, breach of contract and commercial disputes, employment disputes, personal injury cases, insurance coverage and bad faith cases, as well as discrimination and civil rights cases. Most recently, prior to joining Cotchett, Pitre & McCarthy, she worked at a 501 (c)(3) non-profit, Pars Equality Center, which serves immigrant communities by providing legal and social services. There she focused on advocacy and community service, while also handling in house legal and compliance matters. In her role at PEC, over the span of nearly six years, Nazy also collaborated with various civic and community organizations as well as government entities, conducted and presented panels and seminars on relevant topics, published updates on complex legal matters, and advised individuals regarding various areas of the law, including in the area of U.S. trade embargoes and sanctions, through the Department of Treasury's Office of Foreign Assets Control.

Fahimi graduated *cum laude* from Marquette University Law School.  During law school she served as a Member and subsequently an Editor of the Marquette Law Review, earned CALI Awards as the highest scoring student in Constitutional Law and Conflicts of Law, and became a member of Alpha Sigma Nu, the National Jesuit Honor Society.  Fahimi also attended Marquette University as an undergraduate where she received her BA.

## KELLY W. WEIL

Kelly W. Weil is a Partner at Cotchett, Pitre & McCarthy LLP's Santa Monica office where she litigates exclusively on behalf of consumers and injured individuals.  Throughout her career, Kelly has helped litigate and successfully resolve a wide range of cases through settlement and trial.  Kelly's background includes complex pharmaceutical and medical device litigation, environmental and toxic tort litigation, medical malpractice, catastrophic injury, and wrongful death actions.

A Santa Monica native, Weil received her Bachelor of Science from the University of California, Los Angeles where she majored in Political Theory and interned for the office of Los Angeles Major Antonio Villaraigosa. She received her J.D. from Loyola Law School, Los Angeles where she served as a judicial extern to the Hon. Philip S. Gutierrez, United States District Court for the Central District of California, and as a clinical extern with the Loyola Project for the Innocent (a student clinic which has successfully aided in exonerating wrongfully convicted individuals). Weil worked full time throughout law school as a law clerk for a prestigious Los Angeles civil litigation firm advocating on behalf of plaintiffs, where she continued her work as a practicing attorney for another six years.

Since 2015, Weil has been involved with the Los Angeles Center for Law and Justice where she serves as a volunteer attorney and sits on the Leadership Council. As a volunteer attorney, Kelly has been successful in obtaining numerous Domestic Violence Restraining Orders on behalf of victims of domestic abuse (both physical and financial).

Weil is a member of the Consumer Attorneys of Los Angeles, Consumer Attorneys of California, Los Angeles County Bar Association, American Bar Association, and American Association for Justice.

## TAMARAH PREVOST

Tamarah Prevost, a Partner at Cotchett, Pitre & McCarthy, LLP, practices in a wide range of civil litigation areas including employment law, securities litigation, consumer protection, false claims act litigation, and other complex civil matters.

Prevost received her J.D. from Santa Clara University School of Law. While at Santa Clara, Prevost was named the Best Oral Advocate in the Semi Final Round of Santa Clara Law's Honors Moot Court Competition, and her article was published in the Santa Clara Journal of International Law. She received the CALI Award for her "Leadership for Lawyers" class and maintained a heavy involvement in the Women and Law Association, which included her planning a fundraiser to benefit victims of domestic violence.

During law school, Prevost was a legal extern for the Honorable Justice Nathan Mihara of the Sixth District Court of Appeal and a Research Assistant to Lisa Kloppenberg, Dean of Santa Clara University School of Law.

Prevost is active in her community, and currently serves on the Board of Directors for the Digital Moose Lounge, a non-profit organization that serves as the first point of contact for Canadians new to the Bay Area. Prior to law school, Ms. Prevost lived in Vancouver, British Columbia and obtained her Bachelor of Arts degree with First Class Honors from Simon Fraser University and was actively involved in the Rotary Club of New Westminster. She also lived in Puerto Viejo, Costa Rica and volunteered at a non-profit organization committed to alleviating poverty for the indigenous population.

## JOHN P. THYKEN

John P. Thyken, a Partner at Cotchett, Pitre & McCarthy, LLP, practices in a wide range of areas, including class actions, consumer fraud, personal injury, and wrongful death.

Prior to joining the firm, he worked for Clapp Moroney Vucinich Beeman & Scheley, in their general liability group. While there, he worked on personal injury and First Amendment issues.

Thyken received his J.D. from Santa Clara University School of the Law where he was a member of the Dean's List and an Emery Merit Scholar. While at Santa Clara, he received the Witkin Award for Academic Excellence in Business Organizations and Cali Award for being the top student in Remedies. During law school, Mr. Thyken also advised indigent clients in areas of consumer protection and workers' rights at the Katharine and George Alexander Community Law Center.

Thyken received his Bachelor of Science in Political Science from Santa Clara University, where he graduated with honors. He competed as a member of the Division I Cross Country and Track teams, earning All-Conference honors. After obtaining his undergraduate degree and before attending law school, he spent two years in Yokohama, Japan teaching English and traveling throughout East Asia.

## EMANUEL TOWNSEND

Emanuel B. Townsend, a Partner at Cotchett, Pitre & McCarthy, LLP, focuses on false claims act litigation, consumer protection, financial elder abuse, employment law, and other complex civil litigation.

Townsend received his Bachelor of Arts in American Studies from the University of California, Santa Cruz, graduating *cum laude*, with Honors in the Major. Townsend received his J.D. from the University of California, Hastings College of the Law.

While at UC Hastings, Townsend had the honor of externing for United States District Court Judge Susan Illston of the Northern District of California. Additionally, while at UC Hastings, he won the Witkin Award and the Cali Award for being the top student in Legal Writing and Research. Townsend also worked throughout law school as a law clerk here at Cotchett, Pitre & McCarthy, LLP.

### SENIOR ASSOCIATES

## TYSON C. REDENBARGER

Tyson Redenbarger, a Senior Associate at Cotchett, Pitre & McCarthy, LLP, practices in a wide range of civil litigation areas including class actions and complex civil litigation. Prior to joining Cotchett, Pitre & McCarthy LLP, Redenbarger worked for a tenant rights law firm in San Francisco, representing tenants who were wrongfully evicted and tenants living in uninhabitable conditions.

Redenbarger received his Juris Doctor degree from Santa Clara University School of Law. While in law school, he participated in the Honors Moot Court program, served as an editor of the International Law Journal, and volunteered at the Katharine and George Alexander Community Law Center, where Redenbarger assisted low income clients with consumer and debt collection disputes.

## STEPHANIE D. BIEHL

Stephanie D. Biehl was a Senior Associate at Cotchett, Pitre & McCarthy, LLP where she practiced in numerous areas, including financial litigation, labor and employment disputes, business and consumer litigation, and other complex civil litigation.

Biehl received her J.D. from the University of California, Hastings College of the Law.  She earned her concentration in Civil Litigation and Alternative Dispute Resolution and attained cum laude honors.  While attending UC Hastings, Ms. Biehl had the honor of being a judicial extern for Senior United States District Judge Charles R. Breyer for the Northern District of California.

Also, during her time at UC Hastings, Biehl served as an Executive Editor for the Hastings Business Law Journal.  Additionally, Biehl devoted much of her time in law school to the nationally renowned UC Hastings Trial Team.  While on the Trial Team, Biehl completed a number of trial competitions, where she and her teams received awards in both criminal law and civil law competitions, including the Finalist Award in the 2015 National Ethics Trial Competition.

Before law school, Biehl attended Notre Dame de Namur University (NDNU) where she received her B.S in Business Administration and her B.A. in Spanish Studies.  Biehl graduated *summa cum laude*, as the valedictorian of her class.  She also had the honor of being the Undergraduate Commencement Speaker and receiving the Belmont Student Community Service and Leadership Award from the City of Belmont.

## GINA STASSI

Gina Stassi was a Senior Associate at Cotchett, Pitre & McCarthy, LLP, where she focused in numerous areas, including financial litigation, business and consumer litigation, and other complex civil litigation.

Stassi concentrates her practice on litigating shareholder derivative and consumer class actions. She has represented clients in the financial, insurance, health care, technology, energy, and auto industries and has served on litigation teams for cases arising from the subprime meltdown, false advertising, insider trading, and other types of corporate misconduct and unfair business practices.

Stassi received her Juris Doctor degree from Pepperdine University School of Law. While in law school, she served as a law clerk for a Los Angeles-based plaintiff's firm and as judicial extern to

the Honorable Michael Johnson of the Superior Court of California, Los Angeles. She graduated *magna cum laude* from Loyola Marymount University with a Bachelor of Arts degree in English.

## ESTHER SHEK

Esther Shek was a Senior Associate at Cotchett, Pitre & McCarthy, LLP where she focused on antitrust & global competition, securities litigation, consumer protection and class actions.

Shek earned her B.A. from the University of California, Los Angeles where she studied Psychology. While at UCLA, she was named a "Goodwill Ambassador" by the City of Los Angeles. After college, she returned to her hometown and attended the University of San Francisco School of Law. While at USF, she was the chair of several committees of the Asian Pacific American Law Students Association. During her second year of law school, she taught a semester of "Street Law" to inner city high school students at Balboa High School. In addition, after taking the bar exam, she was asked by The State Bar of California to be a bar grader for several years.

Prior to CPM, Shek worked at Wood Robbins, LLP, a litigation firm practicing in the areas of real estate, employment, intellectual property, general commercial and professional liability litigation. Prior to Wood Robbins, Shek worked at an insurance defense litigation firm, Bledsoe Diestel Treppa & Crane LLP (formerly Bledsoe Cathcart Diestel Pedersen & Treppa LLP), where she practiced in the areas of landlord/tenant litigation, real estate and construction litigation, personal injury and premises liability, products liability, neighbor disputes, and business and employment litigation.

Shek served as the Chair of the Asian American Bar Association's (AABA) Membership Committee where she doubled membership the year she served as chair. She was also the Chair of AABA's Social Committee where she originated events that they still maintain today. From 2012 through the present, Shek serves as a judge pro tem for the San Francisco Superior Court.

## NEDA L. LOTFI

Neda L. Lotfi is a Senior Associate at Cotchett, Pitre & McCarthy, LLP, practicing in a wide range of civil litigation areas including class actions, complex commercial litigation, consumer fraud, personal injury, and financial and environmental law.

Lotfi received her J.D. from the Western Michigan University, Thomas M. Cooley Law School. While at Cooley, Lotfi won the American Jurisprudence award for being the top student in Evidence and Advanced Legal Writing. Lotfi also interned at the Washtenaw County Public Defender's Office during her third year of law school.

Prior to law school, Lotfi received her Bachelor of Science Degree from Michigan State University. While at Michigan State, Lotfi was a Writing Center consultant, where she provided assistance to students and faculty in improving the quality and range of literacy.

Lotfi is a member of the Los Angeles and Beverly Hills Bar Associations, along with the Consumer Attorneys of California, the Consumer Attorneys of Los Angeles, and the American Bar Association.

Lotfi speaks fluent Persian and enjoys playing tennis and spending time with her husband and two dogs.

## *ASSOCIATES*

### MALLORY A. BARR

Mallory A. Barr is an Associate at Cotchett, Pitre & McCarthy, LLP, practicing in a variety of fields, including false claims act litigation, consumer protection, financial elder abuse, employment law, and other complex civil litigation.

Barr received her J.D. from Santa Clara University School of Law with a certificate in Public Interest and Social Justice Law. While attending Santa Clara, Ms. Barr participated in various extracurricular activities, including Honors Moot Court and the *Santa Clara Journal of International Law*. Ms. Barr also had the honor of being a Policy Research Fellow at the Panetta Institute for Public Policy in Monterey, where she focused on immigration policy. She also worked in the Workers' Rights Clinic at the Alexander Community Law Center and received the Herman and Edith Wildman Social Justice Law Writing Award. During law school, Ms. Barr continued to work full-time as a Litigation Paralegal and Law Clerk at Cotchett, Pitre & McCarthy, LLP.

Before law school, Barr graduated from the University of London with her M.A. in Latin America Area Studies, where her studies focused on development and security policies in the region. Barr also graduated *summa cum laude* with her B.A. in Political Science and History from Notre Dame de Namur University (NDNU), where she had the honor of receiving the Belmont Student Community Service and Leadership Award from the City of Belmont and the Board of Trustees Award of Excellence at graduation. While attending NDNU, Barr served as the President of the Associated Students of NDNU and held a variety of other Student Life and Leadership positions.

### ELLE D. LEWIS

Elle D. Lewis is an Associate at Cotchett, Pitre & McCarthy, LLP, and her focus has been on civil litigation in a wide range of areas, including catastrophic injury, antitrust, construction defect, commercial liability defense, multi-party litigation, and securities actions. She has vast experience in discovery and has been instrumental in obtaining three unanimous jury trial verdicts and multiple settlements.

Lewis received her Juris Doctor degree from the University of San Francisco, School of Law. While in law school, she served as a law clerk for the Honorable Maria-Elena James of the United States District Court in the Northern District of California. Lewis was an intern in the Elder Abuse Unit of the Office of the San Francisco District Attorney.

## NOORJAHAN RAHMAN

Noor Rahman is an Associate at Cotchett, Pitre & McCarthy, LLP, practicing in consumer protection, securities, derivative, nationwide class action, and complex commercial litigation.

Rahman graduated from Georgetown University Law Center and served on the editorial board of the *Georgetown Journal of Legal Ethics* (GJLE). She is a published author in the Summer 2015 edition of GJLE. Noor was a student attorney in Georgetown's Center for Applied Legal Studies, and in that capacity, she successfully obtained political asylum for two Honduran refugees. Her work included oral argument before a federal immigration judge and obtaining sworn declarations from witnesses residing in remote Honduran villages.

Prior to law school, Rahman served as a Teach for America corps member in Washington, D.C., and later, worked at D.C.-based consulting firm Education Advisory Board. From 2010 to 2011, she served as Rotary Ambassadorial Scholar in Beirut, Lebanon. There, she worked with grassroots organizations in Beirut to implement community development projects empowering international migrant workers.

Rahman graduated *magna cum laude* from The Ohio State University, where she received a B.A. in Political Science and a B.A. in History. She interned in the United State Congress for an Ohio congresswoman, and also in the Ohio governor's office. After graduating from Georgetown Law in 2016, she moved back to her hometown Columbus, Ohio to practice business litigation. There, she helped found the Columbus chapter of national nonprofit organization New Leaders Council and served on the board until spring 2019. Noor is a 2020 fellow of the New Leaders Council San Francisco chapter.

## ANYA N. THEPOT

Anya Thepot was an Associate at Cotchett, Pitre & McCarthy LLP, where she practiced civil litigation, including class actions and complex civil litigation. Prior to joining Cotchett, Pitre & McCarthy, Thepot practiced business litigation in Los Gatos.

Thepot earned her Juris Doctor from Santa Clara University School of Law. While in law school, Thepot completed a fellowship with the Academic Success Program, competed in Honors Moot Court, and served on the Honors Moot Court Internal Board. Anya also worked as a student attorney for the International Human Rights Clinic, a volunteer at the Katharine and George Alexander Community Law Center, and a research assistant for a legal ethics textbook. In addition, Thepot facilitated community outreach by mediating civil harassment disputes and by working with community non-profits to provide legal education to underrepresented populations and at-risk youth in the Bay Area.

Thepot graduated *cum laude* from the University of California, Santa Cruz, with a Bachelor of Arts in Language Studies with a History minor.

## *CLERKS & PARALEGALS*

### ZYRES AGUDELO

Zyres Agudelo is a Senior Paralegal and Case Administrator. Agudelo studied at California State University, Los Angeles where she studied Political Science. Agudelo joined Cotchett, Pitre & McCarthy LLP in 2011 as a document reviewer then became Assistant Investigative Analyst for three years before she became a case assistant and eventually a paralegal. As Senior Paralegal and Case Administrator, she focuses on managing and training other paralegals on her team and managing case work in addition to paralegal duties. She is currently working on receiving her paralegal certificate from California State University, East Bay ABA Certificate Program.

### ELENA AGUIRRE

Elena Aguirre graduated from the University of California, Berkeley, in 2018. She is currently studying at the University of California, Irvine, expected to graduate with her Juris Doctor in 2021. Aguirre worked as law clerk at Cotchett, Pitre & McCarthy LLP in 2019.

### SAMI ALSAMMAN

Sami Alsamman graduated from the University of California, Santa Cruz, in 2017. He attended Vanderbilt University Law School from 2017-2018 before transferring to Cornell Law School in 2018 to obtain his Juris Doctor in the summer of 2020. Alsamman worked as law clerk at Cotchett, Pitre & McCarthy LLP in 2019.

### SHUMING (KONI) CHEN

Shuming Chen was a Paralegal at Cotchett, Pitre & McCarthy, LLP and worked on a variety of cases with a focus on Securities. Chen studied at the University of California, Davis, with a concentration in Political Science and International Relations.

### LATOYA CONCEPCION

Latoya R. Concepcion is a Senior Paralegal at Cotchett, Pitre & McCarthy, LLP, New York office. Latoya is currently a J.D. Candidate at New York Law School. In 2015, Latoya graduated *summa cum laude* from The George Washington University with a Master's in Professional Studies degree in Paralegal Studies. In 2013, Latoya graduated *magna cum laude* from Berkeley College with a Bachelor of Science degree in Justice Studies. She has more twelve years of experience as a paralegal working on matters involving complex litigation.

### LAURIE D'ELIA

Laurie D'Elia is a Senior Paralegal and began her legal career 14 years ago with Cotchett, Pitre & McCarthy. Laurie has worked on cases in a variety of practice areas, including Commercial Litigation, Environmental Law and Financial Fraud. Laurie played a key role in the lead paint litigation, trial and appeals, which resulted in a $305 Million Dollar settlement for ten California cities and counties. During this litigation, she developed her knowledge and expertise of e-

discovery. As a Senior Paralegal, Laurie often answers questions and trains new paralegals in e-discovery and trial preparation. In addition to her paralegal duties, she assists with administrative, facilities and organizational projects around the office. She earned a bachelor's degree in Social and Cultural Anthropology from the University of California, Berkeley, and a master's degree in Counseling Psychology from the University of San Francisco.

## NIRAV ENGINEER

Nirav Engineer is the Chief Investigative Analyst at Cotchett, Pitre & McCarthy LLP. Engineer studied at San Francisco State University with a concentration in Computer Information Sciences.

## REID GAA

Reid Gaa is an Associate at Cotchett, Pitre & McCarthy. He received his J.D. cum laude from the University of California, Hastings College of the Law in 2019 where he served as a member of the UC Hastings Moot Court Student Board and as a teaching assistant for the Legal Writing and Research Department. During law school, Reid also worked as law clerk for Cotchett, Pitre & McCarthy and the Alameda County Public Defender's Office. He graduated cum laude from Santa Clara University in 2014 with a B.S. in Political Science.

## PETER LUC

Peter Luc graduated from the University of California, Riverside with a double major in political science and sociology. After graduation, he attended San Francisco State University to obtain a paralegal certificate. He has worked Cotchett, Pitre & McCarthy LLP as a paralegal for almost 5 years and has worked on multiple court trials, has experience with document review on multiple review platforms, and has experience with appellate filings.

## KATHERINE MA

Katherine Ma was a Paralegal at Cotchett, Pitre & McCarthy, LLP in the Securities team. Ma received her bachelor's degree in criminal justice from San Francisco State University in 2015 and her paralegal certificate from San Francisco State University, ABA Paralegal Certificate Program.

## ELMER MARTINEZ

Elmer Martinez was a Paralegal at Cotchett, Pitre & McCarthy, LP in the Securities team. Martinez received his bachelor's degree in political science from the University of California, Santa Barbara in 2017.

## DEREK MONTE

Derek F. Monte graduated from the University of Washington in 2014 and received his Juris Doctor from Hastings College of Law at the University of California in June 2018 and is currently a practicing attorney. Monte worked as law summer clerk at Cotchett, Pitre & McCarthy LLP in 2017 and 2018.

**<u>BROOKE NORTON</u>**

Brooke Norton is a Paralegal at Cotchett, Pitre & McCarthy, LLP.  Norton graduated *cum laude* from the University of California, Riverside with a bachelor's degree in Political Science and Philosophy of Law and Society.  After graduating, she completed a senatorial fellowship at the California State Senate before she began working as a paralegal in 2018.

**<u>BRITTANY S. SCOTT</u>**

Brittany S. Scott graduated from the University of California, Berkeley in 2016.  Furthering her education at the Hastings College of Law at the University of California in 2019 and is currently a practicing attorney.  Scott worked as law summer clerk at Cotchett, Pitre & McCarthy LLP in 2018.