# EXHIBIT 19

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 5:18-md-02827-EJD <br><br> <u>CLASS ACTION</u> <br><br> DECLARATION OF ALEXANDRA STEELE IN SUPPORT OF NAMED PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PROPOSED SETTLEMENT, AND FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS <br><br> Judge:  Hon. Edward J. Davila <br> Courtroom:   4, 5th Floor <br> Date:   December 4, 2020 <br> Time:   10:00 a.m. |

4824-1783-0599.v1-8/13/20

I, Alexandra Steele, declare as follows:

1. I am an attorney and partner at the law firm of STEELE COOPER LAW (formerly with GIRARDI KEESE ("firm")).

2. Pursuant to the Court's May 15, 2018 Order Consolidating Related Actions and Appointing Interim Co-Lead Plaintiffs' Counsel and Executive and Steering Committees, I was appointed to the Steering Committee. The Plaintiff Steering Committee served as a pre-vetted and pre-approved reserve group that was available to provide assistance and additional support to leadership.

3. The individuals of my firm who worked on this matter are listed in Exhibit A, along with years in practice, most recent hourly rates reported to the Court during the pendency of this litigation, hours spent, and total lodestar. I hereby attest that the billing rates used on the attached Exhibit A conform to the professional rates set at my firm. Further detail regarding the litigation and trial experience of each professional can be found, to the extent available, in the firm resume attached hereto as Exhibit C.

4. The detailed descriptions of the time spent by the attorneys and other professionals of my firm in this litigation was prepared from contemporaneous, daily time records prepared and maintained by my firm, and submitted, vetted and approved by the Chair of the Plaintiffs' Executive Committee and Co-Lead Counsel pursuant to the Court's July 3, 2018 Case Management No. 3: Protocol for Work Performed and Expenses Incurred (Dkt. 148). Detailed time records are available for the Court's review should the Court desire such records.

5. The total number of hours expended on this litigation by my firm, as approved by the Chair of the Plaintiffs Executive Committee and Co-Lead Counsel, from appointment and consolidation through July 31, 2020 is 15.70 hours. The total lodestar for my firm is $4,692.50.

6. Attached hereto as Exhibit B is an itemized description of expenses/charges ("expenses") totaling $0.00, which were necessary in relation to this litigation and submitted, vetted and approved by the Chair of the Plaintiffs' Executive Committee and Co-Lead Counsel pursuant to the Court's July 3, 2018 Case Management No. 3. The expenses pertaining this litigation are reflected in the books and records of my firm. These books and records are prepared

1  from expense vouchers, check records, and other documents and are an accurate record of the
2  expenses.
3      7.    Attached hereto as Exhibit C is the firm resume for my firm.
4      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 19
5  day of August, 2020, at Pasadena, California.

                                                    _____
                                                    ALEXANDRA STEELE

# EXHIBIT A

| **Girardi Keese** |
|---|

| **Timekeeper Name** | **Timekeeper Title (include years of experience)** | **Rate** | **Hours** | **Lodestar** |
|---|---|---|---|---|
| Steele, Alexandra | Associate (5 years) | $ 475.00 | 7.80 | $ 3,705.00 |
| McCorkle, J.R. | Paralegal | $ 125.00 | 7.90 | $ 987.50 |
| | | | | |
| **TOTAL** | | | **15.70** | **$ 4,692.50** |

# EXHIBIT B

**EXHIBIT B**

## GIRARDI KEESE

| CATEGORY | AMOUNT |
|---|---|
| 01. Outside Printing | $ - |
| 02. Photocopies | $ - |
| 03. Outside Fax Charges | $ - |
| 04. Delivery Services/Messengers | $ - |
| 05. Postage | $ - |
| 06. Court Fees | $ - |
| 07. Subpoena Fees | $ - |
| 08. Witness Fees | $ - |
| 09. Deposition Transcripts | $ - |
| 10. Long-Distance Telephone Calls | $ - |
| 11. Trial Transcripts | $ - |
| 12. Trial Exhibits | $ - |
| 13. Lexis / Westlaw | $ - |
| 14. Litigation Support Vendors | $ - |
| 15. Experts | $ - |
| 16. Arbitrators/Mediators | $ - |
| 17. Meals (excluding alcohol) | $ - |
| 18. Taxi/Car Service/Other Ground Transport | $ - |
| 19. Travel-Mileage Reimbursement | $ - |
| 20. Travel-Airfare | $ - |
| 21. Travel-Hotel | $ - |
| 22. Travel-Rental Car | $ - |
| 23. Service Fees | $ - |
| 24. Miscellaneous | $ - |
| 25. Assessments | $ - |
| **TOTAL** | $ - |

# EXHIBIT C