# EXHIBIT 40

| FIRM | EX. A HOURS | EX. A FEES |
|---|---:|---:|
| COTCHETT, PITRE & MCCARTHY LLP | 17,412.62 | $ 9,437,778.00 |
| KAPLAN FOX & KILSHEIMER LLP | 21,789.60 | $ 11,521,121.50 |
| ROBBINS GELLER RUDMAN & DOWD LLP | 1,780.10 | $ 864,068.00 |
| AHDOOT & WOLFSON, P.C. | 1,277.40 | $ 838,895.00 |
| BARNOW & ASSOCIATES | 499.40 | $ 301,627.50 |
| BERNSTEIN LIEBHARD LLP | 407.60 | $ 144,220.00 |
| BLOOD HURST O'REARDON LLP | 654.70 | $ 279,158.50 |
| CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP | 485.60 | $ 298,710.00 |
| CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP | 2,465.50 | $ 1,464,451.50 |
| COHEN MILSTEIN SELLERS & TOLL LLC | 104.45 | $ 68,322.50 |
| DEREK G. HOWARD LAW FIRM | 197.25 | $ 156,135.00 |
| DICELLO LEVITT & GUTZLER LLC | 663.60 | $ 423,732.00 |
| FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP | 537.30 | $ 209,275.00 |
| GRANT & EISENHOFER P.A. | 252.50 | $ 188,983.50 |
| HAEGGQUIST & ECK, LP | 703.80 | $ 509,649.00 |
| JOHNSTON CLEM GIFFORD PLLC fka JOHNSTON PRATT PLLC | 435.80 | $ 186,934.00 |
| KELLER ROHRBACK LLP | 1,914.45 | $1,202,840.25 |
| KESSLER TOPAZ METZLER CHECK LLP | 294.08 | $ 171,119.50 |
| LEVI & KORSINSKY, LLP | 883.75 | $ 354,270.25 |
| LEVIN SEDRAN & BERMAN | 2,379.30 | $ 1,532,077.50 |

| FIRM | EX. A HOURS | EX. A FEES |
|---|---:|---:|
| MILBERG TADLER PHILLIPS GROSSMAN LLP | 937.50 | $ 705,997.50 |
| MILBERG PHILLIPS GROSSMAN LLP (fka MILBERG TADLER PHILLIPS GROSSMAN LLP) | 8.40 | $ 5,040.00 |
| TADLER LAW LLP | 202.90 | $ 147,940.00 |
| PODHURST ORSECK P.A | 189.00 | $ 114,957.00 |
| SAVERI & SAVERI INC | 1,056.05 | $ 422,975.00 |
| STULL, STULL & BRODY | 506.60 | $ 257,580.50 |
| ZIMMERMAN REED LLP | 385.25 | $ 191,176.00 |
| SIMMONS HANLY CONROY LLC (formerly with Barnes & Associates) | - | $ - |
| Braswell, Murphy & Grubb, LLC (formerly with BEASLEY, ALLEN) | 69.10 | $ 35,239.50 |
| BRAGAR EAGEL & SQUIRE, P.C. | 17.95 | $ 14,075.00 |
| EGGNATZ PASCUCCI, P.A. | 14.50 | $ 7,975.00 |
| FINKELSTEIN THOMPSON LLP | 13.10 | $ 8,547.50 |
| GIRARDI KEESE | 15.70 | $ 4,692.50 |
| JENKINS, MULLIGAN & GABRIEL, LLP | 82.00 | $ 71,115.00 |
| JOHNSON FISTEL, LLP | 51.50 | $ 33,212.50 |
| KANTROWITZ GOLDHAMER & GRAIFMAN, P.C. | 38.30 | $ 31,070.00 |
| LEAR WERTS LLP | 63.10 | $ 42,592.50 |
| SCOTT COLE & ASSOCIATES | 44.00 | $ 16,352.50 |
| SIMON LAW FIRM, P.C. | 24.35 | $ 6,835.00 |
| STRAUSS TROY | - | $ - |
| SULAIMAN LAW GROUP, LTD. | 194.20 | $ 144,679.00 |
| TOTALS | 59,052.30 | $ 32,415,420.50 |