# EXHIBIT 41

| FIRM | TOTAL EXPENSES |
|---|---:|
| COTCHETT, PITRE & MCCARTHY LLP | $ 339,441.28 |
| KAPLAN FOX & KILSHEIMER LLP | $ 463,213.01 |
| ROBBINS GELLER RUDMAN & DOWD LLP | $ 31,884.11 |
| AHDOOT & WOLFSON, P.C. | $ 31,702.52 |
| BARNOW & ASSOCIATES | $ 25,972.93 |
| BERNSTEIN LIEBHARD LLP | $ 25,000.00 |
| BLOOD HURST O'REARDON LLP | $ 25,067.51 |
| CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP | $ 26,000.65 |
| CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP | $ 36,276.99 |
| COHEN MILSTEIN SELLERS & TOLL LLC | $ 25,940.97 |
| DEREK G. HOWARD LAW FIRM | $ 27,087.97 |
| DICELLO LEVITT & GUTZLER LLC | $ 26,058.09 |
| FINKELSTEIN, BLANKINSHIP, FREI-PEARSON & GARBER, LLP | $ 26,007.35 |
| GRANT & EISENHOFER P.A. | $ 26,171.96 |
| HAEGGQUIST & ECK, LP | $ 28,796.71 |
| JOHNSTON CLEM GIFFORD PLLC fka JOHNSTON PRATT PLLC | $ 25,323.49 |
| KELLER ROHRBACK LLP | $ 30,618.18 |
| KESSLER TOPAZ METZLER CHECK LLP | $ 26,446.31 |
| LEVI & KORSINSKY, LLP | $ 25,774.56 |
| LEVIN SEDRAN & BERMAN | $ 45,196.27 |
| MILBERG TADLER PHILLIPS GROSSMAN LLP | $ 30,064.74 |
| MILBERG PHILLIPS GROSSMAN LLP (formerly MILBERG TADLER PHILLIPS GROSSMAN LLP) | $ - |
| TADLER LAW LLP | $ 100.00 |
| PODHURST ORSECK P.A | $ 26,551.73 |
| SAVERI & SAVERI INC | $ 25,703.99 |
| STULL, STULL & BRODY | $ 25,119.52 |
| ZIMMERMAN REED LLP | $ 28,201.37 |
| SIMMONS HANLY CONROY LLC (formerly Barnes & Associates) | |
| BRASWELL, MURPHY & GRUBB, LLC (formerly with BEASLEY, ALLEN) | $ 57.92 |
| BRAGAR EAGEL & SQUIRE, P.C. | $ - |
| EGGNATZ PASCUCCI, P.A. | $ 847.00 |
| FINKELSTEIN THOMPSON LLP | $ 306.18 |
| GIRARDI KEESE | $ - |
| JENKINS, MULLIGAN & GABRIEL, LLP | $ 400.00 |
| JOHNSON FISTEL, LLP | $ 824.68 |
| KANTROWITZ GOLDHAMER & GRAIFMAN, P.C. | $ 349.76 |
| LEAR WERTS LLP | $ - |
| SCOTT COLE & ASSOCIATES | $ 1,442.50 |
| SIMON LAW FIRM, P.C. | $ 2,107.15 |
| STRAUSS TROY | $ - |
| SULAIMAN LAW GROUP, LTD. | $ - |
| **TOTAL** | **$ 1,460,057.40** |

| | |
|---|---:|
| Balance in Litigation Fund | $ (568,108.38) |
| **Total Unreimbursed Expenses** | **$ 891,949.02** |