1

2

3

4

5

6

7

8

9   **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
10   **SAN JOSE DIVISION**

11

| IN RE: APPLE INC. DEVICE | Case No. 5:18-MD-02827-EJD |
| PERFORMANCE LITIGATION | |
| | **DECLARATION OF SETTLEMENT** |
| | **ADMINISTRATOR** |
| | |
| | Judge: Hon. Edward J. Davila |
| | Courtroom: 4, 5th Floor |
| THIS DOCUMENT RELATES TO: | Date: December 4, 2020 |
| | Time: 10:00 A.M. |
| ALL ACTIONS | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SETTLEMENT ADMINISTRATOR

I, Denise L Earle, hereby declare the following pursuant to 28 U.S.C. §1746:

1.      I am a Project Manager with Angeion Group ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      The purpose of this declaration is to provide the parties and the Court with a summary and the results of the work performed by Angeion to effectuate notice pursuant to the Court's May 27, 2020 Order Certifying Settlement Class; Granting Preliminarily Approval of Class Action Settlement; and Approving Form and Content of Class Notice (ECF No. 429) ("Order").

3.      Angeion was appointed by the Court to serve as the Settlement Administrator to, among other tasks, email the Notice; mail the Postcard Notice where applicable; receive and process Claim Forms and respond to Class Member inquiries; establish and maintain a dedicated Settlement website and toll-free telephone number; and perform other duties as specified in the Settlement Agreement and Release ("Agreement") that this Court preliminarily approved on May 27, 2020.

## CLASS DATA

4.      On or about May 28, 2020 and also on June 5, 2020, Angeion received from Defendant Apple Inc.'s electronic files.  These data contained a total of 129,836,502 records ("Class Data") which included the following fields: name(s), email addresses, mailing addresses and serial numbers for the members of the Settlement Class. The records in the provided Class Data were extracted from Apple's records in accordance with the Class definition and contained, following a reasonable search and analysis, records associated in Apple's databases with iPhone 6, 6 Plus, 6s, 6s Plus and SE devices shipped in the United States that ran iOS 10.2.1 or later before December 21, 2017 and iPhone 7 and 7 Plus devices shipped in the United States that ran

1

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

iOS 11.2 or later before December 21, 2017. The records contained approximately 129,729,753 records with an email address, and approximately 129,605,628 records with a U.S. postal address.

5.     Angeion performed an extensive analysis of the Class Data records that contained an email address and after conferring with the parties, performed email cleansing and deduplicated the Class Data by email address. The email cleansing process removes extra spaces, fixes common typographical errors in domain name and corrects insufficient domain suffixes (e.g. gmal.com to gmail.com, gmail.co to gmail.com, yaho.com to yahoo.com, etc.). After the cleansing process wherein the email addresses were standardized, the records were subjected to a deduplication process which matched records based on the email address, so that Class Members contained in the data multiple times would not receive the same notification multiple times. In the event a Class Member had multiple email addresses, that Class Member was sent a notice to each unique email address. After email cleansing and deduplication, 93,263,473 unique email addresses remained. As outlined in the Agreement, email addresses containing domain names for Apple and/or its counsel (i.e., @apple.com, @gibsondunn.com and @cov.com) were excluded from the final Notice List. The remaining 93,260,445 unique email addresses were subjected to an email validation process whereby each email address was compared to known bad email addresses[1], and where the address was not designated as a known bad address, the email address was further verified by contacting the Internet Service Provider ("ISP") to determine if the email address exists. As a result of this process, 3,141,173 unique email addresses were determined to be invalid, thus an email notice was not sent to these records, but if those records had a valid U.S. postal address associated with it, they were sent a Mailed Notice, as described infra.

**DIRECT NOTICE**

6.     As a result of Angeion's efforts, in accordance with the Order, beginning on July 6, 2020 ("Initial Notice Date"), Angeion caused 90,119,272 Email Notices to be disseminated to

---

[1] Angeion maintains a database of email addresses that were returned as permanently undeliverable, commonly referred to as a hard bounce, from prior campaigns.  Where an address has been returned as a hard bounce within the last year, that email is designated as a known bad email address.

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

Class Members for whom an email address was present and the email address was determined to be valid based on the criteria described above. A true and correct copy of the Email Notice is attached hereto as Exhibit A.

7.      As of August 8, 2020, of the Email Notices sent, there were 2,611,071 Email Notices that were returned undeliverable. Angeion marked 3,786,831 records in the database that related to an undeliverable email address.

8.      Angeion performed a final audit of email deliverability and identified 340,285 unique email addresses, which is 0.36% of the total unique email addresses in the Class Data records, that did not contain a deliverability status, rather they contained a technical error designation. For these records, Angeion re-deployed the Email Notice beginning on August 11, 2020 and completing on August 12, 2020. Whereas the deliverability status of these Email Notices could not be determined prior to the noticing deadline, out of an abundance of caution, Angeion marked these records to be sent a Mailed Notice where a U.S. postal address was present to ensure each Class Member was noticed in accordance with the deadline set forth in the Order.

9.      For the records marked as an "undeliverable email" in the database, Angeion conducted a rigorous analysis and data cleansing in preparation for sending Mailed Notice by postcard to these Class Members. The cleansing included, but was not limited to, redacting offensive language in the name and address fields where applicable, inserting "Class Member" where a name was not present on the record, removing special characters such as emojis, bar symbols, non-Latin and other language characters, identifying and cleansing records of "invisible elements" such as tabs, spaces before and after text within a field, carriage and new line returns, and removing special characters such as @, ", #, etc. After cleansing the data, Angeion processed the address information through a verification service that conforms the data to standard USPS regulations and corrects or supplements addresses to be in compliance. Once the address data was standardized, Angeion deduplicated the records so that only one Mailed Notice was sent to a Class Member where the name and address were the same across multiple devices. This reduces the potential for confusion by Class Members, who otherwise might have received multiple identical

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

mailings. Angeion performed further analysis on the deduplicated list, whereby Apple Store locations, distribution centers, retail store locations, and records where the mailing address was incomplete or would be undeliverable, were removed from the mail file because these notices were unlikely to reach the intended Class Member recipients.

10.     After finalizing the mail file, we determined that certain mailing addresses appeared in the mailing list more than 10 times (and in some cases more than 1,000 times), which suggested that these mailing addresses were invalid, irregular, or otherwise unlikely to correspond to the actual residence of the intended Class Member recipient.  For example, these include single family homes, local independent restaurants, and an RV resort that each appear to be associated with hundreds—or even thousands—of devices.  To ensure the efficient allocation of resources and minimize confusion that could arise from the delivery of large numbers of notices to such addresses, Angeion was directed to perform further review on these records to determine if the addresses were residential or commercial, if the addresses were valid or invalid, and what business name, if any, matched to the applicable addresses. There are approximately 199,153 records that relate to approximately 2,154 unique addresses that are presently undergoing further analysis to determine deliverability. These records represent approximately 0.15% of the overall total class size.

11.     After the detailed analysis that Angeion performed, in accordance with the Order, on August 6, 2020, Angeion commenced sending Mailed Notice to the records identified for mail. As of August 19, 2020, 5,617,563 Mailed Notices were sent, including the records that did not contain an email address, but contained a U.S. postal address in the Class Data, as well as those records where the email address was determined to be invalid or undeliverable as of August 8, 2020. A true and correct copy of the Mailed Notice is attached hereto as Exhibit B.

12.     Through the direct notice program ordered by the Court, approximately 99% of the Settlement Class were sent direct notice.

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

**SECOND NOTICE**

13.　　Pursuant to the parties' joint direction, a second round of notice will be distributed to virtually all Class Members who have not objected, excluded, or filed a claim.  As directed, Angeion is currently in the process of disseminating a second notice to all Class Members who have not yet taken an action based on the initial notice sent as described above.

14.　　Specifically, Angeion will cause a second postcard notice to be mailed to all Class Members who originally received a postcard notice as described above.  This includes all Class Members that were sent a postcard notice due to having an incomplete, invalid, or missing email address in the initial noticing campaign as well as any Class Member whose original email notice was returned as undeliverable by the U.S. Postal Service.  Excluded from the mailing are 46 records Angeion identified as filing an exclusion, objection, or who informed Angeion they did not wish to receive further communications.  A true and correct copy of the second postcard notice is attached hereto as Exhibit C.

15.　　Angeion will also cause a second email notice to be disseminated to all Class Members who were originally sent an email notice as described above that was not considered a hard bounce.  Angeion is currently in the process of removing from the email list those Class Members that objected, excluded, filed a claim, or informed Angeion that they do not wish to receive future communications.  A true and correct copy of the second email notice is attached hereto as Exhibit D.

16.　　This second round of notice, which was not required by this Court's Order, exceeds customary noticing efforts employed in other similar matters.

**CASE SPECIFIC WEBSITE AND TOLL-FREE PHONE NUMBER**

17.　　On or about July 6, 2020, Angeion established the following website devoted to this Settlement: www.SmartphonePerformanceSettlement.com ("Settlement Website").  The Settlement Website contains general information about the Settlement, including answers to frequently asked questions, important dates and deadlines pertinent to this matter, and copies of important documents. Visitors to the Settlement Website can download (1) a Class Notice, (2) a

5

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

Claim Form, (3) the Consolidated Amended Complaint, (4) the Second Consolidated Amended Complaint, (5) Defendant Apple Inc.'s Answer to Plaintiffs' Second Consolidated Amended Complaint, (6) the Order, and (7) the Agreement. The Settlement Website also has a "Contact Us" page whereby Class Members can submit questions regarding the Settlement to a dedicated email address: Questions@SmartphonePerformanceSettlement.com. The Settlement Website address was set forth in the Class Notice, Email Notice, Mailed Notice and Claim Form. A true and correct copy of the Class Notice is attached hereto as Exhibit E.

18.     On or about July 6, 2020, Angeion established an online claim filing portal whereby Class Members can complete and submit their Claim Form via the Settlement Website. Class Members can submit an online Claim by entering through one of two methods on the Submit a Claim page of the Settlement Website.  In addition, Class Members can instead choose to submit a Claim by downloading a Claim Form (which is available in PDF format via the Settlement Website) and mailing the completed Claim Form to the Administrator.

19.     If a claimant has their serial number, they may enter it on the claim page. If the serial number matches to the Class Data provided by Apple, based on the class definition, the Class Member is automatically directed to the online Claim Form. If the serial number does not match to the Class Data, a message is displayed advising the individual the serial number does not match the records provided and recommends they double check their entry if they believe they are a Class Member. The message also instructs the individual that they can attempt to locate their device using the search tool.

20.     The search tool is the second method by which an individual can verify whether or not they qualify for benefits under the Settlement. A claimant may utilize the simple-to-use search tool by providing the following data points: Apple ID, Device Type, First Name, Last Name, Street Address, City, State and Zip Code. The search tool then performs a matching process on the records in the Class Data. The search tool informs the claimant if the information provided results in a single match, no match, or multiple matches within the Class Data.

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

21.     If the search tool locates a match[2] to the Class Data using the entered criteria, the claimant will automatically be transferred to the online Claim Form. The information contained in the search tool, such as name and address are pre-populated in the online claim portal along with the associated serial number (masked). The Class Member is then asked to complete and submit the remainder of the Claim Form.

22.     If the search returns multiple records, a message is displayed that advises the Class Member that multiple records were matched[3], and recommends they begin by filing their initial claim which follows the same steps as set forth above, and alerts the Class Member that they will have the opportunity to file further claims after their initial claim is submitted. Concurrently, with their confirmation of claim filing for the initial claim, an email is automatically sent to the Class Member that provides the Class Member with the login information and instructions as to how they may submit their additional Claim(s).

23.     If, after entering the required information in the search tool, no matches are located, a message is displayed advising the claimant the search criteria did not locate a match, and advises that they double check their entry for data input errors, as well as recommends that the claimant attempt to search using alternate information such as previous addresses, name variations, or other Apple IDs they were or are associated with. Importantly, the message also instructs the claimant that a PDF of the Claim Form is available for download, which they can mail to the Administrator along with any documentation that supports their eligibility as a Class Member for a second level manual review.

---

[2] The search tool initially searches based on the Apple ID and then does a soft or "like" match to the remaining data whereby small variations in name and address will provide the Class Member with a match.

[3] Multiple matches in this instance means that the information provided by the Class Member returned more than one serial number for the specific device type searched that is associated to the Class Member.

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

24.     As of August 24, 2020, the Settlement Website has had 10,454,787 page views and 6,273,769 sessions, which represents the number of individual sessions initiated by all users on the website.

25.     On or about June 28, 2020, Angeion established the following toll-free line dedicated to this case: 1-833-649-0927.  The toll-free line utilizes an interactive voice response ("IVR") system to provide Class Members with responses to frequently asked questions, the ability to request a Claim Form be mailed to them, and includes information about filing a claim and important dates and deadlines. The toll-free line is accessible 24 hours a day, 7 days a week. As of August 24, 2020, the toll-free number has received approximately 13,138 calls, totaling 57,766 minutes.

## CLAIM FORM SUBMISSIONS

26.     The deadline for Class Members to submit a Claim Form is October 6, 2020.  As of August 24, 2020, Angeion has received a total of **1,398,731** Claim Form submissions. Angeion has not yet de-duplicated these claims, nor has it conducted a full assessment of each claim's validity. Angeion will continue to keep the parties apprised of the number of Claim Form submissions received.  Angeion also expects that the Claim Form submissions will continue through the claims submission deadline of October 6, 2020, particularly after the second round of notice has been distributed.  Angeion will provide an update to this Court in advance of the final approval hearing scheduled for December 4, 2020.

## REQUESTS FOR EXCLUSION

27.     The deadline for Class Members to request exclusion from the Settlement is October 6, 2020. As of August 24, 2020, Angeion has received a total of **78** requests for exclusion. Angeion will continue to keep the parties apprised of any additional requests for exclusion that are received. A list of the names of the 78 individuals who submitted a request for exclusion is attached hereto as Exhibit F.

**DECLARATION OF SETTLEMENT ADMINISTRATOR**

## **OBJECTIONS TO THE SETTLEMENT**

28.      The deadline for Class Members to object to the Settlement, the requested award of Attorneys' Fees and Expenses, or Service Awards to Named Plaintiffs is October 6, 2020. As of August 24, 2020, Angeion has been made aware of a total of **22** potential objections filed with the Court.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on August 25, 2020

_Denise L Earle_
_____
DENISE L EARLE

9
**DECLARATION OF SETTLEMENT ADMINISTRATOR**

# Exhibit A

# <u>LEGAL NOTICE</u>

**If you are or were a U.S. owner of an iPhone 6, 6 Plus, 6s, 6s Plus, and/or SE device that ran iOS 10.2.1 or later before December 21, 2017, and/or a U.S. owner of an iPhone 7 or 7 Plus device that ran iOS 11.2 or later before December 21, 2017, you could be entitled to benefits under a class action settlement.**

### WHAT'S THIS ABOUT?

In a consolidated class action lawsuit pending against Apple, Plaintiffs claimed that a performance management feature introduced for iPhone 6, 6 Plus, 6s, 6s Plus, and SE devices in iOS 10.2.1, and introduced for iPhone 7 and 7 Plus devices in iOS 11.2, diminished the performance of some of those devices. Apple denies all allegations and is entering into this settlement to avoid burdensome and costly litigation. The settlement is ***not*** an admission of wrongdoing by Apple.

Under the settlement, Apple will pay a minimum of $310,000,000 and a maximum of $500,000,000 depending on the number of claims submitted. If the settlement is approved by the Court, your rights may be affected. The United States District Court for the Northern District of California authorized this Legal Notice. The Court will have a Final Hearing to consider whether to approve the settlement so that the benefits may be paid. This summary provides basic information about the settlement.

### WHO'S AFFECTED?

You are a member of the Settlement Class if you are or were (1) a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later before December 21, 2017. **You must meet both criteria to be a member of the Settlement Class.**

### WHAT BENEFIT CAN YOU GET FROM THE SETTLEMENT?

Apple will provide a cash payment per eligible device to each Class Member who submits a timely and valid <u>Claim Form</u> including a serial number of an eligible device and a declaration under penalty of perjury stating that they are or were (1) a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later before December 21, 2017; and (3) they experienced diminished performance on the device(s).

A United States owner is someone who owned, purchased, leased, or otherwise received an eligible device, including for personal, work, or any other purposes, and whose eligible device was shipped to the United States, its territories, and/or its possessions. The Settlement Class does not include iPhone owners who are domiciled outside of the United States, its territories, and/or its possessions.

1

**Amount of Cash Payment**:  Under the proposed settlement, Apple will provide a cash payment of approximately $25 per eligible device.  Please note that the actual cash payment per eligible device may be greater than or less than $25, depending on the total number of approved claims and other factors.  The total payments to be made by Apple under the proposed settlement are subject to a minimum and maximum as set forth above and in more detail in the Class Notice available at www.SmartphonePerformanceSettlement.com.

### HOW DO YOU GET A PAYMENT?

An online Claim Form package contains everything you need and is available at www.SmartphonePerformanceSettlement.com.  You may also submit a Claim Form by clicking this link.

### WHAT ARE YOUR OPTIONS AND WHAT ARE THE DEADLINES?

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
| --- | --- | --- |
| **OPTION** | **EXPLANATION** | **DEADLINE** |
| SUBMIT A CLAIM FORM ONLINE OR IN THE MAIL | The only way to get a payment under the settlement. | **October 6, 2020** |
| EXCLUDE YOURSELF | Get no payment under the settlement.  This is the only option that allows you to be a part of any other lawsuit against Apple about the claims and allegations in this case. | |
| OBJECT TO THE SETTLEMENT | Write to the Court about why you don't like the settlement and ask to speak at the Final Hearing. | |
| OBJECT TO ATTORNEYS' FEES AND/OR EXPENSES | Write to the Court about why you don't like the attorneys' fees and/or expenses that Class Counsel requests. | |
| GO TO A HEARING | Speak in Court about the fairness of the settlement. | **December 4, 2020 at 10:00 a.m. PST** |
| DO NOTHING | Get no payment under the settlement and give up your right to compensation for the claims and allegations in this case. | N/A |

Please read the more detailed Class Notice, which is available at www.SmartphonePerformanceSettlement.com, and decide whether you want to make a Claim.

To claim a settlement benefit, your Claim Form must be **received on or before** October 6, 2020.  **If your claim for a settlement benefit is not _received by_ this deadline, you will lose your right to obtain this benefit.**

If you don't want to make a Claim and you don't want to be legally bound by the settlement, your request to be excluded must be received by **October 6, 2020**, or you won't be able to sue, or continue to sue, Apple about the claims and allegations in this case.  If you request to be excluded, you will not be eligible to receive a payment from this settlement.

If you stay in the Settlement Class, you may object to the settlement.  Objections to the settlement and/or to Class Counsel's request for Attorneys' Fees and Expenses must be received by **October 6, 2020**.

The more detailed Class Notice, available at www.SmartphonePerformanceSettlement.com, explains how to request exclusion from the Settlement Class or object to the settlement.  The Court will hold a Final Hearing in this case (*In re Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD) on **December 4, 2020 at 10:00 a.m. PST** to consider whether to approve (1) the settlement; (2) Class Counsel's request for Attorneys' Fees of up to 30% of the $310,000,000 Floor, plus expenses of up to $2 million; and (3) Named Plaintiff Service Awards of up to $3,500 each (for those Named Plaintiff who were deposed) and $1,500 (for all other Named Plaintiffs).  The Final Hearing will take place at the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 4, 280 South 1st Street, San Jose, CA 95113.  You may appear at the Final Hearing, but you don't need to.  The date of the Final Hearing may change without further notice.  You should check the settlement website or the Court's Public Access to Court Electronic Records (PACER) site, for a fee, at https://ecf.cand.uscourts.gov to confirm that the date has not been changed.

FOR MORE INFORMATION ABOUT THE SETTLEMENT

To obtain a Class Notice, Claim Form, copy of the Settlement Agreement, copies of motions for settlement approval and attorneys' fees, expenses and service awards, and any other important documents in this case, go to www.SmartphonePerformanceSettlement.com, send an email to: Questions@SmartphonePerformanceSettlement.com, or call toll-free 1-833-649-0927.  For more details, you also may write to the Claims Administrator at:  *In re Apple Inc. Device Performance Litigation*, 1650 Arch Street, Suite 2230, Philadelphia, PA 19103 or Class Counsel at Cotchett, Pitre & McCarthy LLP, Attn: Mark C. Molumphy, 840 Malcolm Road, Suite 200, Burlingame, California 94010 and/or Kaplan Fox & Kilsheimer LLP, Attn: Laurence D. King, 1999 Harrison Street, Suite 1560, Oakland, CA 94612.

In addition, you can access the Court docket in this case, for a fee, through the Court's PACER site at https://ecf.cand.uscourts.gov.  Subject to the Court's current operations in light of the COVID-19 pandemic, you can also visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, Second Floor, San Jose, California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

BY ORDER OF THE U.S. DISTRICT COURT

Exhibit B

**If you are or were a U.S. owner of an iPhone 6, 6 Plus, 6s, 6s Plus, and/or SE device that ran iOS 10.2.1 or later, and/or an iPhone 7 or 7 Plus device that ran iOS 11.2 or later, before December 21, 2017, you could be entitled to benefits under a class action settlement.**

For more information on the proposed settlement, to file a claim or objection, or to exclude yourself, visit the settlement website or contact the Claims Administrator or Class Counsel.

**Do not contact the Court for information about the settlement.**

www.SmartphonePerformanceSettlement.com

In re Apple Inc. Device Performance Litigation
Claims Administrator
1650 Arch Street, Suite 2230
Philadelphia, PA 19103

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
MAG

**Electronic Service
Requested**



NUMERIC EQUIVALENT

Postal Service: Please Do Not Mark Barcode

Claim ID: ‹‹Claim ID››
«Name1» «Name2»
«Address1»
«Address2»
«City», «St» «Zip»
«Country»

PLEASE RETAIN THIS POSTCARD FOR YOUR RECORDS

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

In a consolidated class action lawsuit pending against Apple, Plaintiffs claimed that a performance management feature introduced for iPhone 6, 6 Plus, 6s, 6s Plus, and SE devices in iOS 10.2.1, and introduced for iPhone 7 and 7 Plus devices in iOS 11.2, diminished the performance of some of those devices. Apple denies all allegations and is entering into this settlement to avoid burdensome and costly litigation. The settlement is ***not*** an admission of wrongdoing by Apple. This notice summarizes your legal rights. You should visit the settlement website to obtain more complete information about the proposed settlement and your rights. You also may write to the Claims Administrator at the address on the reverse side, or call toll free 1-833-649-0927.

**Am I a Class Member?** You are a member of the Settlement Class if you are or were (1) a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later before December 21, 2017. **You must meet both criteria to be a member of the Settlement Class.** A United States owner is someone who owned, purchased, leased, or otherwise received an eligible device, including for personal, work, or any other purposes, and whose eligible device was shipped to the United States, its territories, and/or its possessions. The Settlement Class does not include iPhone owners who are domiciled outside of the United States, its territories, and/or its possessions. To claim a settlement benefit, you must submit a Claim Form on or before **October 6, 2020** at www.SmartphonePerformanceSettlement.com, or by mail at the address on the Claim Form, **received by October 6, 2020**.

**What benefit can I get from the settlement?** Under the settlement, Apple will pay a minimum of $310,000,000 and a maximum of $500,000,000, depending on the number of claims submitted. Apple will provide a cash payment of approximately $25 per eligible device to each eligible Class Member who submits a timely and valid Claim Form including a serial number of an eligible device, and declares under penalty of perjury that they are or were the owner of an affected device and experienced diminished performance. Please note that the actual cash payment per eligible device may be greater than or less than $25, depending on the total number of approved claims and other factors.

**How can I exclude myself from the class?** If you don't want to make a Claim and you don't want to be legally bound by the settlement, your request to be excluded must be **received by October 6, 2020**, or you will not be able to sue, or continue to sue, Apple about the claims and allegations in this case. Refer to the settlement website and the detailed Class Notice for information and instructions on how to exclude yourself.

**How can I object?** If you want to stay in the Settlement Class, but you want to object to the settlement and/or to Class Counsel's request for Attorneys' Fees and Expenses, your objection must be **received by October 6, 2020**. Refer to the settlement website and the detailed Class Notice for information and instructions on how to object. The Court will consider objections at a Final Hearing in this case (*In re Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD) on **December 4, 2020 at 10:00 a.m. PST** at the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 4, 280 South 1st Street, San Jose, CA 95113, to consider whether to approve (1) the settlement; (2) Class Counsel's request for Attorneys' Fees of up to 30% of the $310,000,000 Floor, plus expenses of up to $2 million; and (3) Named Plaintiff Service Awards of up to $3,500 each (for deposed Named Plaintiffs) and $1,500 (for all other Named Plaintiffs). You may appear at the Final Hearing, but you don't need to. The date of the Final Hearing may change without further notice and may be confirmed on the Court's Public Access to Court Electronic Records (PACER) site, for a fee, at https://ecf.cand.uscourts.gov.

**Where can I get more information?** Please visit the settlement website at www.SmartphonePerformanceSettlement.com, or call toll free 1-833-649-0927 to obtain more complete information about the proposed settlement and your rights. You may also write to Class Counsel at: Cotchett, Pitre & McCarthy LLP, Attn: Mark C. Molumphy, 840 Malcolm Road, Suite 200, Burlingame, California 94010, and/or Kaplan Fox & Kilsheimer LLP, Attn: Laurence D. King, 1999 Harrison Street, Suite 1560, Oakland, CA 94612.

### www.SmartphonePerformanceSettlement.com

# Exhibit C

**If you are or were a U.S. owner of an iPhone 6, 6 Plus, 6s, 6s Plus, and/or SE device that ran iOS 10.2.1 or later, and/or an iPhone 7 or 7 Plus device that ran iOS 11.2 or later, before December 21, 2017, you could be entitled to benefits under a class action settlement.**

For more information on the proposed settlement, to file a claim or objection, or to exclude yourself, visit the settlement website or contact the Claims Administrator or Class Counsel.

**Do not contact the Court for information about the settlement.**

www.SmartphonePerformanceSettlement.com

In re Apple Inc. Device Performance Litigation
Claims Administrator
1650 Arch Street, Suite 2230
Philadelphia, PA 19103

PRESORTED
FIRST CLASS MAIL
US POSTAGE PAID
MAG

**Electronic Service Requested**



NUMERIC EQUIVALENT

Postal Service: Please Do Not Mark Barcode

Claim ID: ‹‹Claim ID››
«Name1» «Name2»
«Address1»
«Address2»
«City», «St» «Zip»
«Country»

## SECOND NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

**The deadline to submit a claim form in the In re Apple Inc. Device Performance Litigation is October 6, 2020.  If you previously submitted a claim form or have taken other action, such as objecting to or excluding yourself from the settlement, no further action is required at this time.**

In a consolidated class action lawsuit pending against Apple, Plaintiffs claimed that a performance management feature introduced for iPhone 6, 6 Plus, 6s, 6s Plus, and SE devices in iOS 10.2.1, and introduced for iPhone 7 and 7 Plus devices in iOS 11.2, diminished the performance of some of those devices.  Apple denies all allegations and is entering into this settlement to avoid burdensome and costly litigation. The settlement is *not* an admission of wrongdoing by Apple. This notice summarizes your legal rights. You should visit the settlement website to obtain more complete information about the proposed settlement and your rights. You also may write to the Claims Administrator at the address on the reverse side, or call toll free 1-833-649-0927.

**Am I a Class Member?** You are a member of the Settlement Class if you are or were (1) a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later before December 21, 2017.  **You must meet both criteria to be a member of the Settlement Class.** A United States owner is someone who owned, purchased, leased, or otherwise received an eligible device, including for personal, work, or any other purposes, and whose eligible device was shipped to the United States, its territories, and/or its possessions. The Settlement Class does not include iPhone owners who are domiciled outside of the United States, its territories, and/or its possessions. To claim a settlement benefit, you must submit a Claim Form on or before **October 6, 2020** at www.SmartphonePerformanceSettlement.com, or by mail at the address on the Claim Form, **received by** October 6, 2020.

**What benefit can I get from the settlement?** Under the settlement, Apple will pay a minimum of $310,000,000 and a maximum of $500,000,000, depending on the number of claims submitted. Apple will provide a cash payment of approximately $25 per eligible device to each eligible Class Member who submits a timely and valid Claim Form including a serial number of an eligible device, and declares under penalty of perjury that they are or were the owner of an affected device and experienced diminished performance. Please note that the actual cash payment per eligible device may be greater than or less than $25, depending on the total number of approved claims and other factors.

**How can I exclude myself from the class?** If you don't want to make a Claim and you don't want to be legally bound by the settlement, your request to be excluded must be **received by** October 6, 2020, or you will not be able to sue, or continue to sue, Apple about the claims and allegations in this case. Refer to the settlement website and the detailed Class Notice for information and instructions on how to exclude yourself.

**How can I object?** If you want to stay in the Settlement Class, but you want to object to the settlement and/or to Class Counsel's request for Attorneys' Fees and Expenses, your objection must be **received by** October 6, 2020. Refer to the settlement website and the detailed Class Notice for information and instructions on how to object. The Court will consider objections at a Final Hearing in this case (*In re Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD) on **December 4, 2020 at 10:00 a.m. PST** at the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 4, 280 South 1st Street, San Jose, CA 95113, to consider whether to approve (1) the settlement; (2) Class Counsel's request for Attorneys' Fees of up to 30% of the $310,000,000 Floor, plus expenses of up to $2 million; and (3) Named Plaintiff Service Awards of up to $3,500 each (for deposed Named Plaintiffs) and $1,500 (for all other Named Plaintiffs). You may appear at the Final Hearing, but you don't need to. The date of the Final Hearing may change without further notice and may be confirmed on the Court's Public Access to Court Electronic Records (PACER) site, for a fee, at https://ecf.cand.uscourts.gov.

**Where can I get more information?** Please visit the settlement website at www.SmartphonePerformanceSettlement.com, or call toll free 1-833-649-0927 to obtain more complete information about the proposed settlement and your rights. You may also write to Class Counsel at: Cotchett, Pitre & McCarthy LLP, Attn: Mark C. Molumphy, 840 Malcolm Road, Suite 200, Burlingame, California 94010, and/or Kaplan Fox & Kilsheimer LLP, Attn: Laurence D. King, 1999 Harrison Street, Suite 1560, Oakland, CA 94612.

### www.SmartphonePerformanceSettlement.com

Exhibit D

| | |
|---|---|
| **From:** | Claims Administrator <DoNotReply@SmartphonePerformanceSettlement.com> |
| **Sent:** | Monday, August 24, 2020 11:30 AM |
| **To:** | |
| **Subject:** | [External] Second Class Action Notice: In re Apple Inc. Device Performance Litigation |

[ This is an External Email – Do Not Click Unsolicited Links or Attachments ]

## <u>LEGAL NOTICE</u>

***The deadline to submit a claim form in the In re Apple Inc. Device Performance Litigation is October 6, 2020.***

***<u>If you previously submitted a claim form or have taken other action, such as objecting to or excluding yourself from the settlement, no further action is required at this time.</u>***

**If you are or were a U.S. owner of an iPhone 6, 6 Plus, 6s, 6s Plus, and/or SE device that ran iOS 10.2.1 or later before December 21, 2017, and/or a U.S. owner of an iPhone 7 or 7 Plus device that ran iOS 11.2 or later before December 21, 2017, you could be entitled to benefits under a class action settlement.**

### <u>WHAT'S THIS ABOUT?</u>

In a consolidated class action lawsuit pending against Apple, Plaintiffs claimed that a performance management feature introduced for iPhone 6, 6 Plus, 6s, 6s Plus, and SE devices in iOS 10.2.1, and introduced for iPhone 7 and 7 Plus devices in iOS 11.2, diminished the performance of some of those devices. Apple denies all allegations and is entering into this settlement to avoid burdensome and costly litigation. The settlement is ***not*** an admission of wrongdoing by Apple.

Under the settlement, Apple will pay a minimum of $310,000,000 and a maximum of $500,000,000 depending on the number of claims submitted. If the settlement is approved by the Court, your rights may be affected. The United States District Court for the Northern District of California authorized this Legal Notice. The Court will have a Final Hearing to consider whether to approve the settlement so that the benefits may be paid. This summary provides basic information about the settlement.

### <u>WHO'S AFFECTED?</u>

You are a member of the Settlement Class if you are or were (1) a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus

devices, that ran iOS 11.2 or later before December 21, 2017. **You must meet both criteria to be a member of the Settlement Class.**

### WHAT BENEFIT CAN YOU GET FROM THE SETTLEMENT?

Apple will provide a cash payment per eligible device to each Class Member who submits a timely and valid Claim Form including a serial number of an eligible device and a declaration under penalty of perjury stating that they are or were (1) a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later before December 21, 2017; and (3) they experienced diminished performance on the device(s).

A United States owner is someone who owned, purchased, leased, or otherwise received an eligible device, including for personal, work, or any other purposes, and whose eligible device was shipped to the United States, its territories, and/or its possessions. The Settlement Class does not include iPhone owners who are domiciled outside of the United States, its territories, and/or its possessions.

**Amount of Cash Payment**: Under the proposed settlement, Apple will provide a cash payment of approximately $25 per eligible device. Please note that the actual cash payment per eligible device may be greater than or less than $25, depending on the total number of approved claims and other factors. The total payments to be made by Apple under the proposed settlement are subject to a minimum and maximum as set forth above and in more detail in the Class Notice available at www.SmartphonePerformanceSettlement.com.

### HOW DO YOU GET A PAYMENT?

An online Claim Form package contains everything you need and is available at www.SmartphonePerformanceSettlement.com. You may also submit a Claim Form by clicking this link.

### WHAT ARE YOUR OPTIONS AND WHAT ARE THE DEADLINES?

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **OPTION** | **EXPLANATION** | **DEADLINE** |
| SUBMIT A CLAIM FORM ONLINE OR IN THE MAIL | The only way to get a payment under the settlement. | |
| EXCLUDE YOURSELF | Get no payment under the settlement. This is the only option that allows you to be a part of any other lawsuit against Apple about the claims and allegations in this case. | **October 6, 2020** |
| OBJECT TO THE SETTLEMENT | Write to the Court about why you don't like the settlement and ask to speak at the Final Hearing. | |
| OBJECT TO ATTORNEYS' | Write to the Court about why you don't like the attorneys' fees and/or expenses that Class Counsel requests. | |

| FEES AND/OR EXPENSES | | |
|---|---|---|
| GO TO A HEARING | Speak in Court about the fairness of the settlement. | **December 4, 2020 at 10:00 a.m. PST** |
| DO NOTHING | Get no payment under the settlement and give up your right to compensation for the claims and allegations in this case. | N/A |

Please read the more detailed Class Notice, which is available at www.SmartphonePerformanceSettlement.com, and decide whether you want to make a Claim.

To claim a settlement benefit, your Claim Form must be **received on or before** October 6, 2020. **If your claim for a settlement benefit is not __received by__ this deadline, you will lose your right to obtain this benefit.**

If you don't want to make a Claim and you don't want to be legally bound by the settlement, your request to be excluded must be received by October 6, 2020, or you won't be able to sue, or continue to sue, Apple about the claims and allegations in this case. If you request to be excluded, you will not be eligible to receive a payment from this settlement.

If you stay in the Settlement Class, you may object to the settlement. Objections to the settlement and/or to Class Counsel's request for Attorneys' Fees and Expenses must be received by October 6, 2020.

The more detailed Class Notice, available at www.SmartphonePerformanceSettlement.com, explains how to request exclusion from the Settlement Class or object to the settlement. The Court will hold a Final Hearing in this case (*In re Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD) on **December 4, 2020 at 10:00 a.m. PST** to consider whether to approve (1) the settlement; (2) Class Counsel's request for Attorneys' Fees of up to 30% of the $310,000,000 Floor, plus expenses of up to $2 million; and (3) Named Plaintiff Service Awards of up to $3,500 each (for those Named Plaintiffs who were deposed) and $1,500 (for all other Named Plaintiffs). The Final Hearing will take place at the United States District Court for the Northern District of California, San Jose Courthouse, Courtroom 4, 280 South 1st Street, San Jose, CA 95113. You may appear at the Final Hearing, but you don't need to. The date of the Final Hearing may change without further notice. You should check the settlement website or the Court's Public Access to Court Electronic Records (PACER) site, for a fee, at https://ecf.cand.uscourts.gov to confirm that the date has not been changed.

**FOR MORE INFORMATION ABOUT THE SETTLEMENT**

To obtain a Class Notice, Claim Form, copy of the Settlement Agreement, copies of motions for settlement approval and attorneys' fees, expenses and service awards, and any other important documents in this case, go to www.SmartphonePerformanceSettlement.com, send an email to: Questions@SmartphonePerformanceSettlement.com, or call toll-free 1-833-649-0927. For more details, you also may write to the Claims Administrator at: *In re Apple Inc. Device Performance Litigation*, 1650 Arch Street, Suite 2230, Philadelphia, PA 19103 or Class Counsel at Cotchett, Pitre & McCarthy LLP, Attn: Mark C.

Molumphy, 840 Malcolm Road, Suite 200, Burlingame, California 94010 and/or Kaplan Fox & Kilsheimer LLP, Attn: Laurence D. King, 1999 Harrison Street, Suite 1560, Oakland, CA 94612.

In addition, you can access the Court docket in this case, for a fee, through the Court's PACER site at https://ecf.cand.uscourts.gov. Subject to the Court's current operations in light of the COVID-19 pandemic, you can also visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, Second Floor, San Jose, California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

BY ORDER OF THE U.S. DISTRICT COURT

Unsubscribe

Exhibit E

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**If you are or were a U.S. owner of an iPhone 6, 6 Plus, 6s, 6s Plus, and/or SE device that ran iOS 10.2.1 or later before December 21, 2017, and/or a U.S. owner of an iPhone 7 or 7 Plus device that ran iOS 11.2 or later before December 21, 2017, you could be entitled to benefits under a class action settlement.**

*The United States District Court for the Northern District of California authorized this notice. This is not a solicitation from a lawyer.*

- Under the proposed settlement, Apple will make a minimum, non-reversionary payment of $310,000,000 and a maximum payment of up to $500,000,000; depending on the number of claims submitted.

- You may be entitled to settlement benefits if you are or were (1) a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later before December 21, 2017, and (3) you experienced diminished performance on your device(s).  For more information, you can visit the settlement website at www.SmartphonePerformanceSettlement.com.

- Your legal rights are affected whether you act or don't act.  Please read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | | |
|---|---|---|
| **OPTION** | **EXPLANATION** | **DEADLINE** |
| SUBMIT A CLAIM FORM ONLINE OR IN THE MAIL | The only way to get a payment under the settlement. | **October 6, 2020** |
| EXCLUDE YOURSELF | Get no payment under the settlement. This is the only option that allows you to be a part of any other lawsuit against Apple about the claims and allegations in this case. | |
| OBJECT TO THE SETTLEMENT | Write to the Court about why you don't like the settlement and ask to speak at the Final Hearing. | |
| OBJECT TO ATTORNEYS' FEES AND/OR EXPENSES | Write to the Court about why you don't like the attorneys' fees and/or expenses that Class Counsel requests. | |
| GO TO A HEARING | Speak in Court about the fairness of the settlement. | **December 4, 2020 at 10:00 a.m. PST** |
| DO NOTHING | Get no payment under the settlement and give up your right to compensation for the claims and allegations in this case. | N/A |

- These rights and options—**and the deadlines to exercise them**—are explained in this notice.

- The Court in charge of this case still must decide whether to approve the settlement.  Payments will be made if the Court approves the settlement and after any appeals are resolved.  Please be patient.

## WHAT THIS NOTICE CONTAINS

BASIC INFORMATION ................................................................................................. 3
    1.   Why did I get a notice? ............................................................................... 3
    2.   What is this lawsuit about? .......................................................................... 3
    3.   Why is this a class action? .......................................................................... 3
    4.   Why is there a settlement? .......................................................................... 3
WHO IS IN THE SETTLEMENT ................................................................................. 4
    5.   What is an eligible device? ......................................................................... 4
    6.   How do I know if I am part of the settlement? ........................................... 4
    7.   Are there exceptions to being included? ..................................................... 4
    8.   I'm still not sure if I am included ............................................................... 4
THE SETTLEMENT BENEFITS—WHAT YOU GET ................................................. 4
    9.   What does the settlement provide? .............................................................. 4
    10.  What are the requirements to receive a settlement benefit? ........................ 5
HOW YOU GET A SETTLEMENT BENEFIT—SUBMITTING A CLAIM FORM ................. 5
    11.  How can I get a settlement benefit? ............................................................ 5
    12.  When would I get my settlement benefit? .................................................. 6
    13.  What am I giving up to get a settlement benefit? ........................................ 6
EXCLUDING YOURSELF FROM THE SETTLEMENT ............................................ 6
    14.  How do I get out of the settlement? ............................................................ 6
    15.  If I don't request exclusion, can I sue Apple for the same thing later? ...... 6
    16.  If I request exclusion, can I get a settlement benefit? ................................ 7
THE LAWYERS REPRESENTING YOU ..................................................................... 7
    17.  Do I have a lawyer in this case? ................................................................. 7
    18.  How will the lawyers be paid? .................................................................... 7
OBJECTING TO THE SETTLEMENT .......................................................................... 7
    19.  How do I tell the Court that I don't like the settlement? ............................. 7
    20.  What's the difference between objecting and requesting exclusion? ........... 8
THE COURT'S FAIRNESS HEARING ......................................................................... 8
    21.  When and where will the Court decide whether to approve the settlement? ....... 8
    22.  Do I need to come to the Final Hearing? .................................................... 8
    23.  May I speak at the Final Hearing? .............................................................. 9
IF YOU DO NOTHING ................................................................................................ 9
    24.  What happens if I do nothing at all? ........................................................... 9
GETTING MORE INFORMATION .............................................................................. 9
    25.  Are there more details about the settlement? .............................................. 9
    26.  How do I get more information? ................................................................. 9

## BASIC INFORMATION

| 1. | Why did I get a notice? |
|----|-------------------------|

You may be a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device that ran iOS 10.2.1 or later (or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later) before December 21, 2017.  For more information, you can visit the settlement website at www.SmartphonePerformanceSettlement.com.

The Court ordered this notice because you have a right to know about a proposed settlement of class action lawsuits against Apple relating to certain iOS software that allegedly diminished the performance of Apple devices, and about your options, before the Court decides whether to approve the settlement.  If the Court approves the settlement and after any appeals are resolved, an administrator will make the payments that the settlement allows.

This notice explains the lawsuits, the settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the case is the United States District Court for the Northern District of California, and the case is known as *In re Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD.  The people who sued are Plaintiffs, and the company they sued, Apple Inc., is the Defendant.  The proposed settlement also resolves similar class actions filed in other federal districts of the United States, as well as a class action filed in the Superior Court for the State of California, County of San Francisco.

| 2. | What is this lawsuit about? |
|----|------------------------------|

In a consolidated class action lawsuit pending against Apple, Plaintiffs claimed that a performance management feature introduced for iPhone 6, 6 Plus, 6s, 6s Plus, and SE devices in iOS 10.2.1, and introduced for iPhone 7 and 7 Plus devices in iOS 11.2, diminished the performance of some of those devices.  Apple denies all allegations and is entering into this settlement to avoid burdensome and costly litigation.  The settlement is ***not*** an admission of wrongdoing by Apple.

| 3. | Why is this a class action? |
|----|------------------------------|

In a class action, one or more people, called Named Plaintiffs, sued on behalf of all people who purportedly have similar claims (called "Settlement Class Members").  Together, the Named Plaintiffs and the other members of the Settlement Class make up the "Settlement Class."  One court resolves the dispute for all members of the Settlement Class, except for those who exclude themselves from the Class.  United States District Court Judge Edward J. Davila is in charge of this class action.

| 4. | Why is there a settlement? |
|----|-----------------------------|

The Court did not decide the case in favor of Plaintiffs or Apple.  Instead, both sides agreed to a settlement.  That way, they avoid the cost of a trial, and settlement benefits go to the Settlement Class Members.  The Named Plaintiffs and their attorneys ("Class Counsel") think the settlement is in the best interests of the members of the Settlement Class.

## WHO IS IN THE SETTLEMENT

To see if you are eligible for benefits, you first must determine whether you are a member of the Settlement Class.

| 5. | What is an eligible device? |
|---|---|

iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE devices that ran iOS 10.2.1 or later or iPhone 7 and 7 Plus devices that ran iOS 11.2 or later.  Eligible members of the Settlement Class must meet the other requirements described in this notice.

| 6. | How do I know if I am part of the settlement? |
|---|---|

You are a member of the Settlement Class if you are or were (1) a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later before December 21, 2017. **You must meet both criteria to be a member of the Settlement Class.**

A United States owner is someone who owned, purchased, leased, or otherwise received an eligible device, including for personal, work, or any other purposes, and whose eligible device was shipped to the United States, its territories, and/or its possessions.  The Settlement Class does not include iPhone owners who are domiciled outside of the United States, its territories, and/or its possessions.

| 7. | Are there exceptions to being included? |
|---|---|

The Settlement Class *excludes* Apple; any entity in which Apple has a controlling interest; Apple's directors, officers, and employees; Apple's legal representatives, successors, and assigns; members of the Court; all persons who submit valid requests to be excluded from the settlement; and certain other individuals whose claims have already been adjudicated.

| 8. | I'm still not sure if I am included. |
|---|---|

If you are still not sure whether you are a member of the Settlement Class, you can visit the Settlement Website at www.SmartphonePerformanceSettlement.com.

## THE SETTLEMENT BENEFITS—WHAT YOU GET

| 9. | What does the settlement provide? |
|---|---|

Apple will provide a cash payment per eligible device (calculated as set forth below) to each Settlement Class Member who submits a timely and valid Claim Form including a serial number of an eligible device and a declaration under penalty of perjury stating that they are or were (1) a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later before December 21, 2017, and (3) they experienced diminished performance on the device(s).

**Amount of Cash Payment**:  The cash payment per eligible device depends on the actual number of approved claims and other factors, including the award of attorneys' fees and

expenses and Named Plaintiff service awards.  Under the proposed settlement, Apple shall pay a minimum of $310,000,000 (the "Floor") and a maximum of $500,000,000 (the "Ceiling"). Under no circumstances shall any of the Floor revert to Apple.

Apple will provide a cash payment of approximately $25 per eligible device, provided that Apple will not pay more than $500 million in aggregate to the Settlement Class Members.  If the total value of approved claims submitted exceeds the $500 million Ceiling, the value of each approved claim (per eligible device) will be reduced on a pro rata basis.  Additionally, under the proposed settlement, if the total value of approved claims submitted by Settlement Class Members does not exceed the $310 million Floor, the value of each approved claim (per eligible device) may be increased on a pro rata basis, up to a maximum of $500 per device. For more details, please refer to the Settlement Agreement available at www.SmartphonePerformanceSettlement.com.

| 10. | What are the requirements to receive a settlement benefit? |

To receive a settlement benefit, you must complete a valid Claim Form that includes, among other things, your name, mailing address, and an eligible iPhone serial number.  You also must declare under penalty of perjury that:  (1) you are or were a United States owner of an iPhone 6, 6 Plus, 6s, 6s Plus, 7, 7 Plus, and/or SE device (2) that ran iOS 10.2.1 or later or, in the case of iPhone 7 and 7 Plus devices, that ran iOS 11.2 or later before December 21, 2017, and (3) you experienced diminished performance on your device(s).  If you have multiple eligible devices, you must submit a separate Claim Form for each device.

If you satisfy these requirements, you will receive a cash payment for each valid Claim Form you submit, based on the calculation explained above.

**HOW YOU GET A SETTLEMENT BENEFIT—SUBMITTING A CLAIM FORM**

| 11. | How can I get a settlement benefit? |

To qualify for a settlement benefit, you must submit a valid Claim Form.  The online Claim Form, including instructions on how to make a Claim, can be accessed at www.SmartphonePerformanceSettlement.com.  If you wish to receive this cash payment electronically by ACH, please be sure to have your routing and bank account number available when completing the online Claim Form.

You can also download a Claim Form to mail in by clicking here, or you may request a Claim Form by emailing the Claims Administrator at: Questions@SmartphonePerformanceSettlement.com or by calling toll-free 1-833-649-0927.

You must read the instructions carefully, fill out the Claim Form as directed in the instructions, and sign the Claim Form.   You must (a) submit the Claim electronically at www.SmartphonePerformanceSettlement.com or (b) mail it to:  *In re Apple Inc. Device Performance Litigation*, ATTN: Claims Administrator, 1650 Arch Street, Suite 2230, Philadelphia, PA 19103.  The Claim Form must be **received by** October 6, 2020.  **If your Claim Form is not __received by__ the deadline, your Claim will be rejected, and you will be deemed to have waived all rights to receive any cash benefit under this settlement.**

Please carefully follow all instructions on the Claim Form.

| 12. | When would I get my settlement benefit? |
|---|---|

The Court will hold a Final Hearing on **December 4, 2020 at 10:00 a.m. PST,** to decide whether to approve the settlement.  The date of the Final Hearing may change without further notice.  You should check the Court's Public Access to Court Electronic Records (PACER) site at https://ecf.cand.uscourts.gov, for a fee, to confirm that the date has not been changed. The Final Hearing will take place at the San Jose Courthouse, Courtroom 4, 280 South 1st Street, San Jose, CA 95113.  If Judge Davila approves the settlement, there may be appeals. The appeal process can take time, perhaps more than a year.  If there is no appeal, your settlement benefit will be processed promptly.  Please be patient.

| 13. | What am I giving up to get a settlement benefit? |
|---|---|

Unless you submit a valid request to be excluded from the Settlement Class, you will be a Settlement Class Member.  If you remain a Settlement Class Member, you will be eligible for a settlement benefit but you can't sue, continue to sue, or be part of any other lawsuit against Apple about the claims and allegations in this case.  It also means that all of the Court's orders will apply to you and legally bind you.

### EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a payment from this settlement, but you want to keep the right to sue, or continue to sue, Apple on your own about the claims and allegations in this case, then you must take steps to get out of the Settlement Class.  This is what it means to request to be excluded from or "opt out" of the Settlement Class.

| 14. | How do I get out of the settlement? |
|---|---|

To request to be excluded from the settlement, you must send a letter saying that you want to be excluded from the Settlement Class in *In re Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD.  You must include your name, mailing address, telephone number, eligible Class iPhone serial number and your signature.  Your exclusion request must be **received by** no later than **October 6, 2020** to:

*In re Apple Inc. Device Performance Litigation*
**ATTN:  Opt Out**
**PO Box 60257**
**Philadelphia, PA  19102**

If you are excluded, you will not receive any settlement payment, and you cannot object to the settlement.  You will not be legally bound by anything that happens in this lawsuit.  You may be able to sue (or continue to sue) Apple in the future about the claims and allegations in this case.

| 15. | If I don't request exclusion, can I sue Apple for the same thing later? |
|---|---|

No.  Unless you request to be excluded, you give up the right to sue Apple for the claims that this settlement resolves.

**16.      If I request exclusion, can I get a settlement benefit?**

No.  If you request to be excluded, you may not submit a Claim Form to ask for any benefit. But you will not lose any right you may have to sue, continue to sue, or be part of a different lawsuit against Apple about the claims and allegations in this case.

## THE LAWYERS REPRESENTING YOU

**17.      Do I have a lawyer in this case?**

The Settlement Class is represented by Joseph W. Cotchett of Cotchett, Pitre & McCarthy, LLP and Laurence D. King of Kaplan Fox & Kilsheimer LLP, who have been appointed by the Court as Class Counsel for the Settlement Class.  You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**18.      How will the lawyers be paid?**

Court-appointed Class Counsel, which have been prosecuting this litigation since its inception in 2017, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced all expenses necessarily incurred in order to prosecute the Action.  Class Counsel will ask the Court for attorneys' fees in the amount not to exceed 30% of the $310,00,000 Floor.  Class Counsel will also apply for reimbursement of expenses paid on behalf of the Class in an amount not to exceed $2 million and Service Awards to Named Plaintiffs of up to $3,500 each (for those Named Plaintiffs who were deposed) and $1,500 (for all other Named Plaintiffs).  A copy of Class Counsel's Motion for Attorneys' Fees and Expenses and for Named Plaintiff Service Awards will be available at www.SmartphonePerformanceSettlement.com on or around August 26, 2020.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the settlement or some part of it.

**19.      How do I tell the Court that I don't like the settlement?**

If you're a Settlement Class Member, you can object to the settlement if you don't agree with a part of it and give reasons you think the Court should not approve it.  You can also object to the requested award of Attorneys' Fees and Expenses or Service Awards to the Named Plaintiffs.  The Court will consider your views.  To object, you must send a letter stating that you object to the settlement in *In re Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD.  You must include the case name and number, your name, mailing address, telephone number, your signature, a detailed statement of your specific objections, and proof of membership in the Class, as well as any documents that you want the Court to consider. The letter and any supporting documents must be delivered to and **received by** the Court by **October 6, 2020** at the following address, or filed in person at any location of the United States District Court for the Northern District of California:

| Court |
|---|
| Clerk of the Court |
| United States District Court |
| Northern District of California |
| San Jose Division |
| 280 South 1st Street |
| San Jose, CA 95113 |

**20.      What's the difference between objecting and requesting exclusion?**

If you object, you are telling the Court that you disagree with something in the settlement. You can object only if you *stay in* the Settlement Class. If you object but the Court still approves the settlement, you will be bound by the settlement and can receive the benefits it provides.

If you request exclusion, you are telling the Court that you don't want to be part of the Settlement Class. You would then have no basis to object, because the settlement would no longer affect you.

### THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the settlement. You may attend, and you may ask to speak, but you don't have to.

**21.      When and where will the Court decide whether to approve the settlement?**

The Court will hold a Final Hearing at **10:00 a.m. PST on December 4, 2020**, at the United States District Court for the Northern District of California, San Jose Division, Courtroom 4 (5th Floor) located at 280 South 1st Street, San Jose, California 95113. At the Final Hearing the Court will consider whether the settlement is fair, reasonable, and adequate. If there are objections, the Court will consider them. Judge Davila will listen to Settlement Class Members who have asked to speak at the hearing. The Court will also consider how much money to award Class Counsel and the amount of the Named Plaintiff Service Awards. After the Final Hearing, the Court will decide whether to approve the settlement and will rule on Class Counsel's Motion for Attorneys' Fees and/or Expenses, and for Named Plaintiff Service Awards.

We do not know how long these decisions will take. The date of the Final Hearing can change without further notice. Please check www.SmartphonePerformanceSettlement.com for further updates.

**22.      Do I need to come to the Final Hearing?**

No. Class Counsel will answer questions about the settlement that Judge Davila may have. But you are welcome to come at your own expense. If you send an objection, you don't need to come to the Final Hearing to talk about it. As long as your written objection was received on time, the Court will consider it. You may also pay your own lawyer to attend, but it's not necessary.

**23.     May I speak at the Final Hearing?**

You may ask the Court for permission to speak at the Final Hearing.  To do so, you must send a letter stating that you intend to appear and speak at the Final Hearing in *In re: Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD.  You must include the case name and number, your name, mailing address, telephone number, and your signature.  Your letter must be **received by** the Clerk of the Court, at the address above, by **October 6, 2020**.  You cannot speak at the Final Hearing if you requested to be excluded from the Settlement Class.

## IF YOU DO NOTHING

**24.     What happens if I do nothing at all?**

If you do nothing, you will be a Settlement Class Member.  You will not receive a benefit from the settlement unless you file a valid Claim Form on time.  If you submit a valid Claim Form on time, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against Apple about the claims and allegations in this case.

## GETTING MORE INFORMATION

**25.     Are there more details about the settlement?**

This Class Notice summarizes the proposed settlement.  More details are in the Settlement Agreement.  Copies of the Settlement Agreement and the pleadings and other documents relating to the case, including motions for approval of the Settlement and awards of Attorneys' Fees and Expenses and Service Awards, are on file at the United States District Court for the Northern District of California, San Jose Division.  The Settlement Agreement and other important documents are also available on the Settlement Website at www.SmartphonePerformanceSettlement.com.

In addition, you can access the Court docket in this case, for a fee, through the Court's PACER system at https://ecf.cand.uscourts.gov.  Subject to the Court's current operations in light of the COVID-19 pandemic, you can also visit the office of the Clerk of the Court for the United States District Court for the Northern District of California, San Jose Division, located at 280 South 1st Street, Second Floor, San Jose, California, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**26.     How do I get more information?**

You can visit the Settlement Website at www.SmartphonePerformanceSettlement.com, where you will find answers to common questions about the Settlement, a Claim Form, and other information.

### Questions may not be directed to the Court.

Date: May 27, 2020

Exhibit F

**In re Apple Inc. Device Performance Litigation**
**Requests for Exclusion**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | JAN-MICHAEL | JAROCHOVIC | 44 | HOI THI | DANIEL |
| 2 | S K | CLIFTON | 45 | ROGER F | CLAXTON |
| 3 | OTTO W | CLIFTON JR | 46 | LORRAINE | ZBUCHALSKI |
| 4 | BRENDEN | ESPANOLA | 47 | JOYCE K | WILSON |
| 5 | S L | EKERN | 48 | CRISTIAN | QUINTANILLA |
| 6 | MARK | DALY | 49 | ERIC A | WELTER |
| 7 | MARIA THERESA | HOWARD | 50 | RICHARD-ANDREW | TAYLOR |
| 8 | MICHAEL | DILLARD | 51 | ERIN E | PLATTETER |
| 9 | TORI | HAMPTON | 52 | BONNIE | KUNCL |
| 10 | SUZ-ANN | OLOFSON | 53 | JOZEF | HATALA |
| 11 | NICK | BIGGS | 54 | LESLIE | MARTIN |
| 12 | SCOTT | VLASI | 55 | SICHENG | PAN |
| 13 | TROY | ST JOHN | 56 | MELVIN | BELSKY |
| 14 | JUTTA | WAIT | 57 | KAREN | BELSKY |
| 15 | BRUCE | ROSSIGNOL | 58 | NORMAN | AMICK |
| 16 | TYNAN | WAIT | 59 | GORDON | TAM |
| 17 | PAUL A | MORTON | 60 | BRETT | BANEY |
| 18 | LYNN | STARNER | 61 | MOIRA A | MCKENNA |
| 19 | CYNTHIA | HENRY | 62 | JAMES | MURRAY |
| 20 | JOSH | HANDELMAN | 63 | JOHN | DALLAS |
| 21 | DEBRA A | JEFFERIES | 64 | BRYAN P | AUZA |
| 22 | BARBARA J | DASH | 65 | JUDITH C | JAKSIK |
| 23 | AKINYEMI | AFFRICA | 66 | NICK | LA CARA |
| 24 | COLETTA | HARDISON | 67 | GRETCHEN | LIPARI |
| 25 | REBECCA | KAY | 68 | ALIREZA | ZAEEMZADEH |
| 26 | TIMOTHY | RILEY | 69 | DAVID | AUST |
| 27 | JAY J H | JOHNSON | 70 | CAROL L | HEALEY |
| 28 | CHRISTOPHER | GRAVES | 71 | KNIANGELES | ANDERSON |
| 29 | JI | MIN | 72 | JAMES | CAVE |
| 30 | ANDREW | WALL | 73 | KATHY | DANEL |
| 31 | CYNDA | DEIBEL | 74 | EDWARD | DANEL |
| 32 | KENNETH | MORRISON | 75 | CHELSEA | DANEL |
| 33 | AAMIR | GHANI | 76 | AHMED | IBRAHIM |
| 34 | JULIE M | APPELHANS | 77 | LOUIS | GREENBERG |
| 35 | DONNA M | MONFORTE | 78 | GEORGE | CHEUK |
| 36 | WENDY MARIE | APORTA | | | |
| 37 | SHIRLEY | BRAYMAN | | | |
| 38 | TOHRU | WATANABE | | | |
| 39 | PHONG SI | LE | | | |
| 40 | SUSAN | PECK | | | |
| 41 | RICHARD L | BOYER | | | |
| 42 | CHRIS | CHAN | | | |
| 43 | TERRIS L | HANSEN | | | |