# Exhibit 1

Dear (Attorney's)

   I understand your undertaking a lawsuit with Apple. I would like to say thank you.  I have at least 6 or more of these phones most in  their  boxes because of poor quality. They are all  in some sort of version of IPhone 6.

   At one point, I had to stop at the apple store on our way to start a road trip and explained NONE of our phones were running well and we were nervous about the phones being functional. We  had called apple several times with issues. They ran me in circles.  So much wasted time that a single mom never has! Because of my limited spare time, I basically had to accept I made a poor purchase, lost money and time trusting a Big brand.  It was resolved that technology And the corporate world was too powerful  to worry about One mom who was being a squeaky wheel.

   These phones were a considered a need and a luxury which is hard to come by for the average working person. The phones were a nightmare instead of a relief so thank you for doing something about it.


Kim

██████████████

Sent from my iPhone

August 1, 2020

To Apple Lead Counsel:

I received an email notice and submitted a claim on the settlement website.  Given all of the negative news one reads about class actions, I wanted to send a short note to thank you, and your administrator, for the extremely positive, user friendly experience that I had submitting a claim.

The entire process took a matter of minutes and, even though I didn't have my serial number, it was very easy to locate my phone after inputting my Apple ID.  Moreover, after submitting a claim, I then received an email telling me that I had an eligible second device as well!

Thank you for designing a simple claims process.  I also wanted to thank the attorneys for negotiating a very good result, providing Apple users hundreds of millions of dollars.  In my view, the attorneys fees and expenses were well earned!

Best regards,

John Doherty

**From:** Jonddavid █████████████████
**Date:** August 25, 2020 at 4:57:06 PM CDT
**To:** James Vlahakis <jvlahakis@sulaimanlaw.com>
**Cc:** "king@ahdootwolfson.com" <king@ahdootwolfson.com>
**Subject: Jonathan david : Apple class action representative**

Good day ,

My name is Jonathan David . I just wanted to take a moment to say a few words about my part in this action . I was a class representative for Arkansas . I enjoyed the communication with Mr King and Mr Vlahakis . They were very helpful through the entire process when I had questions and kept me very informed along the journey .

I also want to say that I feel that I hold myself to a high standards , making the right choices , being honest and providing a good role model to my family and children . That being said I expect the same in return , when I heard what Apple had done I was upset and felt like I was being duped . In this world there so many people that will take advantage of you and not bat an eye and will do it over and over again unless someone takes a stand . I would not have been a part of this unless I was being taken advantage of . When a billion dollar company's put their profits before the people that helped them get to where they are and have the choice to do the right thing but chose not to is when I sought action . I pray that I or anyone else has to go through this again but if put in this position again I would gladly do it again to protect the standards of this great country .

Respectfully

Jonathan David

**From:** Cheryl Hesson <CHesson@lfsblaw.com>
**Sent:** Monday, August 24, 2020 10:20 AM
**To:** Gayle M. Blatt <gmb@cglaw.com>; Daniel Levin <DLevin@lfsblaw.com>
**Subject:** Kayla Albertson FW: Apple Litigation - Time Sensitive

- Kayla Ashlinn Albertson
- I am a named plaintiff in the litigation
- I was actively involved in the entire case. I was required to communicate with attorneys and paralegals regarding the status of the case, I completed document collection, I filled out forms online regarding the case.
- I was always informed of what was happening in the case via phone calls and emails
- I fully support the settlement.

Thanks,

Kayla Albertson

████████████████ *College of Law*

*JD Candidate - Class of 2021*

8-24-2020

To whom it may concern:

I am Rifah Alexander, a named plaintiff in the Apple Device Performance class action. I have been part of the process since June of 2018. Since that time, I have provided documents that show the purchase of my devices, social media posts of me discussing the issues I was having, electronic discovery collection, and anything else that was needed to support my claim along the way. I have been involved through the entire process and was kept in the loop of the case status all along the way. I am aware of the settlement agreement and I support it.

Please let me know if you have any questions.

Kind Regards,

*Rifah Alexander*

Rifah Alexander

To whom it may concern,

My name is Ashley Antonucci and I have been named plaintiff in the Apple Device Performance class action.

I have been actively involved throughout the entire case and have been collecting documentation, receipts, and files from previous apple phones were were involved in the case. In addition I have been involved in remote ESI with e-discovery vendor, sent my devices for review and have been in close, frequent contact with the law office throughout the entire process. I have been informed each step of the way with emails, phone calls and conference calls.

 I fully support this settlement and feel it is essential in making steps towards unfair actions on behalf of Apple.

Thank you,
Ashely Antonucci

Hi James-

As a class representative of the Case against Apple (and their iPhone devises – iPhone 6S, in particular), I just want to share my support in what you and all the plaintiffs are doing in pursuing Apple, Inc for damages. I've never been a plaintiff in any case before. However, I felt my Apple product experience was an impetus to become part of a class action suit.

My experience with my iPhone 6S was a disaster. Overnight my phone's functionality and battery life was diminished. I even paid for a new battery on my phone and nothing improved. The fact of the matter is, the iPhone 6S was a premium priced produce with inferior performance.

Thank you for handling this case.

Sincerely,

Tim Baldwin

CC: Bard King (lead counsel)

PhotoScan by Google Photos

8-23-20

To whom it may concern,

I, Kristin Bilic, am a named plaintiff in the Apple Device performance class action suit. Throughout the case I had numerous phone calls & email communication with Mr. Christopher Tourek & his legal team. I provided them specifics of my cell phone including original packaging details, receipts & ongoing issues. Mr. Tourek continued to update me throughout the case.

I am satisfied with the outcome.

Sincerely,

Kristin Bilic
Kristin Bilic

August 24, 2020

To whom it may concern:

I am writing this letter to express my support for the resolution regarding the Apple Inc. device performance litigation. I owned an iPhone 6s from 2015-2018 until I received a replacement iPhone 6s in 2018-2019. With the first iPhone 6S I encountered the following problems; battery issues, battery replacement and touch ID stop working. With the replacement iPhone 6s I encountered; battery issues and battery replacement.

I wanted to sue Apple and serve as a class representative for the state of Indiana because I went through more than enough issues with such an expensive device and I had a lot invested into Apple products such as owning a tablet and an Apple watch so I wanted my voice to be heard. I could have chosen any other product on the market but I choose Apple and I wanted Apple to own up to their mistake. I mean no electronic company is perfect, if you made a mistake, just own up to it, apologize and come up with a strategy on how you plan to do better!

I heard Attorney James Vlahakis on the radio one day in 2017 and took note of his law firm and that is when I reached out to him via email. Mr. Vlahakis and his team Brad King and the firm where some of the most helpful people I have ever meet. They genuinely could relate to a paying customer like me of a product that is known for going over and beyond for their consumer.

I was deposed and I am happy with the overall settlement fund to the class members I just hope Apple can appreciate doing better for their consumer.

Respectfully,

Alisha L. Boykin

To Whom it May Concern:

My name is Sandra Brodsky and I am a named plaintiff in the Apple Device Performance class action case. I have been actively involved with this case including communications with my attorney that involved questionnaires, interviews and multiple phone calls throughout the entire process.

I am in full support of the team of attorneys that worked on this case and am pleased with the settlement.

Thank you,

Sandra Brodsky

8.24.20

To Whom This May Concern:

My name is Kimberly Brown. I am a plantiff in the Apple Device Performance class action lawsuit. I have been actively involved assisting with collection of specific documents; ESI collection, getting device information, speaking with representatives. of L&sb law.

I have felt involved in every aspect of this case and fully support the settlement.

Kimberly Brown

8/24/2020

My name is KEVIN BROWNS and I am a Named Plaintiff in the Apple Device Performance class action. I am from ████████

I have been Actively involved throughout the entire case. I first started supplying information to the attorney in June of 2018, so for 2 years at least. I have helped with document collection, including a remote ESI collection with an outside company. I have turned over my Iphone 6S Plus as well as all receipts & communication I have had with Apple prior to this class action when I was having issues with my phone.

I have felt involved & informed of all the developments in this case throughout the entire process.

I fully support the settlement that was reached and I have felt good about how the process has gone.

Sincerely,

KEVIN BROWNS
08/24/2020

August 24, 2020


Natasha S. Bryant class representative for the state of Kansas in the Apple/Iphone performance class action, I have been working with James C. Vlahakis.  I sent him information about what Apple was telling me about my phone and he kept me informed and answered any questions I had. I never had the desire to sue a cell phone company but Apple gave me know choice, they gave me the run around and made excuses for the problem and said they couldn't help me.


Natasha S. Bryant

**From:** Cheryl Hesson <CHesson@lfsblaw.com>
**Sent:** Monday, August 24, 2020 9:38 AM
**To:** Gayle M. Blatt <gmb@cglaw.com>; Daniel Levin <DLevin@lfsblaw.com>
**Subject:** Patti Burriss FW: Appl Litigation - Time Sensitive

My name is Patti Burriss, a named plaintiff for the Apple Device Performance class action for the state of South Carolina.  I have been actively involved throughout the entire case.  I have sent documentation if/when available for some of my Apple Products. Also,  I have had several telephone conference calls during this process.  Any questions I've had during this process have been addressed quickly and professionally.  I fully support the settlement in this matter.

To Whom This May Concern,

My name is Laura Carlo. I am writing to you today on August 25, 2020 to inform you about the Apple Device Performance class action case. I am one of the plaintiffs that was named and I was actively involved throughout the entire Case. I had constant email and phone correspondance with the counsel. They also assisted me with gathering all of my documents for proof of performance error. I was always involved and felt that I was informed of any developments as soon as they were made aware. I am glad I got the answers I was looking for and I fully support the settlement. No one should have to go through the aggravation that Apple implented on their loyal customers.

Regards,
Laura Carlo

Laura Carlo

Monday, August 24, 2020

To Whom It May Concern:

My name is Laura Ciccone, a named plaintiff in the Apple Device Performance class action. I was actively involved throughout the case, including correspondence and communication via email, over the phone, and through virtual meetings with counsel, as well as sent and received documents.

I have been involved and well informed of the developments of the case.

I fully support this settlement.

Sincerely,

Laura Ciccone

To whom it may concern,

My name is Thomas Ciccone and I am a named plaintiff in the Apple Device Performance Class Action.

I was actively involved in the case throughout the ongoing process. I was kept up to date by my attorney every step of the way, and felt directly involved. I filled out forms, questionaires, sat for phone calls interviews and replied to numerous emails.

I fully support the work of all people involved in the case and am very happy with the settlement

Thank You

I Alvin Davis, AM A NAMED PLAINTIFF IN THE APPLE DEVICE
PERFORMANCE CLASS ACTION. I HAVE BEEN ACTIVELY INVOLVED THROUGHOUT
THE ENTIRE, I SUPPLIED COUNSEL WITH APPLE DEVICES, DEVICES SERIAL NUMBERS,
APPLE DEVICES RECEIPT, EMAILS FROM APPLE SUPPORT TECH, MY VISIT TO
LOCAL APPLE STORE, (REMOTE ESI COLLECTION), WITH AN e-DISCOVERY
VENDOR. I ALSO GAVE A DEPOSITION SEPTEMBER OF LAST YEAR.

FROM START TO THE PRESENT TIME I HAVE ALWAY FELT FULLY INVOLVED
AND INFORMED OF ALL AND ANY DEVELOPMENTS IN THE CASE.

I ALVIN DAVIS FULLY SUPPORT THE SETTLEMENT.

RE :    Apple Inc. Device Performance Litigation
        CASE NO.5:17-md-02827-EJD (N.D. Cal.)


To Whom It May Concern,


I, Patrick DeFillippo, have been actively involved throughout the entire case since its' beginning.
Some examples of my time spent include; locating data on the phone, providing documentation
to my attorneys, tasks such as remove collection of stored information, copying emails from
Apple, and reviewing the information and the Apple devices listed in the Consolidated Amended
Complaint.


I have been in routine contact with our attorney, and feel as though we have been informed of
developments in the case, including the entire process of the litigation from when we began until
current times, which includes pending settlement.


I fully support the settlement, which I understand is set for hearing on December 4, 2020.  I
would like to take a moment to say that I appreciated the Court's time and attention to
entertaining my statement and that you are taking steps to ensure we have been informed
throughout the process.


Sincerely,

*Patrick DeFillippo*

Patrick DeFillippo

Laura Gail and Maxwell

Maxwell started working with the Lawyers on the apple case.  I believe that he was one of the first class representatives.  Max has a disability and he saw what apple was doing and noted that he, "did not want this to happen to other people". "It wasn't right". "I was so frustrated".

Since Maxwell was 16 at the time and a minor, Laura Gail got involved since I am his mom and guardian.

As a class action representative. We provided serial numbers and data and emails.  We also provided a way around on how to keep apple from updating in the future.  I am not sure how, but My other son Benji had long discussions with James on how.

**From:** Cheryl Hesson <CHesson@lfsblaw.com>
**Sent:** Monday, August 24, 2020 10:20 AM
**To:** Gayle M. Blatt <gmb@cglaw.com>; Daniel Levin <DLevin@lfsblaw.com>
**Subject:** Erica Milstead FW: Statement

To whom it may concern,

My name is Erica Dillard. I am a named Plaintiff in the Apple Device Performance class action. Throughout the entire case I have been involved. I have participated in remote ESI data collection with an e-discovery vendor and various calls and chats with the firm. I have always felt involved and informed with all developments in the case and fully support this settlement.

Thank you for your time,
~Erica Dillard

Beckie A. Erwin

███████████
███████████

August 24, 2020

My name is Beckie A. Erwin, and I am a named plaintiff in the Apple Device Performance class action.

I have been actively involved throughout the entire case, from my initial inquiry to document collection, in constant communication with my attorneys and their representatives gathering information, through the eventual settlement of the case.

I always felt involved and informed of the developments of this case and my attorneys communicated with me at every step. They were also extremely good at responding to any of my questions.

I fully support this settlement and appreciate all that has been done on my behalf.

Sincerely,

*Beckie A Erwin*

## STATEMENT IN SUPPORT OF RESOLUTION

1. I am John R. Farris, class representative for the state of Kansas in the Apple/iPhone class action lawsuit against Apple, Inc.

2. My involvement in the case consisted of working with James C. Vlahakis in the following areas:
    a. Providing information my impacted iPhone 6
    b. Providing receipts for purchase of iPhone 6 and replacement iPhone 6S after iPhone 6 became inoperable due to battery issues
    c. Providing information on attempting to get Apple to repair iPhone 6 performance issues following a software update
    d. Proving damaged iPhone 6 with original box
    e. Answering interrogatory questions
    f. Providing additional information as required and requested to support the case.

3. Mr. Vlahakis kept me well informed about the case, what was required of me, how a class action lawsuit works, and the case progress during the entire case process via several communication means.

4. I was hesitant to join a class action lawsuit and even more hesitant to become a class representative in a class action lawsuit. However, due to the fact that Apple, Inc. refused to repair the iPhone 6 in question after it became faulty following a software update, I felt it necessary to support efforts to hold Apple accountable not only for myself, but the many other Apple customers who were effected by Apple's negligent actions and ensure that they were made whole prior to the events that led to this case.

5. I fully support the resolution.

Respectfully,

John R. Farris

**Bob Gilson**

███████████████████

August 25, 2020
Dear Mr. Cotchett, Mr. Molumphy, Ms. Lewis and Ms. Norton:

I wanted to thank all of the attorneys for their superb work and excellent results in *Apple Inc. Device Performance Litigation*. I appreciate the fact that your office regularly updated me about developments in the case and always answered my questions when they arose. I have been happy to be an active class representative in the case, and to provide information and documents (as well as my phone for imaging) as requested by Apple. I also worked hard to monitor the Court's decisions and the status of the case, including settlement negotiations. I am in full support of the settlement and the requested amount of attorneys' fees, and grateful for the representation I have had throughout this case.

Sincerely,

Bob Gilson

To Whom It May Concern:                              8/25/2020

I, Hayley Selk Goldfeld,  am a
named plaintiff in the Apple Device Performance class
action.
I was actively involved throughout the case discussing my
iPhone performance issues  with counsel, contacting my
provider for invoices and back-up information for proof of
purchase, etc. to provide my counsel. I fully support the
settlement.

Hayley Goldfeld

Tamica Gordon

I am the name plaintiff (Tamica Gordon) in the Apple Device Performance class action, I was actively involved throughout the entire case (I spoke with several litigation technical staff, counsellors, and IT. with the interrogatory responses. I have felt involved and informed of the development in the case and keep informed. I fully support the settlement.


Thank You

Tamica Gordon

August 24th, 2020

To Whom this May Concern

I, Jessica Greenshner, a plaintiff in the Apple Device Performance class action, was actively involved throughout the entire case by having communication with the counsel & sent and received numerous documents. The counsel kept me involved throughout the entire case and informed me of any developments. I fully support the settlement.

Jessica Greenshner

████████████████

August 22, 2020

To Whom It May Concern:

I am Dr. Mary E. Jackson of Jackson, Mississippi. I am a named plaintiff in the Apple Device Performance class action. I have been actively involved throughout this entire case and have kept all correspondence to and from plaintiffs' attorneys informing me of the status of the case and providing information when necessary. Early in the investigation, I bought a new cellphone so that I could send my iPhone 6 to the attorneys for whatever relevant information could be found on it. I did not sit for a deposition but indicated that I would be willing to do so if that were found to be necessary.

As a plaintiff, I have felt fully informed and as fully involved as was thought necessary. I have been told about the settlement and am in full support. I am quite willing to provide any other information which is requested.

Sincerely,

*Mary E. Jackson*

Dr. Mary E. Jackson

To Whom It May Concern:

My name is Kelly Anne Jankowski. I am a plaintiff in the Apple Device Litigation. I was actively involved throughout this entire case including: document and data collection, remote ESI collection with E-discovery vendor, telephone conferences, and e-mail correlation. I always felt involved in this litigation process and informed when there was an update with this case. I fully support the settlement with this case.

Thank you,

Kelly Anne Jankowski

Dale X Johnson



8.25.2020

To Whom it may Concern

Hello, my name is Dale X Johnson and I'm a named plaintiff in the Apple Device Performance class action. I'm in support of the current settlement proposal.

I have been in contact with Melissa my attorney since the start of the case. She has provided ongoing status updates as the case moved forward and I have provided documentation and participated in many conversations with Melissa and team.

Sincerely,

Dale X Johnson

I am writing this statement in support of Mr. Vlahakis, as he and his office has kept me up to date on the developments of this case involving Apple iPhones.

First, I must admit I am the one that reached out to him. He has been very supportive and informative about this issue. I am not one who sues but was upset with Apple iPhones for their refusal to admit battery issues. I pay my bills, and expect service that is kind and reliable.

After several inquiries and expressions of concern, I did not get anywhere with the Apple company. I do like Apple products and will continue to use Apple if I can afford their product. I was very disappointed when they refused to help me with the battery as I felt it was a defect from their battery, which has been proven. Phones are extremely expensive, in my opinion. I was not happy when my iPhone did not last long with its factory battery.

James gave me an opportunity to make Apple accountable. I really did not expect any compensation, which truthfully, was a surprise. I was a class representative for my state, Nebraska. I have supplied contact notes and all my phone data. Hopefully, this will help make manufacturers more responsible to consumers. Thank you for making this possible.

Sincerely,

*Jill Klingman*

8/24/2020

To whom This May Concern,

My name is Ben Lazarus and I am a named plaintiff in the Apple Device Performance class action. I was actively involved throughout the case, such as correspondence/communication with counsel. I also sent and recived documents. Throughout the case, I always felt involved to informed of developments in the case. I Ben Lazarus, fully ~~support~~ support the settlement.

-Ben Lazarus

8/24/2020        x Ben ~~Lazarus~~ -

My name is Robyn Lipetz, and I am a named plaintiff in the Apple Device Performance Class Action.

During the course of the litigation, I have been actively involved and have performed a number of tasks, including:
(1) consulting with attorneys and paralegals
(2) collection of documents
(3) producing and providing evidence during the discovery phase

Also, throughout the litigation process, I have been involved and informed concerning case developments.

I wholeheartedly support the class settlement.

Robyn Lipetz

## Class Representative Statement for the Apple/iPhone Performance Class Action

My involvement consisted of working with James Vlhakis to answer interrogatories and requests for production of documents. Documents submitted included purchase records and work orders from multiple trips to my local Apple Genius Bar to have 6 of my phones fixed or replaced due to Apple's wrongful acts. I also worked with Brad King to have my phone's data uploaded. Throughout the process, I always felt involved and informed of developments in the case, and all my questions were answered promptly and thoroughly.

I am writing in support of the class settlement. I am generally not a litigious person, and have continued to be an Apple loyalist even after this fiasco, but felt compelled to make a stand since Apple's actions were so egregious. Apple took advantage of my loyalty and many of its customers in the name of greed. This settlement requires Apple to pay for its poor conduct, and appears to adequately compensate their victims.

Thank you,

Sam Mangano – Class Representative for Ohio

8/24/2020

August 24, 2020

To Whom It May Concern:

My name is Stephen Margolis.  I am a named plaintiff in the Apple Device Performance class action. I was actively involved throughout the case, including but not limited to corresponding and communicating with counsel, sending and receiving documents, and providing information in preparation for a deposition.  I stayed involved and was informed of developments in the case, and I fully support the settlement.

If you need anything else from me, please let me know.


Sincerely,

Stephen Margolis

Hi. My name is Brinley McGill formerly Brinley McClary. I am a named plaintiff in the Apple Device Performance class action. I was actively involved throughout the entire case and provided device serial numbers, phone specific information, document collection, participated in phone conferences and more. Throughout the process I felt involved and very informed of developments in the case and was in full support of the settlement.

Brinley McGill

Sent from my iPhone

August 25, 2020

To Whom it May Concern:

My name is Gary Merenstein and am a named plaintiff in the Apple Device Performance class action suit. I have been actively involved throughout this entire case by, among other things, reviewing all descriptions of my purchase of my iPhone and its defects alleged in the pleadings in the case. I have responded to all discovery requests served on me by Apple and assisted my attorneys in preparing our written discovery responses. I have spent time on this case coordinating the remote collection of electronically stored information ("ESI") with the plaintiffs' e-discovery vendor, provided my device for inspection by Apple as part of discovery, and prepared to have my deposition taken, which deposition date was being coordinated with Apple just before the proposed settlement was reached.

My attorneys kept me completely updated, involved and informed of all major developments in the case, including the process of the litigation from start when I was named as a plaintiff, all the way through to the current status of the pending settlement.

I fully support the settlement, and understand a hearing is set on December 4, 2020 regarding whether the proposed settlement will be approved by the Court.

I appreciate your time in this matter and review of this statement.

Sincerely,

Gary Merenstein

Sandra J. Merola



August 25, 2020

To whom it may concern.

My name is Sandra J. Merola and I am a named plaintiff in the Apple
Device Performance Class Action Lawsuit. I have been actively involved
throughout the entire case including document collection, remote ESI
collection with an e-discovery vendor.  I have always felt very involved
and informed in all the developments in the case, and I fully support
the settlement.

Sincerely,

Sandra J. Merola

August 25, 2020

Jonathan Meyers



To Whom It May Concern,

I, Jonathan Meyers, am a named plaintiff in the Apple Device Performance class action. In my duties as a named plaintiff, I provided documents and the subject phone in discovery, as well as had my e-mails collected remotely. I was kept up to date by my attorneys about any important developments in the case throughout the action, and always felt involved and informed. After learning about the full scope of the settlement, I fully support it and am satisfied with the outcome.

Sincerely,

8/25/2020

Jonathan J Meyers

To whom it may concern,

My name is Craig Moore and I am a plaintiff in the Apple Device Performance Class Action.

I actively participated in this case, supporting through email communication, documentation gathering, tele-conferences and remote data collection with an e-discovery vendor.

To this point, I have been kept up to date on case status and promptly notified of any changes or when additional information from me was required.

As the current settlement stands, I support the proposal without reservation.

Thank you,
Craig J. Moore

To Whom it may concern,

My name is Zoe Naylor & I am a named Plaintiff in the Apple Device Performance class action for the state of Arkansas.

I was actively involved throughout the entire case - reviewing documents prepared by my attorneys, & I participated in the remote ESI collection w/ an e-discovery vendor. This was a particularly time-consuming task.

I have always felt involved & informed of developments in the case. I appreciate the advice & communication from my attorneys.

I fully support the settlement. While this settlement does not give back the time or frustration felt from the defective phones, I believe this settlement is a good outcome.

Thank you,

Zoe Naylor

Amy L. Norman



August 24th, 2020

To whom it may concern,

My name is Amy L. Norman, and I am a named plaintiff in the Apple Device Performance Class Action Lawsuit. I have been actively involved throughout the entire case assisting in the collection of specific documents such as date of purchase, ESI collection with an e-discovery vendor, and communicating with my Attorneys via phone and through electronic means. Despite never having to sit for a deposition, I have always felt involved and informed of developments in the case as provided by my Legal representation. I also fully support the terms of the settlement. I am happy to provide any additional information as required by the Courts to assist with the settlement of this case.

Sincerely,

Amy L. Norman
Plaintiff



August 23, 2020

Honorable Judge Edward J. Davila
San Jose Courthouse
280 South 1st Street
San Jose, CA 95113

Judge Davila,

My name is Lawrence (Larry) Pethick, and I am the class representative for Michigan in the Apple/iPhone Performance class action case. I came to this case after being misled by an Apple Store employee regarding the severe performance issues of my iPhone 6 just a week prior to Apple's official statement on iPhone throttling. When presented with my diminished device performance, the Apple employee stated that it, "Sounds like it's time for a new iPhone." I was unemployed, and the cost of buying a new iPhone was not an expense that I was looking forward to. Had I known at the time that all it needed was a $25 battery update, I would have gladly paid that bill and left with a smile.

I'd never taken part in a class action lawsuit as a class representative before, and have never sued anyone or a company before. The process was a little overwhelming and I'm glad I had the people from Brad King's office as well as my frequent and regular communication from James Vlahakis and the team at Atlas Consumer Law to help guide me through the process. Along with taking my complaint and concern seriously, they helped me collect and organize the digital and voice conversations that I had with Apple, as well as my purchase and serial number records. The collective team always kept me informed along the way, and I was thankful for the quick and very detailed responses that I received to my questions.

I've been a longstanding fan and customer of Apple, purchasing dozens of Apple devices for personal/family use over the last seventeen-plus years. What they did was wrong, and I believe this settlement is fair and just. I'm thankful that terms have been established and am pleased with the outcome. Thank you for your part in bringing a just and fair settlement.

Sincerely,

Larry Pethick

**From:** Cheryl Hesson <CHesson@lfsblaw.com>
**Sent:** Monday, August 24, 2020 7:20 AM
**To:** Gayle M. Blatt <gmb@cglaw.com>; Daniel Levin <DLevin@lfsblaw.com>
**Subject:** FW: Letter to court

**From:** ███████████████████
**Sent:** Monday, August 24, 2020 5:59 AM
**To:** Cheryl Hesson <CHesson@lfsblaw.com>
**Subject:** Letter to court

I Darlane Saracina is a plaintiff in a class action suit regarding Apple I phone, I have done discovery, collection of material and have several conversations with the attorneys and assistance. I have been informed on every thing to do with this settlement and I totally agree with the outcome and the amount.
Thank you
Darlane Saracina

My name is Sarah Stone, and I'm a named plaintiff in the class action lawsuit against Apple for having slowed down my iPhone (aka the Apple Device Performance class action lawsuit). I regularly maintained communication with Daniel Levin, and his staff, ranging from Zoom meetings, emails, phone calls, along with allowing remote access to my computer which allowed for document collection ranging from appointments at the Apple Genius Bar, to proof of purchase of iPhones and more.

The Daniel Levin team has always kept me informed, and with my inquisitive nature they've also been quick to respond. This case has been ongoing for more than two years, and I'm in support of the settlement; at this point, it's time for Apple to pay up.



Sarah Stone
Sent from my iPhone

To whom it may concern,

My name is Jeanette Taylor, with residence in ▮▮▮▮▮▮▮▮ and hereby certify the following:

\*\*I am a named plaintiff in the Apple Device Performance Class Action.

\*\*I am and have always been actively involved throughout the entire case; counsel and paralegals were always contacting me in providing updates about the case and collecting vital and accurate information about my iphone devices.  I also had an e-discovery vendor contact me to collect ESI remotely several times.

\*\*Communication with my attorney was extensive and effective.  I am pleased and fully support the settlement.

Sincerely,

Jeanette Taylor
Plaintiff, Apple Device Performance Class Action


*Jeanette*

My name is Judith (Jude) Thompson. I am a plaintiff in the class action suit for the Apple Device Performance. There was consistent contact, correspondence and phone conversations with attorneys and paralegals. Documents were gathered and my devices were remote accessed. I always felt a part of the suit and that my interests were represented. This is strongly supported by me.

Jude Thompson

To whom it may concern                          8/24/2020


Heidi L. Valle is named one of the plaintiffs in the Apple Device performance class action. I have been involved and inContact throughout with Cheryl, Gayle and Patricia. These folks have always kept me updated on this class action. I fully and completely support this settlement.


If there are any questions, please feel free to reach out to me at ██████████


Kind regards,

Heidi Valle

August 24, 2020

Drew E Victory

███████████████

To Whom It May Concern:

My name is Drew E Victory, and I am a named plaintiff in the Apple Device
Performance class action. I was actively involved throughout the entire case,
including regular interaction and updates with the attorneys. I also completed
collection and submission of relevant documents and Apple devices, and had a
detailed remote ESI collection with an e-discovery vendor. I was thoroughly
informed of case developments throughout the process and was involved when
appropriate by the attorneys. I fully support the settlement of the case.

Sincerely,

Drew E Victory

Good morning

Ida Villegas I'm one of the plaintiff's in the Apple device performance class action. I've been actively involved with this case. I have received and sent back information that was needed for the case. I fully support the Apple settlement.

Thank you
Ida Villegas
August 24th 2020

To Whom It May Concern,

Tues
August 25, 2020

My name is Annamarie Vinaci, and I am a named plaintiff in the Apple Device performance class action. I have been actively involved throughout the entire case, including sending, receiving documents, also speaking to my council I have felt always included 100% and had continually informed of all development in my case.

In closing I fully support the settlement.

Sincerly,

Annamarie Vinaci

# John Patrick Webb

August 22, 2020

To whom it may concern,

I, John Patrick Webb, am a named plaintiff in the Apple Device Performance class action. I have actively been involved throughout the entire case in tasks including document collection, responding to discovery including remote ESI collection with an e-discovery vendor and reviewing the settlement agreement.

I have always felt involved and informed of developments in the case and I fully support the settlement.

Yours truly,

John P Webb

To Whom it May Concern,

My name is Lauren Weintraub. I was a plaintiff in the Apple Device Performance class action. I was actively involved throughout the case. For example, correspondence/communication with counsel, send and receive documents. I always felt involved and informed of developments in the case and I fully support the settlement.

Thank you,

Lauren Weintraub

**From:** Cheryl Hesson <CHesson@lfsblaw.com>
**Sent:** Monday, August 24, 2020 12:23 PM
**To:** Gayle M. Blatt <gmb@cglaw.com>; Daniel Levin <DLevin@lfsblaw.com>
**Subject:** Brandi White - Apple Litigation

August 24, 2020

To Whom It May Concern:

My name is Brandi White.  I am a plaintiff in the Apple Device Performance class action.  I have remained active and included in the court processes.  I have conducted meetings to collect and retrieve data from my email and cellular device.  I have communicated with staff about my thoughts on the proceedings.  They have always maintained contact throughout the process.  I fully support the settlement.


Thanks,

Brandi White

To Whom it may Concern:

I Kennith Woolsey an a named Plaintiff in the Apple Device Litigation suit for IDAHO. I participated in the information Gathering and shared all the info that I had. I was involed from the beginning & was Kept informd of all developments thru out this case. The Deposition & Sending of Document was I hope Helpful in some way with this case. The Attorneys Kept me informed & I was a willing participant in this suit. I fully agree with the settlement

Thankyou
for your
Tim

Kennith Woolsey
08-24-2020

August 24th, 2020


To whom it may concern:

My name is Andrew Yashchuk. I am a named Plaintiff in the Apple Device Performance class action case.

I was actively involved throughout the whole case, and remain so. I had assisted with document collection, hardware examinations and review of negative experiences. Additionally I had worked with an e-discovery vendor to complete remote ESI collection etc...

I have felt involved and informed of developments in this case and I fully support the settlement.

If you have any further questions, please do not hesitate to contact me!

Best Regards,

Andrew Yashchuk

Good morning,

I am Trent C. Young, a named Plaintiff in the Apple Device Performance class action.

I have been involved with the Apple Device Performance class action for almost 3 years.

I have spent a great many hours activly gathering documentation and allowing my computer to be remotely accessed for so many hours that it necessitated my losing days off of wages to allow such access,
I spent a great many hours in telephonic conference to aid in the research to justify this class action. Such items did include the remote ESI collection and other items with an e-discovery vendor.
Such collection and the hours spent, wore on myself and my family both physically in time and emotional stress.
I also was required to travel to San Francisco where I appeared for deposition. I spent an entire day of traveling to San Francisco and another entire day being in deposition giving and offering testimony as requested by Apple Attorneys.

The only lack of stress was that I was constantly "in the loop". The kindness and professionalism of Levin Sedran & Berman LLP kept me informed of all the requirements, information, and developments in this action.

I put forth all this effort, the great many hours of time time, the stressful and emotional rollercoaster of reliving the appearing for deposition to follow through in what I believe in.
Such that I am so proud of all those persons in and within the team of Levin Sedran & Berman LLP for picking up the flag for this action and running with it.

I want to personally thank each and every person of Levin Sedran & Berman LLP for, what must be thousands of hours, helping and aiding me and others like me… the little guy in this action.
For, without their voice, I don't believe we would have ever been heard.

Respectfully submitted,

Trent C. Young