Case: 18-MD-2827-EJD

United States District Court
Northern District of California
San Jose Division

**Ref: Case No. 18-MD-2827-EJD**

Dear Presiding Judge,

      I am writing to you regarding the Class Action Suit filed against Apple Inc for Device Performance, Case no. 18-MD-2827-EJD. I am a claimant and beneficiary in this case in that I will receive part of the settlement payout as an affected customer. In looking over the case details, I do agree with the merits of the case, however I object to the amount being paid to the claimants and the amount of fees and expenses that the attorney's filing this case are claiming. Although I understand and agree that the attorneys should get paid for their time and efforts in this case, I do NOT believe that a sum of $9,300,000 (30% of the 31,000,000 floor) is a justifiable amount of fees. This is absolutely excessive and unjust. In addition to this, they are asking for an additional $2 million for expenses. All the while, the named plaintiffs get a mere $1,500 - $3,500 and the remaining beneficiaries will get $25 per owned device. This is absolutely unreasonable that the attorneys in this case will get rich off of the settlement while the people that this case is about and that were actually affected in Apple's actions get chump change.

      Honestly, I think a fair settlement is that Apple provides for each of its affected customers, who have submitted claim in this case, a free upgrade to the most recent phone produced at the time of final settlement. Based on the case claims that Apple knowingly and intentionally reduced the performance of certain phones in order to push customers to upgrade to newer products, the reasonable compensation would be to provide customers reimbursement for those devices, or simply, a free upgrade to the most recent model produced at the time of final settlement. However, either way, $25 is not compensation for this wrongdoing. I understand that Apple has not admitted to any wrongdoing, however in this settlement customers are being paid a cash award in agreement to not pursue this matter any further. How is $25 an incentive to not pursue any matter? While the attorneys get millions! <u>It is my request that the court decide a more appropriate payout to the claimants in this case</u>, as $25 is simply laughable, based on the claims being made. In addition, the attorney's presenting in this case should have to prove the amount of fees and costs incurred in this case, along with reasonable fees for representation. Should I hire an attorney to represent me in court, although expensive, it most certainly would not cost me $9,300,000. At that cost, nobody but rich people would be able to file a lawsuit. As such, <u>it is also my request that the court decide a more appropriate amount of fees and costs that the attorneys should recoup, then redistribute the remaining amount to claimants, the actual affected persons, in this case</u>.

Thank you for your time and hearing me out in this matter.

Respectfully,

*[signature]*

Michael T. Slota
220 20th Street, Apt 906
Arlington, VA 22202

**RECEIVED**

SEP 08 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# In re Apple Inc. Device Performance Litigation

Case No. 18-MD-2827-EJD
United States District Court for the Northern District of California

HOME | SUBMIT A CLAIM | UPDATE YOUR CLAIM | IMPORTANT DOCUMENTS | FAQS | CONTACT US | AVISO EN ESPAÑO

## YOUR CLAIM FORM HAS BEEN SUBMITTED SUCCESSFULLY.

Please print this page for your records.

### YOUR CLAIM DETAILS

| | |
|---|---|
| Submitted Claim ID | SMRT01616175 |
| Confirmation Code | 20149208 |

### NAME AND CONTACT INFORMATION

| | |
|---|---|
| First Name | MICHAEL |
| Last Name | SLOTA |
| Street Address 1 | 220 20TH ST 906 APT |
| Street Address 2 | |
| City | ARLINGTON |
| State | VA |
| Zip Code | 22202 |
| Email Address | MTSLOTA@ICLOUD.COM |

### ADDITIONAL FIELDS

| | |
|---|---|
| Apple ID | MTSLOTA@ICLOUD.COM |
| Serial Number | DNTNX***** |
| Payment Method | MAILED CHECK |
| Device and iOS Version | IPHONE 6, 6 PLUS, 6S, 6S PLUS, SE - IOS 10.2.1 OR LATER |
| I experienced diminished performance on my iPhone | YES |
| I declare under penalty of perjury that the information above is true and correct to the best of my knowledge and belief. | YES |
| Signature | MICHAEL T SLOTA |
| Date | 09/03/2020 |

If you have any questions regarding your Claim, please provide the Submitted Claim ID listed above and email us at Questions@SmartphonePerformanceSettlement.com

Click to Edit Your Claim.

Print                                                                 Home

Administered By:            Copyright © 2020 Angeion Group, LLC   Privacy Policy

# In re Apple Inc. Device Performance Litigation

Case No. 18-MD-2827-EJD
United States District Court for the Northern District of California

HOME | SUBMIT A CLAIM | UPDATE YOUR CLAIM | IMPORTANT DOCUMENTS | FAQS | CONTACT US | AVISO EN ESPAÑC

## YOUR CLAIM FORM HAS BEEN SUBMITTED SUCCESSFULLY.

Please print this page for your records.

### YOUR CLAIM DETAILS

| | |
|---|---|
| Submitted Claim ID | SMRT01616204 |
| Confirmation Code | 61416059 |

### NAME AND CONTACT INFORMATION

| | |
|---|---|
| First Name | MICHAEL |
| Last Name | SLOTA |
| Street Address 1 | 220 20TH ST 906 APT |
| Street Address 2 | |
| City | ARLINGTON |
| State | VA |
| Zip Code | 22202 |
| Email Address | MTSLOTA@ICLOUD.COM |

### ADDITIONAL FIELDS

| | |
|---|---|
| Apple ID | MTSLOTA@ICLOUD.COM |
| Serial Number | F2LSF***** |
| Payment Method | MAILED CHECK |
| Device and iOS Version | IPHONE 7, 7 PLUS - IOS 11.2 OR LATER |
| I experienced diminished performance on my iPhone | YES |
| I declare under penalty of perjury that the information above is true and correct to the best of my knowledge and belief. | YES |
| Signature | MICHAEL T SLOTA |
| Date | 09/03/2020 |

If you have any questions regarding your Claim, please provide the Submitted Claim ID listed above and email us at Questions@SmartphonePerformanceSettlement.com

Click to Edit Your Claim.

Print                                                                                          Home

Administered By:
ANGEION GROUP

Copyright © 2020 Angeion Group, LLC       Privacy Policy

MICHAEL T. SLOTA
220 20TH ST. APT. 906
ARLINGTON, VA 22202

NOVA 220
4 SEP 2020 PM 3 L

RECEIVED
SEP 08 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CLERK OF THE COURT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
280 SOUTH 1ST STREET
SAN JOSE, CA 95113