Mike Suminski
612 Hawthorne Square
Oakdale PA 15071

PITTSBURGH PA 150
17 SEP 2020 PM 4 L

Clerk of the Court
United States District Court-Northern District (San Jose)
280 South 1st Street
San Jose, CA 95113

Clerk of the Court

United States District Court Northern District of California San Jose Division

280 South 1st Street

San Jose, CA 95113


Dear Clerk of the Court,

The purpose of this letter is to state that I personally object to the settlement "In re Apple Inc. Device Performance Litigation, Case No. 18-MD-2827-EJD." As a loyal customer for all Apple Products, I find it disturbing that I have experienced diminished performance on my IPhone device. A cash payment of $25 per phone is unacceptable, especially when considering my personal case. I opened a Fidelity Investment account on the 26th of February, 2020. All of my trades were completed on my IPhone 6S and I have lost thousands of dollars due to the lack of performance on my Apple device. My devices' diminished performance has accounted for delayed trades (buy and sell of stock) and executing trades at wrongful times. I am disputing the full amount that was deposited into my investment account of $77,626.17 and Rollover IRA account of $4,954.20 and Roth IRA account of $2,645.06. Throughout my time of trading over the past months, my device has impacted all of my trades and I am demanding a return of these deposits made into my account. Due to the device malfunction and diminished performance, I believe my trades to be tampered with, in which, makes all of the completed trades in my account to be disputable.

Notice: The total deposited amount of $85,225.43 does not consider the total account value that would be deducted from the deposit total. (In example, if the total account value is worth $20,000 then the total amount I am disputing in court is $65,225.43 **or** if the total account value is worth $105,225.43 then the total amount I am disputing in court is $85,225.43). If not represented by attorneys in this case or not personally able to speak in court, I'd like to privately seek an attorney supporting my case. Please refer to my IPhone 6s device details listed below:

Michael Suminski: IPhone 6s
Model A1688 / FCC ID: BCG-E2946A / IC: 579C-E2946A
Serial Number: C79R43EUGRY9


Sincerely,


Michael Suminski

Cell: (814) 490-8763 / Email: Michael.Suminski@yahoo.com

**RECEIVED**

SEP 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

[envelope image]

Return address:
Tyler Dominski
612 Hawthorne Square
Oakdale PA 15071

Postmark: PITTSBURGH PA 150 — 17 SEP 2020 PM 4 L

Addressee:
Clerk of the Court
United States District Court - Northern District (San Jose)
280 South 1st Street
San Jose, CA 95113

95113-305558