Sherry Cassedy
111 Moran Way
Santa Cruz, CA 95062
(650) 776-3256


Clerk of the Court
United States District Court Northern District of California
San Jose Division
280 South 1st Street
San Jose, CA 95113

Re: *In re Apple Inc. Device Performance Litigation*, Case No. 18-MD-2827-EJD

Dear Judge Davila:

    I am an attorney and a member of the class in the above-referenced class action. I am taking time to write to you to object to the settlement and to this process of litigation. From a recovery of hundreds of millions of dollars, the plaintiffs will receive very little. The attorneys will be hugely enriched and Apple will continue business as usual.

    As a member of the class I have attempted to file a claim for my potential $25 recovery in order to participate as a good citizen. It is not easy. I must track down old devices long ago replaced for serial numbers. The case website for all its formulaic language is not friendly to most consumers. The process feels like an exploitation of consumers who actually incurred injury for the enrichment of the attorneys, at the expense of taxpayer dollars.

    I just want to record my frustration with this process and the result, for what it's worth. Thank you for your good public service.

Sherry Cassedy

*[signature]*

**RECEIVED**

SEP 18 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

Cassel
111 McPherson
Santa Cruz, CA
95062

Clerk of the Court
U.S. District Court Northern District of CA
San Jose Division
280 South 1st St.
San Jose, CA 95113

SAN JOSE CA 950
16 SEP 2020 PM 3 L