# EXHIBIT A

```
                     UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION


    KEATON HARVEY, ET AL.,

             PLAINTIFFS,              CASE NO.  CV-17-7274-EJD
                                      AND RELATED CASES.
         VS.
                                      SAN JOSE, CALIFORNIA
    APPLE INC.,
                                      MAY 10, 2018
             DEFENDANT.
                                      PAGES 1 - 91


                       TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE EDWARD J. DAVILA
                      UNITED STATES DISTRICT JUDGE

                          A-P-P-E-A-R-A-N-C-E-S


    FOR PLAINTIFF         DICELLO, LEVITT & CASEY
    HARVEY:               BY:   AMY E. KELLER
                          TEN NORTH DEARBORN STREET, 11TH FLOOR
                          CHICAGO, ILLINOIS 60602


    FOR PLAINTIFF         KAPLAN, FOX & KILSHEIMER LLP
    GALLMANN:             BY:   LAURENCE D. KING
                                DAVID A. STRAITE
                          350 SANSOME STREET, SUITE 400
                          SAN FRANCISCO, CALIFORNIA 94104

          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

    OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074


         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
    TRANSCRIPT PRODUCED WITH COMPUTER.
```

```
10:23AM   1    LIKE THAT THAT REQUIRE IN DEPTH, AT LEAST I DON'T THINK WE
10:23AM   2    WILL, SCIENTIFIC ANALYSIS.
10:23AM   3         THERE IS GOING TO BE SIGNIFICANT DISCOVERY.  OF COURSE,
10:23AM   4    THESE RECORDS ARE TREMENDOUS, AND THEY WILL INFORM ALL OF THE
10:23AM   5    PARTIES AS TO THE SPECIFIC ISSUES.  SO THAT SEEMS TO BE A
10:23AM   6    REALLY HEAVY PRIORITY ON THE CASE.
10:23AM   7         I WAS INTRIGUED BY SOMETHING, I THINK IT WAS IN THE AUDET
10:24AM   8    PLEADINGS, THAT SUGGESTED THAT IT MIGHT BE THAT SIGNIFICANT
10:24AM   9    RESOURCES OR AT LEAST ATTENTION MIGHT BE BETTER PLACED AT THE
10:24AM  10    IDEA OF A SPECIAL MASTER IN REGARDS TO MEDIATION.
10:24AM  11         WE'RE PREMATURE, I REALIZE WE'RE PREMATURE.  I'M JUST
10:24AM  12    GIVING YOU HIGH-LEVEL THOUGHTS THAT I HAD ABOUT THE LITIGATION,
10:24AM  13    AND IS THAT SOMETHING THAT IS GOING TO HELP US IN THIS CASE.
10:24AM  14         AS WE GO THROUGH THIS PROCESS, THIS INITIAL PROCESS OF A
10:24AM  15    LEADERSHIP TEAM, ==I THINK IMPORTANT FOR YOU TO KNOW THAT WHAT IS==
10:24AM  16    ==IMPORTANT TO ME IS TO FIND A LEADERSHIP TEAM THAT WILL BE==
10:24AM  17    ==EFFICIENT,== ==THAT CAN WORK COLLECTIVELY WITH EACH OTHER WITH ALL==
10:24AM  18    ==OF THE LAWYERS HERE, THAT CAN ACCEPT AND RESPOND TO==
10:24AM  19    ==COMMUNICATIONS FROM YOUR COLLEAGUES REGARDING THEIR RESPECTIVE==
10:24AM  20    ==CLIENTS AND CAN DO SO IN AN EFFICIENT MANNER, AND I MEAN THAT==
10:25AM  21    ==BOTH EFFICIENCIES IN COSTS, EFFICIENCIES IN COMMUNICATIONS, AND==
10:25AM  22    ==EFFICIENCIES IN THE LITIGATION== SUCH THAT YOUR CLIENTS CAN
10:25AM  23    RECEIVE THE BENEFIT OF THE COURT'S ASSISTANCE TO ASSIST YOU IN
10:25AM  24    ACHIEVING RESULTS AS SOON AS PRACTICAL AND AS SOON AS POSSIBLE
10:25AM  25    PROTECTING ALL OF THE RIGHTS THAT YOU ENJOY UNDER THE CODE.
```

```
11:00AM   1    THAT HAVING -- WITH TRANSPARENCY PUT A WORD OUT TO EVERYBODY,
11:00AM   2    EVERYBODY CAME TOGETHER, AND YOU'RE GOING TO SEE SOME VERY
11:01AM   3    TALENTED PEOPLE.  THIS IS THE LAST TIME, BY THE WAY, THAT I
11:01AM   4    THINK YOU'LL SEE ALL OF THESE LAWYERS IN A COURTROOM.
11:01AM   5         THE ONLY REASON ALL OF THEM ARE HERE TODAY IS BECAUSE THIS
11:01AM   6    IS THE OPENING SHOT.  THIS IS WHERE THE INTERIM LEADERSHIP IS
11:01AM   7    GOING TO BE SELECTED.
11:01AM   8         ==IT WOULD BE FOOLISH AND UNWISE, OF COURSE, AT EVERY CMC,==
11:01AM   9    ==OR WHATEVER, IF TWO OR THREE LAWYERS SHOWED UP I'D BE==
11:01AM  10    ==SURPRISED.  IT MIGHT BE TWO, MAYBE THREE, MAYBE FOUR AT THE==
11:01AM  11    ==MOST.==  ECONOMICS PLAYS A VERY BIG ISSUE IN THIS.
11:01AM  12         BUT AGAIN, I WANT TO GO BACK TO THAT WORD, WHO CAN WORK
11:01AM  13    WITH EACH OTHER?
11:01AM  14         NOW, SITTING IN THE AUDIENCE TODAY ARE 60 OR MORE LAW
11:01AM  15    FIRMS WHO HAVE SAID HERE IS THE WAY THAT WE BELIEVE THE
11:01AM  16    STRUCTURE CAN WORK.
11:01AM  17         THE SHEET YOU HAVE IN FRONT OF YOU THAT WAS HANDED UP TO
11:01AM  18    YOU BY MR. BERMAN AT ONE TIME, BELIEVE THIS OR NOT AND IT CAN
11:02AM  19    BE BROKEN DOWN, AT ONE TIME HAD 18 TO 19 COMMITTEES.  AS A
11:02AM  20    MATTER OF FACT, THAT'S HOW V.W. STARTED OUT.
11:02AM  21         NOW, WHAT WE DID WAS THAT WE LISTENED TO EVERYBODY IN THIS
11:02AM  22    ROOM, AND I THINK SOME WANTED TO SPEAK.  FOR EXAMPLE, TAKE A
11:02AM  23    LOOK AT THE FIRST ONE, THE ADMINISTRATIVE CHAIR, THAT'S
11:02AM  24    MARK DEARMAN, VERY TALENTED, HAS BEEN IN MANY, MANY MDL'S.  HIS
11:02AM  25    ROLE IS GOING TO BE TO MAKE SURE THAT ONE DISCOVERY IS NOT
```

```
11:02AM  1    DUPLICATING WHAT ANOTHER DISCOVERY COMMITTEE IS DOING, AND TO
11:02AM  2    MAKE SURE THAT WHEN WE REPORT HOURS, WHICH WE WANT TO DO ON A
11:02AM  3    MONTHLY BASIS SO THAT NOBODY CAN RUN AWAY AND JUST SO THAT WE
11:02AM  4    CAN WORK EFFICIENTLY.  SO THAT'S A ONE-PERSON COMMITTEE IF YOU
11:02AM  5    SEE WHAT I'M SAYING.
11:02AM  6         ==THIS IS NOT A HUGE COMMITTEE, AND I KNOW IT LOOKS BIG ON
11:02AM  7    PAPER.  BUT LOOK AT NUMBER FOUR, LAW AND BRIEFING.  THOSE ARE
11:02AM  8    TWO VERY TALENTED WOMEN WHO I THINK ARE THE BEST WRITERS THAT
11:03AM  9    I'VE MET IN THE LEGAL PROFESSION.  THAT IS A HUGE UNDERTAKING
11:03AM 10    FOR LAW AND BRIEFING.  TWO VERY ASTUTE PEOPLE LEADING THAT.  I
11:03AM 11    DON'T SEE THAT TO BE EXCEPTIONAL.==
11:03AM 12         LOOK AT THE DISCOVERY, THE OFFENSIVE AND ESI COORDINATED.
11:03AM 13    ARIANA, I JUST DESCRIBED HER TO YOU.  SHE HAS A TALENTED WOMAN
11:03AM 14    WITH HER BY THE NAME OF KARIN SWOPE.  I DON'T SEE THE TWO OF
11:03AM 15    THEM AS BEING EXCESSIVE ON ESI.  YOUR HONOR KNOWS WHAT ESI IS
11:03AM 16    LIKE AND WHAT IT'S GOING TO BE LIKE IN THIS CASE.
11:03AM 17         NOW, I HAVE TO LAUGH, AND I LOOK OVER HERE AND SEE THREE
11:03AM 18    VERY DISTINGUISHED LAWYERS FROM GIBSON.  WE DON'T REALLY
11:03AM 19    BELIEVE THAT GIBSON HAS THREE LAWYERS ON THIS CASE.  IF THEY
11:03AM 20    HAVE 30 TO 40, OR 50, I WOULD BE SURPRISED AT HOW FEW THEY
11:03AM 21    HAVE.
11:03AM 22         THIS IS GOING TO BE AN UNDERTAKING THAT REQUIRES A
11:03AM 23    COMMITTEE AS WE'VE SET UP NOW.  COULD YOU PUT THE THIRD PARTY
11:04AM 24    DISCOVERY COMMITTEE UNDER THE MARKETING?  YES, YOU COULD.  TO
11:04AM 25    US THAT WOULD BE INEFFICIENT BECAUSE ONE OF THE HUGE ISSUES IN
```

```
11:09AM   1            SO MY SUGGESTION IS GOING TO BE IMMEDIATELY WE COME TO YOU
11:09AM   2    BACK.  I GO TO APPLE, AND I SAY GIVE US THREE NAMES, AND WE
11:09AM   3    BRING THEM BACK TO YOU.
11:09AM   4            LASTLY, WE, OF COURSE, TOLD YOU BEFORE THAT WE WILL SET UP
11:09AM   5    A SYSTEM THAT WILL WATCH HOURS VERY CAREFULLY SO THERE IS NO
11:09AM   6    DUPLICATION.
11:09AM   7            I KNOW YOU SEE A LOT OF LAWYERS HERE, BUT EACH LAWYER THAT
11:09AM   8    I KNOW OF HERE HAS TAKEN AN ASSIGNMENT WILLINGLY AND SAID I
11:09AM   9    THINK WE CAN WORK ON THIS OR THAT.
11:09AM  10            I'VE GONE ON TOO LONG.  I KNOW THERE ARE SOME OTHERS WHO
11:09AM  11    WANT TO SPEAK.  IF YOUR HONOR DOESN'T MIND, UNLESS YOU HAVE ANY
11:09AM  12    QUESTIONS OF ME, I'M OLD, AND I'M TIRED, AND I'LL SIT DOWN.
11:09AM  13                THE COURT:  WELL, I DON'T HAVE ANY QUESTIONS FOR
11:10AM  14    YOU.  YOU'RE NOT OLD, AND YOU'RE NOT TIRED, I DON'T THINK.  I
11:10AM  15    THINK YOU'RE FULL OF VIGOR.  SO I APPRECIATE YOUR ENTHUSIASM.
11:10AM  16    THANK YOU VERY MUCH.
11:10AM  17                MR. COTCHETT:  THANK YOU.
11:10AM  18                THE COURT:  ANYONE ELSE WHO WISHES TO BE HEARD?  LET
11:10AM  19    ME HEAR FROM DEFENSE COUNSEL.
11:10AM  20                MR. CHORBA:  THANK YOU, YOUR HONOR.  AGAIN,
11:10AM  21    CHRIS CHORBA FROM GIBSON DUNN ON BEHALF OF APPLE.  I'LL BE VERY
11:10AM  22    BRIEF, AND I'LL TAKE -- YOU KNOW, YOUR HONOR'S COMMENTS AT THE
11:10AM  23    VERY OUTSET I THINK ARE APT.
11:10AM  24            ==I THINK THE POSITION THAT WE NOTED IN OUR BRIEF REALLY==
11:10AM  25    ==ALIGN WITH THAT, AND IT'S REALLY ABOUT EFFICIENCY AND MAKING==
```

11:10AM 1    ==SURE THERE'S COORDINATION.==
11:10AM 2        ==YOU KNOW, THERE WAS AN OBJECTION BY MR. COCHETT'S FIRM TO==
11:10AM 3    ==THE BRIEF THAT WE FILED.  IT IS NOT USUAL FOR US TO WEIGH IN ON==
11:10AM 4    ==THIS PROCESS.  I THINK AS WE NOTED RIGHT UPFRONT, IT'S A==
11:10AM 5    ==DECISION FOR THE COURT, AND IT'S A DECISION FOR THE CLIENTS TO==
11:10AM 6    ==MAKE THEIR DECISION.==
11:10AM 7        ==BUT OUR PERSPECTIVE HERE IS ONE BOTH MY FIRM --==
11:10AM 8    ==MR. BOUTROUS, WHO APOLOGIZES, BY THE WAY, HE COULDN'T BE HERE==
11:10AM 9    ==BECAUSE OF A CONFLICT -- AS WELL AS MY CLIENT, WE'VE BEEN==
11:10AM 10   ==THROUGH THIS PROCESS MANY, MANY TIMES AND ALL TOO OFTEN WHEN==
11:11AM 11   ==THE DISCIPLINE AND DIFFICULT DECISION IS NOT MADE AT THE VERY==
11:11AM 12   ==OUTSET TO HAVE A VERY STREAMLINED EFFICIENT STRUCTURE, YOU HAVE==
11:11AM 13   ==THESE ATTORNEY'S FEES THAT JUST START TO ACCUMULATE, AND THE==
11:11AM 14   ==LODESTAR GETS LARGER AND LARGER AND THAT IN AND OF ITSELF==
11:11AM 15   ==BECOMES AN IMPEDIMENT TO RESOLUTION OF THE CASE.==
11:11AM 16       WE'VE JUST SEEN IT HAPPEN.  WE'VE WORKED WITH MANY OF THE
11:11AM 17   LAWYERS IN THIS ROOM WHERE IT'S HAPPENED THROUGH NO FAULT OF
11:11AM 18   THEIR OWN, BUT THE CASE HAS JUST NOT BEEN MANAGED WELL.
11:11AM 19       SO WE WOULD URGE THE COURT TO REJECT THE COMMITTEE
11:11AM 20   STRUCTURE, AND IT'S NOTHING AGAINST MR. COTCHETT OR HIS FIRM OR
11:11AM 21   THE KAPLAN FOX OR THAT FIRM, BUT IT'S RATHER THE VERY
11:11AM 22   STRUCTURE.
11:11AM 23       I THINK TWO OR THREE OF THE APPLICANTS BEFORE YOU WERE
11:11AM 24   SAYING THE SAME THING THAT WE ARE.  WE VERY RARELY AGREE IN
11:11AM 25   THESE CASES, BUT WE SPECIFICALLY AGREE ON THAT.

```
11:47AM   1               MR. MCNAMARA:  THANK YOU, YOUR HONOR.
11:47AM   2         DOUGLAS MCNAMARA FOR COHEN MILSTEIN AND THE CLIENT IS
11:47AM   3   MR. FERGUSON.
11:47AM   4         JUST VERY BRIEFLY, BECAUSE IT'S BEEN REFERENCED A FEW
11:48AM   5   TIMES EVEN BY YOUR HONOR, I'VE HAD THE UNIQUE OPPORTUNITY TO
11:48AM   6   WORK WITH MR. BERMAN AND MR. COTCHETT ON THE LOAN LIQUIDATORS
11:48AM   7   MDL AND THAT GROUP AND ALSO ON ANTHEM WHERE MY COLLEAGUE WAS
11:48AM   8   CO-LEAD COUNSEL ON THAT.
11:48AM   9         YOUR HONOR MENTIONED THAT YOU DON'T WANT TO SEE WHAT YOU
11:48AM  10   SAW IN ANTHEM, AND ONE OF THE REASONS YOU WON'T, ASIDE FROM
11:48AM  11   THE -- WHAT MR. STRAITE REFERENCED IS THAT IT'S A DIFFERENT
11:48AM  12   CASE.  WE HAVE A SINGLE STATE LAW THAT IS LIKELY TO APPLY TO
11:48AM  13   EVERY SINGLE PLAINTIFF HERE.  ==THERE WILL NOT BE WHAT HAPPENED==
11:48AM  14   ==IN THE CONSOLIDATED AMENDED COMPLAINT WHAT YOUR HONOR HAS==
11:48AM  15   ==REFERENCED NOW A FEW TIMES.==  WHAT HAD TO HAPPEN IN ==ANTHEM WHERE==
11:48AM  16   ==PLAINTIFFS AROUND THE COUNTRY, 51 DIFFERENT JURISDICTIONS, HAD==
11:48AM  17   ==TO BE VETTED, HAD TO GET DISCOVERY FROM, HAD TO PARTICIPATE IN==
11:48AM  18   ==PLAINTIFF'S DEPOSITIONS.==  THAT IS WHERE THAT ENORMOUS NUMBER OF
11:48AM  19   FILERS CAME FROM IN ANTHEM.
11:48AM  20         AND I WILL SAY ONE OTHER THING ABOUT ANTHEM, IT WAS ALSO
11:49AM  21   AN ENORMOUS VICTORY FOR THE PLAINTIFFS.  IT WAS THE LARGEST
11:49AM  22   CONSUMER PRIVACY SETTLEMENT TO DATE, AND WHILE THERE HAVE BEEN
11:49AM  23   SOME COMPLAINTS ABOUT THE BILLING PRACTICES, I FIND IT HARD
11:49AM  24   WHEN I THINK ABOUT MY COLLEAGUES BACK HOME WHO WORKED ON THAT
11:49AM  25   CASE, I DIDN'T WORK ON THAT CASE UNTIL I WROTE THE COMPLAINT
```

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*Irene Rodriguez*

_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: MAY 15, 2018