# EXHIBIT B

| | |
|---|---|
| **From:** | Fred Fox <FFox@kaplanfox.com> |
| **Sent:** | Tuesday, September 1, 2020 3:29 PM |
| **To:** | Chorba, Christopher; mmolumphy@cpmlegal.com; LKing@kaplanfox.com; Donnie Hall; BDanitz@cpmlegal.com; jcotchett@cpmlegal.com; Tyson Redenbarger |
| **Cc:** | Sze, Wesley; Hines, Kory |
| **Subject:** | RE: Apple/MDL - Plaintiffs' Motion for Attorneys' Fees |

[External Email]
Chris,
In our submissions to the Court we complied with all Court orders including the one you reference.
Best,
Fred

**From:** Chorba, Christopher <CChorba@gibsondunn.com>
**Sent:** Monday, August 31, 2020 4:29 PM
**To:** mmolumphy@cpmlegal.com; Laurence King <LKing@kaplanfox.com>; Fred Fox <FFox@kaplanfox.com>; Donnie Hall <DHall@kaplanfox.com>; BDanitz@cpmlegal.com; jcotchett@cpmlegal.com; Tyson Redenbarger <TRedenbarger@cpmlegal.com>
**Cc:** Sze, Wesley <WSze@gibsondunn.com>; Hines, Kory <KHines@gibsondunn.com>
**Subject:** Apple/MDL - Plaintiffs' Motion for Attorneys' Fees

Counsel—we were surprised that the Motion and supporting papers did not confirm that Plaintiffs' counsel did not include any fees from Apple's Motion for Sanctions. (Dkt. 350 at 5-6.) We will have to raise it in our opposition unless you intend submit an errata/clarification and a supporting declaration prior to our deadline. Please let us know if you would like to discuss.

Thank you,
Chris


**Christopher Chorba**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7396 • Fax +1 213.229.6396
CChorba@gibsondunn.com • www.gibsondunn.com • bio