# EXHIBIT C

```
                    UNITED STATES DISTRICT COURT

                FOR THE NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION


  IN RE:  APPLE INC. DEVICE         CASE NO.  18-MD-2827
  PERFORMANCE LITIGATION.
                                    SAN JOSE, CALIFORNIA

                                    MAY 30, 2019

                                    PAGES 1 - 54

                       TRANSCRIPT OF PROCEEDINGS
                BEFORE THE HONORABLE EDWARD J. DAVILA
                      UNITED STATES DISTRICT JUDGE

                         A-P-P-E-A-R-A-N-C-E-S


  FOR PLAINTIFFS:       COTCHETT, PITRE & MCCARTHY LLP
                        BY:  JOSEPH W. COTCHETT
                             MARK C. MOLUMPHY
                             BRIAN DANITZ
                             ANYA THEPOT
                             ELLE D. LEWIS
                        840 MALCOLM ROAD
                        BURLINGAME, CALIFORNIA 94010

                        KAPLAN, FOX & KILSHEIMER LLP
                        BY:  LAURENCE D. KING
                        350 SANSOME STREET, SUITE 400
                        SAN FRANCISCO, CALIFORNIA 94104

              (APPEARANCES CONTINUED ON THE NEXT PAGE.)

  OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                              CERTIFICATE NUMBER 8074


       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
  TRANSCRIPT PRODUCED WITH COMPUTER.
```

```
10:10AM   1          MORNING.
10:10AM   2              IT'S AN IMPORTANT ISSUE.  IT CAN'T BE ANYTHING LESS THAN
10:10AM   3      AN IMPORTANT ISSUE, GOOD LAWYERS WHO ARE FRIENDS WHO HAVE
10:10AM   4      WORKED TOGETHER IN THE TRENCHES FOR YEARS, DECADES, FIND
10:10AM   5      THEMSELVES AT ODDS OVER ==A VERY IMPORTANT POINT WHEN CASES==
10:11AM   6      ==INVOLVE THIS PROTECTED MATERIAL THAT IS PROTECTED FOR A REASON.==
10:11AM   7              IT'S PROTECTED BECAUSE THE INSTITUTION, OR THE PARTY,
10:11AM   8      WHOEVER IT MAY BE, HAS GREAT CONCERNS THAT RELEASE OF THAT
10:11AM   9      INFORMATION COULD CAUSE THEM PREJUDICE AND HARM IN THEIR
10:11AM  10      COMMUNITIES, BE IT BUSINESS OR PERSONAL COMMUNITIES, AND THE
10:11AM  11      COURT HAS A PROCESS TO DESIGNATE MATERIALS.
10:11AM  12              SO COURTS ARE OPEN TO THE PUBLIC.  PLEADINGS ARE NOT.  YOU
10:11AM  13      CAN REQUEST TO SEAL CERTAIN PLEADINGS TO KEEP THAT FROM THE
10:11AM  14      PUBLIC VIEW FOR THE REASONS THAT WE ALL UNDERSTAND AND THAT
10:11AM  15      I'VE MENTIONED.
10:11AM  16              I TAKE MR. BOUTROUS'S POINT, AND I THINK MR. MOLUMPHY AND
10:11AM  17      MR. COTCHETT JOIN IN THAT, THAT THE SEALING PROCESS IS AN
10:11AM  18      IMPORTANT ONE, AND THAT IS PART OF THE INTEGRITY OF OUR
10:11AM  19      JUDICIAL SYSTEM THAT WE CAN ENSURE THE PUBLIC THAT WHEN THEY
10:12AM  20      COME TO COURTS, THEIR SECRETS WILL BE PROTECTED; THAT THEY WILL
10:12AM  21      HAVE APPROPRIATE JUDICIAL REVIEW OF THAT PROTECTION AND THOSE
10:12AM  22      PROTECTIONS SO THAT THEY CAN BE -- HAVE SOME CONFIDENCE THAT
10:12AM  23      THEIR LAWYERS WILL REPRESENT THEM APPROPRIATELY, WILL PROTECT
10:12AM  24      THOSE INTERESTS WHILE PROTECTING THE INTEGRITY OF THIS PROCESS,
10:12AM  25      AND THAT'S THE PROBLEM THAT WE HAVE TODAY AND INVOLVING WHAT
```

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

*/s/ Irene Rodriguez*
_____
IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074

DATED: MAY 30, 2019