# **<u>EXHIBIT B</u>**

Remove X

**Tracking Number: 95055111453010265621218**

Your item has been delivered to an agent for final delivery in PHILADELPHIA, PA 19104 on October 3, 2020 at 11:23 am.

USPS Premium Tracking™ Available ⌄

**Status**

⟳ **Delivered to Agent**

October 3, 2020 at 11:23 am
Delivered to Agent for Final Delivery
PHILADELPHIA, PA 19104

Get Updates ⌄

Delivered to Agent

Text & Email Updates                    ⟩

Tracking History                          ⟩

Premium Tracking                         ⟩

Product Information                       ⟩

See Less ⌃

# EXHIBIT C

| Number | Last Name | First Name | Date Mailed | Date of Arrival |
|--------|-----------|------------|-------------|-----------------|
| 1 | Abney | Shanieka | 9/21/2020 | 10/3/2020 |
| 2 | Allen | Kedwin | 9/21/2020 | 10/3/2020 |
| 3 | Allen | Martha | 9/21/2020 | 10/3/2020 |
| 4 | Andrews | Charlotte | 9/21/2020 | 10/3/2020 |
| 5 | Armstrong | Lester | 9/21/2020 | 10/3/2020 |
| 6 | Baldridge | Joel | 9/21/2020 | 10/3/2020 |
| 7 | Baldwin | Diane | 9/21/2020 | 10/3/2020 |
| 8 | Ballinger | Toni | 9/21/2020 | 10/3/2020 |
| 9 | Banks | Jacqueline | 9/21/2020 | 10/3/2020 |
| 10 | Barboni | Chris | 9/21/2020 | 10/3/2020 |
| 11 | Barron | Patsy | 9/21/2020 | 10/3/2020 |
| 12 | Bass | Katrina | 9/21/2020 | 10/3/2020 |
| 13 | Battles | Steven | 9/21/2020 | 10/3/2020 |
| 14 | Battles | Rosemary | 9/21/2020 | 10/3/2020 |
| 15 | Baumann | Eric | 9/21/2020 | 10/3/2020 |
| 16 | Baxley | Ashley | 9/21/2020 | 10/3/2020 |
| 17 | Beasley | Darina | 9/21/2020 | 10/3/2020 |
| 18 | Beeson | Mauria | 9/21/2020 | 10/3/2020 |
| 19 | Benton | Krystal | 9/21/2020 | 10/3/2020 |
| 20 | Berry | Dana | 9/21/2020 | 10/3/2020 |
| 21 | Bhagat | Hemal | 9/21/2020 | 10/3/2020 |
| 22 | Bindon | Kathleen | 9/21/2020 | 10/3/2020 |
| 23 | Blankenship | Brigitte | 9/21/2020 | 10/3/2020 |
| 24 | Blietz | David | 9/21/2020 | 10/3/2020 |
| 25 | Boatwright | Michael | 9/21/2020 | 10/3/2020 |
| 26 | Bonner | Lola | 9/21/2020 | 10/3/2020 |
| 27 | Booth | Demetrius | 9/21/2020 | 10/3/2020 |
| 28 | Bowden | Shenita | 9/21/2020 | 10/3/2020 |
| 29 | Brand | Mark | 9/21/2020 | 10/3/2020 |
| 30 | Bromley | Marina | 9/21/2020 | 10/3/2020 |
| 31 | Brown | Darlene | 9/21/2020 | 10/3/2020 |
| 32 | Brown | Cassandra | 9/21/2020 | 10/3/2020 |
| 33 | Bruininks | John | 9/21/2020 | 10/3/2020 |
| 34 | Bryars | Benny and Sherry | 9/21/2020 | 10/3/2020 |
| 35 | Burgess | Bonnie | 9/21/2020 | 10/3/2020 |
| 36 | Burnett (Sanders) | Adriane | 9/21/2020 | 10/3/2020 |
| 37 | Burns | Rebecca | 9/21/2020 | 10/3/2020 |
| 38 | Burns | Edward | 9/21/2020 | 10/3/2020 |
| 39 | Burrows | Ben | 9/21/2020 | 10/3/2020 |
| 40 | Bush | Leah | 9/21/2020 | 10/3/2020 |
| 41 | Busler | Katie | 9/21/2020 | 10/3/2020 |
| 42 | Butler | Daniel | 9/21/2020 | 10/3/2020 |
| 43 | Butler | Tangela | 9/21/2020 | 10/3/2020 |
| 44 | Campbell | Brianna | 9/21/2020 | 10/3/2020 |
| 45 | Capp | Cathey | 9/21/2020 | 10/3/2020 |
| 46 | Carlisle | Jordan | 9/21/2020 | 10/3/2020 |

| 47 | Carter | Mavis | 9/21/2020 | 10/3/2020 |
| 48 | Chandler | Julie | 9/21/2020 | 10/3/2020 |
| 49 | Chapman Haas | Barbara | 9/21/2020 | 10/3/2020 |
| 50 | Chizmar | John | 9/21/2020 | 10/3/2020 |
| 51 | Christen | Shaun | 9/21/2020 | 10/3/2020 |
| 52 | Clayton | Tinesha | 9/21/2020 | 10/3/2020 |
| 53 | Clements | Jodi | 9/21/2020 | 10/3/2020 |
| 54 | Cockrell | Stacy | 9/21/2020 | 10/3/2020 |
| 55 | Cofer | Victor | 9/21/2020 | 10/3/2020 |
| 56 | Coffman | David | 9/21/2020 | 10/3/2020 |
| 57 | Collier | Edward | 9/21/2020 | 10/3/2020 |
| 58 | Collier | Joan | 9/21/2020 | 10/3/2020 |
| 59 | Cordrey | Sierra | 9/21/2020 | 10/3/2020 |
| 60 | Cordrey | Peter | 9/21/2020 | 10/3/2020 |
| 61 | Cox | Paul | 9/21/2020 | 10/3/2020 |
| 62 | Crawford | Georgia | 9/21/2020 | 10/3/2020 |
| 63 | Cudnohufsky | Lorrie | 9/21/2020 | 10/3/2020 |
| 64 | Culver | Emily | 9/21/2020 | 10/3/2020 |
| 65 | Curlee | Misty | 9/21/2020 | 10/3/2020 |
| 66 | Curtis | Laura | 9/21/2020 | 10/3/2020 |
| 67 | Davidson | Bianca | 9/21/2020 | 10/3/2020 |
| 68 | Davis | Amber | 9/21/2020 | 10/3/2020 |
| 69 | Donald | Arlene | 9/21/2020 | 10/3/2020 |
| 70 | Dortch | April | 9/21/2020 | 10/3/2020 |
| 71 | Dozier | Peggy | 9/21/2020 | 10/3/2020 |
| 72 | Duke | Debbie | 9/21/2020 | 10/3/2020 |
| 73 | Dumas | Akeya | 9/21/2020 | 10/3/2020 |
| 74 | Dunn | Jan | 9/21/2020 | 10/3/2020 |
| 75 | Eaton | Tawanna | 9/21/2020 | 10/3/2020 |
| 76 | Echols | Joseph | 9/21/2020 | 10/3/2020 |
| 77 | Eckhardt | Ashley | 9/21/2020 | 10/3/2020 |
| 78 | Eggleston | Nakisha | 9/21/2020 | 10/3/2020 |
| 79 | Elrod | Wendy | 9/21/2020 | 10/3/2020 |
| 80 | Eubanks | Darian | 9/21/2020 | 10/3/2020 |
| 81 | Evans | Taneese | 9/21/2020 | 10/3/2020 |
| 82 | Everett | Jason | 9/21/2020 | 10/3/2020 |
| 83 | Farmer | Becky | 9/21/2020 | 10/3/2020 |
| 84 | Farmer | Dennis Jay | 9/21/2020 | 10/3/2020 |
| 85 | Farmer | Leslie | 9/21/2020 | 10/3/2020 |
| 86 | Ferrell | Timothy | 9/21/2020 | 10/3/2020 |
| 87 | Fisher | Lavenia Diane | 9/21/2020 | 10/3/2020 |
| 88 | Flippo | Estelle | 9/21/2020 | 10/3/2020 |
| 89 | Flurry | Nathan | 9/21/2020 | 10/3/2020 |
| 90 | Foster | Lakisha | 9/21/2020 | 10/3/2020 |
| 91 | Fullenwider-Stewart | Sandra | 9/21/2020 | 10/3/2020 |
| 92 | Gafnea | Steven | 9/21/2020 | 10/3/2020 |
| 93 | Gafnea | Jessica | 9/21/2020 | 10/3/2020 |

| 94  | Gale       | Wayne           | 9/21/2020 | 10/3/2020 |
| 95  | Gardner    | Teresa          | 9/21/2020 | 10/3/2020 |
| 96  | Garner     | Ellen           | 9/21/2020 | 10/3/2020 |
| 97  | Gates      | Teresa          | 9/21/2020 | 10/3/2020 |
| 98  | Gessler    | Ashley          | 9/21/2020 | 10/3/2020 |
| 99  | Giles      | Nicholas        | 9/21/2020 | 10/3/2020 |
| 100 | Gill       | Chara           | 9/21/2020 | 10/3/2020 |
| 101 | Givens     | Barbara         | 9/21/2020 | 10/3/2020 |
| 102 | Glass      | Don             | 9/21/2020 | 10/3/2020 |
| 103 | Glaze      | Kathy           | 9/21/2020 | 10/3/2020 |
| 104 | Gowens     | Phillip         | 9/21/2020 | 10/3/2020 |
| 105 | Graham     | June            | 9/21/2020 | 10/3/2020 |
| 106 | Green      | Taylor          | 9/21/2020 | 10/3/2020 |
| 107 | Green      | Kellen          | 9/21/2020 | 10/3/2020 |
| 108 | Greenwood  | Krystal         | 9/21/2020 | 10/3/2020 |
| 109 | Grimes     | Linda           | 9/21/2020 | 10/3/2020 |
| 110 | Grimes     | Kimberly        | 9/21/2020 | 10/3/2020 |
| 111 | Gunnells   | Larissa         | 9/21/2020 | 10/3/2020 |
| 112 | Hall, Jr.  | John            | 9/21/2020 | 10/3/2020 |
| 113 | Hall       | Theresa         | 9/21/2020 | 10/3/2020 |
| 114 | Hallman    | Reginal         | 9/21/2020 | 10/3/2020 |
| 115 | Hallman    | Valerie         | 9/21/2020 | 10/3/2020 |
| 116 | Hallman    | Haylee          | 9/21/2020 | 10/3/2020 |
| 117 | Hannah     | Pamela          | 9/21/2020 | 10/3/2020 |
| 118 | Harris     | Lanier          | 9/21/2020 | 10/3/2020 |
| 119 | Harris     | Aleta           | 9/21/2020 | 10/3/2020 |
| 120 | Hawkins    | La'Quise        | 9/21/2020 | 10/3/2020 |
| 121 | Hayes      | Judy            | 9/21/2020 | 10/3/2020 |
| 122 | Henderson  | Annie           | 9/21/2020 | 10/3/2020 |
| 123 | Henry      | Taylor          | 9/21/2020 | 10/3/2020 |
| 124 | Herndon    | Mike            | 9/21/2020 | 10/3/2020 |
| 125 | Higdon     | Brandy DeeAnn   | 9/21/2020 | 10/3/2020 |
| 126 | Higgins    | Tracy           | 9/21/2020 | 10/3/2020 |
| 127 | Hill       | Christopher     | 9/21/2020 | 10/3/2020 |
| 128 | Hill       | Michael         | 9/21/2020 | 10/3/2020 |
| 129 | Hill       | Evan            | 9/21/2020 | 10/3/2020 |
| 130 | Hill       | Raymond (Ray)   | 9/21/2020 | 10/3/2020 |
| 131 | Hollis     | Helen           | 9/21/2020 | 10/3/2020 |
| 132 | Hooks      | DeAndra         | 9/21/2020 | 10/3/2020 |
| 133 | Howell     | Leighann        | 9/21/2020 | 10/3/2020 |
| 134 | Hudgens    | Walter          | 9/21/2020 | 10/3/2020 |
| 135 | Hudgins    | Tammy           | 9/21/2020 | 10/3/2020 |
| 136 | Humphrey   | Shannon         | 9/21/2020 | 10/3/2020 |
| 137 | Hutchins   | Karen           | 9/21/2020 | 10/3/2020 |
| 138 | Hutchins   | Tim             | 9/21/2020 | 10/3/2020 |
| 139 | Irvin      | Angela          | 9/21/2020 | 10/3/2020 |
| 140 | Irvin      | Deanna          | 9/21/2020 | 10/3/2020 |

| 141 | Irvin | Adam | 9/21/2020 | 10/3/2020 |
| 142 | Jackson | Warrick | 9/21/2020 | 10/3/2020 |
| 143 | Jenkins | Lauren | 9/21/2020 | 10/3/2020 |
| 144 | Jenkins | Stephen | 9/21/2020 | 10/3/2020 |
| 145 | Jenkins | Carla | 9/21/2020 | 10/3/2020 |
| 146 | Jennings | Brian | 9/21/2020 | 10/3/2020 |
| 147 | Jennings | Donna | 9/21/2020 | 10/3/2020 |
| 148 | Jennings | Rita | 9/21/2020 | 10/3/2020 |
| 149 | Johnson | Marquita | 9/21/2020 | 10/3/2020 |
| 150 | Johnson | Jared | 9/21/2020 | 10/3/2020 |
| 151 | Johnson | Kecia | 9/21/2020 | 10/3/2020 |
| 152 | Jones | David | 9/21/2020 | 10/3/2020 |
| 153 | Jones | Mike | 9/21/2020 | 10/3/2020 |
| 154 | Jones | Brittany | 9/21/2020 | 10/3/2020 |
| 155 | Jordan | Stacey | 9/21/2020 | 10/3/2020 |
| 156 | Kayda | Becky | 9/21/2020 | 10/3/2020 |
| 157 | Keeney | Marsha | 9/21/2020 | 10/3/2020 |
| 158 | Keith | Shannon | 9/21/2020 | 10/3/2020 |
| 159 | Kendrick | Kim | 9/21/2020 | 10/3/2020 |
| 160 | Kennedy | Ashley | 9/21/2020 | 10/3/2020 |
| 161 | King | Rhett | 9/21/2020 | 10/3/2020 |
| 162 | Knepper | Michelle | 9/21/2020 | 10/3/2020 |
| 163 | Komiensky | Louann | 9/21/2020 | 10/3/2020 |
| 164 | Kruz Smith | Brianna | 9/21/2020 | 10/3/2020 |
| 165 | Lacy | Bonnelle | 9/21/2020 | 10/3/2020 |
| 166 | Land | Anthony | 9/21/2020 | 10/3/2020 |
| 167 | Lane | Katara | 9/21/2020 | 10/3/2020 |
| 168 | Leonardi | Matthew | 9/21/2020 | 10/3/2020 |
| 169 | Lewis | Kimberly | 9/21/2020 | 10/3/2020 |
| 170 | Lewis | Keyaira | 9/21/2020 | 10/3/2020 |
| 171 | Lewter | Charlotte | 9/21/2020 | 10/3/2020 |
| 172 | Limbaugh | Margaret | 9/21/2020 | 10/3/2020 |
| 173 | Love | Edana | 9/21/2020 | 10/3/2020 |
| 174 | Loveless | Justin | 9/21/2020 | 10/3/2020 |
| 175 | Lyle-Cairl | Andrea | 9/21/2020 | 10/3/2020 |
| 176 | Mahaffey | Tamara | 9/21/2020 | 10/3/2020 |
| 177 | Maroney | Peter | 9/21/2020 | 10/3/2020 |
| 178 | Marshburn | Marla | 9/21/2020 | 10/3/2020 |
| 179 | Martin | Brian | 9/21/2020 | 10/3/2020 |
| 180 | Martindale | Desiree | 9/21/2020 | 10/3/2020 |
| 181 | Matthews | Susan | 9/21/2020 | 10/3/2020 |
| 182 | Maxwell | Jessie | 9/21/2020 | 10/3/2020 |
| 183 | Mayfield | Matthew | 9/21/2020 | 10/3/2020 |
| 184 | Mayfield | Jordan | 9/21/2020 | 10/3/2020 |
| 185 | Mazzeo | Mlissa | 9/21/2020 | 10/3/2020 |
| 186 | McCain | Chad | 9/21/2020 | 10/3/2020 |
| 187 | McDonald | Anthony | 9/21/2020 | 10/3/2020 |

| | | | | |
|---|---|---|---|---|
| 188 | McMahon | Connie | 9/21/2020 | 10/3/2020 |
| 189 | Meade | Whitney | 9/21/2020 | 10/3/2020 |
| 190 | Mershon | Andrea | 9/21/2020 | 10/3/2020 |
| 191 | Milan | Catherine | 9/21/2020 | 10/3/2020 |
| 192 | Mills (Hilburn) | Amy | 9/21/2020 | 10/3/2020 |
| 193 | Mondello | Tammy | 9/21/2020 | 10/3/2020 |
| 194 | Morgan | Anita | 9/21/2020 | 10/3/2020 |
| 195 | Morris-Burrell | Evelyn | 9/21/2020 | 10/3/2020 |
| 196 | Motley | Nell | 9/21/2020 | 10/3/2020 |
| 197 | Murphree | Donna | 9/21/2020 | 10/3/2020 |
| 198 | Nelson | Trela | 9/21/2020 | 10/3/2020 |
| 199 | Nichols | Joseph Patrick (Skip) | 9/21/2020 | 10/3/2020 |
| 200 | Osborne | Orrin | 9/21/2020 | 10/3/2020 |
| 201 | Overstreet | Gary | 9/21/2020 | 10/3/2020 |
| 202 | Overstreet | Danette | 9/21/2020 | 10/3/2020 |
| 203 | Overton | Patsey | 9/21/2020 | 10/3/2020 |
| 204 | Pacino | Wanda | 9/21/2020 | 10/3/2020 |
| 205 | Panuska | Arleen | 9/21/2020 | 10/3/2020 |
| 206 | Parker | Donna | 9/21/2020 | 10/3/2020 |
| 207 | Parris | Jacob | 9/21/2020 | 10/3/2020 |
| 208 | Parsons | Billie | 9/21/2020 | 10/3/2020 |
| 209 | Patterson | Hattie | 9/21/2020 | 10/3/2020 |
| 210 | Patterson | Karen | 9/21/2020 | 10/3/2020 |
| 211 | Pautz | Steven | 9/21/2020 | 10/3/2020 |
| 212 | Payton | Kristin | 9/21/2020 | 10/3/2020 |
| 213 | Peacock | Lacey | 9/21/2020 | 10/3/2020 |
| 214 | Peryer | Ashley | 9/21/2020 | 10/3/2020 |
| 215 | Phalo | Paige | 9/21/2020 | 10/3/2020 |
| 216 | Phillips | Lauren | 9/21/2020 | 10/3/2020 |
| 217 | Phillips | Holden | 9/21/2020 | 10/3/2020 |
| 218 | Pollard | Jesse | 9/21/2020 | 10/3/2020 |
| 219 | Ponder | Jessica | 9/21/2020 | 10/3/2020 |
| 220 | Porter | Carolyn | 9/21/2020 | 10/3/2020 |
| 221 | Posey | Candis | 9/21/2020 | 10/3/2020 |
| 222 | Pounders | Julie | 9/21/2020 | 10/3/2020 |
| 223 | Powell | Fannie | 9/21/2020 | 10/3/2020 |
| 224 | Powell | Eric | 9/21/2020 | 10/3/2020 |
| 225 | Prater | Joni LeAnn | 9/21/2020 | 10/3/2020 |
| 226 | Quarles | Dinah | 9/21/2020 | 10/3/2020 |
| 227 | Quick | Tonia | 9/21/2020 | 10/3/2020 |
| 228 | Quitoriano | Anita | 9/21/2020 | 10/3/2020 |
| 229 | Ragsdale | Jackie | 9/21/2020 | 10/3/2020 |
| 230 | Raines | Ashley | 9/21/2020 | 10/3/2020 |
| 231 | Rambo | Gerri | 9/21/2020 | 10/3/2020 |
| 232 | Randolph | Derrick | 9/21/2020 | 10/3/2020 |
| 233 | Ray | Twila | 9/21/2020 | 10/3/2020 |
| 234 | Reaves | Carolyn | 9/21/2020 | 10/3/2020 |

| 235 | Rein | Lillian | 9/21/2020 | 10/3/2020 |
| 236 | Rein | Stewart | 9/21/2020 | 10/3/2020 |
| 237 | Richardson | Barbara | 9/21/2020 | 10/3/2020 |
| 238 | Richardson | Yolanda | 9/21/2020 | 10/3/2020 |
| 239 | Rios | John | 9/21/2020 | 10/3/2020 |
| 240 | Roberts | Rachel | 9/21/2020 | 10/3/2020 |
| 241 | Robinson | Laverne | 9/21/2020 | 10/3/2020 |
| 242 | Rodgers | Ashley | 9/21/2020 | 10/3/2020 |
| 243 | Rodriguez | Deborah | 9/21/2020 | 10/3/2020 |
| 244 | Rodriguez | Leo | 9/21/2020 | 10/3/2020 |
| 245 | Rogers | Alyssa | 9/21/2020 | 10/3/2020 |
| 246 | Roper | Dawn | 9/21/2020 | 10/3/2020 |
| 247 | Rose | Jeremy | 9/21/2020 | 10/3/2020 |
| 248 | Ross | Mark | 9/21/2020 | 10/3/2020 |
| 249 | Rowland | Brenda | 9/21/2020 | 10/3/2020 |
| 250 | Russell | Renee | 9/21/2020 | 10/3/2020 |
| 251 | Russell | Kevin | 9/21/2020 | 10/3/2020 |
| 252 | Russell | Yolanda | 9/21/2020 | 10/3/2020 |
| 253 | Schaefer | Pamela | 9/21/2020 | 10/3/2020 |
| 254 | Schmidt | Ronald | 9/21/2020 | 10/3/2020 |
| 255 | Scroggins | Chad | 9/21/2020 | 10/3/2020 |
| 256 | Shehee | Lisa | 9/21/2020 | 10/3/2020 |
| 257 | Shelton | Pamela | 9/21/2020 | 10/3/2020 |
| 258 | Shepherd | Lametrica | 9/21/2020 | 10/3/2020 |
| 259 | Shumaker | Kathy | 9/21/2020 | 10/3/2020 |
| 260 | Simmons | Doris | 9/21/2020 | 10/3/2020 |
| 261 | Simmons | Melissa Joy | 9/21/2020 | 10/3/2020 |
| 262 | Small | Nathan | 9/21/2020 | 10/3/2020 |
| 263 | Smith | Bart | 9/21/2020 | 10/3/2020 |
| 264 | Smith | Nancy | 9/21/2020 | 10/3/2020 |
| 265 | Smith | Richard | 9/21/2020 | 10/3/2020 |
| 266 | Smitherman | Mary | 9/21/2020 | 10/3/2020 |
| 267 | Spann | Susan Elizabeth | 9/21/2020 | 10/3/2020 |
| 268 | Stallworth | Sonja | 9/21/2020 | 10/3/2020 |
| 269 | Stanfield | Ben | 9/21/2020 | 10/3/2020 |
| 270 | Staten | Michael and Tonya | 9/21/2020 | 10/3/2020 |
| 271 | Steele | Lena | 9/21/2020 | 10/3/2020 |
| 272 | Stockwell | Judith | 9/21/2020 | 10/3/2020 |
| 273 | Stutz | Patricia | 9/21/2020 | 10/3/2020 |
| 274 | Surratt | James | 9/21/2020 | 10/3/2020 |
| 275 | Sykes | Ernest | 9/21/2020 | 10/3/2020 |
| 276 | Terry | Tabitha | 9/21/2020 | 10/3/2020 |
| 277 | Terry | Gayla | 9/21/2020 | 10/3/2020 |
| 278 | Thein | Elizabeth | 9/21/2020 | 10/3/2020 |
| 279 | Thomas | Melanie | 9/21/2020 | 10/3/2020 |
| 280 | Threet | Teresa | 9/21/2020 | 10/3/2020 |
| 281 | Tillman | Katie Lynn | 9/21/2020 | 10/3/2020 |