Robert B. Salgado (SBN 297391)
DAVIS & NORRIS, LLP
5755 Oberlin Drive, Suite 301
San Diego, CA 92121
Phone Number 858-333-4103
Fax Number: 205-930-9989
Email: rsalgado@davisnorris.com

Dargan Ware (SBN 329215)
Andrew Wheeler-Berliner (SBN 290495)
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone; 205.930.9900
dware@davisnorris.com
andrew@davisnorris,com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION, | Case No.: 5:18-md-02827-EJD<br><br>**EVIDENTIARY SUBMISSION FOR December 4th, 2020 FAIRNESS HEARING**<br><br>Date:  Dec. 2, 2020<br><br>Hearing:     December 4th, 2020<br>Time:          10:00 A.M.<br><br>Hon. Judge Edward J. Davila |

　　Movants, all putative class members who complied with the opt out requirements actually approved by this Court, hereby state their intention to appear through counsel at the fairness hearing to be held Friday, December 4 at 10:00 a.m., before Judge Edward Davila in San Jose, California. Movants submit three pieces of evidence on which they intend to rely at the hearing. The first is a

tracking receipt from the United States Postal Service showing that a package containing Movants' 308 opt outs was delivered to the settlement administrator at 11:10 a.m. on October 5th, the day before they were required to be received.  **Exhibit A**.  The second attachment is a similar tracking receipt showing that a completely different package, with 306 of the same opt outs, was delivered at 7:09 p.m. on October 6. This occurred because Movants' counsel sent an initial package on September 21, then rightfully became concerned that it would not reach the settlement administrator in time. In addition, counsel received two additional opt-outs after sending the first package. Because the package containing the 308 opt outs arrived at the Settlement Administrator prior to the October 6 deadline, the other package, which arrived late, is irrelevant. The final document in this evidentiary submission is an example of the motions filed by Apple in the state court cases filed by some of the movants. Movants were not alerted to the idea that Apple would consider any of the opt outs invalid until these motions were filed.

Respectfully submitted this 2nd day of December, 2020,

*/s/ Robert Salgado*
Robert Salgado
Attorney for Movants