Robert B. Salgado (SBN 297391)
DAVIS & NORRIS, LLP
5755 Oberlin Drive, Suite 301
San Diego, CA 92121
Phone Number 858-333-4103
Fax Number: 205-930-9989
Email: rsalgado@davisnorris.com

Dargan Ware (SBN 329215)
Andrew Wheeler-Berliner (SBN 290495)
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone; 205.930.9900
dware@davisnorris.com
andrew@davisnorris,com

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION, | Case No.: 5:18-md-02827-EJD<br><br>**DECLARATION OF DARGAN WARE IN SUPPORT OF EVIDENTIARY SUBMISSION FOR December 4th, 2020 FAIRNESS HEARING**<br><br>Date:  Dec. 2, 2020<br><br>Hearing:   December 4th, 2020<br>Time:          10:00 A.M.<br><br>Hon. Judge Edward J. Davila |

- 1 - Declaration of Dargan M. Ware

Being of the age of majority and sound mind, pursuant to 28 U.S.C. § 1746(1), I, Dargan Ware, declare as follows:

1. I am a licensed attorney in the state of California in good standing;

2. I am one of the attorneys for a number of putative class members, designated as Movants in the motion filed by my firm, Davis & Norris, LLP, in the above-referenced case;

3. If asked to testify as to any of the matters described below, I would be able to do so;

4. Attached to this Declaration as Exhibit A is a true and correct copy of a print-out from the USPS website of the tracking history for tracking number: EE410483697US. This package contained the 308 opt-outs that were sent from the Davis & Norris law office in Birmingham, Alabama and delivered to the settlement administrator on October 5, 2020, at 11:10 a.m., with the receipt signed receipt by "B WADE." This was printed out on November 11, 2020.

5. Attached to this Declaration as Exhibit B is a true and correct copy of a print-out from the USPS website of the tracking history for tracking number: 9505511453010265621218. This package contained the same 306 opt-outs that were sent from the Davis & Norris law office described in Paragraph 4 above. This package was delivered to the settlement administrator on October 6, 2020. The reason for the second shipment described in Paragraph 4 above is that we were concerned that the first shipment would not reach the settlement administrator in time.

6. Attached to this Declaration as Exhibit C is a true and correct copy of one of the motions filed by Apple in the state court cases filed by some of the movants. This motion is substantively identical to the motions filed in six of the movants' state court cases. Movants and their counsel received notice that Apple intended to argue their opt-outs were invalid through these motions.

I declare under penalty of perjury that the foregoing is true and correct.

Done this 2d day of December, 2020, at Bessemer, Alabama.

*/s/ Dargan Ware*
Dargan Ware
Attorney for Movants