# EXHIBIT A

## USPS Tracking®

FAQs >

Track Another Package +

Remove ✕

**Tracking Number:** EE410483697US

**Scheduled Delivery by**

**SUNDAY**
**4** OCTOBER 2020 ⓘ

by
**3:00pm** ⓘ


**Delivered**

October 5, 2020 at 11:10 am
Delivered
PHILADELPHIA, PA 19102

Get Updates ⌄

---

Text & Email Updates ⌄

---

Proof of Delivery ⌄

---

Tracking History ⌃

**October 5, 2020, 11:10 am**
Delivered
PHILADELPHIA, PA 19102
Your item was delivered at 11:10 am on October 5, 2020 in PHILADELPHIA, PA 19102. The item was signed for by B WADE.

Feedback

**October 5, 2020, 11:09 am**
Arrived at Post Office
PHILADELPHIA, PA 19102

**October 3, 2020, 9:54 am**
Arrived at USPS Regional Destination Facility
PHILADELPHIA PA DISTRIBUTION CENTER

**October 2, 2020, 8:17 pm**
Arrived at USPS Regional Origin Facility
BIRMINGHAM AL DISTRIBUTION CENTER

**October 2, 2020, 6:31 pm**
Departed Post Office
BIRMINGHAM, AL 35203

**October 2, 2020, 6:20 pm**
USPS in possession of item
BIRMINGHAM, AL 35203

Feedback

**Product Information** 

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**