UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE:  APPLE INC. DEVICE            CASE NO.  18-MD-2827-EJD
PERFORMANCE LITIGATION.
                                     SAN JOSE, CALIFORNIA

                                     DECEMBER 4, 2020

                                     PAGES 1 - 188

TRANSCRIPT OF ZOOM PROCEEDINGS
BEFORE THE HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

A-P-P-E-A-R-A-N-C-E-S BY ZOOM

FOR PLAINTIFFS:      COTCHETT, PITRE & MCCARTHY LLP
                     BY:  JOSEPH W. COTCHETT
                          MARK C. MOLUMPHY
                          ELLE D. LEWIS
                          BRIAN DANITZ
                     840 MALCOLM ROAD
                     BURLINGAME, CALIFORNIA 94010

                     KAPLAN, FOX & KILSHEIMER LLP
                     BY:  LAURENCE D. KING
                     1999 HARRISON STREET, SUITE 1560
                     OAKLAND, CALIFORNIA 94612

              (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:    IRENE L. RODRIGUEZ, CSR, RMR, CRR
                            CERTIFICATE NUMBER 8074

      PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.

```
1    A P P E A R A N C E S: (CONT'D)

2        FOR THE PLAINTIFFS:        KAPLAN FOX & KILSHEIMER
                                    BY:  FREDERIC S. FOX
3                                        DONALD R. HALL
                                    850 THIRD AVENUE
4                                   14TH FLOOR
                                    NEW YORK, NEW YORK 10022
5
                                    ROBBINS GELLER RUDMAN AND DOWD
6                                   BY:  MARK DEARMAN
                                    120 E. PALMETTO PARK RD.
7                                   SUITE 500
                                    BOCA RATON, FLORIDA 33432
8
                                    LAW OFFICES OF ANDREW BROWN
9                                   BY:  ANDREW BROWN
                                    501 W. BROADWAY, SUITE 1490
10                                  SAN DIEGO, CALIFORNIA 92101

11       FOR THE DEFENDANTS:        GIBSON, DUNN & CRUTCHER LLP
                                    BY:  CHRISTOPHER CHORBA
12                                       WESLEY SZE
                                    333 SOUTH GRAND AVENUE
13                                  LOS ANGELES, CALIFORNIA 90071

14

15       FOR THE OBJECTORS:         NASSIRI & JUNG LLP
                                    BY:  KASSRA NASSIRI
                                    1700 MONTGOMERY STREET
16                                  SUITE 207
                                    SAN FRANCISCO, CALIFORNIA 94111
17
                                    JOHNSTON CLEM GIFFORD PLLC
18                                  BY:  KENNETH C. JOHNSTON
                                         ROBERT GIFFORD
19                                  1717 MAIN STREET
                                    SUITE 3000
20                                  DALLAS, TEXAS 75201

21
              (APPEARANCES CONTINUED ON THE NEXT PAGE.)
22

23

24

25
```

1       A P P E A R A N C E S: (CONT'D)

2

3       FOR THE OBJECTORS:          OFFICE OF THE KENTUCKY
                                    ATTORNEY GENERAL
                                    BY:  PHILIP R. HELERINGER
4                                   700 CAPITOL AVE., STE. 118
                                    FRANKFORT, KENTUCKY 40601

5
                                    THE GRAVES FIRM
6                                   BY:  ANDREW GRAVES
                                    122 N. BALDWIN AVE.
7                                   MAIN FLOOR
                                    SIERRA MADRE, CALIFORNIA 91024

8
                                    KAMBERLAW, LLC
9                                   BY:  SCOTT A. KAMBER
                                         MICHAEL ASCHENBRENER
10                                  201 MILWAUKEE STREET
                                    SUITE 200
11                                  DENVER, COLORADO 80206

12                                  CROWELL & MORING
                                    BY:  DEBORAH E. ARBABI
13                                       ROSA M. MORALES
                                    3 PARK PLAZA, 20TH FLOOR
14                                  IRVINE, CALIFORNIA

15                                  HAMILTON LINCOLN LAW INSTITUTE
                                    BY:  THEODORE H. FRANK
16                                  1629 K STREET, NW SUITE 300
                                    WASHINGTON, D.C. 20006

17
                                    DAVIS & NORRIS LLP
18                                  BY:  JOHN E. NORRIS
                                    2154 HIGHLAND AVENUE SOUTH
19                                  BIRMINGHAM, ALABAMA 35205

20                                  LAW OFFICE OF JAN L. WESTFALL
                                    BY:  JAN L. WESTFALL
21                                  29896 BLUE WATER WAY
                                    MENIFEE, CALIFORNIA 92584

22
                                    LAW OFFICE OF JOHN PENTZ
23                                  JOHN PENTZ
                                    18 WIDOW RITES LANE
24                                  SUDBURY, MASSACHUSETTS 01776

25          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

A P P E A R A N C E S:  (CONT'D)


FOR THE OBJECTORS:           BANDAS LAW FIRM, P.C.
                             BY:  ROBERT CLORE
                             500 N. SHORELINE BOULEVARD
                             SUITE 1020
                             CORPUS CHRISTI, TEXAS 78401


ALSO PRESENT:
                             EDWARD ORR
                             TERRY O'TOOLE
                             SARAH FELDMAN
                             HONDO JAN
                             DEBORAH PANTONI
                             KIMBERLEY ROSETTA
                             ALEXIS WEST
                             HOWARD YELLEN
                             CHARLES COUSIN
                             TESA LEE
                             WILLIE WU
                             RAI RICHARDSON

|      |    |                                                                      |
|------|----|----------------------------------------------------------------------|
|        | 1  | SAN JOSE, CALIFORNIA                      DECEMBER 4, 2020           |
|        | 2  |                                                                      |
|        | 3  |                    P R O C E E D I N G S                             |
| 10:19AM | 4  |      (COURT CONVENED AT 10:19 A.M.)                                 |
| 10:19AM | 5  |           THE COURT:  GOOD MORNING EVERYONE.  THANK YOU FOR          |
| 10:19AM | 6  | YOUR PATIENCE.                                                       |
| 10:19AM | 7  |      LET'S CALL OUR MORNING MATTER.  THIS IS 18-2827,               |
| 10:19AM | 8  | IN RE APPLE DEVICE PERFORMANCE.  THIS MATTER IS ON CALENDAR         |
| 10:19AM | 9  | TODAY FOR APPROVAL OF SETTLEMENT AND ATTORNEYS' FEES.               |
| 10:19AM | 10 |      I REALIZE WE JUST WENT THROUGH AND MS. KRATZMANN JUST          |
| 10:19AM | 11 | SIGNED EVERYBODY IN, AND I APPRECIATE THAT.                         |
| 10:20AM | 12 |      LET ME JUST -- I DO WANT TO CAPTURE CERTAIN APPEARANCES        |
| 10:20AM | 13 | FOR THE RECORD, THOUGH.                                             |
| 10:20AM | 14 |      LET ME ASK FIRST IF COUNSEL FOR LEAD PLAINTIFFS, IF THEY       |
| 10:20AM | 15 | COULD PLEASE STATE YOUR NAME FOR THE RECORD.  I HAVE A LIST OF      |
| 10:20AM | 16 | THOSE INDIVIDUALS IN FRONT OF ME.  THE LIST STARTS WITH            |
| 10:20AM | 17 | MR. JOSEPH COTCHETT.                                                |
| 10:20AM | 18 |      IS HE WITH US, JOSEPH COTCHETT?                                |
| 10:20AM | 19 |           MR. COTCHETT:  GOOD MORNING, YOUR HONOR.  GOOD           |
| 10:20AM | 20 | MORNING, YOUR HONOR.  YES, I AM HERE.                               |
| 10:20AM | 21 |           THE COURT:  ALL RIGHT.  THANK YOU, JOSEPH COTCHETT.      |
| 10:20AM | 22 |      YOU KNOW, WE HAVE SO MANY INDIVIDUALS PARTICIPATING.           |
| 10:20AM | 23 | EVERY TIME WE ADDED SOME, YOUR IMAGES REDUCED IN SIZE              |
| 10:20AM | 24 | SIGNIFICANTLY.  SO I'M GOING TO TRY TO LOCATE EVERYONE ON THIS     |
| 10:20AM | 25 | SCREEN.                                                             |

10:20AM   1        THERE YOU ARE, JOSEPH COTCHETT.  THANK YOU.  GOOD MORNING,

10:20AM   2   SIR.

10:20AM   3        LET'S SEE, NEXT ON MY LIST IS MR. MOLUMPHY.

10:20AM   4        MR. MOLUMPHY:  GOOD MORNING, YOUR HONOR.

10:20AM   5   MARK MOLUMPHY.

10:20AM   6        THE COURT:  YES.  THANK YOU.

10:21AM   7   FREDERIC FOX I SEE NEXT.  MR. FOX.

10:21AM   8        MR. FOX:  GOOD MORNING, YOUR HONOR.

10:21AM   9        THE COURT:  THANK YOU.

10:21AM  10        MR. KING, LAURENCE KING, ARE YOU HERE?  WHOOPS, YOU'RE

10:21AM  11   MUTED THOUGH.  RIGHT.  THAT'S AN EXERCISE THAT WE'RE ALL

10:21AM  12   LEARNING.

10:21AM  13        MR. KING:  I'LL TRY IT AGAIN.  GOOD MORNING,

10:21AM  14   YOUR HONOR.

10:21AM  15        THE COURT:  THANK YOU.  GOOD MORNING.

10:21AM  16   MARK DEARMAN.

10:21AM  17        MR. DEARMAN:  GOOD AFTERNOON OR GOOD MORNING,

10:21AM  18   YOUR HONOR.

10:21AM  19   MARK DEARMAN.

10:21AM  20        THE COURT:  THANK YOU.  NICE TO SEE YOU.

10:21AM  21   BRIAN DANITZ.

10:21AM  22        MR. DANITZ:  YES.  THANK YOU, YOUR HONOR.  GOOD

10:21AM  23   MORNING.

10:21AM  24        THE COURT:  THANK YOU.

10:21AM  25        LET ME TURN TO, PARDON ME, PLAINTIFFS FOR LEAD COUNSEL IN

10:21AM  1 THE JCCP ACTION.

10:21AM  2  MR. BROWN, ARE YOU PRESENT?

10:21AM  3   MR. BROWN:  GOOD MORNING, YOUR HONOR.  I AM.

10:21AM  4   THE COURT:  THANK YOU.  GOOD MORNING.

10:21AM  5  AND LET ME TURN TO THE LIST FOR THE DEFENDANT.  I THOUGHT

10:21AM  6 I SAW MR. CHORBA.

10:21AM  7   MS. LEWIS:  THIS IS ELLE LEWIS.  I'M HERE FOR THE

10:21AM  8 PLAINTIFFS.

10:21AM  9   THE COURT:  ALL RIGHT.  I BEG YOUR PARDON.

10:22AM  10 MS. LEWIS, COULD YOU STATE YOUR FIRST NAME.

10:22AM  11   MS. LEWIS:  E-L-L-E.  I'M PRONOUNCED "L."

10:22AM  12   THE COURT:  THANK YOU VERY MUCH.

10:22AM  13 DID I MISS ANY OTHER PLAINTIFFS' COUNSEL?  ALL RIGHT.

10:22AM  14 MR. CHORBA.

10:22AM  15   MR. CHORBA:  YES.  GOOD MORNING, YOUR HONOR.  GOOD

10:22AM  16 TO SEE YOU.

10:22AM  17   THE COURT:  THANK YOU.  GOOD TO SEE YOU.

10:22AM  18 YOU'RE HERE FOR DEFENDANTS.

10:22AM  19 AND WHO JOINS YOU FOR DEFENDANTS?

10:22AM  20   MR. CHORBA:  YOUR HONOR, I'M PLEASED TO INTRODUCE

10:22AM  21 WESLEY SZE WHO IS AN ASSOCIATE IN OUR OFFICE AND HAS BEEN

10:22AM  22 WORKING ON THIS MATTER SINCE THE BEGINNING.

10:22AM  23 WITH YOUR PERMISSION AND CONSISTENT WITH BOTH APPLE AND

10:22AM  24 THE DISTRICT COURT'S PROGRAM TO ENCOURAGE MORE JUNIOR LAWYERS

10:22AM  25 WITH LESS EXPERIENCE, HE'S GOING TO BE HANDLING PART OF THE

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
| 10:22AM | 1  | ARGUMENT TODAY IF THAT'S PERMISSIBLE. |
| 10:22AM | 2  | THE COURT:  ALL RIGHT.  THANK YOU. |
| 10:22AM | 3  | MR. SZE, I THINK I SEE YOU THERE.  COULD YOU STATE YOUR |
| 10:22AM | 4  | NAME, PLEASE. |
| 10:22AM | 5  | MR. SZE:  YES.  GOOD MORNING.  WESLEY SZE. |
| 10:22AM | 6  | THE COURT:  THANK YOU.  THANK YOU FOR JOINING US, |
| 10:22AM | 7  | SIR.  GOOD MORNING. |
| 10:23AM | 8  | I KNOW WE HAVE OTHER INDIVIDUALS JOINING US, BUT I'M NOT |
| 10:23AM | 9  | GOING TO ASK THEM TO IDENTIFY THEMSELVES JUST YET. |
| 10:23AM | 10 | BUT I WANTED TO BEGIN THIS HEARING JUST INDICATING A |
| 10:23AM | 11 | COUPLE OF THINGS.  WE'LL TAKE UP THE MOTIONS THAT ARE BEFORE |
| 10:23AM | 12 | THE COURT.  I DO WANT TO MAKE SOME INITIAL OBSERVATIONS AND |
| 10:23AM | 13 | COMMENTS HOWEVER. |
| 10:23AM | 14 | THE MATTERS THAT WE'LL TAKE UP THIS MORNING OR THAT APPEAR |
| 10:23AM | 15 | THIS MORNING ARE THE FOLLOWING:  DOCKETS 470 WITH THE REPLY OF |
| 10:23AM | 16 | 549, THIS IS THE MOTION FOR FINAL APPROVAL OF SETTLEMENT; |
| 10:23AM | 17 | THERE'S OBJECTIONS BY BEST COMPANY, 518 -- AND I BELIEVE |
| 10:23AM | 18 | IT'S 517, PARDON ME, AND 518 ARE OBJECTIONS BY THE SIXTY-SIX |
| 10:23AM | 19 | CERTAIN PARTIES. |
| 10:23AM | 20 | ADDITIONALLY 468 AND 550 ARE THE MOTION FOR ATTORNEYS' |
| 10:23AM | 21 | FEES AND THE REPLY TO OBJECTIONS FOR THAT, THAT'S AS TO |
| 10:23AM | 22 | EXPENSES AND SERVICE AWARDS AS WELL; |
| 10:23AM | 23 | APPLE'S OPPOSITION IS DOCKET 522, I BELIEVE; |
| 10:23AM | 24 | AND THERE ARE OTHER OBJECTIONS FOUND IN DOCKETS 521, 523, |
| 10:24AM | 25 | 575. |

10:24AM 1      DOCKET 546 IS A MOTION TO ACCEPT OPT-OUT NOTICES FILED BY

10:24AM 2   MR. SALGADO AND MR. WARE ON BEHALF OF OPT-OUT PARTIES.  THIS IS

10:24AM 3   -- I BELIEVE 560 IS APPLE'S OPPOSITION AND 561 IS THE

10:24AM 4   PLAINTIFFS' NONOPPOSITION;

10:24AM 5      577 IS THE OPT-OUT REPLY;

10:24AM 6      DOCKET 564 IS THE MOTION FOR LEAVE TO FILE AMICUS BRIEF

10:24AM 7   AND 579 IS THEIR REPLY.  THAT'S FILED BY THE ATTORNEY GENERAL

10:24AM 8   OF KENTUCKY;

10:24AM 9      DOCKET 568 IS THE PLAINTIFFS' OPPOSITION.

10:24AM 10      ALSO BEFORE THE COURT IS, OR WAS I SHOULD SAY, LET ME

10:24AM 11   COMMENT ON DOCKET 569, THAT'S AN ADMINISTRATIVE MOTION FOR

10:25AM 12   CLARIFICATION FILED BY

10:25AM 13   CORPORACION NACIONAL DE CONSUMIRDORES Y USUARIOS DE CHILE.  IT

10:25AM 14   WAS FILED ON NOVEMBER 30TH OF THIS YEAR.

10:25AM 15      HOWEVER, IN DOCKET 582, THE MOVING PARTY IN THE MOTION

10:25AM 16   WITHDREW THAT MOTION, AND THAT MOTION IS WITHDRAWN, AND ALL

10:25AM 17   DATES PREVIOUSLY ORDERED AS TO THAT MOTION ARE VACATED.  THAT

10:25AM 18   MOTION IS NO LONGER BEFORE THE COURT.

10:25AM 19      ARE THERE ANY PARTIES PRESENT IN REGARDS TO THAT MOTION,

10:25AM 20   DOCKET 569?  AND I BELIEVE THOSE WERE -- COUNSEL, MR. JOHNSTON,

10:25AM 21   MR. GIFFORD, ARE THEY PRESENT?

10:25AM 22          MR. JOHNSTON:  YES, YOUR HONOR.

10:25AM 23          THE COURT:  YES.  THANK YOU.  GOOD MORNING,

10:25AM 24   MR. JOHNSTON.

10:25AM 25      DID I ACCURATELY DESCRIBE THE STATUS OF YOUR MOTION, SIR?

10:25AM 1          MR. JOHNSTON:  YES, SIR.  THANK YOU.

10:25AM 2          THE COURT:  ALL RIGHT.  SO THAT MOTION IS WITHDRAWN,

10:25AM 3   NO LONGER BEFORE THE COURT.  ANY OBLIGATIONS ATTENDANT TO THAT

10:25AM 4   MOTION ARE VACATED AT THIS TIME, AND THAT TAKES CARE OF THAT

10:25AM 5   MOTION.

10:26AM 6          LET ME INDICATE THAT I ALSO NOTE THAT THERE ARE SEVERAL

10:26AM 7   PARTIES, AT LEAST 11, PERHAPS MORE, WHO EXPRESSED A DESIRE TO

10:26AM 8   BE HEARD AT TODAY'S HEARING FOR FINAL APPROVAL.

10:26AM 9          THIS COURT ALSO NOTED THE LETTERS FILED BY SEVERAL

10:26AM 10  PARTIES.  I THINK THERE ARE APPROXIMATELY 85 LETTERS,

10:26AM 11  THEREABOUTS, REGARDING THEIR POSITIONS ON SETTLEMENT AND FEES.

10:26AM 12         NOW, FOR THE CONVENIENCE OF THE PARTIES, I'D LIKE TO TELL

10:26AM 13  YOU HOW I WOULD LIKE TO PROCEED AT LEAST INITIALLY THIS

10:26AM 14  MORNING.

10:26AM 15         THE COURT INTENDS TO ALLOW THOSE WHO HAVE MADE APPLICATION

10:26AM 16  AND REQUESTS TO BE HEARD TO SPEAK FIRST PRIOR TO THE COURT

10:26AM 17  TAKING UP ANY OF THESE REMAINING ISSUES, WHICH IS TO SAY I'D

10:26AM 18  LIKE TO GET THOSE INDIVIDUALS WHO WANT TO ADDRESS THE COURT TO

10:26AM 19  BE HEARD INITIALLY, AND THEN WE'LL MOVE ON TO THE OTHER

10:26AM 20  MATTERS.

10:26AM 21         NOW, LET ME TELL YOU SOMETHING.  I'VE, OF COURSE, READ ALL

10:27AM 22  OF THE PLEADINGS THAT I'VE MENTIONED TO YOU AND LOOKED AT YOUR

10:27AM 23  STATEMENTS.  AND AS A PREAMBLE, AND JUST IN THE SPIRIT OF FULL

10:27AM 24  DISCLOSURE FROM MY POSITION, I WISH TO INFORM YOU THAT IT'S

10:27AM 25  UNLIKELY THAT WE'LL RESOLVE THE ISSUE OF ATTORNEYS' FEES TODAY.

10:27AM  1      AS WE ALL KNOW, THE PARTIES HAVE AGREED THAT THE

10:27AM  2  ATTORNEYS' FEES ISSUE WILL BE RESOLVED AND CAN BE RESOLVED

10:27AM  3  SEPARATELY FROM THE APPROVAL OF THE SETTLEMENT.

10:27AM  4      NOW, I SHOULD ALSO LET YOU KNOW THAT THE COURT WILL DEVOTE

10:27AM  5  THE REMAINDER OF OUR TIME TODAY FOLLOWING MY HEARING FROM

10:27AM  6  OBJECTORS AND OTHERS TO A DISCUSSION OF THE FINAL SETTLEMENT

10:27AM  7  AND PARTICULARLY THE ISSUE OF THE REQUIREMENT PROVIDING SERIAL

10:27AM  8  NUMBERS TO THE ADMINISTRATOR FOR ACCEPTANCE TO THE CLASS FROM

10:27AM  9  INDIVIDUALS AND FROM THE NNP'S, THAT IS THE NON NATURAL

10:27AM  10  PERSONS, BUSINESS AND CORPORATE PARTIES.

10:28AM  11      NOW AGAIN, IN THE SPIRIT OF FULL DISCLOSURE, I DO WANT

10:28AM  12  EVERYONE TO KNOW THAT I DO HAVE SOME SERIOUS CONCERNS ABOUT THE

10:28AM  13  REQUIREMENT IN SOME OF THE CIRCUMSTANCES IN THIS CASE, AND I'LL

10:28AM  14  LOOK TO COUNSEL FOR ASSISTANCE AS WE DISCUSS WHAT, IF ANY,

10:28AM  15  MODIFICATIONS MIGHT BE NEEDED PRIOR TO FINAL APPROVAL.

10:28AM  16      NOW, LET ME ALSO TAKE SOMETHING UP INITIALLY BEFORE WE

10:28AM  17  HEAR FROM THE PARTIES.

10:28AM  18      DOCKET 564 IS THE MOTION FOR LEAVE TO FILE AMICUS BRIEF

10:28AM  19  FILED BY THE ATTORNEY GENERAL OF KENTUCKY.  I HAVE THAT BEFORE

10:28AM  20  ME.  I'VE READ THAT.  I'VE READ THE OPPOSITION IN THAT MATTER.

10:28AM  21      LET ME ASK -- I WILL ALLOW THE PARTIES TO BE HEARD NOW

10:28AM  22  BRIEFLY ON THAT.

10:28AM  23      ANYTHING FURTHER?

10:28AM  24      LET'S SEE, THE ATTORNEY GENERAL OF KENTUCKY, DO YOU --

10:28AM  25  THAT'S -- IS THAT MR. HELERINGER?

10:29AM  1            MR. HELERINGER:  YES, YOUR HONOR.

10:29AM  2            THE COURT:  YES.  I APOLOGIZE, MR. HELERINGER.

10:29AM  3            MR. HELERINGER:  NO PROBLEM.

10:29AM  4            THE COURT:  IS THERE ANYTHING ELSE YOU WOULD LIKE TO

10:29AM  5     ADD TO YOUR MOTION, SIR?  AS I'VE SAID, I'VE READ IT.  I THINK

10:29AM  6     I UNDERSTAND YOUR POSITION.

10:29AM  7            MR. HELERINGER:  I THINK THE ONLY THING TO ADD,

10:29AM  8     YOUR HONOR, IS I DON'T KNOW IF YOU SAW THE REPLY THAT WE FILED,

10:29AM  9     I BELIEVE IT WAS WEDNESDAY.  I CAN GET THAT DOCKET NUMBER FOR

10:29AM 10     YOU.  I BELIEVE IT WAS DOCKET NUMBER 579.

10:29AM 11            THE COURT:  YES.

10:29AM 12            MR. HELERINGER:  IT ADDRESSES A COUPLE OF THE POINTS

10:29AM 13     IN THE OPPOSITION, AND I'LL JUST BE VERY BRIEF.

10:29AM 14        AS THIS COURT KNOWS, THERE ARE NO STRICT REQUIREMENTS OR

10:29AM 15     PREREQUISITES THAT NEED TO BE MET TO SERVE AS AN AMICUS.  THE

10:29AM 16     AMICUS JUST NEEDS TO BE HELPFUL TO THE COURT, AND THAT'S WHAT

10:29AM 17     WE'RE PROPOSING TO DO HERE IS ATTEMPT TO BE HELPFUL TO THE

10:29AM 18     COURT.

10:29AM 19        I THINK THE PLAINTIFFS' COUNSEL OBJECTED TO THE TIMELINESS

10:29AM 20     OF IT, BUT I THINK, AS WE NOTED IN OUR REPLY, ALL OF THE

10:29AM 21     INSTANCES OR MOST OF THE INSTANCES IN WHICH THE COURTS HAVE

10:29AM 22     REJECTED AMICUS FILINGS AS BEING UNTIMELY NORMALLY OCCUR AFTER

10:29AM 23     A JUDGMENT HAS BEEN ENTERED OR THE COURT HAS ENTERED AN ORDER,

10:30AM 24     AND CERTAINLY THAT'S NOT THE CASE WE HAVE HERE.

10:30AM 25        WE'RE NOT ASKING TO DELAY ANY OF THE COURT'S PROCEEDINGS.

10:30AM  1    WE DON'T THINK WE ARE PREJUDICING THE PLAINTIFFS' COUNSEL.

10:30AM  2    THEY'RE CERTAINLY AWARE OF ARGUMENTS THAT ARE RAISED IN OUR

10:30AM  3    BRIEF, AND WE THINK ALL THINGS CONSIDERED THIS IS -- IT WOULD

10:30AM  4    BE WELL WITHIN THE COURT'S BROAD DISCRETION TO GRANT THIS

10:30AM  5    MOTION.

10:30AM  6         THANK YOU.

10:30AM  7              THE COURT:  THANK YOU.  YOU'RE WELCOME.

10:30AM  8         AND I'M HAPPY TO HEAR FROM ANY PLAINTIFFS, ANY OPPOSITION

10:30AM  9    TO THIS.

10:30AM 10         ANYONE FROM PLAINTIFFS?

10:30AM 11              MR. COTCHETT:  YES, YOUR HONOR.  JOSEPH COTCHETT.

10:30AM 12              THE COURT:  YES, MR. COTCHETT.

10:30AM 13              MR. COTCHETT:  YES.  WE HAVE NO REAL OBJECTION TO

10:30AM 14    THEM COMING IN.

10:30AM 15         DO YOU WANT ARGUMENT ON THAT RIGHT NOW BECAUSE THAT REALLY

10:30AM 16    GOES TO ATTORNEYS' FEES?  I DON'T THINK THEY'RE OBJECTING TO

10:30AM 17    THE SETTLEMENT.

10:30AM 18              THE COURT:  THAT'S MY OBSERVATION AS WELL.  THAT'S

10:30AM 19    RIGHT.

10:30AM 20              MR. COTCHETT:  YEAH.  SO WE HAVE NO REAL OBJECTION.

10:30AM 21              THE COURT:  WELL, THANK YOU FOR THAT.  I APPRECIATE

10:30AM 22    THAT, MR. COTCHETT.

10:30AM 23         LET ME JUST INDICATE --

10:31AM 24              MR. COUSIN:  YOUR HONOR, NOT ALL OF US --

10:31AM 25              THE COURT:  I AM SORRY.  MR. COUSIN, ARE YOU

10:31AM 1     CHARLES COUSIN?

10:31AM 2              MR. COUSIN:  YEAH, THAT'S ME.

10:31AM 3              THE COURT:  YES.  COULD YOU PLEASE -- YOU'RE NOT A

10:31AM 4     PARTY TO THIS MOTION, SIR.

10:31AM 5              MR. COUSIN:  OKAY.  I JUST WANTED TO MAKE SURE THAT

10:31AM 6     WE'RE ALL GOING TO GET A CHANCE TO SPEAK.

10:31AM 7              THE COURT:  WELL, MR. COUSIN, DID YOU MAKE

10:31AM 8     APPLICATION TO BE HEARD THIS MORNING?

10:31AM 9              MR. COUSIN:  I BELIEVE SO.

10:31AM 10              THE COURT:  OKAY.  THEN YOU WILL BE HEARD, SIR, AT

10:31AM 11     THE APPROPRIATE TIME.

10:31AM 12              MR. COUSIN:  THANK YOU.

10:31AM 13              THE COURT:  YOU'RE WELCOME.

10:31AM 14          BACK TO THIS MOTION.  AND THANK YOU, COUNSEL.  I THANK

10:31AM 15     BOTH OF YOU FOR THAT.

10:31AM 16          AS YOU BOTH KNOW, THE COURT CAN ACCEPT THE AMICUS COMMENTS

10:31AM 17     AND GIVE THEM WHATEVER WEIGHT THE COURT FEELS IS APPROPRIATE

10:31AM 18     GIVEN THE TOTALITY OF THE CIRCUMSTANCES AND INCLUDING THE

10:31AM 19     BACKGROUND AND THE POSITION OF THE FILING, WHAT THEIR

10:31AM 20     CONNECTION IS, IF ANY, TO THE LITIGATION, AND ANY BIASES THAT

10:31AM 21     SHOULD BE CONSIDERED, WERE THE PARTIES TO SIMILAR ACTIONS, AND

10:31AM 22     WHAT WAS THEIR OUTCOME FOR CONTEXTUAL PURPOSES.

10:32AM 23          THE PLAINTIFFS HAVE FILED OPPOSITION WHICH INFORMS THE

10:32AM 24     COURT AS TO ALL OF THESE QUESTIONS, AND MORE, REGARDING THE

10:32AM 25     AMICUS POSITIONS, THEIR RELATIONSHIP IN PRIOR LITIGATION WITH

10:32AM  1    THE DEFENDANT IN THIS CASE.

10:32AM  2        THE COURT WILL ALLOW THE FILING AND GIVE IT WHATEVER

10:32AM  3    WEIGHT, SMALL OR MORE, THAT IT FEELS IS HELPFUL INCLUDING

10:32AM  4    NOTING THAT IN THE KENTUCKY LITIGATION I BELIEVE THERE WAS NO

10:32AM  5    PAYOUT TO CONSUMERS IN THE RESPECTIVE STATES AND THE ATTORNEY

10:32AM  6    GENERALS RECEIVED PAYMENT ON BEHALF OF THE CONSUMERS.

10:32AM  7        SO THE COURT WILL ALLOW THE AMICUS BRIEF TO BE FILED.

10:32AM  8        AND AS I INDICATED, MR. HELERINGER, I'LL GIVE IT WHATEVER

10:32AM  9    WEIGHT THE COURT FINDS IS DESERVING.

10:32AM  10           MR. HELERINGER:  THANK YOU, YOUR HONOR.

10:32AM  11           THE COURT:  SO THE MOTION IS GRANTED.

10:32AM  12       AND WE'LL MOVE ON THEN.

10:32AM  13       NOW, WHAT I'D LIKE TO DO NOW IS TO ALLOW THOSE PARTIES WHO

10:32AM  14    HAVE EXPRESSED A DESIRE TO BE HEARD, TO BE HEARD AT THIS TIME.

10:32AM  15       I HAVE A LIST OF INDIVIDUALS WHO -- AT LEAST THE LIST I

10:33AM  16    HAVE INDICATES PEOPLE WHO HAVE PREVIOUSLY REQUESTED THE

10:33AM  17    OPPORTUNITY TO BE HEARD, AND I'LL -- THIS LIST WAS PROVIDED TO

10:33AM  18    ME BY COURT STAFF.  SO I'LL GO DOWN THE LIST, AND WE'LL HEAR

10:33AM  19    FROM THE INDIVIDUALS.

10:33AM  20       THE FIRST LIST I HAVE ON HERE IS EDWARD W. ORR, O-R-R.

10:33AM  21    THE DOCKET REFERENCE IS 423.

10:33AM  22           MR. ORR, ARE YOU PRESENT, SIR?

10:33AM  23           MR. ORR:  YES, YOUR HONOR, I AM HERE.

10:33AM  24           THE COURT:  ALL RIGHT.  COULD YOU STATE YOUR NAME,

10:33AM  25    PLEASE.

10:33AM 1        MR. ORR:  YES.  MY NAME IS EDWARD ORR, SPELLED AS

10:33AM 2   FOLLOWS:  FIRST NAME E-D-W-A-R-D.  LAST NAME O-R-R.  I'M

10:34AM 3   APPEARING ON BEHALF OF OBJECTORS DARLENE AND EDWARD ORR.

10:34AM 4        THE COURT:  THANK YOU.  I HAVE DOCKET 504 AND 423

10:34AM 5   ITEMS THAT YOU HAVE FILED, SIR.

10:34AM 6      MR. ORR, WHAT IS IT THAT YOU WOULD LIKE ME TO KNOW, SIR?

10:34AM 7        MR. ORR:  THANK YOU, YOUR HONOR, FOR THE OPPORTUNITY

10:34AM 8   TO PARTICIPATE.

10:34AM 9      FIRST OF ALL, EDWARD ORR WISHES TO THANK

10:34AM 10  MRS. ADRIANA KRATZMANN FOR MAKING SPECIAL ARRANGEMENTS FOR

10:34AM 11  EDWARD ORR TO APPEAR BECAUSE OF HIS PHYSICAL HANDICAP.

10:34AM 12      I WILL STATE FOR THE RECORD THAT BECAUSE OF MY HANDICAP I

10:34AM 13  MUST SOMETIMES UTILIZE ARTIFICIAL VOICE TECHNOLOGY SO AT TIMES

10:34AM 14  I MAY BE FORCED TO SPEAK A LITTLE BIT MORE SLOWLY THAN A

10:34AM 15  SPEAKER NOT UTILIZING SUCH TECHNOLOGY.

10:34AM 16      MY COMMENTARY WILL BE VERY BRIEF, APPROXIMATELY TWO

10:34AM 17  MINUTES IN LENGTH, AND I MERELY WISH TO STATE THAT

10:34AM 18  OBJECTORS DARLENE AND EDWARD ORR JOIN WITH THE STATEMENT OF THE

10:35AM 19  UNITED STATES STATES AND WITH THE ATTORNEYS GENERAL AND WE

10:35AM 20  ACCORDINGLY REMAIN BY OUR PRIOR SUBMISSIONS AS SUBMITTED TO THE

10:35AM 21  COURT IN ECF 504, ECF 423 AND RELATED EXHIBITS, MANY OF WHICH

10:35AM 22  ARE INTERRELATED WITH MULTIPLE OTHER CASES AS DISCUSSED IN

10:35AM 23  CONJUNCTION WITH ATTORNEY STEVEN WINICK, SPELLED W-I-N-I-C-K,

10:35AM 24  WHO REPRESENTED US IN A PRIOR UNRELATED CASE FOR A

10:35AM 25  RECOMMENDATION FROM THE JEWISH FEDERATION OF NORTHERN

10:35AM 1    CALIFORNIA.

10:35AM 2         THANK YOU VERY MUCH, YOUR HONOR.

10:35AM 3              THE COURT:  ALL RIGHT.  THANK YOU.  I APPRECIATE IT,

10:35AM 4    MR. ORR.  THANK YOU VERY MUCH.

10:35AM 5         NEXT ON THE LIST THAT I HAVE IS TERRY O'TOOLE.  THE

10:35AM 6    REFERENCE DOCKET IS 437.

10:35AM 7         IS MR. O'TOOLE PRESENT?

10:35AM 8              MR. O'TOOLE:  YES, I AM PRESENT, YOUR HONOR.

10:36AM 9              THE COURT:  THANK YOU.  GOOD MORNING.  IF YOU COULD

10:36AM 10   PLEASE STATE YOUR NAME AND SPELL IT, PLEASE.

10:36AM 11             MR. O'TOOLE:  YES.  MY FORMAL FIRST NAME IS

10:36AM 12   TERRENCE, T-E-R-R-E-N-C-E.  MIDDLE INITIAL IS J AS IN JOSEPH.

10:36AM 13   THE LAST NAME IS O APOSTROPHE T-O-O-L-E.

10:36AM 14             THE COURT:  THANK YOU, SIR.  WHAT IS IT YOU WOULD

10:36AM 15   LIKE ME TO KNOW?

10:36AM 16             MR. O'TOOLE:  I WILL BE AS BRIEF AS THE PREVIOUS

10:36AM 17   OBJECTOR.  I THINK THAT, FIRST OF ALL, THE FIRST TIME I HEARD

10:36AM 18   ABOUT THIS LITIGATION WAS SOME TIME AROUND --

10:36AM 19             THE COURT:  MR. O'TOOLE, I'M GOING TO INVITE YOU TO,

10:36AM 20   IF YOU COULD, STAY AS CLOSE TO YOUR MICROPHONE AS POSSIBLE FOR

10:36AM 21   THE BENEFIT OF OUR COURT REPORTER.

10:36AM 22             MR. O'TOOLE:  IS THAT ANY BETTER?

10:36AM 23             THE COURT:  IT'S MUCH BETTER.  THANK YOU.

10:36AM 24             MR. O'TOOLE:  WHAT I HAD SAID WAS THE FIRST I

10:36AM 25   RECEIVED NOTICE OF THIS LITIGATION WAS IN MID JULY, AND I DULY

10:37AM 1    FILED A LETTER OBJECTING TO THE SETTLEMENT.  SO I KNOW VERY

10:37AM 2    LITTLE ABOUT THE LITIGATION ITSELF EXCEPT WHAT I'VE READ ON THE

10:37AM 3    WEB PAGE.

10:37AM 4         BUT IT SEEMS TO ME THAT THE AMOUNT OF THE PAYMENT THAT

10:37AM 5    WILL BE MADE TO CLAIMANTS -- IN MY CASE I WAS THE OWNER AND

10:37AM 6    STILL AM THE OWNER OF AN IPHONE 7 WHICH COMES WITHIN THE

10:37AM 7    DEFINITION OF THE CLASS.

10:37AM 8         AS I UNDERSTAND IT, THE INITIAL FIGURE THAT IS GOING TO BE

10:37AM 9    USED IS $50, AND I BELIEVE IT SLIDES UP TO 65 OR SO DOLLARS

10:37AM 10   DEPENDING ON HOW MANY CLAIMS ARE MADE.

10:37AM 11        I DON'T THINK THAT THAT AMOUNT OF MONEY IS A FAIR AND

10:37AM 12   ADEQUATE REFLECTION OF THE DAMAGES TO INDIVIDUAL CONSUMERS, NOR

10:38AM 13   DO I THINK THAT IT FAIRLY ACHIEVES ANY KIND OF DETERRENT EFFECT

10:38AM 14   ON A MULTIBILLION, MAYBE TRILLION DOLLAR COMPANY LIKE APPLE

10:38AM 15   SUFFICIENT TO DISSUADE THEM IN THEIR FUTURE CONDUCT FROM

10:38AM 16   ENGAGING IN THE PRACTICES THAT ARE AT ISSUE IN THIS CASE.

10:38AM 17        SO I THINK THE AMOUNT PROPOSED FOR EACH CLAIMANT IS

10:38AM 18   INADEQUATE.

10:38AM 19        I THINK WHAT WOULD MAKE PRACTICAL AS WELL AS POETIC SENSE

10:38AM 20   WOULD BE FOR APPLE TO BUY EACH CLAIMANT A NEW APPLE IPHONE 12,

10:38AM 21   WHICH I THINK IS THE LATEST VERSION OF THE IPHONE THAT THEY'RE

10:38AM 22   MARKETING.

10:39AM 23        I DON'T KNOW WHAT THAT COSTS.  I DON'T KNOW WHAT THE

10:39AM 24   RETAIL PRICE OF THAT IS, BUT IT SEEMS TO ME THAT THAT WOULD BE,

10:39AM 25   AS I SAID, BOTH A PRACTICAL AMOUNT BECAUSE IT WOULD REALLY HAVE

10:39AM  1    SOME BITE TO IT IN TERMS OF DISSUADING COMPANIES LIKE APPLE

10:39AM  2    FROM ENGAGING IN THE PRACTICES THAT THEY HAVE ENGAGED IN.

10:39AM  3          IT ALSO, AS I SAID, I THINK IT WOULD JUST MAKE -- IN SOME

10:39AM  4    SORT OF PHILOSOPHICAL WAY IT WOULD BE FAIR.  THAT'S ITEM ONE.

10:39AM  5          ITEM TWO, YOUR HONOR -- AND BY THE WAY, I DIDN'T OPEN

10:39AM  6    APPROPRIATELY.  I DO THANK YOU FOR AFFORDING ME THE OPPORTUNITY

10:39AM  7    TO SPEAK.  YOU SEEM TO BE A CAREFUL JUDGE AND ONE WHO IS

10:39AM  8    RESPONSIVE TO PEOPLE OUT IN THE GENERAL PUBLIC, SO I DO

10:39AM  9    APPRECIATE THAT.  I SHOULD HAVE SAID THAT IN THE BEGINNING.

10:39AM 10          THE COURT:  YOU'RE WELCOME.

10:39AM 11          MR. O'TOOLE:  THE OTHER THING IS THAT I THINK THE

10:40AM 12    ATTORNEYS' FEES HERE ARE TOO HIGH.  I THINK THE ATTORNEYS ARE

10:40AM 13    ASKING FOR SOMETHING ON THE ORDER OF $80 MILLION IF I DID THE

10:40AM 14    NUMBERS CORRECTLY.  I THINK THE TARGET SETTLEMENT AMOUNT IS 310

10:40AM 15    AND THEY'RE LOOKING FOR LIKE 28, 29 PERCENT OF THAT TARGET

10:40AM 16    SETTLEMENT AMOUNT.

10:40AM 17          AND I DON'T THINK THAT IN A CASE LIKE THIS USING A

10:40AM 18    CONTINGENT FEE TYPE MEASURE FOR THE ATTORNEYS' FEES IS

10:40AM 19    APPROPRIATE.

10:40AM 20          I'M A RETIRED ATTORNEY MYSELF, YOUR HONOR, AND ALL OF MY

10:40AM 21    CAREER OF 45 OR MORE YEARS I BILLED BASED UPON AN HOURLY RATE.

10:40AM 22          THE COURT:  WHAT AREA OF LAW DID YOU PRACTICE IN,

10:41AM 23    MR. O'TOOLE?

10:41AM 24          MR. O'TOOLE:  COMMERCIAL LITIGATION.

10:41AM 25          THE COURT:  I SEE.

10:41AM 1          MR. O'TOOLE:  AND A LITTLE TOXIC TORT, TOO, BUT

10:41AM 2    MOSTLY COMMERCIAL LITIGATION.

10:41AM 3          YOU KNOW, IF YOU WERE IN PRIVATE PRACTICE YOURSELF,

10:41AM 4    YOUR HONOR, YOU KNOW THAT THERE ARE CERTAIN EVILS WITH THE

10:41AM 5    BILLABLE HOUR.  WE ALL KNOW THAT.  MOST OF US ARE ATTORNEYS.

10:41AM 6          BUT ONE THING THAT COUNTERBALANCES THE POTENTIAL ACCESS OF

10:41AM 7    FEES IS THAT THE CLIENT SEES THAT BILL EVERY MONTH, AT LEAST MY

10:41AM 8    CLIENTS DID, AND THEY ARE AFFORDED AN OPPORTUNITY TO LOOK AT

10:41AM 9    THE AMOUNT AND THE TIME BEING CHARGED AND THE AMOUNT BEING

10:41AM 10   SPENT AND TO OBJECT TO IT OR TO ASK YOU TO LIMIT THE AMOUNT

10:41AM 11   THAT YOU'RE INVESTIGATING.

10:41AM 12         SO I THINK THAT THE MORE APPROPRIATE MEASURE HERE IS AN

10:41AM 13   HOURLY FEE.  I DON'T KNOW WHAT THE AVERAGE IS, BUT IT'S VERY

10:42AM 14   EASY TO FIGURE OUT AND JUST TALK TO THE CALIFORNIA BAR

10:42AM 15   ASSOCIATION.  THEY HAVE THOSE ECONOMIC SURVEYS, AND THEY'LL

10:42AM 16   TELL YOU WHAT AN AVERAGE LAWYER IN CALIFORNIA -- OR MAYBE

10:42AM 17   NORTHERN CALIFORNIA IS MORE EXPENSIVE.

10:42AM 18         BUT TO USE THAT AS A -- IS LODESTAR THE RIGHT WORD? --

10:42AM 19   NUMBER TO CALCULATE.  AND I ASSUMED THE LAWYERS KEEP TRACK OF

10:42AM 20   THEIR TIME, OR THEY SHOULD KEEP TRACK OF THEIR TIME, AND I

10:42AM 21   THINK THAT, IF NECESSARY, YOU COULD APPOINT A SPECIAL MASTER TO

10:42AM 22   LOOK AT WHAT THEIR HOURLY RATES, WHAT THEIR HOURLY CHARGES ARE

10:42AM 23   AND MAKE A DETERMINATION AS TO WHETHER OR NOT THAT WHAT THEY

10:42AM 24   INVESTED IN THERE IS TRULY REPRESENTATIVE OF ULTIMATE GAIN TO

10:42AM 25   THE CLASS.

10:42AM  1        SO THAT'S ALL I'VE GOT TO SAY.  AS I INDICATED, IT LOOKS

10:43AM  2   LIKE YOU RUN A PRETTY GOOD COURT AND YOU TAKE VERY SERIOUSLY

10:43AM  3   WHAT YOU HAVE GOT TO DO AND LISTEN TO PEOPLE LIKE ME, SO I

10:43AM  4   APPRECIATE IT, YOUR HONOR.

10:43AM  5        THE COURT:  WELL, THANK YOU, MR. O'TOOLE.  I

10:43AM  6   APPRECIATE YOUR COMMENTS.  THEY'RE HELPFUL TO THE COURT AND

10:43AM  7   PARTIES AS WE MOVE THROUGH THE SETTLEMENT PROCESS.

10:43AM  8        I SHOULD TELL YOU ALL OF THE THINGS THAT YOU HAVE

10:43AM  9   MENTIONED ARE CERTAINLY THINGS OF THAT ARE PART OF THAT

10:43AM  10  PROCESS, INCLUDING THE ATTORNEYS' FEES PROCESS.

10:43AM  11       AS I SAID IN MY PREAMBLE, THE LAWYERS AND I WILL PROBABLY

10:43AM  12  HAVE SOME DISCUSSION ABOUT THE FEES AT THE APPROPRIATE TIME.

10:43AM  13  IT MAY NOT BE TODAY, AS I SAID.  AND IF YOU WERE ABLE TO SEE

10:43AM  14  THE FINAL SETTLEMENT AGREEMENT OR NOT, THE PARTIES DID AGREE

10:43AM  15  THAT THE ATTORNEYS' FEES PORTION OF THE SETTLEMENT WOULD BE

10:43AM  16  HANDLED SEPARATELY AND COULD BE HANDLED SEPARATELY FROM THE

10:43AM  17  RESOLUTION OF THE ULTIMATE LAWSUIT.

10:43AM  18       BUT I DO -- I APPRECIATE YOUR PARTICIPATION HERE, AND I

10:44AM  19  APPRECIATE YOUR COMMENTS.  THANK YOU SO MUCH.

10:44AM  20       MR. O'TOOLE:  THANK YOU, YOUR HONOR.

10:44AM  21       THE COURT:  THE NEXT ON MY LIST IS JIMI FRANKLIN.

10:44AM  22  IS JIMI FRANKLIN PRESENT?

10:44AM  23       MS. KRATZMANN, DO YOU HAVE ANY KNOWLEDGE OF JIMI FRANKLIN

10:44AM  24  BEING WITH US?

10:44AM  25       THE CLERK:  YOUR HONOR, I DID CALL HIS NAME,

10:44AM  1    HOWEVER, I DID NOT GET A "RAISE YOUR HAND FEATURE" SO I

10:44AM  2    DON'T --

10:44AM  3            THE COURT:  OKAY.

10:44AM  4            THE CLERK:  AS FAR AS I KNOW --

10:44AM  5            THE COURT:  OKAY.  LET'S PASS -- WE'LL PASS THAT.

10:44AM  6    WE'LL TURN TO I BELIEVE IS IT SARAH FELDMAN AND

10:44AM  7    JAN HONDO.  AND IT LOOKS LIKE --

10:44AM  8            MR. PENTZ:  YES, YOUR HONOR.  JOHN PENTZ HERE ON

10:44AM  9    BEHALF OF OBJECTORS FELDMAN AND HONDO, FELDMAN AND JAN.  HONDO

10:44AM  10    IS HIS FIRST NAME.

10:44AM  11           THE COURT:  THANK YOU VERY MUCH.

10:44AM  12           MR. PENTZ:  WE PRIMARILY HAVE THREE OBJECTIONS.  ONE

10:45AM  13    IS A FEE OBJECTION THAT WE SHARE IN COMMON WITH MANY OF THE

10:45AM  14    OTHER OBJECTORS, BUT THE OTHER ONE THAT I THINK IS UNIQUE TO

10:45AM  15    OUR CLIENTS IS THAT WE OBJECT TO THE VERY HIGH INCENTIVE AWARDS

10:45AM  16    REQUESTED IN THIS CASE, HIGH IN THE AGGREGATE, BUT ALSO HIGH

10:45AM  17    PER NAMED PLAINTIFF IN THE SENSE THAT THEY ARE UP TO 140 TIMES

10:45AM  18    THE AMOUNT THAT THE AVERAGE CLASS MEMBER WILL RECOVER HERE.

10:45AM  19    ALSO THE ELEVENTH CIRCUIT HAS RECENTLY RULED THAT

10:45AM  20    INCENTIVE AWARDS ARE PROHIBITED.  I'M SURE YOUR HONOR IS

10:45AM  21    FAMILIAR WITH THAT CASE.  I'M AWARE THAT THAT IS NOT BINDING IN

10:45AM  22    THE NINTH CIRCUIT.  HOWEVER, TRUSTEES V. GREENOUGH AND PETTUS

10:45AM  23    ARE, AND IF YOU LOOK AT THAT DECISION, THE ANALYSIS THERE, I

10:45AM  24    THINK IT FAR EXCEEDS THE ANALYSIS IN ANY OTHER CASE -- VERY FEW

10:45AM  25    APPELLATE COURTS HAVE EVEN CONSIDERED THE PROPRIETY OF

10:46AM  1    INCENTIVE AWARDS AND THE ONES THAT HAVE, I KNOW THE SECOND

10:46AM  2    IMITATED THE ELEVENTH CIRCUIT IN A CASE THAT HAS NOW BEEN

10:46AM  3    VACATED.

10:46AM  4         SO ESSENTIALLY OUR POSITION IS THAT THE ELEVENTH CIRCUIT

10:46AM  5    IS CORRECT; THAT THE SUPREME COURT WILL PROBABLY SOON RULE

10:46AM  6    THAT, THAT THOSE, THAT THOSE OLD CASES ARE STILL IN EFFECT AND

10:46AM  7    STILL BINDING AND THAT THE INCENTIVE AWARDS OF ANY AMOUNT ARE

10:46AM  8    NOT PERMISSIBLE, BUT ESPECIALLY IN THIS CASE BECAUSE THEY ARE

10:46AM  9    SO HIGH.

10:46AM 10         THERE ARE SO MANY NAMED PLAINTIFFS WHO APPARENTLY FILED

10:46AM 11    STATE CLASS ACTIONS IN ORDER TO BRING IN THE STATE CONSUMER

10:46AM 12    PROTECTION ACTS WHICH -- NONE OF WHICH SURVIVED, AND,

10:46AM 13    THEREFORE, ALL OF THAT LITIGATION AND ALL OF THOSE PLAINTIFFS

10:46AM 14    REALLY CONFERRED NO BENEFIT ON THIS SETTLEMENT.

10:46AM 15         SO OUR POSITION IS THAT THERE SHOULD BE NO INCENTIVE AWARD

10:46AM 16    BECAUSE THEY DISTORT THE INCENTIVES.  THERE REALLY IS NO

10:47AM 17    ASSURANCE WHEN THE NAMED PLAINTIFFS ARE BEING COMPENSATED IN

10:47AM 18    THE AMOUNT OF $3500 OR $1500 THAT THIS RECOVERY AMOUNT, TO GET

10:47AM 19    BACK TO WHAT MR. O'TOOLE IS TALKING ABOUT, IS HIGH ENOUGH

10:47AM 20    BECAUSE THEY, THEY GOT ENOUGH IN THEIR INCENTIVE AWARD THAT

10:47AM 21    THEY CAN BUY AN IPHONE 12 IF THEY WANT TO.

10:47AM 22         THE REST OF THE CLASS IS STUCK WITH, YOU KNOW, $65, WHICH

10:47AM 23    CAN'T BUY ANY IPHONE.  SO THEY WOULD HAVE TO PAY OUT OF POCKET

10:47AM 24    IF THEY WANTED TO REPLACE THEIR DEFECTIVE IPHONE 7 OR 6.

10:47AM 25         WE ALSO HAVE AN OBJECTION TO THE ATTORNEYS' FEES, WHICH

10:47AM  1    ARE SIMILAR TO -- ACTUALLY VERY SIMILAR TO THE OBJECTIONS FILED

10:47AM  2    BY ANNA ST. JOHN.

10:47AM  3         WE BELIEVE THAT CLASS COUNSEL'S REQUEST FOR 28 PERCENT IS

10:47AM  4    WIDELY EXCESSIVE IN THIS MEGA FUND RECOVERY.  WE NOTE THAT THE

10:47AM  5    CASE ONLY LASTED A LITTLE OVER TWO YEARS.  THE -- THERE WAS A

10:48AM  6    LOT OF USE OF -- WELL, CLASS COUNSEL DID NOT CALL THEM CONTRACT

10:48AM  7    ATTORNEYS.  THEY DID CALL THEM PROJECT AND STAFF ATTORNEYS, AND

10:48AM  8    I'M NOT SURE THAT THERE'S ANY PRACTICAL DIFFERENCE.  I'M NOT

10:48AM  9    SURE THAT THE NOMENCLATURE SHOULD REALLY CONTROL HERE.

10:48AM  10        THE REAL FOCUS SHOULD BE ON WHAT KIND OF WORK WERE THEY

10:48AM  11   DOING?  IF THEY WERE DOING ROUTINE DISCOVERY WORK, THEN I

10:48AM  12   BELIEVE THAT THE DECISION FROM WELLS FARGO THAT WE CITED IN OUR

10:48AM  13   OBJECTION SHOULD CONTROL, NAMELY, ATTORNEYS PERFORMING ROUTINE

10:48AM  14   DISCOVERY SHOULD BE PAID NO MORE THAN ABOUT $42 AN HOUR, WHICH

10:48AM  15   IS WHAT CONTRACT ATTORNEYS COULD BE HIRED TO DO THE SAME WORK

10:48AM  16   FOR.

10:48AM  17        WE ESSENTIALLY BELIEVE THAT THE LODESTAR IN THIS CASE WAS

10:48AM  18   OVERSTATED BY ABOUT $10 MILLION IF YOU RECALCULATE THE STAFF

10:48AM  19   AND PROJECT ATTORNEYS AT A REASONABLE RATE AND IF YOU ELIMINATE

10:49AM  20   ALL OF THE WASTED WORK IN THE STATE ACTIONS THAT WERE FILED ALL

10:49AM  21   AROUND THE COUNTRY ONLY TO LATER BE DISMISSED.

10:49AM  22        AND IF YOU THEN REDUCE THE LODESTAR TO ABOUT 26 MILLION, A

10:49AM  23   17 PERCENT FEE, WHICH IS ABOUT WHAT WE RECOMMEND BASED ON A

10:49AM  24   STUDY CONDUCTED BY BRIAN FITZPATRICK, IT'S ESSENTIALLY THE

10:49AM  25   MARKET RATE FOR SETTLEMENTS IN THE AMOUNT OF 300 MILLION TO 500

10:49AM  1    MILLION.

10:49AM  2         SO WE WOULD RECOMMEND THAT IF THE COURT IS INCLINED, I

10:49AM  3    KNOW MANY OBJECTORS ARE URGING YOU TO PERFORM A LODESTAR

10:49AM  4    ANALYSIS, ESSENTIALLY LIMITING CLASS COUNSEL TO THEIR LODESTAR

10:49AM  5    WITH MAYBE A VERY MODEST ENHANCEMENT.

10:49AM  6         BUT IF YOUR HONOR IS INCLINED TO APPLY THE PERCENTAGE

10:49AM  7    METHOD OF CALCULATING THE FEE, THEN WE WOULD URGE YOU TO AWARD

10:49AM  8    A FEE OF NO MORE THAN 17 PERCENT, TO REDUCE THE LODESTAR MAYBE

10:50AM  9    NOT THROUGH A LINE ITEM KIND OF -- MANY COURTS HAVE JUST

10:50AM  10   REDUCED LODESTAR BY ARBITRARY PERCENTAGES TO ACCOUNT FOR WHAT

10:50AM  11   IS OBVIOUS ON THE FACE OF THE CASE.  THERE WAS EXCESSIVE AND

10:50AM  12   DUPLICATIVE BILLING.

10:50AM  13        I KNOW THAT THERE WAS OVERSTAFFING AND THAT SORT OF THING,

10:50AM  14   DEPOSITIONS ATTENDED BY NINE ATTORNEYS WHEN TWO WOULD HAVE

10:50AM  15   SUFFICED.  SO I THINK THAT WOULD RESULT IN A -- A $52 MILLION

10:50AM  16   FEE WOULD RESULT IN A FAIR, A VERY FAIR FEE AWARD, A LODESTAR

10:50AM  17   MULTIPLIER OF 2 I THINK WHEN YOU PARE THE LODESTAR DOWN TO THE

10:50AM  18   REAL PRODUCTIVE HOURS UNDER HENSLEY V. ECKERHART, I THINK YOU

10:50AM  19   WOULD END UP WITH SOMETHING LESS THAN CLAIMED HERE TODAY.

10:50AM  20        THE ONLY OTHER OBJECTION THAT WE RAISE IS THE ONE ABOUT --

10:50AM  21   THAT YOUR HONOR HAS ALREADY EXPRESSED CONCERN ABOUT, WHICH IS

10:50AM  22   THE REQUIREMENT -- THE CLAIM FORM REQUIREMENTS, NAMELY, THE

10:50AM  23   SERIAL NUMBER AND THE OTHER REQUIREMENTS THAT CLASS MEMBERS

10:51AM  24   WERE REQUIRED TO ATTEST TO UNDER PAINS AND PENALTY OF PERJURY

10:51AM  25   WHEN THOSE ITEMS SHOULD HAVE BEEN ESTABLISHED BY THE LAWSUIT.

10:51AM  1      I WOULD ALSO SIMPLY POINT OUT THAT, YOU KNOW, THE CLAIMS

10:51AM  2   RIGHT HERE OF 3.15 MILLION OUT OF A POTENTIAL 90 MILLION CLASS

10:51AM  3   MEMBERS IS FAIRLY LOW, AND THAT THAT SHOULD ALSO BE TAKEN INTO

10:51AM  4   ACCOUNT WHEN RULING ON BOTH THE SETTLEMENT AND THE FEE AWARD.

10:51AM  5      AND I THINK THAT ABOUT COVERS IT FOR OUR -- MY CLIENT.

10:51AM  6          THE COURT:  RIGHT.  THANK YOU VERY MUCH.  THANK YOU,

10:51AM  7   MR. PENTZ.

10:51AM  8      I THINK, AS YOU POINT OUT, INCENTIVE AWARDS ARE CURRENTLY

10:51AM  9   APPROPRIATE IN THE NINTH CIRCUIT, AND I APPRECIATE YOUR

10:51AM 10   RECOGNITION OF NINTH CIRCUIT LAW.

10:51AM 11      AND THE INCENTIVE AWARDS, I THINK THE SPIRIT OF THEM, WE

10:51AM 12   KNOW FROM THE LITERATURE, FROM CASE LAW, THAT SUGGESTS THAT

10:51AM 13   WHEN AN INDIVIDUAL PUTS THEIR NAME IN THE PUBLIC VIEW AS A

10:51AM 14   PARTY IN A LAWSUIT, THERE ARE CERTAIN RISKS CERTAINLY THAT COME

10:51AM 15   WITH THAT.

10:51AM 16      THERE'S CONCERN, WE'RE TOLD BY LAWYERS IN THESE CASES,

10:52AM 17   THAT A LITIGANT WHO PUTS THEIR NAME OUT THERE IN THE PUBLIC

10:52AM 18   COULD SUFFER.  AND THE QUESTION IS HOW COULD THEY SUFFER?  HOW

10:52AM 19   IS THAT A NEGATIVE THING HAVING YOUR NAME ON A LAWSUIT?

10:52AM 20      WELL, LAWYERS WOULD POINT OUT AND REMIND COURTS AND EACH

10:52AM 21   OTHER THAT FOR EMPLOYMENT PURPOSES, FOR EXAMPLE, SOMEONE WHO IS

10:52AM 22   APPLYING FOR A JOB, WE KNOW IN TODAY'S WORLD IT'S FULL OF

10:52AM 23   TECHNOLOGY.  I'M LOOKING AT ALL OF YOUR SMILING FACES, AND MANY

10:52AM 24   OF YOU ON THE SCREEN, PROSPECTIVE EMPLOYERS, MANY TIMES THE

10:52AM 25   FIRST THING THEY DO IS GO AND DO A WEB SEARCH OF AN

10:52AM 1        INDIVIDUAL'S NAME.

10:52AM 2            AND OFTENTIMES AS A RESULT OF THAT SEARCH THEY MIGHT FIND

10:52AM 3        THAT THE PARTY IS A PARTY PLAINTIFF IN A LAWSUIT, AND AN

10:52AM 4        EMPLOYER MIGHT, I'M TOLD FROM LAWYERS, PROSPECTIVE -- A

10:52AM 5        PROSPECTIVE EMPLOYER MIGHT SEE THAT AS A RED FLAG, EVEN THOUGH

10:52AM 6        THE LAWSUIT MIGHT BE SOMETHING COMPLETELY DIFFERENT FROM THE

10:52AM 7        TYPE OF EMPLOYMENT, FROM ANYTHING THAT THE JOB DUTIES ENTITLES.

10:53AM 8        BUT AN EMPLOYER IN TODAY'S WORLD MIGHT, REGRETTABLY, FEEL THAT

10:53AM 9        THAT PERSON, PROSPECTIVE EMPLOYEE MIGHT BE LITIGIOUS AND

10:53AM 10       OTHERWISE MIGHT PASS ON THAT PERSON FOR ANOTHER PERSON WHO IS

10:53AM 11       EQUALLY QUALIFIED JUST FOR THAT REASON, THE FACT THAT THEY'VE

10:53AM 12       PUT THEIR NAME OUT.

10:53AM 13           I'M TOLD THAT THAT'S ONE OF THE REASONS WHY AN INCENTIVE

10:53AM 14       IS PROVIDED TO ENCOURAGE INDIVIDUALS TO SOMEHOW PUT ASIDE THAT

10:53AM 15       FEAR AND TO BE REPRESENTATIVE OF A CLASS OR THEMSELVES IN A

10:53AM 16       PARTICULAR CASE.

10:53AM 17           WE ALSO KNOW AND WE'RE INFORMED THAT NAMED PLAINTIFFS TO A

10:53AM 18       LAWSUIT SOMETIMES, NOT ALL OF THEM, BUT SOMETIMES THEY DO

10:53AM 19       BECOME MORE ACTIVE IN THE LITIGATION THAN THEIR PEERS AND

10:53AM 20       COLLEAGUES.  TO THAT EXTENT THEY MIGHT SIT FOR A DEPOSITION,

10:53AM 21       THE DEPOSITIONS COULD BE MULTIPLE HOURS, POTENTIAL DAYS, BUT

10:54AM 22       ATTENDANT TO THE DEPOSITION IS PREPARATION, AND BOTH

10:54AM 23       PREPARATION FOR THE DEPOSITION, REVIEWING DOCUMENTS, THOSE

10:54AM 24       TYPES OF THINGS.

10:54AM 25           WHEN YOU SEE THESE TYPE OF REQUESTS MORE OFTEN THAN NOT

10:54AM 1    YOU WILL SEE A PARSING OUT, IF YOU WILL, OF THE INCENTIVE

10:54AM 2    AMOUNTS FOR PARTICIPANTS.  THERE'S USUALLY AN AMOUNT FOR NAMED

10:54AM 3    PLAINTIFFS AND THEN THERE'S USUALLY, IT'S MY EXPERIENCE AND I'M

10:54AM 4    CERTAIN ALL OF YOURS, WHEN YOU SEE A NAMED PLAINTIFF SAT FOR

10:54AM 5    DEPOSITIONS OR OTHERWISE CONTRIBUTED THEIR TIME, EFFORTS, AND

10:54AM 6    LABOR TO THE ASSISTANCE OF THE LAWSUIT, FREQUENTLY IT'S NOT

10:54AM 7    UNUSUAL TO SEE THE INCENTIVE AWARD FOR THAT CONDUCT TO BE

10:54AM 8    INCREASED BECAUSE OF THE PERSONAL TIME INVESTMENT IN THAT.

10:54AM 9        SO THOSE ARE JUST A COUPLE OF OBSERVATIONS.

10:55AM 10       IN REGARDS TO YOUR COMMENTS ABOUT THE ATTORNEYS' FEES,

10:55AM 11   I'VE READ AND HEARD A LOT ABOUT THEM IN THIS LITIGATION FROM

10:55AM 12   VARIOUS FILINGS, FROM MR. O'TOOLE AND OTHERS.  I MAY HEAR AGAIN

10:55AM 13   FROM OTHERS ABOUT THAT AS WELL LATER ON, AND I'LL CERTAINLY

10:55AM 14   CONSIDER THAT.

10:55AM 15       THE LODESTAR IS CERTAINLY SOMETHING THAT WE'RE GOING TO

10:55AM 16   TALK ABOUT AND AT THE TIME OF THE -- AT THE APPROPRIATE TIME

10:55AM 17   FOR ATTORNEYS' FEES.

10:55AM 18       AND TO YOUR QUESTION, MR. O'TOOLE'S POINT, THE COURT

10:55AM 19   DID -- PART OF THIS LITIGATION IS THE COURT REQUIRED PLAINTIFFS

10:55AM 20   TO KEEP TAB OF THEIR HOURS, KEEP TRACK OF THE HOURS.

10:55AM 21       AT THE APPOINTMENT OF LEAD COUNSEL WE HAD ROBUST

10:55AM 22   DISCUSSION, BY ME AT LEAST, QUESTIONING AS TO WHAT CAN WE DO TO

10:55AM 23   KEEP THE FEES DOWN?  HOW ARE YOU GOING TO MANAGE THE

10:55AM 24   LITIGATION, THE PROSECUTION OF THIS CASE SUCH THAT WE CAN

10:55AM 25   REDUCE TIME SPENT?

10:55AM 1     AND I WAS INFORMED BY THE PARTIES ABOUT THOSE TYPES OF

10:56AM 2    ECONOMIES OF SCALES THAT WOULD BE ADVANCED TO ACCOMPLISH THAT.

10:56AM 3    SO WE'LL TALK ABOUT THAT AT THE APPROPRIATE TIME.

10:56AM 4     I REALIZE YOU INDICATE, SIR, MR. PENTZ, THAT THE CASE ONLY

10:56AM 5    HAS A SHELF LIFE OF APPROXIMATELY TWO YEARS, SOMETHING LIKE

10:56AM 6    THAT, AND THAT IS AN APPRECIABLE BRIEF TIME.

10:56AM 7     ANOTHER OBSERVATION OF THAT MIGHT BE THAT THAT'S WHAT

10:56AM 8    HAPPENS WHEN YOU HAVE EXCELLENT COUNSEL INVOLVED IN A VERY

10:56AM 9    COMPLEX CASE SUCH AS THIS ONE, AND THAT'S WHY WE DESIRE TO

10:56AM 10   HAVE, I SAY 'WE' I'M TALKING ABOUT JUDGES, WE LOVE TO -- JUDGES

10:56AM 11   LOVE LAWYERS, AND WE'RE PARTICULARLY FOND OF PROFESSIONAL,

10:56AM 12   EXPERIENCED, AND EXCELLENT COUNSEL WHO CAN, WHO CAN THROUGH

10:56AM 13   THEIR EXPERIENCE MARSHAL THROUGH THE COMPLEXITIES OF A CASE AND

10:56AM 14   REACH RESOLUTION IN A RELATIVELY SHORT MANNER.

10:56AM 15    AND I SHOULD TELL YOU I FEEL, AND I'M NOT SPEAKING TO

10:56AM 16   COUNSEL IN THIS CASE, BUT I'LL TELL YOU I HAVE BENEFITTED

10:57AM 17   GREATLY FROM THE PROFESSIONALISM, THE WORK OF THESE LAWYERS, SO

10:57AM 18   I'M NOT SURPRISED THAT THE CASE REACHED EARLY RESOLUTION.  I

10:57AM 19   ATTRIBUTE THAT, SIR, NOT TO ANYTHING UNTOWARD BUT RATHER TO

10:57AM 20   THESE LAWYERS' ABILITIES, AND I'M TALKING ABOUT THE DEFENSE AND

10:57AM 21   PLAINTIFFS HERE, THEIR ABILITIES.

10:57AM 22    I'VE BEEN VERY IMPRESSED, AND IT'S BEEN MY PRIVILEGE TO

10:57AM 23   WORK WITH THEM AS THEY MARSHAL THROUGH THE COMPLEX ISSUES HERE,

10:57AM 24   AND BECAUSE OF THEIR EXPERIENCES HAVE BEEN ABLE TO REACH A

10:57AM 25   RESOLUTION, AGAIN, FROM THE PLAINTIFFS' SIDE FOR THE BENEFIT OF

10:57AM 1   THEIR CONSUMERS, AND FROM MR. CHORBA'S SIDE, FOR THE BENEFIT OF

10:57AM 2   HIS CLIENT SUCH THAT THE LITIGATION CAN PUT AND BE PUT, IF YOU

10:57AM 3   WILL, IN THE REARVIEW MIRROR OF THE COMPANY AND THE COMPANY CAN

10:57AM 4   MOVE FORWARD.  THE CONSUMERS FROM MR. COTCHETT'S SIDE CAN MOVE

10:57AM 5   FORWARD ALSO REACHING THEIR RESOLUTION.

10:57AM 6       SO I THINK THAT'S ANOTHER, IF YOU WILL, LENS TO LOOK AT

10:57AM 7   THE EARLY RESOLUTION OF A CASE.  THAT HAPPENS WHEN YOU HAVE

10:58AM 8   EXCELLENT LAWYERS WORKING ON THE CASE, AND IT'S BEEN, AGAIN, I

10:58AM 9   HAVE SAID, MY PRIVILEGE TO WORK WITH THESE LAWYERS.

10:58AM 10      THANK YOU AGAIN, MR. PENTZ, FOR YOUR OBSERVATIONS.

10:58AM 11  THEY'VE BEEN HELPFUL, AND I APPRECIATE IT.

10:58AM 12      LET ME MOVE NOW TO, LET'S SEE, DEBORAH PANTONI AND IS

10:58AM 13  MS. WESTFALL SPEAKING FOR MS. PANTONI?

10:58AM 14      MS. KRATZMANN, DO WE KNOW -- THIS IS RELATED TO DOCKET

10:58AM 15  519.

10:58AM 16          THE CLERK:  YES, YOUR HONOR.  I SAW THE "RAISE YOUR

10:58AM 17  HAND FEATURE," BUT I WAS NOT ABLE TO PROMOTE MS. WESTFALL.

10:58AM 18      IF SHE WOULD RAISE HER HAND, PLEASE, AGAIN.

10:58AM 19      PROMOTING NOW, YOUR HONOR.

10:58AM 20          THE COURT:  THANK YOU.

10:58AM 21      MS. WESTFALL, ARE YOU THERE?  I SEE YOUR NAME, BUT IF YOU

10:59AM 22  COULD ENGAGE YOUR SCREEN AND THEN UNMUTE, THAT WOULD BE

10:59AM 23  HELPFUL.

10:59AM 24          MS. WESTFALL:  GIVE ME A MINUTE, AND I'LL TRY TO DO

10:59AM 25  THE SCREEN.  AH.

10:59AM  1          THE COURT:  YOUR RESPONSE IS ONE THAT IS VERY COMMON

10:59AM  2  TO ME AND OTHERS IN THIS TECHNOLOGY.  THE "AH" IS SOMETHING

10:59AM  3  THAT WE EXPRESS WITH SOME FREQUENCY AS WE TRY TO ENGAGE THE

10:59AM  4  TECHNOLOGY, MS. WESTFALL.

10:59AM  5      ARE YOU THERE?

10:59AM  6          MS. WESTFALL:  YES, I AM.  THANK YOU FOR ALLOWING ME

10:59AM  7  TO SPEAK, YOUR HONOR.

10:59AM  8          THE COURT:  OF COURSE.  CAN YOU PLEASE STATE YOUR

10:59AM  9  NAME AND SPELL IT, PLEASE.

10:59AM  10          MS. WESTFALL:  YES.  MY NAME IS JAN WESTFALL,

10:59AM  11  W-E-S-T-F-A-L-L.

10:59AM  12          THE COURT:  AND IT'S J-A-N.

10:59AM  13          MS. WESTFALL:  J-A-N IS MY FIRST NAME.

10:59AM  14          THE COURT:  THANK YOU.  WHAT IS IT YOU WOULD LIKE ME

10:59AM  15  TO KNOW, MS. WESTFALL?

10:59AM  16          MS. WESTFALL:  SO MR. PENTZ REVIEWED MOST OF THE

10:59AM  17  ISSUES I COVERED IN MY OBJECTION.  AND THE ONE ISSUE, AND HE

10:59AM  18  ADDRESSED THIS BRIEFLY, BUT THE ONE CONCERN THAT I THINK OTHER

11:00AM  19  OBJECTORS DID NOT REALLY RAISE IS THE DIFFERENCE BETWEEN THE

11:00AM  20  CLASS DEFINITION AND THE ATTESTATION REQUIRED ON THE CLAIM

11:00AM  21  FORM, WHICH IS A QUESTION THAT MY CLIENT RAISED TO ME.  SHE

11:00AM  22  SAID, YOU KNOW, I HAD TO GO BACK AND THINK ABOUT WHAT ACTUAL

11:00AM  23  PERFORMANCE ISSUES I HAD, AND I REALLY WASN'T SURE ABOUT

11:00AM  24  FILLING OUT THE OBJECTION.

11:00AM  25      IN THIS CASE THE CLASS IS DEFINED BY OWNERSHIP OF THE

11:00AM  1    DEVICE AND RUNNING OF SPECIFIC OPERATING PROGRAMS, BUT THE

11:00AM  2    CLAIM FORM REQUIRES ATTESTATION TO SPECIFIC INJURY.  I REALIZE

11:00AM  3    THOSE ARE THE ISSUES THAT ARE RAISED IN THE LAWSUIT, BUT

11:00AM  4    THEY'RE TWO DIFFERENT GROUPS, THE PEOPLE WHO REALIZED THAT THEY

11:00AM  5    EXPERIENCED THIS INJURY VERSUS ALL OF THE PEOPLE WHO OWNED THE

11:00AM  6    DEVICE.

11:00AM  7         AND, YOU KNOW, I THINK ABOUT THIS AS SORT OF A STRUCTURAL

11:00AM  8    PROBLEM.  IF YOU WERE TO LOOK AT IT BY ANALOGY TO, SAY, A TOXIC

11:01AM  9    TORT CONTEXT WHERE A SETTLEMENT IS GOING TO COVER EVERYBODY IN

11:01AM  10   A NEIGHBORHOOD WHO GOT WATER FROM A PARTICULAR, YOU KNOW

11:01AM  11   MUNICIPAL WATER SUPPLIER, BUT ONLY PEOPLE WHO SUFFER SOME KIND

11:01AM  12   OF HEALTH INJURY CAN MAKE A CLAIM FORM.

11:01AM  13        BUT EVERYBODY'S CLAIM IS GOING TO BE RELEASED.  MAYBE

11:01AM  14   LATER SOMETHING COMES UP, BUT OTHER PEOPLE WHO THEY'RE NOT ABLE

11:01AM  15   TO FILE A CLAIM HAVE THEIR CLAIMS RELEASED.

11:01AM  16        SO IT'S A STRUCTURAL PROBLEM THAT I JUST WANTED TO DRAW

11:01AM  17   YOUR ATTENTION TO AS TO HOW THE CLAIM FORM WAS DESIGNED, AND

11:01AM  18   THAT IT MAY POTENTIALLY HAVE DISCOURAGED CERTAIN CLASS MEMBERS

11:01AM  19   FROM FILING THEIR CLAIMS.

11:01AM  20        THE COURT:  THANK YOU, MS. WESTFALL.

11:01AM  21        AND I THINK YOU HEARD MY PREAMBLE EARLIER.  I DID APPROVE

11:01AM  22   THE NOTICE, AND WE'RE GOING TO TALK ABOUT -- THERE'S A QUESTION

11:02AM  23   ABOUT WHETHER OR NOT THE SERIAL NUMBER REQUIREMENT WAS APPROVED

11:02AM  24   FOR MAKING A CLAIM AND A QUESTION AND AN ISSUE WHETHER OR NOT

11:02AM  25   IT WAS REQUIRED AND APPROVED BY THE COURT FOR AN OPT-OUT.  I'M

11:02AM  1    GOING TO TALK TO THESE LAWYERS ABOUT THAT LATER ON.

11:02AM  2        BUT I DID APPROVE THE NOTICE OUTRIGHT.  AND JUST IN A

11:02AM  3    NUTSHELL, THE PARTIES, APPLE PARTICULARLY, NEEDED TO KNOW,

11:02AM  4    THERE HAD TO BE SOME TYPE OF A MECHANISM TO IDENTIFY WHO THE

11:02AM  5    PARTY, WHO THE AFFECTED PARTIES WERE.  DID THEY HAVE AN IPHONE?

11:02AM  6    THE QUESTION OF OWNERSHIP AND USE AND ALL OF THAT, WE'LL

11:02AM  7    PROBABLY TALK A LITTLE BIT MORE ABOUT THAT.

11:02AM  8        THE SECOND ISSUE, WHICH IS THE GRAVAMEN OF THE LAWSUIT AS

11:02AM  9    I UNDERSTAND IT, WAS THE PERFORMANCE SOMEHOW AFFECTED IN A

11:02AM  10   NEGATIVE WAY, DIMINISHED AS THE COMPLAINT SUGGESTS?

11:03AM  11       AND I THINK APPLE, MR. CHORBA'S TEAM, WILL SAY NOT ALL OF

11:03AM  12   THOSE PHONES HAVE THAT ISSUE.  SOME OF THEM DIDN'T.  MANY OF

11:03AM  13   THEM DID APPARENTLY ACCORDING TO THE SETTLEMENT.

11:03AM  14       SO THE NOTICE TRIED TO PARSE THAT OUT.  THE ATTESTATION

11:03AM  15   PART OF IT, YOU'RE SAYING SOME INDIVIDUALS MIGHT BE PERSUADED

11:03AM  16   BECAUSE THEY DON'T WANT TO -- WHENEVER YOU SEE THE WORD

11:03AM  17   "PERJURY" IT HAS SOME PEJORATIVE TERM, IT BRINGS FEAR IN

11:03AM  18   SOMEBODY THAT THEY WOULD HAVE TO DECLARE UNDER PENALTY OF

11:03AM  19   PERJURY, AND MY GOODNESS, IN THE STATE COURT WE KNOW PERJURY IS

11:03AM  20   A NONALTERNATIVE FELONY, AND IT'S A VERY SERIOUS THING IN ALL

11:03AM  21   COURTS.

11:03AM  22       SO I UNDERSTAND YOUR POSITION FROM THAT, BUT I THINK WHEN

11:03AM  23   WE LOOK AT THE NOTICE IT DOES SUGGEST THAT YOU DECLARE UNDER

11:03AM  24   PENALTY OF PERJURY THAT TO THE BEST OF YOUR KNOWLEDGE, IT'S NOT

11:04AM  25   ASKING THE OWNERS OF THE PHONES TO SAY ON APRIL 15TH AT

11:04AM 1    5:15 P.M. MY PHONE HAD A SLOWDOWN.

11:04AM 2        NOW, THERE ARE SOME PEOPLE THAT MIGHT HAVE THOSE TYPES OF

11:04AM 3    RECORDS.  MOST OF US DON'T.  SO I THINK IT DID CALL FOR THE

11:04AM 4    ABILITY TO SAY "TO THE BEST OF MY KNOWLEDGE," AND I HOPE THAT

11:04AM 5    WAS THE GENERAL WAY TO CAPTURE SOMEBODY WHO HAD AN ISSUE WITH

11:04AM 6    THE PHONE SUCH THAT IT CAUSED SOME BRIEF, HOWEVER TEMPORARY OR

11:04AM 7    SIGNIFICANT, BUT THAT'S WHAT THE NOTICE TRIED TO CAPTURE.

11:04AM 8        THANK YOU FOR YOUR COMMENTS AND OBSERVATIONS.  I THINK

11:04AM 9    WHAT YOU'LL SEE IS WE'RE GOING TO TALK ABOUT THAT LATER, ABOUT

11:04AM 10   THOSE ISSUES AS WELL AS TO -- AS I SAID, I HAVE SOME CONCERNS

11:04AM 11   ABOUT SOME OF THIS.  SO THANK YOU FOR RAISING IT.  I APPRECIATE

11:04AM 12   IT.  THANK YOU FOR BEING PART OF THIS DISCUSSION.

11:05AM 13            MS. WESTFALL:  THANK YOU FOR ALLOWING ME TO SPEAK,

11:05AM 14   YOUR HONOR.

11:05AM 15            THE COURT:  YOU'RE VERY WELCOME.

11:05AM 16        NEXT ON MY LIST IS KIMBERLY ROSETTA.

11:05AM 17            THE CLERK:  YOUR HONOR, I DON'T BELIEVE THAT

11:05AM 18   INDIVIDUAL IS ATTENDING.

11:05AM 19            THE COURT:  THANK YOU.  I'LL NOTE THAT DOCKET 524

11:05AM 20   CAPTURES ANY REMARKS.

11:05AM 21        NEXT ON MY LIST IS ALEXIS WEST, AND THIS IS RELATED TO

11:05AM 22   DOCKET 514.

11:05AM 23            MR. CLORE:  YES.  HI, JUDGE.  THIS IS ROBERT CLORE

11:05AM 24   FOR ALEXIS WEST.

11:05AM 25            THE COURT:  THANK YOU, MR. CLORE.

11:05AM 1       WHAT WOULD YOU LIKE ME TO KNOW?

11:05AM 2         MR. CLORE:  THANK YOU, JUDGE.

11:05AM 3       WE EXTENSIVELY BRIEFED WHY WE BELIEVE CLASS COUNSEL ARE

11:05AM 4  NOT ENTITLED TO IN EXCESS OF 50 MILLION ABOVE THEIR LODESTAR

11:06AM 5  AND ALSO WHY THE CLASS MEMBERS SHOULD BE GIVEN ACCESS FOR

11:06AM 6  UNKNOWN CONSULTANT'S OPINIONS ON DAMAGES WHICH INFORM THEIR

11:06AM 7  DECISION TO SETTLE THE CASES.

11:06AM 8       BUT WHAT I WOULD REALLY LIKE TO SPEAK TO HERE JUST BRIEFLY

11:06AM 9  IS THE QUICK-PAY PROVISION IN SECTION 8.3 OF THE SETTLEMENT

11:06AM 10  WHICH PURPORTS TO ALLOW CLASS COUNSEL TO BE PAID HALF OF THEIR

11:06AM 11  FEES UPFRONT.

11:06AM 12       AND I'M NOT SO MUCH FOCUSSED ON THE -- WHETHER IT'S

11:06AM 13  APPROPRIATE TO HAVE A QUICK-PAY PROVISION IN THE SETTLEMENT OR

11:06AM 14  NOT, BUT MORE ABOUT WHAT HAPPENS IN THE EVENT THAT THIS COURT

11:06AM 15  WERE TO AWARD ATTORNEYS' FEES, WHICH WERE THEN TO GO BEFORE THE

11:06AM 16  NINTH CIRCUIT, AND IF THE NINTH CIRCUIT WERE TO REVERSE,

11:06AM 17  VACATE, MODIFY OR OVERTURN FEES IN SOME RESPECT.

11:07AM 18       AND SO WE CITED RULE 1.15 OF THE CALIFORNIA RULES OF

11:07AM 19  PROFESSIONAL CONDUCT AND BY THE EXPRESS TERMS OF THE

11:07AM 20  SETTLEMENT, CALIFORNIA LAW GOVERNS AND SO, THEREFORE, THE RULES

11:07AM 21  OF PROFESSIONAL CONDUCT, THE CALIFORNIA RULES OF PROFESSIONAL

11:07AM 22  CONDUCT ARE APPLICABLE.

11:07AM 23       1.15(A) SAYS ALL FUNDS HELD BY A LAWYER OR LAW FIRM FOR

11:07AM 24  THE BENEFIT OF A CLIENT SHALL BE DEPOSITED INTO A TRUST

11:07AM 25  ACCOUNT, AND THEY CAN BE -- THEY CAN ONLY BE WITHDRAWN WHEN

11:07AM 1    THEIR INTERESTS, WHEN THE ATTORNEY'S INTERESTS IN THOSE FUNDS

11:07AM 2    BECOMES FIXED.

11:07AM 3         AS I CITED ON PAGE 11 OF OUR OBJECTION, WHICH IS FOUND AT

11:07AM 4    DOCKET 514, AN ETHICS EXPERT IN CALIFORNIA AND SPECIAL DEPUTY

11:07AM 5    TRIAL COUNSEL OF THE STATE BAR OF CALIFORNIA HAS TESTIFIED IN

11:07AM 6    THIS SPECIFIC CONTEXT WHEN THERE'S A QUICK-PAY PROVISION AND

11:08AM 7    THE ATTORNEYS' FEES ARE CONTINGENT UPON NOT -- NO REVERSAL OR

11:08AM 8    MODIFICATION OR VACATURE, THAT THOSE FUNDS HAVE TO BE PLACED

11:08AM 9    INTO A CLIENT TRUST ACCOUNT.

11:08AM 10        SO CLASS COUNSEL'S REPLY SAYS THAT, WELL, JUDGE KOH IN

11:08AM 11   YAHOO AND OTHER CASES HAVE SAID THAT A QUICK-PAY PROVISION IS

11:08AM 12   APPROPRIATE AND PERMISSIBLE BUT NO COURT HAS ADDRESSED THE

11:08AM 13   ISSUE OF WHETHER ASSUMING THE FUNDS ARE PAID AS CONTEMPLATED

11:08AM 14   UNDER THE QUICK-PAY PROVISION, WHETHER THOSE FUNDS HAD TO BE

11:08AM 15   PLACED IN CLIENT TRUSTS.

11:08AM 16        AS I SAID, OUR EXPERT, OUR EXPERT MCINTYRE TESTIFIED THAT

11:08AM 17   THEY DO.  SO THIS IS NOT JUST AN ISSUE THAT -- WE BELIEVE THAT

11:08AM 18   IT HAD -- WE'RE AT A STAGE RIGHT NOW WHERE IT'S NOT A PROBLEM,

11:08AM 19   AND WE CAN ADDRESS IT.

11:08AM 20        WE NEED A COMMITMENT FROM CLASS COUNSEL THAT THOSE FUNDS

11:08AM 21   ARE GOING TO BE PLACED IN TRUST AS I'VE POINTED OUT IN THE

11:09AM 22   OBJECTION.  ELSEWHERE IN THE OPTICAL DISK CASE BEFORE

11:09AM 23   JUDGE SEEBORG, THERE WAS NO TRUST ACCOUNT.  THE NINTH CIRCUIT

11:09AM 24   VACATED A FEE AWARD, AND THE ATTORNEYS HELD ON TO THE MONEY TO

11:09AM 25   THE DETRIMENT OF THE CLASS.

11:09AM 1      SO WE'RE IN A POSITION NOW WHERE WE CAN PREVENT THAT FROM

11:09AM 2  HAPPENING.

11:09AM 3      IT DOESN'T MATTER THAT THERE'S AN UNDERTAKING OR THAT THE

11:09AM 4  COURT CAN ENFORCE THE QUICK-PAY PROVISION, WHICH BY THE WAY

11:09AM 5  DOESN'T SAY MONEY WILL BE RETURNED TO THE CLASS OR WILL BE

11:09AM 6  RETURNED TO THE SETTLEMENT FUND.

11:09AM 7      BUT IT DOESN'T MATTER.  THOSE THINGS ARE SOMETHING THAT

11:09AM 8  SHOULD TAKE PLACE ONCE -- THAT'S PUTTING THE CART AHEAD OF THE

11:09AM 9  HORSE.  YOU'VE GOT TO PUT THE MONEY IN THE CLIENT TRUST AND

11:09AM 10 THEN IF THERE'S A PROBLEM OR THERE'S A VACATURE, A REVERSAL OR

11:09AM 11 MODIFICATION, THEN YOU TAKE THAT ROUTE AND KNOWING THAT THE

11:09AM 12 FUNDS ARE SECURED AND SEPARATED OR SEPARATED FROM THE --

11:10AM 13 SECURED IN A TRUST ACCOUNT.  SO WE WOULD ASK FOR A COMMITMENT

11:10AM 14 FROM CLASS COUNSEL THAT THAT'S GOING TO TAKE PLACE.

11:10AM 15     THE REPLY SEEMS TO SUGGEST, ALTHOUGH THEY DON'T REALLY

11:10AM 16 ADDRESS IT, BUT THEY SEEM TO SUGGEST THAT THEY DON'T BELIEVE

11:10AM 17 THAT THEY HAVE TO DO THAT, AND WE WOULD URGE THE COURT TO NOT

11:10AM 18 MAKE AN EXCEPTION FOR CLASS ACTION ATTORNEYS TO RULE ON 1.15.

11:10AM 19         THE COURT:  ALL RIGHT.  THANK YOU, MR. CLORE.

11:10AM 20     I DO NOTE THAT IN SECTION 8.3 THERE'S AN OBLIGATION TO

11:10AM 21 REPAY TO APPLE ATTORNEYS' FEES AND EXPENSES.

11:10AM 22     IT SEEMS TO ME THAT'S A PAYMENT BACK TO THE COMMON FUND

11:10AM 23 FOR DISTRIBUTION UNLESS THE WHOLE JUDGMENT IS OVERTURNED, IN

11:10AM 24 WHICH CASE APPLE ITSELF MAY BE REPAID, AND I CAPTURE THAT.

11:10AM 25     THANK YOU FOR NOTING THOSE TWO CASES.  THAT'S THE YAHOO

11:10AM 1    CASE WAS 2020 WESTLAW 4212811, I THINK THAT'S WHAT YOU WERE

11:11AM 2    REFERRING TO, AND CERTAINLY THE FLAT PANEL ANTITRUST LITIGATION

11:11AM 3    2011 WESTLAW 7575004 ALSO SPEAKS TO THE QUICK-PAY AND THE

11:11AM 4    QUICK-PAY PROVISIONS AND RATIFY THE QUICK-PAY PROVISIONS.

11:11AM 5         BUT I APPRECIATE YOU RAISING THESE ETHICAL QUESTIONS FOR

11:11AM 6    COUNSEL.  AND I KNOW COUNSEL, AND I'M LOOKING AT THEM THROUGH

11:11AM 7    THE SCREEN ALSO HERE, AND I KNOW THAT PLAINTIFFS' COUNSEL ARE

11:11AM 8    TAKING NOTES AS TO THESE OBJECTIONS.

11:11AM 9         I'LL HEAR FROM THEM AT THE APPROPRIATE TIME, BUT I THOUGHT

11:11AM 10   IT BEST TO HEAR ALL OF THE OBJECTIONS FIRST, AND THEN I'LL

11:11AM 11   ALLOW COUNSEL TO ADDRESS ANY OBJECTIONS SHOULD THEY WISH.

11:11AM 12        SO THANK YOU VERY MUCH, MR. CLORE.  I APPRECIATE YOUR

11:11AM 13   COMMENTS.

11:11AM 14             MR. CLORE:  THANK YOU.

11:11AM 15             THE COURT:  ALL RIGHT.  LET ME TURN NOW TO THERE ARE

11:11AM 16   CERTAIN OBJECTORS HERE THAT ARE IDENTIFIED.

11:11AM 17        BEST COMPANIES, AND THEY ARE REFERENCED IN 517, WHO IS

11:12AM 18   APPEARING FOR BEST COMPANIES?  IS IT MS. KRAVITZ?  MR. KAMBER?

11:12AM 19             MR. KAMBER:  YES, YOUR HONOR.

11:12AM 20        SCOTT KAMBER FROM KAMBER LAW ON BEHALF OF BEST COMPANIES,

11:12AM 21   AND I'M WITH HERE WITH MY COLLEAGUE, MICHAEL ASCHENBRENER.

11:12AM 22             THE COURT:  MICHAEL?  WHAT IS THE LAST NAME?

11:12AM 23             MR. KAMBER:  ASCHENBRENER.

11:12AM 24             THE COURT:  I SEE IT ON THE SCREEN.  THANK YOU.

11:12AM 25        WHAT IS IT YOU WOULD LIKE ME TO KNOW, MR. KAMBER?

11:12AM  1          MR. KAMBER:  I'D LIKE YOU TO KNOW, YOUR HONOR, THAT

11:12AM  2     KAMBER LAW FIRM USUALLY DOES NOT OBJECT.  IN FACT, IT'S QUITE

11:12AM  3     UNUSUAL FOR US TO BE HERE IN A POSITION OF AN OBJECTOR INSTEAD

11:12AM  4     OF SUPPORTING A SETTLEMENT AND PUTTING FORTH A SETTLEMENT AS

11:12AM  5     LEAD COUNSEL.

11:12AM  6          OUR ISSUE HERE IS QUITE NARROW.  IT IS DEALING WITH THE

11:12AM  7     NON NATURAL PERSON'S CORPORATE PURCHASERS AND THE DICHOTOMY

11:12AM  8     BETWEEN OWNERSHIP AND USERSHIP.

11:12AM  9          BASICALLY WHEN OWNERSHIP AND USERSHIP DIVERGE, SO DO THE

11:12AM 10     INTERESTS AND HERE IN THE COURT -- AND IN A CORPORATE CONTEXT

11:12AM 11     WE BELIEVE IT'S A CLASSIC SUBCLASS SITUATION.

11:13AM 12          I MEAN, WE UNDERSTAND, AND WE ARE FULLY SUPPORTIVE AND OUR

11:13AM 13     FIRM FREQUENTLY ENGAGES IN EARLY RESOLUTION.  AS THE COURT

11:13AM 14     MENTIONED EARLIER THAT THAT'S SOMETHING TO ENCOURAGE, NOT TO

11:13AM 15     DISCOURAGE.

11:13AM 16          HERE OUR ISSUE REALLY IS FOCUSSED ON THE CORPORATE

11:13AM 17     NON NATURAL PERSONS.  AND WHEN ONE LOOKS AT THE RECORD, IT IS

11:13AM 18     NOT AN ISSUE THAT DEFENSE OR PLAINTIFFS' COUNSEL HAS REALLY

11:13AM 19     FOCUSSED THIS COURT ON DURING PRELIMINARY APPROVAL.

11:13AM 20          OUR PAPERS EXPRESS THE POSITION OF OUR CLIENT, BEST

11:13AM 21     COMPANIES, AND ON THE MOST PART WE WILL RELY UPON OUR PAPERS.

11:13AM 22          WE ALSO HAVE COORDINATED WITH MR. NASSIRI WHO IS GOING TO

11:13AM 23     GO INTO MORE DETAIL WITH RESPECT TO THE CLAIMS PROCESS.

11:13AM 24          BUT I WOULD JUST LIKE TO SUMMARIZE AND WALK THROUGH A FEW

11:13AM 25     OF OUR POINTS FOR THE COURT AND ANSWER ANY QUESTIONS THE COURT

11:13AM 1    MAY HAVE AND ALSO PROPOSE WHAT WE BELIEVE WOULD BE AN

11:14AM 2    APPROPRIATE SOLUTION FOR THE ISSUES HERE.

11:14AM 3         FIRST, TO BE VERY CLEAR, WE DO NOT -- OUR CLIENT DOES NOT

11:14AM 4    HAVE AN OBJECTION RELATING TO THE INDIVIDUAL CLAIMS OF NATURAL

11:14AM 5    PERSONS AND DOES NOT HAVE AN OBJECTION TO THE ATTORNEYS' FEES

11:14AM 6    OR ANYTHING ELSE IN THE SETTLEMENT EXCEPT THAT RELATING TO THE

11:14AM 7    CORPORATE NON NATURAL PURCHASER.

11:14AM 8         FROM THE BEGINNING OF THIS CASE THERE HAS NOT BEEN A

11:14AM 9    NON -- A CORPORATE REPRESENTATIVE WITH A SEAT AT THE TABLE.  IT

11:14AM 10   WASN'T IN THE COMPLAINT.  IT WASN'T IN THE MEDIATION.  IT MADE

11:14AM 11   ONLY A LIMITED FOCUS AND MENTION EVEN IN THE PRELIMINARY

11:14AM 12   APPROVAL HEARINGS BY CLASS COUNSEL AND BY CORPORATE COUNSEL.

11:14AM 13        AND THE REALITY IS THAT, YES, YOU KNOW, IN RESPONSE TO

11:14AM 14   THEIR PAPERS, THERE HAVE BEEN A NUMBER OF CLAIMS THAT WERE

11:14AM 15   FILED BY CORPORATE PURCHASERS, BUT THE BACKFILLING AFTER THE

11:14AM 16   FACT THEY JUST CANNOT HELP THE SETTLEMENT ESCAPE FROM THE FACT

11:14AM 17   THAT THERE IS AN ADEQUACY OF THE REPRESENTATION PROBLEM WITH

11:15AM 18   RESPECT TO THE CORPORATE PURCHASERS.

11:15AM 19        THAT PROBLEM OF NOT HAVING A SEAT AT THE TABLE FROM THE

11:15AM 20   CORPORATE PURCHASERS HAS CREATED AN ENVIRONMENT WHERE THERE IS

11:15AM 21   A PROBLEM WITH RESPECT TO NOTICE, A PROBLEM WITH RESPECT TO THE

11:15AM 22   NONINDIVIDUALS, THE CORPORATE PLAINTIFFS -- I'M SORRY, THE

11:15AM 23   CORPORATE CLASS MEMBERS, NOT A PROBLEM WITH RESPECT TO THE

11:15AM 24   CLAIMS PROCESS, A PROBLEM WITH RESPECT TO THE RELEASE, A

11:15AM 25   PROBLEM WITH RESPECT TO HOW THE PRO RATA DISTRIBUTION IS DONE

11:15AM 1    BETWEEN THE NON NATURAL PERSONS AND NATURAL PERSONS, AND THOSE

11:15AM 2    ISSUES ARE ALL, WE BELIEVE, SYSTEMIC FROM THE IDEA THAT THERE'S

11:15AM 3    JUST NOT BEEN A CORPORATE REPRESENTATIVE IN THE ROOM DURING ANY

11:15AM 4    PART OF THIS PROCESS.

11:15AM 5        TO BE SPECIFIC, THE NOTICE ITSELF WHERE THE PAPERS ARE

11:15AM 6    COMPLETELY CORRECT TO SAY THAT DIRECT NOTICE CAN BE ADEQUATE

11:15AM 7    AND IT CAN HAVE AN ADEQUATE REACH WITHOUT ANYTHING FURTHER.

11:15AM 8        BUT IN HERE THERE HAS NOT BEEN THE ATTEMPT EVEN FROM THE

11:16AM 9    APPLE STORE USERS, THE WHOLE NOTICE PROGRAM ARE REGISTERED

11:16AM 10   USERS OF THE PHONE.

11:16AM 11       IF A CORPORATION, A NON NATURAL PERSON, AND I USE IT

11:16AM 12   INTERCHANGEABLY HERE SO I WON'T JUST KEEP BEING REDUNDANT, IF

11:16AM 13   THEY WERE NOT A USER, THEY DIDN'T RECEIVE NOTICE.

11:16AM 14       SO THE ISSUE IS IF I'M A CORPORATE PURCHASER AND I BOUGHT

11:16AM 15   100 PHONES ON MY CORPORATE ACCOUNT FROM THE APPLE STORE, THAT

11:16AM 16   CORPORATION DID NOT GET NOTICE BY EMAIL, BY REGULAR MAIL, BY

11:16AM 17   ANYTHING WHATSOEVER UNLESS IT WAS REGISTERED AS A USER OF THE

11:16AM 18   PHONE.

11:16AM 19       NOW, IN THE PAPERS THEMSELVES THERE IS FOCUS ON IT FROM

11:16AM 20   BOTH ANGEION AND ALSO FROM APPLE'S COUNSEL AND PLAINTIFFS'

11:16AM 21   COUNSEL THAT, OH, ANY CLAIMS OBSERVANT.  CORPORATIONS CERTAINLY

11:16AM 22   GOT NOTICE.  BUT THEY DON'T ADDRESS THE FACT OF WHY DIDN'T THE

11:17AM 23   NONUSER CORPORATIONS, GOING BACK TO THE BIFURCATION BETWEEN

24   OWNERSHIP AND USERSHIP, WHICH WE THINK IS SO IMPORTANT HERE.

25       IT GOES ALSO TO THE FACT THAT WHEN ONE LOOKS AT THE

1    NUMBERS THAT WERE IN THE ANGEION DECLARATION, CORPORATE

2    PURCHASERS MADE UP A LITTLE BIT -- AROUND A THIRD OF THE

3    CLAIMS, A LITTLE OVER A THIRD OF THE CLAIMS.

4        NOW, WE DON'T KNOW HOW MANY PURCHASERS NATIONWIDE WERE

5    CORPORATE PURCHASERS, SO WE DON'T KNOW WHETHER THAT IS A GOOD

6    NUMBER OR A BAD NUMBER.

7        BUT WHAT WE DO KNOW IS THAT MORE THAN 50 PERCENT OF THE

8    CORPORATE CLAIMS SUBMITTED WERE LATE CLAIMS.  THAT IS OF

9    PARTICULAR CONCERN AND IT DOES DEMONSTRATE THAT THERE IS A

10   BASIC AND INTRINSIC ISSUE WITH RESPECT TO THE FACT THAT --

11           THE CLERK:  YOUR HONOR, EXCUSE ME.  I DON'T MEAN TO

12   INTERRUPT, BUT I HAVE BEEN INFORMED THAT OUR COURT REPORTER HAS

13   BEEN DISCONNECTED.

14           THE COURT:  OKAY.  LET'S PAUSE FOR A MOMENT.  THIS

15   IS SOMETHING THAT SOMETIMES HAPPENS WITH THE TECHNOLOGY.

16           THE CLERK:  SHE IS GOING TO REJOIN.

17           THE COURT:  OKAY.  MR. KAMBER, MARK YOUR SPOT.

18           MR. KAMBER:  USUALLY I AM SPEAKING TOO QUICKLY AND

19   THE COURT REPORTER DISCONNECTS INTENTIONALLY SO....

20       (PAUSE IN PROCEEDINGS.)

21           THE COURT:  THANK YOU.  WE'RE BACK ON THE RECORD.

22   ALL PARTIES PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

23       MR. KAMBER, WOULD YOU LIKE TO CONTINUE, SIR.

24           MR. KAMBER:  THANK YOU, YOUR HONOR.

25       AS ANGEION CONCEDED IN THEIR DECLARATION THAT IPHONES ARE

11:20AM 1    COMMONLY OWNED BY PEOPLE USED BY OTHER PERSONS, AND THIS

11:20AM 2    ARGUMENT IS EQUALLY APPLICABLE WITH RESPECT AND EVEN MORE SO

11:20AM 3    WITH RESPECT TO THE CORPORATE PURCHASER.  OFTENTIMES

11:20AM 4    CORPORATIONS PURCHASE AND PROVIDE PHONES TO THEIR EMPLOYEES.

11:20AM 5        NOW, WITH RESPECT TO NOTICE, A LOT WAS MADE IN THE PAPERS

11:20AM 6    ON -- IN REPLY IN SUPPORT OF FINAL APPROVAL THAT THE NOTICE WAS

11:20AM 7    ADEQUATE, ONE, BECAUSE OBVIOUSLY THERE WERE CORPORATE CLAIMS

11:20AM 8    THAT WERE SUBMITTED BUT ALSO THEY WENT THROUGH SOME PAINS OF

11:20AM 9    DEMONSTRATING THAT THE CLAIMS THEMSELVES, THAT THE NOTICE

11:20AM 10   THEMSELVES WENT TO CORPORATE DOMAINS.

11:20AM 11       BUT GOING TO A CORPORATE DOMAIN DOES NOT MEAN A

11:20AM 12   CORPORATION RECEIVED NOTICE.  THEY MADE THE SPECIFIC

11:21AM 13   PERSPECTIVE THAT FOR BEST COMPANIES, THAT ONE NOTICE WAS SENT

11:21AM 14   TO A BEST COMPANY DOMAIN.

11:21AM 15       WELL, I CAN TELL YOU, YOUR HONOR, THAT IT WASN'T A

11:21AM 16   CORPORATE OFFICER THAT RECEIVED THAT.  THAT WAS SOMEBODY WHO

11:21AM 17   MUST HAVE BEEN -- WHO WAS REGISTERED AND USED THEIR WORK

11:21AM 18   ADDRESS AS THEIR REGISTRATION ADDRESSED FOR THEIR IPHONE.

11:21AM 19       YOU CAN IMAGINE THAT ORACLE OR SOME OTHER LARGER

11:21AM 20   CORPORATION OUT THERE, JUST BECAUSE AN EMPLOYEE USES THEIR WORK

11:21AM 21   ADDRESS FOR THEIR REGISTRATION OF THEIR IPHONE DOES NOT MEAN

11:21AM 22   THAT THE CORPORATION HAS RECEIVED ADEQUATE NOTICE, ESPECIALLY

11:21AM 23   WHEN APPLE ITSELF THROUGH ITS STORES HAS BEEN IN POSSESSION OF

11:21AM 24   CORPORATE ACCOUNTS OF PURCHASERS WHO ARE NOT USERS AND THERE IS

11:21AM 25   NOTHING IN THE RECORD THAT INDICATES THAT THOSE PEOPLE

11:21AM 1    RECEIVED, THOSE CORPORATIONS RECEIVED NOTICE.

11:21AM 2        CONTINUING, YOUR HONOR.  THE SAME ISSUES ARE INHERENTLY

11:21AM 3    PROBLEMATIC FOR THE CLAIMS PROCESS FOR THE WAY THAT THE LACK OF

11:21AM 4    ADEQUACY OF THE CORPORATE REPRESENTATION DURING THE PROCESS OF

11:22AM 5    SETTLEMENT HAS, FRANKLY, MADE THE PARTIES NOT FOCUSSED ON THE

11:22AM 6    FACT THAT THE IDEA OF THE ATTESTATIONS AND OTHER ASPECTS OF THE

11:22AM 7    CLAIMS PROCESS CREATE PROBLEMS FOR CORPORATE PURCHASERS THAT

11:22AM 8    ARE UNIQUE AND ARE NOT THE SAME PROBLEMS OF THE CLAIMS PROCESS

11:22AM 9    THAN NONCORPORATE PURCHASERS.

11:22AM 10       IN THE INTEREST OF TIME, I'LL DEFER TO MR. NASSIRI WHEN HE

11:22AM 11   SPEAKS TO FOCUS ON THAT ISSUE AS THAT WAS MORE OF AN EMPHASIS

11:22AM 12   IN HIS OBJECTION, IN HIS CLASS OBJECTION.

11:22AM 13       FURTHER, YOUR HONOR, WITH RESPECT TO THE RELEASE.  THERE

11:22AM 14   IS AN ISSUE HERE, FRANKLY, THAT THE RELEASE OF THE PURCHASER,

11:22AM 15   IF A CORPORATION PAID SEVERAL HUNDRED DOLLARS FOR THE IPHONE

11:22AM 16   AND THERE WAS AN ISSUE, FRANKLY, THE EMPLOYEE SHOULD NOT BE THE

11:22AM 17   ONE WHO IS RECEIVING THE PAYMENT.  THE SETTLEMENT LEAVES IT UP

11:22AM 18   THE EMPLOYER AND THE EMPLOYEE TO SORT IT OUT IN SOME MYSTERIOUS

11:23AM 19   WAY.  AND, FRANKLY, THE PARTIES DID NOT FOCUS THE COURT ON THIS

11:23AM 20   DURING THE PRELIMINARY APPROVAL, AND IT IS TRULY PROBLEMATIC

11:23AM 21   BECAUSE WE BELIEVE THAT THE CLAIM RESIDES WITH THE OWNER, NOT

11:23AM 22   THE EMPLOYEE.

11:23AM 23       THE COURT:  SO, MR. KAMBER, HELP ME OUT HERE.

11:23AM 24       IF YOUR CLIENT PURCHASED A THOUSAND PHONES TO DISTRIBUTE

11:23AM 25   TO ITS EMPLOYEES, AND THEY USE THEM IN THE COURSE AND SCOPE OF

11:23AM 1    THEIR WORK, AND THEY WERE AFFECTED PHONES, AND AN EMPLOYEE HAS

11:23AM 2    LEFT THEIR EMPLOYMENT BUT THEY SOMEHOW GOT NOTICE FROM THE

11:23AM 3    ADMINISTRATOR BECAUSE SUPPOSEDLY THE PHONE CAME BACK TO THEM,

11:23AM 4    ASSUMING THEY -- THEY'RE THE ONES WHO REGISTERED THE PHONE,

11:23AM 5    WHAT YOU'RE SAYING IS THAT THAT INDIVIDUAL, FORMER EMPLOYEE, IN

11:23AM 6    MY HYPOTHETICAL, MIGHT BENEFIT FROM THE CLASS SETTLEMENT TO

11:23AM 7    YOUR DETRIMENT, YOUR CLIENT'S DETRIMENT, THE CORPORATE

11:24AM 8    DETRIMENT, CLIENT?

11:24AM 9           MR. KAMBER:  CORRECT, YOUR HONOR.

11:24AM 10          THE COURT:  WHAT IS YOUR SOLUTION FOR THAT?  WHAT IS

11:24AM 11   YOUR SOLUTION FOR THAT?

11:24AM 12       PRESUMABLY COULD YOUR COMPANY REACH OUT TO THAT EMPLOYEE

11:24AM 13   AND SAY YOU'RE UNJUSTLY ENRICHED, SEND US THE CHECK?

11:24AM 14          MR. KAMBER:  I THINK ENCOURAGING MORE LITIGATION AS

11:24AM 15   RESULT OF THE CLASS SETTLEMENT WOULD BE A SOMEWHAT, WITH ALL

11:24AM 16   DUE RESPECT, PERVERSE RESULT.

11:24AM 17       BUT I THINK THAT IN THIS SITUATION THE SOLUTION,

11:24AM 18   YOUR HONOR, IS THAT THERE ARE PROCEDURAL PROTECTIONS THROUGH

11:24AM 19   THE PROCESS.  I THINK IF THERE WAS A CORPORATE SEAT AT THE

11:24AM 20   TABLE HERE, I THINK THE NOTICE -- FRANKLY, THERE SHOULD HAVE

11:24AM 21   BEEN -- WE BELIEVE THAT HAD THERE BEEN SEPARATE REPRESENTATION

11:24AM 22   FROM THE BEGINNING.

11:24AM 23          THE COURT:  I UNDERSTAND THAT.

11:24AM 24          MR. KAMBER:  OKAY.

11:24AM 25          THE COURT:  THAT'S IN OUR REARVIEW MIRROR NOW.

11:24AM  1          MR. KAMBER:  SURE.  SURE.  SO THE SOLUTION --

11:24AM  2          THE COURT:  WHERE DO WE GO FORWARD?  WHERE DO WE GO

11:24AM  3   FORWARD?

11:24AM  4          MR. KAMBER:  SO THE SOLUTION MOVING FORWARD, WE

11:24AM  5   BELIEVE, IS THAT THERE SHOULD BE NOTICE TO CORPORATIONS,

11:24AM  6   SPECIFICALLY CORPORATIONS, TO THE CORPORATE ADDRESSES ON FILE

11:25AM  7   AND TO -- AND PUBLICATION NOTICE IF THEY DON'T BELIEVE THAT

11:25AM  8   THERE IS ADEQUATE CORPORATE ADDRESSES THAT SHOULD SET FORTH THE

11:25AM  9   IDEA THERE IS -- THAT THE SETTLEMENT PAYMENTS, THERE ARE

11:25AM 10   INDIVIDUALS WHO RECEIVE NOTICE, THAT YOU, CORPORATION, IF YOU

11:25AM 11   STILL OWN THESE PHONES, THERE IS A PROCESS FOR YOU TO SUBMIT

11:25AM 12   CLAIMS THAT DOES NOT RESULT IN AN ATTESTATION OF THOUSANDS AND

11:25AM 13   THOUSANDS OF PHONES FOR YOUR CORPORATION IN A WAY THAT IS

11:25AM 14   INEFFICIENT THAT IS NOT ABLE TO BE DONE ELECTRONICALLY.  THAT

11:25AM 15   THERE WOULD BE PART OF A WEBSITE THAT IS DEDICATED TO CORPORATE

11:25AM 16   PURCHASERS THAT WOULD INFORM THE CORPORATE PURCHASERS OF HOW TO

11:25AM 17   GO ABOUT THIS.  AND IF THEY HAVE FORMER EMPLOYEES THAT THEY

11:25AM 18   WOULD LIKE TO CONTACT WITH RESPECT TO THIS, THAT THEY CAN BE

11:25AM 19   AHEAD OF THE CURVE AND KNOW WHAT IS GOING ON HERE.

11:25AM 20          WE'RE MORE CONCERNED ABOUT CURRENT EMPLOYEES, FRANKLY,

11:25AM 21   THAN FORMER EMPLOYEES.  I THINK IN MOST INSTANCES IF A

11:25AM 22   CORPORATION CHOOSES TO LET AN EMPLOYEE KEEP THE PHONE, I THINK

11:25AM 23   THAT THAT IS LESS OF THE ISSUE OF A NON NATURAL PERSON ISSUE

11:26AM 24   AND PROBLEM THAT WE HAVE AND THAT IS MORE OF AN ISSUE OF A

11:26AM 25   PHONE THAT WAS GIVEN TO AS A GIFT OR AS CONSIDERATION.

11:26AM  1      BUT I AM -- WE ARE CONCERNED ABOUT CORPORATIONS SUCH AS

11:26AM  2  THE BEST COMPANY THAT HAVE NUMEROUS EMPLOYEES WHO POSSESS THE

11:26AM  3  PHONES AS PART OF THEIR EMPLOYMENT, AND WHEN THEY LEAVE THE

11:26AM  4  EMPLOYMENT, THEIR PHONES WOULD BE TAKEN BACK.

11:26AM  5      BUT DURING THIS PROCESS, UNTIL VERY LATE IN THE PROCESS,

11:26AM  6  MOST CORPORATIONS DID NOT KNOW ABOUT THIS, AND MOST CORP --

11:26AM  7  THERE IS AMBIGUITY AS TO WHETHER THEY MAY BE INCLUDED, HOW THEY

11:26AM  8  WOULD FILE A CLAIM.

11:26AM  9      THE SETTLEMENT WEBSITE IS SPECIFICALLY DEDICATED TO AN

11:26AM  10  INDIVIDUAL CLAIM.  CORPORATE CLAIMANTS MUST SUBMIT

11:26AM  11  SPREADSHEETS, OTHER METHODS, ET CETERA, AND IN THE NUMBERS

11:26AM  12  THEMSELVES IT'S PARTICULARLY PROBLEMATIC.

11:26AM  13      I THINK THAT WAS REFLECTED IN THE CLAIMS RATE WHICH WE

11:26AM  14  DON'T EVEN KNOW HOW MANY OF THOSE CLAIMS WILL BE REJECTED.

11:26AM  15  IT'S PROBLEMATIC WITH RESPECT TO WHAT PROPORTION OF THE

11:26AM  16  CORPORATE CLAIMS ARE, IN FACT, LATE.

11:27AM  17      IT ALSO AFFECTS THE SETTLEMENT, YOUR HONOR, IN THE ISSUE

11:27AM  18  OF PRO RATA IN THAT THE SETTLEMENT ITSELF, THERE IS SOME

11:27AM  19  PRO RATA ENHANCEMENT DEPENDING ON THE NUMBER OF CLAIMS.

11:27AM  20      BUT ALL OF THE CLAIMS ARE THROWN INTO ONE BUNDLE,

11:27AM  21  INDIVIDUAL CLAIMS AND CORPORATE CLAIMS.  THERE IS NOTHING IN

11:27AM  22  THE RECORD THAT HAS BEEN PROVIDED TO YOU, AND TO THE COURT,

11:27AM  23  THAT ALLOWS FOR YOU TO MAKE A DETERMINATION AS TO WHAT

11:27AM  24  PROPORTION OF THE PHONES SOLD DURING THE CLASS PERIOD WERE SOLD

11:27AM  25  TO CORPORATIONS.  WE DON'T KNOW IF THAT WAS 20 PERCENT.  WE

11:27AM  1    DON'T KNOW IF THAT WAS 40 PERCENT.

11:27AM  2        IT WOULD MAKE SENSE THAT THE PRO RATA DISTRIBUTION SHOULD

11:27AM  3    BE BROKEN UP BETWEEN THE TWO SUBCLASSES.  WE ARE NOT

11:27AM  4    CRITICIZING THE OVERALL CONSIDERATION THAT THIS COURT HAS

11:27AM  5    APPROVED DURING PRELIMINARY APPROVAL, BUT WE ARE SAYING THAT

11:27AM  6    BECAUSE THE CORPORATIONS WERE NOT THE FOCUS ON THE PARTY'S

11:27AM  7    ARGUMENT AND BRIEFING, THIS COURT IS IN A POSITION THAT IT

11:27AM  8    CANNOT KNOW WHAT PROPORTION WAS CORPORATIONS.

11:27AM  9        AND LET'S SAY THAT INDIVIDUALS PUT FORWARD -- YOU KNOW,

11:28AM 10    THAT 40 PERCENT OF THE FUND WAS SOLD OR 40 PERCENT OF THE

11:28AM 11    PHONES WERE SOLD TO INDIVIDUALS.  WELL, THEN THAT PRO RATA

11:28AM 12    SHOULD BE DIVVYING UP THAT 40 PERCENT.

11:28AM 13        SIMILARLY, THE 60 PERCENT SHOULD HAVE A DIFFERENT PRO RATA

11:28AM 14    RESULT WITH RESPECT TO THE CORPORATE PURCHASER.  THAT IS THE

11:28AM 15    KIND OF CONCERN WE HAVE BECAUSE THERE HASN'T BEEN CORPORATE

11:28AM 16    REPRESENTATION.

11:28AM 17        IT IS IN NO WAY A CRITICISM OF MR. COTCHETT AND HIS FIRM'S

11:28AM 18    ABILITIES AND HIS FIRM'S WORK IN THE SETTLEMENT.  AFTER ALL,

11:28AM 19    HIS CLIENTS WERE INDIVIDUALS.

11:28AM 20        YOU LOOK AT APPLE -- NOT CRITICIZING COUNSEL THERE.  THE

11:28AM 21    FOCUS OF THE SETTLEMENT FROM THE COMPLAINT THROUGH PRELIMINARY

11:28AM 22    APPROVAL WAS ON THE INDIVIDUAL.

11:28AM 23        BUT AT SOME TIME DURING THE CLAIMS PROCESS THERE WAS A

11:28AM 24    SUFFICIENT NUMBER OF CONTACTS FROM CORPORATE REPRESENTATIVES

11:28AM 25    AND CORPORATE CLAIMANTS THAT THEY BACKFILLED AND CREATED AN

11:28AM 1      AFTER-THE-FACT PROCESS FOR CORPORATIONS THAT WAS NOT INHERENT

11:28AM 2      IN WHAT WAS PRESENTED TO THIS COURT IN PRELIMINARY APPROVAL.

11:29AM 3          SO TO COME BACK TO YOUR QUESTION AFTER ANSWERING IT

11:29AM 4      INITIALLY, COMING BACK TO YOUR QUESTION, YOUR HONOR, WE BELIEVE

11:29AM 5      THAT THE SOLUTION HERE IS TO PROVIDE A FURTHER PERIOD FOR

11:29AM 6      CORPORATE CLAIMANTS AFTER ADEQUATE NOTICE AND AN ADEQUATE

11:29AM 7      CLAIMS PROCESS WAS CREATED FOR THE CORPORATE PURCHASER.

11:29AM 8          WE BELIEVE THAT WOULD ALLOW THE COURT NOT TO SIMPLY THROW

11:29AM 9      OUT THE SETTLEMENT AND SEND IT BACK TO MEDIATION OR TRY TO

11:29AM 10     REINVENT THE WHEEL.

11:29AM 11         WE ARE NOT TRYING TO CREATE A ROLE FOR OURSELVES OUT OF

11:29AM 12     WHOLE CLOTH.  WE ARE TRYING TO CREATE -- TO MAKE A CONTRIBUTION

11:29AM 13     HERE THAT WE THINK WOULD OTHERWISE CREATE A PROBLEM POTENTIALLY

11:29AM 14     ON APPEAL AND MORE IMPORTANTLY A PROBLEM FOR CORPORATE

11:29AM 15     PURCHASERS.

11:29AM 16         THE SETTLEMENT PROVIDES GREAT BENEFITS TO INDIVIDUALS.

11:29AM 17             THE COURT:  I'M SORRY?

11:29AM 18             MR. KAMBER:  THE SETTLEMENT PROVIDES GREAT BENEFITS

11:29AM 19     TO INDIVIDUALS, AND IT IS NOT IN OUR INTEREST TO TRY TO THROW

11:29AM 20     THAT OUT.

11:29AM 21             THE COURT:  WELL, IT WOULD PROVIDE BENEFIT TO ALL

11:29AM 22     WHO HAD THE PHONES AND IF YOUR CLIENT PURCHASED A THOUSAND

11:30AM 23     PHONES, LET'S SAY, AND THOSE PHONES WERE AFFECTED PURSUANT TO

11:30AM 24     THE LAWSUIT, I THINK YOUR POINT IS YOUR CLIENT, THE

11:30AM 25     CORPORATION, SHOULD RECEIVE THE BENEFIT OF THE SETTLEMENT AS

11:30AM  1    OPPOSED TO SOMEONE WHO USED THE PHONE IN THE COURSE AND SCOPE

11:30AM  2    OF THEIR EMPLOYMENT AND IT WAS NOT GIVEN TO THEM, THEY WEREN'T

11:30AM  3    IN POSSESSION OF THE PHONE.

11:30AM  4            MR. KAMBER:  YES, YOUR HONOR.  SIMPLY PUT, YES.

11:30AM  5        AND ONE STEP FURTHER.  THAT THE ENTIRE PROCESS ITSELF,

11:30AM  6    WHEN YOU GO ON TO THE WEBSITE, I MEAN THE FACT THAT --

11:30AM  7            THE COURT:  I UNDERSTAND THAT.

11:30AM  8            MR. KAMBER:  AND THAT'S WHY WE WERE CONTACTED.

11:30AM  9    THAT'S WHY BEST COMPANIES, I BELIEVE, CONTACTED US HERE IS THEY

11:30AM  10   HEARD THROUGH SECONDHAND, THEY RECEIVED THIS INFORMATION, THEY

11:30AM  11   WENT TO THE WEBSITE, AND THEY WERE THINKING, WAIT A SECOND

11:30AM  12   HERE --

11:30AM  13           THE COURT:  SURELY I UNDERSTAND YOUR POSITION,

11:30AM  14   MR. KAMBER.  I UNDERSTAND WHAT YOU'RE SAYING.  LET ME FINISH MY

11:30AM  15   QUESTION.

11:30AM  16           MR. KAMBER:  I APOLOGIZE, YOUR HONOR.

11:30AM  17           THE COURT:  SO I HEAR WHAT YOU'RE SAYING.

11:30AM  18       AND YOU'RE SAYING LET'S GO BACK AND HAVE A RENOTICE FOR

11:30AM  19   CORPORATES.  PART OF THAT PROCESS IS GOING TO PUT SOME TYPE OF

11:30AM  20   BURDEN ON YOU AND YOUR CLIENTS TO CONTACT, REACH OUT TO THOSE

11:31AM  21   FORMER EMPLOYERS WHO MAY HAVE HAD THE PHONES SUCH THAT YOU CAN

11:31AM  22   REMOVE THEM FROM THE CLASS, IF YOU WILL.

11:31AM  23       AND I JUST QUESTION HOW YOU'RE GOING TO DO THAT.  YOU'RE

11:31AM  24   GOING TO REACH OUT AND TELL THEM WE'RE THE BENEFICIARY OF THE

11:31AM  25   APPLE LITIGATION, NOT YOU, AND YOU'RE NOT TO RECEIVE IT.

11:31AM  1    DOESN'T THAT PUT ANOTHER HURDLE FOR YOU TO DISCERN THAT, WHO IT

11:31AM  2    IS?

11:31AM  3              MR. KAMBER:  YES, BUT WITH NOTICE, YOUR HONOR, AT

11:31AM  4    LEAST THEY HAVE THE OPPORTUNITY.

11:31AM  5         AND WE BELIEVE --

11:31AM  6              THE COURT:  NOTICE?  WHAT DOES THAT MEAN?  I'M

11:31AM  7    SORRY, WITH NOTICE WHO HAS THE OPPORTUNITY?

11:31AM  8              MR. KAMBER:  RIGHT NOW CORPORATIONS DON'T EVEN KNOW

11:31AM  9    THAT THAT'S NOT IN PLAY, THAT THEY NEED TO CONTACT THESE FORMER

11:31AM  10   EMPLOYEES.

11:31AM  11             THE COURT:  I'M GIVING YOU A HYPOTHETICAL HERE, OF

11:31AM  12   COURSE.

11:31AM  13        BUT IF THERE WAS, IF THERE WAS RENOTICE TO ALLOW FOR

11:31AM  14   CORPORATIONS TO CAPTURE THOSE, WHAT WOULD THAT LOOK LIKE?

11:31AM  15             MR. KAMBER:  IT WOULD PROVIDE -- IT WOULD ALLOW

11:31AM  16   CORPORATIONS TO KNOW THAT THERE WAS A SETTLEMENT, THAT THE

11:31AM  17   SETTLEMENT OF THE CLAIMS PROCESS FLOWS TO THE CURRENT OWNERS OF

11:32AM  18   THE PHONE.  THAT IF THEY HAVE FORMER EMPLOYEES -- THAT FIRST OF

11:32AM  19   ALL, AS A CORPORATION THEY SHOULD SUBMIT CLAIMS ON THE

11:32AM  20   CORPORATE WEBSITE SO THAT THEY HAVE A GOOD CHANCE, A BETTER

11:32AM  21   CHANCE OF HAVING THEM APPROVED AND ALSO THE ADVANTAGE OF HAVING

11:32AM  22   THE ELECTRONIC NOTICE AND THE ELECTRONIC CLAIMS FORM.

11:32AM  23        SECONDLY, THAT IF THEY HAVE FORMER EMPLOYEES, THAT THEY

11:32AM  24   SHOULD MAKE CONTACT WITH THOSE FORMER EMPLOYEES IF THEY STILL

11:32AM  25   HAVE THE PHONES AND THE CORPORATION WOULD LIKE TO MAKE A CLAIM.

11:32AM  1        WE BELIEVE, THOUGH, THAT IF THE CORPORATION, WHEN

11:32AM  2   SOMEBODY -- WHEN AN EMPLOYEE LEFT, THERE'S USUALLY SOME

11:32AM  3   DETERMINATION MADE ABOUT WHETHER THAT PHONE IS GIVEN TO THE

11:32AM  4   EMPLOYEE ON DEPARTURE OR RETURNED, AND IF THE PHONE IS GIVEN TO

11:32AM  5   THE EMPLOYEE, THAT IS NOT THE FOCUS OF OUR OBJECTION,

11:32AM  6   YOUR HONOR.  THAT WOULD BE -- THAT TAKES IT OUT OF BEING THE

11:32AM  7   POSSESSION OF THE OWNERSHIP OF THE CORPORATE OWNER.

11:32AM  8        THE COURT:  TELL ME WHAT THE INVESTIGATION THAT YOUR

11:32AM  9   CLIENTS HAVE CONDUCTED ABOUT THIS IMPORTANT ISSUE REGARDING

11:32AM 10   CURRENT AND FORMER EMPLOYEES, TELL ME THE NUMBERS THAT YOU HAVE

11:33AM 11   REACHED DURING YOUR INVESTIGATION.

11:33AM 12        MR. KAMBER:  WELL, OUR BEST COMPANY -- BEST

11:33AM 13   COMPANIES, YOUR HONOR, IS A SMALL COMPANY.  IT HAS LESS THAN --

11:33AM 14   IT HAS PURCHASED LESS THAN 30 PHONES OVER THE CLASS.

11:33AM 15        THE COURT:  SAY THAT AGAIN.

11:33AM 16        MR. KAMBER:  IT HAS PURCHASED LESS THAN 30 PHONES,

11:33AM 17   OKAY?  THAT'S JUST WHY DEFERRING TO MR. NASSIRI WITH RESPECT TO

11:33AM 18   THE ATTESTATION.

11:33AM 19        THE COURT:  MY QUESTION, MR. KAMBER, IS TO YOU.

11:33AM 20        MR. KAMBER:  YES.

11:33AM 21        THE COURT:  WHAT IS YOUR -- I BEG YOUR PARDON, SIR.

11:33AM 22   OUR COURT REPORTER IS GOING TO INTERRUPT US AND TELL US ONLY

11:33AM 23   ONE CAN SPEAK AT A TIME.

11:33AM 24        MR. KAMBER:  I APOLOGIZE.

11:33AM 25        THE COURT:  RIGHT NOW I'M SPEAKING.  SO THANK YOU

11:33AM 1     VERY MUCH.

11:33AM 2         TELL US WHAT YOUR INTERNAL INVESTIGATION HAS SHOWED IN

11:33AM 3     REGARDS TO THE 30 PHONES THAT YOU HAVE.  HOW MANY ARE STILL

11:33AM 4     WITH THE COMPANY AND HOW MANY ARE WITH THE CLIENTS?

11:33AM 5             MR. KAMBER:  MOST OF THE PHONES ARE STILL WITH THE

11:33AM 6     COMPANY.  THERE WERE SEVERAL PHONES, I BELIEVE LESS THAN

11:33AM 7     FIVE PHONES, THAT ARE WITH FORMER EMPLOYEES OR THAT WERE NOT

11:33AM 8     RETIRED PHONES.

11:33AM 9         AND THE COMPANY'S PERSPECTIVE WAS THAT THE PHONES WITH

11:34AM 10    FORMER EMPLOYEES ARE NO LONGER THEIR CONCERN BECAUSE THEY

11:34AM 11    ALLOWED THE EMPLOYEES TO KEEP THOSE PHONES, AND THAT IS WHY MY

11:34AM 12    FOCUS HERE, YOUR HONOR, IS ON PHONES THAT ARE EITHER RETIRED

11:34AM 13    AND SITTING IN STORAGE IN A BACK ROOM AT OUR CLIENT OR ANOTHER

11:34AM 14    CORPORATION OR PHONES THAT ARE BEING ACTIVELY USED BY A

11:34AM 15    CORPORATION.

11:34AM 16            THE COURT:  OKAY.  ALL RIGHT.  THANK YOU.  YOU'VE

11:34AM 17    IDENTIFIED FOR YOUR CLIENT THE UNIVERSE OF PHONES.  I THINK YOU

11:34AM 18    SAID IT'S APPROXIMATELY 30.

11:34AM 19            MR. KAMBER:  THAT'S CORRECT.  WE ARE NOT A LARGE

11:34AM 20    CORPORATION.  WE HAVE THE UNIQUE DICHOTOMY OF THAT.

11:34AM 21        AND THE ONLY THOUGHT -- I THINK THAT IS JUST ABOUT THE

11:34AM 22    LAST POINT THAT I HAD, YOUR HONOR.  RENOTICING IS NOT A PERFECT

11:34AM 23    PERFECT SOLUTION, WE BELIEVE, BUT IT IS A SOLUTION THAT ALLOWS

11:34AM 24    THE SETTLEMENT TO MOVE FORWARD AND PUTS THE CORPORATE PURCHASER

11:34AM 25    ON EQUAL FOOTING WITH THE INDIVIDUALS.

11:34AM 1      IN THE CONTEXT THAT WE HAVE, THE CONCERN THAT WE HAD

11:34AM 2  MOSTLY, YOUR HONOR, WAS THAT THERE WAS A CONCERN THAT SOMEHOW

11:34AM 3  IF THEY MADE EXCEPTIONS TO THE ATTESTATION THAT THEY WOULD BE

11:35AM 4  PREJUDICING THE INDIVIDUALS OR IF THEY CREATED SOMETHING

11:35AM 5  SEPARATE FOR THE CORPORATIONS OR SOMETHING SEPARATE, THEY WOULD

11:35AM 6  POSSIBLY BE PREJUDICING THE CORPORATIONS.  AND THAT'S WHY WE

11:35AM 7  JUST BELIEVE THAT THE CORPORATIONS DESERVE A CLAIMS PROCESS

11:35AM 8  THAT IS UNIQUE TO THE CORPORATIONS.

11:35AM 9          THE COURT:  ALL RIGHT.  THANK YOU.

11:35AM 10          MR. KAMBER:  THANK YOU, YOUR HONOR.

11:35AM 11          THE COURT:  YOU MENTIONED MR. NASSIRI'S NAME AND HE

11:35AM 12  WAS GOING TO ADD TO THE CONVERSATION.

11:35AM 13          MR. NASSIRI:  GOOD MORNING, YOUR HONOR.

11:35AM 14      KASSRA NASSIRI.  IT'S NICE TO SEE YOU.  I'M APPEARING ON

11:35AM 15  BEHALF OF HOWARD YELLEN.

11:35AM 16      AND LIKE MR. KAMBER, THIS IS AN UNUSUAL POSITION FOR ME TO

11:35AM 17  BE IN, AND I DO UNDERSTAND THAT CLASS ACTION SETTLEMENT IN A

11:35AM 18  CASE LIKE THIS CAN BE TRICKY.

11:35AM 19      BUT FOLLOWING UP ON I BELIEVE WHAT MS. WESTFALL WAS

11:35AM 20  DISCUSSING WITH THE COURT, YOUR HONOR, THERE IS A MISALIGNMENT

11:36AM 21  BETWEEN THE CLASS DEFINITION AND THE PEOPLE WHO CAN ACTUALLY

11:36AM 22  HOPE TO RECEIVE ANY COMPENSATION IN EXCHANGE FOR GIVING THE

11:36AM 23  RELEASES.

11:36AM 24      AND I WOULD JUST LIKE TO POINT OUT A FEW THINGS.

11:36AM 25      SO APPLE HAS CONTENDED, YOUR HONOR, THAT NOT EVERY PHONE

11:36AM 1    WAS AFFECTED BY THE IOS UPDATES.

11:36AM 2         PUT ASIDE FOR THE MOMENT THAT THAT HAS NOT BEEN FOUND BY

11:36AM 3    THE COURT, CERTAINLY NOT BY A JURY.  THAT IS AT PRESENT A

11:36AM 4    CONTENTION.

11:36AM 5         BUT TO THE EXTENT THAT THAT IS TRUE, THAT MEANS BY

11:36AM 6    DEFINITION -- AND IN ORDER TO COLLECT MONEY YOU NEED TO HAVE

11:36AM 7    HAD A PHONE THAT WAS AFFECTED.

11:36AM 8         ASSUMING APPLE'S CONTENTION IS TRUE, THAT MEANS BY

11:36AM 9    DEFINITION THERE ARE SOME CLASS MEMBERS WHO HAD PHONES THAT

11:36AM 10   WERE NOT AFFECTED WHO WILL BE RELEASING APPLE BUT WHO CANNOT

11:36AM 11   UNDER ANY CIRCUMSTANCE COLLECT MONEY IN THE SETTLEMENT.

11:36AM 12        OKAY.  NOW, AGAIN, CLASS ACTIONS ARE TRICKY.  YOU CAN'T

11:37AM 13   HAVE PERFECTION.  AND I AM NOT ASKING FOR PERFECTION, YOUR

11:37AM 14   HONOR, AND I KNOW THE COURT IS NOT.

11:37AM 15        HOWEVER, JUST ONE INTERESTING THING HERE IS THAT WE DON'T

11:37AM 16   KNOW WHAT THAT PERCENTAGE IS.  THERE'S NOTHING IN THE RECORD

11:37AM 17   THAT TELLS US IS THIS, IS THIS 1 PERCENT OF THE PHONES THAT

11:37AM 18   WERE NOT AFFECTED BY THE UPDATES OR IS IT 70 PERCENT OF THE

11:37AM 19   PHONES?

11:37AM 20        IN BOTH CASES YOU HAVE A PROBLEM WITH THE SETTLEMENT.

11:37AM 21        LET'S SAY THAT THE NUMBER OF PHONES THAT WERE NOT SLOWED

11:37AM 22   DOWN BY THE UPDATE WERE 50 PERCENT OR MORE.

11:37AM 23        IN THAT CASE YOU HAVE 50 PERCENT OR MORE OF THE 90 MILLION

11:37AM 24   PEOPLE WHO ARE DEFINED TO BE PART OF THIS CLASS WHO BY

11:37AM 25   DEFINITION WILL NEVER BE ABLE TO COLLECT A PENNY IN EXCHANGE

11:37AM 1      FOR GIVING RELEASES.

11:37AM 2           THAT NUMBER IS TOO BIG.  YOU CANNOT APPROVE A CLASS

11:37AM 3      ACTION.  YOU NEED TO FIND A SOLUTION WHERE YOU'RE NOT -- WHERE

11:37AM 4      50 PERCENT OR MORE OF THE CLASS ARE NOT GIVING RELEASES WHEN

11:38AM 5      THEY'RE INELIGIBLE TO RECEIVE ANY COMPENSATION.  SO THAT'S A

11:38AM 6      PROBLEM.

11:38AM 7           IN FACT, YOUR HONOR, IT REALLY DOES MIRROR ANOTHER CASE

11:38AM 8      THAT I WAS TANGENTIALLY INVOLVED WITH JUDGE TIGAR IN THE

11:38AM 9      NORTHERN DISTRICT IN THE CRT ANTITRUST CLASS ACTION SETTLEMENT.

11:38AM 10     ANOTHER BIG SETTLEMENT AND AN ANOTHER BIG SETTLEMENT, ANOTHER

11:38AM 11     TRICKY, COMPLICATED SETTLEMENT.

11:38AM 12          IN THAT CASE, YOUR HONOR, THE CLASS WAS DEFINED BY THE

11:38AM 13     NUMBER OF STATES WHOSE CLAIMS WERE, IN ALL LIKELIHOOD, BARRED

11:38AM 14     BY THE STATUTE OF LIMITATIONS.  SO THEY WERE NOT ABLE TO

11:38AM 15     RECEIVE COMPENSATION IN THAT CASE.  HOWEVER, THEY WERE

11:38AM 16     RELEASING CLAIMS.

11:38AM 17          JUDGE TIGAR INITIALLY APPROVED THAT SETTLEMENT.  IT WENT

11:38AM 18     UP TO THE NINTH CIRCUIT.  THE NINTH CIRCUIT EXPRESSED REAL

11:38AM 19     SKEPTICISM AND ASKED JUDGE TIGAR TO LOOK AGAIN.

11:38AM 20          WHEN HE LOOKED AGAIN, I THINK HE WAS A LITTLE BIT UPSET

11:38AM 21     ABOUT HOW THE CASE -- THE SETTLEMENT HAD BEEN PRESENTED TO HIM.

11:38AM 22     HE CARVED OUT THOSE 22 STATES THAT COULD NOT RECEIVE CLAIMS

11:38AM 23     FROM THE SETTLEMENT, ACTUALLY THE PARTIES AGREED TO IT, AND

11:38AM 24     THEY WERE -- THEY BECAME A SUBCLASS AND HAD THEIR OWN

11:39AM 25     REPRESENTATION.  AND THIS DOVETAILS NICELY WITH MR. KAMBER'S

11:39AM 1    ARGUMENT FOR SEPARATE REPRESENTATION.

11:39AM 2         OKAY.  SO I DO THINK IT'S A PROBLEM IF A LARGE NUMBER OF

11:39AM 3    CLASS MEMBERS ARE INELIGIBLE OUT OF THE GATE TO RECEIVE ANY

11:39AM 4    MONEY.  AND HERE WE DON'T KNOW.

11:39AM 5         OKAY.  SO IT MIGHT BE TOO BIG.

11:39AM 6         LET'S TAKE THE OTHER SCENARIO, YOUR HONOR.  LET'S SAY 1 OR

11:39AM 7    2 PERCENT OF THE PHONES WERE NOT IMPACTED BY THE IOS UPDATE.

11:39AM 8    MOST WERE.  A FEW WEREN'T.

11:39AM 9         IN THAT CASE THE ATTESTATION REQUIREMENT RESULTS IN

11:39AM 10   THROWING THE BABY OUT WITH THE BATH WATER BECAUSE THE

11:39AM 11   ATTESTATION REQUIREMENT IS A HURDLE AND IT IS -- IT

11:39AM 12   FUNCTIONALLY PREVENTS MANY FROM FILING CLAIMS.

11:39AM 13        HOW DO WE KNOW THIS?  PARAGRAPH 27 OF ANGEION'S

11:39AM 14   DECLARATION, I BELIEVE IT IS ECF 551, YOUR HONOR.  PARAGRAPH 27

11:40AM 15   SAYS THAT OUT OF THE 900,000-PLUS CORPORATE CLAIMS SUBMITTED,

11:40AM 16   6, 6 CONTAINED UNIQUE ATTESTATION REGARDING DIMINISHED

11:40AM 17   PERFORMANCE FOR EACH DEVICE.  SIX.

11:40AM 18        THAT MIGHT AS WELL BE ZERO, YOUR HONOR.

11:40AM 19        SO OUT OF THE ALMOST 1 MILLION CORPORATE CLAIMS THAT WERE

11:40AM 20   FILED, NONE OF THEM WERE ABLE TO MEET THE ATTESTATION

11:40AM 21   REQUIREMENT AS STATED.  THAT SHOULD GIVE THIS COURT REAL

11:40AM 22   CONCERN, PARTICULARLY SINCE ALL OF THE PARTIES HAVE SAID, WHICH

11:40AM 23   IS NOT UNUSUAL, THAT WHICH CLAIMS ARE APPROVED AND WHICH ONES

11:40AM 24   ARE ULTIMATELY REJECTED WILL HAPPEN AFTER THIS COURT HAS RULED

11:40AM 25   ON WHETHER OR NOT TO APPROVE THIS SETTLEMENT, AND IT'S POSSIBLE

11:40AM 1    HERE -- THERE ARE TWO THINGS THAT ARE POSSIBLE, YOUR HONOR.

11:40AM 2    YOU HAVE MERELY A MILLION CORPORATE CLAIMS THAT DID NOT MEET

11:40AM 3    THE ATTESTATION REQUIREMENT.

11:40AM 4        EITHER THOSE CLAIMS WILL BE REJECTED, WHICH WOULD BE A BIG

11:41AM 5    PROBLEM, OR THEY'RE GOING TO BE ACCEPTED BECAUSE THE PARTIES,

11:41AM 6    IN ORDER TO KIND OF SMOOTH THINGS OVER A BIT WILL INSTRUCT THE

11:41AM 7    CLAIMS ADMINISTRATOR TO RELAX THE REQUIREMENT.  LET'S GIVE THEM

11:41AM 8    THEIR CLAIMS EVEN THOUGH THEY DIDN'T HAVE EVERY EMPLOYEE,

11:41AM 9    CURRENT AND FORMER, ATTEST TO HAVING A SLOWED DOWN IPHONE.

11:41AM 10   IF THEY DO THAT, YOUR HONOR, IT'S ALSO A PROBLEM BECAUSE

11:41AM 11   MANY CORPORATIONS, INCLUDING CORPORATIONS WHO ARE CLIENTS OF MY

11:41AM 12   CLIENT, BELIEVE THAT THE RULES WERE THE RULES.

11:41AM 13       WHEN THEY SAW THE NOTICE, WHEN THEY SAW THE CLAIM FORM,

11:41AM 14   WHEN THEY WENT ONTO THE SETTLEMENT WEBSITE AND THEY SAW THAT

11:41AM 15   YOU NEEDED TO MAKE AN ATTESTATION FOR EACH OF THE MAYBE TENS OF

11:41AM 16   THOUSANDS OF PHONES THAT YOU HAD GIVEN TO YOUR EMPLOYEES.  AND

11:41AM 17   THEY DECIDED WE CAN'T DO THAT, THEY DIDN'T FILE A CLAIM.

11:41AM 18       AND IF AFTER THE FACT AND AFTER THE CLAIMS PROCESS HAS

11:41AM 19   LONG SINCE CLOSED THE PARTIES AGREED TO SMOOTH THINGS OVER TO

11:41AM 20   ALLOW THOSE 900,000 WHO DID FILE A CLAIM TO GET PAID

11:42AM 21   NOTWITHSTANDING THEY DIDN'T MEET THE ATTESTATION REQUIREMENT,

11:42AM 22   THAT WOULDN'T BE FAIR TO THE MANY WHO BELIEVED THAT THAT WAS A

11:42AM 23   REAL REQUIREMENT AND DIDN'T SUBMIT CLAIMS BECAUSE IT WAS TOO

11:42AM 24   DAUNTING.

11:42AM 25       SO I THINK THAT --

11:42AM  1      THE COURT:  MR. NASSIRI, IS THE REMEDY A REMEDY FOR

11:42AM  2  THAT TO ALLOW CORPORATE CLIENTS TO -- AND I RECOGNIZE THE

11:42AM  3  PROBLEM.  YOU KNOW, 30 PEOPLE, IT IS PROBABLY EASIER FOR

11:42AM  4  MR. KAMBER'S CLIENT TO GO TO 30 INDIVIDUALS AND ASK THEM

11:42AM  5  PERSONALLY DID YOU HAVE A PROBLEM AT SOME POINT IN TIME?

11:42AM  6      AGAIN, TO MY HYPOTHETICAL EARLIER, YOU DON'T NEED TO

11:42AM  7  IDENTIFY THE EXACT TIME, BUT YOU PROBABLY REMEMBER WHETHER OR

11:42AM  8  NOT YOU HAD A PROBLEM AND DID IT FALL WITHIN THIS WINDOW?

11:42AM  9      EASIER TO DO WITH HIS CLIENTS.

11:42AM  10      WHEN YOU HAVE A LARGER CORPORATION LIKE SOME OF THESE

11:42AM  11  WE'VE SEEN HERE, THEY MIGHT HAVE A SIGNIFICANT NUMBER OF

11:43AM  12  EMPLOYEES AND TO TRY TO GO OUT AND CAPTURE EACH EMPLOYEE FOR AN

11:43AM  13  ATTESTATION IS SOME SIGNIFICANCE.

11:43AM  14      SO COULD A POSSIBLE SOLUTION BE THAT THE COMPANY, IF

11:43AM  15  ALLOWED TO GO BACK, COULD FILE AN ATTESTATION THAT SUGGESTED

11:43AM  16  THAT IT WAS PART OF THE POLICY OF THE EMPLOYER WHEN A PHONE, AN

11:43AM  17  APPLE PHONE THAT IS SUBJECT TO THIS LITIGATION WAS PROVIDED TO

11:43AM  18  AN INDIVIDUAL, IT WAS COMPANY POLICY THAT THAT INDIVIDUAL WAS

11:43AM  19  REQUIRED TO, NUMBER ONE, KEEP IT UPDATED WITH THE MOST CURRENT

11:43AM  20  IOS, AND ALSO TO INDICATE GENERALLY THAT THAT HAPPENED SUCH

11:43AM  21  THAT WE CAN REACH THAT REQUIREMENT FOR THIS SETTLEMENT AS IT IS

11:43AM  22  NOW, AND THEN IF THE COMPANY, THOSE LARGER COMPANIES ARE ABLE

11:43AM  23  TO SOMEHOW INDICATE -- AND I DON'T KNOW WHAT THE METRICS THEY

11:44AM  24  WOULD USE OR THE PROTOCOLS THAT THEY WOULD USE -- BUT TO

11:44AM  25  INDICATE THAT THEY DID HAVE WHATEVER THE PERCENTAGE IS,

11:44AM 1    WHATEVER THE DIRECT NUMBERS ARE, THEY DID HAVE PROBLEMS THAT A

11:44AM 2    CERTAIN PERCENTAGE, A CERTAIN NUMBER OF THEIR EMPLOYEES DID

11:44AM 3    HAVE THESE, I'LL CALL IT SLOWDOWN, THESE DIMINISHED CAPACITY

11:44AM 4    TYPE ISSUES WITH THE PHONE.

11:44AM 5         NOW, I DON'T KNOW IF THEY NEED TO GO TO THEIR I.T.

11:44AM 6    COMPANIES.  AND HOW DO YOU LOOK AT THAT?  YOU LOOK AND SEE WERE

11:44AM 7    THERE PHONE CALLS THAT SAID MY PHONE IS BROKEN, WHAT DO I DO?

11:44AM 8         I DON'T KNOW WHERE THAT INFORMATION IS, BUT IT MAY BE

11:44AM 9    AVAILABLE.

11:44AM 10        AND TO YOUR POINT, IT MIGHT BE THE ADMINISTRATOR CAN LOOK

11:44AM 11   AT THAT AFTER CONSULTING WITH THESE GOOD LAWYERS AND SAY, WELL,

11:44AM 12   YOU KNOW WHAT, YOU'RE RIGHT, LET'S RELAX A LITTLE BIT BECAUSE

11:44AM 13   WE DON'T HAVE THAT.  THAT'S A POTENTIAL SOLUTION.

11:44AM 14        LET ME JUST TELL YOU WHAT I'M HEARING OUT OF THE LEFT SIDE

11:44AM 15   OF MY EAR HERE IS THAT MR. NASSIRI AND MR. KAMBER ADVOCATING

11:45AM 16   FOR A SEPARATE CLASS.

11:45AM 17             MR. NASSIRI:  SO FIRST TO ANSWER YOUR QUESTION,

11:45AM 18   YOUR HONOR, I THINK YOU COULD -- THE PARTIES, IF THEY WERE

11:45AM 19   FOCUSSED ON THE ISSUE, I THINK THERE ARE ENOUGH BRAINS IN THE

11:45AM 20   ROOM THAT THEY COULD FIGURE OUT A BETTER PROCESS.

11:45AM 21        MY UNDERSTANDING IS THAT WITH RESPECT TO THE UPDATES THAT

11:45AM 22   IS ALL EASILY AVAILABLE.  APPLE HAS THAT INFORMATION.

11:45AM 23        WITH RESPECT TO THE SLOWDOWN, IT MIGHT BE A SOLUTION THAT

11:45AM 24   THERE'S SOME PROXY, AS YOU SUGGESTED, YOUR HONOR, SOME NUMBER

11:45AM 25   OF EMPLOYEES INDICATED THAT THEY HAD A PROBLEM, AND MAYBE

11:45AM 1     THAT'S GOOD ENOUGH FOR ALL OF THEM.  I DON'T KNOW.

11:45AM 2          I BELIEVE THAT IS A MATTER FOR CONTINUED DISCUSSION

11:45AM 3     BETWEEN THE PARTIES SHOULD THE COURT ORDER THE PARTIES OR

11:45AM 4     SUGGEST TO THE PARTIES THAT THEY SHOULD MAYBE TAKE ANOTHER LOOK

11:45AM 5     AT THAT ASPECT OF THE PROCESS.

11:45AM 6          THE COURT:  WELL, MR. NASSIRI, YOU'RE PRESCIENT

11:46AM 7     BECAUSE I'M CERTAIN THAT I TALKED ABOUT THE GREAT EXPERIENCE OF

11:46AM 8     COUNSEL I'VE BEEN BLESSED WITH HERE.  AND MY PREAMBLE SUGGESTED

11:46AM 9     SOMETHING ABOUT THAT, DIDN'T IT?

11:46AM 10         I SUGGESTED THAT I HAD SOME SERIOUS ISSUES WITH SOME OF

11:46AM 11    THESE ISSUES, AND IT MAY BE THAT THAT'S WHAT ULTIMATELY OCCURS

11:46AM 12    IS THAT THE COURT WILL INVITE THE GREAT MINDS THAT ARE ON THESE

11:46AM 13    COLLECTIVE TEAMS TO LOOK AT THESE ISSUES AND SEE IF THERE'S

11:46AM 14    SOME SOLUTION THAT CAN BE CREATED.

11:46AM 15         SO I APPRECIATE YOUR RECOGNITION OF THAT.

11:46AM 16         MR. NASSIRI:  MAY I MAKE ONE MORE POINT, YOUR HONOR,

11:46AM 17    JUST BECAUSE I DON'T ANTICIPATE BEING ABLE TO SPEAK AGAIN?

11:46AM 18         MY LAST POINT IS THAT APPLE IN ITS SUPPORT, SUPPORT AND

11:46AM 19    REPLY BRIEF MADE THE STATEMENT TO THE EFFECT OF IF A

11:46AM 20    CORPORATION CANNOT MAKE AN ATTESTATION TO HAVING ITS PHONES

11:46AM 21    HAVING BEEN SLOWED DOWN, IT DOESN'T HAVE A CLAIM ANYWAY.  IT'S

11:47AM 22    THE KIND OF NO HARM, NO FOUL.

11:47AM 23         THAT, YOU KNOW, THAT IS VERY PROBLEMATIC FOR A NUMBER OF

11:47AM 24    REASONS.  AND CRT IS A GREAT EXAMPLE, JUDGE TIGAR'S EXAMPLE

11:47AM 25    WITH CRT.  YOU KNOW, IF THEY DON'T HAVE CLAIMS -- APPLE WANTS

11:47AM 1    THESE RELEASES SO THEY'RE WORTH SOMETHING, OKAY, THAT'S ONE WAY

11:47AM 2    TO LOOK AT IT.

11:47AM 3        BUT I JUST ALSO WANTED TO POINT OUT THAT APPLE CITES TO

11:47AM 4    THE NINTH CIRCUIT CASE INTELLIGENDER, AND I BELIEVE APPLE

11:47AM 5    MISSTATES THE HOLDING OF THE CASE, CITES TO DICTA.  THE

11:47AM 6    NINTH CIRCUIT DID NOT AFFIRM A SETTLEMENT IN WHICH SOME

11:47AM 7    PERCENTAGE OF THE CLASS WAS INELIGIBLE OUT OF THE GATE FOR

11:47AM 8    COMPENSATION.

11:47AM 9        SO I JUST WANTED TO MAKE THAT POINT, YOUR HONOR.  THERE IS

11:47AM 10   NO PRECEDENT PARTICULARLY IF THE NUMBER IS BIG THAT WOULD

11:47AM 11   SUPPORT APPROVING A SETTLEMENT WHERE SOME SUBSTANTIAL NUMBER OF

11:47AM 12   CLASS MEMBERS GET NOTHING AND OTHERS ARE ELIGIBLE FOR

11:47AM 13   SOMETHING.

11:47AM 14       THE COURT:  SURE.  I APPRECIATE THAT.  THANK YOU FOR

11:47AM 15   YOUR ASSISTANCE.

11:47AM 16       WELL, LET ME ASK YOU, MR. NASSIRI AND MR. KAMBER, ARE YOU

11:48AM 17   ADVOCATING FOR INCLUSION OR EXCLUSION OF YOUR CLIENTS TO THIS

11:48AM 18   SETTLEMENT?

11:48AM 19       MR. NASSIRI:  SO I'LL START, YOUR HONOR, AND WE MAY

11:48AM 20   HAVE SLIGHTLY DIFFERENT ANSWERS.

11:48AM 21       AGAIN, I HAVE NO INTEREST INSERTING MYSELF HERE INTO THIS

11:48AM 22   CASE, AND, IN FACT, I'M ONLY APPEARING HERE AT THE LAST MINUTE

11:48AM 23   ON BEHALF OF MY CLIENT.

11:48AM 24       I THINK A GOOD SOLUTION MIGHT BE THAT -- AND THE PARTIES

11:48AM 25   WOULD HAVE TO AGREE TO THIS OBVIOUSLY, THAT THE ATTESTATION

11:48AM 1    REQUIREMENT IS RELAXED OR EVEN THROWN OUT WHICH WOULD BE GOOD,

11:48AM 2    YOU KNOW, ACCEPTABLE IF THE NUMBER OF PHONES THAT WERE NOT

11:48AM 3    SLOWED DOWN IS SMALL.

11:48AM 4        SO THROW THOSE -- THROW THAT ATTESTATION REQUIREMENT OUT

11:48AM 5    FOR EVERYONE, REOPEN THE CLAIMS BY THE FILING PERIOD, AND BE

11:48AM 6    DONE WITH THIS.

11:48AM 7        THE ALTERNATIVE, I THINK, YOUR HONOR, IF THERE ARE TOO

11:48AM 8    MANY PHONES THAT WERE SLOWED DOWN OR THE PARTIES ARE NOT

11:48AM 9    WILLING TO DO THAT, I DON'T SEE ANY WAY TO GET OUT OF THIS

11:48AM 10   OTHER THAN TO KIND OF GO BACK TO THE SETTLEMENT AGREEMENT AND

11:49AM 11   EXCLUDE NOT JUST THE CORPORATE CLAIMANTS BUT ANYONE WHO -- YOU

11:49AM 12   HAVE TO THINK ABOUT HOW TO DO THIS -- BUT WHOSE PHONE WAS NOT

11:49AM 13   IMPACTED.

11:49AM 14       SO IF THE PHONE WAS NOT IMPACTED AND APPLES SAYS THEY

11:49AM 15   DON'T HAVE A CLAIM, APPLE SHOULD NOT BE SEEKING A RELEASE FROM

11:49AM 16   THOSE PEOPLE IF THEY'RE NOT GOING TO GET PAID.

11:49AM 17       SO CARVE THEM OUT, ALLOW THAT SUBCLASS, WHICH WOULD

11:49AM 18   PROBABLY BE LARGELY CORPORATE ENTITIES, ALLOW THAT SUBCLASS TO

11:49AM 19   DECIDE WHETHER OR NOT IT WANTS TO FILE A SUIT TO CHALLENGE

11:49AM 20   APPLE'S FACTUAL CONTENTION THAT NOT ALL PHONES WERE SLOWED DOWN

11:49AM 21   TO AT LEAST GIVE THEM DUE PROCESS AND SAY, LOOK, YOU'RE NOT

11:49AM 22   GIVING A RELEASE IN EXCHANGE FOR NOTHING.

11:49AM 23       SO I BELIEVE THOSE ARE THE TWO ALTERNATIVES, YOUR HONOR.

11:49AM 24           THE COURT:  OKAY.  THANK YOU, MR. NASSIRI.

11:49AM 25       THE OTHER ONE IT SEEMS TO SAY THAT YOU'RE ASKING APPLE TO

11:49AM 1    SOMEHOW MAKE AN ADMISSION THAT ALL OF THE PHONES WERE AFFECTED.

11:49AM 2        I DON'T THINK MR. CHORBA IS EVER GOING TO AGREE TO THAT,

11:49AM 3    AND I DON'T THINK HIS CLIENT WOULD EVER AGREE THAT ALL OF THEIR

11:49AM 4    PHONES WAS AFFECTED.  I DON'T KNOW WHAT THE NUMBER IS.  I DON'T

11:50AM 5    KNOW WHAT THAT DELTA IS, BUT, YOU KNOW, THAT'S A FACTUAL

11:50AM 6    QUESTION.

11:50AM 7        MR. NASSIRI:  WELL, YOUR HONOR, THAT IS AN IMPORTANT

11:50AM 8    FACTUAL OMISSION OR HOLE IN THE RECORD BECAUSE I AGREE APPLE IS

11:50AM 9    NEVER GOING TO SAY NONE OF THE PHONES WERE IMPACTED, BUT THEY

11:50AM 10   MIGHT SAY IT WAS LESS THAN 5 PERCENT.  WE DON'T KNOW.  IN WHICH

11:50AM 11   CASE THIS LOOKS A LOT DIFFERENT.  OR THEY MIGHT SAY IT WAS MORE

11:50AM 12   THAN 50 PERCENT.

11:50AM 13       SO AT THE VERY LEAST IT WOULD BE NICE TO KNOW.

11:50AM 14       THE COURT:  WHAT THEY'RE SAYING NOW IS, WHAT THEY'RE

11:50AM 15   SAYING NOW BY VIRTUE OF THE LAWSUIT AND THE NOTICE IS THAT IF

11:50AM 16   YOU HAD A PHONE THAT WAS IMPACTED, YOU CAN RECOVER.

11:50AM 17       THE CONVERSATION WITH YOU AND MR. KAMBER IS, WELL, THAT'S

11:50AM 18   FINE, JUDGE, BUT WHAT ABOUT THE CORPORATE CLIENTS BECAUSE WE'RE

11:50AM 19   AN NNP, YOU KNOW, AND WE HAVE DIFFERENT INTERESTS.

11:50AM 20       OKAY.  THANK YOU.

11:50AM 21       MR. KAMBER.

11:50AM 22       MR. KAMBER:  THANK YOU, YOUR HONOR.  THANK YOU FOR

11:50AM 23   GIVING ME AN OPPORTUNITY TO RESPOND TO YOUR QUESTION.

11:50AM 24       TO ANSWER YOUR QUESTION, YES, WE WOULD ADVOCATE FOR

11:51AM 25   EXCLUSION.  BUT WE THINK THAT THERE ARE -- YOU KNOW, IDEALLY

11:51AM  1    WHEN I WAS RESPONDING TO YOUR QUESTION BEFORE, NOTICE WOULD

11:51AM  2    HAVE BEEN RENOTICING IS AN IMPERFECT SOLUTION.

11:51AM  3         CERTAINLY A BETTER SOLUTION IS FOR THE PARTIES TO SIT

11:51AM  4    DOWN, YOU KNOW, AND TO INCLUDE CORPORATE REPRESENTATION HERE TO

11:51AM  5    SEE IF THERE IS A SOLUTION AND REPORT BACK TO THE COURT,

11:51AM  6    WHETHER THAT'S THROUGH SOME TYPE OF SUBCLASS THAT CAN BE SOLVED

11:51AM  7    THROUGH NOTICE OR OTHERWISE.

11:51AM  8         I THINK THE PRIORITIES FOR MY CLIENT HERE, AND I BELIEVE

11:51AM  9    FOR THE NNP'S GENERALLY, IS TO NOT TRY TO SLOW DOWN OR STOP THE

11:51AM 10    INDIVIDUALS FROM BEING PAID.

11:51AM 11         THERE IS STILL A LOT OF HEADROOM IN THIS SETTLEMENT

11:51AM 12    BETWEEN THE MINIMUM THAT WAS PROMISED AND THE MAXIMUM THAT

11:51AM 13    COULD BE PAID.  WE HAVEN'T SEEN THE CORPORATE NUMBERS AS TO HOW

11:51AM 14    MUCH CORPORATE PHONES WERE PURCHASED, ET CETERA.  MY GUT TELLS

11:51AM 15    ME THAT THERE IS PROBABLY SUFFICIENT HEADROOM IN THE SETTLEMENT

11:51AM 16    AS IT WAS NEGOTIATED TO CREATE A SUBCLASS, EXCLUDE THAT

11:52AM 17    SUBCLASS, GIVE THE CORPORATE SUBCLASS ITS OWN NOTICE AND ITS

11:52AM 18    OWN CLAIMS PROCESS WHICH WOULD THEN ALLOW EVERYONE TO GO

11:52AM 19    FORWARD AND NOT FRUSTRATE THE EXPECTATIONS OF THOSE WHO IN GOOD

11:52AM 20    FAITH INDIVIDUALS PUT FORTH CLAIMS AND GONE THROUGH WHAT IS A

11:52AM 21    VERY GOOD SETTLEMENT FOR THOSE CLAIMANTS, BUT STILL MOVE

11:52AM 22    FORWARD IN A WAY THAT WOULD BE FAIR TO THE NNP'S.

11:52AM 23         AND AS MR. NASSIRI SAID, MAKE SURE THAT IT IS A RELEASE

11:52AM 24    THAT IS EFFECTIVE BECAUSE OF THE RISK COMPENSATION GIVEN ALL

11:52AM 25    AROUND.

11:52AM 1          THE COURT:  ALL RIGHT.  THANK YOU.

11:52AM 2      BUT AS TO YOUR CLIENTS, MR. KAMBER, YOU HAVE 30 PHONES,

11:52AM 3  AND THAT'S -- IT SEEMS TO ME, AS WE DISCUSSED EARLIER, THAT

11:52AM 4  UNIVERSE OF POTENTIAL PHONES IS, I THINK THROUGH A PARTICULAR

11:52AM 5  PROCESS, THAT CAN BE CAPTURED.  THIRTY INDIVIDUALS IS PROBABLY

11:52AM 6  EASIER TO CAPTURE THAN PERHAPS THOUSANDS OF PHONES DISBURSED

11:52AM 7  AMONGST OTHER EMPLOYEES.  SO I THINK THERE'S EVEN A SUBCLASS IN

11:52AM 8  THE SUBCLASS THAT COULD BENEFIT THAT DOES NOT NEED TO BE PARSED

11:52AM 9  OUT.

11:53AM 10          MR. KAMBER:  TO SOME EXTENT, YES, YOUR HONOR.  I

11:53AM 11  THINK, YES, THE 30 PHONES --

11:53AM 12          THE COURT:  I THINK 30 --

11:53AM 13          MR. KAMBER:  ABSOLUTELY, YOUR HONOR.  ABSOLUTELY,

11:53AM 14  YOUR HONOR.

11:53AM 15      BUT THE OTHER ISSUES LIKE THE CLAIMS PROCESS, THE CLAIMS

11:53AM 16  PROCESS, IT IS EASY TO SHOEHORN A SMALL CORPORATION INTO THE

11:53AM 17  INDIVIDUAL CLAIMS PROCESS, BUT IT STILL WOULD HAVE BEEN

11:53AM 18  SUPERIOR TO HAVE A CLAIMS PROCESS.  THERE IS STILL MORE IN

11:53AM 19  COMMON BETWEEN MY CLIENT AND MR. NASSIRI'S CLIENT THAN BETWEEN

11:53AM 20  MY CLIENT AND THE NAMED REPRESENTATIVES ON ALL OF THE ISSUES I

11:53AM 21  HAVE PREVIOUSLY MENTIONED.

11:53AM 22          THE COURT:  BUT IF EACH OF YOUR 30 PHONES ARE NOTED

11:53AM 23  AND YOUR CLIENT RECEIVES BENEFIT OF THAT, THEN YOU HAVE MORE IN

11:53AM 24  COMMON WITH THE INDIVIDUALS AT THAT POINT BECAUSE YOU'RE GOING

11:53AM 25  TO RECEIVE WHAT THEY GET BY WAY OF SETTLEMENT.

11:53AM 1            MR. KAMBER:  WITH RESPECT TO THE PRO RATA -- IT

11:53AM 2    DEPENDS IF YOU'RE LOOKING AT THE CLAIMS PROCESS.

11:53AM 3            MY CLIENT CAN SUCCESSFULLY GO THROUGH THE CLAIMS PROCESS

11:54AM 4    BECAUSE IN MANY WAYS LIKE AN INDIVIDUAL AND THEY CAN MAKE THE

11:54AM 5    INDIVIDUAL -- IF THEY HAD TO GO TO THE WEBSITE 30 TIMES AND

11:54AM 6    FILL OUT 30 CLAIMS, THEY COULD DO THAT IN A WAY THAT A LARGER

11:54AM 7    CORPORATION COULD NOT.

11:54AM 8            BUT IT IS HOW WE GOT HERE THAT CREATED THE PROBLEM, AND I

11:54AM 9    THINK THAT'S WHY OUR CLIENT STILL HAS SOME PERSPECTIVES AND A

11:54AM 10   SOLUTION AND IS A MORE ADEQUATE REPRESENTATIVE OF THOSE

11:54AM 11   CORPORATE INTERESTS.

11:54AM 12           I DON'T THINK EVERY SIZE CORPORATION HAS A DIFFERENT

11:54AM 13   INTEREST HERE.

11:54AM 14             THE COURT:  I UNDERSTAND THAT.  I'M FOCUSSING ON

11:54AM 15   YOUR CLIENT HERE.  I THINK YOU'VE RAISED THE PROBLEM.  I THINK

11:54AM 16   WE'VE DISCUSSED THE SOLUTION AS TO YOUR CLIENT POTENTIALLY.  SO

11:54AM 17   I DON'T THINK WE NEED TO FIND A SOLUTION FOR A PROBLEM THAT MAY

11:54AM 18   NOT EXIST.  THANK YOU.  I APPRECIATE THAT.

11:54AM 19           THANK YOU, MR. NASSIRI.  I APPRECIATE YOUR ASSISTANCE.

11:54AM 20   THANK YOU.

11:54AM 21             MR. KAMBER:  THANK YOU, YOUR HONOR.

11:54AM 22             THE COURT:  YOU'RE WELCOME.

11:54AM 23           LET'S TURN TO, LET'S SEE, SIXTY-SIX OBJECTORS.  THIS IS

11:55AM 24   DOCKET 518.  I HAVE CROWELL & MORING AS POTENTIAL SPEAKERS.

11:55AM 25             MS. ARBABI:  GOOD MORNING, YOUR HONOR.

11:55AM  1        DEBORAH ARBABI FOR THE SIXTY-SIX OBJECTORS.  I HAVE MY

11:55AM  2  COLLEAGUE, ROSA MORALES, IS HERE AS WELL.

11:55AM  3            MR. MORALES:  GOOD MORNING, YOUR HONOR.

11:55AM  4            THE COURT:  THERE YOU ARE.  GOOD MORNING.

11:55AM  5        WHAT IS IT YOU WOULD LIKE ME TO KNOW, MS. MORALES?

11:55AM  6  MS. ARBABI?

11:55AM  7            MS. ARBABI:  YES.  THANK YOU, YOUR HONOR.  I'LL BE

11:55AM  8  BRIEF.

11:55AM  9        AS MR. NASSIRI AND MR. KAMBER MADE SOME OF THE POINTS THAT

11:55AM  10  WE HAD FOR YOU, BUT I APPRECIATE YOU TAKING THE TIME TO HEAR US

11:55AM  11  THIS MORNING.

11:55AM  12            THE COURT:  LET ME -- PARDON ME FOR INTERRUPTING YOU

11:55AM  13  FOR JUST A SECOND.  I'M GOING TO ASK EVERYONE ELSE TO PLEASE

11:55AM  14  MUTE YOUR PHONES IF YOU WOULD, PLEASE.  WE'RE GETTING SOME

11:55AM  15  BACKGROUND THAT IS NOT HELPFUL.

11:55AM  16       THANK YOU.  MS. ARBABI, PLEASE.

11:55AM  17            MS. ARBABI:  YES.  THANK YOU, YOUR HONOR.

11:55AM  18  APOLOGIES.

11:56AM  19            THE COURT:  IT WASN'T FROM YOU.  IT WAS SOMEBODY

11:56AM  20  ELSE.

11:56AM  21            MS. ARBABI:  THERE IS A BIT OF BACKGROUND NOISE AT

11:56AM  22  MY HOUSE.  I'M SO SORRY, YOUR HONOR.

11:56AM  23            THE COURT:  YOU KNOW, WE'RE ALL GETTING THAT NOW,

11:56AM  24  AREN'T WE, WITH THIS REMOTE TECHNOLOGY?

11:56AM  25        I WAS TALKING TO A RELATIVE YESTERDAY WHO WAS ON A ZOOM

11:56AM 1  HEARING, AND SHE WAS DOING A VERY IMPORTANT EVENT, AND TWO DOGS

11:56AM 2  THAT HAPPENED TO BE WALKING WITH THEIR OWNERS DECIDED TO ENGAGE

11:56AM 3  IN A BIT OF A DISCUSSION AND SO THERE WAS A DOG FIGHT IN THE

11:56AM 4  BACKGROUND, AND THEN I THINK A TODDLER DECIDED IT WAS TIME TO

11:56AM 5  HAVE A TEMPER TANTRUM RIGHT OUTSIDE THE WINDOW.  SO WE ARE ALL

11:56AM 6  SUFFERING WITH THIS AND ENJOYING IT.

11:56AM 7       SO NO PROBLEM, MS. ARBABI.  THANK YOU SO MUCH.

11:56AM 8       MS. ARBABI:  THANK YOU SO MUCH FOR YOUR PATIENCE.

11:56AM 9       YOUR HONOR, THE SIXTY-SIX OBJECTORS THAT I REPRESENT HERE

11:56AM 10  TODAY CLAIMED MORE THAN 200,000 DEVICES IN THE CLASS.  AND AS

11:56AM 11  YOU HAVE RECOGNIZED IN YOUR REMARKS OF MR. KAMBER, THERE IS A

11:57AM 12  DIFFERENCE BETWEEN A CORPORATION WHO PURCHASED MANY, MANY

11:57AM 13  DEVICES AND A CORPORATION THAT PURCHASED JUST A FEW.  AND I

11:57AM 14  THINK SOME OF THE CHALLENGES WITH THE PROCEDURE IN THIS

11:57AM 15  SETTLEMENT REFLECT THAT DIFFERENCE.

11:57AM 16       THE THRUST OF THE OBJECTION BY THE SIXTY-SIX OBJECTORS,

11:57AM 17  YOUR HONOR, IS THAT THE PLAN OF ALLOCATION OF THIS SETTLEMENT

11:57AM 18  IS NOT FAIR, REASONABLE, OR ADEQUATE TO COMPENSATE THEM, AND

11:57AM 19  IT'S NOT FAIR, REASONABLE, AND ADEQUATE TO COMPENSATE THE

11:57AM 20  PROPOSED SETTLING CLASS MEMBERS WHO WILL BE RELEASING ALL OF

11:57AM 21  THEIR CLAIMS IF THE SETTLEMENT IS APPROVED AS IS.

11:57AM 22       I WOULD LIKE TO EXPLAIN WHY THAT IS.  THE SETTLEMENT HAS

11:57AM 23  BEEN TOUTED AS A $500 MILLION DEAL FOR THE CLASS IN THE PRESS,

11:57AM 24  BUT AS WE'RE ALL AWARE, THE STRUCTURE ACTUALLY PROVIDES THAT

11:57AM 25  APPLE MAY PAY SIGNIFICANTLY LESS AND AS LITTLE AS $310 MILLION

11:58AM  1      DEPENDING UPON THE NUMBER OF VALID CLAIMS SUBMITTED AND

11:58AM  2      APPROVED.

11:58AM  3          AND THE PROCESS THAT IS IN PLACE HERE IS INCREDIBLY

11:58AM  4      BURDENSOME, AND IT IS APPARENT TO OUR CLIENTS THAT IT WILL

11:58AM  5      ENSURE THAT IN SPITE OF HOW MANY CLAIMS ARE SUBMITTED, THE

11:58AM  6      NUMBER OF VALID CLAIMS AS JUDGED BY THIS OVERLY STRINGENT

11:58AM  7      PROCESS WILL BE QUITE LOW.

11:58AM  8          AS CLASS COUNSEL ACKNOWLEDGES IN ITS MOVING PAPERS, THE

11:58AM  9      PLAN OF ALLOCATION AND THOSE PROCEDURES ARE SOMETHING

11:58AM  10     FUNDAMENTAL TO BE CONSIDERED HERE TODAY.  YET THE CLASS BARELY

11:58AM  11     ADDRESSES THE OBJECTIONS MADE BY CLASS MEMBERS, BOTH

11:58AM  12     INDIVIDUALS AND CORPORATIONS, WHO HAVE OBJECTED TO THE

11:58AM  13     EXTRAORDINARY BURDEN OF THIS PROCESS FOR MAKING CLAIMS OR THE

11:58AM  14     DOCUMENTATION REQUIRED TO SUBSTANTIATE CLAIMS.

11:58AM  15         IT'S TELLING, YOUR HONOR, THAT THE BRIEFING ON THIS

11:59AM  16     SUBJECT HAS COME DIRECTLY FROM APPLE WHO HAS THE INCENTIVE TO

11:59AM  17     KEEP THE CLAIMS RATE LOW.  I THINK IT'S JUST IMPORTANT TO

11:59AM  18     RECOGNIZE THAT AND TO UNDERSTAND AND THE REVIEW FROM APPLE IN

11:59AM  19     THAT LIGHT THAT IT IS SOMEWHAT SELF-INTERESTED.  IT IS NOT

11:59AM  20     MERELY AN OBJECTIVE VIEW OF WHICH DEVICES WERE AFFECTED VERSUS

11:59AM  21     NOT AFFECTED, BUT TO THE EXTENT THAT THERE'S A HIGH BURDEN TO

11:59AM  22     MAKE CLAIMS, THAT THAT IS IN THEIR INTEREST TO KEEP THAT BURDEN

11:59AM  23     HIGH BECAUSE IT KEEPS THEIR LIABILITY LOWER.

11:59AM  24         THE REAL PROBLEM, YOUR HONOR, IS THAT THE RELEASE ITSELF

11:59AM  25     HERE DOES NOT MATCH THE RELIEF BECAUSE THE RELIEF IS

11:59AM 1    UNOBTAINABLE FOR MANY AND FOR CORPORATIONS IN PARTICULAR.

11:59AM 2         ALTHOUGH I WOULD LIKE TO NOTE THAT THERE WERE A NUMBER OF

11:59AM 3    INDIVIDUALS WHO ALSO OBJECTED TO THE NEED TO PROVIDE A SERIAL

12:00PM 4    NUMBER OR AN ATTESTATION.

12:00PM 5         HOWEVER, I WILL FOCUS ON MY CLIENTS WHO ARE CORPORATIONS

12:00PM 6    AND ONE UNIVERSITY AND THAT THERE IS NO REAL MECHANISM, AS

12:00PM 7    MR. NASSIRI HAS POINTED OUT, FOR THOSE WHO HAVE PURCHASED

12:00PM 8    DOZENS, HUNDREDS, OR EVEN THOUSANDS OF DEVICES TO BE

12:00PM 9    COMPENSATED BECAUSE OF TWO PRIMARILY PROBLEMS WITH THE PROCESS.

12:00PM 10        THE FIRST IS THE REQUIREMENT FOR A SERIAL NUMBER.  MOST

12:00PM 11   USERS OF THESE PHONES SIMPLY DON'T HAVE ACCESS TO THE SERIAL

12:00PM 12   NUMBERS FOR THEIR DEVICES THAT THEY OWNED THREE YEARS AGO OR

12:00PM 13   THAT WERE IN USE THREE YEARS AGO.

12:00PM 14        IT'S OUR UNDERSTANDING THAT APPLE HAS A LIST OF THE

12:00PM 15   DEVICES THAT IT BELIEVES WERE AFFECTED AND THAT INSTALLED THE

12:00PM 16   RELEVANT IOS DURING THE RELEVANT TIMEFRAME.  AND MOREOVER, THAT

12:00PM 17   APPLE HAS PROVIDED THAT LIST OF AFFECTED DEVICES TO THE CLAIMS

12:00PM 18   ADMINISTRATOR IN THIS CASE.

12:00PM 19        AS HAS BEEN DONE IN MANY OTHER CASES, THE CLAIMS

12:01PM 20   ADMINISTRATOR COULD PROVIDE THAT INFORMATION TO CLASS MEMBERS

12:01PM 21   UPON REQUEST.  AND WE'RE CERTAINLY NOT SUGGESTING THAT THE

12:01PM 22   ENTIRE LIST WE HAVE PROVIDED TO CLASS MEMBERS, BUT IF A

12:01PM 23   PARTICULAR CORPORATION WANTS TO FIND OUT FROM THE CLAIMS

12:01PM 24   ADMINISTRATOR WHICH OF THEIR DEVICES ARE ON THIS LIST THAT

12:01PM 25   APPLE HAS PROVIDED OF DEVICES THAT DOWNLOADED THE RELEVANT IOS

12:01PM  1    DURING THE RELEVANT TIMEFRAME, THAT WOULD BE SIMPLE FOR THE

12:01PM  2    CLAIMS ADMINISTRATOR TO PROVIDE THAT.

12:01PM  3         AND THAT HAS NOT BEEN DONE IN THIS CASE.  SO THAT WOULD BE

12:01PM  4    THE FIRST SUGGESTION THAT WE WOULD MAKE.

12:01PM  5         THE SECOND SUGGESTION WE WOULD MAKE RELATES TO THE

12:01PM  6    ATTESTATION, AND THAT'S REALLY THE MOST DIFFICULT AND TROUBLING

12:01PM  7    PROBLEM HERE.

12:01PM  8         MR. NASSIRI HAS ADDRESSED THIS IN PART, BUT I WOULD LIKE

12:01PM  9    TO MENTION AND REENFORCE THAT IT WOULD BE VERY DIFFICULT FOR

12:02PM 10    ANY CORPORATION TO PROVIDE THIS.

12:02PM 11         AND THE ESSENTIAL PROBLEM IS THAT THE PURCHASER OF THE

12:02PM 12    DEVICE, IN THE CASE OF A CORPORATION, WAS NOT THE PERSON WHO

12:02PM 13    OPERATED THE DEVICE.

12:02PM 14         EVEN FOR AN INDIVIDUAL ORDINARY USER, HOW ARE WE EXPECTING

12:02PM 15    AN INDIVIDUAL TO DISCERN EVEN IN THE MOMENT WHETHER THEY ARE

12:02PM 16    HAVING A PERFORMANCE ISSUE THAT IS THE RESULT OF THE OPERATION

12:02PM 17    OF THE IOS?

12:02PM 18         I DON'T MEAN TO MAKE LUDICROUS SUGGESTIONS, BUT ARE

12:02PM 19    INDIVIDUAL USERS SUPPOSED TO GET OUT A STOPWATCH AND SEE HOW

12:02PM 20    LONG IT TAKES TO DOWNLOAD SOMETHING OR TO HAVE THE

12:02PM 21    TECHNOLOGICAL KNOW-HOW TO KNOW WHETHER THEY ARE HAVING A

12:02PM 22    BATTERY ISSUE OR WHETHER A SHUTDOWN OR SLOW PERFORMANCE WAS

12:02PM 23    SOMEHOW THE RESULT OF THE IOS OPERATION OR IT COULD BE THE

12:02PM 24    RESULT OF SOME OTHER PERFORMANCE ISSUE THAT THEIR PHONE IS

12:03PM 25    EXPERIENCING UNRELATED TO THAT?

12:03PM 1    I THINK EVEN IN THE MOMENT FOR A USER TO KNOW THAT IS

12:03PM 2    QUITE DIFFICULT AND TO RECALL IT THREE YEARS LATER AN

12:03PM 3    ADDITIONAL LEVEL OF DIFFICULTY AND THEN AN ADDITIONAL LAYER ON

12:03PM 4    THAT, A CORPORATION TO HAVE TO REACH OUT TO AN EMPLOYEE OR A

12:03PM 5    FORMER EMPLOYEE TO FIND OUT THEIR KNOWLEDGE OF THAT INCREASES

12:03PM 6    THE BURDEN EXPONENTIALLY.

12:03PM 7        YOUR HONOR, YOU HAD SUGGESTED EARLIER THAT WE MAY THINK

12:03PM 8    ABOUT TO THE BEST OF SOMEONE'S KNOWLEDGE, AND FOR A CORPORATION

12:03PM 9    THAT STANDARD MAY BE DIFFERENT THAN AN INDIVIDUAL, AND PERHAPS

12:03PM 10   THINKING ABOUT WHAT A CORPORATION COULD REASONABLY PROVIDE TO

12:03PM 11   THE BEST OF ITS KNOWLEDGE MAY BE PART OF THE SOLUTION TO THIS

12:03PM 12   PROBLEM.

12:03PM 13       APPLE'S RESPONSE TO THE ATTESTATION REQUIREMENT AND THE

12:03PM 14   CONCERNS THAT HAVE BEEN RAISED WAS ESSENTIALLY IN ITS REPLY

12:03PM 15   BRIEF THAT IT FILED WAS ESSENTIALLY TO RESTATE ITS DEFENSE OF

12:04PM 16   THIS CASE; THAT THIS WAS NOT ACROSS THE BOARD THROTTLING OF

12:04PM 17   DEVICES, BUT INSTEAD A PERFORMANCE MANAGEMENT FEATURE AND THAT

12:04PM 18   NOT EVERY DEVICE WAS AFFECTED.

12:04PM 19       APPLE MISSES THE POINT IN THAT ARGUMENT THAT THIS IS A

12:04PM 20   COMPROMISED SETTLEMENT THAT SHOULD COMPENSATE THE CLASS IN A

12:04PM 21   WAY THAT PERMITS REASONABLE SUBMISSION OF CLAIMS EVEN BY THOSE

12:04PM 22   WHO DID NOT MAINTAIN RECORDS, WHO DO NOT RECALL THE EXACT

12:04PM 23   ISSUES, AND THOSE WHO ARE NOT FAMILIAR ENOUGH WITH THE

12:04PM 24   TECHNOLOGY, OR IMPORTANTLY, PURCHASERS WHO PROVIDED PHONES TO

12:04PM 25   SOMEONE ELSE TO OPERATE THEM LIKE CORPORATIONS AND

12:04PM 1      UNIVERSITIES.

12:04PM 2          WE BELIEVE THAT THERE'S A REASONABLE WAY TO ADDRESS

12:04PM 3      APPLE'S CONCERN AND THAT WOULD BE TO GIVE EVERY MEMBER THE

12:04PM 4      BENEFIT OF THE DOUBT THAT A PORTION OF THEIR DEVICES WERE

12:04PM 5      AFFECTED.

12:04PM 6              THE COURT:  MS. ARBABI, COULD YOU REPEAT THAT

12:04PM 7      PLEASE.  YOU BROKE UP JUST A BIT.

12:04PM 8              MS. ARBABI:  SURE.  WE BELIEVE A REASONABLE SOLUTION

12:05PM 9      WOULD BE TO GIVE EVERY CLASS MEMBER THE BENEFIT OF THE DOUBT

12:05PM 10     THAT A PORTION OF THEIR DEVICES WERE AFFECTED.

12:05PM 11         NOW, IN THE CASE OF A CORPORATION HYPOTHETICALLY 10,000

12:05PM 12     DEVICES, YOU CAN SAY A FRACTION OF THOSE, AND WHAT FRACTION

12:05PM 13     THAT IS WERE AFFECTED.

12:05PM 14             THE COURT:  OKAY.  MS. ARBABI, YOU KEEP BREAKING UP.

12:05PM 15     I DON'T KNOW WHAT IT IS, BUT THERE'S SOME --

12:05PM 16             MS. ARBABI:  OKAY.  LET ME TRY TO FIX THAT,

12:05PM 17     YOUR HONOR.

12:05PM 18             THE COURT:  OH, YOU KNOW.  THANK YOU FOR THAT.

12:05PM 19         WHAT WE HAVE FOUND IS THAT --

12:05PM 20             MS. ARBABI:  YOUR HONOR, CAN YOU HEAR ME NOW?

12:05PM 21             THE COURT:  YES, YES.  MUCH BETTER.

12:05PM 22         WHAT WE HAVE FOUND IS SOMETIMES THE BLUETOOTH DEVICES HAVE

12:05PM 23     SOME INTERFERENCE.

12:05PM 24             MS. ARBABI:  YES.

12:05PM 25             THE COURT:  AND THEY SKIP.  AND EVERY WORD YOU SAY

12:05PM   1    IS IMPORTANT, MS. ARBABI.  I DON'T WANT TO MISS ONE.  SO WHY

12:05PM   2    DON'T YOU -- IF I COULD ASK YOU TO REPEAT YOURSELF FROM YOUR

12:05PM   3    LAST SENTENCE.

12:05PM   4              MS. ARBABI:  YES.  THANK YOU SO MUCH, YOUR HONOR.

12:06PM   5         WE BELIEVE THAT A REASONABLE SOLUTION WOULD BE TO GIVE

12:06PM   6    EVERY CLASS MEMBER THE BENEFIT OF THE DOUBT THAT A PORTION OF

12:06PM   7    THEIR DEVICES WERE AFFECTED.

12:06PM   8         AND YOU COULD IMPLEMENT THAT BY SAYING SOME FRACTION OF A

12:06PM   9    CORPORATION'S DEVICES WERE IMPACTED OR YOU COULD SIMPLY HONOR

12:06PM  10    ALL OF THE CLAIMS WITHOUT AN ATTESTATION REQUIREMENT BECAUSE

12:06PM  11    THIS IS A PRO RATA SHARING OF SETTLEMENT FUNDS WHICH WILL

12:06PM  12    OPERATE IN EXACTLY THE SAME WAY BY HONORING A PORTION OF THE

12:06PM  13    DEVICES AND GIVING THAT BENEFIT OF THE DOUBT TO ALL CLASS

12:06PM  14    MEMBERS.

12:06PM  15         WE ARE IN ESSENCE SUGGESTING, YOUR HONOR, THAT THE

12:06PM  16    ATTESTATION REQUIREMENT BE THROWN OUT ENTIRELY BECAUSE OF THAT.

12:06PM  17    WE THINK IT WOULD ALSO BE REASONABLE AS AN ALTERNATIVE TO

12:06PM  18    PERMIT CORPORATIONS TO SUBMIT AN ATTESTATION TO THE BEST OF

12:06PM  19    THEIR KNOWLEDGE THAT IOS UPDATES WERE MADE BECAUSE COMPANY

12:07PM  20    POLICY USUALLY IN MOST CASES DID REQUIRE THAT, AND WE HAVE

12:07PM  21    FOUND THAT TO BE THE CASE ACROSS THE SIXTY-SIX CORPORATIONS.

12:07PM  22         CORPORATE POLICIES, OF COURSE, ARE NOT UNIFORM, AND EACH

12:07PM  23    CORPORATION COULD ATTEST TO ITS OWN POLICY, AND THE CLAIMS

12:07PM  24    ADMINISTRATOR COULD REVIEW CLAIMS ON THE BASIS OF THAT.

12:07PM  25         NOW, YOUR HONOR, APPLE HAS SAID THAT BECAUSE ROUGHLY

12:07PM 1    922,000 CLAIMS WERE SUBMITTED BY CORPORATION THAT IT SHOWS THAT

12:07PM 2    CORPORATIONS HERE CAN MAKE CLAIMS AND RECEIVE SETTLEMENT FUNDS.

12:07PM 3         HOWEVER, WE WOULD LIKE TO POINT OUT THAT 100 PERCENT OF

12:07PM 4    THE CLAIMS SUBMITTED BY THE SIXTY-SIX OBJECTORS WE REPRESENT

12:07PM 5    WERE DENIED IN FULL ON NOVEMBER 6TH, 2020.  THAT INCLUDES

12:07PM 6    CORPORATIONS WHO DID SUBMIT THE TYPE OF ATTESTATIONS THAT WE'RE

12:07PM 7    TALKING ABOUT HERE.  WE'RE TALKING ABOUT THEIR CORPORATE POLICY

12:07PM 8    THAT IOS UPDATES BE MADE PROMPTLY AND INDEED ATTESTING THAT

12:08PM 9    THEIR, THEIR I.T. DEPARTMENTS RECEIVED COMPLAINTS OF

12:08PM 10   PERFORMANCE ISSUES.

12:08PM 11        THERE WERE ALSO ISSUES RELATED TO THE SERIAL NUMBERS WHERE

12:08PM 12   CORPORATIONS SUBMITTED ALL OF THEIR SERIAL NUMBERS, HUNDREDS OF

12:08PM 13   SERIAL NUMBERS, IN SOME CASES THOUSANDS, AND WE'RE TOLD THAT

12:08PM 14   NONE OF THOSE SERIAL NUMBERS QUALIFIED.

12:08PM 15        SO WE HAVE SERIOUS CONCERNS ABOUT HOW THE PROCESS IS BEING

12:08PM 16   CONDUCTED, AND THAT SEEMED TO BE IN OPPOSITION TO WHAT WE WERE

12:08PM 17   TOLD PRIOR TO THE PROCESS WHICH WAS THAT WE COULD SUBMIT IMEI

12:08PM 18   NUMBERS IF SERIAL NUMBERS WERE NOT AVAILABLE, AND CLAIMS MADE

12:08PM 19   WITH IMEI NUMBERS WERE REJECTED ON THE BASIS THAT THEY'RE NOT

12:08PM 20   SERIAL NUMBERS.

12:08PM 21        SO THE ATTESTATIONS BASED ON CORPORATE POLICY WERE

12:09PM 22   REJECTED, THE IMEI NUMBERS WERE REJECTED, AND EVEN CLAIMS WITH

12:09PM 23   SERIAL NUMBERS WERE REJECTED ON THAT BASIS.

12:09PM 24        SO BECAUSE OF THAT WE HAVE VERY SERIOUS CONCERNS ABOUT THE

12:09PM 25   PROCESS AND HOW IT'S BEING CONDUCTED AND HOW IT'S BEEN APPLIED

12:09PM   1      TO CORPORATIONS.

12:09PM   2              THE COURT:  ALL RIGHT.  GO AHEAD.  NO, I'M SORRY.

12:09PM   3      GO AHEAD.

12:09PM   4              MS. ARBABI:  YOUR HONOR, I MERELY WANTED TO SAY IN

12:09PM   5      SUM, WE WOULD ARGUE THAT APPLE SHOULD MAKE THE SERIAL NUMBERS

12:09PM   6      AVAILABLE TO CLASS MEMBERS WHO PURCHASED THOSE PHONES THROUGH

12:09PM   7      THE PROCESS IN A WAY THAT IS ANALOGOUS TO WHAT HAS BEEN DONE IN

12:09PM   8      OTHER SIMILAR CLASS ACTIONS AND THAT THE ATTESTATION

12:09PM   9      REQUIREMENT SHOULD BE THROWN OUT OR MODIFIED TO MAKE IT

12:09PM  10      POSSIBLE FOR CORPORATIONS TO SUBMIT THESE CLAIMS.

12:09PM  11              THE COURT:  THANK YOU VERY MUCH.  I THINK YOUR

12:09PM  12      POSITION IS STATED ON PAGE 8 OF YOUR BRIEFING.

12:09PM  13          MS. MORALES, ANYTHING TO ADD?

12:09PM  14              MS. MORALES:  I DO NOT, YOUR HONOR.  THANK YOU.

12:10PM  15              THE COURT:  THANK YOU VERY MUCH.  THANK YOU.

12:10PM  16          I THINK, MS. ARBABI, I THINK THE UNIVERSE OF YOUR CLIENTS

12:10PM  17      IS APPROXIMATELY 211,900.

12:10PM  18              MS. ARBABI:  THAT'S CORRECT, YOUR HONOR.  THAT IS

12:10PM  19      THE NUMBER OF DEVICES THAT THEY CLAIMED.

12:10PM  20              THE COURT:  AND IF WE CALCULATE JUST A ROUGH

12:10PM  21      CALCULATION OF THAT NUMBER TO THE SETTLEMENT IS APPROXIMATELY

12:10PM  22      $5.3 MILLION.

12:10PM  23          IS THAT WHAT YOUR MATH REFLECTS?

12:10PM  24              MS. ARBABI:  YES, YOUR HONOR.

12:10PM  25              THE COURT:  I SEE.

12:10PM 1      AND I THINK THERE'S ALSO A PERHAPS 66,000, I THINK I SAW

12:10PM 2  IN THE PLEADINGS, OF REJECTIONS FROM INDIVIDUALS WHO HAVE THE

12:10PM 3  SAME, I'LL CALL IT, A SERIAL NUMBER ISSUE AS WELL.  AND WE'RE

12:10PM 4  GOING TO TALK ABOUT THAT IN A MOMENT I HOPE.

12:10PM 5      ONE THING THAT I DID NOTICE WAS YOU TALKED ABOUT YOUR

12:10PM 6  CLIENT SUBMITTING CLAIMS EITHER WITH SERIAL NUMBERS AND THEY

12:10PM 7  WERE REJECTED, OR THE IMEI NUMBERS, OR EVEN ESN NUMBERS, AND

12:11PM 8  THE REJECTION.

12:11PM 9      ONE THING I NOTICED, AND I INVITED PLAINTIFFS' COUNSEL,

12:11PM 10  AND THEY'RE TAKING COPIOUS NOTES, I'M WATCHING THEM, BUT I'M

12:11PM 11  CURIOUS ABOUT WHAT REMEDIAL PROCESS WAS ENGAGED BY THE

12:11PM 12  ADMINISTRATOR FOR THESE TYPES OF ISSUES.  AND I'M NOT CERTAIN

12:11PM 13  THAT I FULLY CAPTURED THAT.

12:11PM 14      SO THAT'S A QUESTION THAT I'M GOING TO POSE TO THESE GOOD

12:11PM 15  LAWYERS TO HELP US AS WELL.

12:11PM 16      SO THANK YOU VERY MUCH.

12:11PM 17      ANYTHING FURTHER, THEN, MS. ARBABI?

12:11PM 18          MS. ARBABI:  YOUR HONOR, ONE OTHER POINT THAT WE

12:11PM 19  WOULD MAKE.  AND WITH DUE RESPECT TO MR. KAMBER AND THE CLAIM

12:11PM 20  MADE BY HIS CLIENTS, WE WOULD SUBMIT THAT IT WOULD BE

12:11PM 21  INCREDIBLY DIFFICULT AND BURDENSOME TO REQUIRE CORPORATIONS TO

12:11PM 22  REACH OUT TO FORMER EMPLOYEES ON ANY BASIS AS PART OF THIS

12:11PM 23  CLAIMS PROCESS, AND WE THINK THAT THAT WOULD PROBABLY SHUT DOWN

12:11PM 24  THE ABILITY OF LARGE CORPORATIONS TO MAKE ANY CLAIMS HERE.

12:11PM 25          THE COURT:  ALL RIGHT.  THANK YOU.

12:11PM  1    I DO SEE, AS I TALK TO MR. KAMBER, I DO SEE A DISTINCTION

12:12PM  2    BETWEEN 30 EMPLOYEES, AND I THINK HE CONCEDED THEY CAN PROBABLY

12:12PM  3    FIND THEM AND CAPTURE WHAT THEY NEED OR AT LEAST -- WITH

12:12PM  4    GREATER FACILITY THAN A LARGE CORPORATION WITH ALMOST 212,000

12:12PM  5    PHONES.  I THINK I SEE THAT DISTINCTION.

12:12PM  6         SO THANK YOU VERY MUCH FOR THAT.

12:12PM  7         LET ME -- I KNOW THERE WAS AN INDIVIDUAL, MR. COUSIN, AND

12:12PM  8    I ASKED HIM EARLIER WHETHER OR NOT HE HAD REGISTERED OR MADE A

12:12PM  9    REQUEST TO SPEAK.

12:12PM  10        OUR COURTROOM DEPUTY I THINK HAS CHECKED AND SHE DID --

12:12PM  11   DID YOU FIND ANY REQUEST BY CHARLES COUSIN TO SPEAK TO THE

12:12PM  12   COURT TODAY, MS. KRATZMANN?

12:12PM  13        THE CLERK:  NO, YOUR HONOR.  THE DOCKET REFLECTS

12:12PM  14   THERE WAS NOTHING FILED BY MR. COUSIN.

12:12PM  15        WE ALSO HAVE THREE ADDITIONAL INDIVIDUALS, TESA LEE,

12:13PM  16   WILLIE WU, AND DAVID HOLLAND WHO WERE PROMOTED BUT THEY -- NONE

12:13PM  17   OF THOSE FOUR INDIVIDUALS REGISTERED WITH THE COURT TO

12:13PM  18   PARTICIPATE NOR HAVE THEY FILED AN OBJECTION OR ANY DOCUMENT ON

12:13PM  19   THE DOCKET PER CONFIRMATION OF PLAINTIFFS' COUNSEL AS WELL,

12:13PM  20   YOUR HONOR.

12:13PM  21        MR. COUSIN:  I THOUGHT I DID.

12:13PM  22        THE COURT:  I SEE.  I SPOKE -- MR. COUSIN, LET ME

12:13PM  23   ADDRESS YOU, SIR.  I THINK I ASKED YOU EARLIER WHETHER OR NOT

12:13PM  24   YOU HAD REGISTERED TO SPEAK, AND I THINK YOU SAID IN THE

12:13PM  25   AFFIRMATIVE THAT YOU HAD.

12:13PM  1    WE DON'T HAVE ANYTHING, ANY FORMAL REQUEST BY YOU, SIR.

12:13PM  2    TODAY WAS THE DATE AND TIME SET TO HEAR FROM THOSE PARTIES WHO

12:13PM  3    WISHED TO BE HEARD, AND THE COURT NOTICED THAT DATE ON THE

12:13PM  4    DOCKET, AND IT APPEARS THAT WE DON'T HAVE THAT REQUEST FROM

12:13PM  5    YOU, SIR.

12:13PM  6            MR. COUSIN:  YEAH.  I MEAN, I DON'T KNOW WHY,

12:13PM  7    YOUR HONOR.  I PUT IN FOR IT.  I THOUGHT I DID.

12:13PM  8            THE COURT:  HOW DID YOU ENGAGE THAT PROCESS?

12:14PM  9            MR. COUSIN:  I WENT ONTO THE WEBSITE, AND I GUESS

12:14PM 10    THERE WAS LIKE A PROMPT OR A BUTTON TO, LIKE, TO BE ABLE TO

12:14PM 11    JOIN THE HEARING OR BE ABLE TO SPEAK.

12:14PM 12            THE COURT:  I BEG YOUR PARDON.  LET ME, LET ME

12:14PM 13    ADDRESS YOU FIRST, SIR.  YOU APPRECIATE THE COURT'S TIME IS

12:14PM 14    PRECIOUS.  WE'RE INTO THE NOON HOUR NOW.

12:14PM 15        THE REASON THAT WE HAVE A PROCESS TO HAVE INDIVIDUALS

12:14PM 16    REQUEST AN OPPORTUNITY TO SPEAK IS SO WE CAN ORDERLY ENGAGE

12:14PM 17    THAT PROCESS AND ALSO SO WE HAVE A GOOD TIME ESTIMATE OF WHAT

12:14PM 18    WE'RE GOING TO NEED.

12:14PM 19        YOU HAVEN'T REGISTERED TO SPEAK, SIR.  I DON'T KNOW IF

12:14PM 20    YOU'RE A MEMBER OF THE CLASS OR NOT.

12:15PM 21        I'LL TELL YOU WHAT I'LL DO, SIR.  MR. COUSIN, LET'S -- MY

12:15PM 22    SENSE IS THAT THIS MIGHT BE THE FIRST TIME THAT YOU'VE

12:15PM 23    PARTICIPATED IN SOMETHING LIKE THIS, AND SO I JUST WANT TO SAY

12:15PM 24    WE CAN ONLY SPEAK ONE AT A TIME BECAUSE WE HAVE A COURT

12:15PM 25    REPORTER WHO IS REPORTING EVERYTHING THAT WE SAY, AND I THINK

12:15PM   1      IT'S COMMON KNOWLEDGE THAT I HAVE THE BEST COURT REPORTER IN

12:15PM   2      THE NORTHERN DISTRICT, BUT EVEN WITH ALL OF HER SKILLS AND

12:15PM   3      ABILITIES, SIR, SHE HAS GREAT DIFFICULTY REPORTING TWO PEOPLE

12:15PM   4      AT ONE TIME.

12:15PM   5          SO I TELL YOU WHAT I'LL DO, SIR, MR. COUSIN, I WILL LET

12:15PM   6      YOU SPEAK.

12:15PM   7          CAN I GIVE YOU TWO MINUTES, SIR.  CAN YOU CAPTURE WHAT YOU

12:15PM   8      NEED TO TELL ME IN TWO MINUTES?

12:15PM   9              MR. COUSIN:  SURE.

12:15PM  10              THE COURT:  THANK YOU.  AND YOUR NAME IS

12:15PM  11      CHARLES COUSIN?

12:15PM  12              MR. COUSIN:  YEAH, MY NAME IS CHARLES COUSIN.

12:15PM  13              THE COURT:  THANK YOU.  ARE YOU A MEMBER OF THIS

12:15PM  14      CLASS, SIR?

12:15PM  15              MR. COUSIN:  YEAH, I SHOULD BE.  I FEEL LIKE THIS

12:15PM  16      CLASS KIND OF LACKS TRANSPARENCY.

12:15PM  17              THE COURT:  OKAY.

12:15PM  18              MR. COUSIN:  I HAVE A QUESTION FOR YOU, YOUR HONOR.

12:15PM  19      LET'S SAY SOMEBODY BREAKS INTO YOUR APARTMENT, WHAT IS THE

12:15PM  20      FIRST THING THAT YOU DO?

12:15PM  21          YOU CALL 9-11, RIGHT?

12:16PM  22          YOU KNOW, MY PHONE HAS NOT BEEN RELIABLE.  I HAD TO BUY A

12:16PM  23      GUN.  LIKE, LITERALLY I SLEEP WITH A GUN.

12:16PM  24          I LIVE IN THE GHETTO, YOUR HONOR, AND I'VE HAD A KNIFE

12:16PM  25      PULLED ON ME THIS YEAR.  I'VE ALSO BEEN IN THE MIDDLE OF

12:16PM 1    SHOOTOUTS, NONE THAT HAVE ANYTHING TO DO WITH ME, AND I HAVE

12:16PM 2    NOT BEEN ABLE TO CALL 911.  AND MY LIFE IS WORTH MORE THAN $25.

12:16PM 3    YOU KNOW, I MIGHT NOT BE A LAWYER, BUT MY LIFE IS WORTH

12:16PM 4    SOMETHING.

12:16PM 5         EVERY TIME I GO TO THE APPLE STORE THEY MAKE ME FEEL LIKE

12:16PM 6    I'M THE REASON WHY MY PHONE IS MESSED UP.

12:16PM 7         AND, YOU KNOW, YOU COULD DO THE MATH.  WE'RE LOOKING FOR

12:16PM 8    SOLUTIONS ON THIS CONFERENCE CALL, $500 MILLION LAWSUIT AND

12:16PM 9    THERE'S ONLY 50 PEOPLE ON THIS CALL, AND THERE'S ONLY 120

12:16PM 10   ATTENDEES.

12:16PM 11        SO, YOU KNOW, IF THIS ISSUE WAS IMPORTANT TO THE MILLION,

12:17PM 12   THE CLOSE TO A MILLION PEOPLE WHO FILED A SUIT, WHY ARE THEY

12:17PM 13   NOT ON THIS CALL?  WHY ARE THEY NOT ON THIS ATTENDEE?

12:17PM 14        SO $25, LIKE, YOU COULD DO THE MATH.  WE SHOULD BE

12:17PM 15   ENTITLED TO MORE THAN $25 PER DEVICE.  I HAD TO BUY FIVE PHONES

12:17PM 16   THIS YEAR AND APPLE HAS THE RECEIPTS, AND I WROTE APPLE WITH

12:17PM 17   SOLUTIONS TO THEIR PROBLEM.

12:17PM 18        I UNDERSTAND THERE'S A WHOLE BUNCH OF LAWYERS ON HERE

12:17PM 19   TRYING TO MAKE MILLIONS OF DOLLARS REAL QUICK, BUT THERE ARE

12:17PM 20   PEOPLE OUT HERE WHO ARE WRITING THE CORPORATIONS WITH

12:17PM 21   SOLUTIONS, WHO ARE -- WHOSE TIME IS ALSO WORTH MONEY.

12:17PM 22        LIKE YOU SAID EARLIER, JUST BY ME PUTTING MY FACE OUT

12:17PM 23   HERE, YOU KNOW, I COULD BE RISKING RETALIATION.

12:17PM 24        SO, YOU KNOW, I FEEL LIKE I DESERVE MORE THAN THE MINIMUM

12:17PM 25   THAT THEY'RE TRYING TO GIVE EVERYBODY.

12:17PM 1              THE COURT:  OKAY.  ALL RIGHT.

12:17PM 2         THANK YOU, MR. COUSIN.  I APPRECIATE YOUR COMMENTS.

12:17PM 3         I'LL JUST SAY SOMETHING IN PASSING.  I'VE LOOKED AT THE

12:18PM 4    NUMBERS AND THE $25 IS A NUMBER THAT WAS A STARTING NUMBER, IF

12:18PM 5    YOU WILL.

12:18PM 6         SOME OF THE CALCULATIONS, AND WE ARE GOING TO TALK ABOUT

12:18PM 7    THAT TODAY OR AT A LITTLE LATER, IT LOOKS LIKE THAT NUMBER CAN

12:18PM 8    GO UP TO $66 AND PERHAPS EVEN MORE THAN THAT.  SO THAT'S STILL

12:18PM 9    QUITE FLUID RIGHT NOW.

12:18PM 10        BUT THANK YOU VERY MUCH, MR. COUSIN.  I APPRECIATE YOU

12:18PM 11   BEING PART OF THIS PROCEEDING.

12:18PM 12        MS. KRATZMANN, YOU SAID THERE WERE SOME OTHER INDIVIDUALS?

12:18PM 13             THE CLERK:  YES, YOUR HONOR.

12:18PM 14        TESA LEE.

12:18PM 15             MS. LEE:  GOOD AFTERNOON, YOUR HONOR.

12:18PM 16             THE COURT:  MS. LEE, COULD YOU ENGAGE YOUR VIDEO,

12:18PM 17   PLEASE.

12:18PM 18             MS. LEE:  OKAY.  I AM NOT TECHNOLOGY KNOWLEDGEABLE.

12:18PM 19   I'M HAVING SOME ASSISTANCE RIGHT NOW, YOUR HONOR.  OKAY.

12:18PM 20             THE COURT:  THERE YOU ARE, YES.  GOOD MORNING,

12:18PM 21   MS. LEE.

12:18PM 22             MS. LEE:  GOOD MORNING.  LET ME OFF BY SAYING THANK

12:18PM 23   YOU FOR HEARING ME OUT, BUT I WANT TO TELL YOU THAT I RECEIVED

12:18PM 24   THE EMAIL AND THE REFERENCE THAT I WAS ENTITLED TO THE

12:19PM 25   SETTLEMENT.  THIS IS FIVE GOING ON TO SIX YEARS THAT I'VE BEEN

12:19PM  1    AN APPLE CUSTOMER.

12:19PM  2        I FIRST BEGAN -- I HAVE MY PAPERWORK RIGHT HERE.  I DON'T

12:19PM  3    KNOW THE SERIAL NUMBER.  I'VE HAD THE VIRUS, SO EXCUSE MY

12:19PM  4    PRESENCE.  I'VE BEEN FIGHTING THE VIRUS.  I'VE HAD THE VIRUS IN

12:19PM  5    OUR HOME.  SO WITH ME BEING NOT TECHNOLOGY, TECHNOLOGY

12:19PM  6    KNOWLEDGEABLE, I HAD TO GET ASSISTANCE.  I'VE BEEN QUARANTINED.

12:19PM  7        HOWEVER, I GOT FROM CONTACT IN APPLE DUE TO ME NOT

12:19PM  8    KNOWING HOW TO GET TO THE WEB AND NOT HAVING ANYONE TO ASSIST

12:19PM  9    ME -- BUT WHEN I FIRST PURCHASED THE PHONE, I HAVE A FAMILY

12:19PM  10   GROUP SHARE PHONES, AND THAT WAS DECEMBER 24TH OF 2015.

12:19PM  11       HOWEVER, I'VE HAD ISSUES, WE'VE HAD ISSUES OF FOUR PHONES

12:19PM  12   OF FAMILY SHARE GROUP PHONES, AND THEN IN 2018 WE HAD THE

12:20PM  13   8 PLUS.  HOWEVER, WE'VE HAD ISSUES THROUGHOUT THE TIME WHICH IN

12:20PM  14   TURN MAKE ME WONDER IF AT A CERTAIN PERIOD OF TIME ARE THE

12:20PM  15   PHONES DESIGNED TO MAKE YOU HAVE TO UPGRADE?  AND I'M ON A

12:20PM  16   MONTHLY FIXED INCOME.

12:20PM  17       I'M STILL RECOVERING FROM MY ILLNESS, AS I SAID.  HOWEVER,

12:20PM  18   JUST THE OTHER DAY, BECAUSE WE HAVE BEEN HAVING MEGA ISSUES

12:20PM  19   WITH THE 8 PLUSES, I IN TURN WENT IN THE STORE BECAUSE T MOBILE

12:20PM  20   AND SPRINT NOW HAVE COMBINED, AND I'M A SPRINT CUSTOMER.  WE

12:20PM  21   HAD ISSUES, AND IT CHANGED THE SIM CARDS IN THE PHONE.

12:20PM  22       HOWEVER, I GOT THE OTHER THREE PHONES UPGRADED WHICH IN

12:20PM  23   TURN I THANK GOD I HAD A LITTLE CREDIT CARD, I HAD TO PUT DOWN

12:20PM  24   1100 --

12:21PM  25       SON, COULD YOU PLEASE COME READ FROM THESE.

12:21PM 1    THESE ARE READING GLASSES.  I'VE BEEN HAVING EYE ISSUES

12:21PM 2    AND -- BUT GOD IS GOOD.  I'M NOT TRYING TO BRING ANY BIBLICAL

12:21PM 3    INTO THIS.

12:21PM 4            THE COURT:  MS. LEE, IT'S QUITE ALL RIGHT.

12:21PM 5            MS. LEE:  OKAY.  SO 1,000 -- I'M SORRY, GO AHEAD,

12:21PM 6    YOUR HONOR.

12:21PM 7            THE COURT:  MS. LEE, I'M CURIOUS, HAVE YOU MADE

12:21PM 8    CLAIMS IN THIS LAWSUIT?  DID YOU MAKE CLAIMS THROUGH THE

12:21PM 9    WEBSITE OR BY MAILING SOMETHING IN?  HAVE YOU DONE THAT?

12:21PM 10           MS. LEE:  MY SON CAME AFTER BEING QUARANTINED AND HE

12:21PM 11   SUBMITTED THE CLAIM BECAUSE WHEN APPLE, WHEN I GOT IN TOUCH

12:21PM 12   WITH THEM, THEY TOLD ME ON THE WEB TO GO ON AND IT WAS ALREADY

12:21PM 13   DONE.  DUE TO ME BEING ILL AND QUARANTINED I DIDN'T HAVE ANY

12:21PM 14   ASSISTANCE TO DO IT.

12:21PM 15           THE COURT:  I SEE.  SO WHAT I HEAR YOU SAYING -- I'M

12:21PM 16   SORRY, MS. LEE.

12:21PM 17       WHAT I HEAR YOU SAYING IS THAT YOU WANTED TO FILE A

12:22PM 18   CLAIM -- AND WE'RE ALL VERY SORRY TO HEAR THAT YOU WERE

12:22PM 19   AFFECTED BY THE VIRUS, AND WE WISH YOU A SPEEDY RECOVERY, YOU

12:22PM 20   AND YOUR FAMILY.

12:22PM 21           MS. LEE:  THANK YOU.

12:22PM 22           THE COURT:  YOU ARE WELCOME.

12:22PM 23       BUT WHAT I HEAR YOU SAYING IS BECAUSE OF THE HEALTH

12:22PM 24   SITUATION IN YOUR FAMILY, YOU WERE UNABLE TO PUT YOUR CLAIM IN

12:22PM 25   IN A TIMELY MANNER, THAT WHEN YOU WENT TO PUT YOUR CLAIM IN,

| | | |
|---|---|---|
| 12:22PM | 1 | THE CLAIM PERIOD HAD CLOSED, THE DOOR WAS CLOSED, YOU COULDN'T |
| 12:22PM | 2 | FILE IT BECAUSE IT WAS PAST THE DAY. |
| 12:22PM | 3 | MS. LEE:  IT WAS LIKE A DAY LATE. |
| 12:22PM | 4 | THE COURT:  YES. |
| 12:22PM | 5 | MS. LEE:  SO IT WAS A DAY LATE.  SO THEY TOLD ME TO |
| 12:22PM | 6 | GIVE ME THE OPTIONS TO ZOOM IN FOR THE HEARING. |
| 12:22PM | 7 | THE COURT:  SURE.  MS. LEE -- |
| 12:22PM | 8 | MS. LEE:  SO THAT'S WHY I'M HERE. |
| 12:22PM | 9 | THE COURT:  I'M GLAD YOU'RE HERE. |
| 12:22PM | 10 | AND THE COVID PANDEMIC IS JUST CREATING -- |
| 12:22PM | 11 | MS. LEE:  OH, MY GOD.  OH, MY GOD. |
| 12:22PM | 12 | THE COURT:  IT'S TERRIBLE ACROSS OUR COUNTRY, AND WE |
| 12:22PM | 13 | WISH YOU A SPEEDY RECOVERY. |
| 12:22PM | 14 | MY SENSE IS THAT I DON'T THINK THERE IS ANYONE ON THIS |
| 12:23PM | 15 | SCREEN OR THIS CALL THAT IS GOING TO OBJECT TO YOU TO PUT YOUR |
| 12:23PM | 16 | CLAIMS IN THAT YOU WERE PRECLUDED BECAUSE OF THE COVID CRISIS. |
| 12:23PM | 17 | I DON'T KNOW HOW WE CAN -- LET ME REACH OUT.  I DON'T KNOW |
| 12:23PM | 18 | HOW WE CAN FIND THE PLAINTIFFS' COUNSEL WHO YOU COULD TALK TO |
| 12:23PM | 19 | TO CAPTURE THAT. |
| 12:23PM | 20 | MR. MOLUMPHY. |
| 12:23PM | 21 | MR. COTCHETT IS -- MR. COTCHETT, DO YOU SEE HIM, THE YOUNG |
| 12:23PM | 22 | MAN AT THE TOP OF THE SCREEN THERE? |
| 12:23PM | 23 | MS. LEE:  NO, I DON'T SEE ANYONE, YOUR HONOR. |
| 12:23PM | 24 | THE COURT:  OKAY. |
| 12:23PM | 25 | MS. LEE:  I'M AGAINST COURT FEES AND ATTORNEYS' FEES |

```
12:23PM   1    AS WELL.

12:23PM   2              THE COURT:  I AM TRYING TO GET AN ATTORNEY TO HELP

12:23PM   3    YOU FIRST OF ALL.  LET'S GO THERE FIRST, MS. LEE.

12:23PM   4         MR. COTCHETT --

12:23PM   5              MR. MOLUMPHY:  WE WILL BE HAPPY TO HELP HER

12:23PM   6    REGARDLESS OF HER POSITION ON FEES, YOUR HONOR.

12:23PM   7              THE COURT:  THANK YOU.  THAT'S MR. MOLUMPHY, HIS

12:23PM   8    PARTNER.

12:23PM   9         HOW CAN YOU TWO CONNECT, MR. MOLUMPHY?

12:23PM   10             MR. MOLUMPHY:  SO, MS. LEE, IF YOU SEE THE SPELLING

12:23PM   11   OF MY NAME OR GOOGLE MY NAME OR LOOK AT MY LAW FIRM THAT IS

12:24PM   12   AVAILABLE ON THE WEB, MY EMAIL ADDRESS AND PERSONAL CONTACT

12:24PM   13   INFORMATION IS ALL THERE, OR I CAN JUST TELL YOU MY INFORMATION

12:24PM   14   RIGHT NOW.

12:24PM   15             MS. LEE:  MY SON WILL HELP ME.  HE WAS THE ONE WHO

12:24PM   16   STARTED ALL OF THIS VIRUS IN THE HOME.  SO COULD YOU -- HE'S

12:24PM   17   WILLING TO WRITE DOWN THE INFORMATION.

12:24PM   18         I AM SORRY.  WHAT IS IT?

12:24PM   19             MR. MOLUMPHY:  MY NUMBER IS 650-259-3224, AND THAT

12:24PM   20   IS MY DIRECT DIAL.  I WILL RESPOND IMMEDIATELY.

12:24PM   21             MS. LEE:  THANK YOU.

12:24PM   22         SON, PLEASE WRITE WHERE I CAN UNDERSTAND YOUR HANDWRITING.

12:24PM   23             THE COURT:  MS. LEE, COULD YOU REPEAT THAT NUMBER.

12:24PM   24   I JUST WANT TO MAKE SURE YOU HAVE THE CORRECT NUMBER.

12:24PM   25             MS. LEE:  650-259-3221.
```

```
12:24PM   1              MR. MOLUMPHY:  3224.

12:25PM   2              MS. LEE:  3224.  SEE, I THOUGHT IT WAS -- IT LOOKS

12:25PM   3     LIKE A 4 AND IT IS A 1.  I'M WAITING TO GET MY PRESCRIBED ONES.

12:25PM   4         LIKE I SAID, I'VE BEEN AN APPLE CUSTOMER GOING ON FOR

12:25PM   5     SIX YEARS AND JUST THE OTHER DAY, AS I REPEAT, I RECEIVED -- I

12:25PM   6     COULDN'T EVEN AFFORD TO GET MYSELF AN APPLE PHONE.  I JUST WENT

12:25PM   7     AHEAD AND GOT THOSE THREE, YOU KNOW.

12:25PM   8         AND OVER THE YEARS I WANTED TO GO TO APPLE AND HAVE

12:25PM   9     INSURANCE AND STILL HAVE HAD TO COME OUT OF POCKET AND, YES, WE

12:25PM  10     HAVE HAD TECHNOLOGY ISSUES, BUT BEING THAT WHEN I GOT WITH

12:25PM  11     APPLE I WAS IPHONE FOREVER, AND THAT'S WHY I'VE BEEN REMAINING

12:25PM  12     WITH THEM.

12:25PM  13         BUT AGAIN, I REPEAT AFTER A PERIOD OF TIME, IT LOOKED LIKE

12:25PM  14     THE PHONES ARE DESIGNED TO HAVE YOU TO HAVE TO GET ANOTHER ONE

12:25PM  15     AND HAVING TECHNOLOGY ISSUES AND WHAT HAVE YOU.

12:26PM  16         AND I JUST CAME UP WITH MONEY THAT I JUST REALLY DIDN'T

12:26PM  17     HAVE AND WHAT I'M TRUSTING THAT, YOU KNOW, AS I HAVE BEEN WITH

12:26PM  18     YOU ALL OR WITH APPLE FOR GOING ON SIX YEARS THIS MONTH, YOU

12:26PM  19     KNOW -- WELL, FIVE YEARS THIS MONTH, GOING ON SIX YEARS, GOD

12:26PM  20     SAID THE SAME.  YOU KNOW, I'VE BEEN A VALUED CUSTOMER.  AND I

12:26PM  21     FEEL THAT THOSE 12, THEY OUGHT TO INCLUDE ME WITH ONE, BUT PLUS

12:26PM  22     COMPENSATION WITH A PHONE FOR MYSELF.

12:26PM  23              THE COURT:  WELL, MS. LEE, THANK YOU FOR JOINING THE

12:26PM  24     CALL.  I'M GLAD THAT WE WERE ABLE TO GET YOUR CONTACT

12:26PM  25     INFORMATION.  AND I'M GLAD MR. MOLUMPHY AND HIS FIRM -- YOU CAN
```

12:26PM 1    REACH OUT TO HIM.

12:26PM 2         PARDON MY PRESUMPTION, I'M GOING TO SPEAK ON BEHALF OF

12:26PM 3    MR. CHORBA AND HIS CLIENT, APPLE, I'M SURE THEY APPRECIATE YOUR

12:26PM 4    LOYALTY.

12:26PM 5         MR. CHORBA, ANYTHING YOU WANT TO SAY, SIR?

12:26PM 6              MR. CHORBA:  YES, YOUR HONOR.  I APPRECIATE IT.

12:26PM 7         I WANT TO THANK MS. LEE FOR SHARING THAT.  IF MR. MOLUMPHY

12:26PM 8    CAN CONTACT ME, I'M ABSOLUTELY POSITIVE WE CAN DO SOMETHING FOR

12:26PM 9    MS. LEE.  EVEN IF HER DEVICES AREN'T ON THE LIST, WE'LL MAKE

12:27PM 10   SURE THAT SHE'S TAKEN CARE OF.  WE APPRECIATE THAT.

12:27PM 11             THE COURT:  ALL RIGHT.

12:27PM 12             MS. LEE:  WELL, I DO HAVE INFORMATION AND

12:27PM 13   DOCUMENTATIONS THAT BEFORE T MOBILE TOOK OVER THAT THEY PULLED

12:27PM 14   UP FOR ME.  I DON'T KNOW, I HAVE --

12:27PM 15             THE COURT:  SO, MS. LEE, MS. LEE, MS. LEE, I DON'T

12:27PM 16   WANT YOU TO SHARE ANY OF THAT INFORMATION ON THIS CALL.

12:27PM 17             MS. LEE:  OKAY.

12:27PM 18             THE COURT:  WHAT I WANT YOU TO DO IS TO REACH OUT TO

12:27PM 19   MR. MOLUMPHY'S LAW FIRM OR MR. COTCHETT'S LAW FIRM, AND THEY

12:27PM 20   WILL CAPTURE THAT INFORMATION THAT WILL ASSIST THEM IN

12:27PM 21   PROCESSING YOUR CLAIM.

12:27PM 22        ALL RIGHT, MA'AM?

12:27PM 23             MS. LEE:  OKAY.  THANK YOU, YOUR HONOR.

12:27PM 24             THE COURT:  GREAT.  THANK YOU.

12:27PM 25             MS. LEE:  AND HAPPY HOLIDAYS TO YOU ALL.

12:27PM 1          THE COURT:  YOU AS WELL, AND WE WISH YOU A HEALTHY

12:27PM 2   AND SPEEDY RECOVERY, YOU AND YOUR FAMILY.

12:27PM 3          MS. LEE:  THANK YOU.  I APPRECIATE.

12:27PM 4          THE COURT:  YOU'RE WELCOME, MA'AM.  I APPRECIATE IT.

12:27PM 5          MS. LEE:  THANK YOU FOR HEARING ME OUT.

12:27PM 6          THE COURT:  YOU'RE VERY WELCOME.

12:27PM 7          MS. LEE:  SO DO I GET OFF NOW OR --

12:27PM 8          THE COURT:  YES.

12:27PM 9          MS. LEE:  I CAN REMAIN ON.

12:27PM 10         THE COURT:  YOU CAN REMAIN ON BUT MUTE YOUR PHONE IF

12:27PM 11  YOU WOULD, PLEASE.

12:28PM 12     MS. KRATZMANN.

12:28PM 13         THE CLERK:  YES.  THERE ARE TWO OTHER INDIVIDUALS.

12:28PM 14  A WILLIE WU.  ALL RIGHT.

12:28PM 15         THE COURT:  ALL RIGHT.  IS MR. WU PRESENT?

12:28PM 16         MR. WU:  HI.  THIS IS WILLIE WU, W-U.

12:28PM 17         THE COURT:  CAN YOU PUT YOUR SCREEN ON?

12:28PM 18         MR. WU:  OKAY.  HI, YOUR HONOR.  THANK YOU FOR THIS

12:28PM 19  OPPORTUNITY.

12:28PM 20     I JUST ACTUALLY FOUND THIS CASE, AND I JUST JOINED BY

12:28PM 21  RANDOM OPPORTUNITY.  I, I AM A TECHNICAL ENGINEER, AND YOU CAN

12:28PM 22  SAY I'M THE MOBILITY ENGINEER.  I DEAL WITH IPHONE FOR MAYBE

12:28PM 23  MORE THAN 10 OR 15 YEARS, 10 YEARS.

12:29PM 24     AND I NOTICED WHEN APPLE RELEASED THE IOS 12, A LOT OF

12:29PM 25  BATTERY PERFORMANCE BECOME SLOWER AND I -- MY FAMILY IS ABOUT

12:29PM  1    EIGHT PEOPLE, ALL OF THEM ARE USING THE IPHONE.  AND SOME OF

12:29PM  2    THE IPHONE BATTERY LIFE BECOMES SHORTER AND SHORTER.

12:29PM  3              THE COURT:  MR. WU, ARE YOU IN THIS CASE, SIR?

12:29PM  4              MR. WU:  NO, NO.

12:29PM  5              THE COURT:  OH.

12:29PM  6              MR. WU:  LIKE I SAY IN THE BEGINNING, I RANDOMLY

12:29PM  7    FOUND THIS CASE.

12:29PM  8              THE COURT:  SO, MR. WU, MR. WU, THANK YOU.  THIS

12:29PM  9    IS -- TODAY'S DATE IS FOR ME TO HEAR FROM PEOPLE WHO ARE

12:29PM  10   INVOLVED IN THIS PARTICULAR LAWSUIT.  IT'S NOT AN OPPORTUNITY

12:29PM  11   TO TALK ABOUT OTHER APPLE PRODUCTS OR OTHER ITEMS THAT ARE NOT

12:29PM  12   RELATED TO THIS LAWSUIT.

12:30PM  13              MR. WU:  UNDERSTAND.  OKAY.

12:30PM  14              THE COURT:  SO, SIR, YOU'RE NOT A CLAIMANT TO THIS

12:30PM  15   LAWSUIT.  SO, SIR, I APPRECIATE YOUR COMMENTS SO FAR, BUT I'M

12:30PM  16   NOT ABLE TO HEAR ANYTHING FURTHER FROM YOU UNLESS IT IS PART OF

12:30PM  17   THIS.

12:30PM  18         THANK YOU, MR. WU.  IT WAS A PLEASURE IN MEETING YOU.

12:30PM  19         MS. KRATZMANN.

12:30PM  20              THE CLERK:  YES.  THERE WAS A DAVID HOLLANDER.

12:30PM  21              THE COURT:  MR. HOLLANDER, DAVID HOLLANDER?

12:30PM  22         OKAY.  I SEE OR HEAR NO RESPONSE.

12:30PM  23              THE CLERK:  YOUR HONOR, THERE IS AN INDIVIDUAL

12:30PM  24   IDENTIFIED AS R-A-I, R-A-I WHO HAS RAISED THEIR HAND.  I'M NOT

12:30PM  25   SURE WHO THAT INDIVIDUAL IS, BUT I'M ASSUMING THAT INDIVIDUAL

12:30PM 1    WISHES TO ADDRESS THE COURT.

12:30PM 2              THE COURT:  LET'S, LET'S -- WHY DON'T YOU PROMOTE

12:30PM 3    THAT PERSON.

12:31PM 4              THE CLERK:  YES, YOUR HONOR.

12:31PM 5         COULD THE INDIVIDUAL OF R-A-I, R-A-I PLEASE IDENTIFY

12:31PM 6    YOURSELF?  YOU'VE NOW BEEN PROMOTED.

12:31PM 7         COULD YOU ENGAGE YOUR VIDEO AND YOUR AUDIO, PLEASE.

12:31PM 8              MS. RICHARDSON:  HI.  HOW ARE YOU DOING?

12:31PM 9              THE COURT:  YES.  GOOD MORNING.  MAY I KNOW YOUR

12:31PM 10   NAME, PLEASE.

12:31PM 11             MS. RICHARDSON:  MY NAME IS RAI RICHARDSON.

12:31PM 12             THE COURT:  OKAY.  ARE YOU A MEMBER OF THIS CLASS,

12:31PM 13   MS. RICHARDSON?

12:31PM 14             MS. RICHARDSON:  I AM.  ME AND MY FAMILY IS A MEMBER

12:31PM 15   OF THIS CLASS, AND WE HAVE LIKE FIVE IPHONES.  WE DID THE CLAIM

12:31PM 16   WITHIN THE TIMEFRAME, AND WE STILL CURRENTLY ARE USING THE

12:31PM 17   PHONES.

12:31PM 18        THEY DO HAVE SHORT LIFE OF BATTERY.  THEY DO GLITCH, AND

12:32PM 19   WE JUST WANT APPLE TO -- BECAUSE WE PAID MORE THAN $25 FOR THE

12:32PM 20   PHONES, AND WE'RE STILL USING THE PHONES.  AND WE DO UPDATE IF

12:32PM 21   THEY TELL US TO DO THEM.

12:32PM 22        WE'VE BEEN AN IPHONE USER SINCE 2010 AND SO THAT'S

12:32PM 23   TEN YEARS OF BEING AN IPHONE USER.  AND WE WANT APPLE TO

12:32PM 24   RECOGNIZE THAT THEY DID HAVE A PROBLEM WITH THEIR SYSTEMS AND

12:32PM 25   WE JUST REALLY WANT -- I REALLY WANT MY FAMILY TO HAVE

12:32PM 1     SOMETHING THAT THEY CAN RELY ON BECAUSE WE DO LIVE IN A

12:32PM 2     TIMEFRAME THAT WE CAN'T COME OUTSIDE.

12:32PM 3          AND I JUST REALLY WANT APPLE TO RECOGNIZE WHAT THEY HAVE

12:32PM 4     DONE, AND WE NEED TO BE PAID MORE THAN $25.

12:32PM 5               THE COURT:  OKAY.  ALL RIGHT.  THANK YOU VERY MUCH.

12:32PM 6     I APPRECIATE YOU BEING A PART OF OUR CONVERSATION THIS MORNING.

12:33PM 7               MS. RICHARDSON:  THANK YOU.

12:33PM 8               THE COURT:  I'LL NOTE YOUR COMMENTS, AND I'LL NOTE

12:33PM 9     THEM.  THANK YOU.

12:33PM 10              MS. RICHARDSON:  YOU ARE VERY WELCOME.

12:33PM 11              THE CLERK:  YOUR HONOR, I BELIEVE THERE REMAINS ONE

12:33PM 12    INDIVIDUAL ON THE CLASS MEMBER LIST, ANNA ST. JOHN WHO IS

12:33PM 13    REPRESENTED.

12:33PM 14              THE COURT:  YES, I'M AWARE OF THAT.

12:33PM 15              MR. GRAVES:  I'M SORRY TO INTERRUPT.  I'M

12:33PM 16    ALLEN GRAVES, AND I'M REGISTERED, AND YOU PROMOTED ME.  I

12:33PM 17    HAVEN'T BEEN CALLED ON.  I DON'T NEED TO GO NOW, BUT IT LOOKS

12:33PM 18    LIKE I'VE BEEN OVERLOOKED.

12:33PM 19              THE COURT:  WELL, YOU HAVE BEEN.  I DON'T SEE YOU ON

12:33PM 20    THE LIST HERE, MR. GRAVES.

12:33PM 21              THE CLERK:  IF I COULD DIRECT YOU TO PAGE 2,

12:33PM 22    YOUR HONOR.

12:33PM 23              THE COURT:  YES, I HAVE IT, MS. KRATZMANN.

12:33PM 24         I HAVE -- YES.  YOU'RE APPEARING FOR MR. SAUNDERS,

12:33PM 25    MR. GRAVES?

12:33PM  1          MR. GRAVES:  I AM, YOUR HONOR.

12:33PM  2          THE COURT:  WHAT IS IT YOU WOULD LIKE ME TO KNOW?

12:33PM  3          MR. GRAVES:  THANK YOU, YOUR HONOR.

12:33PM  4      I KNOW WHEN A SETTLEMENT LIKE THIS IS MARCHED TO THIS

12:34PM  5  STAGE OF THE PROCEEDING IT HAS SORT OF ITS OWN INERTIA.  AND

12:34PM  6  WHEN OBJECTORS COME TO YOU AND SAY IT'S TIME TO SAY NO, THAT IS

12:34PM  7  A HARD DECISION TO MAKE.  THE THING HAS A LIFE OF ITS OWN, AND

12:34PM  8  IT'S SORT OF MOVING FORWARD.

12:34PM  9      BUT THERE IS A TREMENDOUS AMOUNT OF GOOD THAT COULD BE

12:34PM  10  DONE SAYING NO IN THIS INSTANCE, YOUR HONOR, AND THAT GOOD CAN

12:34PM  11  BE DONE BECAUSE YOU ARE RIGHT, THE COUNSEL IN THIS CASE ARE

12:34PM  12  VERY TALENTED.  THEY'RE NOT LITIGATION MACHINES.

12:34PM  13      IF YOU SAY NO, THEY WILL COME BACK WITH A BETTER DEAL AND

12:34PM  14  IT CAN BE BETTER IN THE FOLLOWING WAYS:  AS HAD BEEN NOTED BY

12:34PM  15  SOME OTHER SPEAKERS, THE CLASS MEMBERS WHO RECEIVED NOTICE AND

12:34PM  16  DECIDED TO OBJECT OR NOT RECEIVED NOTICE OF A $500 MILLION

12:34PM  17  SETTLEMENT.  YOUR HONOR AUTHORIZED THAT NOTICE.

12:34PM  18      WHEN YOU AUTHORIZED THAT NOTICE, YOU DID NOT KNOW THAT

12:34PM  19  COUNSEL HONESTLY BELIEVED THAT THERE WOULD BE BETWEEN A 4 AND 5

20  PERCENT RESPONSE RATE.  NOWHERE NEAR ENOUGH TO EVER GET THE

21  PAYMENT ABOVE THE $310 MILLION BASE SETTLEMENT.

22      IF YOU WANT THE CLASS MEMBERS TO CONSIDER THE SETTLEMENT,

23  THEY WOULD NEED TO BE TOLD THE TRUTH, IT'S A $310 MILLION

24  SETTLEMENT.

25      IN ORDER TO BECOME A $315 MILLION SETTLEMENT -- WE CAN'T

1    TELL BECAUSE WE HAVEN'T GOTTEN A LOT OF NUMBERS FROM THE

2    PROPONENTS OF THE SETTLEMENT -- PROBABLY A 15 PERCENT RESPONSE

3    RATE WOULD BE REQUIRED.  THE $310 TO $500 MILLION RANGE IS

4    SIMPLY NOT --

5            THE CLERK:  YOUR HONOR, PARDON THE INTERRUPTION.

6    THE COURT REPORTER HAS BEEN KICKED OFF AGAIN.

7            THE COURT:  ALL RIGHT.  WE LOST OUR COURT REPORTER.

8        MR. GRAVES, IF YOU WOULD MARK YOUR PLACE IN YOUR NOTES,

9    AND WE WILL HAVE TO WAIT FOR JUST A MOMENT.

10       AFTER MR. GRAVES, MR. FRANK WILL TELL US THAT WE HAVE

11   SAVED THE BEST FOR LAST, AND WE WILL HEAR FROM HIM.

12           THE CLERK:  YOUR HONOR, THERE IS ANOTHER INDIVIDUAL

12:36PM  13   WHO HAS RAISED HIS HAND, ZACHARY LEVENTER.

12:36PM  14           THE COURT:  ALL RIGHT.  THANK YOU.

12:36PM  15       THIS IS NOT AN OPEN FORUM.  PEOPLE HAVE TO HAVE REGISTERED

12:36PM  16   TO SPEAK.  I DID PROVIDE SOME LEEWAY WITH INDIVIDUALS, BUT I AM

12:36PM  17   NOT GOING TO OPEN THE FLOOR TO ALLOW THOSE WHO HAVEN'T

12:36PM  18   REGISTERED TO SPEAK.  WE HAD A PROCESS FOR THAT.

12:36PM  19       WE'VE NOW BEEN ENGAGED IN THIS VERY IMPORTANT HEARING FOR

12:36PM  20   ABOUT TWO AND A HALF HOURS, AND COUNSEL WHO ARE IN MANY

12:36PM  21   DIFFERENT TIME ZONES HAVE BEEN PATIENTLY WAITING TO BE HEARD.

12:36PM  22       SO LET ME WAIT UNTIL WE GET OUR COURT REPORTER BACK, AND

12:36PM  23   WE WILL CONTINUE.

12:36PM  24       (PAUSE IN PROCEEDINGS.)

12:36PM  25           THE COURT:  WE ARE BACK ON THE RECORD.  ALL PARTIES

12:36PM 1      PREVIOUSLY PRESENT ARE PRESENT ONCE AGAIN.

12:36PM 2           MR. GRAVES.

12:36PM 3                MR. GRAVES:  THANK YOU, YOUR HONOR.

12:36PM 4           SO THE NUMBERS THAT HAVE BEEN PRESENTED TO THE COURT ARE

12:36PM 5      NOT A BIG DEAL.  THIS DEAL NEVER HAD A REAL CHANCE OF APPLE

12:36PM 6      PAYING MORE THAN $310 MILLION, AND WE KNOW IT BECAUSE IF YOU

12:36PM 7      LOOK AT DOCKET 415, PAGE 18, LINE 3, CLASS COUNSEL SAYS THAT

12:36PM 8      THEY REALLY ONLY EXPECTED A 4 TO 5 PERCENT RESPONSE RATE.  THE

12:36PM 9      MATH DOES NOT ADD UP TO THAT BEING MORE THAN $310 MILLION.

12:36PM 10          AND WHAT HAPPENS IF YOU SAY NO.  IF YOU SAY NO THE PARTIES

12:37PM 11     WILL GO BACK AND COME BACK WITH A DEAL AT A FLAT NUMBER THAT IS

12:37PM 12     HIGHER THAN $310 MILLION, AND THAT IS JUST BETTER.

12:37PM 13          WE SENT A NOTICE TO THE CLASS THAT HEADLINED 500 MILLION.

12:37PM 14     THAT NUMBER WASN'T REAL.  WE KNEW IT WASN'T REAL BECAUSE WE

12:37PM 15     KNEW WHAT THE PARTICIPATION RATES WOULD BE.  IF YOU SAY NO,

12:37PM 16     WE'LL COME BACK WITH A DEAL THAT HAS A REAL NUMBER.  THAT WOULD

12:37PM 17     BE BETTER.

12:37PM 18          IT WOULD ALSO RESOLVE A PROBLEM WITH FEES.  YOU'VE HEARD A

12:37PM 19     LOT ABOUT FEES TODAY.  GENERALLY I THINK COUNSEL DO EXCELLENT

12:37PM 20     WORK, AND THEY SHOULD BE COMPENSATED AT 25 PERCENT OF WHAT THEY

12:37PM 21     RECOVERED.

12:37PM 22          COUNSEL SOUGHT 28.5 PERCENT, PRESUMABLY SEEKING CREDIT FOR

12:37PM 23     SOME PORTION OF 190 MILLION AND THAT WAS NEVER, EVER GOING TO

12:37PM 24     GET PAID.  IT WAS ALWAYS AN ILLUSION FROM THE BEGINNING.

12:37PM 25          COUNSEL SHOULD BE PAID 25 PERCENT OF WHAT THEY RECOVERED,

BUT THAT COULD BE MORE.

IF YOU SAY NO, YOUR HONOR, YOU WILL SEE A DEAL FOR MORE THAN $310 MILLION AND LESS THAN 500 MILLION, AND COUNSEL SHOULD GET 25 PERCENT OF THAT.  THAT MAY BE A LARGER NUMBER THAN WHAT THEY ARE REQUESTING NOW.  BUT THEY SHOULD GET 25 PERCENT OF REAL MONEY THAT IS PAID TO REAL PEOPLE, NOT 28.5 PERCENT OF PRETEND MONEY THAT WAS NEVER GOING TO GET PAID TO ANYONE.

THE NEXT PROBLEM THAT YOU'LL FIX IF YOU SAY NO IS YOU'LL GET VALUATION DATA.  ALMOST ASTOUNDINGLY THE MOVING PAPERS JUST HAVE ONE SENTENCE ABOUT THE VALUATION.  AT DOCKET NUMBER 470 AT LINE 911, ALL WE KNOW IS THAT AN UNNAMED EXPERT VALUED THE CASE BETWEEN $18 AND $46 PER ITEM.  YOU HAVE NO IDEA HOW THAT NUMBER WAS REACHED.  I HAVE NO IDEA HOW THAT NUMBER WAS REACHED.  I HAVE NO WAY TO ACCESS THE UNDERLYING ASSUMPTIONS, THE UNDERLYING DATA.

HOW DID WE GET THERE?  NO ONE KNOWS.

YOU CAN DO BETTER, YOUR HONOR, AND THEY CAN DO BETTER.

AGAIN, YOU'RE NOT WRONG.  THESE ARE GREAT LAWYERS.  IF YOU SAY COME BACK WITH MORE, THEY WILL, AND THEY SHOULD.

WE SHOULD KNOW HOW WE GOT TO A VALUATION OF $18 TO $46. IF YOU DO THE MATH, AGAIN, WHICH IS SPARSE IN THE PLEADINGS, IT APPEARS TO BE ABOUT A 93 PERCENT DISCOUNT FROM THE $46 PER PHONE NUMBER.  WE HAVE NO MATH TO SUPPORT THAT.  WE DON'T KNOW HOW THAT NUMBER CAME TO EXIST.

I'M NOT SAYING IT'S A BAD NUMBER, BUT YOU SHOULD HAVE MORE

12:39PM  1    TO SUPPORT IT.  YOU SHOULD HAVE SOME BASIS BY WHICH TO ACTUALLY

12:39PM  2    CALCULATE THE VALUE.

12:39PM  3         THE NEXT THING YOU'LL GET IF YOU SAY NO, YOUR HONOR, IS A

12:39PM  4    LEGALLY VIABLE RELEASE.

12:39PM  5         IF YOU LOOK, YOUR HONOR, AT MANCHOUCK V. MODELEZ THAT IS

12:39PM  6    213 U.S. DISTRICT LEXIS 80132 FROM 2013, THE RELEASE SHOULD BE

12:39PM  7    LIMITED ONLY TO CLAIMS CERTIFIED FOR CLASS TREATMENT.  LANGUAGE

12:39PM  8    RELEASING CLAIMS THAT COULD HAVE BEEN BROUGHT IS TOO VAGUE.

12:39PM  9         THE RELEASE IN THIS CASE HAS EXACTLY THAT PROHIBITED

12:39PM 10    LANGUAGE.  YOU SHOULD NOT ASK THESE FOLKS WHO ARE ONLY GETTING

12:39PM 11    PAID $25 TO $60 TO RELEASE ANY CLAIMS THAT COULD HAVE BEEN

12:39PM 12    BROUGHT BASED ON THE FACTS ALLEGED IN THIS COMPLAINT.  IT'S NOT

12:39PM 13    A REALISTIC RELEASE FOR A REAL CONSUMER TO PARSE.

12:39PM 14         HOW AM I TO KNOW WHAT CLAIMS HAVE BEEN BROUGHT?  I'M A

12:39PM 15    LAYPERSON.  EVEN IF I'M A CAREFUL LAYPERSON, I READ THE

12:39PM 16    COMPLAINT, HOW ON EARTH MIGHT I EVER GET MY HEAD AROUND ALL OF

12:39PM 17    THE CLAIMS THAT COULD HAVE BEEN BROUGHT?

12:40PM 18         THE RELEASE SHOULD NOT EXTEND BEYOND THE CLAIMS THAT

12:40PM 19    YOUR HONOR IS CERTIFYING AS PART OF THE SETTLEMENT CLASS.

12:40PM 20    THAT'S IT.  THERE IS EXISTING LAW THAT SAYS THAT LANGUAGE

12:40PM 21    SHOULD COME OUT.  IT WILL COME OUT.  THE DEAL WILL BE BETTER.

12:40PM 22         THE OTHER THING YOU'LL GET IS A REAL POLL OF WHAT PEOPLE

12:40PM 23    THINK OF THE SETTLEMENT.  THERE'S A COUPLE OF ELEMENTS OF THE

12:40PM 24    NOTICE PROCESS THAT DISCOURAGES PEOPLE FROM OBJECTING.  NOW

12:40PM 25    HAVING SPENT 2 HOURS AND 40 MINUTES YOUR HONOR MIGHT NOT FEEL

12:40PM 1    LIKE YOU'VE DISCOURAGED ANYONE.  I THINK THE CUMULATIVE EFFECT

12:40PM 2    MIGHT LEAD ME TO THINK THAT WE HAVE LOTS OF IMPACTS, BUT THE

12:40PM 3    WAY THE NOTICE WORKED LEFT LOTS OF ROOM FOR CONFUSION.

12:40PM 4        PARAGRAPH 6.4 OF THE SETTLEMENT SAYS THAT OBJECTIONS MUST

12:40PM 5    BE RECEIVED BY THE SETTLEMENT ADMINISTRATOR; PARAGRAPH 6.6 SAYS

12:40PM 6    THAT THEY HAVE TO GO TO THE COURT.  IT'S JUST A MISTAKE.  BUT

12:40PM 7    IF YOU SAY NO, THEY'LL FIX IT, AND YOU CAN HAVE A SETTLEMENT

12:40PM 8    AGREEMENT THAT IS CONSISTENT WITH THESE THINGS.

12:40PM 9        PARAGRAPH 6.6 OF THE SETTLEMENT AGREEMENT AND THE NOTICE

12:40PM 10   BOTH REQUIRE ANY OBJECTOR TO PROVIDE PROOF UNDER OATH OF

12:41PM 11   MEMBERSHIP FROM THE SETTLEMENT CLASS.  THAT IS NOT A REASONABLE

12:41PM 12   BURDEN TO PUT UPON A LAYPERSON.

12:41PM 13       WHEN MY OFFICE UNDERTOOK THIS, WE HAD A FIVE MINUTE

12:41PM 14   MEETING TO GO FIGURE OUT WHAT CONSTITUTED PROOF.  IT'S NOT

12:41PM 15   UNDOABLE, BUT IT REQUIRED SOME THOUGHT.  SOME CONVERSATION FOR

12:41PM 16   A ROOM OF TALENTED LAWYERS.

12:41PM 17       THAT SHOULD NOT BE A REQUIREMENT FOR VOICING ONE'S OPINION

12:41PM 18   ABOUT THE SETTLEMENT.

12:41PM 19       THERE'S ANOTHER REASON THAT THAT REQUIREMENT NEEDS TO GO

12:41PM 20   AWAY, AND IT'S BECAUSE IT CREATES A CONFLICT FOR CLASS COUNSEL.

12:41PM 21   A NUMBER OF INDIVIDUALS FILED OBJECTIONS BUT FAILED TO MEET

12:41PM 22   PROOF REQUIREMENT BECAUSE IT IS DIFFICULT AND BECAUSE THEY

12:41PM 23   AREN'T LAWYERS.

12:41PM 24       CLASS COUNSEL HAS FILED PAPERS SAYING THAT THESE

12:41PM 25   INDIVIDUALS, HIS OWN CLIENTS, SHOULD NOT BE HEARD BY THIS COURT

12:41PM  1    AND THAT INDIVIDUALS WHO FAILED TO PROVIDE PROOF SHOULD NOT

12:41PM  2    HAVE THEIR OPINIONS CONSIDERED.

12:41PM  3        WELL, THAT'S A HORRIBLY CONFLICTING POSITION TO PUT ANY

12:41PM  4    ATTORNEYS IN.  WE SHOULD NOT PUT THRESHOLDS BETWEEN PEOPLE WHO

12:41PM  5    ARE CLASS MEMBERS AND WANT TO COMMENT AND THEIR VOICE TO BE

12:41PM  6    HEARD BY THE COURT.  ANYONE WHO OWNED ONE OF THESE DEVICES

12:42PM  7    SHOULD BE ALLOWED TO COMMENT AND REQUIRING AN OBJECTOR TO

12:42PM  8    SUBMIT A SWORN STATEMENT PROVING THEIR MEMBERSHIP IN THE CLASS

12:42PM  9    BASICALLY CUTS OUT ANYONE WHO DOESN'T HAVE A LAWYER TO

12:42PM  10   INTERPRET THIS FOR THEM AND HELP THEM PROVIDE PROOF, AND IT

12:42PM  11   PUTS CLASS COUNSEL IN THE UNTENABLE POSITION OF TRYING TO LOCK

12:42PM  12   HIS OWN CLIENTS OUT OF THE COURTROOM.  A BETTER NOTICE WOULD

12:42PM  13   NOT IMPOSE THIS REQUIREMENT.

12:42PM  14       THIS IS NOT TO SAY THAT THIS IS BAD FOR THE SETTLEMENT.  A

12:42PM  15   BETTER NOTICE THAT DIDN'T IMPOSE THAT REQUIREMENT MIGHT GET

12:42PM  16   MORE POSITIVE COMMENTS, TOO, BUT YOU WOULD BE ABLE TO HEAR FROM

12:42PM  17   REAL PEOPLE WHO OWN REAL PHONES AND NOT JUST LAWYERS.  YOU

12:42PM  18   WOULD GET MORE RESPONSE FROM CLASS MEMBERS, PERHAPS MORE

12:42PM  19   POSITIVE THAN NEGATIVE, BUT THIS BURDENSOME REQUIREMENT THAT

12:42PM  20   WHEN EXECUTING A SWORN AFFIDAVIT PROVING CLASS OWNERSHIP LOCKS

12:42PM  21   PEOPLE OUT OF COURT INAPPROPRIATELY AND PUTS CLASS COUNSEL IN

12:42PM  22   AN UNTENABLE POSITION OF TRYING TO LOCK HIS OWN CLIENTS OUT OF

12:42PM  23   THE COURTROOM.

12:42PM  24       SO WHAT ARE THE BENEFITS OF SAYING NO TODAY?  IF YOU SAY

12:42PM  25   NO, YOU GET A DEAL WITH THE REAL NUMBER AND THE CLASS CAN KNOW

12:42PM  1    THE TRUTH ABOUT WHAT THE NUMBER IS.  IT WILL BE MORE THAN

12:42PM  2    $310 MILLION.  IT WILL BE LESS THAN 500.  A NEW DEAL WOULD GIVE

12:43PM  3    AN ACCURATE VALUE ON NOTICES SO CLASS MEMBERS COULD KNOW WHAT

12:43PM  4    THEY'RE GETTING AND NOT SEE A $500 MILLION HEADLINE THAT IS

12:43PM  5    NEVER GOING TO COME TRUE.  A NEW DEAL COULD COME WITH SOME DATA

12:43PM  6    ON VALUATIONS SO SPREADSHEET LOVING FOLKS LIKE MYSELF COULD

12:43PM  7    ACTUALLY DIVE INTO THESE VALUATIONS AND HAVE AN OPINION BECAUSE

12:43PM  8    HONESTLY I CAN'T POSSIBLY KNOW.  I CAN'T AFFORD AN OPINION ON

12:43PM  9    HOW THESE THINGS WERE VALUED BECAUSE NO DATA HAS BEEN

12:43PM  10   SUBMITTED.

12:43PM  11       A NEW DEAL WILL COME WITH THE RELEASE THAT DOES NOT

12:43PM  12   VIOLATE LAW IN THIS DISTRICT BY RELEASING ALL CLAIMS THAT COULD

12:43PM  13   HAVE BEEN BROUGHT WHICH CANNOT BE PARSED BY A CLASS MEMBER.

12:43PM  14       AND THE NEW DEAL WOULD COME WITH A NOTICE THAT DOES NOT

12:43PM  15   DISCOURAGE CLASS MEMBERS FROM COMMENTING.

12:43PM  16       SO YOUR HONOR SHOULD SAY NO TODAY, AND YOU SHOULDN'T SAY

12:43PM  17   NO FOREVER.  THEY'LL COME BACK WITH A DEAL THAT IS BETTER, BUT

12:43PM  18   THE RIGHT DEAL TODAY IS TO SAY NO.  IT IS HARD TO DO.  HUMANS

12:43PM  19   ARE NOT GOOD AT SAYING NO, BUT TODAY THE RIGHT MOVE AND THE

12:43PM  20   WISE MOVE IS TO SAY NO.

12:43PM  21           THE COURT:  THANK YOU, MR. GRAVES.  I APPRECIATE IT.

12:44PM  22       AND I THINK, MR. FRANK, ARE YOU STILL WITH US?

12:44PM  23           MR. FRANK:  YES, YOUR HONOR.

12:44PM  24           THE COURT:  THANK YOU.  LET'S CALL ON YOU TO SPEAK,

12:44PM  25   PLEASE.

12:44PM 1          MR. FRANK:  IT'S IN MY BRIEF, BUT I'M HAPPY TO

12:44PM 2    ANSWER ANY QUESTIONS THAT YOU HAVE.

12:44PM 3          THE COURT:  I AM SURPRISED BY YOUR RESPONSE.  YOU

12:44PM 4    HAVE APPEARED -- I'VE HAD THE PRIVILEGE OF HAVING YOU IN MY

12:44PM 5    COURTROOM PREVIOUSLY ON A FEW OCCASIONS, AND I ALWAYS BENEFIT

12:44PM 6    FROM YOUR COMMENTS.  SO PLEASE FEEL FREE TO TELL ME WHAT YOUR

12:44PM 7    THOUGHTS ARE.

12:44PM 8          MR. FRANK:  WELL, WE ONLY OBJECTED TO THE FEES.  I

12:44PM 9    WOULD AGREE THAT THERE'S NO REASON THAT THE SETTLEMENT COULD

12:44PM 10   NOT HAVE BEEN STRUCTURED TO PAY OUT $500 MILLION IF THE PARTIES

12:44PM 11   WERE ACTUALLY TRYING TO PAY OUT $500 MILLION AND THAT THE

12:44PM 12   NOTICE WAS MISLEADING ON THAT ACCOUNT.  WE DOCUMENTED SOME OF

12:44PM 13   THIS IN OUR OBJECTION, ALTHOUGH WE DO NOT OBJECT TO THE

12:45PM 14   SETTLEMENT.

12:45PM 15       BUT I THINK THERE IS A REAL PROBLEM WITH THE NOTICE.  AS

12:45PM 16   WE DOCUMENTED, MANY MILLIONS OF CLASS MEMBERS LIKELY HAD THE

12:45PM 17   NOTICE GO DIRECTLY TO THEIR SPAM BECAUSE IT WENT FROM A

12:45PM 18   MYSTERIOUS WEBSITE THAT WAS NOT WHITE LISTED BY GOOGLE INSTEAD

12:45PM 19   OF COMING FROM APPLE OR JUST NEGOTIATING WITH THE EMAIL

12:45PM 20   PROVIDERS IN ADVANCE TO ENSURE THE NOTICE WOULD NOT END UP IN A

12:45PM 21   SPAM FILE WHERE NOBODY WOULD SEE IT.

12:45PM 22       I HAVE TALKED TO MANY, MANY CLASS MEMBERS WHO ONLY KNOW

12:45PM 23   ABOUT THE SETTLEMENT BECAUSE THEY SAW NEWS COVERAGE AND THEN

12:45PM 24   LOOKED IN THEIR SPAN FOLDERS AND FOUND THE NOTICE IN THE SPAM

12:45PM 25   FOLDERS.  AND IF PEOPLE DIDN'T KNOW TO LOOK IN THEIR SPAM

12:45PM 1    FOLDERS, THEY WOULD HAVE NEVER SEEN THE NOTICE.

12:45PM 2        YOU SAID YOU DIDN'T WANT TO DEAL WITH THE ATTORNEYS' FEES

12:45PM 3    TODAY.  I'M HAPPY TO DISCUSS IT.  I'M HAPPY TO PUSH THAT OFF TO

12:45PM 4    ANOTHER HEARING.

12:46PM 5            THE COURT:  THANK YOU.  I DON'T THINK WE'LL GET TO

12:46PM 6    THE -- I'M QUITE CONFIDENT I'M NOT GOING TO MAKE ANY RULING

12:46PM 7    TODAY EITHER ON APPROVAL AND/OR INCLUDING ATTORNEYS' FEES

12:46PM 8    TODAY.

12:46PM 9        I WANTED TO TALK ABOUT THE SETTLEMENT PORTION TODAY, AND

12:46PM 10   THAT'S WHAT WE'RE GOING TO USE THE BALANCE OF OUR TIME TODAY TO

12:46PM 11   DO.

12:46PM 12       SO WHAT I THINK I'LL DO NOW -- AND I DON'T WANT TO CUT YOU

12:46PM 13   OFF, MR. FRANK, BUT JUST FOR EVERYONE'S KNOWLEDGE, I THINK WHAT

12:46PM 14   WE'LL DO IS I INTEND TO TAKE A BRIEF LUNCH BREAK -- AND WE'LL

12:46PM 15   PROBABLY COME BACK MAYBE ABOUT -- LET'S SEE, WHERE ARE WE?  OH

12:46PM 16   GOODNESS, WE'RE CLOSE TO 1:00 O'CLOCK, AREN'T WE?  MAYBE WE'LL

12:46PM 17   COME BACK AT 1:30, SOMETHING LIKE THAT, AND FINISH THE

12:46PM 18   DISCUSSION ABOUT THE SETTLEMENT.

12:46PM 19       I HOPE TO HEAR FROM -- I WILL TURN IT OVER TO PLAINTIFFS'

12:47PM 20   COUNSEL TO HEAR IF THEY HAVE RESPONSES ABOUT SOME OF THE

12:47PM 21   COMMENTS THAT HAVE BEEN MADE ABOUT THE SETTLEMENT.  I DO SO

12:47PM 22   JUST TO FOCUS US AND TO HAVE EVERYONE THINKING OVER THE NOON

12:47PM 23   BREAK.

12:47PM 24       THE CONCERN I HAVE IS THE -- I SUPPOSE IT'S RELATED TO THE

12:47PM 25   NOTICE, BUT IT'S ABOUT THE SERIAL NUMBER REQUIREMENT, THE

12:47PM 1    ATTESTATION REQUIREMENT SPECIFICALLY AS TO THE NNP'S, THE

12:47PM 2    CORPORATE CLIENTS, AND I THINK THERE WERE SOME OTHERS WHO MAY

12:47PM 3    HAVE BEEN REJECTED BECAUSE THEY DIDN'T HAVE SERIAL NUMBERS ON

12:47PM 4    THEIR PHONES.

12:47PM 5        I'M CURIOUS ABOUT WHETHER OR NOT WE CAN USE THE IMEI

12:47PM 6    NUMBERS, THE ESN NUMBERS, OR SOME OTHER TYPE OF IDENTIFIER THAT

12:47PM 7    WOULD BE SATISFACTORY.

12:47PM 8        I HEARD ABOUT APPLE HAS ALL OF THE SERIAL NUMBER

12:47PM 9    INFORMATION, THEY'RE THE REPOSITORY FOR ALL OF THAT, AND I'M

12:48PM 10   CURIOUS WHETHER OR NOT THEY CAN SOMEHOW ACCESS THEIR RECORDS IN

12:48PM 11   COORDINATION WITH THE ADMINISTRATOR TO ASSIST IF THERE IS GOING

12:48PM 12   TO BE OR IF THERE WAS GOING TO BE RENOTIFICATION OR SOME OTHER

12:48PM 13   CHANGE IN THE NOTICE TO CAPTURE FOLKS.

12:48PM 14       MR. FRANK, AS I SAID, YOU ALWAYS BRING INTERESTING

12:48PM 15   COMMENTS THAT ARE INFORMATIVE.  AND NOW YOU'RE TELLING ME,

12:48PM 16   WELL, THERE'S A SPAM ISSUE, AND THERE MAY BE PEOPLE WHO HAVE

12:48PM 17   MISSED THE DEADLINE BECAUSE THEY DIDN'T CHECK THEIR SPAM.

12:48PM 18       IN TODAY'S TECHNOLOGY WORLD, YOU KNOW, EMAIL NOTICE IS

12:48PM 19   SOMETHING THAT IS TYPICALLY GIVEN.  PEOPLE FROWN ON -- I THINK

12:48PM 20   THEY CALL IT SNAIL MAIL, DON'T THEY, AND OUR U.S. POSTAL

12:48PM 21   SERVICE COULD CERTAINLY USE THE BUSINESS OF, YOU KNOW, STAMPED

12:48PM 22   MAIL IN SENDING THAT OUT, AND I THINK THE -- I THINK THE

12:48PM 23   ADMINISTRATOR DID SOME OF THAT.

12:48PM 24           MR. FRANK:  YOUR HONOR, WE HAVE NO OBJECTION TO THE

12:48PM 25   USE OF EMAIL.  IN FACT, THIS VERY SETTLEMENT ADMINISTRATOR DID

12:49PM   1    A SETTLEMENT WITH GOOGLE, AND AS FAR AS I KNOW EVERYBODY GOT

12:49PM   2    THAT SETTLEMENT NOTICE IN THE GOOGLE BUZZ SETTLEMENT.

12:49PM   3              THE COURT:  OKAY.

12:49PM   4              MR. FRANK:  BUT WHAT HAPPENED HERE WAS INSTEAD OF

12:49PM   5    THE NOTICE IN THE GOOGLE BUZZ SETTLEMENT, THE SETTLEMENT WENT

12:49PM   6    THROUGH GOOGLE AND WENT TO PEOPLE'S GMAIL ACCOUNTS FROM GOOGLE

12:49PM   7    AND GOOGLE KNEW NOT TO SEND THAT TO THE SPAM FOLDER.

12:49PM   8         AS BEST WE CAN TELL NOBODY TALKED IN ADVANCE SAYING WE'RE

12:49PM   9    ABOUT TO SEND OUT A HUNDRED MILLION NOTICES, AND DON'T CALL IT

12:49PM   10   SPAM BECAUSE IT'S WITH ALL OF THE THINGS LIKE LINKS TO WEBSITES

12:49PM   11   AND IT'S A BLAST EMAIL THAT IS DUPLICATIVE, AND THE ARTIFICIAL

12:49PM   12   INTELLIGENCE IS GOING TO SEE THAT AS SPAM.  AND THERE'S AN

12:49PM   13   IPSE DIXIT IN THE SETTLEMENT ADMINISTRATOR'S DECLARATION SAYING

12:49PM   14   THAT, OH, THE SPAM PROBLEM WASN'T REALLY A PROBLEM, BUT THEY

12:49PM   15   HAVE NO BASIS FOR THAT.

12:49PM   16        AND THEY DON'T SAY THAT, YES, WE TALKED TO THE EMAIL

12:50PM   17   ADMINISTRATOR TO WHITE LIST THESE THINGS.  IT'S VERY, VERY EASY

12:50PM   18   AND POSSIBLE TO USE EMAIL AND GET EFFECTIVE NOTICE OUT, AND

12:50PM   19   THAT DID NOT HAPPEN HERE, AND THAT'S WHY THE CLAIMS RATE IS AS

12:50PM   20   LOW AS IT IS.

12:50PM   21        AND IN EFFECT, IT'S IRONIC BECAUSE THIS IS A LAWSUIT ABOUT

12:50PM   22   THROTTLING BUT THE CLAIM PROCESS WAS THROTTLED BETWEEN THAT AND

12:50PM   23   THE DIFFICULTY OF RETRIEVING SERIAL NUMBERS FOR MANY PEOPLE.

12:50PM   24              THE COURT:  BECAUSE OF THE SPAM ISSUE YOU'RE SAYING?

12:50PM   25              MR. FRANK:  YES, YOUR HONOR.

12:50PM  1        THE COURT:  BECAUSE OF THE POTENTIAL SPAM.

12:50PM  2        YOU KNOW, ONE THING, BEFORE WE BREAK FOR OUR NOON BREAK, I

12:50PM  3   SHOULD NOTE, AND I THINK EVERYONE KNOWS, THAT THIS RESOLUTION

12:50PM  4   WAS REACHED -- I COMMENTED ON THE SKILL OF THESE EXPERIENCED

12:50PM  5   LAWYERS INVOLVED IN THIS CASE, AND I DON'T THINK ANYONE

12:50PM  6   QUARRELS WITH THAT, BUT THIS SETTLEMENT WAS REACHED WITH THE

12:50PM  7   ASSISTANCE OF RETIRED JUDGE LAYN PHILLIPS WHO IS NATIONALLY

12:50PM  8   KNOWN, WORLDWIDE KNOWN, INTERNATIONALLY KNOWN AND IS A

12:50PM  9   WONDERFUL INDIVIDUAL, A MEDIATOR AND SETTLEMENT JUDGE IN MEGA

12:51PM 10   FUND AND OTHER CASES.  SO WE'RE BENEFITTED NOT JUST FROM

12:51PM 11   EXCELLENT COUNSEL BUT FROM GOOD JUDGE LAYN PHILLIPS WORK ON THE

12:51PM 12   SETTLEMENT.

12:51PM 13        NOW, I KNOW YOU'RE NOT BEING CRITICAL OF JUDGE PHILLIPS.

12:51PM 14   YOU'RE PERHAPS CRITICIZING THE FOUR SQUARES OF THE SETTLEMENT

12:51PM 15   THROUGH A REARVIEW MIRROR WHICH IS WHAT THIS HEARING IS

12:51PM 16   SUPPOSED TO DO, BUT I APPRECIATE THAT.  BUT THAT'S NOT LOST ON

12:51PM 17   ME.

12:51PM 18        JUDGE PHILLIPS ROLLED HIS SLEEVES UP AND ACHIEVED WHAT I

12:51PM 19   THINK IS A VERY APPROPRIATE SETTLEMENT IN THE CASE, AND NOW

12:51PM 20   WE'RE WORKING ON THE NUANCES AND FINE TUNING OF THIS.  SO I

12:51PM 21   APPRECIATE THAT.

12:51PM 22        MS. KRATZMANN, IF WE'RE GOING TO TAKE OUR BREAK NOW, DO WE

12:51PM 23   LEAVE -- WHAT DO WE DO?  COULD WE LEAVE THE SCREENS UP?

12:51PM 24             MR. NORRIS:  YOUR HONOR, COULD I SAY SOMETHING VERY

12:51PM 25   QUICKLY?

12:51PM   1           THIS IS JOHNNY NORRIS, AND I'M THE ONE REPRESENTING THE

12:52PM   2    308 OPT-OUTS.

12:52PM   3           THE COURT:  YES.

12:52PM   4           MR. NORRIS:  AS A PERSONAL FAVOR, YOUR HONOR, AND

12:52PM   5    SINCE WE ARE ON A COUPLE OF TIME ZONES DIFFERENTLY, COULD I ASK

12:52PM   6    THAT YOU REARRANGE THINGS A LITTLE BIT AND LET US BE HEARD ON

12:52PM   7    THIS MOTION RIGHT AFTER THE LUNCH BREAK?  WE DON'T REALLY HAVE

12:52PM   8    ANY INTEREST IN THE SETTLEMENT ITSELF.

12:52PM   9           THE COURT:  WELL, THANK YOU, MR. NORRIS.  I

12:52PM  10    APPRECIATE THAT.

12:52PM  11           ONE OF THE ISSUES ABOUT THE OPT-OUT IS THIS NOTICE ISSUE

12:52PM  12    AND WHETHER OR NOT -- YOU HEARD PEOPLE TALK ABOUT WHETHER

12:52PM  13    PEOPLE -- THIS SETTLEMENT THAT WOULD -- I LOOKED AT IT AT FIRST

12:52PM  14    AND I THOUGHT, WELL, THAT MIGHT ALLOW OF THE 308 OPT-OUTS TO BE

12:52PM  15    PART OF THIS CLASS.  IF WE REARRANGE THE SERIAL NUMBER, THE

12:52PM  16    ATTESTATION, THAT WOULD ALLOW YOU TO BE PART OF THIS CLASS.

12:52PM  17           BUT MY SENSE IS, SIR, YOU, WITH ALL GREAT RESPECT, DO NOT

12:53PM  18    WANT TO BE PART OF THE CLASS.

12:53PM  19           MR. NORRIS:  THAT'S CORRECT.  THAT'S CORRECT,

12:53PM  20    YOUR HONOR.

12:53PM  21           THE COURT:  YOU WOULD LIKE TO PURSUE YOUR OTHER

12:53PM  22    REMEDIES IN ANOTHER VENUE IT SOUNDS LIKE.

12:53PM  23           MR. NORRIS:  YES, YOUR HONOR, A SMALL CLAIMS COURT

12:53PM  24    IN ALABAMA.

12:53PM  25           THE COURT:  OKAY.  I'LL GRANT YOUR REQUEST.  WE'LL

12:53PM 1    ENGAGE YOU WHEN RETURN FROM OUR NOON BREAK, AND IT MIGHT BE

12:53PM 2    I'LL CALL UPON MR. CHORBA TO SPEAK TO THAT INITIALLY AND

12:53PM 3    MR. MOLUMPHY AND MR. COTCHETT AS WELL.

12:53PM 4         SO LET'S TAKE OUR NOON BREAK.  WE'RE ABOUT FIVE MINUTES TO

12:53PM 5    1:00.  WHY DON'T WE GET TOGETHER AT ABOUT QUARTER TO 2:00

12:53PM 6    O'CLOCK IN ABOUT 45 MINUTES, AND WE WILL TAKE A LITTLE BREAK.

12:53PM 7         MS. KRATZMANN, WHAT DO WE DO?  DO WE KEEP THIS WEBSITE

12:53PM 8    OPEN?

12:53PM 9              THE CLERK:  WE WILL NEED TO TERMINATE THIS WEBINAR

12:53PM 10   IN TERMS OF THE VOLUME OF THE PROCEEDING, AND IT'S THE SAME

12:54PM 11   ZOOM LINK INFORMATION, AND IF YOU WOULD LIKE TO BEGIN AT 2:00

12:54PM 12   WE COULD, OR 1:45.

12:54PM 13             THE COURT:  SURE.  LET'S GET PEOPLE STARTED AT 1:45.

12:54PM 14   AS SOON AS WE GET CRITICAL MASS, WE'LL ENGAGE OUR HEARING

12:54PM 15   AGAIN.  ALL RIGHT.

12:54PM 16             THE CLERK:  THANK YOU, YOUR HONOR.

01:53PM 17        (LUNCH RECESS TAKEN AT 12:54 P.M.)

18

19

20

21

22

23

24

25

01:53PM 1          **AFTERNOON SESSION**

01:53PM 2          (COURT CONVENED AT 1:53 P.M.)

01:53PM 3                THE COURT:  ALL RIGHT.  THANK YOU.  WE'RE BACK ON

01:54PM 4    THE RECORD IN 18-MD-2827.

01:54PM 5          I HAVE COUNSEL PRESENT.

01:54PM 6          LET ME INDICATE -- AND WELCOME BACK EVERYONE.  I HOPE YOU

01:54PM 7    REFORTIFIED OVER OUR BRIEF BREAK.  THANK YOU FOR YOUR PATIENCE

01:54PM 8    THIS MORNING.

01:54PM 9          WHAT I'D LIKE TO DO NOW IS TO TALK ABOUT THE OPT-OUT

01:54PM 10   MOTION, BUT BEFORE I DO THAT, LET ME SAY I DID HAVE THIS

01:54PM 11   MORNING, AND WE DID HEAR FROM SEVERAL INDIVIDUALS WHO HAD

01:54PM 12   APPLIED FOR AND RELIEF WAS GRANTED TO BE HEARD TODAY.

01:54PM 13         I ALSO HEARD FROM A FEW OTHER INDIVIDUALS WHO DID NOT MAKE

01:54PM 14   FORMAL REQUESTS THAT THE COURT EXTENDED THE COURTESY TO

01:54PM 15   CERTAINLY HEAR FROM THEM, AND IT WAS IMPORTANT THAT WE DID, AND

01:54PM 16   MR. COUSIN, MS. LEE, AND OTHERS, AND SO THAT WAS BENEFICIAL.

01:54PM 17   THANK YOU FOR THAT.

01:54PM 18         WE'RE NOW GOING TO MOVE ON TO TALK ABOUT SOME OTHER

01:54PM 19   DISCUSSIONS.  IT MAY BE THAT THOSE OF YOU WHO HAVE ALREADY BEEN

01:55PM 20   HEARD HAVE NOT BEEN PROMOTED TO THIS SCREEN.  I THINK THAT'S

01:55PM 21   WHAT THEY CALL IT, PROMOTION TO THE SCREEN HERE.  AND THE

01:55PM 22   REASON FOR THAT IS I'M NOW TURNING TO THIS PORTION OF OUR

01:55PM 23   HEARING WHERE I'M GOING TO HEAR FROM COUNSEL AS TO THE ISSUES

01:55PM 24   AS I INDICATED EARLIER.  SO THANK YOU FOR THAT.

01:55PM 25         LET ME, I THINK -- MR. NORRIS, YOU HAD A QUESTION, SIR.

01:55PM   1    YOU WISHED TO BE HEARD ABOUT THE ISSUE OF OPTING OUT.  AND I

01:55PM   2    THINK THIS IS DOCKET 546, YOUR CLIENT'S MOTION TO ACCEPT

01:55PM   3    OPT-OUT NOTICES.

01:55PM   4         I BELIEVE THE PLAINTIFFS' NONOPPOSITION WAS DOCKET 577,

01:55PM   5    AND I BELIEVE THAT APPLE'S OPPOSITION MIGHT HAVE BEEN 560 I

01:55PM   6    THINK IT WAS.

01:55PM   7         SO LET ME HEAR FROM YOU, MR. NORRIS, ABOUT YOUR REQUEST

01:55PM   8    AND THEN I'LL HEAR FROM MR. CHORBA IF HE WISHES TO BE HEARD.

01:56PM   9              MR. NORRIS:  YOUR HONOR, THERE WAS ONE OTHER

01:56PM  10    RELEVANT DOCUMENT THAT WAS FILED ON WEDNESDAY, AND I DON'T KNOW

01:56PM  11    WHETHER MADE IT INTO THE COURT'S FILING.  IT WAS DOCUMENT 577.

01:56PM  12    IT WAS EVIDENTIARY ADMISSION FOR THE HEARING TODAY.

01:56PM  13              THE COURT:  I MIGHT NOT HAVE THAT AT MY FINGERTIPS

01:56PM  14    AT THIS TIME, BUT WHY DON'T YOU GO AHEAD, AND I'LL TRY TO CALL

01:56PM  15    IT UP ON A SCREEN THAT I HAVE.

01:56PM  16              MR. NORRIS:  YOUR HONOR, I REPRESENT A GROUP THAT

01:56PM  17    STARTED OUT AS APPROXIMATELY 500 INDIVIDUALS WHO WANTED TO

01:56PM  18    ASSERT INDIVIDUAL CLAIMS AGAINST APPLE BECAUSE OF THE BATTERY

01:56PM  19    SLOWDOWN ISSUE OR THE PROCESSOR SLOWDOWN ISSUE, AND WE WOUND UP

01:56PM  20    OBTAINING 308 OPT-OUTS WITH ATTESTATIONS AND CONFORMING WITH

01:56PM  21    EVERYTHING WITH ONE EXCEPTION, AND WE HAVE SENT THOSE TO, I

01:57PM  22    BELIEVE ON A TIMELY BASIS, TO THE CLAIMS ADMINISTRATOR.

01:57PM  23         THERE ARE TWO ISSUES THAT APPLE HAS RAISED.  THEY'VE

01:57PM  24    RAISED THESE FIRST IN OUR STATE COURT CASES IN ALABAMA, WHICH

01:57PM  25    WAS OUR FIRST INDICATION THAT THEY WERE GOING TO TAKE THE

01:57PM 1     POSITION THAT THE OPT-OUTS WERE INEFFECTIVE, AND NOW THEY FILED

01:57PM 2     THE DOCUMENT WITH YOUR HONOR TAKING THE SAME POSITION.

01:57PM 3         THERE ARE TWO ISSUES.  ONE HAS TO DO WITH TIMING, WHETHER

01:57PM 4     THEY WERE TIMELY, AND ONE HAS TO DO WITH SINCE THE MAJORITY OF

01:57PM 5     MY CLIENTS WERE UNABLE TO PROVIDE SERIAL NUMBERS, WHETHER THE

01:57PM 6     COURT OUGHT TO GIVE EFFECT TO THE OPT-OUT WITHOUT INCLUDING THE

01:57PM 7     SERIAL NUMBER.

01:57PM 8         AND I'LL DEAL WITH THE TIMING ISSUE FIRST.  I THINK THE

01:57PM 9     SERIAL NUMBER ISSUE MAY DOVETAIL INTO SOME OTHER ISSUES THAT I

01:57PM 10    HEARD DISCUSSED BY OTHERS THIS MORNING.

01:57PM 11        ON THE TIMING ISSUE, JUDGE, WE ORIGINALLY SENT 306

01:57PM 12    INDIVIDUALLY SIGNED OPT-OUTS TO THE CLAIMS ADMINISTRATOR BY

01:57PM 13    CERTIFIED MAIL ON SEPTEMBER THE 21ST.

01:58PM 14        THE DEADLINE ESTABLISHED BY THE COURT FOR WHICH THE

01:58PM 15    OPT-OUTS WERE SUPPOSED TO BE RECEIVED WAS OCTOBER THE 6TH.

01:58PM 16        WE FELT LIKE THAT WAS PLENTY OF TIME, AND, FRANKLY, WE

01:58PM 17    MISJUDGED THE EFFECT OF THE COVID VACCINE -- THE COVID CRISIS

01:58PM 18    WAS GOING TO HAVE ON THE U.S. POSTAL SERVICE.

01:58PM 19        WE HAD TO USE THE U.S. POSTAL SERVICE BECAUSE THE CLAIMS

01:58PM 20    ADMINISTRATOR CHOSE TO USE A POST OFFICE BOX RATHER THAN AN

01:58PM 21    ADDRESS SO WE COULD NOT FEDEX TO THE CLAIMS ADMINISTRATOR.  IT

01:58PM 22    HAD TO BE VIA U.S. MAIL.

01:58PM 23        WE KEPT CAREFUL TRACK OF THE TRACKING ON THE CERTIFIED

01:58PM 24    MAIL AND REALIZED ON ABOUT OCTOBER THE 2ND THAT THOSE DOCUMENTS

01:58PM 25    MIGHT NOT ARRIVE ON TIME.  SO WE DID AN EXPRESS MAIL,

01:58PM   1    UNITED STATES MAIL WITH TWO ADDITIONAL OPT-OUTS THAT WE HAD

01:58PM   2    RECEIVED SIGNATURES FROM IN THE INTERIM FOR A TOTAL OF 308.

01:59PM   3        THE FACTS, I THINK, ARE UNDISPUTED THAT THE SECOND PACKAGE

01:59PM   4    ARRIVED FIRST AND WAS DELIVERED TO THE POST OFFICE IN

01:59PM   5    PENNSYLVANIA AT APPROXIMATELY TEN AFTER 11:00 ON

01:59PM   6    OCTOBER THE 5TH, WHICH IS THE DAY BEFORE THE OPT-OUTS WERE DUE.

01:59PM   7        NOW, ON THAT POINT, AND IT'S THAT TIMING ISSUE,

01:59PM   8    YOUR HONOR, IS THE REASON WHY WE FILED DOCUMENT 577.  WE HAVE

01:59PM   9    NOW INCLUDED IN THE RECORD A FULL COPY OF TRACKING INFORMATION

01:59PM  10    FOR BOTH OF THE PACKAGES.

01:59PM  11        BUT WITH REGARD TO THE SECOND MAILED PACKAGE THAT ARRIVED

01:59PM  12    FIRST, APPLE HAS FILED AN AFFIDAVIT FROM SOMEBODY WORKING FOR

01:59PM  13    THE CLAIMS ADMINISTRATOR, AND THEY ADMIT THAT THE PACKAGE WAS

01:59PM  14    DELIVERED TO THE POST OFFICE ON THE DAY BEFORE IT WAS DUE AT

02:00PM  15    11:10 A.M., AND OBVIOUSLY THE POST OFFICE WAS WORRIED THAT THEY

02:00PM  16    WOULD HAVE TO GO PICK IT UP BECAUSE IT WAS A POST OFFICE BOX.

02:00PM  17        THE THEN ONLY THING THAT THEY SAY AGAINST THAT IS THAT

02:00PM  18    DESPITE THE ABOVE DELIVERY CONFIRMATIONS WHEN ANGEION, THE

02:00PM  19    CLAIMS ADMINISTRATOR, CHECKED THE P.O. BOX DESIGNATED FOR THE

02:00PM  20    RECEIPT OF THE EXCLUSION REQUEST ON THE AFTERNOON OF

02:00PM  21    OCTOBER THE 6TH, 2020, WHICH WAS THE DUE DATE, NEITHER PACKAGE

02:00PM  22    WAS AVAILABLE FOR RETRIEVAL.

02:00PM  23        WELL, WHO KNOWS WHAT THAT MEANS AND WHO KNOWS WHETHER IT

02:00PM  24    WAS AVAILABLE LATER THAT DAY.  OBVIOUSLY YOU CAN GO TO THE

02:00PM  25    FRONT DESK AND REQUEST THINGS THAT ARE GOING TO YOUR POST

02:00PM   1      OFFICE BOX THAT HASN'T BEEN ACTUALLY STUFFED IN THE BOX YET.

02:00PM   2           AND FOR THE RECORD, YOUR HONOR, I'M READING FROM

02:00PM   3      DOCUMENT 560-2, AND THAT'S LINES 10 THROUGH 12 OF THE

02:00PM   4      DECLARATION OF DENISE L. EARL, WHO IS AN ANGEION EMPLOYEE.

02:01PM   5           IT'S UNDISPUTED THAT THE OTHER PACKAGE DID ARRIVE

02:01PM   6      PRESUMABLY IN THE MAILBOX ON THE DUE DATE, BUT IT WAS AFTER

02:01PM   7      HOURS.  SO IT WAS PRESUMABLY AFTER THE POST OFFICE CLOSED AT

02:01PM   8      7:09 P.M.

02:01PM   9           WE SUBMIT THAT WE HAVE PROVIDED SUFFICIENT INFORMATION ON

02:01PM  10      HAVING SUBMITTED TIMELY EXCLUSION REQUESTS, THAT THE BEST THAT

02:01PM  11      THEY CAN SAY IS, WELL, GOSH, WE CHECKED IT, AND WE DIDN'T SEE

02:01PM  12      IT.

02:01PM  13           IT'S UNDISPUTED THAT THEY DID, IN FACT, RETRIEVE IT

02:01PM  14      PHYSICALLY OUT OF THE POST OFFICE BOX THE NEXT DAY.  AND WE, WE

02:01PM  15      SUBMIT THAT PARTICULARLY IN THIS CRISIS WITH THE U.S. POSTAL

02:01PM  16      SERVICE BOGGED DOWN AND THE ADMINISTRATION DOING NOT TOO MUCH

02:01PM  17      TO HELP THAT, THAT WE HAVE COMPLIED WITH THE TIMELINESS

02:01PM  18      REQUIREMENT OF THE SETTLEMENT AGREEMENT.

02:02PM  19           SO THAT'S THE TIMELINESS ISSUE.

02:02PM  20           YOUR HONOR, WOULD YOU LIKE TO HEAR -- WOULD YOU LIKE TO

02:02PM  21      ASK ANY QUESTIONS ABOUT THAT BEFORE I MOVE ON TO THE QUESTION

02:02PM  22      OF THE SERIAL NUMBERS?

02:02PM  23           THE COURT:  NO.  THANK YOU.

02:02PM  24      I THINK I DID -- I DON'T HAVE THAT DOCUMENT IN FRONT OF

02:02PM  25      ME, AND I'M IN GREAT CARE HERE TO LEAVE MY SCREEN AND TRY TO

02:02PM    1    PULL IT UP ON MY COMPUTER FOR FEAR THAT I'LL LOSE EVERYTHING.

02:02PM    2         BUT I DID REVIEW THAT, AND I DID REVIEW THAT DOCUMENT AND

02:02PM    3    THE ATTESTATION REGARDING THE CIRCUMSTANCES.  IT DOES APPEAR --

02:02PM    4    AND THANK YOU FOR PROVIDING THE TRACKING RECORD.  IT DOES

02:02PM    5    APPEAR THAT IT DID ARRIVE THERE.  THIS IS SOMETHING -- THIS IS

02:02PM    6    AN ISSUE AND FACT PATTERN THAT I THINK WE WOULD SEE IN A FIRST

02:02PM    7    YEAR LAW SCHOOL EXAM, MAYBE A CONTRACTS EXAM.  SO THANK YOU

02:02PM    8    VERY MUCH.  YES.

02:02PM    9         SO LET'S MOVE ON TO THE OTHER ISSUE.

02:02PM   10         MR. NORRIS:  SO THE OTHER ISSUE IS THAT OF OUR 308,

02:03PM   11    WE PROVIDED -- APPLE CLAIMS WE DIDN'T PROVIDE ANY SERIAL

02:03PM   12    NUMBERS.  THAT'S INCORRECT.  WE PROVIDED APPROXIMATELY 40

02:03PM   13    SERIAL NUMBERS OUT OF THE 308.

02:03PM   14         IT'S KIND OF STRANGE, JUDGE.  IT HAS TO DO WITH SOME

02:03PM   15    CLERICAL STUFF GOING ON IN OUR OFFICE.

02:03PM   16         THE 306 OPT-OUTS THAT WE SENT FIRST 3 WEEKS AHEAD OF TIME

02:03PM   17    THAT WAS RECEIVED A LITTLE BIT LATE CONTAINED THE 40 SERIAL

02:03PM   18    NUMBERS OF THOSE 40 CLIENTS.

02:03PM   19         FOR SOME REASON THE 308 WHICH ACTUALLY ARRIVED FIRST

02:03PM   20    DIDN'T CONTAIN ANY SERIAL NUMBERS.  MAYBE COUNSEL GOT THAT

02:03PM   21    MISUNDERSTANDING.

02:03PM   22         BUT IN ANY EVENT, WE TRIED OUR BEST TO PUT SERIAL NUMBERS

02:03PM   23    ON THERE.

02:03PM   24         AND, JUDGE, WHAT I'M ABOUT TO SAY I THINK REALLY -- AND

02:03PM   25    I'M NOT TAKING ANY POSITION ABOUT THIS SETTLEMENT, AND I DON'T

02:03PM  1    OPPOSE THE SETTLEMENT, AND I HAVE NO INTENTION OF TAKING THAT

02:04PM  2    POSITION, BUT ON THE ISSUES I'VE BEEN HEARING THIS MORNING

02:04PM  3    ABOUT THE FAIRNESS IN GENERAL OF THE SERIAL NUMBER REQUIREMENT

02:04PM  4    I THINK IS REALLY UNDERSCORED BY WHAT HAPPENED TO MY CLIENTS IN

02:04PM  5    THIS CASE TRYING TO OPT OUT.

02:04PM  6            THE COURT:  MR. NORRIS, YOU'RE ABOUT TO TELL ME THAT

02:04PM  7    THE NOTICE, THE NOTICE FOR OPT OUT DID NOT HAVE A SERIAL NUMBER

02:04PM  8    REQUIREMENT BUT THAT SUBSEQUENT IT DID.  IT WAS A -- IT WAS

02:04PM  9    ADDED BY -- I THINK YOU POINTED OUT APPLE ADDED IT I THINK IS

02:04PM  10   YOUR COMMENT.

02:04PM  11           MR. NORRIS:  WELL, ACTUALLY, AND THERE'S A

02:04PM  12   DECLARATION THAT APPLE SUBMITTED FROM THEIR CLAIMS

02:04PM  13   ADMINISTRATOR, THE REQUIREMENT FOR THE SERIAL NUMBER AFTER

02:04PM  14   YOUR HONOR BLESSED A NOTICE THAT SAID THAT IN ORDER TO OPT OUT

02:04PM  15   ALL YOU HAVE TO GIVE IS YOUR NAME, ADDRESS, AND TELEPHONE

02:04PM  16   NUMBER AND A SIGNATURE, THEN AT THE, AT THE -- IT WAS THE IDEA

02:04PM  17   OF THE CLAIMS ADMINISTRATOR, ANGEION, THAT THEY NEEDED TO DO

02:04PM  18   THAT FOR ADMINISTRATION AND ALL OF THOSE KINDS OF THINGS.

02:05PM  19       WELL, TWO THINGS ABOUT THAT.  FIRST OF ALL, THIS NOTICE

02:05PM  20   THAT WAS SENT OUT WAS NOT BLESSED BY THE COURT, AND IT IS NOT

02:05PM  21   THE NOTICE THAT THE COURT SAID WAS ADEQUATE.

02:05PM  22       SECONDLY, ONE OF THE DOCUMENTS IN THE RECORD IS A

02:05PM  23   DESCRIPTION OF THE DUTIES OF THE CLAIMS ADMINISTRATOR, AND IT'S

02:05PM  24   SET OUT IN DETAIL AS AN ADDENDUM TO ONE OF THESE DOCUMENTS.

02:05PM  25       IT IS NOT THE CLAIMS ADMINISTRATOR'S RESPONSIBILITY TO

02:05PM  1    DEAL WITH OPT-OUTS.  EVERY ONE OF THEIR DUTIES THAT ARE SET OUT

02:05PM  2    HAVE TO DO WITH ADMINISTERING CLAIMS.

02:05PM  3         ONE COULD ARGUE, AND I KNOW SOME PEOPLE ON THIS CALL ARE

02:05PM  4    GOING TO ARGUE, THAT THE ADMINISTRATOR NEEDS THOSE SERIAL

02:05PM  5    NUMBERS IN ORDER TO PROCESS A CLAIM.

02:05PM  6         WELL, MY CLIENTS ARE THE OPPOSITE OF CLAIMANTS.  MY

02:05PM  7    CLIENTS WANT TO GO THEIR OWN WAY AND PROVE THEIR CASE HOWEVER

02:05PM  8    THEY'RE GOING TO PROVE IT IN ANOTHER COURT.

02:05PM  9              THE COURT:  YOU TOLD ME THE SMALL CLAIMS COURT IN

02:05PM  10   ALABAMA.

02:05PM  11             MR. NORRIS:  WELL, IT'S A SHORTHAND WORD FOR IT,

02:05PM  12   JUDGE.  IT'S THE DISTRICT COURT, THE DISTRICT COURT IN ALABAMA.

02:06PM  13   THE DISTRICT COURT HAS A SMALL CLAIMS AND A SLIGHTLY HIGHER

02:06PM  14   JURISDICTION.  WE'RE GOING WITH THE SLIGHTLY HIGHER

02:06PM  15   JURISDICTION.  SINCE YOU WERE TRYING TO GET TO LUNCH, AND I

02:06PM  16   DIDN'T WANT TO EXPLAIN THE DISTRICT COURT IN ALABAMA.

02:06PM  17             THE COURT:  ALL RIGHT.  THANK YOU, SIR.

02:06PM  18             MR. NORRIS:  BUT IN ANY EVENT -- SO IT PRESENTS THIS

02:06PM  19   SITUATION.  AND LET ME BACK UP A MINUTE AND LET ME TALK A

02:06PM  20   LITTLE BIT MORE ABOUT THE SERIAL NUMBERS.

02:06PM  21        THERE ARE ONLY TWO WAYS THAT YOU OR ME OR ANYBODY ELSE

02:06PM  22   THAT OWNS AN IPHONE OR USED TO OWN AN IPHONE, THERE'S ONLY TWO

02:06PM  23   WAYS THAT YOU CAN GET A SERIAL NUMBER.  ONE IS THAT YOU HAVE TO

02:06PM  24   EITHER HAVE THE PHYSICAL PHONE OR THE BOX IT CAME IN, WHICH

02:06PM  25   MOST OF MY CLIENTS HAD LONG SINCE DISPOSED OF THE PHONE AND

02:06PM  1     UPGRADED OUT OF FRUSTRATION WITH THE SLOWDOWN OR YOU'VE GOT TO

02:06PM  2     GO ON YOUR ITUNES ACCOUNT AND IF YOUR DEVICE IS STILL

02:06PM  3     REGISTERED ON YOUR ITUNES ACCOUNT, THEN YOU CAN GET IT THAT WAY

02:06PM  4     THROUGH THE COMPUTER.

02:06PM  5          WELL, GUESS WHAT?  APPLE ADVISES ON ITS WEBSITE THAT WHAT

02:07PM  6     YOU OUGHT TO DO IS TO UNREGISTER YOUR PHONE WHEN YOU QUIT USING

02:07PM  7     IT.  IT PRESENTS SECURITY CONCERNS.

02:07PM  8          SO APPLE TELLS YOU THAT YOU OUGHT TO UNREGISTER YOUR

02:07PM  9     DEVICE, WHICH IN THE CONTEXT OF THIS, AS A PRACTICAL MATTER IN

02:07PM  10    THE CONTEXT OF THIS LITIGATION IS THE ONLY WAY THAT THESE

02:07PM  11    PEOPLE CAN FIND OUT THEIR SERIAL NUMBER.

02:07PM  12         APPLE IS OUT THERE IN THE PUBLIC SAYING, WELL, YOU OUGHT

02:07PM  13    TO JUST GET RID OF THAT INFORMATION, AND THEN THEY WANT TO

02:07PM  14    PUNISH MY CLIENTS BECAUSE THEY DON'T HAVE THE SERIAL NUMBER.

02:07PM  15         AND THEN IT GETS EVEN A LITTLE MORE COMPLICATED WHEN YOU

02:07PM  16    THINK ABOUT THIS, JUDGE.  IN ORDER TO MAKE A CLAIM AS IT STANDS

02:07PM  17    RIGHT NOW, UNLESS YOUR HONOR ALTERS IT, THEY WOULD HAVE TO HAVE

02:07PM  18    THE SERIAL NUMBER.

02:07PM  19         SO I CANNOT IMAGINE IT COMPORTS TO ANY NOTION OF DUE

02:07PM  20    PROCESS FOR A CLIENT OF MINE THAT DOESN'T HAVE THE SERIAL

02:07PM  21    NUMBER TO BE TOLD TWO THINGS AT ONCE, TO BE TOLD, NUMBER ONE,

02:07PM  22    YOU'RE BOUND BY THE SETTLEMENT AND SINCE YOU DON'T HAVE THE

02:07PM  23    SERIAL NUMBER, YOU CAN'T OPT OUT OF IT; AND, NUMBER TWO, YOU

02:07PM  24    DON'T HAVE A CLAIM BECAUSE YOU DON'T HAVE A SERIAL NUMBER.  SO

02:08PM  25    YOU'RE BOUND TO A SETTLEMENT THAT BY DEFINITION YOU'RE NOT

02:08PM 1    GOING TO RECEIVE ANYTHING FROM.

02:08PM 2        SO I DON'T THINK IT WAS THE COURT'S INTENTION TO PUT SUCH

02:08PM 3    AN ONEROUS REQUIREMENT ON OPT-OUTS.

02:08PM 4        NOW, THE COURT'S NOTICE HAVING TO DO WITH PEOPLE THAT

02:08PM 5    SUBMIT CLAIMS, OF COURSE, HAD THAT REQUIREMENT, AND THERE ARE

02:08PM 6    REASONS TO HAVE THAT REQUIREMENT FOR CLAIMANTS, AND I'M NOT

02:08PM 7    GOING TO ARGUE ABOUT THAT TODAY EVEN THOUGH I HAVE A NATURAL

02:08PM 8    PROCLIVITY TO DO SO.

02:08PM 9        BUT IN THIS CIRCUMSTANCE, JUDGE, I REPRESENT 308 PEOPLE

02:08PM 10   THAT WANT TO GO THEIR OWN WAY.  THIS IS A SMALL MATTER IN THE

02:08PM 11   CONTEXT OF THIS, DEPENDING ON WHO YOU TALK TO, $310 MILLION OR

02:08PM 12   $500 MILLION SETTLEMENT.

02:08PM 13       AND I THINK IT WOULD BE THE HEIGHT OF THE SORT OF DENIAL

02:08PM 14   OF DUE PROCESS THAT THE LAW SCHOOL PROFESSORS WRITE ABOUT WHEN

02:08PM 15   THEY CRITICIZE RULE 23 TO SAY THAT MY CLIENTS IN THESE

02:08PM 16   CIRCUMSTANCES CAN'T OPT OUT.

02:08PM 17       THE COURT:  ALL RIGHT.  THANK YOU VERY MUCH.

02:08PM 18   LET ME JUST FIRST NOTE I THINK THERE IS, AS TO THIS

02:09PM 19   MOTION, AS TO MR. NORRIS'S PRESENTATION, I DON'T THINK

02:09PM 20   PLAINTIFFS HAVE A POSITION OR I SHOULD SAY HAVE AN OBJECTION.

02:09PM 21       IS THAT CORRECT, MR. COTCHETT, THERE'S NO OBJECTION?  NO

02:09PM 22   OBJECTION FROM MR. COTCHETT?

02:09PM 23       MR. COTCHETT:  NO OBJECTION WHATSOEVER, YOUR HONOR.

02:09PM 24       THE COURT:  ALL RIGHT.  THANK YOU, MR. COTCHETT.

02:09PM 25   LET ME TURN TO MR. CHORBA.

02:09PM   1          MR. CHORBA:  GOOD AFTERNOON.

02:09PM   2          MY COLLEAGUE, MR. SZE, IS ACTUALLY GOING TO ADDRESS THIS

02:09PM   3   WITH YOUR HONOR'S PERMISSION.

02:09PM   4          I WILL SAY LATER ABOUT THE SERIAL NUMBER POINTS AND MUCH

02:09PM   5   OF WHICH IS NOT RIGHT THAT MR. NORRIS JUST SAID, BUT THIS IS A

02:09PM   6   DISTINCT ISSUE THAT MR. SZE WILL ADDRESS.

02:09PM   7          THE COURT:  OKAY.  THANK YOU.

02:09PM   8          MR. SZE, WELCOME TO FEDERAL COURT.  TELL ME YOUR THOUGHTS

02:09PM   9   ABOUT MR. NORRIS'S POSITION.

02:09PM  10          MR. SZE:  THANK YOU VERY MUCH, YOUR HONOR.  I

02:09PM  11   APPRECIATE THE OPPORTUNITY TO ADDRESS THE MOTION FILED BY

02:09PM  12   DAVIS & NORRIS AND TO RESPOND TO SOME OF POINTS RAISED IN

02:10PM  13   MR. NORRIS'S MOTION.

02:10PM  14          TO PUT THIS IN CONTEXT, WE UNDERSTAND THE CONCERN RAISED

02:10PM  15   BY DAVIS & NORRIS DOES NOT RELATE TO THE UNDERLYING SUBSTANTIVE

02:10PM  16   MATERIAL REQUIREMENT WITH RESPECT TO THE CLAIMS PROCESS.  WE

02:10PM  17   UNDERSTAND THAT THAT HAS BEEN ALLUDED TO EARLIER IN TODAY'S

02:10PM  18   HEARING, AND MR. CHORBA WILL BE PREPARED TO DISCUSS THAT IN

02:10PM  19   GREATER DETAIL LATER.

02:10PM  20          BUT INSTEAD, THE SPECIFIC ISSUE IN THIS MOTION IS QUITE

02:10PM  21   NARROW, AND IT'S WHETHER DAVIS & NORRIS SHOULD HAVE COMPLIED

02:10PM  22   WITH THE INSTRUCTIONS IN THE SETTLEMENT NOTICE THAT WERE SENT

02:10PM  23   TO THE CLASS MEMBERS REGARDING THE INFORMATION NEEDED TO SUBMIT

02:10PM  24   AN OPT-OUT REQUEST.

02:10PM  25          OUR POSITION IS THAT THE EXCLUSION REQUESTS THAT

02:10PM 1    DAVIS & NORRIS SUBMITTED WERE DEFICIENT.  SO UNLIKE THE

02:10PM 2    HUNDREDS OF EXCLUSION REQUESTS THAT DID COMPLY WITH THE

02:10PM 3    INSTRUCTIONS, THERE WERE SEVERAL DEFICIENCIES IN THE REQUESTS

02:10PM 4    THAT DAVIS & NORRIS SUBMITTED.

02:11PM 5        RESPECTFULLY, WE WOULD SUBMIT THAT DAVIS & NORRIS DOES NOT

02:11PM 6    HAVE ANY EXCUSE TO EXCUSE THE NONCOMPLIANCE WITH THESE

02:11PM 7    REQUIREMENTS.

02:11PM 8        AS MR. NORRIS HAS NOTED, THEY HAVE REPRESENTED THEIR

02:11PM 9    CLIENTS FOR YEARS IN LITIGATION IN THE ALABAMA TRIAL COURTS.

02:11PM 10   THEY ARE WELL VERSED IN LITIGATION AND HAVE BEEN FOLLOWING THIS

02:11PM 11   PARTICULAR CASE IN THIS COURT FOR SEVERAL YEARS.

02:11PM 12       THEY ARE SOPHISTICATED COUNSEL WHO HAVE HAD EVERY

02:11PM 13   OPPORTUNITY TO READ AND INTERPRET THE SETTLEMENT REQUIREMENTS

02:11PM 14   AND TO COMPLY WITH THEM.

02:11PM 15       SO I BELIEVE THERE ARE TWO ISSUES HERE, AND IF I MAY TAKE

02:11PM 16   THEM IN TURN, I'LL BEGIN WITH THE SERIAL NUMBER REQUIREMENT

02:11PM 17   WHICH MR. NORRIS HAS ADDRESSED.

02:11PM 18       SO THE SETTLEMENT NOTICES THAT WERE DISTRIBUTED TO THE

02:11PM 19   CLASS MEMBERS DID EXPRESSLY INSTRUCT INDIVIDUALS WHO WISHED TO

02:11PM 20   OPT OUT TO PROVIDE A SERIAL NUMBER.  THAT IS THE FORM OF THE

02:11PM 21   NOTICE THAT WAS SENT OUT AND JOINTLY APPROVED BY THE PARTIES.

02:12PM 22       AS NOTED IN OUR BRIEFING, THE PARTIES APPROVED THAT NOTICE

02:12PM 23   BASED ON THE RECOMMENDATION AND ADVICE OF THE ADMINISTRATOR WHO

02:12PM 24   INFORMED US THAT IT WOULD BE NECESSARY TO HAVE DEVICE SERIAL

02:12PM 25   NUMBERS IN ORDER TO PROPERLY AND EFFICIENTLY PROCESS THE

1    OPT-OUT REQUIREMENTS.

2        IN PARTICULAR, THERE'S NO WAY TO ACTUALLY DETERMINE IF AN

3    INDIVIDUAL IS A CLASS MEMBER, AND, IF SO, WHETHER THEY ACTUALLY

4    HAVE DEVICES WITHIN THE SCOPE OF THE SETTLEMENT UNLESS THOSE

5    DEVICES CAN BE IDENTIFIED WITH PARTICULARITY, AND THAT'S

6    BECAUSE MANY PEOPLE SHARE NAMES, COMMON NAMES, AND MOVE AROUND,

7    AND DO NOT ALWAYS HAVE UPDATED ADDRESSES.

8        THE SETTLEMENT ADMINISTRATOR NEEDS TO BE ABLE TO IDENTIFY

9    THOSE SPECIFIC DEVICES THAT ARE SUBJECT TO THE EXCLUSION

10   REQUESTS SO THAT THOSE CAN BE NOTATED IN THE ADMINISTRATOR'S

11   RECORDS, AND THEY CAN CHECK WHETHER OTHER CLAIMS HAVE BEEN

12   SUBMITTED FOR THOSE DEVICES AND MAKE ANY ADJUSTMENTS TO THE

13   SETTLEMENT DISTRIBUTION AS NECESSARY UNDER THE SETTLEMENT

14   AGREEMENT.

15       SO WE UNDERSTAND THAT THE SUBSTANTIAL MAJORITY OF OPT-OUT

16   REQUESTS THAT WERE SUBMITTED TO THE ADMINISTRATOR DID FULLY

17   COMPLY WITH THIS REQUIREMENT AND WAS ABLE TO IDENTIFY SERIAL

18   NUMBERS WITH SPECIFICITY.

19       AND BY CONTRAST THE OPT-OUT REQUESTS SUBMITTED BY

20   MR. NORRIS'S FIRM LARGELY DID NOT INCLUDE THE SERIAL NUMBER

21   REQUIREMENT, AND BECAUSE OF THAT THE ADMINISTRATOR HAS INFORMED

22   US THAT HE ACTUALLY CAN'T IDENTIFY WHETHER MORE THAN HALF OF

23   THEIR CLIENTS ARE ACTUALLY CLASS MEMBERS, AND IF SO, YOU KNOW,

24   IF AND HOW MANY DEVICES THAT ARE ELIGIBLE FOR THE SETTLEMENT

25   ARE SUBJECT TO THOSE EXCLUSION REQUESTS.

02:13PM  1        SO THAT HAS CREATED SOME DIFFICULTY IN THE ADMINISTRATIVE

02:13PM  2   SETTLEMENT, AND THAT'S THE VERY REASON WHY THIS REQUIREMENT

02:13PM  3   WASN'T INCLUDED IN THE NOTICE.

02:13PM  4        TO TURN TO THE SECOND POINT, YOUR HONOR, JUST REGARDING

02:13PM  5   TIMELINESS, AND I WON'T DWELL ON THIS TOO MUCH, BUT I JUST WANT

02:13PM  6   TO CLARIFY THAT THE TRACKING INFORMATION ASSOCIATED WITH THE

02:14PM  7   TWO PACKAGES THAT MR. NORRIS REFERENCED, ONE OF THEM DOES SHOW

02:14PM  8   THAT IT ARRIVED AT THE POST OFFICE FACILITY ON OCTOBER 5TH,

02:14PM  9   ALTHOUGH THAT, AS NOTED IN THE ADMINISTRATOR'S DECLARATION, WAS

02:14PM 10   NOT ACTUALLY RECEIVED UNTIL OCTOBER 7TH, WHICH IS AFTER THE

02:14PM 11   DEADLINE.

02:14PM 12        AND THE SAME GOES FOR THE SECOND PACKAGE WHICH WAS

02:14PM 13   RECEIVED -- WHICH WAS DELIVERED TO THE POST OFFICE BOX AFTER

02:14PM 14   THE CLOSE OF BUSINESS, AND IT COULDN'T HAVE BEEN OBTAINED BY

02:14PM 15   THE ADMINISTRATOR UNTIL AFTER THE DEADLINE.

02:14PM 16        SO IT IS OUR POSITION THAT THE DEADLINE WAS CLEAR, AND IT

02:14PM 17   WAS VERY CLEARLY STATED IN THE SETTLEMENT REQUIREMENTS AND THAT

02:14PM 18   DAVIS & NORRIS'S OPT-OUT REQUESTS WERE RECEIVED AFTER THAT

02:14PM 19   DATE, AND THE CLAIMS AND OPT-OUT PERIOD WERE ALREADY EXTENDED

02:14PM 20   TO MORE THAN 90 DAYS TO TAKE INTO ACCOUNT CIRCUMSTANCES AND TO

02:14PM 21   ENSURE THAT ALL CLASS MEMBERS HAD OPPORTUNITIES TO SUBMIT

02:14PM 22   CLAIMS OR TO OPT OUT, AND WE REALLY SEE NO REASON WHY DAVIS &

02:15PM 23   NORRIS COULD NOT HAVE COMPLIED WITH THAT TIMELINESS

02:15PM 24   REQUIREMENT.

02:15PM 25        FINALLY, YOUR HONOR, IF I MAY JUST NOTE REGARDING THIS

02:15PM  1     OPT-OUT ISSUE IN GENERAL, WE REALLY DO THINK THAT IT DOES

02:15PM  2     MATTER AND IT'S BECAUSE IT DEPRIVES APPLE OF A MATERIAL

02:15PM  3     COMPONENT OF THE SETTLEMENT WHICH IT HAD NEGOTIATED WHICH IS TO

02:15PM  4     ENSURE A FINAL AND UNIFORM RESOLUTION OF ALL CLAIMS IN THE

02:15PM  5     UNITED STATES SUBJECT ONLY TO THE OPT-OUT PROCESS AND THE

02:15PM  6     DEADLINES THAT WE HAD NEGOTIATED WITH ALL OF THE PARTIES.

02:15PM  7          IN ADDITION, WE WOULD ALSO NOTE, AS MR. NORRIS HAS

02:15PM  8     INDICATED, THEY INTEND TO PURSUE LITIGATION.  POTENTIALLY

02:15PM  9     HUNDREDS OF CASES IN THE ALABAMA COURTS WHICH WOULD BE BURDENED

02:15PM  10    WITH HAVING TO DEAL WITH THESE SMALL CLAIMS WHICH ARE FULLY

02:15PM  11    SUBSUMED WITHIN THE SETTLEMENT AND THAT WE BELIEVE SHOULD HAVE

02:15PM  12    BEEN EXCLUDED IN A TIMELY AND PROPER MANNER, AND BECAUSE THEY

02:15PM  13    WERE NOT, WE WOULD RESPECTFULLY SUBMIT THAT THE COURT SHOULD

02:15PM  14    DENY DAVIS & NORRIS'S MOTION.

02:16PM  15         THE COURT:  THANK YOU, MR. SZE.  THANK YOU FOR THAT

02:16PM  16    CHRONOLOGY OF EVENTS, AND I'M GRATEFUL FOR THAT.

02:16PM  17         AS I UNDERSTAND IT THE COURT DID NOT FORMALLY APPROVE THE

02:16PM  18    FINAL DOCUMENT THAT WENT OUT FROM THE ADMINISTRATOR REQUIRING A

02:16PM  19    SERIAL NUMBER FOR OPT-OUTS.

02:16PM  20         MR. SZE:  YES.  YOUR HONOR, I BELIEVE YOU'RE

02:16PM  21    REFERRING TO THE FORM OF THE CLASS NOTICE THAT WAS ATTACHED TO

02:16PM  22    THE SETTLEMENT AGREEMENT THAT WAS IN THE COURT'S PRELIMINARY

02:16PM  23    ORDER.  THAT WAS JUST A DRAFT NOTICE.  IT WAS NEVER SENT TO ANY

02:16PM  24    CLASS MEMBERS.

02:16PM  25         AND THE COURT'S PRELIMINARY APPROVAL ORDER AUTHORIZED THE

02:16PM 1    PARTIES TO FINALIZE THE SETTLEMENT NOTICES AND TO MAKE CHANGES

02:16PM 2    THAT WERE NOT MATERIALLY INCONSISTENT WITH THE COURT'S ORDER,

02:16PM 3    AND THERE'S NOTHING ABOUT THIS REQUIREMENT THAT IS INCONSISTENT

02:16PM 4    WITH EITHER THE SETTLEMENT AGREEMENT OR THE ORDER.

02:16PM 5        AGAIN, IT WAS RECOMMENDED BY THE PARTIES, AND THE PARTIES

02:16PM 6    CONSIDERED THE RECOMMENDATION OF THE SETTLEMENT ADMINISTRATOR

02:16PM 7    AND HAD JOINTLY APPROVED THE FORM OF THAT NOTICE WHICH WAS SENT

02:17PM 8    TO ALL OF THE CLASS MEMBERS.

02:17PM 9            THE COURT:  RIGHT.  SO IT SEEMS LIKE -- AND LET ME

02:17PM 10   FIRST SAY THAT I UNDERSTAND THE IMPORTANCE OF THE SERIAL NUMBER

02:17PM 11   TO TRACK INDIVIDUAL DEVICES.  THERE HAS TO BE SOME TYPE OF

02:17PM 12   IDENTIFICATION.  I THINK SOMEBODY TALKED ABOUT TO ELIMINATE ANY

02:17PM 13   NOTICE OR SOMETHING.  WE CAN'T DO THAT.  YOU HAVE TO HAVE SOME

02:17PM 14   RECORD OF THE DEVICES.

02:17PM 15       I UNDERSTAND APPLE'S CONCERN ABOUT THAT, AND I THINK

02:17PM 16   PLAINTIFFS' COUNSEL WANTS TO BE ABLE TO ANNOUNCE TO THEIR

02:17PM 17   CLIENTS YOU CAN BE PART OF THIS, BUT YOU HAVE TO HAVE ACTUALLY

02:17PM 18   HAD A PHONE.

02:17PM 19       AND THE SERIAL NUMBER IS IMPORTANT TO APPLE FOR THAT

02:17PM 20   PURPOSE, TO JUSTIFY ACTUALLY THE FACT THAT THERE WAS A PURCHASE

02:17PM 21   AND THAT THERE WAS AN OWNER OF THE PHONE, LET ME PUT IT THAT

02:17PM 22   WAY.  SO I CAPTURE THAT.

02:17PM 23       THE THING THAT I GUESS IS SOMEWHAT TROUBLING TO ME IS THE

02:17PM 24   CHANGE IN THE NOTICE THAT WENT OUT FROM THAT WHICH THE COURT

02:18PM 25   APPROVED.

02:18PM  1       AND I UNDERSTAND, AS YOU POINT OUT, MR. SZE, CORRECTLY SO,

02:18PM  2  THAT THE COURT GAVE, IF YOU WILL, PERMISSION TO THE PARTIES TO

02:18PM  3  MODIFY, TO MODIFY THE NOTICE IF THERE WAS NO MATERIAL CHANGE.

02:18PM  4       AND WE'RE HERE TALKING ABOUT AN OPT-OUT OF 308 INDIVIDUALS

02:18PM  5  WHICH IS QUITE MATERIAL TO MR. NORRIS'S CLIENTS.

02:18PM  6       LET ME SHIFT JUST FOR A MOMENT TO THE TIMING ISSUE.  AND I

02:18PM  7  DO -- I RECOGNIZE THAT BASED ON THE DECLARATIONS OF MR. NORRIS,

02:18PM  8  THE TRACKING INFORMATION, THE FACT THAT THE MAILINGS WERE

02:18PM  9  ACTUALLY IN THE POST OFFICE, I DO THINK THAT COMPORTS AND DOES

02:18PM 10  ESTABLISH SUBSTANTIAL COMPLIANCE.  THEY DID WHAT THEY'RE

02:18PM 11  SUPPOSED TO DO.  THEY PUT IT WITH THE UNITED STATES POSTAL

02:18PM 12  SERVICE.  IT WAS ACTUALLY IN THE BUILDING.

02:18PM 13       WE CAN ONLY SPECULATE WHAT HAPPENED.  WHY DIDN'T, FROM THE

02:19PM 14  CART THAT THEY USED, WE'RE FAMILIAR WITH THOSE CANVASS CARTS

02:19PM 15  THAT THE GOOD EMPLOYEES USE TO MOVE PACKAGES, WE KNOW WE'RE IN

02:19PM 16  A COVID CRISIS NOW, PERHAPS THAT AFFECTED THINGS.  WE JUST

02:19PM 17  DON'T KNOW.

02:19PM 18       WHAT WE DO KNOW IS THAT THE PACKAGE WAS IN THE BUILDING.

02:19PM 19  IT WAS IN THE BUILDING.

02:19PM 20       AND I THINK TO REQUIRE MR. NORRIS OR HIS TEAM TO ACTUALLY

02:19PM 21  ATTEMPT TO COMMIT A FELONY BY GOING ON FEDERAL PROPERTY WHERE

02:19PM 22  THEY DON'T HAVE PERMISSION TO BE AND PUT THAT BOX IN THE

02:19PM 23  RESPECTIVE POST OFFICE ASKS TOO MUCH.

02:19PM 24       SO I DO FIND THAT THERE WAS SUBSTANTIAL COMPLIANCE AS TO

02:19PM 25  THE SENDING OF THE MATERIAL AND THAT IT WAS RECEIVED IN A

02:19PM  1    TIMELY MANNER.

02:19PM  2         NOW, MOVING TO THIS OTHER ISSUE ABOUT REQUIRING THE SERIAL

02:19PM  3    NUMBER.  I -- IT'S, IT'S -- IT IS A DIFFICULT AREA FOR -- I

02:19PM  4    UNDERSTAND WHY AFTER TALKING WITH THE ADMINISTRATOR AND

02:19PM  5    COUNSEL, MY SUPPOSITION IS THAT THE ADMINISTRATOR, AFTER

02:20PM  6    TALKING WITH APPLE AND FINDING OUT THAT THEY REALLY DID NEED

02:20PM  7    SERIAL NUMBERS TO TRACK, APPROPRIATELY TRACK NOT JUST THE

02:20PM  8    CLAIMS, AND THAT'S WHAT THE INITIAL FOCUS WAS FOR SERIAL

02:20PM  9    NUMBERS, WE NEED TO GET CLAIMANTS TO FIND OUT.

02:20PM  10        AND THEN LATER, IT SEEMS SOMEWHAT LATER THERE WAS, OH,

02:20PM  11   MAYBE WE SHOULD GET SERIAL NUMBERS FOR THOSE WHO WANT TO

02:20PM  12   OPT OUT BECAUSE THAT'S ANOTHER WAY FOR US TO TRACK

02:20PM  13   APPROPRIATELY.

02:20PM  14        IN OTHER WORDS, APPLE SHOULD NOT HAVE TO PAY TWICE IN

02:20PM  15   DIFFERENT LAWSUITS FOR THE SAME, THE SAME EVENT.

02:20PM  16        AND I COMPLETELY UNDERSTAND THAT, AND I DON'T THINK

02:20PM  17   ANYBODY SHOULD -- NOBODY SHOULD GET A DOUBLE RECOVERY.  NOBODY

02:20PM  18   SHOULD GET A DOUBLE PENALTY.  THAT'S JUST -- WE UNDERSTAND

02:20PM  19   THAT.

02:20PM  20        I'M CURIOUS IF THE REMEDY FOR THAT, THOUGH, IS SOMETHING

02:20PM  21   OTHER THAN NOT ALLOWING THESE PARTIES WHO AT LEAST IN GOOD

02:20PM  22   FAITH ON THE NOTICE SENT THEIR NOTICE, THEIR DESIRE TO OPT OUT

02:21PM  23   PARTICULARLY WHEN APPLE HAS ALL OF THE SERIAL NUMBERS, MY SENSE

02:21PM  24   IS THAT THEY HAVE THE UNIVERSE OF SERIAL NUMBERS.

02:21PM  25        IF THERE IS ADDITIONAL LITIGATION, AND IF MR. NORRIS AND

HIS CLIENTS, WHOEVER THEY ARE, SEEK TO PURSUE A REMEDY IN

ANOTHER JURISDICTION, I WONDER IF THOSE REMEDIES, AND I DON'T

KNOW IF YOU'LL BE INVOLVED, BUT CERTAINLY APPLE WILL BE

INVOLVED, AND THEY WOULD THEN KNOW THAT, LISTEN, THESE PEOPLE,

THESE 308 PEOPLE WERE POTENTIALLY IN A CASE IN ANOTHER

JURISDICTION, SO AS PART OF OUR CLAIMS NOTICE WE NEED TO PUT IN

THE FACT THAT AN ATTESTATION THAT SAYS WE HAVE NOT MADE A

PREVIOUS CLAIM UNDER ANY OTHER SIMILAR LAWSUIT OR ANY LAWSUIT

INVOLVING THIS PHONE IN ANOTHER JURISDICTION.

MY SENSE IS THAT THAT WOULD PROTECT APPLE, I THINK, FROM A

DOUBLE RECOVERY HAVING A CLAIMANT IN ANOTHER LAWSUIT TRY TO, IF

THERE WERE SUCH A PERSON AND THEY TRIED TO MAKE A CLAIM, IT

SEEMS LIKE THAT'S THE WAY TO PREVENT THAT AS OPPOSED TO,

PREVENT ANY POTENTIAL CLAIMS, AS OPPOSED TO PREVENTING OPT-OUTS

IN THIS CASE AND THEN DECIDING WHAT THEY WANT TO DO.

I EXPECT ALL 308 OF THEM WILL PURSUE, IF THEY'RE ALLOWED

TO LEAVE THIS CASE, I EXPECT THAT THEY WILL ALL PURSUE

LITIGATION.  THEY MAY NOT.  SOME OF THEM MAY GROW WEARY OF THE

PROCESS AND THEY MAY HAVE TO SIT ON A ZOOM CALL FOR FOUR HOURS

ON A FRIDAY AFTERNOON AND THAT'S THE JUST UNTENABLE AND THEY

DON'T WANT TO BE INVOLVED IN THAT, AND WE JUST DON'T KNOW.

BUT IT SEEMS TO ME THAT THAT'S THE BETTER SOLUTION TO

PROTECT APPLE.

I THINK IF I ALLOWED THE OPT-OUT TO HAPPEN, I REALIZE THAT

APPLE HAS THE POTENTIAL, HAS THE POTENTIAL TO PAY OUT TWICE

02:22PM  1    PERHAPS FOR INDIVIDUALS.  I DON'T THINK THAT WOULD HAPPEN IF

02:22PM  2    THERE WAS A NOTICE, AND CERTAINLY I DON'T THINK THAT MR. NORRIS

02:23PM  3    OR HIS CLIENTS OR HIS FIRM IS GOING TO IN ANY WAY PROCEED WITH

02:23PM  4    A CLIENT WHO HAS ALREADY BEEN PAID IN ANOTHER LAWSUIT.  THAT'S

02:23PM  5    A BRIDGE TOO FAR FOR ANY ETHICAL LAWYER TO ENGAGE IN.  SO I

02:23PM  6    DON'T EXPECT THAT HE WOULD DO THAT.  THOSE ARE JUST SOME OF MY

02:23PM  7    OBSERVATIONS.

02:23PM  8         MR. NORRIS, YOU ARE THE MOVING PARTY.  YOU GET THE LAST --

02:23PM  9              MR. NORRIS:  YES.  JUDGE, WHAT I WOULD SAY ABOUT THE

02:23PM  10   LAST THOUGHT THAT YOU HAD IS OBVIOUSLY ATTORNEY-CLIENT

02:23PM  11   RELATIONSHIPS BEGIN AND END, AND THEY DON'T GO ON FOREVER.

02:23PM  12        I CAN REPRESENT TO THE COURT, AS I THINK YOU WOULD EXPECT

02:23PM  13   ME TO REPRESENT, THAT I'M NEVER GOING TO BE INVOLVED IN ANY OF

02:23PM  14   THESE 308 PEOPLE SUBMITTING A CLAIM IN THE CLASS ACTION.  THE

02:23PM  15   CLASS ACTION CLAIMS SUBMITTING PERIOD IS NOW OVER WITH.

02:23PM  16        I CAN ALSO PROVIDE SOME ASSURANCES THAT IF ONE OF MY

02:23PM  17   CLIENTS FIRES ME AND THEY SAY THAT THEY ARE JUST GOING TO TRY

02:23PM  18   TO DO SOMETHING IN THE CLASS ACTION, I'LL LET APPLE KNOW THAT.

02:24PM  19   I'LL TELL THEM THAT MY CLIENT HAS TERMINATED ME.

02:24PM  20        YOU KNOW, THE THING THAT IS CONFUSING TO ME A LITTLE BIT

02:24PM  21   IS THAT WE'RE NOT REALLY TALKING ABOUT DEVICES OPTING OUT.

02:24PM  22   WE'RE TALKING ABOUT PEOPLE.

02:24PM  23        REMEMBER THE LADY THIS MORNING SHE TALKED ABOUT HOW SHE

02:24PM  24   HAD FIVE PHONES IN HER HOUSE.  I PROMISE YOU THAT LADY DOESN'T

02:24PM  25   KNOW THE FIRST SERIAL NUMBER OF ANY OF THEM AND PROBABLY

02:24PM  1    DOESN'T KNOW HOW TO FIND THEM IF IT IS ON THE PHONE IF THEY

02:24PM  2    STILL HAVE IT.

02:24PM  3         AND SO APPLE CAN KNOW THAT THERE'S THESE 308 PEOPLE WHO

02:24PM  4    HAVE BEEN IDENTIFIED BY THEIR ADDRESS AND TELEPHONE NUMBER AND

02:24PM  5    BY THE FACT THAT I REPRESENT THEM, AND BY THE FACT THAT I'M

02:24PM  6    SHORTLY GOING TO FILE A WHOLE BUNCH OF DISTRICT COURT CASES IN

02:24PM  7    THE STATE OF ALABAMA, AND IT'S NOT A MATTER OF CLAIMS

02:24PM  8    ADMINISTRATION.  MY CLIENT STARTED SUBMITTING ANY CLAIMS TO

02:24PM  9    THIS ADMINISTRATOR OR TO THIS COURT.

02:24PM  10        SO I THINK WE'VE OPTED OUT, AND IF APPLE WOULD LIKE US TO

02:24PM  11   PROVIDE THEM WITH SOME ASSURANCES THAT IF WE DISCOVER THAT ONE

02:25PM  12   OF OUR CLIENTS IS TRYING TO DOUBLE DIP THAT WE WILL LET THEM

02:25PM  13   KNOW, I CAN GIVE YOU THOSE ASSURANCES.

02:25PM  14           THE COURT:  THANK YOU VERY MUCH, MR. NORRIS.

02:25PM  15        MR. CHORBA, YOU WANTED TO BE HEARD, SIR?

02:25PM  16           MR. CHORBA:  YES, JUST ONE FINAL POINT OR TWO FINAL

02:25PM  17   POINTS.

02:25PM  18        FIRST OF ALL, I WANT TO ASSURE THE COURT THAT, OF COURSE,

02:25PM  19   THE PARTIES HERE INTENDED -- CERTAINLY DIDN'T INTEND TO ALTER

02:25PM  20   THE NOTICE THAT YOUR HONOR HAD APPROVED.  WE, IN GOOD FAITH,

02:25PM  21   REVIEWED THE REQUIREMENTS WITH THE SETTLEMENT ADMINISTRATOR.

02:25PM  22   I'M NOT AT ALL PUSHING IT ON THEM.

02:25PM  23        BUT THE PARTIES CONFERRED, AND THEY DECIDED WITH

02:25PM  24   $310 MILLION AT STAKE THERE WAS A VERY, VERY SERIOUS RISK OF

02:25PM  25   FRAUD.

02:25PM 1    SO THE COLLECTIVE VIEW OF THE PARTIES WAS THAT ADDING THIS

02:25PM 2    ADDITIONAL REQUIREMENT, WHICH WAS A REQUIREMENT FOR CLAIMS,

02:25PM 3    WHICH WAS A REQUIREMENT THAT -- NOT ONLY A REQUIREMENT, I'LL

02:25PM 4    GET TO THAT IN A MOMENT -- BUT THERE WAS AMPLE INFORMATION

02:25PM 5    PROVIDED ON THE SETTLEMENT WEBSITE AS TO HOW TO LOCATE THE

02:25PM 6    SERIAL NUMBER, AND IF YOU COULD NOT, WHAT YOU COULD DO TO WORK

02:26PM 7    WITH THE ADMINISTRATOR AND WORK WITH THE PARTIES TO IDENTIFY

02:26PM 8    THAT, THE CONSENSUS VIEW WAS THAT THIS IS SOMETHING THAT WOULD

02:26PM 9    HELP.

02:26PM 10    SO WE WANT TO AVOID THE SITUATION WHERE MR. NORRIS SAID

02:26PM 11   YOU HAVE THEIR NAMES AND YOU KNOW THEY'RE REPRESENTED BY HIM.

02:26PM 12    WELL, THERE ARE A LOT OF NAMES WHEN YOU HAVE 300 MILLION

02:26PM 13   CLAIMS, AND WE DON'T WANT TO BE IN A SITUATION WHERE WE'RE

02:26PM 14   TAKING THIS ISSUE TO THE ALABAMA COURTS, AND MAYBE THEY'RE NOT

02:26PM 15   SMALL CLAIMS, BUT I ASSURE YOU THEY'RE LOW DOLLAR CLAIMS, AND

02:26PM 16   WE'RE IN SITUATION OF RELITIGATING ARE THEY EVEN PART OF THIS

02:26PM 17   CASE?

02:26PM 18    THERE'S NO QUESTION THAT THE CLAIMS THAT MR. NORRIS RAISED

02:26PM 19   IN THOSE ACTIONS, AND HE FILED APPROXIMATELY 60 OF THEM AND

02:26PM 20   SENT 300 OR MORE OR 500 OR MORE DEMAND LETTERS ARE THE

02:26PM 21   IDENTICAL CLAIMS BROUGHT IN THIS LAWSUIT.  IN FACT, THE

02:26PM 22   CONSOLIDATED AMENDED COMPLAINT ASSERTS THE SAME ALABAMA

02:26PM 23   DECEPTIVE PRACTICES CLAIM THAT HE ASSERTS IN HIS NOTICE LETTERS

02:26PM 24   AND THOSE INDIVIDUAL LAWSUITS.

02:26PM 25    SO WHAT WE WERE TRYING TO DO HERE -- AND NORMALLY,

02:26PM 1    YOUR HONOR, I COULD SAY WE WOULD NOT HAVE RAISED THIS ISSUE

02:27PM 2    WITH YOU, BUT IT'S THE FACT THAT WE'RE DEALING WITH A FIRM THAT

02:27PM 3    HAS ESSENTIALLY STOPPED THIS CLASS ACTION FROM DAY ONE, AND I

02:27PM 4    DON'T SAY THAT WITH A PEJORATIVE INTENT.  IT'S JUST A FACT.

02:27PM 5    AND THEY'VE MADE CLEAR FROM THE VERY BEGINNING THAT THEY INTEND

02:27PM 6    TO LITIGATE THIS CASE INDIVIDUALLY IN THE SMALL CLAIMS COURT.

02:27PM 7        WE'VE HAD TO MOVE ON SEVERAL SEPARATE OCCASIONS IN

02:27PM 8    MULTIPLE COUNTIES IN ALABAMA TO GET THOSE ACTIONS STAYED UNTIL

02:27PM 9    THIS MDL WAS RESOLVED.  AND DURING THAT PROCESS WE MADE CLEAR,

02:27PM 10   LOOK, THERE WILL BE A CLAIMS PROCESS, THERE WILL BE A COURT

02:27PM 11   APPROVAL PROCESS, AND THERE WILL BE AN OPT-OUT PROCESS.

02:27PM 12       SO THE NOTION THIS WAS SOMEHOW A SURPRISE OR UNKNOWN, WE

02:27PM 13   OBVIOUSLY REJECT THAT.

02:27PM 14       BUT I JUST WANTED TO MAKE THOSE POINTS CLEAR TO YOU THAT

02:27PM 15   IF YOU DO GRANT THIS MOTION AND WE ARE IN THAT SITUATION, WE

02:27PM 16   WILL BE ESSENTIALLY KICKING THIS PROBLEM TO THE ALABAMA COURTS,

02:27PM 17   AND THAT'S WHAT IS MOTIVATING US.  THAT'S WHAT WE'RE TRYING TO

02:27PM 18   AVOID.

02:27PM 19       YES, MR. SZE IS EXACTLY RIGHT, WE WANT TO GET AS MUCH

02:27PM 20   DOMESTIC LEVEL PEACE THROUGH THE SETTLEMENT, AND IF WE HAVE TO

02:28PM 21   LITIGATE WITH THE INDIVIDUALS WHO HAVE ELECTED TO OPT OUT,

02:28PM 22   THAT'S FINE, BUT WE JUST DON'T BELIEVE THAT THESE WERE

02:28PM 23   PARTICULARLY ONEROUS REQUIREMENTS.  AND IF THEY WERE,

02:28PM 24   MR. NORRIS KNOWS HOW TO REACH US.  HE COULD HAVE CONTACTED ANY

02:28PM 25   ONE OF THE PARTIES, HE COULD HAVE LET US KNOW, HEY, I'M HAVING

02:28PM   1    TROUBLE WITH THE MAIL.  WE DIDN'T HEAR ANY OF THAT.

02:28PM   2         SO THAT OBVIOUSLY IMPACTS OUR VIEW OF THIS CASE AS WELL.

02:28PM   3         SO THANK YOU, YOUR HONOR.  I APPRECIATE THE TIME.

02:28PM   4              THE COURT:  THANK YOU, MR. CHORBA.

02:28PM   5         I THINK I NOTE THAT.  FROM MY PERSPECTIVE AS THE JUDGE OF

02:28PM   6    THIS MDL, THE MDL EXISTS FOR A REASON.  IT ATTEMPTS TO CAPTURE

02:28PM   7    AS MUCH OF THE GLOBAL -- I SHOULDN'T USE THE WORD "GLOBAL" IN

02:28PM   8    THIS CASE, SHOULD I?  MR. COTCHETT WILL JUMP OUT OF HIS CHAIR

02:28PM   9    IF I SAY THAT.

02:28PM   10        BUT WE TRY TO CAPTURE AS MANY CASES AS WE CAN, AND THIS

02:28PM   11   CASE ON A NATIONAL LEVEL AND FOR RESOLUTION, AND WE DO THAT

02:28PM   12   BECAUSE OF THE MDL PROCESS HAS BEEN DETERMINED TO BE THE BEST

02:28PM   13   WAY TO CAPTURE ECONOMIES OF SCALE FOR LAWYERS, TO NOTIFY THE

02:29PM   14   CONSUMERS, WHO AFTER ALL, THAT'S WHAT THIS LAWSUIT IS ALL

02:29PM   15   ABOUT.  IT'S ABOUT PROTECTION OF THE CONSUMERS.  THAT'S REALLY

02:29PM   16   WHAT IT'S ABOUT.

02:29PM   17        AND WE CAST A WIDE, A BROAD NET TO CAPTURE AS MANY

02:29PM   18   CONSUMERS AS WE CAN TO APPLY THE LAW TO THEM AND TO ALLOW THEM

02:29PM   19   TO BE PART OF A SETTLEMENT, PARTICULARLY IN A MEGA FUND CASE,

02:29PM   20   WHICH IS WHAT I THINK THERE'S NO DISAGREEMENT THAT THAT'S WHAT

02:29PM   21   THIS IS.

02:29PM   22        SO, YOU KNOW, I TAKE -- FIRST OF ALL, LET ME SAY I TAKE NO

02:29PM   23   PERSONAL AFFRONT FOR MR. NORRIS OR HIS CLIENTS NOT WISHING TO

02:29PM   24   STAY IN FRONT OF ME TO RESOLVE THEIR CASES.

02:29PM   25        WE WILL DO A WONDERFUL JOB.  WE'RE DOING A WONDERFUL JOB

02:29PM 1    FOR ALL OF THE PLAINTIFFS HERE, MR. NORRIS, AND I EXPECTED THAT

02:29PM 2    YOU WERE GOING TO COME BACK AFTER THE BREAK AND SAY, JUDGE, YOU

02:29PM 3    KNOW WHAT, WE'LL STICK AROUND, AND THIS IS A NICE PLACE TO BE,

02:29PM 4    BUT APPARENTLY THAT'S NOT GOING TO HAPPEN RIGHT NOW.

02:29PM 5         YOU KNOW, I HAVE -- MY CHARGE IS TO TRY TO EFFECT AS LARGE

02:30PM 6    A SETTLEMENT AS I CAN WITH THE MDL THAT IS BROUGHT TO ME BY THE

02:30PM 7    LAWYERS.  THAT'S WHAT THE MDL PROCESS IS SUPPOSED TO DO, TO

02:30PM 8    RESOLVE AS MANY CASES AS WE CAN, THEREFORE, TO BENEFIT THE

02:30PM 9    CONSUMERS AND TO ALSO CONCURRENTLY UNBURDEN OUR COURTS WITH

02:30PM 10   UNNECESSARY LITIGATION THROUGHOUT THE NATION AND IN OTHER

02:30PM 11   COURTS, INCLUDING THE GOOD COURTS OF THE STATE OF ALABAMA.  SO

02:30PM 12   THAT'S WHAT THIS LAWSUIT IS ABOUT.

02:30PM 13        IT'S 300 CLAIMANTS HERE, MR. NORRIS.  AS I TOLD YOU, I DO

02:30PM 14   FIND THAT THERE IS TIMELINESS.  YOU'VE SUBSTANTIALLY COMPLIED.

02:30PM 15   YOU'VE DONE ALL YOU CAN DO BY POSTING THAT, AND IT ACTUALLY DID

02:30PM 16   GET TO THE MAILBOX.  I FIND THAT YOU DID ACCOMPLISH THAT PART

02:30PM 17   OF IT.

02:30PM 18        I AM GOING TO FIND THAT, OVER COUNSEL'S OBJECTION, THAT

02:30PM 19   YOU SHOULD BE GRANTED THE RELIEF THAT THE OPT-OUTS, OVER

02:31PM 20   MR. CHORBA'S AND MR. SZE'S, NOTWITHSTANDING THEIR WONDERFUL

02:31PM 21   PRESENTATIONS HERE, I DO THINK THAT IT IS APPROPRIATE IN

02:31PM 22   FAIRNESS TO ALLOW YOU, BASED ON THE RECORD OF WHAT YOU SENT AND

02:31PM 23   WHAT YOU ATTEMPTED TO DO, AND YOU DID EXPRESS YOUR DESIRE IN

02:31PM 24   THOSE NOTICES TO NOT BE PART OF THIS CLASS ACTION.

02:31PM 25        AGAIN, I TAKE NO PERSONAL AFFRONT THAT YOU DON'T WANT TO

02:31PM  1      BE IN FRONT OF ME, SIR, WITH YOUR CLIENTS.  YOU WOULD BE WELL

02:31PM  2      TAKEN CARE OF, BUT NONETHELESS I'LL GRANT THE RELIEF REQUESTED,

02:31PM  3      AND I'LL ALLOW YOU, SIR, AND YOUR CLIENTS TO OPT OUT OF THIS

02:31PM  4      CASE.

02:31PM  5            THANK YOU VERY MUCH.

02:31PM  6            MR. NORRIS:  THANK YOU, YOUR HONOR.

02:31PM  7            AND WITH THAT -- AND I APPRECIATE IT.  AND BELIEVE ME, MY

02:31PM  8      DESIRE TO BE IN ALABAMA INSTEAD OF OVER THERE HAS NOTHING TO DO

02:31PM  9      WITH YOUR EXCELLENT COURT, BUT IF WE COULD, IF MR. WARE AND I

02:31PM  10     COULD BE EXCUSED FROM THE REST OF THE PROCEEDINGS, I WOULD

02:31PM  11     APPRECIATE IT.

02:31PM  12           THE COURT:  OH, WELL, THAT'S FINE.  THAT'S FINE.

02:32PM  13     IT'S A LITTLE BIT LATER IN ALABAMA THAN IT IS IN THE WEST COAST

02:32PM  14     OF CALIFORNIA.

02:32PM  15           MR. NORRIS:  IT IS.  IT IS ALMOST COCKTAIL HOUR.

02:32PM  16        (LAUGHTER.)

02:32PM  17           THE COURT:  WELL, WE CERTAINLY DON'T WANT TO DEPRIVE

02:32PM  18     YOU OF THAT, SIR.  ALL RIGHT.  THANK YOU VERY MUCH.  YOU'RE

02:32PM  19     EXCUSED.

02:32PM  20           MR. NORRIS:  THANK YOU, YOUR HONOR.

02:32PM  21           THE COURT:  YOU'RE WELCOME.  IT'S A PLEASURE MEETING

02:32PM  22     YOU.

02:32PM  23           MR. NORRIS:  THANK YOU.  LIKEWISE.

02:32PM  24           THE COURT:  THANK YOU.  LET'S MOVE ON.

02:32PM  25           I DO WANT TO TELL COUNSEL THAT I THOUGHT WE WOULD END

02:32PM  1    TODAY AT 4:00 P.M. PACIFIC STANDARD TIME.  I THINK WE'LL HAVE

02:32PM  2    A -- THAT WILL BE OUR STOP TIME FOR TODAY, AND IF WE NEED TO

02:32PM  3    SCHEDULE SOMETHING, WE'LL DO THAT.  THAT MIGHT BE A SIGNAL FOR

02:32PM  4    YOU TO LOOK AT YOUR CALENDARS OR TALKING TO YOUR PEOPLE ABOUT

02:32PM  5    WHAT MIGHT BE ANOTHER DAY TO PROCEED.

02:33PM  6        LET ME TURN TO -- WE HAVE HEARD OBJECTIONS FROM OTHER

02:33PM  7    PARTIES.  I DID WANT TO PROVIDE AN OPPORTUNITY FOR THOSE

02:33PM  8    PARTIES TO BE HEARD FROM PLAINTIFFS AND MR. CHORBA AS WELL, AND

02:33PM  9    I THINK THAT'S THE PART OF OUR PRESENTATION AND PROGRAM TODAY

02:33PM  10   OF WHERE WE ARE AT.  I WOULD LIKE TO GIVE YOU THE OPPORTUNITY

02:33PM  11   TO BE HEARD.

02:33PM  12       I TOLD YOU WE HAVE A DROP-DEAD TIME OF 4:00 O'CLOCK PST.

02:33PM  13   AND JUST FOR YOUR DIRECTION AND YOUR COMMENTS, I SAID THAT I

02:33PM  14   DON'T THINK WE WILL GET TO THE ATTORNEYS' FEES TODAY, AND SO

02:33PM  15   I'M NOT GOING TO ASK YOU TO COMMENT ON THE OBJECTIONS

02:33PM  16   RE ATTORNEYS FEES TODAY.  YOU CAN IF YOU WISH, BUT THAT'S NOT

02:33PM  17   REALLY SOMETHING THAT I THINK WE'RE GOING TO DO TODAY, AND

02:33PM  18   THAT'S FOR MR. FRANK'S BENEFIT AS WELL, ALTHOUGH I KNOW IT'S

02:33PM  19   QUITE LATE ON THE EAST COAST.  RIGHT NOW IT'S ABOUT 5:00

02:33PM  20   O'CLOCK THERE, I THINK, 6:00 O'CLOCK.

02:33PM  21       YOU'RE WELCOME TO STAY, MR. FRANK, BUT I DON'T INTEND TO

02:34PM  22   FORMALLY GET INTO AN ATTORNEYS' FEE DISCUSSION TODAY, BUT I DO

02:34PM  23   WANT TO GIVE COUNSEL AN OPPORTUNITY TO RESPOND IF THEY WISH TO

02:34PM  24   ANY OF THE OBJECTIONS, ANY OF THE COMMENTS THAT WE HEARD

02:34PM  25   EARLIER.

02:34PM  1          MR. FRANK:  THANK YOU, YOUR HONOR.

02:34PM  2          THE COURT:  SO LET ME TURN TO PLAINTIFFS FIRST.

02:34PM  3    MR. MOLUMPHY, MR. COTCHETT.

02:34PM  4          MR. COTCHETT:  THANK YOU, YOUR HONOR.

02:34PM  5          THE COURT:  YES, MR. COTCHETT.

02:34PM  6          MR. COTCHETT:  I'M GOING TO ASK MR. FOX AND MR. KING

02:34PM  7    TO ADDRESS THOSE SPECIFIC ISSUES IF YOU DON'T MIND.

02:34PM  8          THE COURT:  NOT AT ALL, SIR.

02:34PM  9       MR. FOX.

02:34PM 10          MR. FOX:  GOOD AFTERNOON, YOUR HONOR.  HOPEFULLY YOU

02:34PM 11    CAN HEAR ME.

02:34PM 12          THE COURT:  YES.

02:34PM 13          MR. FOX:  WHAT I WOULD LIKE TO DO -- AND I DON'T

02:34PM 14    WANT TO TAKE UP TOO MUCH OF THE COURT'S TIME.  I KNOW IT IS

02:34PM 15    LATE.

02:34PM 16       BUT BETWEEN MR. KING AND I, I WOULD LIKE TO JUST BRIEFLY

02:34PM 17    ADDRESS SOME OF THE THINGS THAT WERE DONE IN THE LITIGATION AND

02:34PM 18    SOME OF THE CLAIMS PROCESSING STEPS THAT WERE TAKEN AND WHAT

02:35PM 19    THE RESULT OF THOSE THINGS WERE.

02:35PM 20       AND THEN IF IT'S OKAY WITH THE COURT, MR. KING WOULD TURN

02:35PM 21    TO, AND PERHAPS MR. HALL, AT LEAST THE TWO VERY SPECIFIC ITEMS

02:35PM 22    THAT YOUR HONOR MENTIONED AS TO THE SERIAL NUMBER ISSUE AND THE

02:35PM 23    ATTESTATION ISSUE.

02:35PM 24       SO WITH THE COURT'S PERMISSION, I WOULD WANT TO PROCEED

02:35PM 25    THAT WAY.

02:35PM 1        THE COURT:  OKAY.  THANK YOU.  THANK YOU.  YES.

02:35PM 2        MR. FOX:  OKAY.  THANK YOU, YOUR HONOR.

02:35PM 3     I GUESS REALLY THE FIRST THING I WOULD WANT TO SAY, AND

02:35PM 4  I'M SURE I WOULD BE SPEAKING ON BEHALF OF EVERYONE WHO HAS

02:35PM 5  APPEARED TODAY, IS REALLY JUST TO THANK THE COURT, YOUR HONOR'S

02:35PM 6  COURTROOM STAFF, YOUR CLERKS, YOUR DEPUTIES, COURT REPORTERS,

02:35PM 7  EVERYBODY WHO HAS REALLY MADE THE COURT FUNCTION SO EFFICIENTLY

02:35PM 8  THROUGH THIS PROCESS IN WHAT WE ALL KNOW IS AN EXTREMELY,

02:35PM 9  EXTREMELY DIFFICULT TIME.

02:35PM 10     SO TRUTHFULLY FROM THE HEART, I SAY THANK YOU SO MUCH TO

02:35PM 11  THE COURT.  AND I KNOW THAT ALL OF THE PARTIES, WHETHER THEY

02:36PM 12  AGREE WITH THE SETTLEMENT OR ANYTHING ELSE, I KNOW THAT

02:36PM 13  EVERYBODY SHARES THAT FEELING.

02:36PM 14     THANK YOU.  THANK YOU AGAIN.

02:36PM 15        THE COURT:  WELL, THANK YOU, MR. FOX.  THANK YOU.

02:36PM 16  YOU'RE WELCOME.

02:36PM 17        MR. FOX:  SO AS YOUR HONOR KNOWS, THE SETTLEMENT HAS

02:36PM 18  A MINIMUM VALUE OF $310 MILLION, A MAXIMUM VALUE OF

02:36PM 19  $500 MILLION.  I WILL SAY THIS WAS CLEARLY STATED IN THE NOTICE

02:36PM 20  AND IN THE PAPERS, AND I DO ACTUALLY TAKE SOME OFFENSE AT,

02:36PM 21  CERTAINLY NOT ALL, BUT ONE OF THE OBJECTORS SUGGESTING THAT

02:36PM 22  THIS WAS SOME SORT OF UNDERHANDED WAY OF DESCRIBING THE

02:36PM 23  SETTLEMENT TO THE CLASS.  IT CERTAINLY WAS NOT, AND I JUST

02:37PM 24  WANTED TO SAY THAT.

02:37PM 25     WE BELIEVE THE COURT SHOULD APPROVE THIS SETTLEMENT WHICH

02:37PM 1   WE RESPECTFULLY SUBMIT IS REALLY AN OUTSTANDING RESULT OF THE

02:37PM 2   CLASS BASED ON THE AMOUNT OF THE SETTLEMENT, BASED ON THE VERY,

02:37PM 3   VERY SUBSTANTIAL NUMBER OF CLAIMS THAT WERE RECEIVED, OVER

02:37PM 4   300 MILLION -- I'M SORRY, 3 MILLION CLAIMS, AND ALSO, QUITE

02:37PM 5   FRANKLY, THIS SETTLEMENT IS AS BEST AS WE'VE BEEN ABLE TO

02:37PM 6   DETERMINE THE LARGEST SETTLEMENT THAT HAS EVER OCCURRED UNDER

02:37PM 7   THE COMPUTER FRAUD AND ABUSE ACT AS WELL AS THE CALIFORNIA

02:37PM 8   ANALOG TO THAT.

02:37PM 9       FURTHERMORE, CLASS MEMBERS WILL RECEIVE A SUBSTANTIAL

02:37PM 10  PAYMENT UNDER THIS SETTLEMENT.  AS YOUR HONOR POINTED OUT, THE

02:37PM 11  $25 IN THE NOTICE WAS A FLOOR WHICH, QUITE FRANKLY, COULD HAVE

02:38PM 12  BEEN ADJUSTED DOWN DEPENDING ON THE CLAIMS AND IT -- AS THE

02:38PM 13  NOTICE SAID, IT COULD BE ADJUSTED UP BASED ON THE NUMBER OF

02:38PM 14  CLAIMS.

02:38PM 15      IT APPEARS TO US THAT AT A MINIMUM, CLASS MEMBERS WOULD

02:38PM 16  GET $65 PER ELIGIBLE DEVICE, WHICH WE RESPECTFULLY SUBMIT IS AN

02:38PM 17  EXCELLENT, EXCELLENT RESULT.

02:38PM 18      AS YOUR HONOR KNOWS, THE PROPOSED SETTLEMENT WAS REACHED

02:38PM 19  ONLY AFTER THE PARTIES ENGAGED IN EXTENSIVE MOTION PRACTICE,

02:38PM 20  DISCOVERY, AND MEDIATION.

02:38PM 21      AS DETAILED IN THE DECLARATION OF LAURENCE KING AND

02:38PM 22  JOSEPH COTCHETT, IN SUPPORT OF THIS SETTLEMENT THERE WERE

02:38PM 23  MULTIPLE MOTIONS TO DISMISS, THE REVIEW AND ANALYSIS, CAREFUL

02:38PM 24  REVIEW AND ANALYSIS OF MULTIPLE PAGES OF DOCUMENTS.  SOMETIMES

02:38PM 25  THESE DOCUMENTS WERE VERY TECHNICAL.  AS YOUR HONOR KNOWS, THE

02:38PM 1   MAIN ISSUE IN THIS CASE WAS THE SLOWDOWN OF THESE DEVICES.

02:38PM 2   THAT GETS VERY TECHNICAL VERY QUICKLY.  WE'VE ALSO ENGAGED WITH

02:39PM 3   CONSULTANTS AND EXPERTS ON MANY OF THESE ISSUES.

02:39PM 4       WE TOOK THE MAXIMUM NUMBER OF FACT DEPOSITIONS ALLOWED BY

02:39PM 5   THE FEDERAL RULES.  AND, IN FACT, AT THE TIME OF THE

02:39PM 6   SETTLEMENT, THERE WAS A MOTION PENDING, AS YOUR HONOR WILL

02:39PM 7   RECALL YOU APPOINTED JUDGE WESTERFIELD AS A DISCOVERY SPECIAL

02:39PM 8   MASTER WHO DID A LOT OF EXCELLENT WORK IN THIS CASE, AND I

02:39PM 9   TRULY, TRULY COMMEND HER FOR THAT.

02:39PM 10       THE COURT:  WELL, THANK YOU, MR. FOX.

02:39PM 11       LET'S CALL OUT HER PRAISE BECAUSE I KNOW SHE DID FANTASTIC

02:39PM 12   WORK.  AND I SHOULD TELL YOU, WITHOUT REVEALING CONFIDENCES,

02:39PM 13   THERE WERE SATURDAY PHONE CALLS FROM THE JUDGE ASKING FOR

02:39PM 14   DIRECTION ABOUT THINGS.  SO SHE WAS TREMENDOUS.

02:39PM 15       I KNOW SHE BENEFITTED BOTH SIDES AND SHE WAS -- IT'S

02:39PM 16   PROBABLY NOT APPROPRIATE TO SAY A WORKHORSE, THAT'S PROBABLY

02:39PM 17   NOT AN APPROPRIATE PHRASE ANYMORE, BUT SHE WAS A TIRELESS,

02:39PM 18   TIRELESS WORKER IN THIS CASE.

02:39PM 19       AND IN OUR SUBSEQUENT CONVERSATION AT SETTLEMENT SHE TOLD

02:39PM 20   ME HOW MUCH SHE ENJOYED WORKING WITH ALL COUNSEL, AND SHE SAID

02:40PM 21   IT WAS A TRUE JOY TO BE INVOLVED IN THIS CASE.  I SHOULD PASS

02:40PM 22   THAT ON TO YOU AS WELL.  SO THANK YOU.

02:40PM 23       MR. FOX:  WELL, THANK YOU.  IT WAS A PLEASURE FOR

02:40PM 24   COUNSEL TO WORK WITH HER.  SHE WAS A WORKHORSE.

02:40PM 25       THERE WERE A NUMBER OF HIGHLY, HIGHLY CONTESTED

02:40PM  1       PROCEEDINGS BEFORE HER, AND SHE REALLY MADE AN EFFORT, A TIMELY

02:40PM  2       EFFORT.  THERE WERE CONFERENCE CALLS THAT LITERALLY LASTED,

02:40PM  3       MR. CHORBA CAN ATTEST TO THIS, FOR HOURS WITH

02:40PM  4       JUDGE WESTERFIELD.

02:40PM  5            SO, AGAIN, WE REALLY COMMEND HER WORK AS WELL AS OBVIOUSLY

02:40PM  6       THE COURT'S WORK IN THIS CASE.

02:40PM  7            AT THE TIME THE SETTLEMENT WAS PENDING ONE OF THOSE -- WAS

02:40PM  8       REACHED, ONE OF THOSE MOTIONS BEFORE JUDGE WESTERFIELD WAS

02:40PM  9       WHETHER THE PLAINTIFF SHOULD BE ALLOWED TO TAKE ADDITIONAL

02:40PM 10       DEPOSITIONS.  WE WANTED TO TAKE DEPOSITIONS OF SOME OF THE MOST

02:40PM 11       SENIOR APPLE EXECUTIVES.  APPLE TOOK THE POSITION THAT WE

02:41PM 12       SHOULD NOT BE ABLE TO DO THAT.  WE HAD ALREADY GOTTEN ENOUGH

02:41PM 13       INFORMATION FROM THE DEPOSITIONS THAT WE TOOK.  THAT WAS

02:41PM 14       PENDING AT THE TIME THE AGREEMENT WAS REACHED.

02:41PM 15            I WILL ALSO MENTION, AND THIS ALSO INVOLVES

02:41PM 16       JUDGE WESTERFIELD, DEFENDANTS ENGAGED IN A VERY FULSOME

02:41PM 17       DISCOVERY PROGRAM HERE.  THEY, THEY -- THAT INCLUDED SEVERAL

02:41PM 18       ALL-DAY DEPOSITIONS OF THE NAMED PLAINTIFFS THAT OCCURRED IN

02:41PM 19       DIFFERENT PARTS OF THE COUNTRY AS WELL AS A FORENSIC

02:41PM 20       EXAMINATION OF THE LEAD PLAINTIFF'S PHONES.

02:41PM 21            THAT FORENSIC EXAMINATION IN TURN REQUIRED THE PARTIES TO

02:41PM 22       NEGOTIATE AN ORDER OF HOW THAT WAS EXACTLY GOING TO OCCUR,

02:41PM 23       WHICH WAS VERY IMPORTANT, YOUR HONOR, BECAUSE THERE'S A LOT OF

02:41PM 24       PERSONAL INFORMATION ON PEOPLE'S DEVICES.

02:41PM 25            SO I WON'T BORE YOU WITH THE DETAILS HERE, BUT THERE WAS A

02:42PM 1    VERY, VERY LONG PROCESS OF NEGOTIATING A PROTOCOL THAT WAS BOTH

02:42PM 2    FAIR AND REALLY WENT OUT OF ITS WAY TO PROTECT THE PRIVACY OF

02:42PM 3    THE INDIVIDUALS AND THEIR DEVICES AND THE INFORMATION ON THAT

02:42PM 4    DEVICE -- ON THEIR DEVICES, AND THAT WAS HEAVILY LITIGATED

02:42PM 5    BEFORE JUDGE WESTERFIELD.

02:42PM 6        JUDGE WESTERFIELD ISSUED A DECISION WITH RESPECT TO THAT,

02:42PM 7    AND THAT PROCESS WENT ON.  AND DEFENDANTS WERE ALLOWED TO

02:42PM 8    FORENSICALLY EXAMINE ALL OF THE NAMED PLAINTIFF'S PHONES OR A

02:42PM 9    CERTAIN SUBSET OF THE NAMED PLAINTIFF'S PHONES.

02:42PM 10       FINALLY, AS YOUR HONOR MENTIONED, THE PARTIES ENGAGED

02:42PM 11   JUDGE PHILLIPS.  AS YOUR HONOR POINTED OUT, A HIGHLY, HIGHLY

02:42PM 12   RESPECTED MEDIATOR.

02:42PM 13       JUDGE PHILLIPS CONDUCTED THREE ALL-DAY IN-PERSON MEDIATION

02:42PM 14   SESSIONS WITH THE PARTIES.  THOSE WERE FOLLOWED UP BY MANY,

02:43PM 15   MANY PHONE CONVERSATIONS AND BACK AND FORTH WHICH HE AND HIS

02:43PM 16   GOOD OFFICE SUPERVISED.

02:43PM 17       JUDGE PHILLIPS REALLY DUG IN AND UNDERSTOOD THE ISSUES

02:43PM 18   HERE AND TO HIS CREDIT WAS ABLE TO REALLY ASSIST THE PARTIES IN

02:43PM 19   ARRIVING AT THIS SETTLEMENT.

02:43PM 20       I WILL ALSO NOTE THAT JUDGE PHILLIPS SUBMITTED A

02:43PM 21   DECLARATION TO THAT EFFECT IN SUPPORT OF THE SETTLEMENT

02:43PM 22   EXPRESSING HIS VIEW, OF COURSE NOT TO SUBSTITUTE HIS VIEW FOR

02:43PM 23   THE VIEW OF THE COURT, ON THE SETTLEMENT.

02:43PM 24       I WILL ALSO SAY THAT, YOU KNOW, THE -- IN REACHING THE

02:43PM 25   PROPOSED SETTLEMENT LEAD COUNSEL WAS AWARE OF ALL OF THE RISKS

02:43PM 1    INVOLVED THAT, YOU KNOW, WOULD HAVE BEEN ATTENDANT HAD WE NOT

02:44PM 2    ENTERED INTO THIS SETTLEMENT.

02:44PM 3         WE WERE WELL INFORMED OF ALL OF THESE ISSUES THROUGH THE

02:44PM 4    EXTENSIVE DISCOVERY PROGRAM AND THE MOTION PRACTICE.  AND WHILE

02:44PM 5    THE COURT HAS CERTIFIED A CLASS FOR SETTLEMENT PURPOSES ONLY,

02:44PM 6    THERE IS ABSOLUTELY NO DOUBT THAT CLASS CERTIFICATION WOULD

02:44PM 7    HAVE BEEN A VERY, VERY HOTLY CONTESTED ISSUE.  THAT IS BECAUSE

02:44PM 8    IN SUBSTANTIAL PART, AS YOUR HONOR IS AWARE, THE DEFENDANT'S

02:44PM 9    POSITION IN THIS CASE WAS THAT NOT EVERYBODY WHO HAD A DEVICE

02:44PM 10   AND NOT EVERYBODY THAT EVEN DOWNLOADED THE RELEVANT SOFTWARE

02:44PM 11   WAS HARMED.  THAT IS THEIR POSITION.

02:44PM 12        AND EVERYTHING GOT VERY GRANULAR, AND THAT IS IN PART, AND

02:44PM 13   MR. CHORBA CAN SPEAK BETTER FOR THIS, BUT I DON'T THINK I WOULD

02:44PM 14   BE REVEALING ANY CONFIDENCES WHEN I WOULD SAY THAT WAS THEIR

02:45PM 15   POSITION IN THE LITIGATION.  WE THINK WE COULD HAVE OVERCOME

02:45PM 16   IT, BUT THAT WOULD HAVE BEEN A VERY, VERY HOTLY CONTESTED ISSUE

02:45PM 17   AT CLASS CERTIFICATION, AND, OF COURSE, AT SUMMARY JUDGMENT AND

02:45PM 18   TRIAL.

02:45PM 19        SO THIS IS JUST TO SAY THAT THE RESULTING SETTLEMENT WE

02:45PM 20   BELIEVE IS THE PRODUCT OF AN ARMS LENGTH TOUGH NEGOTIATION

02:45PM 21   BETWEEN EXPERIENCED COUNSEL AND PROVIDES A VERY, VERY

02:45PM 22   SUBSTANTIAL ALL-CASH PAYMENT FROM A NONREVERSIONARY FUND.

02:45PM 23   THERE'S NO WAY THAT APPLE IS GETTING BACK ANY OF THIS MONEY OF

02:45PM 24   AT LEAST $310 MILLION.

02:45PM 25        AFTER THE PAYMENT OF ATTORNEYS' FEES AND ANY COSTS AWARDED

02:45PM   1    BY THE COURT, THE REMAINING BALANCE WOULD BE DISTRIBUTED TO

02:45PM   2    CLASS MEMBERS WHO FILE APPROVED CLAIMS, AND IT'S RESPECTFULLY

02:45PM   3    SUBMITTED THAT THIS IS BOTH ONE OF THE LARGEST RECOVERIES IN A

02:45PM   4    CONSUMER CLASS ACTION AND TO OUR KNOWLEDGE THE LARGEST OF THE

02:45PM   5    CONSUMER FRAUD AND ABUSE ACT.

02:45PM   6         YOUR HONOR, SINCE YOUR HONOR PRELIMINARILY APPROVED THE

02:46PM   7    SETTLEMENT ON MAY 27TH -- AND JUST TO BACKTRACK ONE SECOND.

02:46PM   8    THE COURT HELD A HEARING ON MAY 15TH ON PRELIMINARY APPROVAL,

02:46PM   9    AND THEN PRELIMINARILY APPROVED THE SETTLEMENT ON MAY 27TH.

02:46PM   10        YOUR HONOR APPROVED THE NOTICE, THE CLAIMS ADMINISTRATOR,

02:46PM   11   AND ALL OF THE VARIOUS OTHER ITEMS IN THE SETTLEMENT AND

02:46PM   12   PRELIMINARILY CERTIFIED THE SETTLEMENT CLASS THAT CONSISTED OF

02:46PM   13   EVERYONE WHO OWNED, I WON'T SAY THE OLDEST SPECIFIC DEVICES,

02:46PM   14   BUT THE IPHONE 6 SERIES, THE IPHONE 7 SERIES, THE IPHONE SE AND

02:46PM   15   DOWNLOADED THE RELEVANT SOFTWARE, WHICH IS 10.2.1, AND WITH THE

02:46PM   16   7'S 11.2 AND IMPORTANTLY RAN THE RELEVANT -- RAN THAT RELEVANT

02:47PM   17   SOFTWARE ON THEIR PHONES.

02:47PM   18        YOUR HONOR AUTHORIZED THE NOTICE TO BE MAILED, AND THERE

02:47PM   19   WAS EXTENSIVE PROCESS.  I WON'T GO INTO ALL OF THE -- I KNOW

02:47PM   20   TIME IS SHORT, AND I WON'T GO INTO ALL OF THE DATES, BUT THE

02:47PM   21   PARTIES WORKED DILIGENTLY AND COOPERATIVELY WITH ANGEION, THE

02:47PM   22   COURT APPOINTED ADMINISTRATOR, TO MAKE SURE THAT THE DATABASE

02:47PM   23   OF POTENTIAL CLASS MEMBERS WAS ROBUST.

02:47PM   24        AND THAT PROCESS RESULTED IN A DATABASE OF MORE THAN

02:47PM   25   90 MILLION POTENTIAL CLASS MEMBERS THAT WERE INCLUDED IN THE

02:47PM    1    CLASS.

02:47PM    2         PURSUANT TO THE COURT'S PRELIMINARY APPROVAL ORDER, THE

02:47PM    3    SUMMARY NOTICE WAS SENT THROUGH 90.1 MILLION POTENTIAL CLASS

02:47PM    4    MEMBERS BEGINNING ON JULY 6TH AND IN ACCORDANCE WITH THE

02:47PM    5    COURT'S ORDER COMPLETED BY AUGUST 12TH.

02:47PM    6         ADDITIONALLY, I KNOW THERE WAS MENTIONED EARLIER ON ABOUT

02:47PM    7    THE U.S. MAIL IN THIS CASE.  WELL, THE U.S. MAIL DID PLAY A

02:48PM    8    ROLE IN THIS CASE, YOUR HONOR, BECAUSE WHEN THERE WAS NOT A

02:48PM    9    SUFFICIENT EMAIL ADDRESS OR THE EMAIL BOUNCED BACK FOR SOME

02:48PM   10    OTHER REASON, A POSTCARD NOTICE WAS SENT BY U.S. MAIL, AND THAT

02:48PM   11    WAS NOT AN INSUBSTANTIAL NUMBER OF POSTCARDS.  IN FACT, THERE

02:48PM   12    WERE APPROXIMATELY 5.6 MILLION MAILED NOTICES SENT BY THE

02:48PM   13    U.S. MAIL.

02:48PM   14         NOW, I WILL SAY THIS, ALTHOUGH NOT REQUIRED BY

02:48PM   15    YOUR HONOR'S NOTICE, THE PARTIES AGREED TO SEND A SECOND

02:48PM   16    NOTICE, A SUPPLEMENTAL SECOND NOTICE, THE SAME NOTICE AS THE

02:48PM   17    FIRST.  AND, YOU KNOW, AGAIN, IT CERTAINLY WAS NOT ALL OF THE

02:48PM   18    OBJECTORS WHO SPOKE THIS MORNING.  I THINK IT WAS ONE IN

02:48PM   19    PARTICULAR.  I'M SORRY, I CAN'T RECALL HIS NAME RIGHT NOW.  BUT

02:48PM   20    SUGGESTING THERE WAS SOME ATTEMPT TO LIMIT CLAIMS IN THIS CASE

02:49PM   21    OR SOMETHING TO THAT EFFECT.

02:49PM   22         WELL, I CAN TELL YOU, AND I WAS INVOLVED IN THIS PROCESS

02:49PM   23    THE WHOLE WAY, IT IS THE COMPLETE OPPOSITE THAT WAS TRUE.  THE

02:49PM   24    BEST EVIDENCE AS I'M TALKING RIGHT NOW OF THAT IS A SECOND

02:49PM   25    NOTICE WAS SENT TO 89.3 MILLION PEOPLE, A SECOND NOTICE, SAME

02:49PM 1    EXACT NOTICE, AND THE DIFFERENCE IN NUMBERS IS THE 89.3 MILLION

02:49PM 2    TAKES OUT PEOPLE WHO HAD ALREADY FILED THE CLAIM OR PEOPLE WHO

02:49PM 3    HAD OBJECTED OR PEOPLE WHO HAD EXCLUDED THEMSELVES.

02:49PM 4        SO TO SUGGEST THAT THERE WAS ANY IDEA TO LIMIT THE NUMBER

02:49PM 5    OF CLAIMS, NOTHING I HAD SEEN IN THIS CASE SHOWS THAT.  IN

02:49PM 6    FACT, EVERYTHING THAT I HAVE SEEN IS THE OPPOSITE AND TO ENSURE

02:49PM 7    THAT ALL OF THE CLAIMS FILED ARE PROPER.

02:50PM 8        I WILL ALSO ADD THAT PURSUANT TO THE COURT'S ORDER, A

02:50PM 9    PRELIMINARY APPROVAL ORDER, A CASE SPECIFIC WEBSITE WAS SET UP

02:50PM 10   THAT HAD ALL OF THE IMPORTANT DOCUMENTS ON IT, INCLUDING THE

02:50PM 11   CLAIM FORM OF THE SETTLEMENT RELATED DOCUMENTS.

02:50PM 12       THROUGH NOVEMBER 16TH THAT WEBSITE HAD 16.4 MILLION PAGE

02:50PM 13   VIEWS AND 9.8 MILLION SESSIONS.  A TOLL FREE NUMBER WAS SET UP

02:50PM 14   THAT WAS AVAILABLE 7 DAYS A WEEK, 24 HOURS A DAY.  THAT TOLL

02:50PM 15   FREE LINE RECEIVED MORE THAN 31,000 CALLS TOTALLING MORE THAN

02:50PM 16   142,000 MINUTES.

02:50PM 17       AND IN ADDITION, AS POINTED OUT IN OUR PAPERS, THIS

02:50PM 18   SETTLEMENT RECEIVED VERY, VERY SUBSTANTIAL MEDIA COVERAGE.

02:50PM 19   ANGEION WOULD CALL IT AN EARNED MEDIA, BUT BOTH AFTER THE

02:50PM 20   INITIAL ANNOUNCEMENT OF THE SETTLEMENT AND AFTER THE

02:50PM 21   PRELIMINARY APPROVAL OF THE SETTLEMENT THERE WERE AT LEAST

02:51PM 22   2,670 PIECES OF COVERAGE OF THE PROPOSED SETTLEMENT VIEWED BY

02:51PM 23   AN ESTIMATED 7.3 MILLION USERS.  THERE WERE OVER 51,000 SHARES

02:51PM 24   RELATING TO THE SETTLEMENT OVER SOCIAL MEDIA AND 166,000

02:51PM 25   YOUTUBE VIEWS.

02:51PM   1          THUS, THE PARTIES DEVOTED CONSIDERABLE TIME IN AN EFFORT

02:51PM   2     TO CARRY OUT THE COURT ORDER NOTICED PROGRAM, AND I

02:51PM   3     RESPECTFULLY SUBMIT THAT THE COURT SHOULD HAVE NO DOUBT THAT

02:51PM   4     THE NOTICE PROGRAM IT AUTHORIZED WAS ROBUST, EXTENSIVE, AND

02:51PM   5     PROPERLY EXECUTED.

02:51PM   6          BECAUSE OF THIS NOTICE THERE WAS, AS I SAID EARLIER, A

02:51PM   7     VERY SUBSTANTIAL NUMBER OF CLAIMS WERE RECEIVED, OVER

02:51PM   8     3.1 MILLION, APPROXIMATELY 2.2 MILLION BY INDIVIDUALS, AND

02:51PM   9     APPROXIMATELY 900,000 BY CORPORATIONS.

02:52PM  10          EACH DEVICE THAT WAS IDENTIFIED AS HAVING DOWNLOADED THE

02:52PM  11     SOFTWARE AND FIT THE CLASS RECEIVED A NOTICE.

02:52PM  12          THE SUPPORT FOR THE SETTLEMENT I BELIEVE HAS BEEN STRONG

02:52PM  13     IN A RATHER UNUSUAL FEATURE.  EACH NAMED PLAINTIFF SIGNED THE

02:52PM  14     SETTLEMENT AGREEMENT EXPRESSING HIS OR HER SUPPORT AND MANY OF

02:52PM  15     THOSE SAME PEOPLE SUBMITTED LETTERS IN SUPPORT OF THIS

02:52PM  16     SETTLEMENT TO THE COURT, AND I THINK THERE'S BEEN STRONG,

02:52PM  17     STRONG SUPPORT FOR THE SETTLEMENT.

02:52PM  18          I DO NOTE THAT THERE HAVE BEEN A NUMBER OF OPT-OUTS, BUT

02:52PM  19     IT IS RESPECTFULLY SUBMITTED THAT GIVEN THE BREADTH OF THE

02:52PM  20     NOTICE HERE THAT NUMBER IS VERY SMALL.  I BELIEVE AS IT RELATES

02:52PM  21     TO THE SETTLEMENT IT'S 55, WHICH I BELIEVE IS LESS THAN ONE IN

02:53PM  22     A MILLION, AND WE CAN ADDRESS THOSE PARTICULAR OBJECTIONS, AND

02:53PM  23     WE WILL, BUT ONLY TO CONVEY THAT THE NUMBER IS RELATIVELY TO

02:53PM  24     THE SIZE OF THIS SETTLEMENT AND THE NUMBER OF NOTICE IS VERY

02:53PM  25     SMALL.

02:53PM  1    I WILL CONCLUDE BY NOTING AS TO EXCLUSIONS, OUR POSITION

02:53PM  2    AS PLAINTIFFS IS THAT, AS YOUR HONOR HAD ARTICULATED IT, WHERE

02:53PM  3    SOMEBODY HAS REALLY MADE AN EFFORT TO EXCLUDE THEMSELVES FROM

02:53PM  4    THE CASE GIVEN COVID-19 AND THE PANDEMIC, WE WOULD -- WE WOULD

02:53PM  5    URGE THE COURT TO ALLOW THOSE EXCLUSIONS.  THEY'RE, AGAIN,

02:53PM  6    RELATIVELY SMALL IN NUMBER.  THERE IS THE, THERE IS THE 308

02:54PM  7    FROM THE ALABAMA CASES, AND I BELIEVE THERE IS APPROXIMATELY

02:54PM  8    ANOTHER 320.  IT COMES TO AROUND 650.

02:54PM  9         THE LAST THING I'M GOING TO SAY, YOUR HONOR, AS TO LATE

02:54PM  10   CLAIMS, AGAIN, GIVEN THE PANDEMIC AND GIVEN THE RELATIVELY

02:54PM  11   SMALL NUMBER OF LATE CLAIMS, I BELIEVE IT'S ABOUT 14,000, WE

02:54PM  12   WOULD RESPECTFULLY SUBMIT THAT THE COURT SHOULD ALLOW THOSE

02:54PM  13   CLAIMS.

02:54PM  14        THANK YOU VERY MUCH.

02:54PM  15             THE COURT:  THANK YOU, MR. FOX.

02:54PM  16        MR. KING.

02:54PM  17             MR. KING:  GOOD AFTERNOON, YOUR HONOR.  THANK YOU

02:54PM  18   VERY MUCH FOR THE OPPORTUNITY TO ADDRESS SOME OF THE OBJECTIONS

02:54PM  19   BEFORE THE COURT.

02:54PM  20        AS THE COURT IS AWARE, BOTH IN OUR OPENING BRIEF WHERE WE

02:54PM  21   OBJECT AND WE HAD ADDRESSED THE OBJECTIONS THAT HAD COME IN AT

02:54PM  22   THAT POINT, AND THEN IN OUR REPLY PAPERS WE ADDRESSED THE

02:54PM  23   OBJECTIONS THAT CAME IN AFTER OUR OPENING PAPERS, SO WE BELIEVE

02:55PM  24   THAT WE HAVE ADDRESSED ALL OF THE OBJECTIONS IN THE PAPERS.

02:55PM  25        SO I WILL FOCUS MY REMARKS FIRST ON THE ISSUES YOUR HONOR

02:55PM  1    HAS FOCUSSED ON AT THIS HEARING.

02:55PM  2         THERE HAS BEEN SOME DISCUSSION OF THE SERIAL NUMBER

02:55PM  3    REQUIREMENT IN ORDER TO SUBMIT A CLAIM, AND I WANT TO TELL THE

02:55PM  4    COURT THAT THIS REALLY -- WELL, FIRST, THE SERIAL NUMBER AS YOU

02:55PM  5    HAVE HEARD IS THE IMPORTANT IDENTIFIER OF THE DEVICES AT ISSUE,

02:55PM  6    AND I THINK EVERYONE AGREES THE DEVICES NEED TO BE IDENTIFIED.

02:55PM  7         IF THE PERSON HAD THEIR SERIAL NUMBER, COULD FIND THEIR

02:55PM  8    SERIAL NUMBER, GREAT, WE ASKED THEM TO PROVIDE THEIR SERIAL

02:55PM  9    NUMBER.

02:55PM  10        BUT THAT'S NOT WHERE IT ENDS.  ON THE SETTLEMENT WEBSITE

02:55PM  11   IF A PERSON DID NOT HAVE THEIR SERIAL NUMBER, THERE WAS A

02:55PM  12   LOOK-UP TOOL AS IT'S CALLED WHERE SOMEBODY COULD PUT IN THEIR

02:56PM  13   NAME, ADDRESS, AND USER I.D., AND FIND THAT THEIR SERIAL NUMBER

02:56PM  14   THAT WAY.  SO THAT'S -- IF THEY HAVE THE SERIAL NUMBER, GREAT.

02:56PM  15   IF THEY DON'T, THERE'S A LOOK-UP TOOL.

02:56PM  16        IF FOR ANY REASON THE LOOK-UP TOOL WAS UNSUCCESSFUL, THERE

02:56PM  17   WAS THE ABILITY TO SUBMIT A PAPER CLAIM AS A BACKSTOP WITHOUT A

02:56PM  18   SERIAL NUMBER, AND ONCE RECEIVED, THE CLAIMS ADMINISTRATOR

02:56PM  19   TAKING THE INFORMATION THAT WAS PROVIDED WOULD GO TO APPLE AND

02:56PM  20   MAKE A DETERMINATION OF WHETHER THAT PERSON WAS PART OF THE

02:56PM  21   CLASS AND ELIGIBLE TO SUBMIT A CLAIM.

02:56PM  22        SO, YES, THE SERIAL NUMBERS ARE VERY HELPFUL.  HOWEVER,

02:56PM  23   THERE WERE OTHER MEANS TO SUBMIT A CLAIM IF THE SERIAL NUMBER

02:56PM  24   COULD NOT BE LOCATED BY THE CLASS MEMBER.

02:56PM  25        THE COURT:  WELL, MR. KING, WE HAVE HEARD FROM

02:56PM  1    SEVERAL OBJECTORS TODAY, THIS MORNING, AS WELL AS IN PLEADINGS

02:57PM  2    TALKING ABOUT THIS SERIAL NUMBER ISSUE AND INDIVIDUALS WHO IT

02:57PM  3    SOUNDS LIKE THEY WERE NOT ABLE TO EITHER READ, UNDERSTAND OR

02:57PM  4    NEGOTIATE THE WEBSITE AS TO WHAT TO DO, NOTWITHSTANDING THE

02:57PM  5    DIRECTION.

02:57PM  6         HOW DO YOU EXPLAIN THAT?

02:57PM  7              MR. KING:  WELL, I CAN TELL YOU, YOUR HONOR, AND WE

02:57PM  8    HAVE HEARD FROM CLASS MEMBERS, ANGEION HEARD FROM CLASS

02:57PM  9    MEMBERS, AND IF THERE WAS ANY ISSUE AT ALL -- WE THINK THAT THE

02:57PM  10   WEBSITE WAS CLEAR, BUT THIS IS WHY WE GAVE THE OPTION TO SUBMIT

02:57PM  11   A PAPER CLAIM BECAUSE NOT EVERYBODY IS TECH SAVVY TO SUBMIT A

02:57PM  12   CLAIM OVER THE INTERNET, AND WE CERTAINLY HEARD FROM PEOPLE.

02:57PM  13        YOU KNOW, I HEARD FROM PHONE CALLS.  I RECEIVED PHONE

02:57PM  14   CALLS FROM PEOPLE WHO HAD NO ABILITY TO EVEN PRINT OUT THE

02:57PM  15   PAPER CLAIM SO WE HAD TO WORK TO GET THEM A CLAIM FORM BY OTHER

02:57PM  16   MEANS.

02:57PM  17        SO WHEN WE HEARD REPORTS OF THIS, YOU KNOW, WE ADDRESSED

02:58PM  18   THEM.  THIS WAS TRULY A CLAIMS PROCESS, COMMUNICATION WITH

02:58PM  19   CLASS MEMBERS, COMMUNICATION WITH THE CLAIMS ADMINISTRATOR ON

02:58PM  20   AN ONGOING BASIS.  WHERE WE FOUND OUT ABOUT AN ISSUE, WE WORKED

02:58PM  21   TO RESOLVE IT BUT WE DON'T, WE DON'T BELIEVE THAT THERE WERE

02:58PM  22   LARGE SCALE ISSUES.

02:58PM  23        HOWEVER, AS MR. FOX POINTED OUT, THERE WERE 90 MILLION

02:58PM  24   NOTICES SENT TWICE.  YOU KNOW, THERE WILL BE SOME NUMBER OF

02:58PM  25   PEOPLE WHO HAVE QUESTIONS WHICH, YOU KNOW, WE DID OUR BEST TO

RESOLVE AT EVERY INSTANCE, AND WE THINK WE WERE GENERALLY ABLE

TO.

THE COURT:  WELL, WE HAD A REAL-TIME EXAMPLE THIS

MORNING WITH MS. LEE, AND SHE DESCRIBED FOR US A LOYAL APPLE

CONSUMER OF FIVE YEARS, GOING ON SIX, AND THEN HER TERRIBLE

CIRCUMSTANCES AT HOME.  YOU KNOW, SHE LOVES THE DEVICES, BUT

SHE'S NOT TECHNOLOGICALLY SAVVY TO DO IT ON HER OWN.

AND IT SOUNDS LIKE SHE HAD TO BE QUARANTINED FROM HER SON

WHO IS THE ONLY TECH SAVVY PERSON APPARENTLY IN THE HOUSEHOLD,

AND SHE WAS UNTIMELY AND THROUGH THE GOOD GRACES OF MR. CHORBA

AND MR. MOLUMPHY SHE'S GOING TO BE ADDED TO THE CLASS IT SOUNDS

LIKE.

BUT THOSE ARE THE TYPES OF ISSUES THAT -- AND MAYBE SHE'S

JUST ONE OF MILLIONS THAT THAT HAPPENED TO.

BUT THE SERIAL NUMBER IS SOMETHING THAT YOU HEARD ME

EARLIER THIS MORNING EXPRESS MY CONCERNS ABOUT THAT.

MR. KING:  YES, WE THINK IT'S A REASONABLE CONCERN.

BUT, YOU KNOW, AS THE CLAIM PROCESS DEVELOPED, YOU KNOW, WE

WORKED WITH APPLE AND THE CLAIMS ADMINISTRATOR TO MAKE SURE

THAT PEOPLE HAD ANOTHER MEANS AND WERE STILL ABLE TO SUBMIT A

CLAIM EVEN IF THEY WERE UNABLE TO PUT THEIR HANDS ON THE SERIAL

NUMBER.

I KNOW SEVERAL PEOPLE THIS MORNING ALSO TALKED ABOUT THAT

ISSUE WITH RESPECT TO NNP, OR NON NATURAL PERSONS OR

CORPORATIONS.  AGAIN, REALLY, WE DIDN'T REALLY TREAT IT ANY

03:00PM  1    DIFFERENTLY OTHER THAN, YOU KNOW, WE WORKED WITH THEM WHEN WE

03:00PM  2    WERE CONTACTED FOR PEOPLE SUBMITTING LARGER AMOUNTS OF CLAIMS,

03:00PM  3    AND AGAIN, IF PEOPLE HAD DIFFICULTY WITH THE SERIAL NUMBERS

03:00PM  4    THERE WERE ALTERNATIVES.

03:00PM  5          YOU HEARD REFERENCE TO THE IMEI NUMBER, WHICH IS ANOTHER

03:00PM  6    DEVICE IDENTIFIER, AND THERE WERE CORPORATE CLAIMANTS WHO WERE

03:00PM  7    ABLE TO PUT THEIR HANDS ON THE IMEI NUMBER BUT NOT THE SERIAL

03:00PM  8    NUMBER, AND IN THOSE INSTANCES THEY WERE PERMITTED TO PROVIDE

03:00PM  9    THE IMEI NUMBER, AND THAT INFORMATION WILL BE SENT TO APPLE TO

03:00PM  10   CONVERT THE SERIAL NUMBER.

03:00PM  11         SO I THINK ONE THING THAT WAS MISSING FROM THIS MORNING'S

03:00PM  12   DISCUSSION GENERALLY IS THE DEGREE TO WHICH CLASS COUNSEL,

03:00PM  13   APPLE, AND THE CLAIMS ADMINISTRATOR WORKED TO ADDRESS THE

03:00PM  14   ISSUES THAT YOU HEARD ABOUT THIS MORNING AS WELL AS OTHER

03:00PM  15   ISSUES.  AND EVEN FOR THE CORPORATE CLAIMANTS THE CLAIMS

03:01PM  16   ADMINISTRATOR DEVELOPED A SPREADSHEET, WHICH SOMEBODY REFERRED

03:01PM  17   TO, THEY REFERRED TO IT IN KIND OF A NEGATIVE WAY.

03:01PM  18         WE THOUGHT IT WAS A POSITIVE THING TO ALLOW THEM TO MORE

03:01PM  19   EFFICIENTLY SUBMIT A BULK CLAIM AND REALLY ONLY REQUIRE A

03:01PM  20   SINGLE ATTESTATION FROM SOMEONE FROM THE CORPORATION, YOU KNOW,

03:01PM  21   AND THAT WAS SOMETHING THAT EVOLVED OVER THE CLAIMS PROCESS,

03:01PM  22   HEY, HOW CAN WE HELP THESE PEOPLE SUBMIT THEIR CLAIMS MORE

03:01PM  23   EFFICIENTLY?

03:01PM  24         ONE ISSUE I THINK MS. ARBABI BROUGHT UP WHERE AN

03:01PM  25   ATTESTATION WASN'T ACCEPTED, THAT IS WHERE MS. ARBABI AS THE

03:01PM 1    OUTSIDE COUNSEL ATTEMPTED TO ATTEST FOR CORPORATE CLIENTS AS

03:01PM 2    OPPOSED TO SOMEONE FROM THE ACTUAL CORPORATION.

03:01PM 3        BUT IF SOMEONE FROM THE CORPORATION WAS WILLING TO ATTEST

03:01PM 4    ABOUT THE DIMINISHED PERFORMANCE, THAT HAS BEEN ACCEPTED.  SO

03:01PM 5    WE HAVE BEEN WORKING WITH PEOPLE ON AN ONGOING BASIS.

03:02PM 6        I KNOW MR. CHORBA WILL HAVE SOMETHING TO ADD ABOUT THAT I

03:02PM 7    SEE.

03:02PM 8            MR. CHORBA:  PARDON ME, MR. KING, BUT IF YOU DON'T

03:02PM 9    MIND ME JUST INTERVENING.

03:02PM 10       BECAUSE, YOUR HONOR, IT MAY BE MORE EFFICIENT IT I ADDRESS

03:02PM 11   SOME OF THESE POINTS AS THE PLAINTIFFS' COUNSEL DO.

03:02PM 12       BECAUSE I REALLY DO THINK MR. KING IS EXACTLY RIGHT, THERE

03:02PM 13   WAS A FUNDAMENTAL MISUNDERSTANDING IN WHAT WAS PRESENTED TO YOU

03:02PM 14   THIS MORNING.

03:02PM 15       LET ME BE CLEAR, PROVIDING THE SERIAL NUMBER WAS NOT, WAS

03:02PM 16   NOT A REQUIREMENT TO MAKING A CLAIM.  WE DID NOT REQUIRE PEOPLE

03:02PM 17   TO GO LOCATE THE DEVICE, TO PULL UP THE SETTINGS MENU AND DIG

03:02PM 18   OUT THE DEVICE.

03:02PM 19       BUT RATHER LET'S REMEMBER WHAT THIS CASE IS, RIGHT?  IT'S

03:02PM 20   THE SPECIFIC DEVICES, NOT EVERY DEVICE, BUT THE SPECIFIC

03:02PM 21   DEVICES THAT UPDATED TO A SPECIFIC IOS SOFTWARE ESSENTIALLY

03:02PM 22   BETWEEN JANUARY AND DECEMBER 2017.  THERE ARE SPECIFIC DAYS IN

03:02PM 23   THERE BUT IN GENERAL.

03:02PM 24       AND THAT'S BECAUSE WE KNOW ON THE BACK END WHEN THESE

03:02PM 25   LAWSUITS WERE FILED AND APPLE ISSUED A STATEMENT TO THE

03:02PM 1    CONSUMERS, THERE'S NO QUESTION THAT THERE WAS AMPLE DISCLOSURE

03:03PM 2    ABOUT WHAT THESE UPDATES DID.  IT WAS HEADLINE NEWS.

03:03PM 3         SO WHAT WE DID WAS WE GENERATED A LIST BASED ON OUR BEST

03:03PM 4    UNDERSTANDING OF WHAT ARE THE DEVICES THAT ARE PART OF THIS

03:03PM 5    THAT COULD BE ELIGIBLE, THAT MAY HAVE BEEN IMPACTED BY THESE

03:03PM 6    UPDATES, AND THAT'S THE CLASS, THE SETTLEMENT CLASS THAT YOU

03:03PM 7    CERTIFIED.

03:03PM 8         WE THEN GENERATED A LIST OF THE INFORMATION THAT WE HAD

03:03PM 9    FOR ALL OF THESE DEVICES AND PROVIDED THAT TO THE SETTLEMENT

03:03PM 10   ADMINISTRATOR, AND THAT WAS THE FOUNDATION ON WHICH THE

03:03PM 11   SETTLEMENT ADMINISTRATOR THEN GAVE NOTICE TO THOSE INDIVIDUALS,

03:03PM 12   DIRECT NOTICE.  WE HIT 99 PERCENT, WHICH IS EXTRAORDINARY.

03:03PM 13        I'VE NEVER DONE THAT, AND I'VE NEVER SEEN ANYTHING CLOSE

03:03PM 14   TO THAT IN MY CAREER.  TWENTY YEARS OF DOING THIS, ANGEION SAID

03:03PM 15   THE SAME THING.  IT WAS AN EXTRAORDINARY NOTICE EFFORT.

03:03PM 16        BUT HYPOTHETICALLY LET'S SAY THAT YOU HEARD ABOUT THIS

03:03PM 17   SETTLEMENT THROUGH OTHER MEANS AND YOU DIDN'T KNOW YOUR SERIAL

03:03PM 18   NUMBER.  WELL, THERE WAS A LOOK-UP FEATURE ON THE WEBSITE, AND

03:03PM 19   I USE THAT EVEN THOUGH I'M EXCLUDED, AND I USE THAT MYSELF

03:03PM 20   BECAUSE I OWNED AN IPHONE 7 AND I UPDATED IT BEFORE.  I UPDATED

03:04PM 21   THAT WITHIN THAT WINDOW.

03:04PM 22        AND SURE ENOUGH BY PROVIDING MY NAME, THE DEVICE, THE

03:04PM 23   IPHONE 7, AND MY ADDRESS, I DIDN'T NEED MY SERIAL NUMBER.

03:04PM 24        NOW AGAIN, AS AN OFFICER OF THIS COURT I WAS EXCLUDED.

03:04PM 25   I'M INELIGIBLE SO I DIDN'T COMPLETE THE PROCESS.  BUT WE TRIED

03:04PM  1      TO MAKE IT AS USER FRIENDLY AS POSSIBLE.

03:04PM  2          IN ADDITION, THERE WAS A SPECIFIC PAGE OF THE SETTLEMENT

03:04PM  3      WEBSITE THAT INSTRUCTED CLASS MEMBERS, AND IT WAS PULLED

03:04PM  4      DIRECTLY FROM APPLE'S WEBSITE, HOW TO FIND YOUR SERIAL NUMBER

03:04PM  5      ON YOUR DEVICE, HOW TO FIND YOUR SERIAL NUMBER IF YOU DON'T OWN

03:04PM  6      THE DEVICE.

03:04PM  7          THERE WERE SUGGESTIONS, RECEIPTS.  CONTACT IF YOU HAVE

03:04PM  8      YOUR DEVICE PURCHASED THROUGH ONE OF YOUR WIRELESS SERVICE

03:04PM  9      CARRIERS, DO THAT.

03:04PM  10         FINALLY, AS MR. KING NOTED, IF YOU DIDN'T HAVE ANY OF THIS

03:04PM  11     OTHER INFORMATION, THERE WAS THE PROCESS BY WHICH EITHER

03:04PM  12     ELECTRONICALLY OR PAPER YOU COULD SUBMIT SOME PROOF OF

03:04PM  13     PURCHASE.

03:04PM  14         BUT I THINK ONE OF THE FUNDAMENTAL DISCONNECTS THAT HAVE

03:04PM  15     BEEN PRESENTED TO YOU -- AND IT'S NOT THEIR FAULT.  THE

03:04PM  16     OBJECTORS HAVE NOT BEEN PART OF THIS CASE SINCE DAY ONE.  WE

03:05PM  17     HAVE.  IT'S NOT EVERY SINGLE IPHONE 6, 6S, 7, 7S, 6 PLUS, 6S

03:05PM  18     PLUS AND SE DEVICE, NOR IS IT EVERY DEVICE THAT DOWNLOADED

03:05PM  19     THOSE UPDATES.  YOU HAD TO BE WITHIN THAT WINDOW, AND THAT'S

03:05PM  20     WHY WE WERE VERY CAREFUL TO GIVE DIRECT NOTICE AND WHY SOME OF

03:05PM  21     THE SUGGESTIONS THAT HAVE BEEN PRESENTED TO YOU THIS MORNING

03:05PM  22     ARE OUTRIGHT DANGEROUS BECAUSE WE TOOK CARE.  WE DIDN'T WANT

03:05PM  23     EVERYONE WHO OWNED AN IPHONE 6 TO ASSUME THAT THEY COULD

03:05PM  24     SOMEHOW BE ELIGIBLE BECAUSE THEY WERE NOT, AND WE WOULD HAVE A

03:05PM  25     LOT OF ANGRY CLASS MEMBERS, A LOT MORE APPEARING BEFORE YOU

03:05PM 1    TODAY SAYING, HEY, WAIT A MINUTE, WHY DID YOU SEND ME A NOTICE

03:05PM 2    AND YET I CAN'T MAKE AN ACTUAL CLAIM?

03:05PM 3         THE OTHER THING I WOULD SAY, AND MR. KING ALLUDED TO THIS,

03:05PM 4    MY CLIENT SPENT COUNTLESS HOURS TRYING TO CONVERT IMEI NUMBERS,

03:05PM 5    WHICH IS NOT PERFECT.  THAT IS WHY WE USE SERIAL NUMBERS.  WE

03:05PM 6    TRIED TO USE THE BEST POSSIBLE EVIDENCE, BUT WE SPENT COUNTLESS

03:05PM 7    HOURS TAKING INFORMATION THAT WE HAD, NAMES, ADDRESSES, IMEI

03:05PM 8    NUMBERS, OTHER NUMBERS, DEVICE IDENTIFYING INFORMATION AND

03:05PM 9    RUNNING IT THROUGH OUR DATABASE AND COORDINATING IT ALL BEHIND

03:06PM 10   THE SCENES WITH THE SETTLEMENT ADMINISTRATOR.

03:06PM 11        AND AS LONG AS THERE WAS SOME SUBJECTIVE INDICIA THAT THIS

03:06PM 12   PERSON WAS PART OF IT, THOSE CLAIMS WERE PROCESSED AND

03:06PM 13   PERMITTED, AND THOSE CLAIMS WILL BE APPROVED IF THIS SETTLEMENT

03:06PM 14   IS APPROVED.

03:06PM 15        SO I WANT TO MAKE THAT CLEAR BECAUSE THE SERIAL NUMBERS,

03:06PM 16   IF YOU LISTEN ONLY TO THIS MORNING'S PRESENTATION, YOU MAY

03:06PM 17   REACH THE INACCURATE CONCLUSION THAT SOMEHOW IT WAS THIS

03:06PM 18   EXTREMELY ONEROUS REQUIREMENT, IT WAS DESIGNED TO ADDRESS

03:06PM 19   CLAIMS, AND THAT'S NOT IT AT ALL.

03:06PM 20        IT'S REALLY A WAY TO IDENTIFY THESE DEVICES.  DEVICES

03:06PM 21   CHANGE HANDS, PEOPLE MOVE.  APPLE DOESN'T KEEP ALL OF THE

03:06PM 22   INFORMATION THAT I THINK SOMETIMES PEOPLE THINK THAT IT KEEPS.

03:06PM 23   IT CAN'T DO THAT.

03:06PM 24        SO THIS WAS A WAY TO GUARD AGAINST FRAUD AND TO REALLY

03:06PM 25   SAFEGUARD THAT 310 MILLION MINIMUM TO MAKE SURE THAT THE PEOPLE

03:06PM 1    THAT WERE ELIGIBLE ACTUALLY RECEIVED IT AND NO ONE ELSE.

03:06PM 2              THE COURT:  THANK YOU, MR. CHORBA.

03:06PM 3         SO THIS MORNING YOU HEARD ME WITH MY PREAMBLE I CALLED IT,

03:06PM 4    AND I WAS CONCERNED ABOUT THE SERIAL NUMBER, AND JUST THE

03:06PM 5    GENERAL THOUGHT THAT MOST PEOPLE DON'T KEEP THEIR BOXES FROM

03:07PM 6    PURCHASES, THEY DON'T.  THEY RECYCLE, HOPEFULLY, AND DO AWAY

03:07PM 7    WITH THE BOXES.  SO THAT WAS ONE QUESTION.

03:07PM 8         THE OTHER ISSUE I THINK IS THE NNP'S, WHICH I PRESUME

03:07PM 9    WE'LL TALK A LITTLE BIT ABOUT, THEY'RE REQUIRED FOR SERIAL

03:07PM 10   NUMBERS.  DID THEY NEED TO DO A SERIAL NUMBER OR DID THEY NEED

03:07PM 11   TO DO AN ATTESTATION?

03:07PM 12        AND IN ABOUT 53 MINUTES IF WE HAVEN'T RESOLVED THIS, I'M

03:07PM 13   GOING TO ASK YOU TO MEET AND CONFER AND TRY AND LOOK AT THAT

03:07PM 14   ISSUE AND SEE IF WE NEED TO DO A NEW NOTICE.  DO WE HAVE TO DO

03:07PM 15   SOMETHING ABOUT THE NNP'S?  I DON'T KNOW.

03:07PM 16        BUT LET ME TELL YOU THE OTHER POTENTIAL CLASS MEMBERS HERE

03:07PM 17   THAT I HAVE SOME CONCERN ABOUT ARE FOLKS, INDIVIDUALS WHO MAY

03:07PM 18   HAVE BEEN DETERRED FROM FILING BECAUSE WHEN THEY INITIALLY

03:07PM 19   LOOKED AT THIS, THEY SAW THE SERIAL NUMBER REQUIREMENT AND

03:07PM 20   PERHAPS THEY DIDN'T, THEY DIDN'T DIG DOWN TO FIND THE

03:07PM 21   ALTERNATIVES TO THAT.

03:07PM 22        AND THEY SAID, WELL, SERIAL NUMBER, BOX IS GONE, PHONE IS

03:08PM 23   GONE, I'M NOT A MEMBER OF THIS CLASS.  I DON'T KNOW WHAT THAT

03:08PM 24   NUMBER IS.  I DON'T KNOW IF THAT'S SPECULATION ON ANYONE'S PART

03:08PM 25   WHO SUGGESTED THAT THAT MIGHT BE A REASON WHY.

03:08PM 1    BUT WHAT WE DO KNOW IS THAT I THINK THERE WERE 66,000

03:08PM 2    DECLINES FROM THE ADMINISTRATOR.  I THINK I HAVE THAT NUMBER

03:08PM 3    RIGHT.  SOMETHING LIKE THAT.

03:08PM 4        WE DON'T KNOW WHAT THE REASON FOR THOSE DECLINATIONS WERE.

03:08PM 5    WAS IT A SERIAL NUMBER ISSUE?  WAS IT SOMETHING ELSE?

03:08PM 6        ONE THING I WASN'T CLEAR ABOUT IS WHEN THE ADMINISTRATOR

03:08PM 7    INDICATED, AND MAYBE YOU'VE TOLD ME A LITTLE BIT MORE ABOUT

03:08PM 8    THIS, BUT WHEN THE ADMINISTRATOR FOR WHATEVER REASON DECLINED

03:08PM 9    OR SAID THERE WAS A PROBLEM, I'M NOT CERTAIN IF THERE WAS A

03:08PM 10   REMEDY PROCESS, AN APPEAL PROCESS, OR SOME OTHER PROCESS FOR

03:08PM 11   CLASS MEMBERS TO GO FORWARD WITH.

03:08PM 12       MR. CHORBA.

03:08PM 13           MR. CHORBA:  THERE WAS.  AND I'M SORRY I INTERRUPTED

03:08PM 14   MR. KING, BUT LET ME JUST ADDRESS THAT.  THERE ABSOLUTELY WAS,

03:09PM 15   AND THAT PROCESS IS STILL UNDERWAY.

03:09PM 16       THE WAY IT WORKS IS THAT IF YOUR CLAIM WAS INVALID, YOU

03:09PM 17   SUBMITTED A CLAIM AND IT WAS INVALID FOR ANY REASON, THE

03:09PM 18   SETTLEMENT ADMINISTRATOR WAS REQUIRED WITHIN A SPECIFIED AMOUNT

03:09PM 19   OF TIME TO SEND A WRITTEN NOTICE OF REJECTION, AND THEN THE

03:09PM 20   CLASS MEMBER WAS GIVEN AN OPPORTUNITY WITHIN A SPECIFIED AMOUNT

03:09PM 21   OF TIME.

03:09PM 22       IT WAS ALL SET FORTH IN THE PRELIMINARY APPROVAL ORDER

03:09PM 23   THAT YOUR HONOR APPROVED.  NONE OF THAT WAS CHANGED, I ASSURE

03:09PM 24   YOU, EXCEPT WE RECEIVED A NUMBER OF REQUESTS FROM THE SO-CALLED

03:09PM 25   "CORPORATE CLAIMANT" TO EXTEND THE DEADLINE AND IN EVERY ONE OF

03:09PM 1    THOSE CASES WE DID.  SOME OF THEM WANTED 30, 60 DAYS.  WE

03:09PM 2    COULDN'T AGREE TO THAT.  WE WANTED AS MUCH INFORMATION IN

03:09PM 3    ADVANCE OF THAT AS POSSIBLE.

03:09PM 4         AND I DO HOPE THERE'S TIME BEFORE WE FINISH TO ADDRESS

03:09PM 5    CORPORATE CLAIMANTS BECAUSE I DO NOT THINK THAT WE NEED TO MEET

03:09PM 6    AND CONFER WITH THEM.  I THINK THE EVIDENCE IS BEFORE YOU THAT

03:09PM 7    THEY WERE ELIGIBLE.

03:09PM 8         BUT, YOUR HONOR, WE'RE VERY CONCERNED ABOUT EXCUSING

03:09PM 9    CERTAIN REQUIREMENTS AND HOW THAT WOULD APPEAR TO THE MILLIONS

03:09PM 10   OF INDIVIDUALS WHO MADE CLAIMS.

03:09PM 11        IF WE'RE GOING TO SAY, WELL, OKAY, IF YOU'RE A CORPORATION

03:10PM 12   YOU DON'T -- AND BELIEVE ME, I FIND MYSELF IN A VERY AWKWARD

03:10PM 13   POSITION BECAUSE I'M USUALLY THE ONE DEFENDING CORPORATIONS,

03:10PM 14   BUT I'M VERY MINDFUL OF MY OBLIGATIONS HAVING REPRESENTED A

03:10PM 15   COMPANY THAT SIGNED ON TO THIS SETTLEMENT.

03:10PM 16        IF WE'RE GOING TO START EXCLUDING CORPORATIONS FROM THOSE

03:10PM 17   REQUIREMENTS, WHAT WE'RE ESSENTIALLY DOING IS WE'RE NOW

03:10PM 18   DILUTING THOSE INDIVIDUAL CLAIMS BECAUSE IF YOU ALLOW

03:10PM 19   CROWELL & MORING'S CLIENTS OR OTHER CLIENTS TO SUBMIT CLAIMS

03:10PM 20   FOR HUNDREDS OF THOUSANDS, AND THERE'S NO REQUIREMENT FOR

03:10PM 21   SERIAL NUMBERS OR OTHER INFORMATION THAT WOULD ALLOW US TO GO

03:10PM 22   BACK TO CONFIRM ARE THEY REALLY PART OF THE CLASS, IT'S NOT A

03:10PM 23   SITUATION WHERE YOU CAN JUST SAY, OKAY, LET'S JUST PAY

03:10PM 24   EVERYBODY AND GO ON OUR MERRY WAY.  THERE IS AN ACTUAL

03:10PM 25   CONSEQUENCE, AND THAT IS DILUTING AND REDUCING THE ACTUAL

```
03:10PM   1    CLAIMS OF THE INDIVIDUALS.

03:10PM   2            THE COURT:  I APPRECIATE THAT, AND THAT IS A CONCERN

03:10PM   3    OF MINE.  I THINK WE TALKED ABOUT THAT AND MAYBE I HINTED ON

03:10PM   4    THAT, I WOULD NOT RESOLVE THIS ON A WHOLESALE -- IF YOU JUST

03:10PM   5    SEND A NOTE SAYING THAT "I HAD ONE OF THOSE" AND YOU GET MONEY,

03:11PM   6    AND THAT'S NOT HOW IT WORKS, AND WE'RE NOT GOING TO DO THAT.

03:11PM   7    AND I'M GOING TO PROTECT YOUR CLIENT'S INTEREST AS FAR AS

03:11PM   8    VERIFICATION.

03:11PM   9        I DON'T WANT TO HAVE MY NAME ASSIGNED TO ANY TYPE OF A

03:11PM  10    SETTLEMENT THAT HAS AN OPEN DOOR FOR FRAUD.  I'M NOT GOING TO

03:11PM  11    DO THAT.

03:11PM  12        BUT I THINK WHAT I, I THINK WHAT WE HAVE HERE IS A

03:11PM  13    UNIVERSE OF -- MS. ARBABI IS ON THE LINE NOW.  I SEE HER HERE.

03:11PM  14        BUT WHAT WE HAVE IS A UNIVERSE OF ABOUT 211,000, MAYBE

03:11PM  15    212,000 DEVICES THAT MAY HAVE BEEN PURCHASED BY THE NNP,

03:11PM  16    CORPORATE, IF YOU WILL.

03:11PM  17        AND IS THERE A WAY TO -- AND I TALKED ABOUT AT LEAST THE

03:11PM  18    ROUGH MATH ON THAT, AND MAYBE THAT ADDS 5.3 MILLION TO THIS.

03:11PM  19    AND WHEN WE SEE A MEGA FUND CLASS LIKE THIS WITH A 310 FLOOR

03:11PM  20    AND A 500 CEILING, THAT'S A HUGE NUMBER, BUT GIVEN THE BREADTH

03:11PM  21    OF THE SETTLEMENT, IT REALLY BLENDS IN, AND IT'S NOT REALLY --

03:11PM  22    IT'S MORE THAN ROUNDING, BUT IT'S SOMEWHAT INSIGNIFICANT.

03:12PM  23        BUT THAT'S WHAT I WAS GOING TO TALK ABOUT, IS THERE SOME

03:12PM  24    TYPE OF A WAY TO PROTECT YOUR CLIENT'S INTEREST FROM DOUBLE

03:12PM  25    DIPS AND ANY OTHER FRAUD BUT TO ALLOW, TO ALLOW THOSE PARTIES
```

03:12PM   1    TO PUT WHAT WOULD OTHERWISE BE APPROPRIATE CLAIMS FORWARD AND

03:12PM   2    IN THOSE UNIQUE CIRCUMSTANCES, EVEN THOUGH IT'S CLOTHED AS A

03:12PM   3    CORPORATE PURCHASER, I UNDERSTAND THE OPTICS OF, OH,

03:12PM   4    CORPORATIONS GET A BREAK ALL OF THE TIME, LOOK AT WHAT THEY GET

03:12PM   5    HERE.  I, AS AN INDIVIDUAL, AM NOT GETTING THAT BREAK.  BUT

03:12PM   6    THIS IS PERHAPS A LITTLE DIFFERENT.  THEY DID PURCHASE THE

03:12PM   7    PHONES.

03:12PM   8          MR. CHORBA:  YOU'RE A VERY WISE MAN FOR MANY, MANY

03:12PM   9    REASONS.  WHAT YOU DESCRIBED IS EXACTLY WHAT WE DID.  THAT IS

03:12PM  10    EXACTLY WHAT WE DID.

03:12PM  11          MS. ARBABI REACHED OUT TO US IN MARCH, OKAY?  AND THEN

03:12PM  12    THERE WAS A LONG PERIOD OF SILENCE.  WE HEARD BACK AGAIN FROM

03:12PM  13    HER IN SEPTEMBER.

03:13PM  14          ONE OF THE REASONS WHY, AND I HATE TO SAY THIS BUT I JUST

03:13PM  15    HAVE TO LET YOU KNOW, HER FIRM REPRESENTS APPLE.  AND SO WE

03:13PM  16    RAISED THAT ISSUE AND PRESUMABLY IN THE INTERIM THEY CLEARED

03:13PM  17    WHATEVER CONFLICTS THEY HAD, BUT WE ASKED FOR THIS INFORMATION.

03:13PM  18    WE TRIED TO ACCOMMODATE ALL PURCHASERS AT EVERY STAGE OF THIS

03:13PM  19    PROCESS, AND WE WERE VERY INDULGENT OF CLAIMS.

03:13PM  20          BUT WHAT WE SAID WAS, AGAIN, RESPECTING THE INDIVIDUAL

03:13PM  21    CLAIMANTS, WHAT WE CAN'T DO IS HAVE AN OUTSIDE LAWYER.  THE

03:13PM  22    NOTION THAT I CAN ATTEST ON BEHALF OF APPLE OR PEPSI, OR ANY

03:13PM  23    ONE OF MY OTHER CLIENTS, FACEBOOK, THAT I HAVE INTIMATE

03:13PM  24    KNOWLEDGE OF HOW THEY ACTUALLY USE THEIR DEVICES, OBVIOUSLY

03:13PM  25    WHEN WE'RE TRYING TO GUARD AGAINST FRAUD WE COULDN'T JUST

03:13PM 1   ACCEPT THAT AT FACE VALUE, BUT WE EXPLAINED TO ALL OF THE

03:13PM 2   CORPORATE CLAIMANTS, LOOK, GIVE US SOME EVIDENCE, IF IT'S, FOR

03:13PM 3   EXAMPLE, A DECLARATION FROM THE I.T. ADMINISTRATOR OR SOMEONE

03:13PM 4   WITH THAT KNOWLEDGE.

03:13PM 5       NOW, AGAIN, I NEED TO CLARIFY, THE OVERWHELMING AMOUNT OF

03:13PM 6   CLAIMS THAT HAVE BEEN REJECTED, ARE REJECTED BECAUSE WE'VE DONE

03:14PM 7   THE ANALYSIS AND THEIR DEVICE IS EITHER NOT PART OF THE CLASS

03:14PM 8   BECAUSE IT DIDN'T DOWNLOAD ONE OF THE SOFTWARE UPDATES, EVEN

03:14PM 9   THOUGH PEOPLE SWEAR UP AND DOWN THAT THEY DID, THEY DIDN'T

03:14PM 10  ACCORDING TO OUR RECORDS, AND WE HAVE TO HAVE SOME OBJECTIVE

03:14PM 11  CHECK ON THAT, OR THERE'S SOME OTHER DEFICIENCY.

03:14PM 12      WE RECEIVED CLAIMS FOR IPHONE 8'S.  I THINK SOME OF THE

03:14PM 13  PEOPLE THIS MORNING WERE TALKING ABOUT THAT.  THEY'RE NOT EVEN

03:14PM 14  IN THE CLASS TO BEGIN WITH.

03:14PM 15      SO WE ASKED THESE CORPORATIONS TO LET US KNOW.  AND I

03:14PM 16  SHOULD SAY, NOTICE WENT TO ALL OF THESE CORPORATIONS.  THERE'S

03:14PM 17  BEEN A SUGGESTION THAT SOMEHOW CORPORATIONS DIDN'T GET NOTICE.

03:14PM 18  THAT IS ABSOLUTELY FALSE.

03:14PM 19      WE EXPLAINED AND GAVE YOU EVIDENCE OF THE DOMAIN NAMES.

03:14PM 20  AND I THINK IT WAS MR. KAMBER WHO EARLIER SAID THAT DOESN'T

03:14PM 21  COUNT BECAUSE THAT PERSON MAY HAVE LEFT MY COMPANY AND NO

03:14PM 22  LONGER WORKS THERE.

03:14PM 23      WELL, WE ACCOUNTED FOR THAT, TOO.  BECAUSE IF SOMEONE LEFT

03:14PM 24  THE COMPANY AND IT WAS BOUNCED BACK, WHAT DID ANGEION DO?

03:14PM 25  ANGEION SENT POSTCARDS.

03:14PM   1        YOUR HONOR, THERE WERE THOUSANDS, TENS OF THOUSANDS OF

03:14PM   2    POSTCARDS THAT WENT TO CORPORATIONS, AND YOU HAVE MANY

03:14PM   3    CORPORATIONS BEFORE YOU TODAY.  AS YOU NOTED THERE, 922,000

03:15PM   4    CLAIMS.  I WOULD SAY, TO BE CLEAR WITH THE COURT, THAT A GREAT

03:15PM   5    PORTION OF THOSE ARE INVALID EVEN WHEN WE HAVE THE SERIAL

03:15PM   6    NUMBER AND OTHER DATA, BECAUSE THEY'RE JUST NOT PART OF THE

03:15PM   7    LIST.

03:15PM   8        I THINK WHAT THE CORPORATIONS ARE DOING IS SAYING THAT WE

03:15PM   9    BOUGHT A THOUSAND IPHONE 6'S, BUT THOSE DEVICES JUST DIDN'T

03:15PM  10    UPDATE TO THE RELEVANT TIME PERIOD SO THEY'RE NOT PART OF THIS

03:15PM  11    CASE TO BEGIN WITH.

03:15PM  12        BUT I JUST WANT TO ASSURE YOU THAT WE DID EVERYTHING THAT

03:15PM  13    YOU'RE SUGGESTING, AND WE WENT INTO IT WITH THE MINDSET OF

03:15PM  14    LET'S INCLUDE EVERY PERSON POSSIBLE AND, YOU KNOW, THERE'S

03:15PM  15    PLENTY OF MONEY TO GET, AND IT'S IN MY CLIENT'S INTEREST TO GET

03:15PM  16    THE BROADEST POSSIBLE RELEASE.

03:15PM  17        BUT IT DOESN'T EXCLUDE CORPORATIONS, IT INCLUDES THEM.

03:15PM  18    THEY HAD NOTICE, AND THEY MADE CLAIMS.

03:15PM  19        THE COURT:  THANK YOU.  I KNOW THERE WAS SOME

03:15PM  20    DISCUSSION EARLY ON ABOUT WHETHER THE NNP'S WERE PART OF THE

03:15PM  21    CLASS OR NOT, AND I THINK I READ SOMETHING IN ONE OF THE BRIEFS

03:15PM  22    THERE WAS DEFERENCE TO THE ADMINISTRATOR AND THEN THERE WAS A

03:15PM  23    TACIT, IF NOT GREATER RECOGNITION, THAT, YES, THEY SHOULD BE

03:16PM  24    PART OF THE CLASS.

03:16PM  25        AND THEN I THINK THAT'S WHERE YOU'RE CHIMING IN WITH THE

03:16PM 1    EFFORTS THAT YOU MADE.

03:16PM 2         I THINK MS. ARBABI WAS TALKING THIS MORNING ABOUT WHAT SHE

03:16PM 3    WOULD LIKE THE COURT TO DO TO ALLOW HER CLIENTS TO APPLY AND

03:16PM 4    PART OF IT IS A RENOTICE OR SOMETHING.

03:16PM 5         MS. ARBABI, YOU ARE HERE.  WE'RE HIJACKING MR. FOX'S TIME,

03:16PM 6    BUT I THINK WE HAVE TALKED A LITTLE ABOUT THIS, AND I WILL GET

03:16PM 7    BACK TO MR. FOX IN A MOMENT.

03:16PM 8         DO YOU WANT TO ADD SOMETHING HERE?

03:16PM 9              MS. ARBABI:  YOUR HONOR, I WOULD.  THANK YOU FOR THE

03:16PM 10   OPPORTUNITY.

03:16PM 11        I APPRECIATE THE COMMENTS FROM COUNSEL WITH RESPECT TO OUR

03:16PM 12   OBJECTION.  IT'S HELPFUL TO HAVE THE FEEDBACK AND DISCUSSION.

03:16PM 13        WE APPRECIATE THE SUGGESTION THAT THE CLAIMANT'S CLAIM

03:16PM 14   SHOULD BE HONORED AND MAXIMIZED IF AT ALL POSSIBLE, AND THAT IS

03:16PM 15   WHERE EVERYONE'S INTERESTS I THINK ARE ALIGNED.  SO WE WOULD

03:16PM 16   APPRECIATE THAT.

03:16PM 17        I'D LIKE TO START BY SAYING THAT I DON'T THINK THAT THIS

03:17PM 18   IS REALLY RELEVANT TO THIS PROCEEDING, BUT CROWELL & MORING

03:17PM 19   DOES NOT HAVE A CONFLICT OF INTEREST HERE.  IF YOUR HONOR WOULD

03:17PM 20   LIKE ME TO ADDRESS THAT, I CERTAINLY CAN BUT I'M NOT SURE YOU

03:17PM 21   WOULD LIKE US TO TAKE MORE TIME REVISITING HISTORY ON THAT.

03:17PM 22   BUT I WOULD LIKE IT TO BE NOTED SINCE MR. CHORBA RAISED THAT

03:17PM 23   THERE IS NO CONFLICT OF INTEREST.

03:17PM 24              THE COURT:  OKAY.  THAT'S FINE.  THANK YOU.

03:17PM 25              MS. ARBABI:  YOUR HONOR, THE CONCERN AND THE PROBLEM

03:17PM  1    THAT WE HAVE HERE, AGAIN, IT MAY BE MORE ABOUT PROCEDURE, BUT

03:17PM  2    IT'S HAVING A REAL WORLD EFFECT ON THE SIXTY-SIX CORPORATIONS

03:17PM  3    WHO TRIED IN GOOD FAITH AND WITH LOTS OF EFFORT TO PUT FORTH

03:17PM  4    CLAIMS HERE.

03:17PM  5         FOR THE SIXTY-SIX CLAIMANTS AT ISSUE THEY ALL SUBMITTED

03:17PM  6    THE BEST INFORMATION THAT THEY HAD ABOUT THEIR DEVICES, A TOTAL

03:17PM  7    OF AROUND 211,000 DEVICES AND ALL 211,000 DEVICES WERE DENIED

03:18PM  8    ON NOVEMBER 6TH.  SO THOSE HAVE ALL BEEN COMPLETELY DENIED.

03:18PM  9         AND SOME WERE DENIED ON VARIOUS -- EACH OF THE NOTICES

03:18PM 10    PROVIDED VARIOUS DIFFERENT BASIS, BUT I WOULD LIKE TO NOTE THAT

03:18PM 11    MANY OF THE DEVICES WERE SUBMITTED WITH THEIR SERIAL NUMBERS

03:18PM 12    AND MANY WERE SUBMITTED WITH IMEI WHERE SERIAL NUMBERS WERE

03:18PM 13    UNAVAILABLE, SOME WITH INVOICES, SOME WITH OTHER TYPES OF

03:18PM 14    IDENTIFYING INFORMATION, AND THERE HAS BEEN NO ABILITY FOR US

03:18PM 15    TO IN ANY WAY INTERFACE WITH ANYONE ABOUT FINDING THE SERIAL

03:18PM 16    NUMBERS FOR THE DEVICES THAT WE DON'T HAVE SERIAL NUMBERS FOR

03:18PM 17    OR THE NO ABILITY FOR US TO FIND OUT FOR THE ONES THAT WE DID

03:18PM 18    SUBMIT SERIAL NUMBERS WHETHER ANY OF THEM ARE ON THE LIST THAT

03:19PM 19    MR. CHORBA HAS PROVIDED TO THE CLAIM ADMINISTRATOR.

03:19PM 20         THE COURT:  CAN I JUST ASK YOU, ARE YOU SAYING THAT

03:19PM 21    YOU PROVIDED SOME PHONES WITH SERIAL NUMBERS, SOME WITH IMEI

03:19PM 22    NUMBERS, BUT YOU HAVE NOT RECEIVED WORD BACK WHETHER OR NOT

03:19PM 23    THEY'VE BEEN ACCEPTED?

03:19PM 24         MS. ARBABI:  WELL, THE DEFICIENCY NOTICE SAYS THEY

03:19PM 25    HAVE BEEN REJECTED IN FACT, AND SO IF THE DEFICIENCY NOTICES

03:19PM  1   ARE TO BE BELIEVED THEN I CAN ONLY ASSUME FROM WHAT I'M HEARING

03:19PM  2   THAT ALL OF THE SERIAL NUMBERS THAT WERE TRACKED, NONE OF THEM

03:19PM  3   ARE ON THE LIST AND IT'S BEEN DELAYED BECAUSE NONE OF THEM

03:19PM  4   QUALIFY.

03:19PM  5       NOW, MR. CHORBA IS SHAKING HIS HEAD AND HE MAY BE SAYING,

03:19PM  6   NO, THEY WERE DENIED ALSO BECAUSE THEY DON'T HAVE THE

03:19PM  7   ATTESTATION OR ANYTHING ELSE.

03:19PM  8       IT WOULD BE QUITE DIFFICULT, FIRST OF ALL, FOR THE

03:19PM  9   CORPORATE CLAIMANTS TO ATTEST TO EVERYTHING AND PUT ALL OF THIS

03:20PM 10   TOGETHER FOR A SET OF TELEPHONES THAT ARE NOT EVEN ON THE LIST,

03:20PM 11   AND I AM NOT CERTAIN WHY WE WOULDN'T BE ABLE TO DO THIS IN A

03:20PM 12   TWO-STEP PROCESS IF THAT IS THEIR POSITION WHERE WE SUBMIT THAT

03:20PM 13   THE DEVICES THEY TELL US ARE ON THE LIST AND THEN WE CAN GO AND

03:20PM 14   PROVIDE THE ATTESTATIONS.

03:20PM 15           THE COURT:  LET ME STOP YOU THERE.  LET'S STOP YOU

03:20PM 16   THERE AND ASK MR. CHORBA TO JOIN IN THERE.

03:20PM 17           MR. CHORBA:  YOUR HONOR, THE ONLY REASON I BROUGHT

03:20PM 18   UP THE CONFLICT IS THAT MS. ARBABI -- YOU WERE EXTREMELY

03:20PM 19   INDULGENT OF THESE FOLKS IN THE MORNING.

03:20PM 20       I HAVE TO SAY AS THE ONLY PARTY WRITING CHECKS HERE TO

03:20PM 21   ANYBODY, IT'S IMPERATIVE THAT WE BE HEARD ON THESE ISSUES.  I

03:20PM 22   PLEAD WITH THE COURT.  I KNOW THE TIME IS SHORT.

03:20PM 23       BUT IF WE'RE GOING TO START GETTING INTO THIS AND THIS, I

03:20PM 24   MEAN, I'M HAPPY TO ADDRESS IT, BUT, YOUR HONOR, THERE'S A ROLE

03:20PM 25   FOR OBJECTORS, BUT THEN I THINK THE PARTIES NEED TO BE HEARD ON

03:20PM 1    WHAT WE HAVE DONE.

03:20PM 2         BUT ALL I WOULD SAY IN RESPONSE TO MS. ARBABI, WHERE WAS

03:20PM 3    SHE FOR SIX MONTHS?  AGAIN, WE ENGAGED ON THIS.  WE HEARD

03:21PM 4    NOTHING.  THE ONLY REASON I BROUGHT UP THE CONFLICT IS BECAUSE

03:21PM 5    WE ASSUMED SHE WENT AWAY.  WE HEARD NOTHING.

03:21PM 6         AND THEN WHEN WE HEARD FROM HER IN SEPTEMBER MY FIRST

03:21PM 7    QUESTION IS WHO ARE YOUR CLIENTS BECAUSE I WAS CONCERNED MY

03:21PM 8    FIRM WOULD REPRESENT, AND I DIDN'T WANT THE CONFLICTS, AND I

03:21PM 9    HAD TO GO THROUGH A VERY LABORIOUS EXERCISE OF GETTING THOSE

03:21PM 10   WAIVERS, AND I DID.

03:21PM 11        BUT THEY WILL BE PROCESSED.  BUT SHE RECEIVED A REJECTION

03:21PM 12   NOTICE BECAUSE OF THE ATTESTATION AND HER RESPONSE TO YOU IS

03:21PM 13   THAT, WELL, IT'S JUST TO HARD FOR ME TO DO THAT.

03:21PM 14        YOUR HONOR, THAT MAY INDICATE WHY, ALTHOUGH YOU HAD 70

03:21PM 15   COMPLAINTS COORDINATED BEFORE YOU, YOU HAD HUNDREDS OF

03:21PM 16   INDIVIDUALS ACROSS THE COMPANY, YOU HAD A SEPARATE JCCP WITH

03:21PM 17   FIVE SEPARATE CLASS ACTIONS.  NOT A ONE FROM A CORPORATE

03:21PM 18   ENTITY?  WHY?  BECAUSE LET'S REMEMBER WHAT THIS CASE IS ABOUT.

03:21PM 19   THIS CASE IS NOT ABOUT BULK PURCHASES OF PHONES AND YOU CHARGED

03:21PM 20   US TOO MUCH; THIS CASE IS NOT ABOUT EVERY SINGLE PHONE IS

03:21PM 21   DEFECTIVE.  YOU THREW THAT CLAIM OUT ON THE PLEADINGS WITH

03:21PM 22   PREJUDICE.

03:21PM 23        THIS CASE IS ABOUT USAGE OF DEVICES.

03:22PM 24        WE RESPECTFULLY SUBMIT THAT THE REASON THAT THERE WERE NO

03:22PM 25   CORPORATE CLAIMANTS IN THIS PROCESS UNTIL THEY SAW $310 MILLION

03:22PM 1    ON THE TABLE IS BECAUSE EXACTLY WHAT MS. ARBABI SAID, THEY

03:22PM 2    COULD NOT ESTABLISH THE REQUIREMENTS.

03:22PM 3         AND IF WE'RE GOING TO START USING THE SETTLEMENT APPROVAL

03:22PM 4    PROCESS TO RENEGOTIATE, ONE OF THE OBJECTORS, I GIVE HIM

03:22PM 5    CREDIT, HIS WHOLE PRESENTATION WAS THAT IT COULD HAVE BEEN

03:22PM 6    BETTER, EXACTLY WHAT THE NINTH CIRCUIT SAID THIS PROCESS ISN'T

03:22PM 7    SUPPOSED TO BE.

03:22PM 8         AND YOU HAVEN'T HEARD A WORD, NOT ONE WORD FROM ANY OF THE

03:22PM 9    OBJECTORS THAT DISCUSSES ANY OF THE SETTLEMENT APPROVAL FACTORS

03:22PM 10   OUTLINED IN HAMLIN AND CHURCHILL VILLAGE, NOT ONE.

03:22PM 11        INSTEAD, THEY ARE SAYING IF I WERE NEGOTIATING IT, HERE'S

03:22PM 12   WHAT I WOULD HAVE DONE OR IF I WERE FILING A COMPLAINT I WOULD

03:22PM 13   HAVE INCLUDED A CORPORATE CLAIMANT.

03:22PM 14        I ASSURE YOU APPLE WOULD HAVE MOVED TO DISMISS THAT CLAIM

03:22PM 15   BECAUSE WE DON'T SEE HOW ON THE CLAIMS THAT YOU ALLOWED TO

03:22PM 16   SURVIVE THE MOTION TO DISMISS THEY COULD POSSIBLY SHOW INJURY

03:22PM 17   OR ANYTHING ELSE.

03:22PM 18        BUT I JUST WANT TO SAY, WE ADDRESSED ALL OF THESE.  AND IF

03:23PM 19   A CORPORATE CLAIMANT AND HER COUNSEL WANT TO WAIT SIX MONTHS

03:23PM 20   AND DO NOTHING, AND WAIT UNTIL THE VERY END, THEN THEY HAVE TO

03:23PM 21   SUFFER THE CONSEQUENCES OF THAT.

03:23PM 22        AND RESPECTFULLY, JUST WAVING THIS ATTESTATION REQUIREMENT

03:23PM 23   BECAUSE IT'S TOO DIFFICULT TELLS US THAT PERHAPS THOSE FOLKS

03:23PM 24   DON'T HAVE A CLAIM TO BEGIN WITH.

03:23PM 25        BUT WE'VE BENT OVER BACKWARDS.  AND IF I'M ANIMATED, IT'S

03:23PM  1    BECAUSE WE'VE SPENT SO MUCH TIME ON THIS PROCESS TRYING TO

03:23PM  2    ACCOMMODATE THESE CLAIMANTS.

03:23PM  3        MR. KAMBER CALLED ME ON THE DAY OF THE OBJECTION AND

03:23PM  4    OPT-OUT AND FILING DEADLINE, AND I ENCOURAGED HIM TO FILE A

03:23PM  5    CLAIM.  I ENCOURAGED HIS CLIENT TO FILE A CLAIM.  I DID THE

03:23PM  6    SAME WITH MS. ARBABI AND HER CLIENTS.  WE WANT EVERYONE IN

03:23PM  7    THIS, BUT THERE ARE CERTAIN REQUIREMENTS THAT ARE TETHERED TO

03:23PM  8    THE CLASS THAT YOU CERTIFIED AND THE ACTUAL CLAIMS THAT ARE

03:23PM  9    BROUGHT, AND THOSE ARE NOT ONEROUS.  THREE MILLION CLAIMS HAVE

03:23PM  10   BEEN SUBMITTED.  MILLIONS OF INDIVIDUALS WERE ABLE TO COMPLY.

03:23PM  11        THE COURT:  MR. CHORBA, THANK YOU.

03:23PM  12        YOU'RE RIGHT ABOUT THE OBJECTORS, AND I HAVE BEEN QUITE

03:23PM  13   LIBERAL IN ALLOWING THE OBJECTORS TO STATE POSITIONS.  PART OF

03:24PM  14   THAT IS, IF NOT ALL OF IT, THIS COURT, LIKE ALL OF YOU, WANT A

03:24PM  15   SETTLEMENT THAT IS FAIR, THAT IS ADEQUATE, THAT IS REASONABLE,

03:24PM  16   AND ALSO THAT WILL PERHAPS WITHSTAND ANY ADDITIONAL SCRUTINY

03:24PM  17   SUCH THAT THE CONSUMERS CAN BE BENEFITTED.  THAT'S REALLY WHAT

03:24PM  18   THE GOAL IS HERE.

03:24PM  19        SO I WANT TO -- YOU KNOW, WE WANT TO MAKE SURE THAT IT'S

03:24PM  20   THE RIGHT THING TO DO AND THAT IT'S FAIR TO EVERYBODY.

03:24PM  21        MY COMMENTS THIS MORNING WERE DIRECTED AT WHETHER OR NOT

03:24PM  22   THE CORPORATE CLIENTS, THE NNP'S, WHETHER OR NOT THEY HAVE

03:24PM  23   VIABLE CLAIMS THAT WOULD OTHERWISE, OTHERWISE FIND THEMSELVES

03:24PM  24   UNDER THE UMBRELLA BUT FOR SOME TYPE OF TECHNICAL GLITCH LIKE

03:24PM  25   WE SAID.  CAN A LAWYER, AN OUTSIDE LAWYER MAKE AN ATTESTATION

03:24PM 1    FOR THE BUSINESS THEMSELVES?  OR SHOULD THAT COME FROM AN I.T.

03:25PM 2    PERSON, CORPORATE COUNSEL, WHOEVER IT IS TO MAKE THAT, THE GC

03:25PM 3    OF THE COMPANY?

03:25PM 4        I'M JUST CURIOUS WHETHER THAT STILL EXISTS, WHETHER OR

03:25PM 5    NOT, YOU, MR. KING, AND MR. MOLUMPHY, AND ALL OF THE OTHER

03:25PM 6    PLAINTIFFS, WHETHER OR NOT IT'S STILL APPROPRIATE TO SEE IF

03:25PM 7    THAT CAN BE REMEDIED SOMEHOW TO GET THEM UNDER THE TENT.

03:25PM 8            MR. CHORBA:  WELL, YOUR HONOR, IT CAN.  AND I WOULD

03:25PM 9    SAY THAT'S EXACTLY WHAT'S PRESENTED TO YOU IN THIS MOTION FOR

03:25PM 10   FINAL APPROVAL.

03:25PM 11       WE WOULD STRONGLY URGE YOU NOT TO DIRECT THE PARTIES TO

03:25PM 12   BRING MORE PEOPLE INTO THIS TENT.  WE HAVE HAD FOUR ALL DAY

03:25PM 13   MEDIATIONS.

03:25PM 14       IN ADDITION TO JUDGE PHILLIPS WE HAD THE ASSISTANCE OF

03:25PM 15   ANOTHER MEDIATOR.  YOU MAY HAVE SEEN THERE WERE REGULATORS THAT

03:25PM 16   WERE ALL OVER THIS THAT HAVE BEEN RESOLVED AS WELL.  THIS HAS

03:25PM 17   BEEN EASILY THE MOST COMPLICATED SETTLEMENT THAT I'VE EVER BEEN

03:25PM 18   APART OF AND MANY OF MY COLLEAGUES AS WELL.

03:25PM 19       AND SO INVITING MORE PEOPLE INTO THE TENT WE RESPECTFULLY

03:25PM 20   SUBMIT WOULD ONLY COMPLICATE IT, AND IT WAS A VERY DELICATE

03:26PM 21   BALANCE.

03:26PM 22       THERE WERE EVEN ISSUES, YOUR HONOR, WHERE WE COULDN'T

03:26PM 23   AGREE, AND WE HAD TO PRESENT THEM TO JUDGE PHILLIPS FOR

03:26PM 24   RESOLUTION.  AND I'LL TELL YOU THAT HE DECIDED WITH -- BOTH

03:26PM 25   PARTIES CAME OUT OF THAT DISAPPOINTED.

03:26PM  1       AND THEN THERE WAS STILL AN ISSUE OF FEES WHERE WE

03:26PM  2   COULDN'T AGREE, AND WE AGREED TO DISAGREE AND AGREED TO PRESENT

03:26PM  3   IT TO YOUR HONOR.  SO IT'S A DELICATE MIX.  IT'S BEEN A PRODUCT

03:26PM  4   OF NEGOTIATION, AND I THINK IT'S PRESENTED TO YOU.

03:26PM  5       IF YOU WANT TO RULE THAT AN ATTESTATION FROM MS. ARBABI IS

03:26PM  6   SUFFICIENT, THEN THAT'S -- OBVIOUSLY YOUR HONOR HAS AMPLE

03:26PM  7   DISCRETION TO DO THAT.

03:26PM  8       WE'RE JUST EXPLAINING TO YOU THE REASONS WHY WE DIDN'T DO

03:26PM  9   THAT WAS TO PRESERVE THE INTEGRITY AND CONSISTENCY.  BUT IT'S

03:26PM 10   ALL THERE FOR YOU.

03:26PM 11       WE WOULD URGE YOU TO DO THIS, TO MAKE A DECISION ON IT,

03:26PM 12   AND TO APPROVE OR DISAPPROVE, BUT I'M VERY CONCERNED WITH ANY

03:26PM 13   RENOTICE OR REOPENING THE PERIOD IS GOING TO BE TREMENDOUSLY

03:26PM 14   EXPENSIVE, AND IT'S GOING TO BE VERY CONFUSING.

03:26PM 15       ONE OF THE OBJECTORS ASKED WHY DIDN'T YOU SEND NOTICE TO

03:26PM 16   THE CORPORATION?  YOUR HONOR, WE DID.  IF THAT CORPORATION

03:26PM 17   REGISTERED THE DEVICE OR THAT WAS AN INDIVIDUAL WHO USED THE

03:27PM 18   DEVICE, THEY GOT NOTICE.

03:27PM 19       SENDING BULK NOTICES IS JUST GOING TO CREATE MORE

03:27PM 20   CONFUSION, AND WE WILL HAVE AN EVEN LONGER HEARING AT THE

03:27PM 21   SECOND ROUND.

03:27PM 22       SO I WOULD JUST URGE YOU TO APPROVE.  I THINK IT'S ALL

03:27PM 23   THERE, MUCH AS YOU DID WITH THE DAVIS & NORRIS ISSUE EARLIER.

03:27PM 24   WE LAID OUT OUR POSITION, YOU DISAGREED, AND YOU SAID THOSE

03:27PM 25   OBJECTIONS -- EXCUSE ME, THOSE OPT-OUTS WILL BE PROCESSED.

03:27PM 1      I THINK YOU CAN DO THE EXACT SAME THING WITH THE CORPORATE

03:27PM 2   CLAIMS.  WE JUST DIDN'T WANT TO BE PRESUMPTUOUS AND DO THAT

03:27PM 3   COMING INTO THIS HEARING BECAUSE, AGAIN, WE LOOKED AT IT

03:27PM 4   REGARDING AGAINST FRAUD, AND WE DIDN'T SEE THE OBJECTIVE

03:27PM 5   INDICIA THAT THESE WERE VALID CLAIMS.  I SAY THIS WITH ALL DUE

03:27PM 6   RESPECT TO MS. ARBABI, BUT HAVING AN OUTSIDE LAWYER ATTEST TO

03:27PM 7   IT AND THEN HEARING IT'S TOO HARD.  AGAIN, IF YOU PROCESS THESE

03:27PM 8   200,000 CLAIMS, THAT'S REDUCING THE CLAIMS THAT ARE BEING PAID

03:27PM 9   BY THE INDIVIDUALS, AND AGAIN, WE DIDN'T WANT TO DO THAT.

03:27PM 10      BUT YOUR HONOR IS OBVIOUSLY FREE.  WE HAVE A BENEFIT TO

03:27PM 11   THIS, BY THE WAY, BECAUSE THE MORE PEOPLE THAT ARE PART OF THE

03:27PM 12   CASE, THE BROADER THE RELEASE AND THE LESS FUTURE LITIGATION.

03:28PM 13         THE COURT:  WELL, RIGHT.  AND THAT'S THE GOAL HERE

03:28PM 14   AS WELL AND THAT'S WHY WE'RE FOCUSSING.

03:28PM 15      I THINK MS. ARBABI HAS, I THINK IT'S 200 -- JUST SHY OF

03:28PM 16   212,000 DEVICES, I THINK.

03:28PM 17      I DON'T KNOW HOW MANY OF THOSE -- AND THANK YOU FOR THE

03:28PM 18   REVISIT OF THE PARAMETERS OF THE DEVICES THAT WOULD QUALIFY.

03:28PM 19      MS. ARBABI, YOU DON'T KNOW EXACTLY HOW MANY OF THOSE

03:28PM 20   211,000 PHONES WOULD BE UNDER THE UMBRELLA OF THESE CLAIMS.  IT

03:28PM 21   MAY BE THAT ALL OF THEM ARE.  IT MAY BE THAT NONE OF THEM ARE

03:28PM 22   BASED ON THE REQUIREMENTS OF THIS LAWSUIT.  I JUST WONDER HOW

03:28PM 23   YOU HAVE PARSED THAT OUT.

03:28PM 24      MR. CHORBA TOLD ME THAT HE AND HIS TEAM WITH THE

03:28PM 25   PLAINTIFFS' TEAM HAVE DONE HERCULEAN EFFORTS TO TRY TO CAPTURE

03:28PM 1    AND HARVEST AS MANY DEVICES AS THEY CAN WITH THE SPIRIT OF

03:28PM 2    FILLING THE NET AS FULL AS IT CAN BE, AND THERE'S ALWAYS GOING

03:28PM 3    TO BE SOME AREAS ON THE MARGINS I SUPPOSE THAT HAVE QUESTIONS.

03:29PM 4        I THINK MR. CHORBA IS SUGGESTING THAT, JUDGE, IF YOU WANT

03:29PM 5    TO SAY, AND IF MS. ARBABI IS WILLING TO BASICALLY MAKE THE

03:29PM 6    DECLARATION SUCH THAT WHATEVER THE ATTESTATION REQUIREMENTS

03:29PM 7    ARE, AND SHE'S WILLING TO PUT THAT DOWN, MAKE A DECISION ON

03:29PM 8    THAT.

03:29PM 9        SO, MS. ARBABI, WHAT ARE YOU TO DO?  LET ME PUT THE BALL

03:29PM 10   IN YOUR COURT.

03:29PM 11          MS. ARBABI:  WELL, YOUR HONOR, A COUPLE OF THINGS

03:29PM 12   THAT I WOULD NOTE.  ONE IS THAT SEVERAL OF OUR CLIENTS DID

03:29PM 13   SUBMIT ATTESTATIONS FROM THE CORPORATE REPRESENTATIVES.  THOSE

03:29PM 14   WERE ALSO DENIED.

03:29PM 15          THE COURT:  MS. ARBABI, DO YOU KNOW IF THOSE DENIALS

03:29PM 16   WERE BASED SOLELY ON A CORPORATE REPRESENTATION AND

03:29PM 17   DECLARATION?

03:29PM 18          MS. ARBABI:  I GUESS I DON'T KNOW TRULY WHAT WAS IN

03:29PM 19   THEIR MIND WHEN THEY DENIED THEM.  I KNOW WHAT THE DEFICIENCY

03:29PM 20   NOTICES SAY, BUT I'M NOW BEING TOLD THAT WE MAY NOT BE

03:29PM 21   INTERPRETING THOSE CORRECTLY BECAUSE THE ONES THAT WERE DENIED,

03:30PM 22   SINCE NO SERIAL NUMBERS QUALIFIED, MR. CHORBA IS SAYING THEY

03:30PM 23   WERE DENIED BECAUSE OF THE ATTESTATION.  SO I REALLY DON'T.

03:30PM 24       BUT I WOULD NOTE, AND ONE OF OUR CORPORATE ATTESTATIONS

03:30PM 25   WAS ATTACHED TO THE DECLARATION TO THE OBJECTION, THE

03:30PM 1    DECLARATION OF LISA CHILDS FOR FERGUSON WHO PROVIDED VERY

03:30PM 2    DETAILED INFORMATION ABOUT THE COMPLAINTS TO HER I.T.

03:30PM 3    DEPARTMENT AND THE CORPORATE POLICY ABOUT UPDATING IOS.  SO

03:30PM 4    THAT'S ONE EXAMPLE.

03:30PM 5         BUT, YES, WE DO THINK IT WOULD BE APPROPRIATE TO HAVE

03:30PM 6    OUTSIDE COUNSEL BE THE DECLARANT IN MANY CASES.

03:30PM 7         OUR CORPORATE CLIENTS HIRE US TO CONDUCT THESE

03:30PM 8    INVESTIGATIONS AND THE DECLARATION REQUIRES, THE ATTESTATION

03:30PM 9    THAT MR. CHORBA IS ASKING FOR REQUIRES INFORMATION THAT MAY SIT

03:30PM 10   IN SEVERAL DIFFERENT PLACES IN THE CORPORATION.  IT MIGHT BE AT

03:30PM 11   THE I.T. DEPARTMENT, PARTIALLY AT THE LEGAL DEPARTMENT OR IN

03:30PM 12   SOURCING OR OTHER PLACES, AND IT WOULD BE ENTIRELY APPROPRIATE

03:31PM 13   FOR OUTSIDE COUNSEL TO CONDUCT SOME INVESTIGATION AND CULL THAT

03:31PM 14   TOGETHER AND DECLARE THAT ON INFORMATION AND BELIEF, AND THAT'S

03:31PM 15   WHAT WE HAVE SUGGESTED TO THEM IN DISCUSSIONS PRIOR TO THE

03:31PM 16   CLAIMS DEADLINE BUT DID NOT HEAR BACK WHETHER THAT WOULD BE

03:31PM 17   ACCEPTABLE OR NOT.

03:31PM 18        SO, YES, I THINK THAT WOULD BE ONE WAY TO MAKE THIS MORE

03:31PM 19   REASONABLE.

03:31PM 20             THE COURT:  SO, MS. ARBABI, I HOPE YOU'LL PARDON ME,

03:31PM 21   BUT WE'RE AT THE BOTTOM OF THE HOUR HERE AND WE'VE BEEN AT THIS

03:31PM 22   ALL DAY.

03:31PM 23        THIS LAWSUIT, ALBEIT SOMEONE NOTED IT WAS BRIEF IN

03:31PM 24   DURATION, TWO YEARS OR SOMETHING LIKE THAT, AND I'M BEGINNING

03:31PM 25   TO UNDERSTAND HOW LONG TWO YEARS IS JUST IN THIS PHONE CALL.

03:31PM 1    BUT THE POINT I WANT TO MAKE IS THAT YOU'VE HAD A LOT OF

03:31PM 2 TIME, NOTWITHSTANDING THE TWO YEARS, TO GET THIS DONE AND NOW

03:31PM 3 HERE WE ARE ON FRIDAY IN DECEMBER, AND I'M CALLED UPON TO MAKE

03:31PM 4 AN APPROVAL OF A SETTLEMENT THAT -- LET ME JUST SAY WHEN I LOOK

03:32PM 5 AT THE TOTALITY OF THE CIRCUMSTANCES OF THIS APPROVAL, I THINK

03:32PM 6 THE CHURCHILL FACTORS ARE MET, AND I'M INCLINED TO GRANT

03:32PM 7 APPROVAL OF THIS.

03:32PM 8    NOW, LET ME SAY I'VE TALKED THIS MORNING AND AGAIN THIS

03:32PM 9 AFTERNOON ABOUT THIS ONE ISSUE, ABOUT THE NNP'S AND THAT'S --

03:32PM 10 YOU KNOW, I'M CONCERNED ABOUT THAT.  I HAVE SOME CONCERNS ABOUT

03:32PM 11 THAT.

03:32PM 12    BUT I HAVE TO EXPRESS -- I'M ALWAYS TRANSPARENT OR TRY TO

03:32PM 13 BE.  I'M A LITTLE DISAPPOINTED THAT WE'RE DOING THIS AND

03:32PM 14 OCCUPYING OUR DAY WITH THIS CONVERSATION THAT SHOULD HAVE,

03:32PM 15 COULD HAVE, I WOULD HAVE HOPED WOULD HAVE BEEN RESOLVED PRIOR

03:32PM 16 TO TODAY.

03:32PM 17    I'M NOT POINTING FINGERS.  I'M NOT UPSET.  I SUPPOSE I'M

03:32PM 18 DISAPPOINTED A BIT BECAUSE I'M EAGER TO APPROVE THIS, I AM.

03:32PM 19 I'M EAGER TO HAVE THE CONSUMERS GET THE BENEFIT OF THIS

03:32PM 20 SETTLEMENT.  I DO THINK THAT THE SEVEN FACTORS HAVE BEEN

03:33PM 21 SATISFIED HERE.

03:33PM 22    NOW, LET ME JUST PUT THE CAVEAT HERE.  I'M CONCERNED ABOUT

03:33PM 23 THE NNP'S.  I'M CONCERNED ABOUT YOUR CLIENT.  I WOULD LIKE TO

03:33PM 24 ENGAGE WHATEVER PROTOCOLS NEED TO BE DONE AND ACCOMPLISHED IN

03:33PM 25 SHORT ORDER TO SEE IF THOSE -- YOUR CLIENTS CAN BE PUT UNDER

03:33PM 1    THE TENT, WHATEVER ANALOGY YOU WANT TO USE, TO ACCOMPLISH THEM

03:33PM 2    BEING PART OF THIS, PART OF THIS CLASS.

03:33PM 3         SO LET ME -- I'M GOING TO LEAVE YOU FOR JUST A MOMENT TO

03:33PM 4    THINK ON THAT AND THEN ALLOW MR. FOX, WHO HAS BEEN VERY

03:33PM 5    PATIENT, TO FINISH HIS COMMENTS.  WE TOOK AN OFF RAMP OFF THE

03:33PM 6    FREEWAY AND LEFT HIM THERE ALONE.

03:33PM 7         SO MR. FOX.

03:33PM 8              MR. CHORBA:  AND I APOLOGIZE TO MR. KING.

03:33PM 9              THE COURT:  NO, NO, NO.  YOU KNOW, I DIRECTED THAT

03:33PM 10   WE DISCUSS THAT AT THAT IMPORTANT TIME SO --

03:34PM 11             MR. KING:  JUDGE -- IT WAS ME, JUDGE, MR. KING.

03:34PM 12        I WAS ATTEMPTING TO RESPOND TO THE SPECIFIC CONCERNS THAT

03:34PM 13   YOU'VE RAISED.  WE'VE NOW HAD A FAIRLY FULSOME DISCUSSION.  AS

03:34PM 14   I MENTIONED EARLIER, ALL OF THE OBJECTIONS HAVE BEEN ADDRESSED

03:34PM 15   IN OUR BRIEFING.

03:34PM 16        IF THERE ARE ANY OTHER SPECIFIC POINTS THAT YOU WOULD LIKE

03:34PM 17   ME TO RESPOND TO, I DON'T NEED TO EXTEND THIS FURTHER.

03:34PM 18        I WOULD ADD ON THE POINT THAT WE WERE JUST DISCUSSING

03:34PM 19   THAT, YOU KNOW, IF IT WERE ACCEPTABLE TO THE COURT THAT

03:34PM 20   MS. ARBABI, IN USING HER EXAMPLE, WAS -- YOU KNOW, IF SHE FELT

03:34PM 21   SHE WAS ABLE TO MAKE A DECLARATION THAT WAS SATISFACTORY, THAT

03:34PM 22   WOULD SATISFY THE ATTESTATION REQUIREMENT, THAT WOULD BE

03:34PM 23   ACCEPTABLE TO PLAINTIFFS BECAUSE WE HADN'T, YOU KNOW, WEIGHED

03:34PM 24   IN ON THAT QUESTION, AND SO I WANTED TO LET YOUR HONOR KNOW

03:34PM 25   THAT.

03:34PM   1          BUT BEYOND THAT, WE'RE HAPPY, AS TO THE REMAINING ISSUES,

03:35PM   2    UNLESS YOUR HONOR HAS ANY OTHER QUESTIONS, WE'RE HAPPY TO REST

03:35PM   3    ON OUR BRIEFINGS.

03:35PM   4          THE COURT:  ALL RIGHT.  THANK YOU.

03:35PM   5      I DID HAVE A COUPLE OF OTHER -- DARE I RAISE TWO OTHER

03:35PM   6    ISSUES?

03:35PM   7          BUT THERE WAS ONE ISSUE THAT WAS COMMENTED ON IN THE

03:35PM   8    PLEADINGS AND THIS MORNING AND THAT WAS PLAINTIFFS' CONSULTANT

03:35PM   9    IN REGARDS TO THE RANGE OF RECOVERY.  AND I THINK THE

03:35PM   10   OBJECTION, THE COMMENTS WERE, YOU KNOW, HE OR SHE SHOULD SHOW

03:35PM   11   THEIR WORK AS, YOU KNOW, MRS. GRECO USED TO SAY IN THIRD GRADE

03:35PM   12   MATH, SHE SHOULD SHOW HER WORK.  WHERE IS THE WORK?

03:35PM   13      WE DON'T HAVE ANY REFERENCE HERE SO HOW DO WE KNOW?  HOW

03:35PM   14   DO WE KNOW?  WE'RE TAKING IT ON COUNSEL'S WORD THAT THE EXPERT

03:35PM   15   DID WHAT THEY DID.

03:35PM   16          DO YOU WISH TO COMMENT ON THAT, MR. KING?

03:35PM   17          MR. KING:  YES, YES.

03:36PM   18      WE LAID OUT THE METHODOLOGY IN OUR BRIEFING AND IN THE

03:36PM   19   SUPPLEMENTAL DECLARATION FILED BY MR. COTCHETT AND MYSELF THAT

03:36PM   20   THE CONSULTANT CONDUCTED AN ANALYSIS LOOKING AT THE

03:36PM   21   DIFFERENTIAL IN SECONDARY MARKET OF THE DEVICES THAT ARE THE

03:36PM   22   SUBJECT OF THE CASE BEFORE, BEFORE THE RELEVANT UPDATES CAME

03:36PM   23   OUT, THE RELEVANT UPDATES CAME OUT AND THEN AFTER IT WAS

03:36PM   24   DISCLOSED.

03:36PM   25          AND THAT'S THE METHODOLOGY THAT JUDGE KOH ACCEPTED IN THE

03:36PM  1    APPLE CASE ALSO INVOLVING APPLE OBVIOUSLY.  SO WE WENT ON

03:36PM  2    PURPOSE AND USED THE METHODOLOGY THAT HAD ALREADY BEEN APPROVED

03:36PM  3    IN A SIMILAR CASE.

03:36PM  4        I BELIEVE THAT'S SUFFICIENT FOR THE PURPOSES OF THE

03:36PM  5    SETTLEMENT.  OBVIOUSLY WE HADN'T REACHED THE POINT IN THE

03:36PM  6    LITIGATION WHERE WE HAD DISCLOSURE OF EXPERTS BUT -- AND THAT'S

03:36PM  7    BASICALLY IT.  I MEAN, THERE'S NOTHING MYSTERIOUS ABOUT WHAT WE

03:37PM  8    DID OR HOW WE DID IT.  THERE CERTAINLY WASN'T INTENDED TO BE.

03:37PM  9            MR. COTCHETT:  YOUR HONOR, JUST TO FINISH UP WITH

03:37PM  10   THAT, REALLY WHAT THE COURT IS LOOKING FOR IS JUST A LITTLE

03:37PM  11   MORE DETAIL ON THAT, AND I DON'T SEE WHY WE CAN'T PROVIDE IT.

03:37PM  12           THE COURT:  THAT'S REALLY WHY -- THANK YOU,

03:37PM  13   MR. COTCHETT.  THAT'S REALLY WHAT I WAS ASKING FOR.

03:37PM  14           MR. COTCHETT:  SURE.  WE CAN GET THAT VERY EASILY,

03:37PM  15   AND I DON'T SEE WHY THE COURT IS CONCERNED ABOUT THAT AND OTHER

03:37PM  16   PEOPLE.  AND I DON'T SEE WHY WE CAN'T GET THE CONSULTANT TO LAY

03:37PM  17   OUT IN MORE DETAIL EXACTLY WHAT WAS DONE.  WE WILL DO THAT.

03:37PM  18           THE COURT:  THANK YOU SO MUCH, MR. COTCHETT.

03:37PM  19       THE OTHER QUESTION I HAD, AND, YOU KNOW, MR. CHORBA IS THE

03:37PM  20   ONE WHO IS GOING TO JUMP OUT OF HIS CHAIR NOW, BUT THE 66,000

03:37PM  21   DENIALS, I THINK IT WAS 66, SHOULD WE ASK, MR. KING, SHOULD WE

03:37PM  22   ASK THE ADMINISTRATOR AS TO THE REASON FOR THOSE DENIALS AND IF

03:37PM  23   THOSE DENIALS WERE SOMETHING THAT CAN BE EASILY REMEDIED?

03:38PM  24   SHOULD WE ALLOW THOSE PARTIES TO --

03:38PM  25           MR. KING:  ABSOLUTELY, JUDGE.  AND THE PROCESS

03:38PM   1    CONTEMPLATES THAT THINGS WERE NOT INCLUDED IN THE DISCUSSION

03:38PM   2    THIS MORNING, BUT WE HAVE A PROCESS, MR. CHORBA TOUCHED ON IT,

03:38PM   3    WHERE A REJECTION OR DEFICIENCY LETTER IS SENT AND THERE'S AN

03:38PM   4    OPPORTUNITY TO CURE.

03:38PM   5         WE, LIKE APPLE, SHARE THE DESIRE THAT AS MANY PEOPLE

03:38PM   6    PARTICIPATE AS CAN PARTICIPATE PROVIDED THEY'RE MEMBERS OF THE

03:38PM   7    CLASS AND MEET THE REQUIREMENTS.

03:38PM   8         AGAIN, AS MR. FOX MENTIONED EARLIER, IN OUR VIEW THAT GOES

03:38PM   9    FOR LATE CLAIMS AS WELL.  WE THINK -- IN ALMOST EVERY CASE THAT

03:38PM   10   I'VE BEEN INVOLVED IN LATE CLAIMS ARE ACCEPTED.

03:38PM   11        HERE ON TOP OF THE NORMAL FACTORS WE HAVE COVID, WE HAVE

03:38PM   12   QUESTIONS ABOUT THE U.S. MAIL FOR THOSE WHO SUBMITTED THEIR

03:38PM   13   CLAIMS BY MAIL.  WE BELIEVE THERE'S EVERY REASON IN THIS CASE

03:38PM   14   FOR LATE CLAIMS TO BE ACCEPTED AND TO ATTEMPT TO WORK WITH

03:39PM   15   CLAIMANTS WHO ARE INITIALLY REJECTED TO TRY TO HAVE THOSE

03:39PM   16   CLAIMS RESOLVED POSITIVELY.

03:39PM   17             MR. CHORBA:  YOUR HONOR --

03:39PM   18             THE COURT:  YES, MR. CHORBA.

03:39PM   19             MR. CHORBA:  YOUR HONOR, I WAS JUST GOING TO SAY TO

03:39PM   20   THOSE 66,000 IN PARTICULAR, THOSE WERE REJECTED BECAUSE WE HAD

03:39PM   21   SERIAL NUMBER, IMEI NUMBERS OR SOMETHING ELSE, AND WE WERE ABLE

03:39PM   22   TO CONFIRM THAT THOSE DEVICES ARE NOT ON THE CLASS LIST.

03:39PM   23        SO, IN OTHER WORDS, ACCORDING TO THE OBJECTIVE DATA THAT

03:39PM   24   WE HAVE ALL RELIED UPON IN THIS SETTLEMENT THAT EVERYONE IS

03:39PM   25   COMFORTABLE WITH, WE CONFIRMED THAT THEY DID NOT EITHER OWN A

03:39PM 1    DEVICE THAT IS LISTED OR DOWNLOADED THE SOFTWARE DURING THE

03:39PM 2    RELEVANT TIME.

03:39PM 3         YOUR HONOR, THAT'S NOT AN UNCOMMON SITUATION.  WE'VE HAD A

03:39PM 4    LOT OF PEOPLE THIS MORNING SAYING I REGULARLY UPDATED, I

03:39PM 5    RELIGIOUSLY UPDATED.  AND ONE OF THE OBJECTORS EVEN CITED TO

03:39PM 6    YOU DATA FROM APPLE UPDATE RATES FROM IOS 11, IOS 10.

03:39PM 7         REMEMBER, WE WERE DEALING WITH TWO WHAT WE CALL DOT OR SUB

03:39PM 8    DOT RELEASES.  THESE WEREN'T THE MAIN RELEASES ARE COME OUT IN

03:40PM 9    SEPTEMBER.  IT WAS 10.2.1 IN JANUARY OF 2017 AND THEN A FEW

03:40PM 10   MONTHS LATER IT WAS 11.2.  THOSE WERE THE TWO THAT IMPLEMENTED

03:40PM 11   THIS SOFTWARE UPDATE AND THE FEATURE THAT IS AT ISSUE IN THIS

03:40PM 12   CASE.

03:40PM 13        AND BY THE WAY, TO ANTICIPATE A POTENTIAL QUESTION, WE DID

03:40PM 14   PICK UP.  SO, FOR EXAMPLE, IF YOU HAD AN IPHONE 6 AND YOU

03:40PM 15   DIDN'T DOWNLOAD 10.2.1, BUT THEN YOU PICKED UP IOS 11, YOU'RE

03:40PM 16   PART OF THE CLASS BECAUSE EVEN THOUGH YOU DIDN'T UPDATE IT AT

03:40PM 17   THAT TIME, YOU CAUGHT UP LATER, AGAIN, AS LONG AS YOU'RE IN

03:40PM 18   THAT 2017 WINDOW.

03:40PM 19        SO WE ALREADY KNOW AND ALREADY DID THE HOMEWORK ON THOSE

03:40PM 20   66,000.

03:40PM 21        BUT TO MR. COTCHETT'S SUGGESTION, WE'RE MORE THAN HAPPY TO

03:40PM 22   DO A SUPPLEMENTAL REPORT FROM THE ADMINISTRATOR ON THIS.

03:40PM 23        AND IT WILL CAPTURE -- MS. ARBABI REFERENCED, AND I WAS

03:40PM 24   TALKING ABOUT THE DECLARATION.  WE ALSO DID CONVERT SOME SERIAL

03:40PM 25   NUMBERS, AND THERE MAY BE MULTIPLE REASONS THAT THE CLAIM WAS

03:40PM  1    REJECTED.  THERE WAS NO ATTESTATION, THERE WAS NO NUMBER TO

03:40PM  2    ALLOW US TO VERIFY MEMBERSHIP.

03:40PM  3         AND SO, YOU KNOW, WE'RE LOOKING AT ALL OF THAT, THAT

03:41PM  4    PROCESS OF DOUBLE-CHECKING AND WHEN -- A LOT OF CLAIMANTS, BY

03:41PM  5    THE WAY, WE SAID YOU DIDN'T GIVE US ANY INFORMATION OR YOUR

03:41PM  6    FORM WASN'T SIGNED.  WE'RE PROCESSING THOSE.  YOU KNOW, THE

03:41PM  7    EASIEST ONE WAS SOMEONE JUST DIDN'T SIGN IT.  THEY SENT US A

03:41PM  8    SIGNATURE, DONE, IT'S ON THE LIST OR THEY DIDN'T GIVE US --

03:41PM  9    THEY WEREN'T ON THE LIST BUT THEN THEY GIVE US A PICTURE OF

03:41PM  10   THEIR DEVICE SHOWING THAT THEY DOWNLOADED IT AND IT'S

03:41PM  11   VERIFIABLE.

03:41PM  12        I MEAN, THERE'S ANY NUMBER OF DIFFERENT WAYS THAT PEOPLE

03:41PM  13   CAN CURE THESE, AND WE ARE ENDEAVORING TO PROCESS THOSE.

03:41PM  14             THE COURT:  THANK YOU.

03:41PM  15             MR. COTCHETT:  AGAIN, IF I COULD JUST SAY, TO ECHO

03:41PM  16   WHAT MR. CHORBA JUST SAID, IT WOULD BE NO PROBLEM FOR US TO

03:41PM  17   MAKE SURE THE FILE IS COMPLETE BY UPDATING EXACTLY WHAT

03:41PM  18   MR. CHORBA JUST SAID.  I DON'T THINK THAT WILL TAKE A LONG

03:41PM  19   PERIOD, BUT THERE ARE PEOPLE WHO SAY WHY SPECIFICALLY WAS MY

03:41PM  20   CLAIM REJECTED, AND I THINK WE OUGHT TO GIVE THEM MORE

03:41PM  21   INFORMATION IN THE FILE.

03:41PM  22             THE COURT:  I AGREE.  AND IN THE SPIRIT OF FULL

03:41PM  23   TRANSPARENCY, AS YOU KNOW, THESE CASES RECEIVE PRAISE FROM

03:42PM  24   CONSUMERS, BUT THEY ALSO RECEIVE CRITICISM FROM CONSUMERS AND

03:42PM  25   OTHERS.

03:42PM 1      AND I THINK IT'S ALL OF OUR RESPONSIBILITIES TO MAKE THESE

03:42PM 2   SETTLEMENTS IN THESE CASES AS TRANSPARENT AS POSSIBLE JUST TO

03:42PM 3   CONTINUE THE CONFIDENCE IN THE PUBLIC AND IN OUR JUSTICE SYSTEM

03:42PM 4   AND RULE 23 AND THE GOOD WORK THAT LAWYERS DO WHO ARE INVOLVED

03:42PM 5   IN THESE CASES.

03:42PM 6      I APPRECIATE THAT.  AND I THINK THAT'S WHAT I'M GOING TO

03:42PM 7   DO IS TO ASK YOU, I'M NOT -- I'VE TOLD YOU ALREADY WHAT I THINK

03:42PM 8   I HAVE GIVEN YOU -- I DON'T KNOW.  IN STATE COURT THEY CALL

03:42PM 9   IT -- WHAT DO THEY CALL IT?  A PRELIMINARY --

03:42PM 10             MR. CHORBA:  TENTATIVE.

03:42PM 11             THE COURT:  YES, A TENTATIVE, THAT'S WHAT IT IS

03:42PM 12   CALLED.  I THINK I'VE GIVEN YOU THAT ORALLY AS WELL AS MY

03:42PM 13   PERSONAL DESIRE.

03:42PM 14      AFTER LOOKING AT ALL OF THE CHURCHILL FACTORS HERE I DO

03:42PM 15   THINK THAT THIS SETTLEMENT IS APPROPRIATE, IT'S FAIR, ADEQUATE,

03:42PM 16   AND REASONABLE AND I WOULD OTHERWISE ENGAGE AN APPROVAL OF

03:42PM 17   THIS.

03:42PM 18      BUT WHAT I WOULD LIKE TO DO IS TO RECEIVE AN UPDATE FROM

03:42PM 19   COUNSEL AS TO THE ISSUES THAT WE DISCUSSED TODAY.  INCLUDED IN

03:43PM 20   THIS UPDATE WOULD BE AN OPPORTUNITY FOR MS. ARBABI TO MEET WITH

03:43PM 21   HER CLIENTS AND FIND OUT WHAT THE UNIVERSE OF YOUR DEVICES ARE,

03:43PM 22   MS. ARBABI, AND DETERMINE WHATEVER DEFICIENCIES THAT EXIST AS

03:43PM 23   TO LEGITIMATE CLAIMS AND WHETHER OR NOT THOSE DEFICIENCIES CAN

03:43PM 24   BE CURED BY, IT SOUNDS LIKE IT MIGHT JUST BE, AN ATTESTATION

03:43PM 25   AND YOU'RE GOING TO GET GC OR THE I.T. PERSON OR SOMEBODY TO

03:43PM 1    MAKE AN APPROPRIATE ATTESTATION THAT AFTER YOU TALK WITH

03:43PM 2    MR. CHORBA, AND MR. COTCHETT, AND OTHERS WOULD ALLOW YOU AND

03:43PM 3    THOSE DEVICES THAT ARE APPROPRIATE, BECAUSE THAT'S REALLY WHAT

03:43PM 4    WE'RE DOING, WE'RE TRYING TO MEASURE WHICH DEVICES ARE

03:43PM 5    APPROPRIATE.  ALL OF THOSE THAT ARE APPROPRIATE THAT ARE IN

03:43PM 6    THIS WINDOW, THEY SHOULD BE PART OF THIS CLASS AND THOSE THAT

03:43PM 7    AREN'T, THEY SHOULD NOT.

03:43PM 8         SO, YOU KNOW, I GUESS I'M THE CROSSING GUARD, WHATEVER YOU

03:44PM 9    WANT TO CALL IT FOR THAT, BUT I RELY ON YOU AS THE SOLDIERS IN

03:44PM 10   THE FIELD TO ACCOMPLISH THAT WORK FOR ME.

03:44PM 11        HOW MUCH TIME DO YOU NEED TO DO THAT?

03:44PM 12            MR. COTCHETT:  YOUR HONOR, WE CAN HAVE IT DONE BY

03:44PM 13   THE END OF NEXT WEEK.

03:44PM 14            THE COURT:  OH, MY GOODNESS.

03:44PM 15            MR. COTCHETT:  MR. CHORBA, WHAT DO YOU THINK?

03:44PM 16            MR. CHORBA:  YES, I THINK SO, YOUR HONOR.

03:44PM 17        THE ONLY CAVEAT IS THAT THE SETTLEMENT ADMINISTRATOR HAS

03:44PM 18   BEEN VERY ACCOMMODATING AND SO IT MIGHT BE THAT WE WILL GIVE

03:44PM 19   YOU WHAT WE HAVE BY NEXT WEEK, BUT IF THERE ARE PEOPLE WHO ARE

03:44PM 20   STILL, ESPECIALLY IN LIGHT OF COVID, WE'RE STILL FOLLOWING UP

03:44PM 21   WITH THEM, WE'LL LET YOU KNOW THAT AS WELL.

03:44PM 22            THE COURT:  OKAY.  SHOULD I WAIT TO GET THAT FROM

03:44PM 23   YOU BEFORE WE SCHEDULE OUR NEXT HEARING?

03:44PM 24        SHOULD WE SCHEDULE A DATE NOW AND I RECEIVE THAT?  I THINK

03:44PM 25   OUR NEXT DATE WOULD PROBABLY BE -- THE FIRST PART OF THE

03:44PM  1   PROGRAM WOULD BE WHETHER OR NOT THE COURT WOULD GRANT APPROVAL

03:44PM  2   OF THE SETTLEMENT.

03:44PM  3            MR. COTCHETT:  YES.

03:44PM  4            THE COURT:  AND THEN THE SECOND PART OF THE PROGRAM

03:45PM  5   WOULD BE ATTORNEYS' FEES.

03:45PM  6            MR. COTCHETT:  YES, YOUR HONOR.

03:45PM  7        NOW, HOW SOON COULD WE DO IT?  I THINK WE SHOULD SET A

03:45PM  8   DATE RIGHT NOW.  AND I WOULD THINK, JUST AS MR. CHORBA SAID, WE

03:45PM  9   COULD GET THAT INTO YOU BY THE END OF THE WEEK, NEXT WEEK, BUT

03:45PM 10   I THINK IF YOU CAN SCHEDULE A DATE IF YOU DON'T MIND TO MOVE

03:45PM 11   THIS FORWARD.

03:45PM 12            THE COURT:  ALL RIGHT.  DECEMBER 24TH AT 4:00 P.M.

03:45PM 13        (LAUGHTER.)

03:45PM 14            MR. COTCHETT:  YES, AND SANTA WILL BE ON HIS WAY AND

03:45PM 15   ALREADY OVER THE NORTH POLE.

03:45PM 16            THE COURT:  WITH A MASK ON NO DOUBT.

03:45PM 17            MR. COTCHETT:  YES.

03:45PM 18            THE COURT:  ALL RIGHT.  WHAT DO YOU THINK?

03:45PM 19        I'M LOOKING AT OUR CALENDAR, AND I SHOULD TELL YOU

03:45PM 20   DECEMBER, YOU KNOW, FOR SOME REASON THE PARTIES FEEL LIKE THEY

03:45PM 21   SHOULD CALENDAR SO MANY MATTERS IN DECEMBER JUST BECAUSE IT'S

03:45PM 22   APPROPRIATE TO FINISH THINGS OFF IN DECEMBER FOR SOME REASON.

03:46PM 23            MR. COTCHETT:  I DON'T THINK IT'S GOING TO TAKE THAT

03:46PM 24   MUCH LONGER BASED ON TODAY AND WHAT WE CAN GET YOU IN.  I DON'T

03:46PM 25   KNOW THAT WE NEED A WHOLE BUNCH OF HOURS.

03:46PM  1          MR. CHORBA:  YOUR HONOR, I WOULD AGREE WITH THAT.

03:46PM  2      WE'LL OBVIOUSLY DEFER TO YOU ON YOUR SCHEDULE.  IT MIGHT

03:46PM  3  BE THAT YOU GET WHAT WE'RE SUBMITTING AND YOU'RE SATISFIED WITH

03:46PM  4  IT AND CAN GRANT IT WITHOUT A HEARING EXCEPT FOR OBVIOUSLY THE

03:46PM  5  ATTORNEYS' FEES ISSUE.

03:46PM  6          THE COURT:  RIGHT.  RIGHT.  WELL, I DO WANT TO --

03:46PM  7          MR. COTCHETT:  YEAH.

03:46PM  8          THE COURT:  I DO WANT TO SEE IF WE CAN HAVE SOME

03:46PM  9  TIME FOR THAT.

03:46PM  10      LET ME DO THIS --

03:46PM  11          MR. HELERINGER:  YOUR HONOR, MAY I SAY SOMETHING

03:46PM  12  QUICKLY?

03:46PM  13          THE COURT:  YES.

03:46PM  14          MR. HELERINGER:  BECAUSE WE'RE TALKING ABOUT THE

03:46PM  15  ISSUE OF GOING BACK TO THE ADMINISTRATOR AND GETTING SOME

03:46PM  16  UPDATED INFORMATION FROM THEM.

03:46PM  17      I THINK IT WOULD BE HELPFUL, IF YOU AGREE, IF THE

03:46PM  18  ADMINISTRATOR COULD ALSO PROVIDE AS PART OF THAT UPDATE A

03:46PM  19  CALCULATION, EVEN IF IT'S PRELIMINARY, OF THE MONETARY VALUE OF

03:47PM  20  THE APPROVED CLAIMS.  I DON'T THINK THAT DATA POINT HAS BEEN

03:47PM  21  INCLUDED IN ANY OF THE PAPERS SO FAR.  AND FOR PURPOSES OF THE

03:47PM  22  ATTORNEYS' FEES ARGUMENT THAT PIECE AND COMPONENT IS RELEVANT.

03:47PM  23      I DON'T WANT TO WASTE THE COURT'S TIME IF WE SHOW UP A

03:47PM  24  WEEK OR TWO WEEKS LATER AND I SAY WE DON'T HAVE THAT NUMBER AND

03:47PM  25  YOU SAY, WELL, WHY DIDN'T YOU REQUEST IT EARLIER.

03:47PM 1        I DON'T THINK IT'S GOING TO ADD TO THE TIME THAT WE'RE

03:47PM 2    TALKING ABOUT SCHEDULING THE NEXT DATE, BUT I JUST WANTED TO

03:47PM 3    GET THAT AND GET THAT REQUEST IN.

03:47PM 4            MR. CHORBA:  YOUR HONOR, WE CAN'T DO THAT BECAUSE WE

03:47PM 5    NEED AN ORDER ON THE FEES.  I'M HAPPY TO WORK WITH

03:47PM 6    MR. HELERINGER AND GIVE HIM WHATEVER INFORMATION, BUT I'M WEARY

03:47PM 7    GIVING YOU, OR ANYONE ELSE WHO IS PAYING ATTENTION TO THIS, A

03:47PM 8    NUMBER AND IT PROVES TO BE INCORRECT.

03:47PM 9        WE HAVE ALREADY HEARD SOME OBJECTIONS AND EVEN THOUGH WE

03:47PM 10   WENT THROUGH PAINS NOT TO PUT THE $5 MILLION FIGURE VIRTUALLY

03:47PM 11   ANYWHERE IN THE SETTLEMENT AND SOMEONE STILL OBJECTED ON THAT

03:47PM 12   BASIS.

03:47PM 13       AND I WOULD BE VERY NERVOUS ABOUT SAYING, WELL, IF YOU DO

03:48PM 14   THIS, IF YOU DO THAT.  THE WAY IT'S STRUCTURED IT'S DEPENDENT.

03:48PM 15       BUT WE CAN DEFINITELY GIVE YOU THE TOTAL NUMBER OF

03:48PM 16   CLAIMS, AND I'M SURE MR. HELERINGER AND OTHERS CAN DO THEIR

03:48PM 17   MATH.

03:48PM 18           THE COURT:  RIGHT.  WELL, LET ME DO THIS, LET ME --

03:48PM 19   MR. COTCHETT SUGGESTS THAT THE ADMINISTRATOR CAN HAVE SOMETHING

03:48PM 20   TO ME BY THE END -- BY THE 11TH, BY THE CLOSE OF BUSINESS ON

03:48PM 21   DECEMBER 11TH.

03:48PM 22       SO LET ME WAIT TO RECEIVE THAT.  I'M NOT ABLE TO LOOK AND

03:48PM 23   SEE OUR CALENDAR RIGHT NOW TO TELL YOU, REGRETTABLY, WHAT DATE

03:48PM 24   IS AVAILABLE OTHER THAN DECEMBER 24TH, AND I DON'T THINK ANY OF

03:48PM 25   YOU WANT TO COME TO COURT ON THE 24TH.

03:48PM 1        SO LET ME LOOK AT MY CALENDAR THIS WEEK AND WORK WITH SOME

03:48PM 2    MATTERS AND SEE IF I CAN ADJUST THIS THING AND SEE WHERE WE CAN

03:48PM 3    FIT THIS.

03:48PM 4        I'M SORRY, I DON'T HAVE THAT AT MY FINGERTIPS NOW.

03:49PM 5        IT MAY BE THAT NEXT WEEK I'LL REACH OUT TO COUNSEL AND

03:49PM 6    MS. KRATZMANN WILL REACH OUT WITH SOME DATES AND TIMES, AND I

03:49PM 7    APOLOGIZE, I'M NOT ABLE TO DO THAT RIGHT NOW.

03:49PM 8        I CAN TELL YOU NEXT WEEK IS NOT AVAILABLE.  I JUST DON'T

03:49PM 9    SEE IT AVAILABLE.

03:49PM 10       MS. KRATZMANN, WE HAVE A COUPLE OF OTHER HEARINGS THAT I

03:49PM 11   THINK ARE GOING TO OCCUPY A LOT OF TIME.

03:49PM 12       SO I JUST NEED TO SEE WHAT WE CAN DO.  I APOLOGIZE, AND

03:49PM 13   I'M BEING A LITTLE OPAQUE ON THAT, BUT WE'LL BE IN TOUCH WITH

03:49PM 14   YOU NEXT WEEK ON THAT.

03:49PM 15       ALL RIGHT.

03:49PM 16           MR. COTCHETT:  THANK YOU.

03:49PM 17           THE COURT:  THANK YOU, EVERYONE.  I THINK WE HAVE

03:49PM 18   EXHAUSTED OUR TIME NOW.  THANKS.  THANKS EVERYONE.

03:49PM 19           MR. COTCHETT:  THANK YOU, YOUR HONOR.  YOU HAVE A

03:49PM 20   WONDERFUL WEEKEND.  KEEP MASKS AS WE ALL SAY.

03:49PM 21           THE COURT:  YES.

03:49PM 22           MR. COTCHETT:  SO THE NEXT DATE APPLICABLE TO ALL OF

03:49PM 23   US IS THE 11TH.  AND WE WILL -- BY THEN MR. CHORBA AND HIS CREW

03:50PM 24   AND OUR CREW WILL GET YOU IN SOME SUPPLEMENTAL MATERIAL.

03:50PM 25           THE COURT:  THAT'S RIGHT.  AND MS. ARBABI IS GOING

03:50PM 1      TO BE PART OF THAT AS WELL.

03:50PM 2               MR. COTCHETT:  THERE YOU GO.

03:50PM 3               THE COURT:  SHE'S GOING TO WORK WITH YOU TO TELL YOU

03:50PM 4      WHAT SHE CAN ACCOMPLISH ON BEHALF OF HER CLIENTS, AND WE'LL

03:50PM 5      HAVE THAT UPDATED.

03:50PM 6          I'D LIKE THAT, MS. ARBABI, TO BE PART OF THAT REPORT THAT

03:50PM 7      I RECEIVE BY THE CLOSE OF BUSINESS ON THE 11TH.

03:50PM 8               MS. ARBABI:  YES, YOUR HONOR.

03:50PM 9          AND, YOUR HONOR, WOULD WE -- IS IT MY UNDERSTANDING THAT

03:50PM 10     WE SHOULD BE ABLE TO RECEIVE THE LIST OF ELIGIBLE DEVICES FOR

03:50PM 11     EACH OF OUR CLIENTS BEFORE THAT TIME AS WELL?  I WAS A LITTLE

03:50PM 12     UNCLEAR AS TO WHETHER MR. COTCHETT AND MR. CHORBA THINK THAT

03:50PM 13     COULD BE ACCOMPLISHED IN ORDER TO FACILITATE THAT.

03:50PM 14              THE COURT:  I'M GOING TO LET YOU MEET AND CONFER AND

03:50PM 15     TALK TO THEM, AND THEY WILL TELL YOU WHAT THEY CAN DO AND YOU

03:50PM 16     ARE GOING TO TELL THEM YOUR NEEDS, AND THEY'LL TELL YOU WHAT

03:50PM 17     THEY CAN ACCOMPLISH, AND I'LL HEAR BACK FROM YOU AS TO THAT.

03:50PM 18         AND THEN NEXT WEEK SOME TIME MS. KRATZMANN WILL REACH OUT

03:50PM 19     TO YOU WITH POTENTIAL DATES, AND HOPEFULLY WE CAN GET OUR

03:50PM 20     CALENDARS ALIGNED SUCH THAT WE CAN MEET AGAIN THIS MONTH.

03:51PM 21         AS I SAID, I WOULD LIKE TO RESOLVE THIS CASE IF YOU WOULD

03:51PM 22     LIKE TO RESOLVE IT IN SOME MANNER THIS MONTH, INCLUDING

03:51PM 23     ATTORNEYS' FEES, MR. FRANK.  MY GOODNESS, IT'S ALMOST 7:00

03:51PM 24     O'CLOCK.  DON'T YOU HAVE SOME PLACE TO BE?

03:51PM 25         ALL RIGHT.  IT'S GOOD SEEING EVERYONE.  I WISH ALL OF YOUR

03:51PM  1     FAMILIES, PLEASE KEEP SAFE, AND I ENJOYED TODAY'S

03:51PM  2     CONVERSATIONS.  IT'S ALWAYS A PLEASURE TO SEE EVERYONE.  THANK

03:51PM  3     YOU.

03:51PM  4                MR. CHORBA:  THANK YOU, YOUR HONOR.

03:51PM  5                MR. COTCHETT:  THANK YOU, YOUR HONOR.

03:51PM  6            (COURT CONCLUDED AT 3:51 P.M.)

         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25

1

2

3                          CERTIFICATE OF REPORTER

4

5

6

7          I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8     STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9     280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10    CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, RMR, CRR
           CERTIFICATE NUMBER 8074
17

18         DATED:  DECEMBER 8, 2020
19

20

21

22

23

24

25