# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No.: 5:18-md-02827-EJD<br><br>**SECOND SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR**<br><br>Hon. Edward J. Davila |

## SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR

I, Denise L. Earle, declare the following pursuant to 28 U.S.C. §1746:

1.      I am a Project Manager with Angeion Group ("Angeion"), located at 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      The purpose of this declaration is to provide the Court with additional information regarding the work performed by Angeion pursuant to the Court's May 27, 2020 Order Certifying Settlement Class; Granting Preliminary Approval of Class Action Settlement; and Approving Form and Content of Class Notice (ECF No. 429) ("Order"), and to supplement Angeion's prior declarations filed with the Court on August 26, 2020 (ECF No. 470-2) ("Prior Declaration") and on November 20, 2020 (ECF No. 551) ("Supplemental Declaration").

## DIRECT NOTICE

3.      As reported in Angeion's Prior Declaration, beginning on July 6, 2020 ("Initial Notice Date"), Angeion caused 90,119,272 email notices to be disseminated to Class Members for whom an email address was available and the email address was determined to be valid.

4.      As reported in Angeion's Supplemental Declaration, when sending the email notices, Angeion took numerous precautions to avoid many frequent "red flags" that might otherwise cause a potential Settlement Class Members' spam filter to block or identify the email notice as spam.   In addition to the measures previously described, Angeion proactively communicated with nternet service providers ("ISPs") to maximize deliverability of the email transmissions, including Google, Yahoo, iCloud, Verizon, Comcast, AT&T, and Cox. Additionally, we utilized third-party services to test for and reduce the likelihood of spam, including Google's spam filter (ARC-Message-Signature, ARC-Authentication-Results, Authentication-Result) and Microsoft's spam filter (X-Forefront-Antispam-Report, X-Microsoft-Antispam, Authentication-results).   Lastly, to help ensure delivery, we used 16 dedicated IP

1    addresses, monitored the reputation scores of each, and worked with Amazon SES to ensure that

2    ISPs were notified of the upcoming campaign.  These efforts continued throughout the campaign.

3                                      **CLAIM FORM SUBMISSIONS**

4           5.      The deadline for Class Members to submit a Claim Form was October 6, 2020.

5    Angeion received 3,149,072 timely Claim Form submissions.  As of December 4, 2020, Angeion

6    received 14,912 late Claim Form submissions.  The below chart reflects the total number of timely

7    and late-received Claim Forms broken down by (1) claims submitted through the claim portal on

8    the settlement website ("Online Claims"), (2) claims received via mail ("Paper Claims"), and (3)

9    claims submitted by corporations using the bulk submission form provided to Angeion by the

10   Parties ("Corporate Claims").

| Description | Timely | Late |
|---|---|---|
| Online Claims | 2,152,228 | 1,312 |
| Paper Claims[1] | 74,540 | 4,859 |
| Corporate Claims[2] | 922,304 | 8,741 |
| **Totals** | **3,149,072** | **14,912** |

16          6.      Angeion is continuing to review the Claim Forms received for eligibility and will

17   keep the Parties and the Court apprised of the final totals after all Claim Forms have been fully

18   reviewed and audited.

19                                        **REJECTION NOTICES**

20          7.      Angeion commenced issuing rejection notices on November 5, 2020 to claimants

21   whose submissions were rejected for one or more of the following reasons:

22      •   The Claim Form identified a device that is not covered by the terms of this
            Settlement.
23      •   The Claim Form was incomplete:
24          o   The Claim Form was missing a serial number.
            o   The Claim Form was missing an attestation from the claimant under penalty
25              of perjury regarding diminished performance.

---

[1] The number of timely and late individual paper claim forms received are approximate totals.  Angeion continues to process and evaluate the paper claim forms received.
[2] The number of timely and late corporate claim forms received are approximate totals.  Angeion continues to process and evaluate the corporate claim forms received.

SECOND SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR

- o   The Claim Form was missing the selection of the device model and iOS version.
  - o   The Claim Form was not signed.
- The Claim Form was illegible.
- The Claim Form was duplicative of another Claim Form.
- The Claim Form was not received by the Claim Form Deadline.
- Other: The Claim Form included what appeared to be an IMEI number, rather than a serial number.
- Corporate Claims submitted without proof that the claimant had assigned rights to the submitting party.

8.      For the timely Corporate Claims, there were approximately 657,946 devices (from 312 Corporations) where an attestation pertaining to diminished performance was deemed insufficient either because it was missing (130,018 devices) or otherwise insufficient (527,928 devices).

9.      In addition,  of these 312 Corporations, there were 73 that had claims rejected for at least one reason in addition to a missing or insufficient attestation. After review of the provided serial numbers for these 657,946 devices, Angeion identified approximately 467,524 devices where the provided information could not be matched to an eligible device. The   remaining 190,422 devices may be be eligible if the attestation issue is resolved.

10.      There were approximately 4,110 devices that did not have an attestation issue, but contained a rejection reason other than those described above.

11.      There were approximately 86,551 Corporate devices that had no rejection reasons, thus deeming the devices approved pending deduplication and final review.

12.      There were 10 Corporate Claims that were withdrawn relating to 66 devices.

13.      For the timely Paper Claims, there were approximately 19,919 claims approved pending deduplication.  Regarding ineligible Paper Claims, there were approximately 41,524 where the devices were not on the Class List.  Additionally, there were approximately 3,283 devices where the provided device identifying information could not be matched with an eligible device, and approximately 3,505 claims that were missing an attestion.  Those were the most common rejection reasons, but approximately 6,309 devices had a rejection reason other than those listed above (e.g. missing a signature, etc).

SECOND SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR

14.     All timely Online Claims were approved, pending deduplication.

15.     All late claims, as well as all claim rejection responses and amendments received as a result of the rejection process, are still undergoing review.  Angeion will keep the Parties and the Court apprised of the final claim status after all Claim Forms have been fully reviewed and audited.

16.     A chart is included below to illustrate the breakdown of timely claims, the number of approved claims, and the claims that have not been approved (and the reasons why).  As previously delineated, for certain claims, there was more than one reason why a claim has not been approved.

| | Claims Submitted | Devices Withdrawn | Claims Approved Pending Deduplication | Claims Not Approved | | |
|---|---|---|---|---|---|---|
| | | | | Devices Where the Provided Information Could Not Be Matched to an Eligible Device | Devices Missing or Insufficient Attestation of Diminished Performance | Other (e.g. Missing Signature, not yet confirmed, etc) |
| **Timely Online** | 2,152,228 | 0 | 2,152,228 | 0 | 0 | 0 |
| **Timely Hard Copy** | 74,540 | 0 | 19,919 | 44,807 | 3,505 | 6,309 |
| **Timely Corporate** | 922,304 | 66 | 86,551 | 641,155 | 190,422 | 4,110 |
| **Total** | **3,149,072** | **66** | **2,258,698** | **685,962** | **193,927** | **10,419** |

## REQUESTS FOR EXCLUSION

17.     The deadline for Class Members to request exclusion from the Settlement was October 6, 2020.  Angeion received 622 timely requests for exclusion, which includes the 308 requests for exclusion submitted by Davis & Norris LLP whereby the Court issued an Order granting acceptance (ECF No. 546).  Angeion received 47 late requests for exclusion after the deadline.  Lists of the names of the individuals who submitted timely and late requests for exclusion are attached hereto as **Exhibit M** and **Exhibit N**, respectively.

SECOND SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR

1        I declare under penalty of perjury of the laws of the United States that the foregoing is

2   true and correct to the best of my knowledge.

3

4   Executed on December 11, 2020

5

6   _____

7          DENISE L. EARLE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SECOND SUPPLEMENTAL DECLARATION OF SETTLEMENT ADMINISTRATOR

# Exhibit M

**In re Apple Inc. Device Performance Litigation**
**Timely Requests for Exclusion**

| | | |
|---|---|---|
| 1 | JAN-MICHAEL | JAROCHOVIC |
| 2 | PHAT | DO |
| 3 | AHMED | IBRAHIM |
| 4 | S K | CLIFTON |
| 5 | OTTO W | CLIFTON JR |
| 6 | BRENDEN | ESPANOLA |
| 7 | S L | EKERN |
| 8 | MARK | DALY |
| 9 | MARIA THERESA | HOWARD |
| 10 | MICHAEL | DILLARD |
| 11 | TORI | HAMPTON |
| 12 | SUZ-ANN | OLOFSON |
| 13 | NICK | BIGGS |
| 14 | SCOTT | VLASI |
| 15 | TROY | ST JOHN |
| 16 | JUTTA | WAIT |
| 17 | BRUCE | ROSSIGNOL |
| 18 | TYNAN | WAIT |
| 19 | PAUL A | MORTON |
| 20 | LYNN | STARNER |
| 21 | CYNTHIA | HENRY |
| 22 | JOSH | HANDELMAN |
| 23 | DEBRA A | JEFFERIES |
| 24 | BARBARA J | DASH |
| 25 | DOLORES K | KOLBABA |
| 26 | LOUIS | GREENBERG |
| 27 | KRISTI | STANFILL |
| 28 | CYNDA | DEIBEL |
| 29 | AKINYEMI | AFFRICA |
| 30 | COLETTA | HARDISON |
| 31 | REBECCA | KAY |
| 32 | TIMOTHY | RILEY |
| 33 | JAY J H | JOHNSON |
| 34 | CHRISTOPHER | GRAVES |
| 35 | JI | MIN |
| 36 | ANDREW | WALL |
| 37 | KENNETH | MORRISON |
| 38 | AAMIR | GHANI |
| 39 | JULIE M | APPELHANS |
| 40 | DONNA M | MONFORTE |
| 41 | WENDY MARIE | APORTA |
| 42 | SHIRLEY | BRAYMAN |
| 43 | TOHRU | WATANABE |
| 44 | PHONG SI | LE |

| 45 | GLORIA | JOHNSON |
|----|--------|---------|
| 46 | RUSSELL | PISA |
| 47 | SUSAN | PECK |
| 48 | RICHARD L | BOYER |
| 49 | CHRIS | CHAN |
| 50 | TERRIS L | HANSEN |
| 51 | HOI THI | DANIEL |
| 52 | ROGER F | CLAXTON |
| 53 | LORRAINE | ZBUCHALSKI |
| 54 | JOYCE K | WILSON |
| 55 | GERALD J | SIEGEL |
| 56 | HUMAD | AHMED |
| 57 | WILLIS | JOHNSON |
| 58 | RUSSELL | MADSEN |
| 59 | SYLVIA | HUI |
| 60 | TZUYU | CHANG |
| 61 | ANGELA | COX |
| 62 | CHRISTOPHER | COX |
| 63 | MIGNONNE | GOLDBERG |
| 64 | BRENDA | HELFENSTINE |
| 65 | CHRISTOPHER | AKINYEMI |
| 66 | JANICE S | GORMAN |
| 67 | CURTIS | KENDALL |
| 68 | SANDRA | BELL |
| 69 | HASSELL | KAMPELMAN |
| 70 | SHARON | LALLY |
| 71 | DEVANSI | RESHAMWALA |
| 72 | GEORGE | CHEUK |
| 73 | CRISTIAN | QUINTANILLA |
| 74 | ERIC A | WELTER |
| 75 | RICHARD-ANDREW | TAYLOR |
| 76 | LINDA | DAY |
| 77 | ERIN E | PLATTETER |
| 78 | BONNIE | KUNCL |
| 79 | DIANA | WATKINS |
| 80 | DENISE MARIE | LUKO |
| 81 | JOZEF | HATALA |
| 82 | LESLIE | MARTIN |
| 83 | SICHENG | PAN |
| 84 | JESUS | VERA |
| 85 | MELVIN | BELSKY |
| 86 | KAREN | BELSKY |
| 87 | ISAAC J | SLEDGE |
| 88 | LAWRENCE | SAMUELS |
| 89 | STEPHEN B | HUEBNER |
| 90 | DANIEL | HOOVER |
| 91 | NORMAN | AMICK |

| 92 | GORDON | TAM |
|-----|--------|-----|
| 93 | BRETT | BANEY |
| 94 | MOIRA A | MCKENNA |
| 95 | JAMES | MURRAY |
| 96 | FRANCHIE | RAMIREZ |
| 97 | ERNEST | KUNG |
| 98 | CHELSEA | DANEL |
| 99 | JOHN | DALLAS |
| 100 | BRYAN P | AUZA |
| 101 | JUDITH C | JAKSIK |
| 102 | NICK | LA CARA |
| 103 | GRETCHEN | LIPARI |
| 104 | ALIREZA | ZAEEMZADEH |
| 105 | DAVID | AUST |
| 106 | CAROL L | HEALEY |
| 107 | KNIANGELES | ANDERSON |
| 108 | JAMES | CAVE |
| 109 | KATHY | DANEL |
| 110 | EDWARD | DANEL |
| 111 | GOLDA | FRIEDMAN |
| 112 | RAHEEM | BROWN |
| 113 | ASHIA | HAWKINS |
| 114 | ROBERT | HAWKINS |
| 115 | ANTHONY | VALDES-STICKLER |
| 116 | TAMARA | COLON |
| 117 | RENEL | SOUFFRANT |
| 118 | ALYCE | ESKEW |
| 119 | BRIAN | VOLL |
| 120 | JACQUELINE RHONDA | COHEN-BAITY |
| 121 | CHRISTIAN R | MARTIN |
| 122 | JILLYN | DILLON |
| 123 | YOUSEF | SALEM |
| 124 | PORTIA | WALLACE |
| 125 | HEATHER | CORINE |
| 126 | WADE | AVERELL |
| 127 | LANA | STOCKTON |
| 128 | TRACIE | RAGLAND |
| 129 | NAYTHAN | MAYTORENA |
| 130 | BELARMINO | COSTA |
| 131 | JOSH | YATES |
| 132 | DAISY | DIAZ |
| 133 | VIOLA | VARGAS |
| 134 | DALICIA N | REALES |
| 135 | KIM | NGUYEN |
| 136 | PHYLLIS | STEINBERD |
| 137 | MARTHA | MCLNTOSH |
| 138 | JENNIFER | HASSLER |

| 139 | PAULINE | CLARK |
|---|---|---|
| 140 | RANDY | MIDDLETON |
| 141 | AMANDA | GALA |
| 142 | SHERRI | GONSIOROSKI |
| 143 | CYNTHIA B | BRADSHAW |
| 144 | NIDIA | BERTAGNOLLI |
| 145 | CHARLES | CORBETT |
| 146 | MARGARITA | GUERGUE |
| 147 | MARISSA | LLOYD |
| 148 | FRANCES P | RODRIGUEZ DELGADO |
| 149 | THERESA | EWING |
| 150 | SHARON RENEE | NOWLIN |
| 151 | STEPHEN | HASSLER |
| 152 | SHARI | STEIN |
| 153 | LINDA | ROEDER |
| 154 | JENNIFER | LAMAZARES |
| 155 | KATHERINE W | SCOTT |
| 156 | ANDRES | McQUADE |
| 157 | KIRKPATRICK J | BUNDY |
| 158 | BERRY | HUNTER |
| 159 | KELLY | ENRIQUUEZ |
| 160 | DIANE | JOHNSON |
| 161 | KIMBERLY SUE | CARTER |
| 162 | ORRIN | CAMPBELL |
| 163 | KENTON | HARSCH |
| 164 | JESSICA | KALIN |
| 165 | ELLEN M | WRIGHT |
| 166 | JAMIE L | BENNETT |
| 167 | ALEXANDER | CHERVIOVSKIY |
| 168 | ARDIS | FLENNIKEN |
| 169 | KEITH | RANDALL |
| 170 | JEFFREY | DICKSON |
| 171 | MARTHA | TRUGEON (CARD) |
| 172 | MATTHEW | OFER GREER |
| 173 | MARY D | LOOMAN |
| 174 | LOREN S | RICHARDS |
| 175 | LEWIS S | HORNE III |
| 176 | JUSTIN | PIKE |
| 177 | LINDA | VOLKMAN |
| 178 | GARRETT | MCCONNELL |
| 179 | TIM | MCKEE |
| 180 | TED | TAHMISIAN |
| 181 | RICHARD SCOTT | BROWN |
| 182 | ROBERT | HAWKINS |
| 183 | CHUTAPHA | OUPAHAT |
| 184 | CAROLYN | CROCKETT |
| 185 | JANINE | WILLIAMS |

| 186 | BETTY ANN | ELLIOTT |
| 187 | PAULA | INGALA |
| 188 | TIMOTHY | INGALA |
| 189 | MIAHAEL F | DEHLIN |
| 190 | TIMOTHY J | COCHEY |
| 191 | RON | BREWER |
| 192 | DAVID R | BATES |
| 193 | CHARLENE | PARKER |
| 194 | JULIANA | PEREIRA |
| 195 | STEPHEN | AUERBACH |
| 196 | JAMES | BEACHBOARD |
| 197 | MALAKA | ITANI |
| 198 | KEITH | WESTENDORF |
| 199 | EDMUND | NIGHTINGALE |
| 200 | REBECCA | NIGHTINGALE |
| 201 | THOMAS | CZERWINSKI |
| 202 | AMANDA | HEIDRICH |
| 203 | CHRIS | POLAK |
| 204 | AUDREY | MCGIRT |
| 205 | DAVID | EISENHAUER |
| 206 | CELESTE | SHELTON |
| 207 | KEITH | TOUZIN |
| 208 | ROSSANA | TOUZIN |
| 209 | SALLIE | BHULLER |
| 210 | BRIAN | KRETSCH |
| 211 | EMMA J | SANDDERS |
| 212 | ABRAM | BLATZ |
| 213 | GABRIELLE | KO |
| 214 | JERRY L | SWANSON |
| 215 | KRISTINA M | SWANSON |
| 216 | JOANNE | HEUSS |
| 217 | CARMEN | ALCIVAR |
| 218 | DAVID | ADDISON |
| 219 | VICTOR | MUNOZ |
| 220 | TERESA | SALM |
| 221 | JAMES J | HICKMAN |
| 222 | MARK | SUMMERS |
| 223 | STEVEN M | COLLOTON |
| 224 | JOY | LIEBOW |
| 225 | JONATHAN | BALDWIN |
| 226 | GUSPHINE J | LEWIS |
| 227 | CAROL | ROSENBERG |
| 228 | ETHEL | NAGEL |
| 229 | HERMAN | NAGEL |
| 230 | ROY | SHEPARD |
| 231 | SUSAN F | SYMINGTON |
| 232 | DONNA | HAZELGREEN |

| 233 | MICHAEL | HAZELGREEN |
|-----|---------|------------|
| 234 | CAROL DORIS | MUNK |
| 235 | KATIE M | SHADE |
| 236 | ROBERT J | SMIT |
| 237 | PRAVEEN | KANKANALA |
| 238 | ZACHARY | ATCHISON |
| 239 | JAMIE W | MILLER |
| 240 | STEPHEN DANIEL | POTAPENKO |
| 241 | MARK | REED |
| 242 | BHUMIT D | THAKKAR |
| 243 | AJAI | AJITANAND |
| 244 | T A | FOREE |
| 245 | GWENDOLYN | WALKER |
| 246 | DONNA M | CLARK |
| 247 | CHAR MICHAEL | BROWN |
| 248 | NICHOLAS | RUSSO |
| 249 | JOHN MATTHEW | RODENHISER |
| 250 | ALFRED | O'LEARY |
| 251 | CHARLES | PICCIRILLO |
| 252 | ASHIA | HAWKINS |
| 253 | JITENDRA | KUMAR |
| 254 | JOE | SMITH |
| 255 | AUDREY S | FREUDBERG |
| 256 | SIEMEE | XIONG |
| 257 | C THEODORE | THUCKER |
| 258 | JAMES M & SANDRA M | ARMSTRONG |
| 259 | FRANCES M | SCOTT |
| 260 | ELIZABETH | BLAND |
| 261 | ELAINE M | SEITZ |
| 262 | CARMEN | LYTTLE-NGUESSAN |
| 263 | TRACY | FIELDS-ROSS |
| 264 | VICTORIA MANN | BOLLING |
| 265 | LUDWIK | GORZANSKI |
| 266 | LARRY G | CARTER |
| 267 | PAMELA | HEIDE |
| 268 | ARTHUR | ROSENKAMPFF |
| 269 | JOSEPH | BECK |
| 270 | JUDY | MABIE |
| 271 | GEORGE G | SHAPOVALOV |
| 272 | SHONTEL D | JOHNSON |
| 273 | CHARESE | CAMPBELL |
| 274 | SHAWN | PUGLIESE |
| 275 | CHRISTOPHER | WILTZ |
| 276 | MICHAEL | ZIAS |
| 277 | JANICE | CERASARO |
| 278 | PERRI | SANDS |
| 279 | SOLOMON | FORBES |

| 280 | JUAN | TABOAS |
| 281 | ANDREW R | MORRIS |
| 282 | MAHSA | KAHNAMOUEI |
| 283 | BETSY | MALDONADO |
| 284 | NOLAN | POVANESSO |
| 285 | MARCIO WILSON SEVERINI | D'ANDREA |
| 286 | RICARDO | GUERRA |
| 287 | ETHAN | O'GRADY |
| 288 | KAREN | MUNGER |
| 289 | DARBY | MUNGER |
| 290 | IRELAND | MUNGER |
| 291 | KAYDEN | MUNGER |
| 292 | DODIE | BRYANT |
| 293 | NEVIER | VAZQUEZ RODRIGUEZ |
| 294 | FRAN | HOWARD |
| 295 | DAVID | ROSSEAU |
| 296 | BRIAN T | STRICKLAND |
| 297 | SHANIEKA NICOLE | ABNEY |
| 298 | KEDWIN | ALLEN |
| 299 | MARTHA S | ALLEN |
| 300 | CHARLOTTE | ANDREWS |
| 301 | LESTER | ARMSTRONG |
| 302 | JOEL | BALDRIDGE |
| 303 | DIANE | BALDWIN |
| 304 | TONI N | BALLINGER |
| 305 | JACQUELINE | BANKS |
| 306 | CHRIS | BARBONI |
| 307 | PATSY | BARRON |
| 308 | KATRINA | BASS |
| 309 | ROSE | BATTLES |
| 310 | STEVEN DOUGLAS | BATTLES |
| 311 | ERIC | BAUMANN |
| 312 | ASHLEY | BAXLEY |
| 313 | DARINA | BEASLEY |
| 314 | MAURIA | BEESON |
| 315 | KRYSTAL ASHLEY | BENTON |
| 316 | DANA | BERRY |
| 317 | HEMAL | BHAGAT |
| 318 | KATHLEEN RANNEY | BINDON |
| 319 | BRIGITTE ROGERS | BLANKENSHIP |
| 320 | MICHAEL R | BOATWRIGHT |
| 321 | LOLA FAYE | BONNER |
| 322 | DEMETRIUS | BOOTH |
| 323 | SHENITA JALANDA | BOWDEN |
| 324 | MARK | BRAND |
| 325 | MARINA JAN | BROMLEY |
| 326 | DARLENE M | BROWN |

| | | |
|---|---|---|
| 327 | CASANDRA | BROWN |
| 328 | JOHN A | BRUININKS |
| 329 | BENNY F | BRYARS |
| 330 | SHERRY | BRYARS |
| 331 | BONNIE | BURGESS |
| 332 | ADRIANE BURNETT | SANDERS |
| 333 | EDWARD J | BURNS |
| 334 | REBECCA | BURNS |
| 335 | RICHARD BENJAMIN | BURROWS |
| 336 | LEAH | BUSH |
| 337 | KITIE | BUSLER |
| 338 | DANIEL | BUTLER |
| 339 | TANGELA | BUTLER |
| 340 | BRIANNA | CAMPBELL |
| 341 | CATHEY | CAPP |
| 342 | JORDAN | CARLISLE |
| 343 | MAVIS L | CARTER |
| 344 | JULIE | CHANDLER |
| 345 | BARBARA CHAPMAN | HAAS |
| 346 | JOHN | CHIZMAR |
| 347 | SHAUN | CHRISTEN |
| 348 | TINESHA | CLAYTON |
| 349 | JODIE | CLEMENTS |
| 350 | STACY | COCKRELL |
| 351 | VIC | COFER |
| 352 | DAVID C | COFFMAN |
| 353 | EDWARD TIMOTHY | COLLIER |
| 354 | JOAN COLLETT | COLLIER |
| 355 | SIERRA | CORDREY |
| 356 | PETER | CORDREY |
| 357 | PAUL | COX |
| 358 | GEORGIA | CRAWFORD |
| 359 | LORRIE | CUDNOHUFSKY |
| 360 | EMILY | CULVER |
| 361 | MISTY | CURLEE |
| 362 | LAURA | CURTIS |
| 363 | BIANCA | DAVIDSON |
| 364 | AMBER | DAVIS |
| 365 | ARLENE | DONALD |
| 366 | APRIL | DORTCH |
| 367 | PEGGY | DOZIER |
| 368 | DEBORAH D | DUKE |
| 369 | AKEYA | DUMAS |
| 370 | JAN | DUNN |
| 371 | TAWANNA | EATON |
| 372 | JOSEPH | ECHOLS |
| 373 | ASHLEY | ECKHARDT |

| 374 | NAKISHA | EGGLESTON |
|-----|---------|-----------|
| 375 | WENDY | ELROD |
| 376 | DARIAN | EUBANKS |
| 377 | TANEESE | EVANS |
| 378 | JASON | EVERETT |
| 379 | BECKY | FARMER |
| 380 | JAY | FARMER |
| 381 | LESLIE | FARMER |
| 382 | TIMOTHY | FERRELL |
| 383 | LAVENIA DIANE | FISHER |
| 384 | ESTELLE | FLIPPO |
| 385 | NATHAN | FLURRY |
| 386 | LAKISHA | FOSTER |
| 387 | SANDRA | FULLENWIDER-STEWART |
| 388 | STEVEN | GAFNEA |
| 389 | JESSICA | GAFNEA |
| 390 | WAYNE | GALE |
| 391 | TERESA | GARDNER |
| 392 | ELLEN MOSELY | GARNER |
| 393 | TERESA | GATES |
| 394 | ASHLEY | GESSLER |
| 395 | NICHOLAS | GILES |
| 396 | CHARA | GILL |
| 397 | BARBARA A | GIVENS |
| 398 | DONALD | GLASS |
| 399 | KATHY | GLAZE |
| 400 | PHILLIP | GOWENS |
| 401 | JUNE N | GRAHAM |
| 402 | TAYLOR | GREEN |
| 403 | KELLEN | GREEN |
| 404 | KRYSTAL | GREENWOOD |
| 405 | LINDA | GRIMES |
| 406 | KIMBERLY | GRIMES |
| 407 | LARISSA | GUNNELLS |
| 408 | JOHN | HALL |
| 409 | THERESA | HALL |
| 410 | REGINAL JASON | HALLMAN |
| 411 | VALERIE | HALLMAN |
| 412 | HAYLEE ANNA | HALLMAN |
| 413 | PAMELA | LEE HANNAH |
| 414 | LANIER W | HARRIS |
| 415 | ALETA | HARRIS |
| 416 | LAQUISE | HAWKINS |
| 417 | JUDY M | HAYES |
| 418 | ANNIE | HENDERSON |
| 419 | TAYLOR | HENRY |
| 420 | CHARLES MICHAEL | HERNDON |

| | | |
|---|---|---|
| 421 | BRANDY | HIGDON |
| 422 | TRACY | HIGGINS |
| 423 | CHRIS | HILL |
| 424 | MICHAEL | HILL |
| 425 | EVAN MARIE | HILL |
| 426 | RAYMOND | HILL |
| 427 | HELEN E | HOLLIS |
| 428 | DEANDRA | HOOKS |
| 429 | LEIGHANN | HOWELL |
| 430 | WALTER R | HUDGENS |
| 431 | TAMMY | HUDGINS |
| 432 | SHANNON | HUMPHREY |
| 433 | KAREN | HUTCHINS |
| 434 | TIMOTHY J | HUTCHINS |
| 435 | ANGELA | IRVIN |
| 436 | DEANNA | IRVIN |
| 437 | ADAM | IRVIN |
| 438 | WARRICK DIEGO | JACKSON |
| 439 | LAUREN | JENKINS |
| 440 | STEPHEN | JENKINS |
| 441 | CARLA | JENKINS |
| 442 | BRIAN K | JENNINGS |
| 443 | DONNA L | JENNINGS |
| 444 | RITA HUGHEY | JENNINGS |
| 445 | MARQUITA | JOHNSON |
| 446 | JARED MASON | JOHNSON |
| 447 | KECIA | JOHNSON |
| 448 | DAVID | JONES |
| 449 | THOMAS MICHAEL | JONES |
| 450 | BRITTANY LASHAY | JONES |
| 451 | STACEY | JORDAN |
| 452 | BECKY | KAYDA |
| 453 | MARSHA REA | KEENEY |
| 454 | SHANNON | KEITH |
| 455 | KIM | KENDRICK |
| 456 | ASHLEY | KENNEDY |
| 457 | RHETT T | KING |
| 458 | MICHELLE | KNEPPER |
| 459 | LOUANN | KOMIENSKY |
| 460 | BRIANNA | SMITH |
| 461 | BONNELLE | LACY |
| 462 | ANTHONY | LAND |
| 463 | KATARA | LANE |
| 464 | MATTHEW | LEONARDI |
| 465 | KIMBERLY | LEWIS |
| 466 | KEYAIRA | LEWIS |
| 467 | CHARLOTTE CREEL | LEWTER |

| | | |
|---|---|---|
| 468 | MARGARET | LIMBAUGH |
| 469 | EDANA | LOVE |
| 470 | JUSTIN | LOVELESS |
| 471 | ANDREA | LYLE-CAIRL |
| 472 | TAMARA PITTS | MAHAFFEY |
| 473 | PETER | MARONEY |
| 474 | MARLA | MARSHBURN |
| 475 | BRIAN | MARTIN |
| 476 | DESIREE | MARTINDALE |
| 477 | SUSAN | MATTHEWS |
| 478 | JESSIE | MAXWELL |
| 479 | MATTHEW | MAYFIELD |
| 480 | JORDAN | MAYFIELD |
| 481 | MLISSA | MAZZEO |
| 482 | CHAD | MCCAIN |
| 483 | ANTHONY | MCCONALD |
| 484 | CONNIE | MCMAHON |
| 485 | WHITNEY | MEADE |
| 486 | ANDREA | MERSHON |
| 487 | CATHY | MILAN |
| 488 | AMY | HILBURN |
| 489 | TAMMY | MONDELLO |
| 490 | ANITA | MORGAN |
| 491 | EVELYN | MORRIS BURRELL |
| 492 | NELL | MOTLEY |
| 493 | DONNA D | MURPHREE |
| 494 | TRELA | NELSON |
| 495 | JOSEPH PATRICK | NICHOLS |
| 496 | ORRIN T | OSBORNE |
| 497 | GARY | OVERSTREET |
| 498 | DANETTE | OVERSTREET |
| 499 | PATSEY | OVERTON |
| 500 | WANDA | PACINO |
| 501 | ARLEEN KAY | PANUSKA |
| 502 | DONNA | MARTIN PARKER |
| 503 | JACOB | PARRIS |
| 504 | BILLIE | PARSONS |
| 505 | HATTIE | PATTERSON |
| 506 | KAREN | PATTERSON |
| 507 | STEVEN | PAUTZ |
| 508 | KRISTIN | PAYTON |
| 509 | LACEY | PEACOCK |
| 510 | ASHLEY | PERYER |
| 511 | PAIGE | PHALO |
| 512 | LAUREN | PHILLIPS |
| 513 | HOLDEN | PHILLIPS |
| 514 | JESSE | POLLARD |

| | | |
|---|---|---|
| 515 | JESSICA | PONDER |
| 516 | CAROLYN | PORTER |
| 517 | CANDIS | POSEY |
| 518 | JULIE | POUNDERS |
| 519 | FANNIE | POWELL |
| 520 | ERIC | POWELL |
| 521 | JONI | PRATER |
| 522 | DINDINAH ROXANA | QUARLES |
| 523 | TONIA | QUICK |
| 524 | ANITA | QUITORIANO |
| 525 | JACQUELYN | RAGSDALE |
| 526 | ASHLEY | RAINES |
| 527 | GERRI | RAMBO |
| 528 | DERRICK | RANDOLPH |
| 529 | TWILA | RAY |
| 530 | CAROLYN | REAVES |
| 531 | LILLIAN | REIN |
| 532 | STEWART | REIN |
| 533 | BARBARA L | RICHARDSON |
| 534 | YOLANDA | HARTMAN RICHARDSON |
| 535 | JOHN EDWARD | RIOS |
| 536 | RACHEL | ROBERTS |
| 537 | LAVERNE | ROBINSON |
| 538 | ASHLEY | RODGERS |
| 539 | DEBORAH | RODRIGUEZ |
| 540 | LEO | RODRIGUEZ |
| 541 | ALYSSA | ROGERS |
| 542 | DAWN | ROPER |
| 543 | JEREMY | ROSE |
| 544 | MARK D | ROSS |
| 545 | BRENDA | ROWLAND |
| 546 | RENEE | RUSSELL |
| 547 | KEVIN | RUSSELL |
| 548 | YOLANDA S | RUSSELL |
| 549 | PAMELA | SCHAEFER |
| 550 | RONALD | SCHMIDT |
| 551 | CHARLES | SCROGGINS JR (CHAD) |
| 552 | LISA | SHEHEE |
| 553 | PAMELA | SHELTON |
| 554 | LAMETRICA | SHEPHERD |
| 555 | KATHY | SHUMAKER |
| 556 | DORIS | SIMMONS |
| 557 | MELISSA JOY | SIMMONS |
| 558 | NATHAN | SMALL |
| 559 | BART | SMITH |
| 560 | NANCY | SMITH |
| 561 | RICHARD | SMITH |

| 562 | MARY W | SMITHERMAN |
|---|---|---|
| 563 | SUSAN | SPANN |
| 564 | SONJA | STALLWORTH |
| 565 | BEN | STANFIELD |
| 566 | MICHAEL | STATEN |
| 567 | TONYA | STATEN |
| 568 | LENA Y | STEELE |
| 569 | JUDITH | STOCKWELL |
| 570 | PATRICIA DARLENE | STUTZ |
| 571 | JAMES | SURRATT |
| 572 | ERNEST | SYKES III |
| 573 | TABITHA | TERRY |
| 574 | GAYLA | TERRY |
| 575 | ELIZABETH A | THEIN |
| 576 | MELANIE | THOMAS |
| 577 | TERESA | THREET |
| 578 | KATIE | TILLMAN |
| 579 | JOSEPH | TRAYWICK |
| 580 | DARRYL | TRUCKS |
| 581 | SHARON | TUNNELL |
| 582 | KAY | SMITH |
| 583 | KRISTA | VAUGHAN |
| 584 | KAREN | VEST |
| 585 | SHEILA | WALLACE |
| 586 | LINDA | WALLACE |
| 587 | KRISTI | WARE |
| 588 | JARVIS | WELLS |
| 589 | JEFF | WHATLEY |
| 590 | BOBBY | WHEELER |
| 591 | CASSANDRA | WHITE |
| 592 | JUNE | WILLIAMS |
| 593 | RACHEL | WILLIAMS |
| 594 | TERRY | WILLIAMS |
| 595 | PRESTON MICHAEL | WILLIAMS |
| 596 | WHITNEY | WILSON |
| 597 | MATTHEW | WILSON |
| 598 | CHRISTOPHER NATHAN | WINGARD |
| 599 | JEREMY | WOFFORD |
| 600 | BROOKE | WOOD |
| 601 | REGINA | WOODS |
| 602 | ROB | WRIGHT |
| 603 | MUARION | ZIMMERMAN |
| 604 | VICTORIA | MANN BOLLING |
| 605 | STEVEN | LEE |
| 606 | DAVID J | ROUSSEAU |
| 607 | ERICE M | KENCY |
| 608 | RUTH M | POLLACK |

| 609 | SHIRLEY | WOODS |
|-----|---------|-------|
| 610 | DELORES | MOULTRIE |
| 611 | CASSANDRA | THOMAS |
| 612 | NICHOLAS | GREEN |
| 613 | ANNA | SLOCUM |
| 614 | ANNE | BRYANT |
| 615 | KELLY | RIVERA |
| 616 | CHRIS | ADAMS |
| 617 | KIWANA M | FRAZIER |
| 618 | WILLIAM R | HOLLINGSWORTH III |
| 619 | MAREN E | NELSON |
| 620 | TAMMIE | NEWSOME |
| 621 | LIZELLE S | BRANDT |
| 622 | DAVID | STONE |

Exhibit N

**In re Apple Inc. Device Performance Litigation**
**Late Requests for Exclusion**

| | | |
|---|---|---|
| 1 | CARLOS | MARTINEZ |
| 2 | NAKEYA | SMITH |
| 3 | USHA | VARSHNEY |
| 4 | LAWANDA | SIMPSON |
| 5 | RAY | YBARRA |
| 6 | JANE | CUNNINGHAM |
| 7 | BRIAN | CASEBOLT |
| 8 | GUY | FREDERICK |
| 9 | JOSEPH R | LOBOSCO |
| 10 | CAITLIN (HSU) | TOBIN |
| 11 | GURMETT | MEHROK |
| 12 | EMILY | KOHLER |
| 13 | SARA | GOULD |
| 14 | REBECCA LEE | PAYNE |
| 15 | TERRI AND CHRIS | COBB |
| 16 | FRANK AL | OSMANSKI |
| 17 | HUSAM | SHILU |
| 18 | ELIZABETH | PERIKLI |
| 19 | CAROLYN S | RUIZ |
| 20 | BENJAMIN J | RUIZ |
| 21 | BRANDEN | CRISOSTOMO |
| 22 | BASSAM | MOUKALED |
| 23 | GARY | GREENAWALT |
| 24 | JESSICA | COLEMAN |
| 25 | BARBARA | ABRAMSON |
| 26 | RYAN | MITCHELL |
| 27 | MAMED | SAMEDOV |
| 28 | EDWARD | CHAPMAN |
| 29 | CHRISTINE | ROGERS |
| 30 | BRUCE | HAIN |
| 31 | MARNI | KLEIN |
| 32 | ROBIN | LEHR |
| 33 | COLBY | NGUYEN |
| 34 | SARA | HAYDEN |
| 35 | FREDERICK | REINARZ |
| 36 | ISAAC | JOHNSON |
| 37 | KEITH | NICKENS |
| 38 | BRAUK | BORGOSAN |
| 39 | JUANITA | GALVAN |
| 40 | DELORES | ALANDER |
| 41 | ELIAS | KIMURGOR |
| 42 | JAMES O | BROWNING |
| 43 | EARL | CHECKLEY |
| 44 | ERIC | BELT |

| 45 | DOMINIQUE | PARKER |
| 46 | STEVEN | LEE |
| 47 | KATHERINE T | HERNANDEZ-MALDONADO |