UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE APPLE INC. DEVICE PERFORMANCE LITIGATION | Case No. 18-md-02827-EJD<br><br>**ORDER DIRECTING PARTIES TO SUBMIT UPDATED JOINT STATUS REPORT** |

The Court has reviewed the parties' Joint Status Report In Support of Final Settlement Approval (Dkt. No. 592). The parties shall submit an updated joint status report no later than January 22, 2021. The status report should include a proposed hearing date for Plaintiffs' Motion For Final Approval and Motion For Attorneys' Fees, Expenses, And Service Awards.

**IT IS SO ORDERED.**

Dated: December 16, 2020

EDWARD J. DAVILA
United States District Judge

ORDER DIRECTING PARTIES TO SUBMIT UPDATED JOINT STATUS REPORT