# EXHIBIT A

## In re Apple Inc. Device Performance Litigation
## Timely Requests for Exclusion

| # | First | Last |
|---|---|---|
| 1 | JAN-MICHAEL | JAROCHOVIC |
| 2 | S K | CLIFTON |
| 3 | OTTO W | CLIFTON JR |
| 4 | BRENDEN | ESPANOLA |
| 5 | S L | EKERN |
| 6 | MARK | DALY |
| 7 | MARIA THERESA | HOWARD |
| 8 | MICHAEL | DILLARD |
| 9 | TORI | HAMPTON |
| 10 | SUZ-ANN | OLOFSON |
| 11 | NICK | BIGGS |
| 12 | SCOTT | VLASI |
| 13 | TROY THOMAS | ST JOHN |
| 14 | JUTTA | WAIT |
| 15 | BRUCE | ROSSIGNOL |
| 16 | TYNAN | WAIT |
| 17 | PAUL A | MORTON |
| 18 | LYNN | STARNER |
| 19 | CYNTHIA | HENRY |
| 20 | JOSH | HANDELMAN |
| 21 | DEBRA A | JEFFERIES |
| 22 | BARBARA J | DASH |
| 23 | AKINYEMI | AFFRICA |
| 24 | COLETTA | HARDISON |
| 25 | REBECCA | KAY |
| 26 | TIMOTHY | RILEY |
| 27 | JAY J H | JOHNSON |
| 28 | CHRISTOPHER | GRAVES |
| 29 | JI | MIN |
| 30 | ANDREW | WALL |
| 31 | CYNDA | DEIBEL |
| 32 | KENNETH | MORRISON |
| 33 | AAMIR | GHANI |
| 34 | JULIE M | APPELHANS |
| 35 | DONNA M | MONFORTE |
| 36 | WENDY MARIE | APORTA |
| 37 | SHIRLEY | BRAYMAN |
| 38 | TOHRU | WATANABE |
| 39 | PHONG SI | LE |
| 40 | SUSAN | PECK |
| 41 | RICHARD L | BOYER |
| 42 | CHRIS | CHAN |
| 43 | TERRIS L | HANSEN |
| 44 | HOI THI | DANIEL |

| | | |
|---|---|---|
| 45 | ROGER F | CLAXTON |
| 46 | LORRAINE | ZBUCHALSKI |
| 47 | JOYCE K | WILSON |
| 48 | GERALD J | SIEGEL |
| 49 | MIGNONNE | GOLDBERG |
| 50 | TZU-YU | CHANG |
| 51 | ANGELA | COX |
| 52 | CHRISTOPHER | COX |
| 53 | BRENDA | HELFENSTINE |
| 54 | CHRISTOPHER | AKINYEMI |
| 55 | JANICE S | GORMAN |
| 56 | CURTIS | KENDALL |
| 57 | SANDRA | BELL |
| 58 | HASSELL | KAMPELMAN |
| 59 | SHARON | LALLY |
| 60 | DEVANSI | RESHAMWALA |
| 61 | WILLIS | JOHNSON |
| 62 | RUSSELL | MADSEN |
| 63 | SYLVIA | HUI |
| 64 | CRISTIAN | QUINTANILLA |
| 65 | ERIC A | WELTER |
| 66 | RICHARD-ANDREW | TAYLOR |
| 67 | ERIN E | PLATTETER |
| 68 | BONNIE | KUNCL |
| 69 | DIANA | WATKINS |
| 70 | DENISE MARIE | LUKO |
| 71 | JOZEF | HATALA |
| 72 | LESLIE | MARTIN |
| 73 | SICHENG | PAN |
| 74 | MELVIN | BELSKY |
| 75 | KAREN | BELSKY |
| 76 | ISAAC J | SLEDGE |
| 77 | LAWRENCE | SAMUELS |
| 78 | STEPHEN B | HUEBNER |
| 79 | DANIEL | HOOVER |
| 80 | NORMAN | AMICK |
| 81 | GORDON | TAM |
| 82 | BRETT | BANEY |
| 83 | MOIRA A | MCKENNA |
| 84 | JAMES | MURRAY |
| 85 | JOHN | DALLAS |
| 86 | BRYAN P | AUZA |
| 87 | JUDITH C | JAKSIK |
| 88 | NICK | LACARA |
| 89 | GRETCHEN | LIPARI |
| 90 | ALIREZA | ZAEEMZADEH |
| 91 | JANA | AUST |

| | | |
|---|---|---|
| 92 | CAROL L | HEALEY |
| 93 | KNIANGELES | ANDERSON |
| 94 | JAMES | CAVE |
| 95 | KATHY | DANEL |
| 96 | EDWARD | DANEL |
| 97 | CHELSEA | DANEL |
| 98 | RENEL | SOUFFRANT |
| 99 | ALYCE | ESKEW |
| 100 | BRIAN | VOLL |
| 101 | JACQUELINE RHONDA | COHEN-BAITY |
| 102 | CHRISTIAN R | MARTIN |
| 103 | JILLYN | DILLON |
| 104 | YOUSEF | SALEM |
| 105 | PORTIA | WALLACE |
| 106 | LANA | STOCKTON |
| 107 | VIOLA | VARGAS |
| 108 | DALICIA N | REALES |
| 109 | RALPH | STEINBERG |
| 110 | KIM | NGUYEN |
| 111 | JENNIFER | HASSLER |
| 112 | PAULINE | CLARK |
| 113 | RANDY | MIDDLETON |
| 114 | AMANDA | GALA |
| 115 | SHERRI | GONSIOROSKI |
| 116 | CYNTHIA B | BRADSHAW |
| 117 | NADIA | BERTAGNOLLI |
| 118 | CHARLES | CORBETT |
| 119 | MARGARITA | GUERGUE |
| 120 | MARISSA | LLOYD |
| 121 | FRANCES P | RODRIGUEZ DELGADO |
| 122 | THERESA | EWING |
| 123 | SHARON RENEE | NOWLIN |
| 124 | STEPHEN | HASSLER |
| 125 | MARTHA | MCLNTOSH |
| 126 | JEFFREY | DICKSON |
| 127 | MARTHA | TRUGEON (CARD) |
| 128 | MATTHEW | OFER GREER |
| 129 | MARY D | LOOMAN |
| 130 | LOREN S | RICHARDS |
| 131 | LEWIS S | HORNE III |
| 132 | JUSTIN | PIKE |
| 133 | LINDA | VOLKMAN |
| 134 | GARRETT | MCCONNELL |
| 135 | TIM | MCKEE |
| 136 | TED | TAHMISIAN |
| 137 | RICHARD SCOTT | BROWN |
| 138 | CHUTAPHA | OUPAHAT |

| | | |
|---|---|---|
| 139 | CAROLYN | CROCKETT |
| 140 | JANINE | WILLIAMS |
| 141 | BETTY ANN | ELLIOTT |
| 142 | SHARI | STEIN |
| 143 | PAULA | INGALA |
| 144 | TIMOTHY | INGALA |
| 145 | MIAHAEL F | DEHLIN |
| 146 | TIMOTHY J | COCHEY |
| 147 | RON | BREWER |
| 148 | DAVID R | BATES |
| 149 | CHARLENE | PARKER |
| 150 | JULIANA | PEREIRA |
| 151 | STEPHEN | AUERBACH |
| 152 | JAMES | BEACHBOARD |
| 153 | MALAKA | ITANI |
| 154 | KEITH | WESTENDORF |
| 155 | EDMUND | NIGHTINGALE |
| 156 | REBECCA | NIGHTINGALE |
| 157 | THOMAS | CZERWINSKI |
| 158 | AMANDA | HEIDRICH |
| 159 | CHRIS | POLAK |
| 160 | AUDREY | MCGIRT |
| 161 | DAVID | EISENHAUER |
| 162 | CELESTE | SHELTON |
| 163 | LINDA | ROEDER |
| 164 | JENNIFER | LAMAZARES |
| 165 | KATHERINE W | SCOTT |
| 166 | ANDREA C | MCQUADE |
| 167 | KIRKPATRICK J | BUNDY |
| 168 | BETTY | HUNTER |
| 169 | HERMAN | HUNTER |
| 170 | KELLY | ENRIQUEZ |
| 171 | DIANE | JOHNSON |
| 172 | KIMBERLY SUE | CARTER |
| 173 | ORRIN | CAMPBELL |
| 174 | KENTON | HARSCH |
| 175 | JESSICA | KALIN |
| 176 | ELLEN M | WRIGHT |
| 177 | JAMIE L | BENNETT |
| 178 | ALEXANDER | CHERVIOVSKIY |
| 179 | ARDIS | FLENNIKEN |
| 180 | KEITH | RANDALL |
| 181 | SALLIE | BHULLER |
| 182 | BRIAN | KRETSCH |
| 183 | EMMA J | SANDERS |
| 184 | ABRAM | BLATZ |
| 185 | GABRIELLE | KO |

| | | |
|---|---|---|
| 186 | JERRY L | SWANSON |
| 187 | KRISTINA M | SWANSON |
| 188 | JOANNE | HEUSS |
| 189 | CARMEN | ALCIVAR |
| 190 | DAVID | ADDISON |
| 191 | VICTOR | MUNOZ |
| 192 | TERESA | SALM |
| 193 | JAMES J | HICKMAN |
| 194 | MARK | SUMMERS |
| 195 | STEVEN M | COLLOTON |
| 196 | JOY | LIEBOW |
| 197 | JONATHAN | BALDWIN |
| 198 | GUSPHINE J | LEWIS |
| 199 | CAROL | ROSENBERG |
| 200 | ETHEL | NAGEL |
| 201 | HERMAN | NAGEL |
| 202 | ROY | SHEPARD |
| 203 | SUSAN F | SYMINGTON |
| 204 | DONNA | HAZELGREEN |
| 205 | MICHAEL | HAZELGREEN |
| 206 | CAROL DORIS | MUNK |
| 207 | KATIE M | SHADE |
| 208 | ROBERT J | SMIT |
| 209 | PRAVEEN | KANKANALA |
| 210 | ZACHARY | ATCHISON |
| 211 | JAMIE W | MILLER |
| 212 | STEPHEN DANIEL | POTAPENKO |
| 213 | MARK | REED |
| 214 | BHUMIT D | THAKKAR |
| 215 | AJAI | AJITANAND |
| 216 | T A | FOREE |
| 217 | GWENDOLYN | WALKER |
| 218 | DONNA M | CLARK |
| 219 | CHAD MICHAEL | BROWN |
| 220 | NICHOLAS | RUSSO |
| 221 | JOHN MATTHEW | RODENHISER |
| 222 | CHARLES | PICCIRILLO |
| 223 | ALFRED | O'LEARY |
| 224 | JOE | SMITH |
| 225 | AUDREY S | FREUDBERG |
| 226 | SIEMEE | XIONG |
| 227 | C THEODORE | TUCKER |
| 228 | ELIZABETH | BLAND |
| 229 | ELAINE M | SEITZ |
| 230 | JAMES M | ARMSTRONG |
| 231 | SANDRA M | ARMSTRONG |
| 232 | FRANCES M | SCOTT |

| | | |
|---|---|---|
| 233 | CARMEN | LYTTLE-NGUESSAN |
| 234 | TRACY | FIELDS-ROSS |
| 235 | LUDWIK | GORZANSKI |
| 236 | LARRY G | CARTER |
| 237 | PAMELA | HEIDE |
| 238 | ARTHUR | ROSENKAMPFF |
| 239 | JOSEPH | BECK |
| 240 | JUDY | MABIE |
| 241 | GEORGE G | SHAPOVALOV |
| 242 | SHONTEL D | JOHNSON |
| 243 | CHARISE | CAMPBELL-COLL |
| 244 | CHRISTOPHER | WILTZ |
| 245 | MICHAEL | ZIAS |
| 246 | JANICE | CERASARO |
| 247 | PERRI | SANDS |
| 248 | SHAWN C | PUGLIESE |
| 249 | JUAN | TABOAS |
| 250 | ANDREW R | MORRIS |
| 251 | MAHSA | KAHNAMOUEI |
| 252 | BETSY | MALDONADO |
| 253 | NOLAN | POVANESSO |
| 254 | MARCIO WILSON SEVERINI | D'ANDREA |
| 255 | KEITH | TOUZIN |
| 256 | ROSSANA | TOUZIN |
| 257 | SOLOMON | FORBES |
| 258 | ERICE M | KENCY |
| 259 | JITENDRA | KUMAR |
| 260 | DAVID | STONE |
| 261 | RUSSELL | PISA |
| 262 | KEIWANA M | FRAZIER |
| 263 | WILLIAM R | HOLLINGSWORTH III |
| 264 | MAREN E | NELSON |
| 265 | TAMMIE | NEWSOME |
| 266 | LIZELLE S | BRANDT |
| 267 | NEVIER | VAZQUEZ RODRIGUEZ |
| 268 | FRAN | HOWARD |
| 269 | DELORES | MOULTRIE |
| 270 | CASSANDRA | THOMAS |
| 271 | NICHOLAS | GREEN |
| 272 | ANNA | SLOCUM |
| 273 | ANNE | BRYANT |
| 274 | KELLY | RIVERA |
| 275 | SHANIEKA NICOLE | ABNEY |
| 276 | KEDWIN | ALLEN |
| 277 | MARTHA S | ALLEN |
| 278 | CHARLOTTE | ANDREWS |
| 279 | LESTER | ARMSTRONG |

| | | |
|---|---|---|
| 280 | JOEL | BALDRIDGE |
| 281 | DIANE | BALDWIN |
| 282 | TONI N | BALLINGER |
| 283 | JACQUELINE | BANKS |
| 284 | CHRIS | BARBONI |
| 285 | PATSY | BARRON |
| 286 | KATRINA | BASS |
| 287 | ROSE | BATTLES |
| 288 | STEVEN DOUGLAS | BATTLES |
| 289 | ERIC | BAUMANN |
| 290 | ASHLEY | BAXLEY |
| 291 | DARINA | BEASLEY |
| 292 | MAURIA | BEESON |
| 293 | KRYSTAL ASHLEY | BENTON |
| 294 | DANA | BERRY |
| 295 | HEMAL | BHAGAT |
| 296 | KATHLEEN RANNEY | BINDON |
| 297 | BRIGITTE | ROGERS BLANKENSHIP |
| 298 | MICHAEL R | BOATWRIGHT |
| 299 | LOLA FAYE | BONNER |
| 300 | DEMETRIUS | BOOTH |
| 301 | SHENITA JALANDA | BOWDEN |
| 302 | MARK | BRAND |
| 303 | MARINA JAN | BROMLEY |
| 304 | DARLENE M | BROWN |
| 305 | CASANDRA | BROWN |
| 306 | JOHN A | BRUININKS |
| 307 | BENNY F | BRYARS |
| 308 | SHERRY | BRYARS |
| 309 | BONNIE | BURGESS |
| 310 | ADRIANE | BURNETT SANDERS |
| 311 | EDWARD J | BURNS |
| 312 | REBECCA | BURNS |
| 313 | RICHARD BENJAMIN | BURROWS |
| 314 | LEAH | BUSH |
| 315 | KATIE | BUSLER |
| 316 | DANIEL | BUTLER |
| 317 | TANGELA | BUTLER |
| 318 | BRIANNA | CAMPBELL |
| 319 | CATHEY | CAPP |
| 320 | JORDAN | CARLISLE |
| 321 | MAVIS L | CARTER |
| 322 | JULIE | CHANDLER |
| 323 | BARBARA | CHAPMAN HAAS |
| 324 | JOHN | CHIZMAR |
| 325 | SHAUN | CHRISTEN |
| 326 | TINESHA | CLAYTON |

| | | |
|---|---|---|
| 327 | JODIE | CLEMENTS |
| 328 | STACY | COCKRELL |
| 329 | VIC | COFER |
| 330 | DAVID C | COFFMAN |
| 331 | EDWARD TIMOTHY | COLLIER |
| 332 | JOAN COLLETT | COLLIER |
| 333 | SIERRA | CORDREY |
| 334 | PETER | CORDREY |
| 335 | PAUL | COX |
| 336 | GEORGIA | CRAWFORD |
| 337 | LORRIE | CUDNOHUFSKY |
| 338 | EMILY | CULVER |
| 339 | MISTY | CURLEE |
| 340 | LAURA | CURTIS |
| 341 | BIANCA | DAVIDSON |
| 342 | AMBER | DAVIS |
| 343 | ARLENE | DONALD |
| 344 | APRIL | DORTCH |
| 345 | PEGGY | DOZIER |
| 346 | DEBORAH D | DUKE |
| 347 | AKEYA | DUMAS |
| 348 | JAN | DUNN |
| 349 | TAWANNA | EATON |
| 350 | JOSEPH | ECHOLS |
| 351 | ASHLEY | ECKHARDT |
| 352 | NAKISHA | EGGLESTON |
| 353 | WENDY | ELROD |
| 354 | DARIAN | EUBANKS |
| 355 | TANEESE | EVANS |
| 356 | JASON | EVERETT |
| 357 | BECKY | FARMER |
| 358 | JAY | FARMER |
| 359 | LESLIE | FARMER |
| 360 | TIMOTHY | FERRELL |
| 361 | LAVENIA DIANE | FISHER |
| 362 | ESTELLE | FLIPPO |
| 363 | NATHAN | FLURRY |
| 364 | LAKISHA | FOSTER |
| 365 | SANDRA | FULLENWIDER-STEWART |
| 366 | STEVEN | GAFNEA |
| 367 | JESSICA | GAFNEA |
| 368 | WAYNE | GALE |
| 369 | TERESA | GARDNER |
| 370 | ELLEN MOSELY | GARNER |
| 371 | TERESA | GATES |
| 372 | ASHLEY | GESSLER |
| 373 | NICHOLAS | GILES |

| # | First | Last |
|---|---|---|
| 374 | CHARA | GILL |
| 375 | BARBARA A | GIVENS |
| 376 | DONALD | GLASS |
| 377 | KATHY | GLAZE |
| 378 | PHILLIP | GOWENS |
| 379 | JUNE N | GRAHAM |
| 380 | TAYLOR | GREEN |
| 381 | KELLEN | GREEN |
| 382 | KRYSTAL | GREENWOOD |
| 383 | LINDA | GRIMES |
| 384 | KIMBERLY | GRIMES |
| 385 | LARISSA | GUNNELLS |
| 386 | JOHN | HALL |
| 387 | THERESA | HALL |
| 388 | REGINAL JASON | HALLMAN |
| 389 | VALERIE | HALLMAN |
| 390 | HAYLEE ANNA | HALLMAN |
| 391 | PAMELA | LEE HANNAH |
| 392 | LANIER W | HARRIS |
| 393 | ALETA | HARRIS |
| 394 | LAQUISE | HAWKINS |
| 395 | JUDY M | HAYES |
| 396 | ANNIE | HENDERSON |
| 397 | TAYLOR | HENRY |
| 398 | CHARLES MICHAEL | HERNDON |
| 399 | BRANDY | HIGDON |
| 400 | TRACY | HIGGINS |
| 401 | CHRIS | HILL |
| 402 | MICHAEL | HILL |
| 403 | EVAN MARIE | HILL |
| 404 | RAYMOND | HILL |
| 405 | HELEN E | HOLLIS |
| 406 | DEANDRA | HOOKS |
| 407 | LEIGHANN | HOWELL |
| 408 | WALTER R | HUDGENS |
| 409 | TAMMY | HUDGINS |
| 410 | SHANNON | HUMPHREY |
| 411 | KAREN | HUTCHINS |
| 412 | TIMOTHY J | HUTCHINS |
| 413 | ANGELA | IRVIN |
| 414 | DEANNA | IRVIN |
| 415 | ADAM | IRVIN |
| 416 | WARRICK DIEGO | JACKSON |
| 417 | LAUREN | JENKINS |
| 418 | STEPHEN | JENKINS |
| 419 | CARLA | JENKINS |
| 420 | BRIAN K | JENNINGS |

| | | |
|---|---|---|
| 421 | DONNA L | JENNINGS |
| 422 | RITA HUGHEY | JENNINGS |
| 423 | MARQUITA | JOHNSON |
| 424 | JARED MASON | JOHNSON |
| 425 | KECIA | JOHNSON |
| 426 | DAVID | JONES |
| 427 | THOMAS MICHAEL | JONES |
| 428 | BRITTANY LASHAY | JONES |
| 429 | STACEY | JORDAN |
| 430 | BECKY | KAYDA |
| 431 | MARSHA REA | KEENEY |
| 432 | SHANNON | KEITH |
| 433 | KIM | KENDRICK |
| 434 | ASHLEY | KENNEDY |
| 435 | RHETT T | KING |
| 436 | MICHELLE | KNEPPER |
| 437 | LOUANN | KOMIENSKY |
| 438 | BRIANNA | SMITH |
| 439 | BONNELLE | LACY |
| 440 | ANTHONY | LAND |
| 441 | KATARA | LANE |
| 442 | MATTHEW | LEONARDI |
| 443 | KIMBERLY | LEWIS |
| 444 | KEYAIRA | LEWIS |
| 445 | CHARLOTTE | CREEL LEWTER |
| 446 | MARGARET | LIMBAUGH |
| 447 | EDANA | LOVE |
| 448 | JUSTIN | LOVELESS |
| 449 | ANDREA | LYLE-CAIRL |
| 450 | TAMARA | PITTS MAHAFFEY |
| 451 | PETER | MARONEY |
| 452 | MARLA | MARSHBURN |
| 453 | BRIAN | MARTIN |
| 454 | DESIREE | MARTINDALE |
| 455 | SUSAN | MATTHEWS |
| 456 | JESSIE | MAXWELL |
| 457 | MATTHEW | MAYFIELD |
| 458 | JORDAN | MAYFIELD |
| 459 | MLISSA | MAZZEO |
| 460 | CHAD | MCCAIN |
| 461 | ANTHONY | MCCONALD |
| 462 | CONNIE | MCMAHON |
| 463 | WHITNEY | MEADE |
| 464 | ANDREA | MERSHON |
| 465 | CATHY | MILAN |
| 466 | AMY | HILBURN |
| 467 | TAMMY | MONDELLO |

| | | |
|---|---|---|
| 468 | ANITA | MORGAN |
| 469 | EVELYN | MORRIS BURRELL |
| 470 | NELL | MOTLEY |
| 471 | DONNA D | MURPHREE |
| 472 | TRELA | NELSON |
| 473 | JOSEPH PATRICK | NICHOLS |
| 474 | ORRIN T | OSBORNE |
| 475 | GARY | OVERSTREET |
| 476 | DANETTE | OVERSTREET |
| 477 | PATSEY | OVERTON |
| 478 | WANDA | PACINO |
| 479 | ARLEEN KAY | PANUSKA |
| 480 | DONNA | MARTIN PARKER |
| 481 | JACOB | PARRIS |
| 482 | BILLIE | PARSONS |
| 483 | HATTIE | PATTERSON |
| 484 | KAREN | PATTERSON |
| 485 | STEVEN | PAUTZ |
| 486 | KRISTIN | PAYTON |
| 487 | LACEY | PEACOCK |
| 488 | ASHLEY | PERYER |
| 489 | PAIGE | PHALO |
| 490 | LAUREN | PHILLIPS |
| 491 | HOLDEN | PHILLIPS |
| 492 | JESSE | POLLARD |
| 493 | JESSICA | PONDER |
| 494 | CAROLYN | PORTER |
| 495 | CANDIS | POSEY |
| 496 | JULIE | POUNDERS |
| 497 | FANNIE | POWELL |
| 498 | ERIC | POWELL |
| 499 | JONI | PRATER |
| 500 | DINAH ROXANA | QUARLES |
| 501 | TONIA | QUICK |
| 502 | ANITA | QUITORIANO |
| 503 | JACQUELYN | RAGSDALE |
| 504 | ASHLEY | RAINES |
| 505 | GERRI | RAMBO |
| 506 | DERRICK | RANDOLPH |
| 507 | TWILA | RAY |
| 508 | CAROLYN | REAVES |
| 509 | LILLIAN | REIN |
| 510 | STEWART | REIN |
| 511 | BARBARA L | RICHARDSON |
| 512 | YOLANDA | HARTMAN RICHARDSON |
| 513 | JOHN EDWARD | RIOS |
| 514 | RACHEL | ROBERTS |

| | | |
|---|---|---|
| 515 | LAVERNE | ROBINSON |
| 516 | ASHLEY | RODGERS |
| 517 | DEBORAH | RODRIGUEZ |
| 518 | LEO | RODRIGUEZ |
| 519 | ALYSSA | ROGERS |
| 520 | DAWN | ROPER |
| 521 | JEREMY | ROSE |
| 522 | MARK D | ROSS |
| 523 | BRENDA | ROWLAND |
| 524 | RENEE | RUSSELL |
| 525 | KEVIN | RUSSELL |
| 526 | YOLANDA S | RUSSELL |
| 527 | PAMELA | SCHAEFER |
| 528 | RONALD | SCHMIDT |
| 529 | CHARLES | SCROGGINS JR |
| 530 | LISA | SHEHEE |
| 531 | PAMELA | SHELTON |
| 532 | LAMETRICA | SHEPHERD |
| 533 | KATHY | SHUMAKER |
| 534 | DORIS | SIMMONS |
| 535 | MELISSA JOY | SIMMONS |
| 536 | NATHAN | SMALL |
| 537 | BART | SMITH |
| 538 | NANCY | SMITH |
| 539 | RICHARD | SMITH |
| 540 | MARY W | SMITHERMAN |
| 541 | SUSAN | SPANN |
| 542 | SONJA | STALLWORTH |
| 543 | BEN | STANFIELD |
| 544 | MICHAEL | STATEN |
| 545 | TONYA | STATEN |
| 546 | LENA Y | STEELE |
| 547 | JUDITH | STOCKWELL |
| 548 | PATRICIA DARLENE | STUTZ |
| 549 | JAMES | SURRATT |
| 550 | ERNEST | SYKES III |
| 551 | TABITHA | TERRY |
| 552 | GAYLA | TERRY |
| 553 | ELIZABETH A | THEIN |
| 554 | MELANIE | THOMAS |
| 555 | TERESA | THREET |
| 556 | KATIE | TILLMAN |
| 557 | JOSEPH | TRAYWICK |
| 558 | DARRYL | TRUCKS |
| 559 | SHARON | TUNNELL |
| 560 | KAY | SMITH |
| 561 | KRISTA | VAUGHAN |

| | | |
|---|---|---|
| 562 | KAREN | VEST |
| 563 | SHEILA | WALLACE |
| 564 | LINDA | WALLACE |
| 565 | KRISTI | WARE |
| 566 | JARVIS | WELLS |
| 567 | JEFF | WHATLEY |
| 568 | BOBBY | WHEELER |
| 569 | CASSANDRA | WHITE |
| 570 | JUNE | WILLIAMS |
| 571 | RACHEL | WILLIAMS |
| 572 | TERRY | WILLIAMS |
| 573 | PRESTON MICHAEL | WILLIAMS |
| 574 | WHITNEY | WILSON |
| 575 | MATTHEW | WILSON |
| 576 | CHRISTOPHER NATHAN | WINGARD |
| 577 | JEREMY | WOFFORD |
| 578 | BROOKE | WOOD |
| 579 | REGINA | WOODS |
| 580 | ROB | WRIGHT |
| 581 | MUARION | ZIMMERMAN |
| 582 | VICTORIA | MANN BOLLING |
| 583 | DAVID | BLIETZ |
| 584 | AHMED | IBRAHIM |
| 585 | DOLORES K | KOLBABA |
| 586 | LOUIS | GREENBERG |
| 587 | GEORGE | CHEUK |
| 588 | ASHIA | HAWKINS |
| 589 | ROBERT | HAWKINS |
| 590 | TRACIE | RAGLAND |
| 591 | TAMARA | COLON |
| 592 | RAHEEM | BROWN |
| 593 | DAISY | DIAZ |
| 594 | GOLDA | FRIEDMAN |
| 595 | KAREN | MUNGER |
| 596 | DARBY | MUNGER |
| 597 | IRELAND | MUNGER |
| 598 | KAYDEN | MUNGER |
| 599 | RICARDO | GUERRA |
| 600 | ETHAN | O'GRADY |
| 601 | RUTH M | POLLACK |
| 602 | SHIRLEY | WOODS |
| 603 | DODIE | BRYANT |
| 604 | CHRIS | ADAMS |
| 605 | BRIAN T | STRICKLAND |
| 606 | DAVID J | ROUSSEAU |
| 607 | STEVEN | LEE |
| 608 | WADE | AVERELL |

| | | |
|---|---|---|
| 609 | PHAT | DO |
| 610 | ANTHONY | VALDES-STRICKLER |
| 611 | NAYTHAN | MAYTORENA |
| 612 | KRISTI | STANFILL |
| 613 | BELARMINO | COSTA |
| 614 | JOSH | YATES |
| 615 | ERNEST | KUNG |
| 616 | HEATHER | CORINE |
| 617 | HUMAD | AHMED |
| 618 | LINDA | DAY |
| 619 | JESUS | VERA |
| 620 | FRANCHIE | RAMIREZ |
| 621 | GLORIA | JOHNSON |
| 622 | CHRISTOPHER JAMES | WILTZ |
| 623 | MARGARITA | BONEBRAKE |
| 624 | CHAD | GILHOUSEN |
| 625 | ALISHA | BACCHUS |
| 626 | TOM | LEWIS |
| 627 | JANE | WILSON |
| 628 | BARRY | VOKES |
| 629 | MARK | SCHROEDER |
| 630 | BLAIR | ISHITANI |
| 631 | JASMINE | BECERRA |
| 632 | DAN | HARRINGTON |
| 633 | PETER M | MOTOLENICH |
| 634 | CHRIS | DIFFENDERFER |
| 635 | ANNA | RIVITUSO |
| 636 | STEPHANIE | CAPOUN |
| 637 | ETHEL | WHITE |
| 638 | CELESTE | JOHN |
| 639 | DESHAUNAY | FRANCIS |
| 640 | GEORGE | SCHULTZ |
| 641 | CHRIS | JENSEN |
| 642 | CARMEN J | MONTAZ MATOS |
| 643 | ALI | ALMALIKI |
| 644 | LUCA | DOUTT |
| 645 | CYNTHIA | DO |
| 646 | JOHN | HOPKINS |
| 647 | JOHN | HARRO |
| 648 | LAURA | GUILLAUME |
| 649 | BYRON A | COUCH |
| 650 | TRISTAN L | JAMES |
| 651 | ARPI | YOUSSOUFIAN |
| 652 | CAROLE | MARKS |
| 653 | PAUL | BOE |
| 654 | DOMINICK | CASSONE |
| 655 | JAY | HENRY |

| | | |
|---|---|---|
| 656 | BETSY | M |
| 657 | BRANDEN | CRISOSTOMO |
| 658 | HARVEY | SALEVSKI |
| 659 | PATRICK | MCANALLY |
| 660 | PETER | CASSARA |