Kendrick Jan, SBN 105149
Kendrick Jan, APC
402 West Broadway, Ste. 1520
San Diego, CA 92101
Telephone: (619) 231-7702
kj@jan-law.com

John J. Pentz, Esq., Mass. Bar No. 561907 (*pro hac vice*)
19 Widow Rites Lane
Sudbury, MA 01776
Telephone: (978) 261-5725
jjpentz3@gmail.com

Counsel for Objectors Feldman and Jan

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION** <br><br> This document relates to: <br> ALL ACTIONS | **Case No. 5:18-md-02827-EJD** <br><br> **CLASS ACTION** <br><br> **NOTICE OF APPEAL** |

Objectors Sarah Feldman and Hondo Jan hereby appeal to the United

States Court of Appeals for the Ninth Circuit from this Court's March 17,

2021 Order Granting in Part Plaintiff's Motion for Attorneys' Fees, Expenses and Service Awards (Document 609).

        Respectfully submitted,

        Sarah Feldman and Hondo Jan
        By their attorneys:

        *s/ Kendrick Jan*
        Kendrick Jan, SBN 105149
        Kendrick Jan, APC
        402 West Broadway, Ste. 1520
        San Diego, CA 92101
        Tel: (619) 231-7702
        kj@jan-law.com

        *s/ John J. Pentz*
        John J. Pentz, Esq., *pro hac vice*
        19 Widow Rites Lane
        Sudbury, MA 01776
        Phone: (978) 261-5725
        jjpentz3@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on April 13, 2021, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *s/ Kendrick Jan*