UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION**<br><br>This document relates to:<br>ALL ACTIONS | Case No. 5:18-md-02827-EJD<br><br>**AMENDED NOTICE OF APPEAL** |

Objectors Sarah Feldman and Hondo Jan hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's (1) Order Granting Named Plaintiffs' Motion for Final Approval of Class Action Settlement (Document 608); (2) Order Granting in Part Plaintiff's Motion for Attorneys' Fees, Expenses and Service Awards (Document 609); (3) Amended Judgment (Document 612); and (4) Amended Judgment (Document 613).

Respectfully submitted,

Sarah Feldman and Hondo Jan
By their attorneys:

s/ *Kendrick Jan*
Kendrick Jan, APC
402 West Broadway, Suite 1520
San Diego, CA 92101
Tel: (619) 231-7702
kj@jan-law.com

*s/ John J. Pentz*
John J. Pentz, Esq., *pro hac vice*
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on April 28, 2021, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *s/ Kendrick Jan*

16