Laurence D. King (SBN 206423)
Matthew B. George (SBN 239322)
Mario M. Choi (SBN 243409)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*mgeorge@kaplanfox.com*
*mchoi@kaplanfox.com*

*Co-Lead Counsel for Plaintiffs and the Settlement Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Case No. 5:18-md-02827-EJD <br><br> CLASS ACTION <br><br> **NOTICE OF WITHDRAWAL OF ATTORNEY** |

**TO: THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that after July 9, 2021, Mario M. Choi will no longer be affiliated with the law firm of Kaplan Fox & Kilsheimer LLP and therefore hereby withdraws as counsel for Plaintiffs Angela Boykin and Robert Gilson ("Plaintiffs"), and the Settlement Class. Plaintiffs and the Settlement Class continue to be represented by other attorneys on the record for Kaplan Fox & Kilsheimer LLP in this action.

DATED: July 9, 2021    **KAPLAN FOX & KILSHEIMER LLP**

By: /s/ *Mario M. Choi*
      Mario M. Choi

Laurence D. King
Matthew B. George
Mario M. Choi
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700

- 1 -    Case No. 5:18-md-02827-EJD
NOTICE OF WITHDRAWAL OF ATTORNEY MARIO M. CHOI

Facsimile:   415-772-4707

*Co-Lead Counsel for Plaintiffs Angela Boykin, Robert Gilson, and the Settlement Class*