FILED

JUL 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br><br> ------------------------------ <br><br> NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS, <br><br>             Plaintiff-Appellee, <br><br>   v. <br><br> SARAH FELDMAN; HONDO JAN, <br><br>             Objectors-Appellants, <br><br>   v. <br><br> APPLE INC., <br><br>             Defendant-Appellee. | No.   21-15758 <br><br> D.C. No. 5:18-md-02827-EJD Northern District of California, San Jose <br><br> ORDER |
| In re: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br><br> ------------------------------ <br><br> NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS, <br><br>             Plaintiff-Appellee, <br><br>   v. | No.   21-15761 <br><br> D.C. No. 5:18-md-02827-EJD |

6-28-2021/Pro Mo

BEST COMPANIES, INC.,

        Objector-Appellant,

 v.

APPLE INC.,

        Defendant-Appellee.

---

In re:  APPLE INC. DEVICE PERFORMANCE LITIGATION,

-------------------------------

NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS,

        Plaintiff-Appellee,

 v.

DEBORAH PANTONI,

        Objector-Appellant,

 v.

APPLE INC.,

        Defendant-Appellee.

No.   21-15762

D.C. No. 5:18-md-02827-EJD

---

In re:  APPLE INC. DEVICE PERFORMANCE LITIGATION,

-------------------------------

No.   21-15763

D.C. No. 5:18-md-02827-EJD

| |
|---|
| NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS, <br><br>        Plaintiff-Appellee, <br><br>v. <br><br>ANNA ST. JOHN, <br><br>        Objector-Appellant, <br><br>v. <br><br>APPLE INC., <br><br>        Defendant-Appellee. |

Plaintiff's unopposed motion (Docket Entry No. 9) to consolidate is granted. Nos. 21-15758, 21-15761, 21-15762, and 21-15763 are consolidated.

The opening briefs are due September 2, 2021. The consolidated answering briefs are due October 4, 2021. The optional reply briefs are due within 21 days after service of the last-served consolidated answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7