| | |
|---|---|
| JOSEPH W. COTCHETT, SBN 36324<br>  jcotchett@cpmlegal.com<br>MARK C. MOLUMPHY, SBN 168009<br>  mmolumphy@cpmlegal.com<br>ELLE D. LEWIS, SBN 238329<br>  elewis@cpmlegal.com<br>COTCHETT, PITRE & McCARTHY LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA  94010<br>Telephone:   650.697.6000<br><br>LAURENCE D. KING, SBN 206243<br>  lking@kaplanfox.com<br>FREDERIC FOX, SBN (*pro hac vice*)<br>  ffox@kaplanfox.com<br>DONALD R. HALL (*pro hac vice*)<br>  dhall@kaplanfox.com<br>KAPLAN FOX & KILSHEIMER LLP<br>1999 Harrison Street, Suite 1560<br>Oakland, CA  94612<br>Telephone:   415.772.4700<br><br>*Co-Lead Counsel for Plaintiffs* | THEODORE J. BOUTROUS, JR., SBN 132099<br>  tboutrous@gibsondunn.com<br>CHRISTOPHER CHORBA, SBN 216692<br>  cchorba@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>Telephone:   213.229.7000<br><br>WESLEY SZE, SBN 306715<br>  wsze@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1881 Page Mill Road<br>Palo Alto, CA  94304<br>Telephone:   650.849.5300<br><br>*Attorneys for Defendant Apple Inc.* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Document Relates to:<br><br>   ALL ACTIONS | Case No. 5:18-md-2827-EJD<br><br>**DECLARATION OF MARK C. MOLUMPHY IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE FOR JOINT RENEWED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAINTIFFS' RENEWED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**<br><br>Judge:      Hon. Edward J. Davila<br>Courtroom:  4, Fifth Floor |

I, Mark C. Molumphy, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am a Partner with Cotchett, Pitre & McCarthy, LLP, co-lead counsel for Plaintiffs. I submit this declaration, pursuant to Civil Local Rule 6-3, in support of the parties' Joint Administrative Motion to Advance Hearing Date on the Joint Renewed Motion for Final Approval of Class Action Settlement and Plaintiffs' Renewed Motion for Attorneys' Fees, Expenses, and Service Awards. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify to those facts.

2. Plaintiffs and Defendant request an earlier hearing date on the Joint Renewed Motion for Final Approval of Class Action Settlement and Plaintiffs' Renewed Motion for Attorneys' Fees, Expenses, and Service Awards. Presently, the parties have reserved the earliest available hearing date on the Court's regular calendar for these motions, which is April 20, 2023.

3. The Ninth Circuit's order vacating and remanding this case affirmed most of this Court's earlier rulings. The Ninth Circuit only identified a small number of discrete legal issues that this Court needs to address on remand. The parties have briefed these issues in motions and supporting papers, and the parties anticipate that the issues will be fully briefed for the Court by December 2, 2022.

4. There are millions of class members who submitted valid settlement claims before the claims submission deadline on October 6, 2020. These class members have been waiting for over two years to receive their settlement payments. However, these class members cannot receive any settlement payment until there is a final ruling on the class action settlement. Any further delay in the Court's consideration of final approval will delay the payment of settlement benefits to the class members who submitted valid settlement claims.

5. Counsel for Plaintiffs and Defendant have conferred and agree that the hearing on the motions should be advanced to December 16, 2022, or to the earliest date convenient for the Court.

6. There were no petitions for rehearing and the Ninth Circuit's mandate was issued on October 20, 2022. Attached hereto as **Exhibit A** is a true and correct copy of the mandate. Since the mandate was issued, there have been no time modifications in this case, whether by stipulation or Court order.

7. The parties' requested advancement of the hearing on the motions will not have any other impact on the schedule for this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 11, 2022, in Burlingame, California.

                 */s/ Mark C. Molumphy*
                 Mark C. Molumphy

# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br> ------------------------------ <br> NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> SARAH FELDMAN; HONDO JAN, <br><br> Objectors - Appellants, <br><br> v. <br><br> APPLE INC., <br><br> Defendant - Appellee. | No. 21-15758 <br><br> D.C. No. 5:18-md-02827-EJD <br> U.S. District Court for Northern California, San Jose <br><br> **MANDATE** |
| In re: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br> ------------------------------ <br> NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS, <br><br> Plaintiff - Appellee, | No. 21-15761 <br><br> D.C. No. 5:18-md-02827-EJD <br> U.S. District Court for Northern California, San Jose |

v.

BEST COMPANIES, INC.,

       Objector - Appellant,

v.

APPLE INC.,

       Defendant - Appellee.

---

In re: APPLE INC. DEVICE PERFORMANCE LITIGATION,

------------------------------

NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS,

       Plaintiff - Appellee,

v.

DEBORAH PANTONI,

       Objector - Appellant,

v.

APPLE INC.,

       Defendant - Appellee.

No. 21-15762

D.C. No. 5:18-md-02827-EJD
U.S. District Court for Northern California, San Jose

| | |
|---|---|
| In re: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br><br>------------------------------<br><br>NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>ANNA ST. JOHN,<br><br>    Objector - Appellant,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant - Appellee. | No. 21-15763<br><br>D.C. No. 5:18-md-02827-EJD<br>U.S. District Court for Northern California, San Jose |

The judgment of this Court, entered September 28, 2022, corrected October 11, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7