UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br><br> ------------------------------ <br><br> NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS, <br><br>        Plaintiff - Appellee, <br><br>   v. <br><br> SARAH FELDMAN; HONDO JAN, <br><br>        Objectors - Appellants, <br><br>   v. <br><br> APPLE INC., <br><br>        Defendant - Appellee. | No. 21-15758 <br><br> D.C. No. 5:18-md-02827-EJD <br> U.S. District Court for Northern California, San Jose <br><br> **MANDATE** |
| In re: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br><br> ------------------------------ <br><br> NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS, <br><br>        Plaintiff - Appellee, | No. 21-15761 <br><br> D.C. No. 5:18-md-02827-EJD <br> U.S. District Court for Northern California, San Jose |

v.

BEST COMPANIES, INC.,

        Objector - Appellant,

v.

APPLE INC.,

        Defendant - Appellee.

---

In re: APPLE INC. DEVICE PERFORMANCE LITIGATION,

------------------------------

NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS,

        Plaintiff - Appellee,

v.

DEBORAH PANTONI,

        Objector - Appellant,

v.

APPLE INC.,

        Defendant - Appellee.

No. 21-15762

D.C. No. 5:18-md-02827-EJD
U.S. District Court for Northern California, San Jose

| | |
|---|---|
| In re: APPLE INC. DEVICE PERFORMANCE LITIGATION, <br><br>-------------------------------<br><br> NAMED PLAINTIFFS AND SETTLEMENT CLASS MEMBERS,<br><br>           Plaintiff - Appellee,<br><br> v.<br><br> ANNA ST. JOHN,<br><br>           Objector - Appellant,<br><br> v.<br><br> APPLE INC.,<br><br>           Defendant - Appellee. | No. 21-15763 <br><br> D.C. No. 5:18-md-02827-EJD <br> U.S. District Court for Northern California, San Jose |

The judgment of this Court, entered September 28, 2022, corrected October 11, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7