1   JOSEPH W. COTCHETT, SBN 36324
      jcotchett@cpmlegal.com
2   MARK C. MOLUMPHY, SBN 168009
      mmolumphy@cpmlegal.com
3   ELLE D. LEWIS, SBN 238329
      elewis@cpmlegal.com
4   COTCHETT, PITRE & McCARTHY LLP
    840 Malcolm Road, Suite 200
5   Burlingame, CA  94010
    Telephone:     650.697.6000
6
    LAURENCE D. KING, SBN 206243
7     lking@kaplanfox.com
    FREDERIC FOX, SBN (*pro hac vice*)
8     ffox@kaplanfox.com
    DONALD R. HALL (*pro hac vice*)
9     dhall@kaplanfox.com
    KAPLAN FOX & KILSHEIMER LLP
10  1999 Harrison Street, Suite 1560
    Oakland, CA  94612
11  Telephone:     415.772.4700

12  *Co-Lead Counsel for Plaintiffs*

THEODORE J. BOUTROUS, JR., SBN 132099
  tboutrous@gibsondunn.com
CHRISTOPHER CHORBA, SBN 216692
  cchorba@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071
Telephone:   213.229.7000

WESLEY SZE, SBN 306715
  wsze@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA  94304
Telephone:  650.849.5300

*Attorneys for Defendant Apple Inc.*

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                         **SAN JOSE DIVISION**
16

17  IN RE: APPLE INC. DEVICE
    PERFORMANCE LITIGATION
18
    This Document Relates to:
19
       ALL ACTIONS
20

21

22

23

Case No. 5:18-md-2827-EJD

**DECLARATION OF LAURENCE D. KING IN SUPPORT OF PLAINTIFFS' AND DEFENDANT'S REPLY BRIEF IN SUPPORT OF JOINT RENEWED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Judge:          Hon. Edward J. Davila
Courtroom:   4, Fifth Floor
Date:            April 20, 2023
Time:           9:00 a.m.

24

25

26

27

28

1    I, Laurence D. King, hereby state and declare as follows:

2    1.    I am an attorney licensed to practice law in the State of California.  I am a Partner with

3 Kaplan Fox & Kilsheimer LLP, co-lead counsel for Plaintiffs in this matter.  I submit this declaration

4 in support of Plaintiffs' and Defendant's Reply Brief in Support of their Joint Renewed Motion for

5 Final Approval of Class Action Settlement.  I have personal knowledge of the facts set forth in this

6 Declaration, and if called as a witness, I could and would testify to those facts.

7    2.    Attached hereto as **Exhibit 1** is a true and correct copy of the joint opening brief filed

8 on September 30, 2021, in the Ninth Circuit appeal by objectors Feldman, Jan, and Pantoni.

9    3.    Attached hereto as **Exhibit 2** is a true and correct copy of the joint reply brief filed on

10 March 1, 2022, in the Ninth Circuit appeal by objectors Feldman, Jan, and Pantoni.

11    4.    Attached hereto as **Exhibit 3** is a true and correct copy of a letter submitted pursuant to

12 Federal Rule of Appellate Procedure 28(j) on August 8, 2022, to the Ninth Circuit by objectors

13 Feldman, Jan, and Pantoni.

14    I declare under penalty of perjury under the laws of the United States of America that the

15 foregoing is true and correct.  Executed in Orinda, California, on December 2, 2022.

16

17
                                    */s/ Laurence D. King*_____
                                    Laurence D. King

18

19

20

21

22

23

24

25

26

27

28

1