UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:18-md-2827-EJD<br><br>~~[PROPOSED]~~ ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO ADVANCE HEARING DATE FOR JOINT RENEWED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAINTIFFS' RENEWED MOTION FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT** the Plaintiffs' and Defendant's Joint Administrative Motion to Advance Hearing Date for Joint Renewed Motion for Final Approval of Class Action Settlement and Plaintiffs' Renewed Motion for Attorneys' Fees, Expenses, and Service Awards is **GRANTED**.

The hearing on Plaintiffs' and Defendant's Joint Renewed Motion for Final Approval of Class Action Settlement and Plaintiffs' Renewed Motion for Attorneys' Fees, Expenses and Service Awards is hereby advanced to ____January 5, 2023____, ~~2022~~ at 10:00 am.

**IT IS SO ORDERED.**

Dated: __December 12, 2022__

_____
The Honorable Edward J. Davila
United States District Judge