KAPLAN FOX & KILSHEIMER LLP
Laurence D. King (SBN 206243)
Kathleen A. Herkenhoff (SBN 168562)
Matthew B. George (SBN 239322)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415.772.4700
Facsimile: 415.772.4707
Emails: *lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*mgeorge@kaplanfox.com*

KAPLAN FOX & KILSHEIMER LLP
Frederic S. Fox (admitted *pro hac vice*)
Donald R. Hall, Jr. (admitted *pro hac vice*)
Aaron L. Schwartz (admitted *pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Emails: *ffox@kaplanfox.com*
*dhall@kaplanfox.com*
*aschwartz@kaplanfox.com*

*Co-Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. 5:18-md-02827-EJD<br><br>Class Action<br><br>**NOTICE OF CHANGE OF ADDRESS FOR ATTORNEYS FREDERIC S. FOX, DONALD R. HALL, JR., AND AARON L. SCHWARTZ**<br><br>Judge: Hon. Edward J. Davila |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2      PLEASE TAKE NOTICE THAT, effective February 21, 2023, the New York office of

3  Kaplan Fox & Kilsheimer LLP has relocated, and the address information for attorneys Frederic S.

4  Fox, Donald R. Hall, Jr., and Aaron L. Schwartz has changed.  The new address is:

Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY  10022

7      The phone and fax numbers, and email addresses for Mr. Fox, Mr. Hall, and Mr. Schwartz

8  remain the same.

                                 Respectfully submitted,

                                 **KAPLAN FOX & KILSHEIMER LLP**

DATED: March 2, 2023           By: ./s/ *Laurence D. King*
                                      Laurence D. King

Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Matthew B. George (SBN 239322)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone:  415-772-4700
Emails:   lking@kaplanfox.com
             kherkenhoff@kaplanfox.com
             mgeorge@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
Aaron L. Schwartz (*pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  212-687-1980
Facsimile:   212-687-7714
Emails:   ffox@kaplanfox.com
             dhall@kaplanfox.com
             aschwartz@kaplanfox.com

*Co-Lead Counsel for Plaintiffs*

**PROOF OF SERVICE**

On this date, March 2, 2023, I caused the aforementioned document entitled "Notice of Change of Address for Attorneys Frederic S. Fox, Donald R. Hall, Jr., and Aaron L. Schwartz," to be electronically filed with the Court's CM/ECF system, which provides notice of such filing to all parties registered for e-service in this action.

Additionally, I caused the document to be served <u>via United States first class mail</u>, upon the following parties, at the addresses as indicated:

Andrew Kierstead
Peter Wasylyk
Hobson Bernardino & Davis LLP
444 South Flower Street, Suite 3100
Los Angeles, CA 90071

Darlene D. Orr
Edward W. Orr
122 Ridge Road
Terryville, CT 06786

Larry Wayne Gabriel
Jenkins Mulligan & Gabriel
10085 Carroll Canyon Road, Suite 210
San Diego, CA 92131

Michael Branden
P.O. Box 12472
Marina Del Rey, CA 90295

Noah Benjamin Novogrodsky
Univ Toronto/Faculty Of Law
84 Queen's Park
Toronto ON M5S 2C5
CANADA

Randall Robinson Renick
Hadsell, Stormer, Richardson & Renick, LLP
128 N. Fair Oaks Ave.
Pasadena, CA 91103

Richard Brian Rosenthal
Law Offices of Richard B. Rosenthal, PA
169 E Flagler St Ste 1422
Miami, FL 33131-1212

Richard I Woolf
Boyle Brasher LLC
One Metropolitan Square
211 North Broadway, Suite 2300
St. Louis, MO

Richard S. Wayne
Strauss & Troy
Federal Reserve Building
150 E. Fourth St.
Cincinnati, OH 45202-4018

Steven Saul
Eggnatz Pascucci
5400 S. University Drive, Ste. 417
Davie, FL 33328

I am readily familiar with my firm's processing of <u>United States first class mail</u>, and that process is that the documents are enclosed in pre-paid sealed envelopes, addressed as indicated above, and deposited with the United States Post Office during the ordinary course of business, on the same date as this Proof of Service.

Executed this 2d day of March, 2023 at Oakland, California.

/s/ *Laurence D. King*
Laurence D. King