JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
MARK C. MOLUMPHY (SBN 168009)
mmolumphy@cpmlegal.com
ELLE D. LEWIS (SBN 238329)
elewis@cpmlegal.com
**COTCHETT, PITRE & McCARTHY LLP**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650.697.6000
Facsimile: 650.697.0577

LAURENCE D. KING (SBN 206243)
lking@kaplanfox.com
KATHLEEN HERKENHOFF (168562)
kherkenhoff@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415.772.4700
Facsimile: 415.772.4707

FREDERIC S. FOX (*pro hac vice*)
ffox@kaplanfox.com
DONALD R. HALL (*pro hac vice*)
dhall@kaplanfox.com
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212.687.1980
Facsimile: 212.687.7714

*Co-Lead Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 5:18-MD-02827-EJD<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXPEDITE BRIEFING ON MOTION FOR APPEAL BOND; MEMORANDUM IN SUPPORT**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor |

**NOTICE OF MOTION AND MOTION**

Pursuant to Civil Local Rule 6-3, in the above-entitled action, Plaintiffs respectfully move the Court to expedite the briefing and hearing schedule for Plaintiffs' Motion for Appeal Bond ("Bond Motion") (Dkt. No. 664) and, if the Court decides that a hearing on the motion is necessary, schedule a hearing on the Bond Motion at the Court's earliest convenience.

The Bond Motion is currently set on June 8, 2023, which was the earliest date available. Plaintiffs are concerned that, absent relief, Plaintiffs and the Class will incur substantial, unrecoverable costs related to the Court-appointed Claims Administrator's administration of the Settlement as well as responding to Objectors and Appellants Sarah Feldman and Hondo Jan's appeal. Expediting the briefing schedule for Plaintiffs' Bond Motion will allow the Court to consider, and if appropriate, impose an appeal bond on Objectors at an earlier date, protecting Plaintiffs and the Class as they continue to address the appeal, which Plaintiffs believe was filed solely to hold up the distribution of Settlement proceeds.

Therefore, Plaintiffs ask the Court to set an expedited schedule, with Feldman and Jan's response to Plaintiffs' Bond Motion due by April 25, 2023. Plaintiffs agree to waive their reply. If the Court decides that a hearing on the Bond Motion is necessary, Plaintffs request the hearing take place on April 27, 2023, or such other date available to the Court. In support of this motion, Plaintiffs state as follows:

1. Given the nature of Feldman and Jan's appeal, Plaintiffs intend to move for summary disposition in the Ninth Circuit. However, if that motion is not granted, Plaintiffs are aware that the resolution of any appeal can take one or two years, requiring Plaintiffs and the Class to incur costs to oppose the appeal and oversee the Settlement administration and funds during the delay. To account for that possibility, Plaintiffs seek the security that would be afforded by the imposition of an appeal bond against Objectors Feldman and Jan.

2. If the Court does not expedite briefing on the Bond Motion, Plaintiffs will be forced to continue to incur substantial costs responding to the frivolous appeal, as well as the resulting administrative costs, without any assurance that they will be able to recover those costs if the appeal is denied. Because Local Rule 7-2 requires all motions to be noticed for hearing no less than 35 days after the filing of the motion, the earliest date that Plaintiffs' Bond Motion could be heard is June 8, 2023.

1  Plaintiffs respectfully request that Objectors Feldman and Jan not be allowed to draw this matter out to that date and beyond without being required to post an appeal bond.

3.  Shortening the briefing and hearing schedule on the Bond Motion would not affect any other pending matters in this case, as the Court has already entered final judgment. Other than the Bond Motion, only Feldman and Jan's appeal remains at issue in the case.

For those reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' motion and enter Plaintiffs' proposed order expediting the briefing schedule.

Respectfully submitted,

DATED: April 17, 2023

**KAPLAN FOX & KILSHEIMER LLP**

/s/ *Laurence D. King*
Laurence D. King

Laurence D. King (SBN 206423)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
lking@kaplanfox.com

**KAPLAN FOX & KILSHEIMER LLP**
Frederic S. Fox (*pro hac vice*)
Donald R. Hall (*pro hac vice*)
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714
ffox@kaplanfox.com
dhall@kaplanfox.com

DATED: April 17, 2023

**COTCHETT, PITRE & MCCARTHY, LLP**

/s/ *Mark C. Molumphy*
Mark C. Molumphy

Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
Elle D. Lewis (SBN 238329)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: 650-697-6000
Facsimile: 650-697-05777

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com
elewis@cpmlegal.com

*Co-Lead Counsel for Plaintiffs*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Laurence D. King, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of April 2023, at Orinda, California.

/s/ Laurence D. King<br>
Laurence D. King