Kendrick Jan, APC (SBN 105149)
402 West Broadway, Suite 1520
San Diego, CA 92101
Phone: (619) 231-7702
kj@jan-law.com

John J. Pentz, *pro hac vice*
18 Damon Street
Wayland, MA 01778
Phone: (978) 985-4668
jjpentz3@gmail.com

*Counsel for Objectors Sarah Feldman and Hondo Jan*

**DENIED**
Judge Edward J. Davila
May 3, 2023

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION**<br><br>This document relates to:<br>ALL ACTIONS | **Case No. 5:18-md-02827-EJD**<br><br>**ADMINISTRATIVE REQUEST TO APPEAR BY ZOOM AT MAY 11, 2023 HEARING ON BOND MOTION** |

Counsel for Objectors Sarah Feldman and Hondo Jan hereby move for permission to participate in the hearing scheduled for May 11, 2023 in this case remotely via Zoom. In support of this request, Objectors' counsel state that they do not reside or have an office in the Bay Area or San Jose counties. Attorney Kendrick Jan resides and has an office in San Diego, CA. Attorney John Pentz resides and has his office in Massachusetts.

Objectors Sarah Feldman and
Hondo Jan, by:

*/s/ Kendrick Jan*
Kendrick Jan, APC (SBN 105149)
402 West Broadway, Suite 1520
San Diego, CA 92101
Tel: (619) 231-7702
kj@jan-law.com

*/s/ John J. Pentz*
John J. Pentz, Esq., *pro hac vice*
18 Damon Street
Wayland, MA 01778
Phone: (978) 985-4668
jjpentz3@gmail.com
Attorneys for Sarah Feldman and
Hondo Jan

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using CM/ECF on May 1, 2023, and as a result has been served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


By: ___*/s/ Kendrick Jan*___

**[PROPOSED] ORDER**

For good cause shown, attorneys Kendrick Jan's and John Pentz's administrative requests to appear by Zoom at the May 11, 2023 hearing are GRANTED.

**IT IS SO ORDERED.**

Dated May ____, 2023.

                                                                                  _____
                                                                                  Hon. Edward J. Davila
                                                                                  United States District Judge