Kendrick Jan, APC (SBN 105149)
225 Broadway, Suite 220
San Diego, CA 92101
Phone: (619) 231-7702
kj@jan-law.com

John J. Pentz, *pro hac vice*
18 Damon Street
Wayland, MA 01778
Phone: (978) 985-4668
jjpentz3@gmail.com

*Counsel for Objectors Sarah Feldman and Hondo Jan*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: APPLE INC. DEVICE PERFORMANCE LITIGATION**<br><br>This document relates to:<br>ALL ACTIONS | **Case No. 5:18-md-02827-EJD**<br><br>**REQUEST FOR RECONSIDERATION OF ADMINISTRATIVE REQUEST TO APPEAR BY ZOOM AT MAY 11, 2023 HEARING ON BOND MOTION** |

Counsel for Objectors Sarah Feldman and Hondo Jan hereby request the Court reconsider their administrative request for permission to appear via remote video link at the Bond Motion hearing scheduled for May 11, 2023, in the captioned matter.  In support of this request, Objectors' counsel state as follows:

1.      Each of objectors counsel have separate clients in a matter pending in the Eastern District of New York (*In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 1:05-MD-1720-MKV-VMS) and a hearing in that matter is likewise set for May 11.

2.      Each of objectors' counsel have made separate request of the EDNY for permission to appear remotely at the May 11 hearing in *In re Payment Card*.  See EDNY Case No. 1:05-MD-1720, Documents 8822 and 8820, attached hereto Exhibits A and B.

3.      The EDNY has granted permission to each of attorneys Pentz and Jan to appear remotely at the May 11 hearing in *In re Payment Card*.  See Exhibit C, attached hereto.  (Note: Only page one of EDNY Court's order is attached, the additional 49 pages of the Court's electronic order relate to electronic service of the order.)

4.      The EDNY discourages video participation via wifi and attorneys Jan and Pentz do not have wired access available except at their separate offices in San Diego, California, and Wayland, Massachusetts.  This Court's own Standing Orders discourage remote participation from public places.  *See* Standing Orders for Civil Cases, Rule IV.G.

5.      As described earlier, neither attorney Jan nor Pentz resides in or has offices in Bay Area counties or other counties covered by the San Jose Division.

6.      It is hoped the above will qualify objectors' counsel for remote participation at the May 11, 2023 hearing in the captioned matter, and attorneys Pentz and Jan respectfully request this Court reconsider their motion for remote appearance.

Respectfully submitted,

/s/ Kendrick Jan
Kendrick Jan, APC (SBN 105149)
225 Broadway, Suite 2220
San Diego, CA 92101
Tel: (619) 231-7702
kj@jan-law.com

/s/ John J. Pentz
John J. Pentz, Esq., *pro hac vice*
18 Damon Street
Wayland, MA 01778
Phone: (978) 985-4668
jjpentz3@gmail.com
Attorneys for Sarah Feldman and
Hondo Jan

1

2

### **CERTIFICATE OF SERVICE**

3

     I hereby certify that a true copy of the foregoing was filed with the Clerk of Court using

4

CM/ECF on May 4, 2023, and as a result has been served on all counsel of record via transmission

5

of Notices of Electronic Filing generated by CM/ECF.

6

7

                                                            By: ___/s/ *Kendrick Jan*____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**


For good cause shown, attorneys Kendrick Jan's and John Pentz's administrative requests to appear by Zoom at the May 11, 2023 hearing are GRANTED.


**IT IS SO ORDERED.**

Dated May \_\_\_\_, 2023.


_____

Hon. Edward J. Davila
United States District Judge

# EXHIBIT A

# Kendrick Jan, APC
## Attorney at Law
225 Broadway, Suite 2220
San Diego, California 92101
Telephone: (619) 231-7702
Email: kj@jan-law.com

May 2, 2023

Hon. Margo K. Brodie, Chief Judge
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*
        Case No. 1:05 MD-1720-(MKB)(VMS)

Dear Judge Brodie:

I represent objectors/appellants Gnarlywood LLC and Quincy Woodwrights, LLC, in the referenced matter. In connection with a status conference in the matter set for May 11, 2023, I am requesting permission to appear via remote video or telephonic appearance. I reside in San Diego County, California, and do not keep an office in the Eastern District (or any neighboring district), and I have a hearing in a separate matter in the Northern District of California also set for May 11, 2023.

My participation in the status conference would be limited to concerns related to the Second Circuit's remand of the grant of service awards attributable to lead plaintiffs' lobbying efforts. My primary interest will be to confirm my clients' right to respond to supplemental submissions to be filed/made by Class Counsel/lead plaintiffs in this regard and to appear and be heard at any subsequent hearing on the matter. *See* Parties' Joint Status Report, Doc. 8819, p. 7.

If anything further is required in connection with this request, please have your staff contact me directly at 619.607.9750.

Respectfully,

Kendrick Jan
Kendrick Jan, APC

EXHIBIT A

# EXHIBIT B

John J. Pentz, Esq.
Law Offices of John J. Pentz
18 Damon Street
Wayland, MA 01778

May 2, 2023

Hon. Margo K. Brodie, Chief Judge
United States District Court for the
   Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation,*
       Case No. 1:05-md-1720-(MKB)(VMS)

Dear Judge Brodie:

I represent objectors/appellants Unlimited Vacations and Cruises, Inc. and USA Pets, LLC in the above-referenced matter. I am requesting permission to appear via remote video or telephone at the May 11, 2023 status conference scheduled in this matter. I reside in Massachusetts and do not have an office in the Eastern District (or any neighboring district), and I have a hearing in a separate matter in the Northern District of California also set for May 11, 2023.

My participation in the status conference would be limited to concerns related to the Second Circuit's remand of the grant of service awards. *See* Parties' Joint Status Report, Doc. 8819, p. 7.

If anything further is required in connection with this request, I may be reached at (978) 985-4668. Thank you.


Respectfully,

s/ John J. Pentz




EXHIBIT B

# EXHIBIT C

ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>

Wed 5/3/2023 2:36 PM

To: nobody@nyed.uscourts.gov <nobody@nyed.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 5/3/2023 at 5:35 PM EDT and filed on 5/3/2023
**Case Name:**          In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation
**Case Number:**        1:05-md-01720-MKB-VMS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [8820] Motion to Appear by Telephone/Video; and granting [8822] Motion to Appear by Telephone/Video. Ordered by Chief Judge Margo K. Brodie on 5/3/2023. (AB)**


**1:05-md-01720-MKB-VMS Notice has been electronically mailed to:**

Joseph M Alioto, Sr     jmalioto@aliotolaw.com, lblum@aliotolaw.com, nas@aliotolaw.com

William Harry Rooney     maoedny@willkie.com

Benjamin R. Nagin     bnagin@sidley.com, benjamin-nagin-5091@ecf.pacerpro.com, nyefiling@sidley.com

Joseph Michael Vanek     jvanek@sperling-law.com

Paul E. Slater     pes@sperling-law.com

Richard J. Holwell     rholwell@hsgllp.com, managingclerk@hsgllp.com

Dianne M Nast     dnast@nastlaw.com

Kelly T. Currie     kcurrie@crowell.com, ktcurrie@gmail.com

Steve D. Shadowen (Terminated)     steve@hilliardshadowenlaw.com, chelsey@hmglawfirm.com, hcrawford@hilliardshadowenlaw.com, jgaros@hilliardshadowenlaw.com

Roger J. Maldonado     rmaldonado@sgrlaw.com, nyoecf@sgrlaw.com

Jerrold S. Parker     Jerry@yourlawyer.com

Jeffrey Angelovich     jangelovich@npraustin.com, ncameron@npraustin.com

Michael M. Buchman     mbuchman@motleyrice.com

Bernard Persky     bpersky@robinskaplan.com

David P. Germaine     dgermaine@sperling-law.com

Jennifer M. Selendy     jselendy@selendygay.com, Edockets@selendygay.com, jennifer-selendy-4478@ecf.pacerpro.com, mco@selendygay.com, paralegals@selendygay.com

JONATHAN J. Lerner     jlerner@starrgern.com

Stephen William Greiner     maoedny@willkie.com, sgreiner@willkie.com

EXHIBIT C